# Exhibit P-101

RSI Web Site Page for the
350 BEAT® and 350 BEAT®-MT
(available at
https://roadsystems.com/beat-beat-mt/)

# BEAT® & BEAT®-MT

## BEAT Box Beam Bursting Energy-Absorbing Terminals

The BEAT and BEAT-MT have many interchangeable components. The BEAT is designed to attach directly to the end of standard 6″ x 6″ box beam barrier. The BEAT-MT is designed to attach directly to the end of standard 6″ x 8″ box beam barrier.

During end-on impacts, the vehicle forces the Impact Head of the BEAT into the end of the box beam section causing the tube to burst. This allows the errant vehicle to be safely decelerated.

## Downloads

- BEAT Drawing (https://roadsystems.com/wp-content/uploads/pdfs/BEAT-Drawing.pdf)
- BEAT-MT Drawing (https://roadsystems.com/wp-content/uploads/pdfs/BEAT-MT-Drawing.pdf)
- Installation Manual (https://roadsystems.com/wp-content/uploads/pdfs/BEAT-Install-Manual-June2008.pdf)
- November 9, 2000 – BEAT Approval (https://roadsystems.com/wp-content/uploads/pdfs/2000-11-09.pdf)
- February 1, 2002 – BEAT-MT Approval (https://roadsystems.com/wp-content/uploads/pdfs/2002-02-01.pdf)






See how the BEAT works.

## BEAT Photos



(https://roadsystems.com/wp-content/uploads/2015/12/BEAT-MT.jpg)



(https://roadsystems.com/wp-content/uploads/2015/12/BEATny1.jpg)

# MSKT®, MFLEAT® & MBEAT® Online Training

(http://www.training.roadsystems.com/)

(https://roadsystems.com)

3616 Old Howard County Airport Road
Big Spring, TX 79720

**Central Headquarters and Manufacturing**
Phone: (432) 263-2435

**Technical Support and Marketing**
Phone: (330) 346-0721

**Product Support**
Phone: (330) 799-9291

K.E. = 1/2 MV$^2$ (https://roadsystems.com/k-e-12-mv2/)
MASH & NCHRP 350 (https://roadsystems.com/mash-and-nchrp-350/)
RSI Advantage (https://roadsystems.com/rsi-advantage/)
What's New (https://roadsystems.com/whats-new/)
FAQ (https://roadsystems.com/faq/)
Links (https://roadsystems.com/links/)
Contact Us (https://roadsystems.com/contact-us/)

MASH MBEAT® (https://roadsystems.com/mash-mbeat/)
MBEAT® Online Training (http://www.training.roadsystems.com)
BEAT® & BEAT®-MT (https://roadsystems.com/beat-beat-mt/)
BEAT®-BP (https://roadsystems.com/beat-bp/)
BEAT®-SSCC (https://roadsystems.com/beat-sscc/)

MASH MSKT® (https://roadsystems.com/mash-mskt/)
MSKT® Online Training (http://www.training.roadsystems.com/)
MASH MFLEAT® (https://roadsystems.com/mash-mfleat/)
MFLEAT® Online Training (http://www.training.roadsystems.com/)
NCHRP 350 SKT® (https://roadsystems.com/nchrp-350-skt/)
NCHRP 350 FLEAT® (https://roadsystems.com/nchrp-350-fleat/)
NCHRP 350 FLEAT®-MT (https://roadsystems.com/nchrp-350-fleat-mt/)
MGS Terminals (Midwest Guardrail System with 31″ Rail Height) (https://roadsystems.com/nchrp-350-mgs-31-terminals/)
NCHRP 350 Cable to W-Beam Transition (https://roadsystems.com/nchrp-350-cable-to-w-beam-transition/)
NCHRP 350 W-BEAM Terminal ID Guide (https://roadsystems.com/nchrp-350-w-beam-terminal-id-guide/)

---

© 2026 Road Systems, Inc. All Rights Reserved.
SKT®, FLEAT® and BEAT® are registered trademarks of RSI. MSKT®, MFLEAT® and MBEAT® are trademarks of RSI.
Website design by Farris Marketing (http://www.farrismarketing.com/)

# **Exhibit P-102**

RSI Web Site Page for the MBEAT®
(available at
https://roadsystems.com/mash-mbeat/)

# MASH MBEAT®

Road Systems, Inc. is proud to announce the **MBEAT** — the *only* MASH 2016-compliant Box Beam Terminal in the market!

The MBEAT builds upon the success of the NCHRP 350 BEAT, which has thousands of installations, and uses the same field-proven technology as its predecessor.

The MBEAT (MASH BEAT) is a roadside energy-absorbing terminal used to protect the ends of 6″ x 6″ roadside box beam barriers that have been designed and tested under MASH criteria. It is supported by two steel breakaway end posts connected by a strut and standard 3″ x 5.7# I-beam weak posts. The MBEAT is approximately 15 feet long and has a rail height of 2′-4″. The additional energy-absorbing capacity is achieved as the impact head activates the standard downstream box beam sections.



(https://roadsystems.com/wp-content/uploads/2020/04/MBEAT-ISO-09052018-01a-scaled.jpg)

# How the MBEAT Works

The MBEAT is a cable-anchored system. When impacted on the traffic side within the length of need and within design limits, the MBEAT contains and redirects the errant vehicle.

During end-on impacts, the vehicle forces the mandrel portion of the MBEAT impact head into the end of the box beam section, causing the tube to burst. The four walls of the tube are then peeled back. The end tube wall thickness is 1/8″, which is thinner than the 3/16″ downstream box beam. This decelerates the errant vehicle and brings it to a controlled stop.



(https://roadsystems.com/wp-content/uploads/2020/04/MBEAT-ISO-09052018-02a-scaled.jpg)

# MBEAT Features

- Some parts are interchangeable with NCHRP 350 BEAT, including the same impact head.
- Some parts are interchangeable with MASH MFLEAT, including the anchor system (lower post #1 & #2, ground strut, MASH bearing plate).
- Uses components common to standard box beam barriers.
- Uses generic box beam and box beam posts at locations 3 and beyond.
- Uses a 9′-10″ end tube that is 1/8″ thick; requires an additional 18-ft section of standard box beam.
- Two steel Hinged Posts (#1 & #2).
- Same ease of installation as the BEAT system. Easy to maintain and repair.
- BLON at post #3.



See how the MBEAT works.

## MBEAT Crash Test Video




# Downloads

- MBEAT Assembly Drawing 07/09/20 (https://roadsystems.com/wp-content/uploads/2021/02/MBEAT-200709.pdf)
- FHWA MBEAT Eligibility Letter (FHWA Letter CC-157 03/13/20) (https://roadsystems.com/wp-content/uploads/2020/04/FHWA-Letter-CC-157-031320.pdf)

- MBEAT Flyer (https://roadsystems.com/wp-content/uploads/2020/07/RSI-MBEAT-Flyer-final-July-2020.pdf)
- MBEAT Install Manual 101322 (https://roadsystems.com/wp-content/uploads/2022/10/MBEAT-Install-Manual-101322.pdf)
- MBEAT Isometric View Layout (10/12/2018) (https://roadsystems.com/wp-content/uploads/2020/04/AASHTO-MBEAT-Layout-10-12-2018.pdf)
- MASH MBEAT & NCHRP 350 BEAT Differences (https://roadsystems.com/wp-content/uploads/2020/04/MASH-MBEAT-NCHRP-350-BEAT-Differences-.pdf)

---

Our latest video highlights the additions to RSI's MASH W-Beam and Box Beam terminal lines. Click on the icon in the lower-right corner to view it full-screen.

MASH W-Beam & Box Beam Terminals
Road Systems, Inc.

Watch on

---

## MSKT®, MFLEAT® & MBEAT® Online Training

(http://www.training.roadsystems.com/)

---

(https://roadsystems.com)

3616 Old Howard County Airport Road
Big Spring, TX 79720

**Central Headquarters and Manufacturing**
Phone: (432) 263-2435

**Technical Support and Marketing**
Phone: (330) 346-0721

**Product Support**
Phone: (330) 799-9291

K.E. = 1/2 $MV^2$ (https://roadsystems.com/k-e-12-mv2/)
MASH & NCHRP 350 (https://roadsystems.com/mash-and-nchrp-350/)
RSI Advantage (https://roadsystems.com/rsi-advantage/)
What's New (https://roadsystems.com/whats-new/)
FAQ (https://roadsystems.com/faq/)
Links (https://roadsystems.com/links/)
Contact Us (https://roadsystems.com/contact-us/)

MASH MBEAT® (https://roadsystems.com/mash-mbeat/)
MBEAT® Online Training (http://www.training.roadsystems.com)
BEAT® & BEAT®-MT (https://roadsystems.com/beat-beat-mt/)
BEAT®-BP (https://roadsystems.com/beat-bp/)
BEAT®-SSCC (https://roadsystems.com/beat-sscc/)

MASH MSKT® (https://roadsystems.com/mash-mskt/)
MSKT® Online Training (http://www.training.roadsystems.com/)
MASH MFLEAT® (https://roadsystems.com/mash-mfleat/)
MFLEAT® Online Training (http://www.training.roadsystems.com/)
NCHRP 350 SKT® (https://roadsystems.com/nchrp-350-skt/)
NCHRP 350 FLEAT® (https://roadsystems.com/nchrp-350-fleat/)
NCHRP 350 FLEAT®-MT (https://roadsystems.com/nchrp-350-fleat-mt/)
MGS Terminals (Midwest Guardrail System with 31″ Rail Height) (https://roadsystems.com/nchrp-350-mgs-31-terminals/)
NCHRP 350 Cable to W-Beam Transition (https://roadsystems.com/nchrp-350-cable-to-w-beam-transition/)
NCHRP 350 W-BEAM Terminal ID Guide (https://roadsystems.com/nchrp-350-w-beam-terminal-id-guide/)

---

© 2026 Road Systems, Inc. All Rights Reserved.
SKT®, FLEAT® and BEAT® are registered trademarks of RSI. MSKT®, MFLEAT® and MBEAT® are trademarks of RSI.
Website design by Farris Marketing (http://www.farrismarketing.com/)

# Exhibit P-103

## Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal

# Installation Instructions for

# BEAT

## Box Beam Bursting Energy Absorbing Terminal



and

# BEAT-MT

## Median Terminal



*R O A D S Y S T E M S , I N C .*
P. O. Box 2163
Big Spring, Texas 79721
Phone: (432) 263-2435 FAX: (432) 267-4039

**Technical Support & Marketing** Phone: (330) 346-0721
**Technical Support & Marketing** Fax: (330) 346-0722

This Installation Manual can be downloaded from RSI web site
www.roadsystems.com

# Table of Contents

Page

**Installation Instructions for the BEAT & BEAT-MT** .......................... 2
Introduction ........................................................................................ 2
Installation Procedure General Notes ................................................... 2

**BEAT Roadside Terminal Installation** ................................................ 3
Isometric View of Roadside BEAT / **Figure 1** ........................................ 4
Plan and Elevation of Roadside BEAT / **Figure 2** .................................. 5
BEAT Roadside Terminal Bill of Materials / **Figure 3** ............................ 6
BEAT Roadside Terminal Installation Procedure ...................................... 7
Install the 3" Weak Posts with Soil Plate ................................................ 7
Install Upper & Lower Post #1 Sections .................................................. 7
Install 6"x 6" Box Beam Tubing, Splices, Support Brackets ....................... 7
Post #1 Connection Details for the Roadside BEAT / **Figure 4** ................. 8
First Rail Tie Plate Section for the Roadside BEAT / **Figure 5** ................. 9
Post #2 Connection Detail for the Roadside BEAT / **Figure 6** ................... 9
Install BEAT Impact Head ..................................................................... 10
Install Post Breaker ............................................................................. 10
Install Cable Assembly with Bearing Plate .............................................. 10

**BEAT-MT Median Terminal Installation** .............................................. 11
Isometric View of Median BEAT-MT / **Figure 7** ..................................... 12
Plan and Elevation of Median BEAT-MT / **Figure 8** ................................ 13
BEAT-MT Median Terminal Bill of Materials / **Figure 9** .......................... 14
BEAT-MT Median Terminal Installation Procedure ................................... 15
Install the 3" Weak Posts with Soil Plate ................................................ 15
Install Upper & Lower Post #1 Sections .................................................. 15
Install 6"x 6" Box Beam Tubing, Splices, Support Brackets ....................... 15
Post #1 Connection Details for the Median BEAT-MT / **Figure 10** ............ 16
Connection Sleeve Section for the Median BEAT-MT / **Figure 11** ............. 17
First Rail Tie Plate Section for the Median BEAT-MT / **Figure 12** ............ 17
Posts #2-#5 Connection Detail for the Median BEAT-MT / **Figure 13** ........ 17
Install BEAT-MT Impact Head ................................................................ 18
Install Post Breaker ............................................................................. 18
Install Tether Cable .............................................................................. 18
Install Cable Assembly with Bearing Plate .............................................. 18

**Installation Checklist for the BEAT & BEAT-MT** ..................................... 19

**Installation Recommendations When Rock is Encountered** ..................... 20

PUBLICATION ~ 062608

# Installation Instructions for the **BEAT** & **BEAT-MT** Box Beam Terminals

## INTRODUCTION:

Note that this Installation Manual is divided into 2 sections:

The first section is for the **roadside BEAT** system for 6"x 6" box beam barrier.

The second section is for the **median BEAT-MT** system for 6"x 8" box beam barrier.

Many of the components of the **BEAT** and **BEAT-MT** are interchangeable. The major difference between the two systems is that the 3" I-beam posts (at post locations #2 and beyond) are mounted behind the box beam rail for the roadside **BEAT** and underneath the rail in the **BEAT-MT**. This means different mounting brackets are required. The front anchor posts for the roadside and median systems are identical. In addition, the median **BEAT-MT** requires a sleeve to connect the 6"x 6" terminal tubing section to the 6"x 8" median barrier tubing, as well as a tether cable to restrain the impact head during reverse direction impacts.

The pay limit length for the **BEAT** and **BEAT-MT** terminals sometimes varies between States. The lengths shown in this manual are for the **BEAT** (≈14 feet) and for the **BEAT-MT** (≈32 feet). When longer pay limit lengths are shown on the contract plans, additional sections of 6"x 6" box beam rail will be utilized in the roadside **BEAT** and the median **BEAT-MT** systems.

Both of these systems require that an 18'-0" long section of standard 6"x 6" x 3/16" box beam rail must be connected to the 12'-0" long first end rail section. For that reason, the **BEAT-MT** is shipped with the 18'-0" long second rail section, posts, brackets, & hardware as part of the median terminal. In the roadside **BEAT**, the installer must make certain that the (≈14 feet long) terminal is attached to (as a minimum) 18'-0" of standard 6"x 6" box beam rail. In both the roadside **BEAT** and median **BEAT-MT**, longer sections of 6"x 6" box beam rail are permissible, but a total length shorter than 30'-0" cannot be utilized within the terminal.

## INSTALLATION PROCEDURE GENERAL NOTES:

Begin the installation at the downstream end of the **BEAT / BEAT-MT** to ensure that the terminal matches up with the box beam tubing section it is protecting. The major installation steps for the **BEAT / BEAT-MT** are as follows:

- Install the 3" weak posts with soil plate
- Install upper & lower post #1 sections
- Install 6"x 6" box beam tubing with splices and support brackets
  (Note that the end tube is only 1/8" wall thickness and 12 feet long)
- Install **BEAT** impact head
- Install post breaker (and Tether Cable for **BEAT-MT**)
- Install cable assembly with bearing plate

# BEAT

# Roadside Terminal

## Installation






Figure 1. Isometric View of the Roadside BEAT




Figure 2. Plan and Elevation of the Roadside BEAT

| ITEM | QTY | DESCRIPTION |
|---|---|---|
| A | 1 | LOWER FIRST POST W6x15 x 8'–0" LG. |
| B | 1 | UPPER FIRST POST W6x9 1'–9 1/2" LG. |
| C | 1 | SUPPORT BRACKET 10 GAGE BENT PLATE |
| D | 1 | POST BREAKER |
| E | 1 | END TUBE RAIL TS6x6x1/8 x 12'–0" LG. |
| F | 1 | CABLE ASSEMBLY |
| G | 1 | BEARING PLATE |
| H | 1 | BOX BEAM HEAD |
| I | 1 | RAIL SUPPORT BRACKET L5x3 1/2x3/8 x 4 1/2" LG. |
| J | 1 | WEAK BOX BEAM POST w/ SOIL PLATE |
| K | 2 | END TUBE SECTION TIE PLATE |
| | | HARDWARE |
| a | 2 | 5/16 x 7 1/2" LG. GRADE 5 BOLT |
| b | 1 | 1/4 x 3" LG. GRADE 2 BOLT |
| c | 2 | 1/2 x 2" LG. GRADE 2 BOLT |
| d | 8 | 5/8 x 2" LG. GRADE 5 BOLT |
| e | 1 | 5/8 x 8" LG. GRADE 5 BOLT |
| f | 1 | 5/8 x 3" LG. GRADE 5 BOLT |
| g | 2 | 5/16" HEX NUT |
| h | 1 | 1/4" HEX NUT |
| j | 2 | 1/2" HEX NUT |
| k | 14 | 5/8" HEX NUT |
| m | 2 | 1" ANCHOR CABLE HEX NUT |
| n | 4 | 5/16" WASHER |
| p | 1 | 1/4" WASHER |
| q | 3 | 1/2" WASHER |
| r | 10 | 5/8" WASHER |
| s | 2 | 1" ANCHOR CABLE WASHER |

Figure 3. BEAT Roadside Terminal Bill of Material

# BEAT Roadside Terminal Installation Procedure

## Install the 3" Weak Posts with Soil Plate

Layout a string line and mark off the required post spacing. See **Figure 1** and **Figure 2** for layout. The soil plates are welded to the 3" weak posts and must be positioned the same direction as the rail as shown in **Figure 2**. The posts should be driven with a guardrail post pounder. For stiff soils, drill a pilot hole and force the post to the appropriate depth by impact or vibratory means with a guardrail post pounder. The post may also be installed by augering and backfilling if the contractor so prefers. If augering the hole, the initial hole must be large enough to allow adequate room for proper compaction of the soil during backfill. *Care must be taken to carefully compact the backfill to prevent settlement or lateral displacement of the post.*

## Install Upper & Lower Post #1 Sections

The first post is spaced 8'-6 ¼" from post #2 and consists of an upper and lower section. The lower section is a W6x 15# beam 8'-0" long. Be sure the lower post is installed with the ¾" diameter hole on the top of the post located on the front upstream side opposite post #2. It may be driven with a guardrail post pounder. For non-penetrable soil, drill a pilot hole and force the post to the appropriate depth by impact or vibratory means with an approved guardrail post pounder. The post may also be installed by augering and backfilling if the contractor so prefers. If augering the hole, the initial hole must be large enough to allow adequate room for proper compaction of the soil during backfill. *Care must be taken to carefully compact the backfill to prevent settlement or lateral displacement of the post*. See section in the back of this manual for “Installation Recommendations When Rock is Encountered”.

Align the ¾" diameter holes in the upper and lower post sections and attach the upper post section to the lower post section using one 5/8"x 8" hex bolt, nut and washer. See **Figure 4**.

## Install 6"x 6" Box Beam Tubing with Splices & Support Brackets

At this point all of the standard roadside 6"x 6" box beam barrier and posts should be in place. Attach the 12 foot long 6"x 6" x 1/8" end tube section to the standard 6"x 6" x 3/16" tube section using the first rail tie plate section and 5/8" x 2" hex bolts, nuts and washers. Install the double nutted rail tie plate section to the leading end of the second rail section prior to putting the first rail section into place. See **Figure 5**. This end tube section is a special 1/8" thickness tube as supplied by the manufacturer and has the corners cut at the approach end where the impact head is placed. Note that two nuts are used for each bolt at the tie plate connection to the standard tube section.

Attach the end tube to post #2 using a 5"x 3 ½"x 3/8" rail support bracket and a 5/16"x 7 ½" hex bolt, nut and 2 washers. The rail support bracket is attached to the post #2 with a ½"x 2" hex bolt, nut and washer. See **Figure 6**.

The end tube is also attached to post #1 using a bent plate support bracket. This support bracket is attached to post #1 with a ½"x 2" hex bolt, nut and 2 washers. Do not attach the end tube to the support bracket until the impact head is installed. See **Figure 4**.




Figure 4. Post #1 Connection Details for the Roadside BEAT




Figure 5. First Rail Tie Plate Section for the Roadside BEAT




Figure 6. Post #2 Connection Detail for the Roadside BEAT

Figure 5a. **Optional** First Rail Tie Plate for the BEAT



## Install BEAT Impact Head

Place the impact head inside the end tube. The impact head should be positioned so the holes at the end of the tube and the hole in the impact head are aligned. Also be sure the impact head is inserted into the end tube section with the large triangular gusset plates facing down. Attach the end tube to impact head using a 5/16"x 7 ½" hex bolt, nut and 2 washers. See **Figure 4**.

Note. It is recommended that the front face of the impact head be delineated with an object marker that meets local specifications for better night visibility. However, the impact face object marker is not included as part of the shipped materials for the BEAT unless specifically requested in the contract plans.

## Install Post Breaker

Attach the post breaker to the traffic side of post #1 with a 5/8"x 3" hex bolt, nut and washer and a ¼"x 3" hex bolt, nut and washer. See **Figure 4**.

## Install Cable Assembly with Bearing Plate

Place the cable assembly through the lug welded to the underside of the end tube near post #2 and through post 1. Place the bearing plate at the base of post #1 with the 5" dimension up and the 3" dimension down. Secure both ends of the cable assembly with a 1" hex nut and washer. While tightening the nuts at the end of the cable, restrain the cable at the end being tightened to avoid twisting the cable.

Upon completion of the installation, the cable should be taut.

# BEAT-MT

# Median Terminal

## Installation






Figure 7. Isometric View of the Median BEAT-MT




Figure 8. Plan and Elevation of the Median BEAT-MT

| ITEM | QTY | DESCRIPTION |
|---|---|---|
| A | 1 | LOWER FIRST POST W6x15 x 8'–0" LG. |
| B | 1 | UPPER FIRST POST W6x9 1'–9 1/2" LG. |
| C | 1 | SUPPORT BRACKET 10 GAGE BENT PLATE |
| D | 1 | POST BREAKER |
| E | 1 | END TUBE RAIL TS6x6x1/8 x 12'–0" LG. |
| F | 1 | CABLE ASSEMBLY |
| G | 1 | BEARING PLATE |
| H | 1 | BOX BEAM HEAD |
| I | 4 | MEDIAN BARRIER SUPPORT BRACKET |
| J | 4 | WEAK BOX BEAM POST w/ SOIL PLATE |
| K | 2 | END TUBE SECTION TIE PLATE |
| L | 1 | TS6x6 to 6x8 CONNECTION SLEEVE |
| M | 1 | 3/8" GALV. CABLE x 20'–0" |
| N | 1 | 2nd RAIL TS6x6x3/16 x 18'–0" LG. |
| | | HARDWARE |
| a | 5 | 5/16 x 7 1/2" LG. GRADE 5 BOLT |
| b | 1 | 1/4 x 3" LG. GRADE 2 BOLT |
| c | 1 | 1/2 x 2" LG. GRADE 2 BOLT |
| d | 1 | 1/2 x 5" LG. GRADE 5 BOLT |
| e | 8 | 5/8 x 2" LG. GRADE 5 BOLT |
| f | 1 | 5/8 x 3" LG. GRADE 5 BOLT |
| g | 4 | 5/8 x 7" LG. GRADE 5 BOLT |
| h | 1 | 5/8 x 8" LG. GRADE 5 BOLT |
| i | 8 | 3/4 x 1 1/2" LG. GRADE 2 BOLT |
| j | 5 | 5/16" HEX NUT |
| k | 1 | 1/4" HEX NUT |
| m | 2 | 1/2" HEX NUT |
| n | 18 | 5/8" HEX NUT |
| p | 8 | 3/4" HEX NUT |
| q | 2 | 1" ANCHOR CABLE HEX NUT |
| r | 10 | 5/16" WASHER |
| s | 1 | 1/4" WASHER |
| t | 2 | 1/2" WASHER |
| u | 18 | 5/8" WASHER |
| v | 16 | 3/4" WASHER |
| w | 2 | 1" ANCHOR CABLE WASHER |
| x | 2 | CABLE TIE |

Figure 9. BEAT-MT Median Terminal Bill of Material

# BEAT-MT Median Terminal Installation Procedure

## Install the 3" Weak Posts with Soil Plate

Layout a string line and mark off the required post spacing. See **Figure 7** and **Figure 8** for layout. The soil plates are welded to the 3" weak posts and must be positioned the same direction as the rail as shown in **Figure 8**. The posts should be driven with a guardrail post pounder. For stiff soils, drill a pilot hole and force the post to the appropriate depth by impact or vibratory means with a guardrail post pounder. The post may also be installed by augering and backfilling if the contractor so prefers. If augering the hole, the initial hole must be large enough to allow adequate room for proper compaction of the soil during backfill. *Care must be taken to carefully compact the backfill to prevent settlement or lateral displacement of the post.*

## Install Upper & Lower Post #1 Sections (Same as used in roadside BEAT)

The first post is spaced 8'-5" from post #2 and consists of an upper and lower section. The lower section is a W6x 15# beam 8'-0" long. Be sure the lower post is installed with the ¾" diameter hole on the top of the post located on the front upstream side opposite post #2. It may be driven with a guardrail post pounder. For non-penetrable soil, drill a pilot hole and force the post to the appropriate depth by impact or vibratory means with an approved guardrail post pounder. The post may also be installed by augering and backfilling if the contractor so prefers. If augering the hole, the initial hole must be large enough to allow adequate room for proper compaction of the soil during backfill. *Care must be taken to carefully compact the backfill to prevent settlement or lateral displacement of the post.* See section in the back of this manual for "Installation Recommendations When Rock is Encountered".

Align the ¾" diameter holes in the upper and lower post sections and attach the upper post section to the lower post section using one 5/8"x 8" hex bolt, nut and washer. See **Figure 10**.

## Install 6"x 6" Box Beam Tubing with Splices & Support Brackets

At this point all of the standard median 6"x 8" box beam barrier and posts should be in place. First, attach the 6"x 6" x 3/16" x 18 foot long standard tube section to the 6"x 8" median barrier using the connection sleeve and 5/8"x 7" hex bolts, nuts and 2 washers. See **Figure 11**. Next, attach the 12 foot long 6"x 6" x 1/8" end tube section to the standard 6"x 6" x 3/16" tube section using the first rail tie plate section and 5/8"x 2" hex bolts, nuts and washers. <u>Install the double nutted rail tie plate section to the leading end of the second rail section prior to putting the first rail section into place</u>. See **Figure 12**. This end tube section is a special 1/8" thickness tube as supplied by the manufacturer and has the corners cut at the approach end where the impact head is placed. Note that two nuts are used for each bolt at the tie plate connection to the standard tube section.

Attach the end tube and 18'-0" long standard tube sections to posts #2 through #5 using a median barrier support bracket and a 5/16"x 7 ½" hex bolt, nut and 2 washers. The support brackets are attached to the posts with two ¾"x 1 ½" hex bolts, nuts and washers. See **Figure 13**.

The end tube is also attached to post #1 using a bent plate support bracket. This support bracket is attached to post #1 with a ½"x 2" hex bolt, nut and 2 washers. Do not attach the end tube to the support bracket until the impact head is installed as there will be interference. See **Figure 10**.




Figure 10. Post #1 Connection Details for the Median BEAT-MT




Figure 11. Connection Sleeve Section for the Median BEAT-MT




Figure 12. First Rail Tie Plate Section for the Median BEAT-MT




Figure 13. Posts #2 - #5 Connection Detail for the Median BEAT-MT

Figure 12a. **Optional** First Rail Tie Plate for the BEAT-MT



## Install BEAT-MT Impact Head (Same as used in roadside BEAT)

Place the impact head inside the end tube. The impact head should be positioned so the holes at the end of the tube and the hole in the impact head are aligned. Also be sure the impact head is inserted into the end tube section with the large triangular gusset plates facing down. Attach the end tube to impact head using a 5/16"x 7 ½" hex bolt, nut and 2 washers. See **Figure 10**.

Note. It is recommended that the front face of the impact head be delineated with an object marker that meets local specifications for better night visibility. However, the impact face object marker is not included as part of the shipped materials for the BEAT-MT unless specifically requested in the contract plans.

## Install Post Breaker (Same as used in roadside BEAT)

Attach the post breaker to the reverse direction traffic side of post #1 with a 5/8"x 3" hex bolt, nut and washer and a ¼"x 3" hex bolt, nut and washer. This will be the side that traffic will be traveling from the downstream 6"x 8" median barrier toward the impact head. See **Figure 10**.

## Install Tether Cable

The tether cable will arrive bundled into a “figure-8” with two free ends that each has swaged loops. **DO NOT CUT THE TIE ON THE CABLE**. Attach the shorter free end (≈28") to the lower backside of the impact head by putting the end loop through the slot in triangular gusset plates and passing a ½"x 5" hex bolt though the loop. Secure the bolt with a nut. Attach the “figure-8” to the back of the impact head using the provided cable ties passing through the upper and lower gusset notches as shown in **Figure 10**. Finally, pass the longer free end of the bundle (≈50") above the post-breaker and around post #1. Pass the anchor cable through the end loop prior to attaching the anchor cable through post #1, as shown in **Figure 10**.

## Install Cable Assembly w/ Bearing Plate (Same as used in roadside BEAT)

Place the cable assembly through the lug welded to the underside of the end tube near post #2. The other end of the anchor cable will pass through the tether cable loop and through post #1. (See above for tether cable attachment). Place the bearing plate at the base of post #1 with the 5" dimension up and the 3" dimension down. Secure both ends of the cable assembly with a 1" hex nut and washer. While tightening the nuts at the end of the cable, restrain the cable at the end being tightened to avoid twisting the cable.

Upon completion of the installation, the cable should be taut.

# BEAT and BEAT-MT Installation Inspection Checklist

State: ________________________ Date: _________________

Project #: _______________________ Inspection performed by: ___________________

Location: ___________________________________________________________________

☐ The 6"x 6" end tube section is the special 1/8" thickness tube as supplied by the manufacturer with the corners cut at the approach end where the impact head is placed.

☐ Both the **Roadside BEAT** terminal and **Median BEAT-MT** terminal have at least one 18'-0" long 6"x 6" x 3/16" standard tube section joining with the special 12'-0" long end tube section.

☐ The end tube section is bolted to the standard tube section with the special rail tie splice.

☐ The height of the 6"x 6" box beam tubing is in accordance with the plans:
**--Roadside BEAT** rail height = 2'-4"
**--Median BEAT-MT** rail height = 2'-4"

☐ The 6"x 6" box beam tubing is attached to rail support brackets with proper hardware:
**--Roadside BEAT** post bolt = 5/16" x 7 ½" hex bolt
--**Median BEAT-MT** post bolt = 5/16" x 7 ½" hex bolt

☐ The rail support brackets are attached to posts with proper hardware:
**--Roadside BEAT** posts #1 & #2 support bracket bolts = ½"x 2" hex bolt
--**Median BEAT-MT** posts #2 through #5 support bracket bolts = ¾"x 1 ½" hex bolt
--**Median BEAT-MT** post #1 support bracket bolt = ½"x 2" hex bolt

☐ The upper and lower sections of post #1 are properly connected with a 5/8"x 8" hex bolt.

☐ The 3" weak posts have the soil plate positioned the same direction as the rail.
**--Roadside BEAT** has a 3" weak post at post location #2 plus at least three more 3" weak posts spaced at 6'-0" within the standard downstream 6"x 6" box beam barrier.
--**Median BEAT-MT** has a 3" weak post at post locations #2 through #5.

☐ The impact head is properly inserted into the end tube section with the large triangular gusset plates facing down. The bottom of the impact head is approx 12" above ground.

☐ The post breaker is installed on the proper side of post #1 and stabilized with two bolts.

☐ The 8" x 8" bearing plate at post 1 is correctly positioned with the 5" dimension up & the 3" dimension down. The anchor cable is taut and correctly installed.

☐ The **Median BEAT-MT** has a tether cable properly attached to restrain the impact head.

☐ If the posts were augered, be sure the backfill material around the posts is compacted.

Additional notes:

_____________________________________________________________________________

_____________________________________________________________________________

# Installation Recommendations When Rock is Encountered on the **BEAT** and **BEAT-MT** Systems

The following recommended installation procedures are intended for installations where bedrock is encountered at a depth shallower than the eight-foot length post embedment for BEAT post #1. When cobbles or loose rock is encountered that prevents driving the first BEAT post to full depth, it is necessary to auger to full depth or follow the "Alternative Foundation Using Concrete" option shown below. Concrete shall not be used at any other BEAT posts.

In installations where bedrock is encountered at the depths indicated below, it will be necessary to core into the rock for the following depths. This cored hole should be 10" in diameter. The installer should assure that the rock removed out of the cored hole is reasonably solid rock.

| Surface of Rock | Required Core Depth Below Rock Surface |
|---|---|
| 0 to 2' | 36" |
| 2' to 4' | 24" |
| 4' to 7' | 12" |
| 7' to 8' | Core to 8' |

The post may then be shortened by cutting the bottom of the post. Place granular material in the bottom of the hole so that the base rests 2.5" from the bottom of the cored hole. Cold galvanize paint the cut surfaces.

The post shall be placed in the hole and backfilled with adequately compacted material. If preferred, this post #1 may be backfilled with concrete.

These depths will provide sufficient anchorage to provide system redirection capacity and prevent the post from being pulled vertically from the ground during impact.

## Alternative Foundation Using Concrete

If the BEAT post #1 has reached a minimum depth of 48" and cannot be driven further, the following options may be followed for installation in an augered hole:

| Depth of Augered Hole | Diameter of Augered Hole | Concrete Depth |
|---|---|---|
| 48" to 67" | 24" Diameter | Bottom 36" of hole |
| 68" to 95" | 12" Diameter | Bottom 24" of hole |

# NOTES

# Exhibit P-104

Installation Instructions for
BEAT®-SSCC Box Beam Bursting
Energy Absorbing Terminal,
Single Sided Crash Cushion

# Installation Instructions for

# BEAT-SSCC

## Box Beam Bursting Energy Absorbing Terminal

## Single Sided Crash Cushion



*R O A D S Y S T E M S , I N C .*
P. O. Box 2163
Big Spring, Texas 79721
Phone: (432) 263-2435 FAX: (432) 267-4039

**Technical Support & Marketing** Phone: (330) 346-0721
**Technical Support & Marketing** Fax: (330) 346-0722

This Installation Manual can be downloaded from RSI web site
www.roadsystems.com

# Table of Contents

Page

**Installation Instructions for the BEAT-SSCC** .......... 2
Introduction .......... 2
Installation Procedure General Notes .......... 2
Isometric View of BEAT-SSCC / **Figure 1** .......... 3
Plan and Elevation of BEAT-SSCC / **Figure 2** .......... 4
Detail of BEAT-SSCC Plan and Elevation at Rigid Wall / **Figure 3** .......... 5
BEAT-SSCC Bill of Materials / **Figure 4** .......... 6

**BEAT-SSCC (Single Sided Crash Cushion) Installation** .......... 7
BEAT-SSCC Installation Procedure .......... 7
Install W6 x 9# Posts #2 through #8 .......... 7
Install Upper (W6 x 9#) & Lower (W6 x 15#) Post #1 Sections .......... 7
Install Transition Support Brackets at Posts #7 & 8 .......... 7
Install Rail Support Brackets at Posts #2 through 6 .......... 8
Install Transition Blockout Tube at Posts #7, 8 and Rigid Wall .......... 8
Install Anchor Rail at Post #8 and Rigid Wall .......... 8
Attach Anchorage and Spacer at Rigid Wall .......... 8
Attach Splice Connections at 2 Locations .......... 9
Attach Tie Plate Connections at 3 Locations .......... 9
Install Second Rail at Posts #3 through 7 .......... 9
Install End Tube Rail with Support Bracket at Posts #1 & 2 .......... 9
Posts # 7 & 8 Connection Details for the BEAT-SSCC / **Figure 5** .......... 10
Posts #2 through 6 Connection Details for BEAT-SSCC / **Figure 6** .......... 11
Post #1 Connection Details for the BEAT-SSCC / **Figure 7** .......... 12
Anchor Bolt & Tie Plate Connections for the BEAT-SSCC / **Figure 8** .......... 13
Splice Plate Detail for the BEAT-SSCC / **Figure 9** .......... 14
End Tube Splice Detail for the BEAT-SSCC / **Figure 10** .......... 14
Install BEAT-SSCC Impact Head .......... 15
Install Post Breaker .......... 15
Install Tether Cable .......... 15
Install Cable Assembly with Bearing Plate .......... 15

**Installation Inspection Checklist for the BEAT-SSCC** .......... 16

**Installation Recommendations When Rock is Encountered** .......... 17

Blank Pages for NOTES .......... 18-19

PUBLICATION ~ 102907

# Installation Instructions for the BEAT-SSCC Single Sided Crash Cushion

## INTRODUCTION:

The **BEAT-SSCC** consists of 8 steel posts driven into the soil, 6"x 6" box beam rail sections, a connection to a rigid barrier wall or bridge rail, a cable anchor system and an impact head. The appropriate connection to the rigid structure is a very critical component to insure proper performance of the **BEAT-SSCC**. The required length of the anchor bolts will vary with the wall structure and will need to be determined in the field.

As packaged, the **BEAT-SSCC** system includes all materials needed for a complete installation (except for the anchor bolts). The length of the **BEAT-SSCC** system from the end of the rigid structure to Post #1 is 25'-6". From the end of the rigid structure to the front face of the impact head, the length of the **BEAT-SSCC** system is approximately 28'-0".

## INSTALLATION PROCEDURE GENERAL NOTES:

Begin the installation at the downstream end of the **BEAT-SSCC** (starting at the rigid wall) to ensure that the system matches up with the rigid hazard it is protecting. The major installation steps for the **BEAT-SSCC** are as follows:

- Install W6 x 9# Posts #2 through #8
- Install Upper (W6 x 9#) & Lower (W6 x 15#) Post #1 Sections
- Install Transition Support Brackets at Posts #7 & 8
- Install Rail Support Brackets at Posts #2 through 6
- Install Transition Blockout Tube at Posts #7, 8 and Rigid Wall
- Install Anchor Rail at Post #8 and Rigid Wall
- Attach Anchorage and Spacer at Rigid Wall
- Attach Splice Connections (2 locations)
- Attach Tie Plate Connections (3 locations)
- Install Second Rail at Posts #3 through 7
- Install End Tube Rail with Support Bracket at Posts #1 & 2
- Install BEAT-SSCC Impact Head
- Install Post Breaker
- Install Tether Cable
- Install Cable Assembly with Bearing Plate

**NOTES:**

1.) It is recommended that the approach slope area in front of the BEAT-SSCC should be no greater than 1V:10H

2.) All curbs and/or elevated objects near the BEAT-SSCC that are higher than 4" should be removed.

3.) If a curb must remain, it should be a maximum of 4" in height and the front face of the curb should be placed flush with the traffic face rail of the BEAT-SSCC.




Figure 1. Isometric View of the BEAT-SSCC




Figure 2. Plan and Elevation of the BEAT-SSCC




Figure 3. Detail of BEAT-SSCC Plan and Elevation at Rigid Wall

| ITEM | QTY | DESCRIPTION |
|---|---|---|
| A | 1 | Box–Beam Impact Head |
| B | 1 | Upper End Post W6x9 x 1'–9 1/2" LG. |
| C | 1 | Lower End Post W6x15 x 8'–0" LG. |
| D | 1 | Support Bracket L4x2 x 4" LG. |
| E | 1 | Post Breaker Welded TS2x2x1/4" |
| F | 1 | Cable Anchor Assembly |
| G | 1 | Cable Anchor Bearing Plate |
| H | 1 | End Tube Rail x 8'–0" LG. |
| J | 7 | Steel Breakaway Post W6x9 x 6'–0" LG. |
| K | 5 | Support Bracket w/ Blockout TS6x6 w/ Bent PL. |
| L | 1 | Second Rail x 16'–2 1/2" LG. |
| M | 1 | Transition Blockout x 5'–6" LG. |
| N | 2 | Trans. Support Bracket 3/16" Bent PL. w/ Gusset |
| P | 2 | End Tube Splice Plate |
| Q | 2 | 1" Square Washer PL. 4" x 4" x 1/4" |
| R | 1 | Anchor Rail x 8'–6 13/16" LG. |
| S | 2 | Splice Plate PL. 10" x 10" x 3/8" |
| T | 1 | 3/8" GALV. Cable x 20'–0" |
| U | 6 | Tie Plate PL. 11 1/2" x 3 1/2" x 3/16" |
| V | 1 | Spacer (OMIT ON 90° WALL) |
| | | HARDWARE |
| a | 14 | 5/16" x 7 1/2" Hex Bolt Grade 5 |
| b | 14 | 5/16" Hex Nut |
| c | 28 | 5/16" Washer |
| d | 1 | 1/4" x 3" Hex Bolt Grade 2 |
| e | 1 | 1/4" Hex Nut |
| f | 1 | 1/4" Washer |
| g | 7 | 5/8" x 1 1/2" Guardrail Bolt |
| h | 7 | 5/8" Recess Nut |
| i | 8 | 5/8" x 2" Hex Bolt Grade 5 |
| j | 1 | 5/8" x 8" Hex Bolt Grade 5 |
| k | 18 | 5/8" Hex Nut |
| m | 25 | 5/8" Washer |
| n | 1 | 5/8" x 3" Hex Bolt Grade 5 |
| p | 4 | 5/8" x 9" Hex Bolt Grade 5 |
| q | 1 | 1/2" x 5" Hex Bolt Grade 5 |
| r | 2 | 1/2" Hex Nut |
| s | 1 | 1/2" x 2" Hex Bolt Grade 2 |
| t | 2 | 1" x 10" Hex Bolt Grade 5 (Length Varies w/ Wall Sect.) |
| u | 4 | 1" Hex Nut Grade 5 |
| v | 4 | 1" Washer Grade 5 |
| w | 2 | 1/2" Washer |
| x | 2 | Cable Tie |

Figure 4. BEAT-SSCC Bill of Material

# BEAT-SSCC Installation Procedure

## Install W6 x 9# Posts #2 through #8

Layout a string line and mark off the required post spacing. See **Figures 1 & 2** for layout. Posts #2 to #8 must have the traffic side surface of the post positioned in-line with the rigid hazard. If the rigid hazard is a vertical surface, align the posts with the face of the hazard. If the rigid hazard is a sloped surface, measure a point at a 1'-10" height from the groundline and align the posts with this point as shown in **Figure 3**.

The posts should be driven with a guardrail post pounder. For stiff soils, drill a pilot hole and force the post to the appropriate depth by impact or vibratory means with a guardrail post pounder. The post may also be installed by augering and backfilling if the contractor so prefers. If augering the hole, the initial hole must be large enough to allow adequate room for proper compaction of the soil during backfill. *Care must be taken to carefully compact the backfill to prevent settlement or lateral displacement of the post.*

## Install Upper (W6 x 9#) & Lower (W6 x 15#) Post #1 Sections

The first post is spaced 6'-6" from post #2 and consists of an upper and lower section. The lower section is a W6x 15# beam 8'-0" long. Post #1 must be positioned in-line with the centerline of the 6"x 6" box beam rail sections. The centerline of post #1 will be offset 12" from the centerline of post #2. Be sure the lower post is installed with the ¾" diameter hole on the top of the post located on the front upstream side opposite post #2. See **Figure 7**. It may be driven with a guardrail post pounder. For non-penetrable soil, drill a pilot hole and force the post to the appropriate depth by impact or vibratory means with an approved guardrail post pounder. The post may also be installed by augering and backfilling if the contractor so prefers. If augering the hole, the initial hole must be large enough to allow adequate room for proper compaction of the soil during backfill. *Care must be taken to carefully compact the backfill to prevent settlement or lateral displacement of the post.* See section in back of this manual for "Installation Recommendations When Rock is Encountered".

Align the ¾" diameter holes in the upper and lower post sections and attach the upper post section to the lower post section using one 5/8"x 8" hex bolt, nut and washer. See **Figure 7**.

## Install Transition Support Brackets at Posts #7 & 8

A transition support bracket assembly is used at post locations #7 & #8. This assembly will provide a shelf to place both the transition blockout tube and the anchor box beam rail. The support brackets are attached to the posts with a 5/8"x 1 ½" guardrail bolt, recess nut and washer. See **Figure 5**.

## Install Rail Support Brackets at Posts #2 through 6

A support bracket / blockout assembly is used at post locations #2 to #6. This assembly will create a 6" offset from the post to the box beam rail section and provide a shelf to place the box beam rail. The support brackets are attached to the posts with a 5/8"x 1 ½" guardrail bolt, recess nut and washer. See **Figure 6**.

## Install Transition Blockout Tube at Posts #7, 8 and Rigid Wall

A transition blockout tube 6" x 6" x 5'-6" long is used near the connection to the rigid hazard. The blockout tube is not attached to posts #7 & #8 but is set on the support brackets that are bolted to the posts. This transition blockout is attached to the welded/tapered anchor rail at 4 places. At 3 places, 3 ½" x 11 ½" tie plates are used. At 1 place, a 10" x 10" splice plate is used. <u>See below for a description of the **tie plate and splice connections**</u>. Also see **Figures 3, 8 & 9**.

## Install Anchor Rail at Post #8 and Rigid Wall

A welded/tapered anchor rail tube 6" x 6" x 8'-6" long is used at the connection to the rigid hazard. This tube is attached to the transition blockout tube as noted above. See **Figures 3 & 8**. It is also bolted to the rigid hazard with two 1" high strength hex bolts. In addition, it is attached to the support bracket at post #8 using a 5/16"x 7 ½" hex bolt, nut and 2 washers. See **Figures 5**. It is suggested that this tube be aligned with post #8 and used as a template to locate the two through holes in the rigid wall.

This anchor rail has two 4" wide splice plates welded to the straight end of the tube. It is spliced to the second 6" x 6" rail section using these welded splice plates. The welded splice plates will set on top of the 10" x 10" splice plates. <u>See below for a description of the connection at the **rigid wall** and the connection at the **second rail**</u>. Also see **Figure 3, 8, & 9** for details.

## Attach Anchorage and Spacer at Rigid Wall

The **BEAT-SSCC** must be connected to the rigid structure that the system is protecting. The appropriate connection to the rigid structure is a very critical component to insure proper performance. The rigid structure may have a vertical surface or a sloped surface.

If the hazard has a <u>vertical surface</u>, connect the anchor bracket of the welded/tapered anchor rail tube directly to the vertical surface. See **Figures 3 & 8** for details.

If the hazard has a <u>sloped surface</u>, use the 3 ½" x 1'-11 5/8" spacer between the welded/tapered anchor rail tube and the rigid sloped surface. See **Figures 3 & 8** for details.

To locate the two required 1 ¼" diameter holes in the rigid structure, aligned the 6" x 6" x 8'-6" welded/tapered anchor rail tube with post #8 and use it as a template to locate the two through holes in the rigid wall. Attach the anchor bracket of the welded/tapered anchor rail to the rigid hazard using 1" high strength hex bolts, nuts, flat washers and 4" x 4" x ¼" square washers. <u>The required length of the hex bolts will vary with the wall structure and will need to be determined in the field</u>. See **Figures 3 & 8**.

## Attach Splice Connections at 2 Locations

There are 2 locations where the 6"x 6" box beam barrier sections splice together:

- **Second Tube** and **Anchor Rail** (Between Posts #7 & 8) – This splice uses the two 4" wide splice plates welded to end of the welded/tapered anchor rail tube & two 10" x 10" x 3/8" splice plates (1 each at top and bottom) with 5/8"x 9" hex bolts, nuts and 2 washers. The two 4" wide plates welded at the end of the anchor rail set on top of the 10" x 10" splice plates. The 10" x 10" splice plates also attach to the transition blockout tube. See **Figure 9**.
- **8'-0" Long End Tube** and **Second Tube** (Between Posts #2 & 3) – This splice uses the end tube splice section and 5/8"x 2" hex bolts, nuts and washers. <u>Install the double nutted rail splice plate section to the leading end of the second rail section prior to putting the first rail section into place</u>. Note that two nuts are used for each bolt at the inside of the second rail tube connection. See **Figure 10**.

## Attach Tie Plate Connections at 3 Locations

Tie plate connections occur at 3 locations within the transition blockout tube near the rigid wall connection. A total of six tie plates 11 ½" x 3 ½" x 3/16" are used (1 each at top and bottom) to connect the transition blockout to either the welded/tapered anchor rail or the second rail tube. The connection is made using 5/16" x 7 ½" hex bolts, nuts and 2 washers. See **Figures 3 & 8** for details.

## Install Second Rail at Posts #3 through 7

Attach the 6"x 6" x 3/16" x 16'-2 ½" long second rail tube section to the 4" wide splice plates (welded to the straight end of the welded/tapered anchor rail tube as noted above) and to the 10" x 10" splice plates. <u>See above for a description of the **splice connection**</u>. At the transition blockout tube, 3 ½" x 11 ½" tie plates are used to attach to this rail. <u>See above for a description of the **tie plate** connection</u>. Attach this rail to the support brackets that are bolted to posts #3 to #7 using 5/16"x 7 ½" hex bolts, nuts and 2 washers. See **Figures 2, 3, 5, 6, 8, & 9** for details.

## Install End Tube Rail with Support Bracket at Posts #1 & 2

At this point all of the downstream 6"x 6" box beam barrier including the connection to the rigid wall and posts should be in place. Attach the 8 foot long 6"x 6" x 1/8" end tube section to the 6"x 6" x 3/16" second rail tube section using the end tube splice section. <u>See above for a description of the **splice connection**</u>. Also see **Figure 10**. This end tube section is a specially fabricated 1/8" thickness tube as supplied by the manufacturer and has notches cut at the approach end where the impact head is placed.

Attach the end tube to post #2 support bracket using a 5/16"x 7 ½" hex bolt, nut and 2 washers. See **Figure 6**. The end tube is attached to post #1 using a 4"x 2" x 4" long bent plate support bracket and a 5/16"x 7 ½" hex bolt, nut and 2 washers. This support bracket is attached to post #1 with a ½"x 2" hex bolt, nut and 2 washers. See **Figure 7**. Do not attach the end tube to the support bracket until the impact head is installed.




Item M is the Transition Blockout Tube 6" x 6" x 5'-6" long

Item N is the Transition Support Bracket

At Post #7, the 6" x 6" tube is Item L

At Post #8, the 6" x 6" tube is Item R

Figure 5. Posts # 7 & 8 Connection Details for the BEAT-SSCC




<u>Item K</u> is the Support Bracket with a Blockout Tube 6" x 6" x 6" long

At Post #2, the 6" x 6" tube is <u>Item H</u>

At Posts #3 to #6, the 6" x 6" tube is <u>Item L</u>

Figure 6. Posts #2 - #6 Connection Details for the BEAT-SSCC




Figure 7. Post #1 Connection Details for the BEAT-SSCC




Figure 8. Anchor Bolt & Tie Plate Connections for BEAT-SSCC




Item L is the 6" x 6" second rail tube

Item M is the transition blockout tube

Item R is the 6" x 6" welded/tapered anchor rail (with 4" wide splice plates welded at end)

Items S are the 10" x 10" x 3/8" splice plates




Item R anchor rail tube has two 4" wide splice plates welded to the straight end of the tube. The welded splice plates will set on top of the 10" x 10" Item S splice plates.

Figure 9. Splice Plate Detail for the BEAT-SSCC




Figure 10. End Tube Splice Detail for the BEAT-SSCC




Figure 10-a. **<u>Optional</u>** End Tube Splice Detail for the BEAT-SSCC

## Install BEAT-SSCC Impact Head

Place the impact head inside the end tube. The impact head should be positioned so the holes at the end of the tube and the hole in the impact head are aligned. Also be sure the impact head is inserted into the end tube section with the large triangular gusset plates facing down. Attach the end tube to impact head using a 5/16"x 7 ½" hex bolt, nut and 2 washers. See **Figure 7**.

Note. It is recommended that the front face of the impact head be delineated with an object marker that meets local specifications for better night visibility. The impact face object marker is included as part of the shipped materials for the BEAT-SSCC.

## Install Post Breaker

If the system is installed on the roadside, attach the post breaker to the traffic side of post #1 with a 5/8"x 3" hex bolt, nut and washer and a ¼"x 3" hex bolt, nut and washer. If the system is installed in the median, attach the post breaker to the reverse direction traffic side of post #1. See **Figure 7**.

## Install Tether Cable

The tether cable will arrive bundled into a "figure-8" with two free ends that each has swaged loops. **DO NOT CUT THE TIE ON THE CABLE**. Attach the shorter free end (≈28") to the lower backside of the impact head by putting the end loop through the slot in triangular gusset plates and passing a ½"x 5" hex bolt though the loop. Secure the bolt with a nut. Attach the "figure-8" to the back of the impact head using the provided cable ties passing through the upper and lower gusset notches as shown in **Figure 7**. Finally, pass the longer free end of the bundle (≈50") above the post-breaker around post one and pass the anchor cable through the end loop prior to attaching the anchor through post #1, as shown in **Figure 7**.

## Install Cable Assembly w/ Bearing Plate

Place the cable assembly through the lug welded to the underside of the end tube near post #2. See **Figure 2**. The other end of the anchor cable will pass through the tether cable loop and through post #1. (See above for **tether cable** attachment). Place the bearing plate at the base of post #1 with the 5" dimension up and the 3" dimension down. Secure both ends of the cable assembly with a 1" hex nut and washer. While tightening the nuts at the end of the cable, restrain the cable at the end being tightened to avoid twisting the cable. See **Figure 7**.

Upon completion of the installation, the cable should be taut.

# BEAT-SSCC Installation Inspection Checklist

State: ______________________ Date: ________________

Project #: _____________________ Inspection performed by: __________________

Location: ____________________________________________________________

- ☐ The 6"x 6" end tube section is the special 1/8" thickness tube as supplied by the manufacturer with notched corners at the approach end where the impact head is placed.
- ☐ The BEAT-SSCC has two 6"x 6" x 3/16" tube sections (one straight and the other welded and attached to the rigid structure) joining with the special 8'-0" long end tube section.
- ☐ The end tube section is bolted to the second rail section with the special end tube splice.
- ☐ The second rail tube is bolted to the welded/tapered anchor rail and the 5'-6" blockout tube section using 11 ½" x 3 ½" x 3/16" tie plates and 10" x 10" x 3/8" splice plates.
- ☐ The height of the 6"x 6" box beam tubing is 2'-4".
- ☐ The box beam tubing is attached to all rail support brackets with a 5/16" x 7 ½" hex bolt.
- ☐ The rail support brackets are attached to posts with proper hardware:
  --Post #1 support bracket bolt is ½"x 2" hex bolt
  --Posts #2 through #8 support bracket bolts are 5/8" x 1 ½" hex bolt
- ☐ The upper and lower sections of post #1 are properly connected with a 5/8"x 8" hex bolt.
- ☐ All 8 posts are breakaway. Each has proper support bracket and/or blockout components:
  --Post #1 is centered under the rail and has a support bracket only with no blockout.
  --Posts #2 through 6 have a support bracket/blockout weldment piece.
  --Posts #7 & 8 have individual support brackets and share a common blockout tube.
- ☐ The splice plates and tie plates are properly attached at the transition blockout near posts #7, #8 and the end of the rigid wall.
- ☐ The anchor rail is properly attached to the rigid wall with two 1" diameter high strength hex bolts. Also, if the rigid wall is <u>not</u> a vertical wall, a spacer plate is needed.
- ☐ The impact head is properly inserted into the end tube section with the large triangular gusset plates facing down. The bottom of the impact head is approx 12" above ground.
- ☐ The post breaker is on the approach traffic side of post #1 and stabilized with two bolts.
- ☐ The 8" x 8" bearing plate at post 1 is correctly positioned with the 5" dimension up & the 3" dimension down. The anchor cable is taut and correctly installed.
- ☐ The tether cable is properly attached to restrain the impact head.
- ☐ If the posts were augered, be sure the backfill material around the posts is compacted.

Additional notes:

______________________________________________________________________

______________________________________________________________________

# Installation Recommendations When Rock is Encountered on the BEAT-SSCC System

The following recommended installation procedures are intended for installations where bedrock is encountered at a depth shallower than the eight-foot length post embedment for BEAT-SSCC post #1. When cobbles or loose rock is encountered that prevents driving the first post to full depth, it is necessary to auger to full depth or follow the "Alternative Foundation Using Concrete" option shown below. Concrete shall not be used at any other BEAT-SSCC posts.

In installations where bedrock is encountered at the depths indicated below, it will be necessary to core into the rock for the following depths. This cored hole should be 10" in diameter. The installer should assure that the rock removed out of the cored hole is reasonably solid rock.

| Surface of Rock | Required Core Depth Below Rock Surface |
|---|---|
| 0 to 2' | 36" |
| 2' to 4' | 24" |
| 4' to 7' | 12" |
| 7' to 8' | Core to 8' |

The post may then be shortened by cutting the bottom of the post. Place granular material in the bottom of the hole so that the base rests 2.5" from the bottom of the cored hole. Cold galvanize paint the cut surfaces.

The post shall be placed in the hole and backfilled with adequately compacted material. If preferred, this post #1 may be backfilled with concrete.

These depths will provide sufficient anchorage to provide system redirection capacity and prevent the post from being pulled vertically from the ground during impact.

## Alternative Foundation Using Concrete

If the BEAT-SSCC post #1 has reached a minimum depth of 48" and cannot be driven further, the following options may be followed for installation in an augered hole:

| Depth of Augered Hole | Diameter of Augered Hole | Concrete Depth |
|---|---|---|
| 48" to 67" | 24" Diameter | Bottom 36" of hole |
| 68" to 95" | 12" Diameter | Bottom 24" of hole |

# NOTES

# Exhibit P-105

Installation Instructions for
BEAT-BP Box Beam Bursting
Energy Absorbing Terminal,
Bridge Pier

# Installation Instructions for
# BEAT-BP
## Box Beam Bursting Energy Absorbing Terminal
## Bridge Pier



*ROAD SYSTEMS, INC.*
P. O. Box 2163
Big Spring, Texas 79721
Phone: (432) 263-2435 FAX: (432) 267-4039

**Technical Support & Marketing** Phone: (330) 346-0721
**Technical Support & Marketing** Fax: (330) 346-0722

This Installation Manual can be downloaded from RSI web site
www.roadsystems.com

# Table of Contents

Page

**General Installation Instructions for the BEAT-BP** .............................. 3
Introduction ........................................................................................ 3
General Notes ...................................................................................... 3
Site Preparation ................................................................................... 3
Tools Required ..................................................................................... 3
Step-by-Step Installation Procedure and Notes........................................ 4-5

**BEAT-BP Figures / System Layout**
Typical Pier Applications for 1, 2 & 3 Piers / **Figure 1** ............................. 6
Plan View of BEAT-BP (2 Pier Application) / **Figure 2** ............................. 7
Elevation View of BEAT-BP (2 Pier Application) / **Figure 3** ..................... 8
BEAT-BP Bill of Materials (2 Pier Application) / **Figure 4** ........................ 9

**BEAT-BP (Bridge Pier) Installation**
BEAT-BP Installation Procedure .......................................................... 10
1. Layout the Main System Envelope Surrounding the Piers ........... 10
2. Install the Two 8′-0″ long (W6 x 15#) Interior Anchor Posts ...... 10
3. Install the 6′-0″ long Standard Steel Posts ............................. 10-11
4. Install Rail Support Brackets Supporting Extended Blocks ......... 11
5. Install Support Brackets NOT Supporting Extended Blocks........ 11
6. Install Extended Blocks........................................................... 11
7. Connect Internal Splice Plates and Standard Rail Sections.......... 12
8. Connect Bent Splice Connection ............................................... 12
9. Install Diagonal Tubes ............................................................. 12
10. Connect the “Y” Splice Connection.......................................... 12
11. Install the 6′-0″ long (W6 x 9#) Breakaway Posts...................... 12
12. Install the 8′-0″ long (W6 x 15#) Lower End Post #1 ................ 13
13. Install the 1′-9 ½″ long (W6 x 9#) Upper End Post #1............... 13
14. Install Rail Support Brackets at Post Locations #2-6 ................. 13
15. Attach Anchor Plate at the Underside of Rail Section................ 13
16. Attach Tie Plates at Posts Supporting Extended Blocks............. 13
17. Install the 16′-2 ½″ long Second Rail Tube ............................... 14
18. Install the 8′-0″ long End Rail.................................................. 14
19. Install Support Bracket at Post #1............................................ 14
20. Connect the End Rail Tube to the Second Rail.......................... 14
21. Install BEAT-BP Box Beam Impact Head ................................ 14
22. Install Post Breaker ................................................................. 15
23. Install Tether Cable.................................................................. 15
24. Install Cable Anchor Assembly and Bearing Plate at Post #1.... 15
25. Install Cable Anchor Assembly at Lower Interior End Posts..... 15

## BEAT-BP Figures / Component Details

Interior Anchor Detail / **Figure 5** .......... 16
Rail Support Brackets at Interior Posts (Extended Blocks) / **Figure 6** .......... 17
Blocked Rail Support Brackets at Interior Posts / **Figure 7** .......... 18
Extended Block / **Figure 8** .......... 19
Internal Splice Detail / **Figure 9** .......... 20
Bent Splice Connection / **Figure 10** .......... 21
Diagonal Tubes / **Figure 11** .......... 22
Y Splice Connection / **Figure 12** .......... 23
Breakaway Plug Welded Posts / **Figure 13** .......... 24
Impact Head, Post #1, Post Breaker, Tether Cable / **Figure 14** .......... 25
Rail Support Brackets at Posts #2-6 / **Figure 15** .......... 26
Tie Plate Connection / **Figure 16** .......... 27
End Splice Channel Connection / **Figure 17** .......... 28
Cable Anchor Assembly at Post #1 / **Figure 18** .......... 29

**Installation Inspection Checklist for the BEAT-BP** .......... 30

**Installation Recommendations When Rock is Encountered** .......... 31

Blank Page for NOTES .......... 32

PUBLICATION ~ 111308

# Installation Instructions for the BEAT-BP Bridge Pier System

## Introduction

The **BEAT-BP** system consists of an energy absorbing crash cushion at both approach ends of bridge pier and 6"x 6" box beam rail sections to enclose the pier (or piers) or other fixed objects adjacent to the travel way (collectively referred to as piers for the remainder of this manual). The crash cushion consists of breakaway steel posts, a cable anchor system and an impact head that causes the 6"x 6" box beam rail sections to burst when impacted end-on. The appropriate positioning of the crash cushion ends, the support posts and box beam rail elements relative to the rigid structure (and the travel way) is very important to insure proper performance of the **BEAT-BP**. The required layout will vary with the number of piers, the relationship of the piers and the travel way and possibly the diameter (or width) of the piers if larger than 4-ft.

As packaged, the **BEAT-BP** system includes all materials needed for a complete installation. The overall length of the **BEAT-BP** system will vary with the number of piers.

***Refer to design drawings*** to determine the exact layout and placement of the **BEAT-BP** system. Each **BEAT-BP** installation is site specific. The approximate overall lengths of the system are shown below.

- For 1-Pier protection system – 79-ft.
- For 2-Pier protection system – 103-ft.
- For 3-Pier protection system – 115-ft.
- For 4-Pier protection system – 151-ft.

## General Notes

Begin the layout of the **BEAT-BP** at the longitudinal centerline of the pier (or piers) where the system will be placed and work toward both ends where the impact head joins with post #1. The installation steps for the **BEAT-BP** are detailed on the following pages.

## Site Preparation

The **BEAT-BP** is installed with an enclosed area that surrounds the bridge piers and has a straight energy-absorbing leading segment at both ends of the piers. The approach area in front of the **BEAT-BP** system shall be free of fixed objects and have a fill slope or cut slope of 10:1 or flatter. Measure the layout as described in this manual. Post spacing varies and is shown on the design drawings and/or in this manual.

## Tools Required

The tools required for installation of the **BEAT-BP** system are similar to those used to install standard highway guardrails, including sockets and wrenches for 1/4" 5/16", 1/2", 5/8", 3/4", and 1" bolts and a drill. Other equipment such as augers, tampers, and post pounders commonly used in driving posts is also needed. In addition, it may be helpful to use clamps to prevent the box beam rail tubing sections from rotating.

# BEAT-BP Bridge Pier Installation Procedure and Notes:

A. Begin the layout of the **BEAT-BP** at the longitudinal centerline of the pier (or piers) where the system will be placed and work toward both ends where the impact head joins with post #1. Each **BEAT-BP** system is sized to enclose a particular pier application. ***Refer to design drawings*** to determine the number of Rail Sections (Item N) and the number of Extended Blocks (Item P) required. Site conditions may vary but typical requirements are:
   - For 1-Pier protection system – 4 Rail Sections (Item N) & 2 Extended Blocks (Item P).
   - For 2-Pier protection system – 8 Rail Sections (Item N) & 4 Extended Blocks (Item P).
   - For 3-Pier protection system – 10 Rail Sections (Item N) & 6 Extended Blocks (Item P).

B. When laying out around the piers or poles in the enclosed center portion of the **BEAT-BP**, the system may or may not be perfectly centered depending on site constraints. For any given installation, the minimum distance between the backside of the Standard Steel Posts (Item K) and the object being shielded is 8 inches. In addition, the Extended Blocks (Item P) must effectively shield the leading edge of the pier. This means that the Extended Blocks shall extend upstream beyond the hazard.

## The Installation Steps for the BEAT-BP are as Follows:

1. Layout the main system envelope surrounding the piers to establish proper location and ensure appropriate clearances. This layout will include all the Rail Sections (Item N), the Internal Splices (Item S) the “Y” Connections (Item Q) and the Bent Splices (Item R). Use of a string line will help to keep rail sections aligned.

2. Install the two 8′-0″ long (W6 x 15#) Interior Anchor Posts (Item C) at the two interior locations of the **BEAT-BP** system. The location of these anchor posts is near post location #10 and is described in this Installation Manual under the Interior Anchor Post Detail.

3. Using the Rail Sections (system envelope) as a guide, install the 6′-0″ long Standard Steel Posts (Item K) with their front faces offset 6″ from the back of the Rail Section in the enclosed center portion of the **BEAT-BP**. This 6″ will allow for the blockouts.

   - For 1-Pier protection system – Item K is post locations #7-12 at both sides of the pier.
   - For 2-Pier protection system – Item K is post locations #7-20 at both sides of the piers.
   - For 3-Pier protection system – Item K is post locations #7-24 at both sides of the piers.

   All of the interior Standard Steel Posts (Item K) should be laid out in a straight line as described in the applicable design drawing. It should be noted that the installation should be generally parallel to traffic. These Standard Steel Posts (Item K) are spaced at 3′-0″ centers and shall be in-line with the Breakaway Posts (Item J) at locations #2-6. This will allow alignment with the 16′-2 ½″ long Second Rail Tube (Item M).

   The two interior Standard Steel Posts supporting the Diagonal Tubes (Item N) at each end of the main system envelope surrounding the piers are also spaced at 3′-0″. These posts should be aligned with the Diagonal Tube and also offset 6″ from the back from the tube.

4. Install Rail Support Brackets (Item V) at the interior posts that support the 10-ft long Extended Blocks (Item P) in front of the piers. These are bent plate brackets.

5. Install Rail Support Brackets (Item L) at the interior posts that do ***"not"*** support the 10-ft long Extended Blocks in front of the piers. These bent plate brackets have a short section of tube welded to them.

6. Install the 10-ft long Extended Blocks (Item P) on both sides of the system in front of all of the piers. The Extended Blocks shall extend upstream beyond the hazard.

7. Connect Internal Splice Plates (Item S) to the ≈12-ft long Rail Sections (Item N). (This does not apply for 1-pier protection system). Place the Rail Sections on the interior Standard Steel Posts (Item K). It may be helpful to use clamps to prevent the rail sections from falling prior to bolting.

8. Connect the Bent Splice Connection (Item R) to the two downstream Rail Sections (Item N).

9. Install the ≈12-ft long Diagonal Tubes (Item N) at both ends of the enclosed center portion using the Bent Splice Connections (Item R).

10. Connect the "Y" Splice Connection (Item Q) to the two upstream Rail Sections (Item N) and to the Diagonal Tube (Item N). Note that the Diagonal Tube will slip past the bolt holes on the Y Splice Connection making it easier to get the rail on the Bent Splice Connection.

11. Install the 6′-0″ long (W6 x 9#) Breakaway Plug Welded Posts (Item J) at locations #2-6 at both ends. These posts shall be installed in-line with the interior Standard Steel Posts (Item K).

12. Install the 8′-0″ long (W6 x 15#) Lower End Post #1 (Item C) section at both ends.

13. Install the 1′-9 ½″ long (W6 x 9#) Upper End Post #1 (Item B) section at both ends.

14. Install Rail Support Brackets (Item L) at post locations #2-6. These bent plate brackets will have a short tube welded to it.

15. Attach Anchor Plate (Item X) at the underside of the ≈12-ft long Rail Section (Item N) near post #10 at both sides of the system. Use hardware from the Internal Splice Plates (Item S).

16. Attach 3 ½″ x 11 ½″ Tie Plates (Item W) at posts that support the 10-ft long Extended Blocks (Item P) in front of the piers.

17. Install the 16′-2 ½″ long Second Rail Tube (Item M) at posts #3-6 at both ends.

18. Install the 8′-0″ long End Rail (Item H) at posts #1 & 2.

19. Install the 4″ x 2″ x 4″ long Support Bracket (Item D) at post #1 at both ends.

20. Connect the End Rail tube to the Second Rail tube using End Splice Channel (Item T).

21. Install **BEAT-BP** Box Beam Impact Head (Item A) at both ends.

22. Install Post Breaker (Item E) at both ends.

23. Install Tether Cable (Item U) at both ends.

24. Install Cable Anchor Assembly (Item F) with Bearing Plate (Item G) at post #1 (total 2 places).

25. Install Cable Anchor Assembly (Item F) and at lower interior end posts (total 2 places).

**Figure 1.** BEAT-BP Typical Pier Applications for 1, 2 & 3 Piers






**Figure 2.** Plan View of the BEAT-BP (2 Pier Application)



**Figure 3**. Elevation View of the BEAT-BP (2 Pier Application)

| ITEM | QTY | DESCRIPTION |
|---|---|---|
| A | 2 | Box–Beam Impact Head |
| B | 2 | Upper End Post W6x9# x 21 1/2" |
| C | 4 | Lower End Post W6x15# x 8'–0" |
| D | 2 | Support Bracket L 4" x 2" x 4" LG. |
| E | 2 | Post Breaker Welded TS 2" x 2" x 1/4" |
| F | 4 | Cable Anchor Assembly |
| G | 2 | Cable Anchor Bearing Plate |
| H | 2 | End Tube Rail 8'–0" LG. x 1/8" THICK |
| J | 10 | Steel Breakaway Post W6x9# x 6'–0" |
| K** | 28 | Standard Steel Post W6x9# x 6'–0" |
| L** | 22 | Support Bracket TS 6" x 6" w/ Bent PL. |
| M | 2 | Second Rail 16'–2 1/2" LG. |
| N** | 8 | BP–Rail Section 11' – 11 1/2" LG. |
| P** | 4 | Extended Block 10' LG. |
| Q | 2 | "Y" Connection |
| R | 2 | Bent Splice |
| S** | 8 | Box Beam Splice Plates w/Nuts (2 per splice) |
| T | 4 | End Section Splice Channel Bent PL. |
| U | 2 | 3/8" GALV. Cable 20' LG. |
| V** | 16 | Support Bracket |
| W** | 16 | Tie Plate |
| X | 2 | Anchor Plate |
| | | HARDWARE |
| a | 2 | 1/4" x 3" Hex Bolt |
| b | 2 | 1/4" Hex Nut |
| c | 4 | 1/4" Washer |
| d** | 56 | 5/16" x 7 1/2" Hex Bolt Grade 5 |
| e** | 56 | 5/16" Hex Nut |
| f** | 112 | 5/16" Washer |
| g | 2 | 1/2" x 2" Hex Bolt Grade 2 |
| h | 2 | 1/2" x 5" Hex Bolt Grade 5 |
| i | 4 | 1/2" Hex Nut |
| j | 4 | 1/2" Washer |
| k** | 38 | 5/8" x 1 1/2" Hex Bolt Grade 5 |
| m | 8 | 5/8" x 2" Hex Bolt Grade 5 |
| n | 2 | 5/8" x 3" Hex Bolt Grade 5 |
| p | 8 | 5/8" x 6" Hex Bolt Grade 5 |
| q | 2 | 5/8" x 8" Hex Bolt Grade 5 |
| r** | 66 | 5/8" Hex Nut |
| s** | 74 | 5/8" Washer |
| t** | 32 | 3/4" x 2" Hex Bolt Grade 5 |
| u | 12 | 3/4" x 7" Hex Bolt Grade 5 |
| v | 8 | 3/4" x 8" Hex Bolt Grade 5 |
| w | 20 | 3/4" Hex Nut |
| x | 8 | 1" Hex Nut Grade 5 |
| y | 8 | 1" Washer Grade 5 |
| z | 4 | Cable Tie |

** Indicates Those Items Which the Quantities Typically Vary if the BEAT-BP System is at a Location Having More or Less Than 2 Piers

**Figure 4**. BEAT-BP Bill of Material (2 Pier Application)

# BEAT-BP Installation Procedure

## [1]. Layout the Main System Envelope Surrounding the Piers

Begin the layout of the **BEAT-BP** at the longitudinal centerline of the pier (or piers) where the system will be placed and work toward both ends where the impact head joins with post #1. Each **BEAT-BP** system is sized to enclose a particular pier application. ***Refer to design drawings*** to determine the number of Rail Sections (Item N) and the number of Extended Blocks (Item P) required. Also see **Figure 1**. Site conditions may vary but typical requirements are:

- For 1-Pier protection system – 4 Rail Sections (Item N) & 2 Extended Blocks (Item P).
- For 2-Pier protection system – 8 Rail Sections (Item N) & 4 Extended Blocks (Item P).
- For 3-Pier protection system – 10 Rail Sections (Item N) & 6 Extended Blocks (Item P).
- For 4-Pier protection system – 16 Rail Sections (Item N) & 8 Extended Blocks (Item P).

When laying out around the piers or poles in the enclosed center portion of the **BEAT-BP**, the system may or may not be perfectly centered depending on site constraints. For any given installation, the minimum distance between the backside of the Standard Steel Posts (Item K) and the object being shielded is 8 inches. In addition, the Extended Blocks (Item P) must effectively shield the leading edge of the pole or post. This means that the Extended Blocks shall extend upstream beyond the hazard. See **Figure 2**.

Layout the main system envelope surrounding the piers to establish proper location and ensure appropriate clearances. This layout will include all the Rail Sections (Item N), the Internal Splices (Item S) the “Y” Connections (Item Q) and the Bent Splices (Item R). Use of a string line will help to keep rail sections aligned.

## [2]. Install the Two 8′-0″ long (W6 x 15#) Interior Anchor Posts

Install the two interior W6x 15# beam 8'-0" long Lower End Posts (Item C) at the two interior locations of the **BEAT-BP** system. The location of these anchor posts is near post location #10. Be sure to position the post to be aligned with the direction the anchor cable will be placed. See **Figure 5** for positioning details.

Be sure the post is installed with the 1 ¼" diameter hole on the top of the post located on the front upstream side which would be opposite the pier. It may be driven with a guardrail post pounder. For non-penetrable soil, drill a pilot hole and force the post to the appropriate depth by impact or vibratory means with an approved guardrail post pounder. The post may also be installed by augering and backfilling if the contractor so prefers. If augering the hole, the initial hole must be large enough to allow adequate room for proper compaction of the soil during backfill. *Care must be taken to carefully compact the backfill to prevent settlement or lateral displacement of the post.* See section in back of this manual for “Installation Recommendations When Rock is Encountered”.

## [3]. Install the 6′-0″ long Standard Steel Posts

Using the Rail Sections (system envelope) as a guide, install the 6′-0″ long Standard Steel Posts (Item K) with their front faces offset 6″ from the back of the Rail Section in the enclosed center portion of the **BEAT-BP**. This 6″ will allow for the blockouts.

- For 1-Pier protection system – Item K is post locations #7-12 at both sides of the pier.
- For 2-Pier protection system – Item K is post locations #7-20 at both sides of the piers.
- For 3-Pier protection system – Item K is post locations #7-24 at both sides of the piers.
- For 4-Pier protection system – Item K is post locations #7-36 at both sides of the piers.

All of the interior Standard Steel Posts (Item K) should be laid out in a straight line as described in the applicable design drawing. Note that the installation should be generally parallel to traffic. These Standard Steel Posts (Item K) are spaced at 3′-0″ centers and shall be in-line with the Breakaway Posts (Item J) at locations #2-6. This will allow alignment with the 16′-2 ½″ long Second Rail Tube (Item M). . ***Refer to design drawings*** to determine placement of posts.

The two interior Standard Steel Posts supporting the Diagonal Tubes (Item N) at each end of the main system envelope surrounding the piers are also spaced at 3′-0″. These posts should be aligned with the Diagonal Tube and also offset 6″ from the back from the tube.

The posts should be driven with a guardrail post pounder. For stiff soils, drill a pilot hole and force the post to the appropriate depth by impact or vibratory means with a guardrail post pounder. The post may also be installed by augering and backfilling if the contractor so prefers. If augering the hole, the initial hole must be large enough to allow adequate room for proper compaction of the soil during backfill. *Care must be taken to carefully compact the backfill to prevent settlement or lateral displacement of the post.*

## [4]. Install Rail Support Brackets Supporting Extended Blocks

Install Rail Support Brackets (Item V) at the interior posts (Item K) that support the 10-ft long Extended Blocks (Item P) in front of the piers. These are bent plate brackets. This assembly will provide a shelf to place both the Extended Blocks and Rail Sections in front of the piers. The support brackets are attached to the posts with a 5/8"x 1 ½" hex bolt, nut and washer.
See **Figure 6** for details.

## [5]. Install Support Brackets NOT Supporting Extended Blocks

Install Rail Support Brackets (Item L) at the interior posts that do ***“not”*** support the 10-ft long Extended Blocks in front of the piers. These bent plate brackets have a short section of tube welded to them. This assembly will create a 6" offset from the post to the box beam rail section and provide a shelf to place the Rail Sections in front of the piers. The support brackets are attached to the posts with a 5/8"x 1 ½" hex bolt, nut and washer. See **Figure 7** for details.

## [6]. Install Extended Blocks

Place the 10-ft long Extended Blocks (Item P) on both sides of the system in front of all of the piers. The Extended Blocks shall extend upstream beyond the hazard at least 1 full post spacing. These rail sections will be attached to the post Support Brackets (Item V) with a Tie Plate (Item W) in a later step (step 16). See **Figure 8** for details.

## [7]. Connect Internal Splice Plates and Standard Rail Sections

Connect Internal Splice Plates (Item S) to the ≈12-ft long Rail Sections (Item N). Note that this does not apply for 1-pier protection system since there is only one Rail Section (Item N) per side. Place the Rail Sections on the interior Standard Steel Posts (Item K). The Splice Plates have 3/4" hex nuts welded on. Use 3/4" x 2" hex bolts to make the connection. It may be helpful to use clamps to prevent the rail sections from falling prior to bolting. See **Figure 9** for details. Connect the tubes to the Support Brackets. The connection is made using 5/16" x 7 ½" hex bolts, nuts and 2 washers.

## [8]. Connect Bent Splice Connection

Connect the Bent Splice Connection (Item R) to the two downstream Rail Sections (Item N). Use 3/4"x 7" hex bolts and nuts to make the connection. See **Figure 10** for details.

## [9]. Install Diagonal Tubes

Install the ≈12-ft long Diagonal Tubes (Item N) at both ends of the enclosed center portion using the Bent Splice Connections (Item R). Use 3/4"x 7" hex bolts and nuts to make the connection. See **Figures 10** & **11** for details.

## [10]. Connect the “Y” Splice Connection

Connect the “Y” Splice Connection (Item Q) to the two upstream Rail Sections (Item N) and to the Diagonal Tube (Item N). Note that the Diagonal Tube will slip past the bolt holes on the Y Splice Connection making it easier to get the rail on the Bent Splice Connection. Use 3/4"x 8" hex bolts and nuts to make the connection to Rail Sections (Item N). Use 3/4"x 7" hex bolts and nuts to make the connection to Diagonal Tube (Item N). See **Figures 11** & **12** for details.

## [11]. Install the 6′-0″ long (W6 x 9#) Breakaway Posts

Install the 6′-0″ long (W6 x 9#) Breakaway Plug Welded Posts (Item J) at locations #2-6 at both ends. These posts shall be installed in-line with the interior Standard Steel Posts (Item K). Layout a string line and mark off the required post spacing. See **Figures 2** & **13** for layout.

The posts should be driven with a guardrail post pounder. For stiff soils, drill a pilot hole and force the post to the appropriate depth by impact or vibratory means with a guardrail post pounder. The post may also be installed by augering and backfilling if the contractor so prefers. If augering the hole, the initial hole must be large enough to allow adequate room for proper compaction of the soil during backfill. *Care must be taken to carefully compact the backfill to prevent settlement or lateral displacement of the post.*

## [12]. Install the 8′-0″ long (W6 x 15#) Lower End Post #1

Install the 8′-0″ long (W6 x 15#) Lower End Post #1 (Item C) section at both ends. The first post is spaced 6'-6" from post #2 and consists of an upper and lower section. The lower section is a W6x 15# beam 8'-0" long. Post #1 must be positioned in-line with the centerline of the 6"x 6" box beam rail sections. The centerline of post #1 will be offset 12" from the centerline of post #2.

Be sure the lower post is installed with the ¾" diameter holes on the top of the post located on the front upstream side opposite post #2. See **Figure 14** for details. It may be driven with a guardrail post pounder. For non-penetrable soil, drill a pilot hole and force the post to the appropriate depth by impact or vibratory means with an approved guardrail post pounder. The post may also be installed by augering and backfilling if the contractor so prefers. If augering the hole, the initial hole must be large enough to allow adequate room for proper compaction of the soil during backfill. *Care must be taken to carefully compact the backfill to prevent settlement or lateral displacement of the post.* See section in back of this manual for "Installation Recommendations When Rock is Encountered".

## [13]. Install the 1′-9 ½″ long (W6 x 9#) Upper End Post #1

Install the 1′-9 ½″ long (W6 x 9#) Upper End Post #1 (Item B) section to the Lower End Post #1 (Item C) section at both ends of the **BEAT-BP** system. Align the ¾" diameter holes in the upper and lower post sections and attach the upper post section to the lower post section using one 5/8"x 8" hex bolt, nut and washer. See **Figure 14** for details.

## [14]. Install Rail Support Brackets at Post Locations #2-6

Install Rail Support Brackets (Item L) at post locations #2-6. These bent plate brackets will have a short tube welded to it. This assembly will create a 6" offset from the post to the box beam rail section and provide a shelf to place the box beam rail. The support brackets are attached to the posts with a 5/8"x 1 ½" hex bolt, nut and washer. See **Figure 15** for details.

## [15]. Attach Anchor Plate at the Underside of Rail Section

Attach Anchor Plate (Item X) at the underside of the ≈12-ft long Rail Section (Item N) which is located near post #10 at both sides of the system. Use the 3/4" x 2" hex bolts from the Internal Splice Plates (Item S) to make the connection. The Splice Plates have 3/4" hex nuts welded on. See **Figure 5** for details.

## [16]. Attach Tie Plates at Posts Supporting Extended Blocks

Attach 11 ½" x 3 ½" x 3/16" Tie Plates (Item W) at posts that support the 10-ft long Extended Blocks (Item P) in front of the piers. These tie plates are used at the top of the tubes to connect the tubes to the Support Bracket. The connection is made using 5/16" x 7 ½" hex bolts, nuts and 2 washers. See **Figure 16** for details.

## [17]. Install the 16′-2 ½″ long Second Rail Tube

Install the 16′-2 ½″ long Second Rail Tube (Item M) at posts #3-6 at both ends. This tube will connect to the "Y" Splice Connection (Item Q) using 3/4"x 8" hex bolts and nuts. Attach this rail to the support brackets that are bolted to posts #3 to #6 using 5/16"x 7 ½" hex bolts, nuts and 2 washers. See **Figure 13** for details.

## [18]. Install the 8′-0″ long End Rail

Install the 8′-0″ long End Rail (Item H) at posts #1 & 2. This end tube section is a specially fabricated 1/8" thickness tube as supplied by the manufacturer and has notches cut at the approach end where the impact head is placed. At this point all of the downstream 6"x 6" box beam barrier and posts should be in place. Attach the 8 foot long 6"x 6" x 1/8" end tube section to the 6"x 6" x 3/16" second rail tube section as described below in step 20. Attach the end tube to post #2 support bracket using a 5/16"x 7 ½" hex bolt, nut and 2 washers. See **Figure 13**.

## [19]. Install Support Bracket at Post #1

Install the 4″ x 2″ x 4″ long Support Bracket (Item D) at post #1 at both ends. The end tube is attached to post #1 using this 4"x 2" x 4" long bent plate Support Bracket and a 5/16"x 7 ½" hex bolt, nut and 2 washers. This support bracket is attached to post #1 with a ½"x 2" hex bolt, nut and 2 washers. See **Figure 14**. Do not attach the end tube to the support bracket until the impact head is installed as the bolt also passes through the impact head.

## [20]. Connect the End Rail Tube to the Second Rail

Connect the End Rail tube (Item H) to the Second Rail tube (Item M) using End Splice Channel (Item T). This splice uses 4 each 5/8"x 2" hex bolts with (2) nuts and (2) washers at the inside of the second rail tube connection. Install this double-nutted splice section to the leading end of the Second Rail tube (Item M) prior to putting the first rail section into place. Connect the bent plates welded to the end of the End Rail tube (Item H) using 5/8"x 6" hex bolts, nuts and (2) washers. See **Figure 17** for additional details.

## [21]. Install **BEAT-BP** Box Beam Impact Head

Install **BEAT-BP** Box Beam Impact Head (Item A) at both ends. Place the impact head inside the End Rail tube (Item H). The impact head should be positioned so the holes at the end of the tube and the hole in the impact head are aligned. Also be sure the impact head is inserted into the end tube section with the large triangular gusset plates facing down. Attach the end tube to impact head using a 5/16"x 7 ½" hex bolt, nut and 2 washers. See **Figure 14**.

Note. It is recommended that the front face of the impact head be delineated with an object marker that meets local specifications for better night visibility. The impact face object marker is included as part of the shipped materials for the **BEAT-BP**.

## [22]. Install Post Breaker

Install Post Breaker (Item E) at both ends. Attach the post breaker to the back (non-traffic) side of post #1 with a 5/8"x 3" hex bolt, nut and washer and a ¼"x 3" hex bolt, nut and washer. See **Figure 14**.

## [23]. Install Tether Cable

Install Tether Cable (Item U) at both ends. The tether cable will arrive bundled into a “figure-8" with two free ends that each has swaged loops. **DO NOT CUT THE TIE ON THE CABLE**. Attach the shorter free end (≈28") to the lower backside of the impact head by putting the end loop through the slot in triangular gusset plates and passing a ½"x 5" hex bolt though the loop. Secure the bolt with a nut. Attach the “figure-8” to the back of the impact head using the provided cable ties passing through the upper and lower gusset notches as shown in **Figure 14**. Finally, pass the longer free end of the bundle (≈50") above the post-breaker around post one and pass the anchor cable through the end loop prior to attaching the anchor through post #1, as shown in **Figure 14**.

## [24]. Install Cable Anchor Assembly and Bearing Plate at Post #1

Install Cable Anchor Assembly (Item F) with Bearing Plate (Item G) at post #1 (total 2 places). Place the cable assembly through the lug welded to the underside of the end tube near post #2. See **Figure 18**. The other end of the anchor cable will pass through the tether cable loop and through post #1. (See above for **tether cable** attachment). Place the bearing plate at the base of post #1 with the 5" dimension up and the 3" dimension down. Secure both ends of the cable assembly with a 1" hex nut and washer. While tightening the nuts at the end of the cable, restrain the cable at the end being tightened to avoid twisting the cable.

## [25]. Install Cable Anchor Assembly at Lower Interior End Posts

Attach one end of Cable Anchor Assembly (Item F) to the Anchor Plate (Item X) at the underside of the ≈12-ft long Rail Section (Item N) near post #10. The other end of the anchor cable will pass through the 1 ¼" hole at the top of the interior anchor post. Secure both ends of the cable assembly with a 1" hex nut and washer. While tightening the nuts at the end of the cable, restrain the cable at the end being tightened to avoid twisting the cable. See **Figure 5**.

Upon completion of the installation, the cable should be taut.




**Figure 5**. Interior Anchor Detail for the BEAT-BP







**Figure 6.** Rail Support Brackets at Interior Posts (Extended Blocks) for the BEAT-BP







**Figure 7**. Blocked Rail Support Brackets at Interior Posts for the BEAT-BP







**Figure 8.** Extended Block for BEAT-BP






**Figure 9**. Internal Splice Detail for the BEAT-BP






**Figure 10**. Bent Splice Connection for BEAT-BP







**Figure 11**. Diagonal Tubes for BEAT-BP






**Figure 12**. Y Splice Connection for BEAT-BP







**Figure 13**. Breakaway Plug Welded Posts for BEAT-BP




<u>Note</u>: Post Breaker (Item E) is to be Placed on the Back (Non-Traffic) Side of Post





**Figure 14**. Impact Head, Post #1, Post Breaker, Tether Cable for BEAT-BP







**Figure 15**. Rail Support Brackets at Posts #2-6 for BEAT-BP






**Figure 16**. Tie Plate Connection for BEAT-BP




Item H End Tube section has bent plates welded to the end of the tube.
These bent plates will set on top of Item T Splice Channels as shown.




**Figure 17**. End Splice Channel Connection for BEAT-BP



**Figure 18**. Cable Anchor Assembly at Post #1 for BEAT-BP

# BEAT-BP Installation Inspection Checklist

State: ___________________________ Date: ___________________

Project #: __________________________ Inspection performed by: ____________________

Location: ___________________________________________________________________

☐ The approach area in front of the **BEAT-BP** system is free of fixed objects and has a fill slope or cut slope of 10:1 or flatter.

☐ The **BEAT-BP** 6"x 6" x 3/16" extended block tube sections effectively shielding the leading edge of each pier.

☐ The minimum distance between the backside of the standard steel posts and the object being shielded is 8 inches.

☐ The top rail height of the 6"x 6" box beam tubing is 2'-4".

☐ The 6"x 6" end tube section is the special 1/8" thickness tube as supplied by the manufacturer with notched corners at the approach end where the impact head is placed.

☐ The end tube section is bolted to the second rail tube with the special end splice channel.

☐ The "Bent", the "Y" and the "Internal" splices are secured with the proper hardware.

☐ The first 6 posts at both ends are breakaway. All posts have proper support bracket:
--Post #1 is centered under the rail and has a support bracket only with no blockout.
--Posts #2-6 & posts without extended block have support bracket/blockout weldment.
--Posts with extended block in front of piers have bent plate support brackets.

☐ The box beam tubing is attached to all rail support brackets with a 5/16" x 7 ½" hex bolt.

☐ The rail support brackets are attached to posts with proper hardware:
--Post #1 only support bracket bolt is ½"x 2" hex bolt
--All other posts support bracket bolts are 5/8" x 1 ½" hex bolt

☐ The upper and lower sections of post #1 are properly connected with a 5/8"x 8" hex bolt.

☐ The tie plates are properly attached at the extended blocks in front of the piers.

☐ The impact head is properly inserted into the end tube section with the large triangular gusset plates facing down. The bottom of the impact head is approx 12" above ground.

☐ The post breaker is on the approach back side of post #1 and stabilized with two bolts.

☐ The 8" x 8" bearing plate at post #1 is correctly positioned with the 5" dimension up & the 3" dimension down. The anchor cable is taut and correctly installed.

☐ The interior anchor cable is properly attached to interior anchor posts and anchor plate.

☐ The tether cable is properly attached to restrain the impact head.

☐ If the posts were augered, be sure the backfill material around the posts is compacted.

Additional notes: ________________________________________________________________
_________________________________________________________________________________

# Installation Recommendations When Rock is Encountered on the BEAT-BP System

The following recommended installation procedures are intended for installations where bedrock is encountered at a depth shallower than the eight-foot length post embedment for BEAT-BP post #1 and the interior anchor posts. When cobbles or loose rock is encountered that prevents driving the first post to full depth, it is necessary to auger to full depth or follow the "Alternative Foundation Using Concrete" option shown below. Concrete shall not be used at any other BEAT-BP posts.

In installations where bedrock is encountered at the depths indicated below, it will be necessary to core into the rock for the following depths. This cored hole should be 10" in diameter. The installer should assure that the rock removed out of the cored hole is reasonably solid rock.

| Surface of Rock | Required Core Depth Below Rock Surface |
|---|---|
| 0 to 2' | 36" |
| 2' to 4' | 24" |
| 4' to 7' | 12" |
| 7' to 8' | Core to 8' |

The post may then be shortened by cutting the bottom of the post. Place granular material in the bottom of the hole so that the base rests 2.5" from the bottom of the cored hole. Cold galvanize paint the cut surfaces.

The post shall be placed in the hole and backfilled with adequately compacted material. If preferred, this post #1 may be backfilled with concrete.

These depths will provide sufficient anchorage to provide system redirection capacity and prevent the post from being pulled vertically from the ground during impact.

## Alternative Foundation Using Concrete

If the BEAT-BP post #1 or the interior anchor posts have reached a minimum depth of 48" and cannot be driven further, the following options may be followed for installation in an augered hole:

| Depth of Augered Hole | Diameter of Augered Hole | Concrete Depth |
|---|---|---|
| 48" to 67" | 24" Diameter | Bottom 36" of hole |
| 68" to 95" | 12" Diameter | Bottom 24" of hole |

# NOTES

# Exhibit P-106

Assembly Instructions,
MBEAT MASH Terminal
for 6” x 6” Roadside Box Beam Barrier

*Assembly Instructions*

# MBEAT MASH Terminal

## For 6″ x 6″ Roadside Box Beam Barrier



**ROAD SYSTEMS, INC.**

P. O. Box 2163
Big Spring, Texas 79721
Phone: (432) 263-2435 FAX: (432) 267-4039

**Technical Support & Marketing** Phone: (330) 346-0721
**Sales Support & Marketing** Phone: (330) 799-9291

**www.roadsystems.com**
**On-Line Training www.training.roadsystems.com**

# Table of Contents


Page

1. General Information ........ 2-3

2. MBEAT and NCHRP 350 BEAT Comparison ........ 4-5

3. Begin Assembly – Drawing & Photo Details ........ 6
    3.1 Bill of Materials for MBEAT ........ 6
    3.2 MBEAT Layout / **Figure 1** ........ 7
    3.3 MBEAT Assembly/ **Figure 2** ........ 8
    3.4 View of MBEAT Steel End Post #1 / **Figure 3** ........ 9
    3.5 Post #1 Connection Detail for MBEAT / **Figure 4** ........ 10
    3.6 Post #2 Connection Detail for MBEAT / **Figure 5** ........ 11
    3.7 Ground Strut Detail for MBEAT / **Figure 6** ........ 12
    3.8 End Rail Splice Attachment for MBEAT / **Figure 7** ........ 13
    3.9 Cable Anchor Assembly Attachment for MBEAT / **Figure 8** ........ 14
    3.10 Retention Plate Channel Bolted at Post #2 / **Figure 9** ........ 15
    3.11 Impact Head, Post Breaker, Support Bracket for MBEAT / **Figure 10** ... 16
    3.12 Grading Recommendations for MBEAT / **Figure 11** ........ 17

4. Installing the MBEAT ........ 18
    4.1 Materials ........ 18
    4.2 Site Preparation ........ 18
    4.3 Tools Required ........ 18
    4.4 Installation Procedures ........ 18
        4.4.1 Installing the 3" Weak Posts with Standard Box Beam ........ 19
        4.4.2 Installing Bottom & Top Post #2 Sections ........ 19
        4.4.3 Installing Bottom & Top Post #1 Sections ........ 19-20
        4.4.4 Installing Ground Strut ........ 20
        4.4.5 Installing Post Breaker ........ 20
        4.4.6 Installing the 6"x 6" End Tube Rail, Splices, Support Brackets ....... 20
        4.4.7 Installing Retention Plate ........ 21
        4.4.8 Installing MBEAT Impact Head / **Figure 12** ........ 21
        4.4.9 Installing Cable Anchor Assembly & Bearing Plate / **Figure 13** ...... 22

5. Inspection Checklist for MBEAT ........ 23-24

6. Repairing the MBEAT ........ 25-28

7. MBEAT Applications ........ 29


PUBLICATION ~ 101322

# 1 General Information

This Installation Manual is for the MBEAT, MASH Box Beam Terminal. The MBEAT is intended for use with MASH 6" x 6" roadside Box Beam Barriers.

The MBEAT was designed and crash tested as a redirective gating terminal to meet the requirements of the American Association of State and Highway Transportation Officials (AASHTO) Manual for Assessing Safety Hardware (MASH) criteria Test Level 3 (100 km/hr.). The MBEAT is eligible for Federal-aid reimbursement for use on the National Highway System. It is the responsibility of the installer to utilize an application approved by the State DOT and to follow all required State procedures and these instructions when installing the MBEAT terminal.

## **This Installation Manual is divided into 7 sections**

1. General Information for MBEAT – An overall summary of information about the MBEAT terminal. (pages 2-3)
2. MBEAT and NCHRP 350 BEAT Comparison – Description of the differences between the characteristics and components of the MASH MBEAT system and the NCHRP 350 BEAT system. (pages 4-5)
3. MBEAT Drawing & Photo Details – A Bill of Materials and assembly details for the MBEAT. (pages 6-17)
4. Installing the MBEAT – A step-by-step procedure on the proper assembly of MBEAT system. (pages 18-22)
5. Inspection Checklist for MBEAT – A checklist to inspect new installations or recently maintained/repaired installations. (pages 23-24)
6. Repairing the MBEAT – General repair procedures for the MBEAT system. (page 25-28)
7. MBEAT Applications – The FHWA letter and applications for the MBEAT. (page 29)



# **General Information** (continued)

The MBEAT (MASH BEAT) is a roadside energy-absorbing terminal used to protect the ends of 6" x 6" box beam barriers that have been designed and tested under MASH criteria. During end-on impacts, the vehicle forces the mandrel portion of the MBEAT impact head into the end of the box beam section causing the tube to burst. The four walls of the tube are then peeled back.

The end tube rail wall thickness is 1/8", which is thinner than the 3/16" downstream box beam rail sections. The MBEAT is supported by two steel bolted end posts connected by a strut and standard 3" x 5.7# I beam weak posts. The system is approximately 12 feet long from the face of the impact head to the beginning of the standard box beam rail and has a rail height of 2'-4". The additional energy absorbing capacity is achieved as the impact head bursts a standard downstream box beam section. The MBEAT requires an 18'-0" long (minimum) section of standard 6"x 6" x 3/16" box beam rail connected to the 9'-10 ¾" long first end tube rail. Longer sections of the standard 6"x 6" box beam rail are permissible.

The MBEAT is a cable-anchored system. When impacted on the traffic side within the length of need (post #3) and within design limits, the MBEAT contains and redirects the errant vehicle. A gusset plate is welded to the end tube rail section to anchor the downstream end of the cable. The cable is bolted into place for traffic face redirection impacts. The tension in the cable is released for end-on impacts when breakaway post #1 is fractured.

Design, selection & placement of the MBEAT system shall conform to the State DOT design guidance or to the *AASHTO Roadside Design Guide* and the details shown on the contract plans. The assembly of the MBEAT shall be in accordance with the recommendations of Road Systems, Inc. shown in this installation manual.



# 2 MBEAT and NCHRP 350 BEAT Comparison

The MASH MBEAT characteristics include:

- 9'-10 ¾" long x 1/8" End Tube Rail plus the need for a Standard 6" x 6" x 3/16" x 18-ft long (minimum) second tube.
- Two steel bolted posts (#1, #2) having 6-ft embedment.
- The first 2 posts are spaced at 6'-3". Remaining posts spaced at 6'-0".
- Ground Strut between posts #1 and #2 needed.
- Length of Need point at post #3.

The NCHRP 350 BEAT characteristics include:

- 12'-0" long x 1/8" End Tube Rail plus the need for a Standard 6" x 6" x 3/16" x 18-ft (minimum) long second tube.
- One steel bolted post (#1) having 8-ft embedment.
- The first 2 posts are spaced at 8'-6 ¼". Remaining posts spaced at 6'-0".
- No Ground Strut needed.
- Length of Need point between posts #2 and #3.

MASH MBEAT and NCHRP 350 BEAT share the following components:

- Impact Head
- End Splice Channels
- Standard 6" x 6" x 3/16" x 18-ft long second tube, 3" Weak Posts with Soil Plate
- Support Brackets
- Cable Anchor Assembly
- Some Hardware

MBEAT components that are different than BEAT:

- MBEAT 1/8" End Tube Rail is shorter (9'-10 ¾" vs. 12-ft)
- Top and Bottom bolted Posts #1
- Top and Bottom bolted Posts #2
- Post Breaker
- Ground Strut added
- Retention Plate added
- MASH Bearing Plate with 5/8" x 5" full thread retention bolt
- Some Hardware




## MASH MBEAT




## NCHRP 350 BEAT (Reference Only)

# 3 Begin Assembly – Drawing & Photo Details

## 3.1 Bill of Materials for MBEAT

| ITEM | QTY | DESCRIPTION | PART # |
|---|---|---|---|
| A | 1 | Box-Beam Impact Head | B3000 |
| B | 1 | End Post Upper 6"x6"HSS (21 1/2") | MBEAT MP1A |
| C | 1 | End Post Lower W6x15x6' | MP1B |
| D | 2 | Support Bracket L 4"x2"x4" | BEAT-SB |
| E | 1 | Post Breaker | MBEAT-PB |
| F | 1 | Cable Anchor Assembly | E770 |
| G | 1 | MASH Cable Anchor Bearing Plate | ME750 |
| H | 1 | End Tube Rail 9'-10 3/4" | MBEAT ETR |
| J | 1 | MASH Ground Strut | MS785 |
| K | 1 | MBEAT Hinge Post Top | MBEAT HP2A |
| L | 1 | Hinge Post Bottom | HP2B |
| M | 2 | End Section Splice Channel | BP-SC |
| N | 1 | Retention Plate C4x5.4 (Post #2) | MBEAT RP |
| | | HARDWARE | |
| a | 1 | 1/4" x 3" Hex Bolt Grade 5 | B140304A |
| b | 1 | 1/4" Hex Nut | N014 |
| c | 1 | 1/4" Washer | W014 |
| d | 2 | 5/16" x 7" Hex Bolt Grade 5 | B5160704A |
| e | 2 | 5/16" Hex Nut | N0516 |
| f | 4 | 5/16" Washer | W0516 |
| g | 4 | 1/2" x 2" Hex Bolt A325 | B120204A |
| h | 4 | 1/2" Hex Nut | N012A |
| i | 8 | 1/2" Washer | W012 |
| j | 4 | 5/8" x 2" Hex Bolt Grade 5 | B580204A |
| k | 1 | 5/8" x 3" Hex Bolt Grade 5 | B580304A |
| m | 1 | 5/8" x 5" Hex Bolt Full Thread A449 | B580504A |
| n | 4 | 5/8" x 6" Hex Bolt Grade 5 | B580604A |
| p | 2 | 5/8" x 9" Hex Bolt Grade 5 | B580904A |
| q | 16 | 5/8" Hex Nut | N055 |
| r | 20 | 5/8" Washer | W050 |
| s | 1 | 3/4" x 8 1/2" Hex Bolt Grade 5 | B340854A |
| t | 1 | 3/4" Hex Nut | N030 |
| u | 2 | 1" Hex Nut | N100 |
| v | 2 | 1" Washer | W100 |

**Post #3 and beyond are 3" x 5.7# I Beam Weak Posts**

**The second box beam tube is standard 6" x 6" x 3/16" x 18-ft long (minimum)**

## 3.2 MBEAT Layout

**<u>Post #1</u>** and **<u>Post #2</u>** are bolted steel posts.

**<u>Post #3</u>** and beyond are 3" x 5.7# I beam weak posts to match standard 6"x 6" Box Beam Rail the specifying agency has shown downstream of the MBEAT system.

See page 6 for the Bill of Materials showing the MBEAT components.




Figure 1.

### 3.3 MBEAT Assembly




1. Impact Head (20" x 20" Face)
2. End Tube Rail (6" x 6" x ⅛" x 9'-10 ¾")
3. Top Post #1 (6" x 6" x ⅛" Tube) w/ Support Bracket
4. Bottom Post #1 (W6" x 15# x 6-ft)
5. Top Post #2 (W6" x 8.5# or 9#) w/ Support Bracket
6. Bottom Post #2 (W6" x 8.5# or 9# x 6-ft)
7. Ground Strut
8. Cable Anchor Assembly
9. MASH Bearing Plate w/ Retainer Bolt
10. Post Breaker
11. End Splice
12. Retention Plate (C4 x 5.4# on Backside of Post #2)
13. Standard 6" x 6" Box Beam x 18-ft w/ Standard 3" x 5.7# Weak Posts

**Figure 2.**

## 3.4 View of MBEAT Steel End Post #1







Top Post 6" x 6" Tube




Bottom Post W6"x15# w/ Soil Plate

**Figure 3.**

## 3.5 Post #1 Connection Detail for MBEAT







| | |
|---|---|
| B | Top Post #1 Tube 6" x 6" |
| C | Bottom Post #1 W6" w/ Soil Plate |
| F | Cable Anchor Assembly |
| G | MASH Bearing Plate 8" x 8" |
| J | Ground Strut |
| a | 1/4" x 3" Hex Bolt |
| b | 1/4" Hex Nut |
| c | 1/4" Washer |
| k | 5/8" x 3" Hex Bolt |
| m | 5/8" x 5" Full Thread Bolt |
| p | 5/8" x 9" Hex Bolt |
| q | 5/8" Hex Nut |
| r | 5/8" Washer |
| u | 1" Nut |
| v | 1" Washer |




**Figure 4.**

## 3.6 Post #2 Connection Detail for MBEAT




3/4" x 8 ½" hex bolt, & nut at post #2 on downstream side of the post. A 3/4" washer is not needed but may be used.






When installing bottom Post #2 DO NOT pound on the side

| | |
|---|---|
| D | Support Bracket L 4" x 2" x 4" |
| K | MBEAT Hinge Post Top |
| N | Retention Plate C4 x 5.4# |
| d | 5/16" x 7" Hex Bolt |
| e | 5/16" Hex Nut |
| f | 5/16" Washer |
| g | 1/2" x 2" Hex Bolt |
| h | 1/2" Nut |
| i | 1/2" Washer |

**Figure 5.**

### 3.7 Ground Strut Detail for MBEAT







**Figure 6.**

### 3.8 End Rail Splice Attachment for MBEAT




| | |
|---|---|
| j | 5/8" x 2" Hex Bolt |
| n | 5/8" x 6" Hex Bolt |
| q | 5/8" Hex Nut |
| r | 5/8" Washer |

**Figure 7.**

### 3.9 Cable Anchor Assembly Attachment for MBEAT










**Figure 8.**

### 3.10 Retention Plate Channel C4 x 5.4 Bolted at Post #2







**Figure 9.**

### 3.11 Impact Head, Post Breaker, Support Bracket Details for MBEAT







**NOTE: The Post Breaker and the Support Bracket (at post #1) must be attached before installing the End Tube Rail in order to make the bolted connection.**

**Figure 10.**




The MBEAT is shown parallel to the travelway. The system can taper parallel with the State allowed box beam taper up to a 25:1 flare rate.

**Figure 11.**

(Reference AASHTO Roadside Design Guide)

# 4 Installing the MBEAT



## 4.1 Materials

A list of the materials required for installation of the MBEAT are shown in the Bill of Materials section on page 6. The MBEAT requires a minimum length 18'-0" long section of standard 6"x 6" x 3/16" box beam rail connected to the 9'-10 ¾" long first end tube rail section. Longer sections of standard 6"x 6" box beam rail are permissible. See **Figure 1** for a layout of the MBEAT.

## 4.2 Site Preparation

Be sure there are no hazards in the vicinity of the MBEAT system that would compromise its performance. Site grading may be necessary to prevent the bottom section of the breakaway steel posts from extending more than 4" above the ground. Refer to **Figure 11** for the grading recommendations.

## 4.3 Tools Required

The tools required for installation of the MBEAT system are the same as those used to install standard box beam guardrails, including sockets/wrenches, a hammer, vice grips or pipe wrench, and other equipment such as auger, tamper, & post pounder commonly used in driving guardrail posts. In addition, the installer should provide the ***proper driving caps*** to be sure they do not pound on side plates of bottom posts #1 and #2. The installer should provide driving caps to accommodate the equipment used to install the posts.

## 4.4 Installation Procedures

Begin the installation at the downstream end of the MBEAT to ensure that the terminal matches up with the standard downstream section of box beam. The major steps in the installation of the MBEAT are as follows:

- Installing the 3" Weak Posts with Standard Box Beam
- Installing Bottom & Top Post #2 Sections
- Installing Bottom & Top Post #1 Sections
- Installing Ground Strut
- Installing Post Breaker
- Installing the 6"x 6" End Tube Rail, Splices, Support Brackets
- Installing Retention Plate
- Installing MBEAT Impact Head
- Installing Cable Anchor Assembly & MASH Bearing Plate

### *4.4.1 Installing the 3" Weak Posts with Standard Box Beam*

Layout a string line and mark off the required 6'-0" post spacing beginning at MBEAT post #3. The top of rail height should be 2'-4". See **Figure 1** for layout.

The soil plates welded to the 3" x 5.7# I beam weak posts must be positioned on the back side away from traffic. The posts should be driven with a guardrail post pounder. For stiff soils, drill a pilot hole and force the post to the appropriate depth by impact or vibratory means with a guardrail post pounder. Posts may also be installed by augering and backfilling if the contractor so prefers. If augering the hole, the initial hole must be large enough to allow adequate room for proper compaction of the soil during backfill. *Care must be taken to carefully compact the backfill to prevent settlement or lateral displacement of the post.*

A minimum length of 18'-0" long section of standard 6"x 6" x 3/16" box beam rail is required. Longer sections may be used. Attach the standard 6"x 6" box beam rail to the standard 3" I beam weak posts using standard box beam support brackets (5" x 3 ½") and attachment hardware (3/8" x 7 ½" hex bolt & 1/2" x 1 ½" hex bolt). Splice the 6"x 6" box beam rail to the existing box beam rail using two standard splice plates (5/8" x 5 3/8" x 27" plate) and attachment hardware (3/4" x 2" hex bolt). All standard box beam, posts, and associated components/hardware should be as shown in the applicable State standards.

### *4.4.2 Installing Bottom & Top Post #2 Sections*

Post #2 is a bolted steel post. This post must have the bottom section installed before attaching the top section. *Be sure an adequate driving cap is used so welds on the side plates of post #2 are not damaged. The bottom section of post #2 should not be driven with the top post attached*. Posts #2 & #3 are spaced at 6'-0" centers.

Bottom and Top Post #2 are W6x9# or W6x8.5#sections. The top and bottom sections of post #2 are bolted together with a ¾" x 8 ½" hex bolt and nut. A ¾" washer is not needed but may be used. One end of the ground strut will be placed at post #2 using this ¾" x 8 ½" hex bolt so do not make the connection at this time. Be sure when the post is installed, the ¾" bolt is on the downstream side of the post (opposite the impact head). See **Figure 5** for post #2 details.

### *4.4.3 Installing Bottom & Top Post #1 Sections*

Post #1 consists of an upper and lower steel post that will be bolted together. This post must have the bottom section installed before attaching the top section. *Be sure an adequate driving cap is used so welds on the cap plate and side plates of post #1 are not damaged. The bottom section of post #1 should not be driven with the top post attached*. Posts #1 & #2 are spaced at 6'-3" centers.

Top Post #1 is a 6" x 6" x 1/8" tube section. The post will be placed so the angle spacer is facing oncoming traffic. The MASH bearing plate will press on this angle spacer. Bottom Post #1 is a W6x15# post with a soil plate welded to the post. Bolt top and bottom post #1 together with a ⅝" x 9" hex bolt, nut and washer. Be sure when the post is installed, the ⅝" bolt is on the upstream side of the post (toward the impact head). One end of the ground strut will be placed at post #1 against the extended side plates, not the post itself, and will use another ⅝" x 9" hex bolt, nut and two washers. Be sure when bottom post #1 is installed, the soil plate is on the downstream side of the post (opposite the impact head). See **Figure 4** for post #1 details.

For stiff soils, drill a pilot hole and force the post to the proper depth by impact or vibratory means with an appropriate driving cap. ***Do not drive or pound on the side plates of bottom posts #1 or #2 as this may cause damage*.**

The posts may also be installed by augering and backfilling if the contractor so prefers. The initial hole must be large enough to allow adequate room for proper compaction of the soil during backfill. *Care must be taken to carefully compact the backfill to prevent settlement or lateral displacement of the post.*

If rock is encountered during driving or excavation, refer to appropriate State specifications for how to proceed or contact Road Systems, Inc. for options on anchor posts #1 and/or #2. These posts may be altered if drilling into solid rock or by providing a concrete footer.

The stubs at bottom posts #1 and #2 should not project more than 4″ above the ground line when measured along a 5' cord, in compliance with AASHTO specifications. Site grading may be required if the top of the lower post sections project more than 4" above the ground line.

### *4.4.4 Installing Ground Strut*

The ground strut attaches to post #2 utilizing the same the ¾" x 8 ½" hex bolt and nut that that holds the top and bottom post sections together. At post #1 a second ⅝" x 9" hex bolt, hex nut, and two washers are placed through the extended side plates on bottom post#1, not through the post itself. Note the ground strut is not symmetrical. The end with the longer tabs is attached at post #2 and the end with the shorter tabs is attached at post #1. See **Figure 6**.

### *4.4.5 Installing Post Breaker*

THE POST BREAKER MUST BE ATTACHED BEFORE INSTALLING THE END TUBE RAIL so the nuts can be tightened. Attach the post breaker to the traffic side of post #1 with a 5/8"x 3" hex bolt, nut and washer and a ¼"x 3" hex bolt, nut and washer. See **Figure 10**.

### *4.4.6 Installing the 6"x 6" End Tube Rail, Splices, Support Brackets*

At this point all of the standard roadside 6"x 6" box beam barrier and 3" x 5.7# I beam weak posts should be in place. Attach the 9'-10 ¾" long 6"x 6" x 1/8" end tube rail to the standard 6"x 6" x 3/16" tube section. This end tube rail is a special 1/8" thickness tube as supplied by the manufacturer and has the corners cut at the approach end where the impact head is placed. The two end splice channels will set on the top and bottom of the second rail. The bent plates welded to the end of the 1/8" end tube rail will set on top of the end splice channels. Use four 5/8" x 2" hex bolts, nuts and washers to connect the end splice channels to the second rail. Two washers and two nuts are used for each bolted connection. Use four 5/8" x 6" hex bolts, nuts and washers to connect the end splice channels to the bent plates welded to the end of the end tube rail. Two washers and one nut are used for each bolted connection. See **Figure 7**.

THE SUPPORT BRACKET AT POST #1 MUST BE ATTACHED BEFORE INSTALLING THE END TUBE RAIL so the nut can be tightened. Attach the end tube rail to post #1 and post #2 using the L 4" x 2" x 4" long support brackets. A ½" x 2" hex bolt, nut and two washers are used to connect the support bracket to the post. A 5/16" x 7" hex bolt, nut and two washers are used to connect the support bracket to the end tube rail. Do not attach the end tube to the support bracket at post #1 until the impact head is installed. See **Figure 5** and **Figure 10**.

### *4.4.7 Installing Retention Plate*

The C4 x 5.4 retention plate is attached to the back side of post #2 using two ½" x 2" hex bolts, nuts and 2 washers. The retention plate will extend 4" above the post to provide additional support for the end tube rail. See **Figure 9**.

### *4.4.8 Installing MBEAT Impact Head*

Place the impact head inside the end tube rail. The end tube rail is 1/8" thick and has the corners cut at the approach end where the impact head is placed. The impact head should be positioned so the holes at the end of the end tube rail, the hole in the support bracket, and the hole in the impact head are aligned. See **Figure 12**. Be sure the impact head is inserted into the end tube rail with the large triangular gusset plates facing down as shown below. Secure the impact head using a 5/16"x 7" hex bolt, nut and 2 washers. See **Figure 10**.

**<u>NOTE</u>**: It is recommended that the face of the impact head be delineated with an object marker that meets State specifications for better night visibility. *However, the impact face object marker may not be included as part of the shipped materials for the terminal unless specifically requested in the contract plans or by the customer.*




**Figure 12.**

### *4.4.9 Installing Cable Anchor Assembly & MASH Bearing Plate*

Place one end of the cable assembly through the attachment gusset plate welded to the underside of the end tube rail near post #2 and the other end through the base of post #1. See **Figure 8**.

Insert the 5/8" x 5" long fully threaded bolt into the smaller hole of the bearing plate. Secure the bolt to the bearing plate with a 5/8" hex nut. This bolt is NOT attached to the post.

Place the MASH bearing plate at the base of post 1 with the 5" dimension up and 3" dimension down. The bearing plate will press on the angle spacer welded to top post #1 and on the cap plate of bottom post #1. The threads of the 5/8" x 5" long bolt will set inside the hole of top post #1. See **Figure 13**.

Secure both ends of the cable assembly with a 1" hex nut and washer. Restrain the cable at the end being tightened with vice grips or channel lock pliers to avoid twisting the cable. Upon completion of the installation, the cable should be taut.




**Figure 13.**

# 5 MBEAT Inspection Checklist

State: ___________________________ Date: ________________________

Project #: ________________________ Location: ____________________________________

- ☐ The height of the 6" x 6" box beam tubing is in accordance with the contract plans. This should be 28" ±1" above the edge of the finished grade.
- ☐ The 6" x 6" x 9'-10¾" long end tube rail is the special 1/8" thickness tube as supplied by the manufacturer with the four corners cut at the approach end where the impact head is placed.
- ☐ The MBEAT terminal has at least one 18'-0" long (minimum) 6" x 6" x 3/16" standard tube section joining with the special 9'-10¾" long 1/8" end tube rail section.
- ☐ The 1/8" end tube rail is bolted to the standard tube section with two end splice channels.
- ☐ There is a 3" weak post at post location #3 plus at least two more 3" weak posts spaced at 6'-0" within the standard downstream 6" x 6" x 3/16" box beam barrier. The 3" weak posts have the soil plate positioned on the back side away from traffic.
- ☐ The 3/4" x 8 ½" hex bolt connecting the hinge post top and bottom #2 is on the downstream side of the post. Top and bottom post #2 are W6 x 9# (or W6 x 8.5#) material.
- ☐ The 5/8" x 9" hex bolt connecting top & bottom post #1 is on the upstream side of the post. Top post #1 is 6" x 6" x 1/8" tubing. Bottom post #1 is W6 x 15# material.
- ☐ The stubs at bottom posts #1 and #2 are spaced at 6'-3" and do not protrude more than 4" above the ground line (measured by the AASHTO 5' cord method). Site grading may be necessary to meet this requirement.
- ☐ The 6" x 6" box beam tubing is attached to rail support brackets with 5/16" x 7" hex bolts.
- ☐ The rail support brackets are attached to posts #1 & #2 with 1/2"x 2" hex bolts.
- ☐ The impact head is properly inserted into the end tube rail section with the large triangular gusset plates facing down.
- ☐ The ground strut is secured between posts #1 & #2 using a 3/4" x 8½" hex bolt at post #2 and a second 5/8" x 9" hex bolt, nut and two washers at post location #1.
- ☐ The 8" x 8" MASH bearing plate at the base of post #1 is correctly positioned with the 5" dimension up and the 3" dimension down and is setting on the extended cap plate of bottom post #1. The 5/8" x 5" retention bolt is secured to the bearing plate with a hex nut and the threads of the bolt extend inside the 6" x 6" top post #1.
- ☐ The cable anchor assembly is taut and secured with a 1" hex nut and washer at both ends.
- ☐ The post breaker is installed on the traffic side of post #1 and stabilized with a 1/4" x 3" hex bolt and a 5/8" x 3" hex bolt.
- ☐ The retention plate channel is bolted to the backside of post #2 with two 1/2"x 2" hex bolts.
- ☐ If the posts were augered, be sure the backfill material around the posts is compacted.
- ☐ The grading and finished installation is in accordance with all specific State DOT guidelines.

Additional notes:

_______________________________________________________________________________

_______________________________________________________________________________

Inspection performed by: ___________________________________________

# **Inspection** (continued)

As with all roadside safety products, guardrail terminals require inspection to be sure they are in working order. The appropriate authorities should have inspection programs in place and track accidents to assure adequate repairs are made. Regular inspections of MBEAT systems should be made based on site conditions, traffic volumes, and crash history.



# 6 Repairing the MBEAT

## Equipment Needed for Repair Operation

- Acetylene torch or metal saw to cut or burn off the damaged rail,
- Heavy duty chain to remove the impact head may be required,
- Tools used to install standard highway guardrails, including sockets & wrenches, etc.,
- Sledge hammer.

Be sure proper traffic control is deployed to protect workers and motorists. Follow the requirements shown in the *Manual on Uniform Traffic Control Devices* (MUTCD) or local agency standards.

## General Repair Procedures

After an end-on impact occurs with the MBEAT, it will require replacement of the 9'-10 ¾" end tube rail and the second tube (if damaged) as well as any damaged post(s). For a traffic face impact downstream of the impact head, the damage will typically be to the end tube rail, the downstream tube, and associated posts.

The general step-by-step procedure for repairing a damaged MBEAT terminal is as follows:

(1) Check the impact head for damage.

(2) Check the cable assembly for damage. The cable anchor and the MASH bearing plate may be reusable.

(3) Check the number of broken posts and brackets that need to be replaced, along with any damaged hardware. Inventory and pick up the reusable parts.

(4) Disconnect and remove the damaged tubing from the posts.

(5) Remove the damaged posts. Bolted posts #1 and #2 can be unbolted. Remove the damaged standard 3" weak posts.

(6) Reinstall the system following the procedures listed in this manual.



## End-On Impact Repairs




A. Low Speed end-on Impact

B. High Speed end-on Impact



## End-On Impact Repairs

### A – Low Speed end-on Impact

1. Install bottom post #2 W6"x8.5# section.
2. Install bottom post #1 W6"x15# section.
3. Install top post #1 6"x 6" x 1/8" section.
4. Install top post #2 W6"x8.5# section.
5. Install ground strut.
6. Install post breaker on traffic side.
7. Install end tube rail 6"x 6" x 1/8" x 9'-10 ¾" box beam using two support brackets.
8. Install end section splice channels.
9. Install retention plate on the backside of post #2.
10. Install MBEAT impact head.
11. Install cable anchor assembly.
12. Install MASH bearing plate with retainer bolt.

### B – High Speed end-on Impact

1. Install the standard 3" weak posts spaced at 6'-0" beginning at post #3.
2. Install bottom post #2 W6"x8.5# section.
3. Install bottom post #1 W6"x15# section.
4. Install top post #1 6"x 6" x 1/8" section.
5. Install top post #2 W6"x8.5# section.
6. Install ground strut.
7. Install post breaker on traffic side.
8. Install standard 6" x 6" x 3/16" x 18'-0" (minimum) box beam tube on 3" weak posts.
9. Install end tube rail 6"x 6" x 1/8" x 9'-10 ¾" box beam using two support brackets.
10. Install end section splice channels.
11. Install retention plate on the backside of post #2.
12. Install MBEAT impact head.
13. Install cable anchor assembly.
14. Install MASH bearing plate with retainer bolt.

## Traffic Face Impact Repairs

For MBEAT traffic face impacts, replace 1/8" end tube rail and/or 3/16" second rail with associated posts that have been damaged.






# 7 MBEAT Applications

The MBEAT is a roadside energy-absorbing terminal used to protect the ends of 6" x 6" box beam barriers that have been designed and tested under MASH criteria. The MBEAT is approximately 12 feet long from the front face of the impact head to the end of the first box beam tube rail and has a rail height of 2'-4". The additional energy-absorbing capacity is achieved as the impact head activates the standard downstream box beam sections. The MBEAT FHWA letter is for a Test Level 3 (100 km/hr.) system.

- CC-157 – MBEAT Test Level 3 (03/13/20)

The MBEAT must have a galvanized surface. No paint or other finishes are permitted.

A wood post version of the MBEAT is not available.

For Test Level 2 (70 km/hr.) applications, the system layout does not change.

The MBEAT is typically installed parallel to the travelway. The system can taper parallel with the State allowed box beam taper up to a 25:1 flare rate.



# NOTES

# Exhibit P-107

NCHRP-350 SKT
Impact Head Notification
(November 15, 2017)

**Road Systems, Inc.**
PO Box 2163 Big Spring, TX 79721
PH 432-263-2435 FAX 432-267-4039

# NCHRP-350 SKT Impact Head Notification

November 15, 2017

Dear Specifying Agency and/or SKT Customer,

We are writing to inform you that after January 1, 2018, Road Systems Inc. will produce only the new SKT impact head that is accepted for use on both NCHRP-350 and MASH guardrail terminals. The old 350 SKT head will be discontinued when inventories are depleted and only the new enhanced SKT head version known as the MSKT will be available.

Road Systems Inc. is proud to announce that the MASH MSKT guardrail terminal uses an impact head that has been crash tested and approved for use on NCHRP-350 SKT systems per FHWA letter CC-130 dated 10/3/2016 (please see attachment). You can see from the FHWA letter that this applies to all options/versions of the NCHRP-350 SKT guardrail terminal. **Please note this does not convert the NCHRP-350 SKT guardrail terminal to a MASH MSKT guardrail terminal.**

This is great news for your Maintenance Departments and for Contractors. This will allow them to inventory less material, thus saving tax payer dollars. For example, if you have an existing NCHRP-350 SKT-SP-MGS steel post or a wood post SKT-MGS guardrail terminal at the 31" rail height which has been replaced with an MSKT impact head, it will only require 4 additional new components for a steel post system or 5 additional new components for a wood post system to upgrade the terminal to MASH compliance, again saving tax payer dollars. For reference, the attached documents outline the differences between the NCHRP-350 SKT and the MASH MSKT.

***Please alert all applicable departments within your agency of the discontinuation of the NCHRP-350 SKT Impact Head effective 01/01/2018.***

Should you or any of your staff have any questions about the NCHRP-350 SKT or the MASH MSKT we can be reached at the following numbers:

330-799-9291, ask for David Reese
330-346-0721, ask for John Durkos

Our Distributor network will be contacting their customers so that all of the Contractors doing business in your State will be aware of the situation.

Thank you for your assistance in this matter and again, please let us know if you have any questions.

Sincerely,

Kaddo Kothmann
President, Road Systems, Inc.

U.S. Department
of Transportation
**Federal Highway Administration**

1200 New Jersey Ave., SE
Washington, D.C. 20590

October 3, 2016

In Reply Refer To:
HSST-1/CC-130

Mr. Kaddo Kothmann
Road Systems, Inc.
3616 Howard County Airport
Big Spring, Texas 79720

Dear Mr. Kothmann:

This letter is in response to your July 29, 2016 request for the Federal Highway Administration (FHWA) to review a roadside safety device, hardware, or system for eligibility for reimbursement under the Federal-aid highway program. This FHWA letter of eligibility is assigned FHWA control number CC-130 and is valid until a subsequent letter is issued by FHWA that expressly references this device.

**Decision**

The following devices are eligible, with details provided in the form which is attached as an integral part of this letter:

- 350 SKT Terminal with MASH SKT Impact Head

**Scope of this Letter**

To be found eligible for Federal-aid funding, new roadside safety devices should meet the crash test and evaluation criteria contained in the American Association of State Highway and Transportation Officials' Manual for Assessing Safety Hardware (MASH) or the National Cooperative Highway Research Program (NCHRP) Report 350. However, the FHWA, the Department of Transportation, and the United States Government do not regulate the manufacture of roadside safety devices. Eligibility for reimbursement under the Federal-aid highway program does not establish approval, certification or endorsement of the device for any particular purpose or use.

This letter is not a determination by the FHWA, the Department of Transportation, or the United States Government that a vehicle crash involving the device will result in any particular outcome, nor is it a guarantee of the in-service performance of this device. Proper manufacturing, installation, and maintenance are required in order for this device to function as tested.

This finding of eligibility is limited to the crashworthiness of the system and does not cover other structural features, nor conformity with the Manual on Uniform Traffic Control Devices.

**Eligibility for Reimbursement**

Based solely on a review of crash test results and certifications submitted by the manufacturer, and the crash test laboratory, FHWA agrees that the device described herein meets the crash test and evaluation criteria of the NCHRP Report 350. Therefore, the device is eligible for reimbursement under the Federal-aid highway program if installed under the range of tested conditions.

| | |
|---|---|
| Name of system: | 350 SKT Terminal with MASH SKT Impact Head |
| Type of system: | W-Beam Guardrail extruder terminal |
| Test Level: | NCHRP Report 350 Test Level 3 (TL3) |
| Testing conducted by: | KARCO, Inc. |
| Dates of request: | December 22, 2015, revised July 29, 2016 |
| Date initially acknowledged: | December 31, 2015 and August 23, 2016 |
| Date of completed package: | September 1, 2016 |

FHWA concurs with the recommendation of the accredited crash testing laboratory as stated within the attached form.

**Full Description of the Eligible Device**

The device and supporting documentation, including reports of the crash tests or other testing done, videos of any crash testing, and/or drawings of the device, are described in the attached form.

**Notice**

If a manufacturer makes any modification to any of their roadside safety hardware that has an existing eligibility letter from FHWA, the manufacturer must notify FHWA of such modification with a request for continued eligibility for reimbursement. The notice of all modifications to a device must be accompanied by:

- Significant modifications – For these modifications, crash test results must be submitted with accompanying documentation and videos.

- Non-signification modifications – For these modifications, a statement from the crash test laboratory on the potential effect of the modification on the ability of the device to meet the relevant crash test criteria.

FHWA's determination of continued eligibility for the modified hardware will be based on whether the modified hardware will continue to meet the relevant crash test criteria.

You are expected to supply potential users with sufficient information on design, installation and maintenance requirements to ensure proper performance.

You are expected to certify to potential users that the hardware furnished has the same chemistry, mechanical properties, and geometry as that submitted for review, and that it will meet the test and evaluation criteria of the MASH.

Issuance of this letter does not convey property rights of any sort or any exclusive privilege. This letter is based on the premise that information and reports submitted by you are accurate and correct. We reserve the right to modify or revoke this letter if: (1) there are any inaccuracies in the information submitted in support of your request for this letter, (2) the qualification testing was flawed, (3) in-service performance or other information reveals safety problems, (4) the system is significantly different from the version that was crash tested, or (5) any other information indicates that the letter was issued in error or otherwise does not reflect full and complete information about the crashworthiness of the system.

**Standard Provisions**

- To prevent misunderstanding by others, this letter of eligibility designated as FHWA control number CC-130 shall not be reproduced except in full. This letter and the test documentation upon which it is based are public information. All such letters and documentation may be reviewed upon request.

- This letter shall not be construed as authorization or consent by the FHWA to use, manufacture, or sell any patented system for which the applicant is not the patent holder.

- If the subject device is a patented product it may be considered to be proprietary. If proprietary systems are specified by a highway agency for use on Federal-aid projects: (a) they must be supplied through competitive bidding with equally suitable unpatented items; (b) the highway agency must certify that they are essential for synchronization with the existing highway facilities or that no equally suitable alternative exists; or (c) they must be used for research or for a distinctive type of construction on relatively short sections of road for experimental purposes. Our regulations concerning proprietary products are contained in Title 23, Code of Federal Regulations, Section 635.411.

Sincerely yours,

Michael S. Griffith

Michael S. Griffith
Director, Office of Safety Technologies
Office of Safety

Enclosures




Wood Post Systems
(2, 4, or 8 Tubes)
Rail Height 28" - *31"
* Blocks may be 8" or 12" Deep

Hinged/Plug Welded System
Posts 3-8 May be Hinged or
Plug Welded
Rail Height 28" - *31"
* Blocks may be 8" or 12" Deep

Plug Welded System
(2, 4, or 8 Tubes)
Rail Height 28" - *31"
* Blocks may be 8" or 12" Deep

SP Steel Post
Rail Height 28" - *31"
* Blocks may be 8" or 12" Deep

END PANELS

12'-6" for 28" through 30" rail heights
25' for 28" through 30" rail heights
12'-6" for 31" rail heights (a)
15'-7 1/2" for 31" rail heights (b)

SECOND RAIL

12'-6" for 28" through 30" rail heights
25' for 28" through 30" rail heights
(a) 9'-4 1/2" for 31" rail heights
(a) 15'-7 1/2" for 31" rail heights
(b) 12'-6" for 31" rail heights

RSI
Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

| | | |
|---|---|---|
| MSKT Impact Head Applicability for NCHRP 350 Terminals | | Sheet: 1 |
| | | Date: 08/30/16 |
| | | By: JRR |
| Drawing Name: MSKT Replacement | Scale: None | Rev: 0 |




| | | | |
|---|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | MASH SKT IMPACT HEAD | | Sheet: 1 |
| | | | Date: 02/15/15 |
| | Drawing Name: MS3000 | Scale: NONE | By: JRR Rev: 0 |

# Interchangeability between MASH MSKT and NCHRP 350 SKT-SP

The following components are exactly the same for the MASH MSKT and NCHRP 350 SKT-SP:

- All W-Beam rail sections.
- Post #2 upper.
- Posts #3 and beyond.
- Blockouts, 8" or 12" deep.
- Cable anchor bracket and shoulder bolts.
- Cable assembly.
- Bearing plate.
- All hardware, no new hardware for MSKT.

- The MASH MSKT Impact Head may be used for new NCHRP 350 terminals or repairs of existing systems (any steel or wood post design option). Note this does not convert the NCHRP 350 SKT to a MASH terminal.
- The MSKT uses a ground strut and requires another ⅝" bolt. See below.
- The MSKT upper post #1 has a spacer angle welded to the post. See below.
- The MSKT lower post #1 has longer side plates for the strut. See below.
- The MSKT lower post #2 is longer, but has been used in other SKT steel post systems.







*The MSKT Impact Head is able to be used on NCHRP 350 SKT units for new installations or for repairs. **ADDING THE MSKT IMPACT HEAD DOES NOT RETROFIT NCHRP 350 SKT INTO THE MSKT**. The letters "SKT" are cut into the traffic side of the MSKT Impact Head. This is because there will be NCHRP 350 SKT installations and there will be MASH MSKT installations, both with the same head. The other changes noted above will distinguish the MASH MSKT from the NCHRP 350 SKT.*

# Interchangeability between "Wood Post" MASH MSKT & NCHRP 350 SKT-W-MGS

The following components are exactly the same for the **Wood Post MASH MSKT** and the **Wood Post NCHRP 350 SKT-W-MGS:**

- All W-Beam rail sections.
- CRT posts #3 and beyond.
- Blockouts, 8" or 12" deep.
- Cable anchor bracket and shoulder bolts.
- Cable assembly.
- Bearing plate.

- The MASH MSKT Impact Head may be used for new NCHRP 350 terminals or repairs of existing systems (any wood or steel post design option). Note this does not convert the NCHRP 350 SKT to a MASH terminal.
- The existing Wood Posts 1 & 2, Foundation Tubes, and Ground Strut must be replaced with MSKT upper and lower Steel Posts 1 & 2 and the new Ground Strut. See below.




MSKT Impact Head    MSKT Upper & Lower Post 1    MSKT Ground Strut    MSKT Upper & Lower Post 2










*The MSKT Impact Head is able to be used on NCHRP 350 SKT units for new installations or for repairs. **ADDING THE MSKT IMPACT HEAD DOES NOT RETROFIT NCHRP 350 SKT INTO THE MSKT**. The letters "SKT" are cut into the traffic side of the MSKT Impact Head. This is because there will be NCHRP 350 SKT installations and there will be MASH MSKT installations, both with the same head. The other changes noted above will distinguish the MASH MSKT from the NCHRP 350 SKT.*

# Exhibit P-108

SKT Impact Head,
Item No. S3000
(Pages 1, 3, 5) (04/25/17)
(dimensions/tolerances redacted)




Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

S3000
SKT Impact Head

| | |
|---|---|
| Sheet: | 1 |
| Date: | 04/25/17 |
| Drawing Name: | S3000 |
| Scale: | NONE |
| By: | JRR |
| Rev: | 0 |

| ITEM NO. | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| D | 1 | DEFLECTOR PLATE | [redacted] |
| E | 1 | GUSSET PLATE | |
| F | 1 | KINKER BEAM | |
| G | 1 | POST BREAKER BEAM | |




KINKER BEAM




POST BREAKER BEAM




DEFLECTOR PLATE




GUSSET PLATE

RSI Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

| | | | |
|---|---|---|---|
| S3000 SKT Impact Head | | | Sheet: 3 |
| | | | Date: 04/25/17 |
| Drawing Name: S3000 | Scale: NONE | By: JRR | Rev: 0 |




FRONT IMPACT TO TOP, BOTTOM AND GUSSET PLATES




GUIDE TUBE




GUIDE RAIL STRAPS TO GUIDE RAIL CHANNELS

TYPICAL FOR END STRAPS




POST BREAKER BEAM TO KINKER BEAM




KINKER BEAM TO TOP AND BOTTOM PLATES

TYPICAL FOR BOTTOM PLATES




DEFLECTOR PLATE TO GUIDE TUBE, GUSSET PLATE, AND TOP AND BOTTOM PLATES




GUIDE TUBE TO TOP AND BOTTOM PLATES OF IMPACT HEAD

| | | |
|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | S3000 SKT Impact Head Welding Detail | Sheet: 5 |
| | Drawing Name: S3000 / Scale: NONE | Date: 04/25/17 / By: JRR / Rev: 0 |

# Exhibit P-109

FLEAT Guardrail Terminal,
Item No. F3000
(Pages 1. 4. 5) (01/23/11, 02/23/11)
(dimensions/tolerances redacted)


Part 5
Kinker Beam
Part 8
Front Strap
Part 9
Middle Strap
Part 10 (B)
Rear Strap
Part 4
Deflector Plate
Part 7
Stiffener
Part 6
Post Breaker
Part 11
Post Bracket
Part 10 (A)
Rear Strap
Part 2a
Top Plate
Part 13 (2)
Reinforcer
Part 12
Feed Chute
Part 3
Gusset Plate
Part 1
Front Plate
[redacted]
Part 14
Spacer
Part 2b
Bottom Plate
[redacted]
Part 12
Feed Chute
RSI
Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721
FLEAT
Guardrail Terminal
Sheet:
1
Date:
01/23/11
Drawing Name:
F3000
Scale:
NONE
By:
JRR
Rev:
0

| PART NO. | QTY | DESCRITPION | MATERIAL |
|---|---|---|---|
| 1 | 1 | FRONT PLATE | [redacted] |
| 5 | 1 | KINKER BEAM | |
| 6 | 1 | POST BREAKER | |
| 7 | 1 | STIFFENER | |
| 8 | 1 | FRONT STRAP | |
| 9 | 1 | MIDDLE STRAP | |
| 10 | 2 | REAR STRAP | |
| 11 | 1 | POST BRACKET | |




Part 10: Rear Strap (A and B)
Part (A) on Post Breaker Side

| | | | |
|---|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | FLEAT Guardrail Terminal | | Sheet: 4 |
| | | | Date: 02/23/11 |
| | Drawing Name: F3000 | Scale: NONE | By: JRR Rev: 0 |




FRONT VIEW: GUIDE CHUTE ASSEMBLY
Top Feed Chute to Front, Middle, and Rear Straps (typical for bottom feed chute and Part 11 post bracket)




HEAD ASSEMBLY
Front Plate, Deflector Plate
Gusset Plate, Top and Bottom Plates




POST BREAKER ASSEMBLY
Post Breaker to Stiffener




HEAD ASSEMBLY
Bottom Plate to Kinker Beam
(typical for top plate)




BACK VIEW OF GUIDE CHUTE ASSEMBLY
CONNECTION TO HEAD ASSEMBLY
AND POST BREAKER ASSEMBLY




FINAL ASSEMBLY
Connection of Top Reinforcer
(typical for lower reinforcer)

RSI Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

| FLEAT Guardrail Terminal | | Sheet: 5 |
|---|---|---|
| Drawing Name: F3000 | Scale: NONE | Date: 02/23/11 |
| | | By: JRR Rev: 0 |

# Exhibit P-110

MASH SKT Impact Head,
Item No. MS3000
(Pages 1, 4, 6, 7) (04/25/17)
(dimensions/tolerances redacted)




| | | |
|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | MASH SKT IMPACT HEAD | Sheet: 1 |
| | | Date: 04/25/17 |
| Drawing Name: MS3000 | Scale: NONE | By: JRR Rev: Ⓐ |

| PART NO. | QTY | DESCRITPION | MATERIAL |
|---|---|---|---|
| 1 | 1 | FRONT PLATE | [redacted] |
| 5 | 1 | KINKER BEAM | |
| 6 | 1 | POST BREAKER | |
| 8 | 1 | COVER PLATE | |
| 9 | 1 | MIDDLE STRAP | |
| 10 | 1 | REAR STRAP | |
| 11 | 1 | POST BRACKET | |
| 12 | 1 | COVER PLATE | |




RSI
Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

MASH SKT
IMPACT HEAD

Sheet: 4
Date: 04/25/17
Drawing Name: MS3000
Scale: NONE
By: JRR
Rev: 0

## POST SIDE




[redacted]

RSI
Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

MASH SKT IMPACT HEAD

| Sheet: 6 | Date: 04/25/17 |
|---|---|
| Drawing Name: MS3000 | Scale: NONE |
| By: JRR | Rev: 0 |




[redacted]

| | | | |
|---|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | MASH SKT IMPACT HEAD | | Sheet: 7 |
| | | | Date: 04/25/17 |
| | Drawing Name: MS3000 | Scale: NONE | By: JRR Rev: 0 |

# Exhibit P-111

MASH FLEAT Impact Head,
Item No. MF3000
(Pages 1, 4, 6, 7) (01/10/18)
(dimensions/tolerances redacted)




Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

| | |
|---|---|
| | MASH FLEAT IMPACT HEAD |
| Sheet: | 1 |
| Date: | 01/10/18 |
| Drawing Name: | MF3000 |
| Scale: | NONE |
| By: | JRR |
| Rev: | 0 |

| PART NO. | QTY | DESCRITPION | MATERIAL |
|---|---|---|---|
| 1 | 1 | FRONT PLATE | [redacted] |
| 5 | 1 | KINKER BEAM | |
| 6 | 1 | POST BREAKER | |
| 8 | 1 | COVER PLATE | |
| 9 | 1 | MIDDLE STRAP | |
| 10 | 1 | REAR STRAP | |
| 10a | 1 | REAR STRAP FRONT | |
| 11 | 1 | POST BRACKET | |
| 12 | 1 | COVER PLATE | |
| 13 | 2 | REINFORCER | |
| 15 | 1 | BREAKER GUSSET | |







RSI Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

MASH FLEAT IMPACT HEAD

Sheet: 4
Date: 01/10/18
Drawing Name: MF3000
Scale: NONE
By: JRR
Rev: 0

POST SIDE




[redacted]

RSI
Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

| | | |
|---|---|---|
| MASH FLEAT IMPACT HEAD | | Sheet: 6 |
| | | Date: 01/10/18 |
| Drawing Name: MF3000 | Scale: NONE | By: JRR / Rev: 0 |


TRAFFIC SIDE
[redacted]
REINFORCER WELD DETAIL
[redacted]
FEED CHUTE TO
TOP AND BOTTOM PLATES
[redacted]
INSIDE FEED CHUTES
TO DEFLECTOR
[redacted]
[redacted]
INSIDE FEED CHUTES
TO SIDE PLATES
[redacted]
TOP AND BOTTOM
[redacted]
[redacted]
[redacted]
FRONT PLATE TO
TOP AND BOTTOM PLATES
DEFLECTOR TO TOP
BOTTOM PLATES
[redacted]
POST BREAKER TO BACK OF DEFLECTOR PLATE
POST SIDE
[redacted]
RSI
Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721
MASH FLEAT
IMPACT HEAD
7
01/10/18
MF3000
NONE
JRR
0

# Exhibit P-112

Foundation Tube, PTE05
(Generic 6” x 8” x 3/16” x 5’-0” long)

(similar to:

Item No. E735
(Generic 6” x 8” x 3/16” x 4’-6” long);

Item No. E730 & E731
(Generic 6” x 8” x 3/16” x 6’-0” long)
(without soil plates);

Item No. S735
(Generic 6” x 8” x 1/8” x 4’-6” long); and

Item No. S730
(Generic 6” x 8” x 1/8” x 6’-0” long)
(without soil plates))

**(Shown)**

**Foundation Tube 3/16” x 5’-0”**

*(RSI never supplied this)*

**(Similar)**

**E735 Foundation Tube 3/16” x 4’-6”**

**(Similar, but with no soil plates)**

**E730 Foundation Tube 3/16” x 6’-0”**

*(NOTE: This was also called E731)*

**(Similar)**

**S735 Foundation Tube 1/8” x 4’-6”**

**(Similar, but with no soil plates)**

**S730 Foundation Tube 1/8” x 6’-0”**

*(NOTE: RSI Drawing exists)*

**Note this is a GENERIC Tube**



# Exhibit P-113

S730 Foundation Tube,
Item No. S730
(01/22/15)
(Generic 6” x 8” x 1/8” x 6’-0” long)

| DESCRIPTION | MATERIAL |
|---|---|
| FOUNDATION SLEEVE | 6"x 8"x 1/8" A500 Gr. B |




**Note this is a GENERIC Tube**

| | | |
|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | S730 Foundation Tube | Sheet: 1 |
| | | Date: 01/22/15 |
| | Drawing Name: S730 / Scale: NONE | By: JRR / Rev: 0 |

# Exhibit P-114

Quick Release Cable Anchor Bracket,
Item No. S760
(1996-11-22)
(dimensions/tolerances redacted)

| ITEM NO. | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| N | 1 | CABLE RELEASE BRACKET | A36 1/4" PLATE |
| O | 1 | CABLE RELEASE PLATE | A36 1/2" PLATE |
| P | 8 | QUICK RELEASE BOLTS | A325 |




CABLE RELEASE BRACKET




CABLE RELEASE PLATE




CABLE RELEASE ASSEMBLY




QUICK RELEASE BOLT

RSI
Road Systems, Inc.
Big Spring, TX
Phone: 915-263-2435
or Phone: 930-346-6721

| Sheet: | 101 |
|---|---|
| Date: | 11/22/96 |
| Drawing Name: | S760.DWG |
| Scale: | NONE |
| By: | LS |
| Rev: | 0 |

# Exhibit P-115

Quick Release Cable Anchor Bracket,
Item No. S760 (2009-09-22)
(dimensions/tolerances redacted)

| NO. | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| N | 1 | CABLE RELEASE BRACKET | A36 1/4" PLATE |
| O | 1 | CABLE RELEASE PLATE | A36 1/2" PLATE |




| | | |
|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | Quick Release Cable Anchor Bracket | Sheet: 1 |
| | Drawing Name: S760 | Date: 09/22/09 |
| | Scale: NONE | By: JRR Rev: 0 |

# Exhibit P-116

Quick Release Cable Anchor Bracket,
Item No. S760
(2017-06-13)
(dimensions/tolerances redacted)

| ITEM NO. | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| N | 1 | CABLE RELEASE BRACKET | A36 1/4" PLATE |
| O | 1 | CABLE RELEASE PLATE | A36 1/2" PLATE |




Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

Quick Release Cable Anchor Bracket

| Sheet | Date | Drawing Name | Scale | By | Rev |
|---|---|---|---|---|---|
| 1 | 06/13/17 | S760 | NONE | JRR | 0 |

# Exhibit P-117

Quick Release Cable Anchor Bracket,
Item No. S760
(photograph showing tapered slots do not have a length "increasing progressively")

| ITEM NO. | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| N | 1 | CABLE RELEASE BRACKET | A36 1/4" PLATE |
| O | 1 | CABLE RELEASE PLATE | A36 1/2" PLATE |




**RSI Road Systems, Inc.**
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

| | |
|---|---|
| Title | Quick Release Cable Anchor Bracket |
| Sheet | 1 |
| Date | 06/13/17 |
| Drawing Name | S760 |
| Scale | NONE |
| By | JRR |
| Rev | 0 |


16
STAEDTLER-MARS
987 19-31
ARCHITECT

# Exhibit P-118

Universal BCT Post,
Item No. UP650
(04/24/2008)
(Generic)




NOTE:
All holes locations should reference the bottom of the post.

**Note this is a GENERIC Post**

RSI
Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

UNIVERSAL BCT POST

Sheet: 1
Date: 04/24/2008
Drawing Name: UP650
Scale: NONE
By: JRR
Rev: 0

# **Exhibit P-119**

Universal CRT Post, Item
No. UP671
(04/24/2008)
(Generic)




NOTE:
All hole locations should reference the top of the post.

**Note this is a GENERIC Post**

| | | |
|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | UNIVERSAL CRT POST | Sheet: 1 |
| | | Date: 04/24/2008 |
| | Drawing Name: UP671 / Scale: NONE | By: JRR / Rev: 0 |

# Exhibit P-120

PB620 Plug Welded Post #1,
Item No. PB620
(04/15/15)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
| --- | --- | --- | --- |
| a | 1 | Upper Post | [redacted] |
| b | 1 | Lower Post | |
| c | 2 | Side Plate | |
| d | 4 | Spacer Plates | |




RSI
Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

PB620
Plug Welded Post #1

Sheet: 1
Date: 04/15/15
Drawing Name: PB620
Scale: NONE
By: JRR
Rev: 0

# Exhibit P-121

PB621 Plug Weld Breakaway Post,
Item No. PB621
(09/11/08)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| a | 1 | Upper Post | [redacted] |
| b | 2 | Lower Post | |
| c | 1 | Side Plates | |




**RSI**
Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

PB621
Plug Weld Breakaway Post

Sheet: 1
Date: 09/11/08
Drawing Name: PB621
Scale: NONE
By: JRR
Rev: 0

# Exhibit P-122

Wide-Flange Guardrail Post, PWE01a-02a,
Item No. P621
(4/9/2019)
(generic)

| Designator | Length, L |
|---|---|
| PWE01a | 72" [1829] |
| PWE02a | 78" [1981] |




NOTES:
1. All holes shown are 3/4" [19] or 13/16" [21] diameter.
2. Additional holes may be specified by governing agencies to accommodate items such as rubrails, double-sided applications, and future overlays.

# WIDE-FLANGE GUARDRAIL POST

PWE01a-02a

| SHEET NO. | DATE: |
|---|---|
| 1 of 2 | 4/9/2019 |

## SPECIFICATIONS

PWE01a and PWE02a guardrail posts shall be manufactured from steel that conforms to any of the following:

- AASHTO M 270/M 270M (ASTM A709/A709M), Grade 36 [250] or Grade 50S [345S] with the exception of supplementary requirements;
- ASTM A36/A36M; or,
- ASTM A992/A992M.

Where corrosion-resistant steel is required, PWE01a and PWE02a guardrail posts shall be manufactured from steel that conforms to the requirements of AASHTO M 270/M 270M (ASTM A709/A709M), Grade 50W [345W] with the exception of supplementary requirements or ASTM A588/A588M.

Dimensions of the guardrail posts cross-section shall conform to W6x9 [W150x13.5] or W6x8.5 [W150x13.0] wide-flange section in accordance with ASTM A6/A6M.

After the section is cut-to-length and all holes are drilled or punched, each guardrail post shall be zinc-coated (hot-dip galvanized) in accordance with AASHTO M 111 (ASTM A123) unless corrosion-resistant steel is used. Where corrosion-resistant steel is used, the portion of the post to be embedded in soil shall be zinc-coated (hot-dip galvanized) in accordance with AASHTO M 111 (ASTM A123) and the portion above the soil shall not be coated, painted, or otherwise treated.

Dimensional tolerances not shown or implied are intended to be those consistent with the proper functioning of the part, including its appearance and accepted manufacturing practices.

## INTENDED USE

Posts PWE01a and PWE02a are used with the following System:

SGR04a, Strong-Post W-Beam Guardrail, Steel Posts, Steel Blockouts.

## WIDE-FLANGE GUARDRAIL POST

# PWE01a-02a

| SHEET NO. | DATE |
|---|---|
| 2 of 2 | 4/9/2019 |

TF 13

# **Exhibit P-123**

Weak-Post Box Beam
Post & Welded Soil Plate,
PSE07-09
(8/03/2005)
(Generic 3" I w/SP (Line Post))

| DESIGNATOR | L | D |
|---|---|---|
| PSE07 | 54 [1365] | 26 [655] |
| PSE08 | 63 [1600] | 35 [900] |
| PSE09 | 34 [860] | 3-3/4 [95] |




1994

# WEAK POST BOX BEAM POST & WELDED SOIL PLATE

| | | |
|---|---|---|
| | PSE07-09 | |
| | SHEET NO. | DATE: |
| | 1 of 2 | 8/03/2005 |

## SPECIFICATIONS

This post shall be manufactured using steel conforming to AASHTO M 183/M 183M (ASTM A 36/A 36M). The section shall be manufactured such that it conforms to the geometry and tolerances of AASHTO M 160/M 160M (ASTM A 6/A 6M) for an S3x5.7 [S75x8.5] S-section. After all punching, drilling, stamping and welding is complete, the section shall be galvanized according to AASHTO M 111 (ASTM A 123). If corrosion-resistant hardware is required, AASHTO M 222/ M 222M (ASTM A 588/A 588M) steel shall be used and the embedded portion of the post shall be galvanized according to AASHTO M 111 (ASTM A 123). All holes shall be punched through both flanges (in-line). All welding shall conform to ANSI/AASHTO/AWS D1.5.

| Designator | Area ($in^2$) [$10^3$ $mm^2$] | $I_x$ ($in^4$) [$10^6$ $mm^4$] | $I_y$ ($in^4$) [$10^6$ $mm^4$] | $S_x$ ($in^3$) [$10^3$ $mm^3$] | $S_y$ ($in^3$) [$10^3$ $mm^3$] |
|---|---|---|---|---|---|
| PSE07-09 | 1.67 [1.1] | 2.52 [1.1] | 0.455 [0.2] | 1.68 [28] | 0.39 [6] |

Dimensional tolerances not shown or implied are intended to be those consistent with the proper functioning of the part, including its appearance and accepted manufacturing practices.

## INTENDED USE

Post PSE07 is the main post element in the SGM03 box beam median barrier. Rail support bracket FPP04 is attached to the post using two FBX20a bolts and nuts.

Post PSE08 is the main post element in the SGR03 box beam guardrail. Bracket FPP01 is attached to the post using an FBX12a bolt and nut. The bracket supports rail element RBM01.

Post PSE09 is a component of the SEB02 box beam median barrier terminal. Rail support FPP04 is used to support rail RBM13.

# WEAK-POST BOX BEAM POST & WELDED SOIL PLATE

# PSE07-09

| SHEET NO. | DATE |
|---|---|
| 2 of 2 | 7/18/2005 |

# Exhibit P-124

Anchor Post Top SKT/FLT
2 Post Terminals,
Item No. TPHP1A
(10/08/2008)
(dimensions/tolerances redacted)

| QTY | DESCRIPTION | MATERIAL |
|---|---|---|
| [redacted] | Upper Post | [redacted] |




Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

Anchor Post Top
SKT/FLT 2 Post Terminals

| Sheet: | Date: | Drawing Name: | Scale: | By: | Rev: |
|---|---|---|---|---|---|
| 1 | 10/08/2008 | TPHP1A | NONE | JRR | 0 |

# Exhibit P-125

Anchor Post Bottom SKT/FLT
Two Post Terminals,
Item No. TPHP1B
(11/13/17)
(dimensions/tolerances redacted)

| | | DESCRIPTION | MATERIAL |
|---|---|---|---|
| a1 | 1 | Steel Post Anchor | [redacted] |
| b1 | 1 | Base Plate | |
| c1 | 2 | Side Plate | |
| d1 | 1 | Front Plate | |
| e1 | 1 | Soil Plate | |




[redacted]

Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

**Anchor Post Bottom SKT/FLT Two Post Terminals**

Sheet: 1
Date: 11/13/17
Drawing Name: TPHP1B
Scale: NONE
By: JRR
Rev: 0

# Exhibit P-126

Universal Hinge Post Top #1,
Item No. UHP1A
(08/18/09)
(dimensions/tolerances redacted)

| DESCRIPTION | MATERIAL |
|---|---|
| UHP1A Post #1 TOP | [redacted] |



| | | |
|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | Universal Hinge Post Top #1 | Sheet: 1 |
| | | Date: 08/18/09 |
| Drawing Name: UHP1A | Scale: NONE | By: JRR Rev: 0 |

# Exhibit P-127

Hinged Breakaway End Post,
Item No. HP1A
(06/11/02)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| a1 | 1 | Top Post | [redacted] |




Road Systems, Inc.
Big Spring, TX
Phone: 915-263-2435
or Phone: 330-346-0721

Hinged Breakaway End Post

Post Top
Part #HP1A

| Sheet: | Date: | Drawing Name: | Scale: | By: | Rev: |
|---|---|---|---|---|---|
| 101 | 06\11\02 | HP1A R0.DWG | NONE | JRR | 0 |

# Exhibit P-128

Steel Hinged Post #1 Lower,
Item No. HP1B
(02/10/17)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| b1 | 1 | Post Bottom | [redacted] |
| c1 | 1 | Front Plate | [redacted] |
| d1 | 1 | Post Cap Plate | [redacted] |
| e1 | 2 | Side Plate | [redacted] |




RSI Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

STEEL HINGED POST
POST #1 LOWER

| Sheet | Date | Drawing Name | Scale | By | Rev |
|---|---|---|---|---|---|
| 1 | 02/10/17 | HP1B | NONE | JRR | 0 |

# Exhibit P-129

Universal Hinge Post Upper Post #2,
Item No. UHP2A
(02/10/17)
(dimensions/tolerances redacted)

| DESCRIPTION | MATERIAL | PART # |
|---|---|---|
| Hinge Post Top | [redacted] | UHP2A |



| | | | |
|---|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | UNIVERSAL HINGE POST UPPER POST #2 | | Sheet: 1 |
| | | | Date: 02/10/17 |
| | Drawing Name: UHP2A | Scale: NONE | By: JRR Rev: 0 |

# Exhibit P-130

Hinge Post Post #2 Upper,
Item No. HP2A
(02/10/17)
(dimensions/tolerances redacted)

| DESCRIPTION | MATERIAL | PART # |
|---|---|---|
| Hinge Post Top | [redacted] | HP2A |




RSI
Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

HINGE POST
POST #2 UPPER

| | | | |
|---|---|---|---|
| Sheet: 1 | Date: 02/10/17 | | |
| Drawing Name: HP2A | Scale: NONE | By: JRR | Rev: 0 |

# Exhibit P-131

Hinge Post #2 Bottom,
Item No. HP2B
(02/18/09)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| b | 1 | Hinge Post Bottom | [redacted] |
| c | 2 | Side Plates | [redacted] |







[redacted]

Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

# HINGE POST
# POST #2 BOTTOM

| Sheet: | Date: | Drawing Name: | Scale: | By: | Rev: |
|---|---|---|---|---|---|
| 1 | 02/18/09 | HP2B | NONE | JRR | 0 |

# Exhibit P-132

Hinge Post Post #3 Top,
Item No. HP3A
(02/10/17)
(dimensions/tolerances redacted)

| DESCRIPTION | MATERIAL |
|---|---|
| Hinge Post Top | [redacted] |



| Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | HINGE POST<br>POST #3 TOP | Sheet: 1 |
|---|---|---|
| | | Date: 02/10/17 |
| Drawing Name: HP3A | Scale: NONE | By: JRR Rev: 0 |

# Exhibit P-133

Hinge Post Post #3 Bottom,
Item No. HP3B
(02/24/10)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| b | 1 | Hinge Post Bottom | [redacted] |
| c | 2 | Side Plates | [redacted] |




| | | |
|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | HINGE POST POST #3 BOTTOM | Sheet: 1 |
| | | Date: 02/24/10 |
| Drawing Name: HP3B | Scale: NONE | By: JRR Rev: 0 |

# Exhibit P-134

BEAT-UP,
Item No. BEAT-UP
(04/16/09)
(dimensions/tolerances redacted)

| QTY | DESCRIPTION | MATERIAL |
|---|---|---|
| 1 | Upper Post | [redacted] |



| | | |
|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | BEAT-UP | Sheet: 1 |
| | | Date: 04/16/09 |
| Drawing Name: BEAT-UP | Scale: NONE | By: JRR Rev: 0 |

# Exhibit P-135

BEAT-LP Lower Post #1,
Item No. BEAT-LP
(06/08/09)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| a | 1 | Post | [redacted] |
| b | 1 | Cap Plate | |
| c | 2 | Side Plate | |
| d | 1 | Front Plate | |




| | | | |
|---|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | BEAT-LP Lower Post #1 | | Sheet: 1 |
| | | | Date: 06/08/09 |
| | Drawing Name: BEAT-LP | Scale: NONE | By: JRR Rev: 0 |

# Exhibit P-136

BB-WPMT Box Beam Median Post,
Item No. BB-WPMT
(09/16/08)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| a | 1 | Line Post | [redacted] |
| b | 1 | Plate | |




Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

| | | | |
|---|---|---|---|
| BB-WPMT Box Beam Median Post | | Sheet: 1 | |
| | | Date: 09/16/08 | |
| Drawing Name: BB-WPMT | Scale: NONE | By: JRR | Rev: 0 |

# Exhibit P-137

BEAT-LP Lower Post #1,
Item No. BEAT-BP-LP
(02/10/17)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| a | 1 | Post | [redacted] |
| b | 1 | Cap Plate | |
| c | 2 | Side Plate | |
| d | 1 | Front Plate | |




RSI
Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

| | | | |
|---|---|---|---|
| BEAT-LP Lower Post #1 | | | Sheet: 1 |
| | | | Date: 02/10/17 |
| Drawing Name: BEAT-BP-LP | Scale: NONE | By: JRR | Rev: 0 |

# Exhibit P-138

Surface Mount BEAT SSCC Line Post,
Item No. B-SS-PSM
(2/1/2006)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| B-SS-PSM | 1 | SSCC SM Line Post | [redacted] |



Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-348-0721

**BEAT PRODUCT LINE**

**PART#: B-SS-PSM**
**SURFACE MOUNT BEAT SSCC LINE POST**

Sheet: 100
Date: 2/1/2006
Drawing Name: B-SS-PSM
Scale: NONE
By: JRR
Rev: 0

# Exhibit P-139

BEAT SSCC Surface Mounted Base Plate,
Item No. B-SS200
(01/14/10)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| B-SS-200 | 1 | SSCC SM Post #1 Base | |
| A | 1 | Left Side Bracket | [redacted] |
| B | 1 | Right Side Bracket | |
| C | 1 | Steel Plate | |
| D | 1 | Front Bracket | |



LEFT SIDE BRACKET (A)

RIGHT SIDE BRACKET (B)



ASSEMBLY PLAN VIEW



ASSEMBLY ELEVATION VIEW



BASE PLATE (C)



FRONT BRACKET (D)

Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

| | | |
|---|---|---|
| BEAT SSCC Surface Mounted Base Plate | | Sheet: 1 |
| | | Date: 01/14/10 |
| Drawing Name: B-SS-200 | Scale: NONE | By: JRR Rev: 0 |

# Exhibit P-140

Surface Mount Beat SSCC Line Post Base,
Item No. B-SS210 (angle)
(2/1/2006)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| B-SS-210 | 1 | SSCC SM Post Angle Iron Base | [redacted] |



**BEAT PRODUCT LINE**

**PART#: B-SS-210**
**SURFACE MOUNT BEAT SSCC LINE POST BASE**

Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-348-0721

| Sheet: | Date: | Drawing Name: | Scale: | By: | Rev: |
|---|---|---|---|---|---|
| 100 | 2/1/2006 | B-SS-210 | NONE | JRR | 0 |

# Exhibit P-141

Post #1 UPPER MASH,
Item No. MTPHP1A
(08/28/17)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| a | 1 | Post Upper | [redacted] |
| b | 1 | Blocker Plate | |
| c | 1 | Angle Spacer | |




Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

Post #1
UPPER MASH

Sheet: 1

Date: 08/28/17

Drawing Name: MTPHP1A

Scale: NONE

By: JRR

Rev: 0

# Exhibit P-142

MASH Post #1 Lower,
Item No. MTPHP1B
(11/15/16)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| a1 | 1 | Steel Post Anchor | [redacted] |
| b1 | 1 | Base Plate | |
| c1 | 2 | Side Plate | |
| d1 | 1 | Front Plate | |
| e1 | 1 | Soil Plate | |




[redacted]

| | | |
|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | MASH POST #1 LOWER | Sheet: 1 |
| | | Date: 11/15/16 |
| Drawing Name: MTPHP1B | Scale: NONE | By: JRR Rev: 0 |

# Exhibit P-143

Post #1 UPPER MASH,
Item No. MP1A
(02/20/18)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| a | 1 | Post Upper | [redacted] |
| b | 2 | Blocker Plate | |
| c | 1 | Angle Spacer | |




Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

Post #1 UPPER MASH

| Sheet: | Date: | Drawing Name: | Scale: | By: | Rev: |
|---|---|---|---|---|---|
| 1 | 02/20/18 | MP1A | NONE | JRR | 0 |

# Exhibit P-144

MASH FLEAT Post #1 Lower,
Item No. MP1B
(07/01/19)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| a1 | 1 | Steel Post Anchor | [redacted] |
| b1 | 1 | Base Plate | [redacted] |
| c1 | 2 | Side Plate | [redacted] |
| d1 | 1 | Front Plate | [redacted] |
| e1 | 1 | Soil Plate | [redacted] |







ALL WELDS TO MEET AWS A5.18

RSI
Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

MASH FLEAT
POST #1
LOWER

Sheet: 1

Date: 07/01/19

Drawing Name: MP1B | Scale: NONE | By: JRR | Rev: 0

# Exhibit P-145

MGS Hinge Post,
Item No. MHP2A
(02/20/18)
(dimensions/tolerances redacted)

| DESCRIPTION | MATERIAL |
| --- | --- |
| Hinge Post Top | [redacted] |




Road Systems, Inc.
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

MGS HINGE POST

Sheet: 1
Date: 02/20/18
Drawing Name: MHP2A
Scale: NONE
By: JRR
Rev: 0

# Exhibit P-146

MBEAT Post #1 UPPER,
Item No. MBEAT MP1A
(05/01/18)
(dimensions/tolerances redacted)

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| a | 1 | Post Upper | [redacted] |
| b | 2 | Blocker Plate | |
| c | 1 | Angle Spacer | |




[redacted]

| | | | |
|---|---|---|---|
| RSI Road Systems, Inc. Big Spring, TX Phone: 432-263-2435 or Phone: 330-346-0721 | MBEAT Post #1 UPPER | | Sheet: 1 |
| | | | Date: 05/01/18 |
| | Drawing Name: MBEAT MP1A | Scale: NONE | By: JRR Rev: 0 |

# Exhibit P-147

MBEAT Hinge Post Upper,
Item No. MBEAT HP2A
(05/08/18)
(dimensions/tolerances redacted)

| DESCRIPTION | MATERIAL |
| --- | --- |
| Hinge Post Top | [redacted] |



**Road Systems, Inc.**
Big Spring, TX
Phone: 432-263-2435
or Phone: 330-346-0721

| | | | |
| --- | --- | --- | --- |
| MBEAT HINGE POST UPPER | | Sheet: 1 | |
| | | Date: 05/08/18 | |
| Drawing Name: MBEAT-HP2A | Scale: NONE | By: JRR | Rev: 0 |

# Exhibit P-148

## Summary of Claim Charts for W-Beam Products

# Summary of Claim Charts
# for W-Beam Products

| W-Beam Products | 6,109,597 Expired 8/29/2012 11.5 year not paid (anticipated was 4/2/2017)[1] | 6,244,571 Expired 6/12/2013 11.5 year not paid (anticipated was 1/27/2019)[2] | 7,100,752 Expired 9/5/2014 7.5 year not paid (anticipated was 9/2/2024)[3] | 6,457,570 Expired 10/1/2014 11.5 year not paid (anticipated was 5/7/2019)[4] | 5,775,675 Expired 4/2/2017 (all maintenance fees paid)[5] | 5,924,680 Expired 4/2/2017 (all maintenance fees paid)[6] | 5,988,598 Expired 11/4/2018 (all maintenance fees paid)[7] |
|---|---|---|---|---|---|---|---|
| 350 SKT® | ✓ FN[8] | ✗ FN[9] | ✗ FN[10] | ✗ FN[11] | ✓ Does apply to wood posts FN[12] | ✗ FN[13] | ~✓ Does **not** apply to wood posts FN[14] |
| 350 FLEAT® | ✓ FN[8] | ✗ FN[9] | ✗ FN[10] | ✗ FN[11] | ✓ Does apply to wood posts FN[12] | ✗ FN[13] | ~✓ Does **not** apply to wood posts FN[14] |
| 350 FLEAT®-MT | ✓ FN[8] | ✗ FN[9] | ✗ FN[10] | ✗ FN[11] | ✓ Does apply to wood posts FN[12] | ✗ FN[13] | ~✓ Does **not** apply to wood posts FN[14] |



EXHIBIT P-148

| W-Beam Products | 6,109,597 Expired 8/29/2012 11.5 year not paid (anticipated was 4/2/2017)[1] | 6,244,571 Expired 6/12/2013 11.5 year not paid (anticipated was 1/27/2019)[2] | 7,100,752 Expired 9/5/2014 7.5 year not paid (anticipated was 9/2/2024)[3] | 6,457,570 Expired 10/1/2014 11.5 year not paid (anticipated was 5/7/2019)[4] | 5,775,675 Expired 4/2/2017 (all maintenance fees paid)[5] | 5,924,680 Expired 4/2/2017 (all maintenance fees paid)[6] | 5,988,598 Expired 11/4/2018 (all maintenance fees paid)[7] |
|---|---|---|---|---|---|---|---|
| MSKT® | ✗ FN[8] | ✗ FN[9] | ✗ FN[10] | ✗ FN[11] | ✓ FN[12] | ✗ FN[13] | ✓ FN[14] |
| MFLEAT® | ✗ FN[8] | ✗ FN[9] | ✗ FN[10] | ✗ FN[11] | ✓ FN[12] | ✗ FN[13] | ✗ FN[14] |

| W-Beam Products | 6,254,063 Expired 11/4/2018 (all maintenance fees paid)[15] | 6,308,809 Expired 5/7/2019 (all maintenance fees paid)[16] | 7,086,508 Expired 8/19/2019 (all maintenance fees paid)[17] | 7,147,088 Expired 10/1/2022 (all maintenance fees paid)[18] | 8,448,913 Expires 1/9/2032 (all maintenance fees paid)[19] |
|---|---|---|---|---|---|
| 350 SKT® | ✘ FN[20] | ✘ FN[21] | ✘ FN[22] | ✘ FN[23] | ✘ FN[24] |
| 350 FLEAT® | ✘ FN[20] | ✘ FN[21] | ✘ FN[22] | ✘ FN[23] | ✘ FN[24] |
| 350 FLEAT®-MT | ✘ FN[20] | ✘ FN[21] | ✘ FN[22] | ✘ FN[23] | ✘ FN[24] |
| MSKT® | ✘ FN[20] | ✘ FN[21] | ✘ FN[22] | ✘ FN[23] | ✘ FN[24] |
| MFLEAT® | ✘ FN[20] | ✘ FN[21] | ✘ FN[22] | ✘ FN[23] | ✘ FN[24] |

| W-Beam Products | 9,963,844 Expires 7/21/2034 (assuming all maintenance fees will be paid)[25] | 9,732,484 Expires 12/18/2034 (assuming all maintenance fees will be paid)[26] | 10,119,231 Expires 6/9/2037 (assuming all maintenance fees will be paid)[27] | 10,914,044 Expires 6/9/2037 (assuming all maintenance fees will be paid)[28] |
|---|---|---|---|---|
| 350 SKT® | ✗ FN[29] | ✗ FN[30] | ✗ FN[31] | ✗ FN[32] |
| 350 FLEAT® | ✗ FN[29] | ✗ FN[30] | ✗ FN[31] | ✗ FN[32] |
| 350 FLEAT®-MT | ✗ FN[29] | ✗ FN[30] | ✗ FN[31] | ✗ FN[32] |
| MSKT® | ✓ FN[29] | ✓ FN[30] | ✗ FN[31] | ✗ FN[32] |
| MFLEAT® | ✗ FN[29] | ✓ FN[30] | ✓ FN[31] | ✓ FN[32] |



EXHIBIT P-148

[1] Ex. P-17, Patent Term Calculator, U.S. Patent No. 6,109,597 (calculating August 29, 2012 as the expiration date); Ex. P-18, Patent Details, U.S. Patent No. 6,109,597, Anchor Cable Release Mechanism for A Guardrail System ("Patent expired on 08-29-2012 due to non-payment of [11.5 year] maintenance fee").

[2] Ex. P-21, Patent Term Calculator, U.S. Patent No. 6,244,571 (calculating June 12, 2013 as the expiration date); Ex. P-22, Patent Details, U.S. Patent No. 6,244,571, Controlled Buckling Breakaway Cable Terminal ("Patent expired on 06/12/2013 due to non-payment of [11.5 year] maintenance fee").

[3] Ex. P-45, Patent Term Calculator, U.S. Patent No. 7,100,752 (calculating September 5, 2014 as the expiration date); Ex. P-46, Patent Details, U.S. Patent No. 7,100,752, Bridge Pier Crash Cushion System (Patent expired on 09-05-2014 due to non-payment of [7.5 year] maintenance fee); Ex. P-47, Maintenance Fee Statement, U.S. Patent No. 7,100,752 (3.5 year paid 01-29-2010).

[4] Ex. P-35, Patent Term Calculator, U.S. Patent No. 6,457,570 (calculating October 1, 2014 as the expiration date); Ex. P-36, Patent Details, U.S. Patent No. 6,457,570, Rectangular Bursting Energy Absorber (Patent expired on 10-01-2014 due to non-payment of [11.5 year] maintenance fee); Ex. P-37, Maintenance Fee Statement, U.S. Patent No. 6,457,570 (7.5 year paid 2010-06-08).

[5] Ex. P-3, Patent Term Calculator, U.S. Patent No. 5,775,675 (calculating April 2, 2017 as the expiration date); Ex. P-4, Patent Details, U.S. Patent No. 5,775,675, Sequential Kinking Guardrail Terminal System (all maintenance fees paid).

[6] Ex. P-7, Patent Term Calculator, U.S. Patent No. 5,924,680; (calculating April 2, 2017 as the expiration date); Ex. P-8, Patent Details, U.S. Patent No. 5,924,680, An Improved Foundation Sleeve for A Guardrail System (all maintenance fees paid).

[7] Ex. P-12, Patent Term Calculator, U.S. Patent No. 5,988,598 (calculating November 4, 2018 as the expiration date); Ex. P-13, Patent Details, U.S. Patent No. 5,988,598, Breakaway Steel Guardrail Post (all maintenance fees paid); Ex. P-14, Maintenance Fee Statement, U.S. Patent No. 5,988,598 (11.5 year paid 2010-11-23).

[8] Ex. P-149, Claim Chart mapping the '597 Patent claims to the RSI/KEI W-Beam products.

[9] Ex. P-150, Claim Chart mapping the '571 Patent claims to the RSI/KEI W-Beam products.

[10] Ex. P-151, Claim Chart mapping the '752 Patent claims to the RSI/KEI W-Beam products.

[11] Ex. P-152, Claim Chart mapping the '570 Patent claims to the RSI/KEI W-Beam products.

[12] Ex. P-153, Claim Chart mapping the '675 Patent claims to the RSI/KEI W-Beam products.

[13] Ex. P-154, Claim Chart mapping the '680 Patent claims to the RSI/KEI W-Beam products.

[14] Ex. P-155, Claim Chart mapping the '598 Patent claims to the RSI/KEI W-Beam products. The '598 Patent does not apply to wood posts, so the '598 Patent would not create a royalty obligation for the 350 SKT®, 350 FLEAT®, and 350 FLEAT®-MT terminals sold with all wood posts. For these sales, the last to expire patent would be the '675 Patent, which expired on 4/2/2017 (19 months prior to the 11/4/2018 expiration of the '598 Patent).

[15] Ex. P-25, Patent Term Calculator, U.S. Patent No. 6,254,063 (calculating November 4, 2018 as the expiration date); Ex. P-26, Patent Details, U.S. Patent No. 6,254,063, Energy Absorbing Breakaway Steel Guardrail Post (all maintenance fees paid); Ex. P-27, Maintenance Fee Statement, U.S. Patent No. 6,254,063 (11.5 year paid 2013-02-21).

[16] Ex. P-30, Patent Term Calculator, U.S. Patent No. 6,308,809 (calculating May 7, 2019 as the expiration date); Ex. P-31, Patent Details, U.S. Patent No. 6,308,809, Crash Attenuation System (all maintenance fees paid); Ex. P-32, Maintenance Fee Statement, U.S. Patent No. 6,308,809 (11.5 year paid 2013-06-03).

[17] Ex. P-40, Patent Term Calculator, U.S. Patent No. 7,086,508 (calculating August 19, 2019 as the expiration date); Ex. P-41, Patent Details, U.S. Patent No. 7,086,508, End Splice Assembly for Box-Beam Guardrail and Terminal Systems (all maintenance fees paid); Ex. P-42, Maintenance Fee Statements, U.S. Patent No. 7,086,508 (7.5 year paid 2014-06-09, 11.5 year paid 2017-08-08).

[18] Ex. P-50, Patent Term Calculator, U.S. Patent No. 7,147,088 (calculating October 1, 2022 as the expiration date); Ex. P-51, Patent Details, U.S. Patent No. 7,147,088, Single-Sided Crash Cushion System (all maintenance fees paid); Ex. P-52, Maintenance Fee Statements, U.S. Patent No. 7,147,088 (3.5 year paid 2009-12-21, 7.5 year paid 2013-12-12, 11.5 year paid 2017-12-15).

[19] Ex. P-55, Patent Term Calculator, U.S. Patent No. 8,448,913 (calculating January 9, 2032 as the anticipated expiration date, because all maintenance fees have been paid timely); Ex. P-56, Patent Details, U.S. Patent No. 8,448,913, Anchor Cable Release Mechanism for A Guardrail System (all maintenance fees paid); Ex. P-57, Maintenance Fee Statements, U.S. Patent No. 8,448,913 (3.5 year paid 2017-02-06, 7.5 year paid 2020-05-28, 11.5 year paid 2024-06-05).

[20] Ex. P-156, Claim Chart mapping the '063 Patent claims to the RSI/KEI W-Beam products.

[21] Ex. P-157, Claim Chart mapping the '809 Patent claims to the RSI/KEI W-Beam products.

[22] Ex. P-158, Claim Chart mapping the '508 Patent claims to the RSI/KEI W-Beam products.

[23] Ex. P-159, Claim Chart mapping the '088 Patent claims to the RSI/KEI W-Beam products.

[24] Ex. P-160, Claim Chart mapping the '913 Patent claims to the RSI/KEI W-Beam products.

[25] Ex. P-65, Patent Term Calculator, U.S. Patent No. 9,963,844 (calculating July 21, 2034 as the anticipated expiration date, assuming all remaining maintenance fees will be paid timely);
Ex. P-66, Patent Details, U.S. Patent No. 9,963,844, Energy Absorbing Guardrail System
(No maintenance fees are due at this time. 11.5 year window opens on 05-08-2029);
Ex. P-67, Maintenance Fee Statements, U.S. Patent No. 9,963,844 (3.5 year paid 2021-05-12, 7.5 year paid 2025-05-12).

[26] Ex. P-60, Patent Term Calculator, U.S. Patent No. 9,732,484 (calculating December 18, 2034 as the anticipated expiration date, assuming all remaining maintenance fees paid);
Ex. P-61, Patent Details, U.S. Patent No. 9,732,484, Energy Absorbing Guardrail System
(No maintenance fees are due at this time. 11.5 year window opens on 08-15-2028);
Ex. P-62, Maintenance Fee Statements, U.S. Patent No. 9,732,484 (3.5 year paid 2021-04-15, 7.5 year paid 2024-08-20).

[27] Ex. P-70, Patent Term Calculator, U.S. Patent No. 10,119,231 (calculating June 9, 2037 as the anticipated expiration date, assuming all remaining maintenance fees will be paid timely);
Ex. P-71, Patent Details, U.S. Patent No. 10,119,231, Energy Absorbing Guardrail System Having A Modified First Upper Post
(No maintenance fees are due at this time. 11.5 year window opens on 11-06-2029);
Ex. P-72, Maintenance Fee Statements, U.S. Patent No. 10,119,231 (3.5 year paid 2021-11-11, 7.5 year paid 2025-11-10);

[28] Ex. P-75, Patent Term Calculator, U.S. Patent No. 10,914,044 (calculating June 9, 2037 as the anticipated expiration date, assuming all remaining maintenance fees will be paid timely);
Ex. P-76, Patent Details, U.S. Patent No. 10,914,044, Breakaway Guardrail Post for a Highway Crash Attenuation System
(No maintenance fees are due at this time. 7.5 year window opens on 02-09-2028);
Ex. P-77, Maintenance Fee Statement, U.S. Patent No. 10,914,044 (3.5 year paid 2024-03-27);
Ex. P-78, Terminal Disclaimer filed 2020-10-26 (disclaiming "the terminal part of the statutory term … which would extend beyond the expiration date of the full statutory term [of] prior patent No. 10,119,231");
Ex. P-69, U.S. Patent No. 10,119,231, Bibliographic Data - Application - Patent Center - USPTO;
Ex. P-70, Patent Term Calculator for U.S. Patent No. 10,119,231 (calculating June 9, 2037 as the anticipated expiration date, assuming all remaining maintenance fees will be paid timely);
Ex. P-71, Patent Details, U.S. Patent No. 10,119,231
(No maintenance fees are due at this time. 11.5 year window opens on 11-06-2029);
Ex. P-72, Maintenance Fee Statements, U.S. Patent No. 10,119,231 (3.5 year paid 2021-11-11, 7.5 year paid 2025-11-10).

[29] Ex. P-161, Claim Chart mapping the '844 Patent claims to the RSI/KEI W-Beam products.

[30] Ex. P-162, Claim Chart mapping the '484 Patent claims to the RSI/KEI W-Beam products.

[31] Ex. P-163, Claim Chart mapping the '231 Patent claims to the RSI/KEI W-Beam products.

[32] Ex. P-164, Claim Chart mapping the '044 Patent claims to the RSI/KEI W-Beam products.

# Exhibit P-149

Claim Chart
mapping the ’597 Patent claims
to the RSI/KEI W-Beam products

# U.S. Patent No. 6,109,597
## Anchor Cable Release Mechanism for a Guardrail System[1]
## Filed: 4/21/1998 – Priority Date: 4/21/1998
## Issued: 8/29/2000 – Expired: 8/29/2012[2]

| Claims 1-2 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br><br>[1.P] An anchor cable release mechanism … comprising:<br>…<br>[1.2] a cable release bracket … having a first side with a plurality of tapered slots … and a second side with enlarged [tapered] openings<br>…. | ✓<br><br>S760 cable release bracket does have "tapered slots" on one side, and "enlarged tapered openings" on the other side FN[3] | ✓<br><br>S760 cable release bracket does have "tapered slots" on one side, and "enlarged tapered openings" on the other side FN[4] | ✓<br><br>S760 cable release bracket does have "tapered slots" on one side, and "enlarged tapered openings" on the other side FN[5] | ✗<br><br>S760 cable release bracket does have "tapered slots" on one side, and "enlarged tapered openings" on the other side FN[6]<br><br>but the '597 Patent expired several years before the MSKT® product was first sold. FN[7] | ✗<br><br>S760 cable release bracket does have "tapered slots" on one side, and "enlarged tapered openings" on the other side FN[8]<br><br>but the '597 Patent expired several years before the MFLEAT® product was first sold. FN[9] |



EXHIBIT P-149

| Claims 1-2 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 2 depends from Claim 1, so no need for any separate analysis of the dependent Claim 2. The use (or not) of the "plurality of tapered slots" and "enlarged [tapered] openings" recited in Claim 1 will determine whether this '597 Patent covers these W-Beam products. | | | | | |

[1] Ex. P-15, U.S. Patent No. 6,109,597, Anchor Cable Release Mechanism for a Guardrail System (Issued August 29, 2000);

Ex. P-16, U.S. Patent No. 6,109,597, Bibliographic Data - Application - Patent Center – USPTO ("Patent Expired Due to NonPayment of [11.5 year] Maintenance Fees").

[2] Ex. P-17, Patent Term Calculator, U.S. Patent No. 6,109,597 (calculating August 29, 2012 as the expiration date);

Ex. P-18, Patent Details, U.S. Patent No. 6,109,597 ("Patent expired on 08/29/2012 due to non-payment of [11.5 year] maintenance fee.").

[3] Ex. P-94, Interstate Steel Product Guide at 26, SKT-350 Parts, Item No. S760, Cable Anchor Box(dimensions/tolerances redacted) (confirming that the anchor cable release bracket used for the SKT®-350 is Item No. S760);
Ex. P-114, Quick Release Cable Anchor Bracket, Item No. S760 (1996-11-22) (dimensions/tolerances redacted) (fabrication drawing for anchor cable release bracket used for the SKT®-350, confirming that this bracket does have "tapered slots" on one side, and "enlarged tapered openings" on the other side).
Ex. P-115, Quick Release Cable Anchor Bracket, Item No. S760 (2009-09-22) (dimensions/tolerances redacted) (same); and
Ex. P-116, Quick Release Cable Anchor Bracket, Item No. S760 (2017-06-13) (dimensions/tolerances redacted) (same).

These fabrication drawings for the anchor cable release bracket Item No. S760 confirm that this bracket does have "tapered slots" on one side, and "enlarged tapered openings" on the other side.

[4] Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal & FLEAT-SP Flared Terminal, at Page 9, Bill of Materials for FLEAT-SP (Item H confirming that the anchor cable release bracket used for the 350 FLEAT® is Item No. S760).

As demonstrated above, anchor cable release bracket Item No. S760 does have "tapered slots" on one side, and "enlarged tapered openings" on the other side.

[5] Ex. P-97, Installation Instructions for the FLEAT®-MT Median Terminal, at Page 4, Table 2. FLEAT®-MT Bill of Materials (Item F confirming that the anchor cable release bracket used for the 350 FLEAT®-MT is Item No. S760).

As demonstrated above, anchor cable release bracket Item No. S760 does have "tapered slots" on one side, and "enlarged tapered openings" on the other side.

---

[6] Ex. P-94, Interstate Steel Product Guide at Page 9, MSKT Parts: Cable Parts, Item No. S760, Cable Anchor Box (confirming that the anchor cable release bracket used for the MSKT® is Item No. S760).

As demonstrated above, anchor cable release bracket Item No. S760 does have "tapered slots" on one side, and "enlarged tapered openings" on the other side.

[7] Ex. P-82, MSKT® FHWA Approval Letter HSST-1/CC-126 dated June 10, 2016.
The MSKT® was first sold shortly after the June 10, 2016 FHWA Approval Letter, which is several years after the August 29, 2012 expiration of the '597 Patent, so the '597 Patent never covered this product.

[8] Ex. P-100, Assembly Instructions for MFLEAT MASH Flared Terminal, at Page 5, Bill of Materials for MFLEAT (Item M confirming that the anchor cable release bracket used for the MFLEAT® is Item No. S760).

As demonstrated above, anchor cable release bracket Item No. S760 does have "tapered slots" on one side, and "enlarged tapered openings" on the other side.

[9] Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.
The MFLEAT® was first sold shortly after the April 10, 2019 FHWA Approval Letter, which is several years after the August 29, 2012 expiration of the '597 Patent, so the '597 Patent never covered this product.

# Exhibit P-150

Claim Chart
mapping the ’571 Patent claims
to the RSI/KEI W-Beam products

# U.S. Patent No. 6,244,571
# Controlled Buckling Breakaway Cable Terminal [1]
# Filed: 1/27/1999 – Priority Date: 1/27/1999
# Issued: 6/12/2001 – Expired: 6/12/2013 [2]

| Claims 1-6 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A crash attenuation apparatus … comprising:<br>[1.1] an impact head …<br>[1.2] an upper rail post breaking beam and a lower rail post breaking beam attached to said impact head ….<br><br>Claims 4, 5, and 6<br>[1.P] A crash attenuation apparatus … comprising:<br>[1.1] an impact head …<br>[1.2] an upper post breaking beam and a lower post breaking beam attached to said impact head …. | ✘<br>"impact head" has only one "post breaking beam"<br><br>S3000<br>FN[5]<br>Also note that this product was first sold several years before the 6/27/1999 priority date for this '571 Patent.<br>FN[4] | ✘<br>"impact head" has only one "post breaking beam"<br>F3000<br>FN [5]<br>Also note that this product was first sold over a year before the 6/27/1999 priority date for this '571 Patent.<br>FN[6] | ✘<br>"impact head" has only one "post breaking beam"<br><br>F3000<br>FN[7] | ✘<br>"impact head" has only one "post breaking beam"<br><br>MASH MSKT Impact Head<br>MS3000<br>FN[8]<br>Also note that the '571 Patent expired several years before the MSKT® product was first sold.<br>FN[9] | ✘<br>"impact head" has only one "post breaking beam"<br><br>MF3000<br>FN[10]<br>Also note that the '571 Patent expired several years before the MFLEAT® product was first sold.<br>FN[11] |



EXHIBIT P-150

| Claims 1-6 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claims 2-3 depend from independent Claim 1, so no need for any separate analysis of dependent Claims 2-3. Claims 4-6 are each additional independent claims. The use (or not) of BOTH an "upper" and "lower" "post breaking beam" as recited in each of the independent Claims 1 and 4-6 will determine whether this '571 Patent covers these W-Beam products. | | | | | |

[1] Ex. P-19, U.S. Patent No. 6,244,571, Controlled Buckling Breakaway Cable Terminal (Issued June 12, 2001);
Ex. P-20, U.S. Patent No. 6,244,571, Bibliographic Data - Application - Patent Center – USPTO ("Patent Expired Due to NonPayment of [11.5 year] Maintenance Fees").

[2] Ex. P-21, Patent Term Calculator, U.S. Patent No. 6,244,571 (calculating June 12, 2013 as the expiration date);
Ex. P-22, Patent Details, U.S. Patent No. 6,244,571, Controlled Buckling Breakaway Cable Terminal ("Patent expired on 06/12/2013 due to non-payment of [11.5 year] maintenance fee.").

[3] Ex. P-108, S3000 SKT Impact Head, Item No. S3000, Drawing Sheets 1, 3, and 5 (04/25/17) (dimensions/tolerances redacted) (fabrication drawing showing that the "impact head" used for the 350 SKT® has only one "post breaking beam");
Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal & FLEAT-SP Flared Terminal, at Pages 12, 13, 16, and 22 (photographs showing that the "impact head" used for the 350 SKT® and 350 FLEAT® has only one "post breaking beam").

[4] Ex. P-79, 350 SKT® FHWA Approval Letter HNG-14 dated April 2, 1997.
The 350 SKT® was first sold shortly after the April 2, 1997 FHWA Approval Letter which is several years prior to the January 27, 1999 priority date for this '571 Patent, so any '571 Patent claims covering this product would be invalid.

[5] Ex. P-109, FLEAT Guardrail Terminal, Item No. F3000, Drawing Sheets 1, 4, and 5 (01/23/11, 02/23/11) (dimensions/tolerances redacted) (fabrication drawings showing that the "impact head" used for the 350 FLEAT® has only one "post breaking beam");
Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal & FLEAT-SP Flared Terminal, at Pages 12, 13, 16, and 22 (photographs showing that the "impact head" used for the 350 SKT® and 350 FLEAT® has only one "post breaking beam").

[6] Ex. P-80, 350 FLEAT® FHWA Approval Letter HNG-14 dated April 2, 1998.
The 350 FLEAT® was first sold shortly after the April 2, 1998 FHWA Approval Letter, which is over a year prior to the January 27, 1999 priority date for this '571 Patent, so any '571 Patent claims covering this product would be invalid.

[7] Ex. P-109, FLEAT Guardrail Terminal, Item No. F3000, Drawing Sheets 1, 4 and 5 (01/23/11, 02/23/11) (dimensions/tolerances redacted) (fabrication drawings showing that the "impact head" used for the 350 FLEAT®-MT has only one "post breaking beam");
Ex. P-97, Installation Instructions for the FLEAT®-MT Median Terminal, at Pages 1, 2, 10, and 11 (illustrations showing that the "impact head" used for the 350 FLEAT®-MT has only one "post breaking beam").
Ex. P-81, FLEAT®-MT FHWA Approval Letter HSA-10/CC-46D dated August 24, 2001.

---

[8] Ex. P-110, MASH SKT Impact Head, Item No. MS3000, Drawing Sheets 1, 4, and 6-7 (04/25/17) (dimensions/tolerances redacted) (fabrication drawings showing that the "impact head" used for the MSKT® has only one "post breaking beam");
Ex. P-94, Interstate Steel Product Guide at 5, MASH Diagram (illustration showing that the "impact head" used for the MSKT® has only one "post breaking beam");
Ex. P-99, Assembly Instructions for MSKT MASH Tangent Terminal, at Pages 3, 9, 13, 19, and 21 (illustrations/photographs showing that the "impact head" used for the MSKT® has only one "post breaking beam").

[9] Ex. P-82, MSKT® FHWA Approval Letter HSST-1/CC-126 dated June 10, 2016.
The MSKT® was first sold shortly after the June 10, 2016 FHWA Approval Letter, which is several years after the June 12, 2013 expiration of the '571 Patent, so the '571 Patent never covered this product.

[10] Ex. P-111, MASH FLEAT Impact Head, No. MF3000, Drawing Sheets 1, 4, and 6-7 (01/10/18) (dimensions/tolerances redacted) (fabrication drawings showing that the "impact head" used for the MFLEAT® has only one "post breaking beam");
Ex. P-100, Assembly Instructions for MFLEAT MASH Flared Terminal, at Pages 11, 13, 18, 19, and 21 (illustrations/photographs showing that the "impact head" used for the MFLEAT® has only one "post breaking beam").

[11] Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.
The MFLEAT® was first sold shortly after the April 10, 2019 FHWA Approval Letter, which is several years after the June 12, 2013 expiration of the '571 Patent, so the '571 Patent never covered this product.

# Exhibit P-151

Claim Chart
mapping the ’752 Patent claims
to the RSI/KEI W-Beam products

**U.S. Patent No. 7,100,752**
**Bridge Pier Crash Cushion System[1]**
**Filed: 9/02/2004 – Priority Date: 9/02/2004**
**Issued: 9/05/2006 – Expired: 9/05/2014[2]**

| Claims 1-9 | 350<br>SKT® | 350<br>FLEAT® | 350<br>FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A crash cushion system to envelope at least one bridge pier, comprising:<br>[1.0] first and second impact heads;<br>[1.1] a first box-beam rail …;<br>[1.2] a first box-beam rail …;<br>[1.3] a non-rectangular, parallelogram shaped pier frame … surrounding said at least one bridge piling …, said frame comprising:<br>[1.4] a first side spaced apart …;<br>[1.5] a second side spaced apart ….<br><br>Claim 8<br>[1.P] A crash cushion system to envelope | ✗<br>end terminal for W-Beam guardrail, not a “crash cushion” using “box-beam” guardrail to “envelope” a “bridge pier”<br><br>FN[3]<br>Also note that this product was first sold several years before the 9/02/2004 priority date for this ’752 Patent.<br>FN[4] | ✗<br>end terminal for W-Beam guardrail, not a “crash cushion” using “box-beam” guardrail to “envelope” a “bridge pier”<br>FN[5]<br>Also note that this product was first sold several years before the 9/02/2004 priority date for this ’752 Patent.<br>FN[6] | ✗<br>end terminal for W-Beam guardrail, not a “crash cushion” using “box-beam” guardrail to “envelope” a “bridge pier”<br><br>FN[7]<br>Also note that this product was first sold several years before the 9/02/2004 priority date for this ’752 Patent.<br>FN[8] | ✗<br>end terminal for W-Beam guardrail, not a “crash cushion” using “box-beam” guardrail to “envelope” a “bridge pier”<br><br>MASH MSKT Impact Head<br>FN[9] | ✗<br>end terminal for W-Beam guardrail, not a “crash cushion” using “box-beam” guardrail to “envelope” a “bridge pier”<br><br>FN[10] |

| Claims 1-9 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
| --- | --- | --- | --- | --- | --- |
| at least one bridge pier piling …. | | | | | |
| Claims 2-7 all depend from independent Claim 1, and Claim 9 depends from independent Claim 8, so no need for any separate analysis of these dependent claims. Whether the product is a "crash cushion system to envelop at least one bridge pier" as recited in both independent Claims 1 and 2, and if so, whether the product has each of the remaining elements of at least one of these independent Claims 1 and 2, will determine whether this '752 Patent covers these W-Beam products. | | | | | |

[1] Ex. P-43, U.S. Patent No. 7,100,752, Bridge Pier Crash Cushion System (Issued September 5, 2006);
Ex. P-44, U.S. Patent No. 7,100,752, Bibliographic Data - Application - Patent Center - USPTO ("Patent Expired Due to NonPayment of [7.5 year] Maintenance Fees").

[2] Ex. P-45, Patent Term Calculator, U.S. Patent No. 7,100,752 (calculating September 5, 2014 as the expiration date)'
Ex. P-46, Patent Details, U.S. Patent No. 7,100,752, Bridge Pier Crash Cushion System ("Patent expired on 09/05/2014 due to non-payment of [7.5 year] maintenance fee."):
Ex. P-47, Maintenance Fee Statement, U.S. Patent No. 7,100,752 (3.5 year paid 01-29-2010).

[3] Ex. P-94, Interstate Steel Product Guide at 14 (showing that the 350 SKT® is an end terminal for W-Beam guardrail, not a "crash cushion" using "box-beam" guardrail to "envelope" a "bridge pier").

[4] Ex. P-79, 350 SKT® FHWA Approval Letter HNG-14 dated April 2, 1997.
The 350 SKT® was first sold shortly after the April 2, 1997 FHWA Approval Letter, which is several years prior to the September 2, 2004 priority date for this '752 Patent, so any '752 Patent claims covering this product would be invalid.

[5] Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal & FLEAT-SP Flared Terminal (showing that the 350 FLEAT® is an end terminal for W-Beam guardrail, not a "crash cushion" using "box-beam" guardrail to "envelope" a "bridge pier").

[6] Ex. P-80, 350 FLEAT® FHWA Approval Letter HNG-14 dated April 2, 1998.
The 350 FLEAT® was first sold shortly after the April 2, 1998 FHWA Approval Letter, which is several years prior to the September 2, 2004 priority date for this '752 Patent, so any '752 Patent claims covering this product would be invalid.

[7] Ex. P-97, Installation Instructions for the FLEAT®-MT Median Terminal (showing that the 350 FLEAT®-MT is an end terminal for W-Beam guardrail, not a "crash cushion" using "box-beam" guardrail to "envelope" a "bridge pier").

---

8 Ex. P-81, FLEAT®-MT FHWA Approval Letter HSA-10/CC-46D dated August 24, 2001.
The 350 FLEAT®-MT was first sold shortly after the August 24, 2001 FHWA Approval Letter, which is several years prior to the September 2, 2004 priority date for this ’752 Patent, so any ’752 Patent claims covering this product would be invalid.

9 Ex. P-94, Interstate Steel Product Guide at 4 (showing that the MSKT® is an end terminal for W-Beam guardrail, not a “crash cushion” using “box-beam” guardrail to “envelope” a “bridge pier”);
Ex. P-82, MSKT® FHWA Approval Letter HSST-1/CC-126 dated June 10, 2016.

10 Ex. P-100, Assembly Instructions for MFLEAT MASH Flared Terminal (showing that the MFLEAT® is an end terminal for W-Beam guardrail, not a “crash cushion” using “box-beam” guardrail to “envelope” a “bridge pier”);
Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.

# Exhibit P-152

Claim Chart
mapping the ’570 Patent claims
to the RSI/KEI W-Beam products

**U.S. Patent No. 6,457,570**
**Rectangular Bursting Energy Absorber[1]**
**Filed: 8/23/2001 – Priority Date: 5/07/1999**
**Issued: 10/01/2002 – Expired: 10/01/2014[2]**

| Claims 1-19 | 350<br>SKT® | 350<br>FLEAT® | 350<br>FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] An energy absorption system comprising:<br>…<br>[1.4] … first mandrel is urged through said tubular member rupturing said tubular member ….<br>Claim 12<br>[12.P] An energy absorption system comprising:<br>…<br>[12.4] … first mandrel is urged through said tubular member rupturing said tubular member …. | ✘<br>end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member"<br><br>FN[3]<br>Also note that this product was first sold several years before the 5/07/1999 priority date for this ’809 Patent.<br>FN[4] | ✘<br>end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member"<br>FN[5]<br>Also note that this product was first sold several years before the 5/07/1999 priority date for this ’809 Patent.<br>FN[6] | ✘<br>end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member"<br><br>FN[7] | ✘<br>end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member"<br><br>MASH MSKT Impact Head<br>FN[8]<br>Also note that the ’570 Patent expired several years before the MSKT® product was first sold, so there is no need to determine whether the claims of the ’570 Patent could cover the MSKT® products | ✘<br>end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member"<br><br>FN[10]<br>Also note that the ’570 Patent expired several years before the MFLEAT® product was first sold, so there is no need to determine whether the claims of the ’570 Patent could cover the MFLEAT® products |

| Claims 1-19 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| | | | | FN[9] | FN[11] |
| Claims 2-11 all depend from independent Claim 1, and Claims 13-19 all depend from additional independent Claim 12, so no need for any separate analysis of the dependent claims. Whether the product includes each of the elements any of Claims 1 or 12 will determine whether this '570 Patent covers these W-Beam products. | | | | | |

[1] Ex. P-33, U.S. Patent No. 6,457,570, Rectangular Bursting Energy Absorber (Issued October 1, 2002);
Ex. P-34, U.S. Patent No. 6,457,570, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-35, Patent Term Calculator, U.S. Patent No. 6,457,570 (calculating October 1, 2014 as the expiration date);
Ex. P-36, Patent Details, U.S. Patent No. 6,457,570, Rectangular Bursting Energy Absorber
("Patent expired on 10/01/2014 due to non-payment of [11.5 year] maintenance fee.");
Ex. P-37, Maintenance Fee Statement, U.S. Patent No. 6,457,570 (7.5 year paid 2010-06-08).

[3] Ex. P-94, Interstate Steel Product Guide at 14 (showing that the 350 SKT® is an end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member").

[4] Ex. P-79, 350 SKT® FHWA Approval Letter HNG-14 dated April 2, 1997.
The 350 SKT® was first sold shortly after the April 2, 1997 FHWA Approval Letter which is about two years prior to the May 7, 1999 priority date for this '809 Patent, so any '809 Patent claims covering this product would be invalid.

[5] Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal & FLEAT-SP Flared Terminal
(showing that the 350 FLEAT® is an end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member").

[6] Ex. P-80, 350 FLEAT® FHWA Approval Letter HNG-14 dated April 2, 1998.
The 350 FLEAT® was first sold shortly after the April 2, 1998 FHWA Approval Letter, which is over a year prior to the May 7, 1999 priority date for this '809 Patent, so any '809 Patent claims covering this product would be invalid.

[7] Ex. P-97, Installation Instructions for the FLEAT®-MT Median Terminal
(showing that the 350 FLEAT®-MT is an end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member").

[8] Ex. P-94, Interstate Steel Product Guide at 4 (showing that the MSKT® is an end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member").

[9] Ex. P-82, MSKT® FHWA Approval Letter HSST-1/CC-126 dated June 10, 2016.
The MSKT® was first sold shortly after the June 10, 2016 FHWA Approval Letter, which was over a year and a half after the October

1, 2014 expiration date for the ’570 Patent, so there is no need to determine whether the claims of the ’570 Patent could cover the MSKT® products.

[10] Ex. P-100, Assembly Instructions for MFLEAT MASH Flared Terminal (showing that the MFLEAT® is an end terminal for a W-Beam guardrail, with no “mandrel” “rupturing” a “tubular member”).

[11] Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019. The MFLEAT® was first sold shortly after the April 10, 2019 FHWA Approval Letter, which was several years after the October 1, 2014 expiration date for the ’570 Patent, so there is no need to determine whether the claims of the ’570 Patent could cover the MFLEAT® products.

# Exhibit P-153

Claim Chart
mapping the ’675 Patent claims
to the RSI/KEI W-Beam products

# U.S. Patent No. 5,775,675
# Sequential Kinking Guardrail Terminal System[1]
# Filed: 4/02/1997 – Priority Date: 4/02/1997
# Issued: 7/07/1998 – Expired: 4/02/2017[2]

| Claims 1-14 | 350<br>SKT® | 350<br>FLEAT® | 350<br>FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A crash attenuation impact head …:<br>…<br>[1.4] impact energy is dissipated in incremental amounts through the sequential kinking of [the] rail element….<br><br>Claim 2<br>[1.P] A highway crash attenuation system comprising:<br>…<br>[1.6] impact energy is dissipated in incremental amounts through the sequential kinking of [the] rail element…. | ✓<br>impact energy is dissipated through sequential kinking<br><br>S3000<br>FN[3] | ✓<br>impact energy is dissipated through sequential kinking<br>F3000<br>FN[4] | ✓<br>impact energy is dissipated through sequential kinking<br><br>F3000<br>FN[5] | ✓<br>impact energy is dissipated through sequential kinking<br><br>MASH MSKT Impact Head<br>MS3000<br>FN[6] | ✓<br>impact energy is dissipated through sequential kinking<br><br>MF3000<br>FN[7] |
| Claims 3-14 all depend from Claim 1 or Claim 2, so no need for any separate analysis of these dependent claims. The use (or not) of the "sequential kinking" feature in the "impact head" recited in Claims 1 and 2 will determine whether this '675 Patent covers the product. | | | | | |

 EXHIBIT P-153

[1] Ex. P-1, U.S. Patent No. 5,775,675, Sequential Kinking Guardrail Terminal System (Issued July 7, 1998);
Ex. P-2, U.S. Patent No. 5,775,675, Bibliographic Data - Application - Patent Center – USPTO.

[2] Ex. P-3, Patent Term Calculator, U.S. Patent No. 5,775,675 (calculating April 2, 2017 as the expiration date);
Ex. P-4, Patent Details, U.S. Patent No. 5,775,675 (All maintenance fees paid).

[3] Ex. P-108, SKT Impact Head, Item No. S3000 (pages 1 and 3 of 5) (April 25, 2017) (dimensions/tolerances redacted) (fabrication drawings showing the "deflector plate" in the impact head used for the 350 SKT® "having a multiplicity of discrete intersecting angular faces whereby … impact energy is dissipated in incremental amounts through the sequential kinking of said rail element" as recited in Claims 1 and 2 of the '675 Patent);
Ex. P-79, 350 SKT® FHWA Approval Letter HNG-14 dated April 2, 1997.

[4] Ex. P-109, FLEAT Guardrail Terminal, Item No. F3000 (pages 1 and 3 of 5) (January 23, 2011 and April 27, 2010) (dimensions/tolerances redacted) (fabrication drawings showing the "deflector plate" in the impact head used for the 350 FLEAT® "having a multiplicity of discrete intersecting angular faces whereby … impact energy is dissipated in incremental amounts through the sequential kinking of said rail element" as recited in Claims 1 and 2 of the '675 Patent);
Ex. P-80, 350 FLEAT® FHWA Approval Letter HNG-14 dated April 2, 1998.

[5] Ex. P-109, FLEAT Guardrail Terminal, Item No. F3000 (pages 1 and 3 of 5) (January 23, 2011 and April 27, 2010) (dimensions/tolerances redacted) (fabrication drawings showing the "deflector plate" in the impact head used for the 350 FLEAT®-MT "having a multiplicity of discrete intersecting angular faces whereby … impact energy is dissipated in incremental amounts through the sequential kinking of said rail element" as recited in Claims 1 and 2 of the '675 Patent);
Ex. P-81, 350 FLEAT®-MT FHWA Approval Letter HSA-10/CC-46D dated August 24, 2001.

[6] Ex. P-111, MASH SKT Impact Head, Item No. MS3000 (pages 1, 3, and 6 of 8) (April 25, 2017) (dimensions/tolerances redacted) (fabrication drawings showing the "deflector plate" in the impact head used for the MSKT® "having a multiplicity of discrete intersecting angular faces whereby … impact energy is dissipated in incremental amounts through the sequential kinking of said rail element" as recited in Claims 1 and 2 of the '675 Patent);
Ex. P-82, MSKT® FHWA Approval Letter HSST-1/CC-126 dated June 10, 2016.

[7] Ex. P-111, MASH FLEAT Impact Head, Item No. MF3000 (pages 1, 3, and 6 of 8) (January 1, 2018) (dimensions/tolerances redacted) (fabrication drawings showing the "deflector plate" in the impact head used for the MFLEAT® "having a multiplicity of discrete intersecting angular faces whereby … impact energy is dissipated in incremental amounts through the sequential kinking of said rail element" as recited in Claims 1 and 2 of the '675 Patent);
Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.

# Exhibit P-154

Claim Chart
mapping the ’680 Patent claims
to the RSI/KEI W-Beam products

# U.S. Patent No. 5,924,680
## Foundation Sleeve for a Guardrail System[1]
## Filed: 4/21/1998 – Priority Date: 4/02/1997
## Issued: 7/20/1999 – Expired: 4/02/2017[2]

| Claim 1 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A foundation sleeve system for guardrail posts … comprising:<br>[1.1] an elongated tube … having an elongated slit along one side of said tube … said slit has a plurality of stiffening ribs …. | ✘<br>Some 350 SKT® posts use a “foundation sleeve,” but none have an “elongated slit” nor “stiffening ribs.” FN[3]<br><br>S730 Foundation Tube (Steel Posts #1 and #2) FN[4] | ✘<br>Some 350 FLEAT® posts use a “foundation sleeve,” but none have an “elongated slit” nor “stiffening ribs.” FN[3]<br><br>S730 Foundation Tube (Steel Posts #1 and #2) FN[6] | ✘<br>Some 350 FLEAT®-MT posts use a “foundation sleeve,” but none have an “elongated slit” nor “stiffening ribs.” FN[3]<br><br>S730 Foundation Tube (Steel Posts #1, #2, and #4) FN[8] | ✘<br>No MSKT® posts use a “foundation sleeve” FN[10] | ✘<br>No MFLEAT® posts use a “foundation sleeve” FN[11]<br>Also note that the ’680 Patent expired almost two years before the MFLEAT® product was first sold FN[12] |

 EXHIBIT P-154

| Claim 1 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| | <br>S730<br>Foundation Tube<br>(Wood Posts<br>#1 and #2)<br>FN[5]<br><br><br>S735<br>Foundation Tube<br>(Wood Posts<br>#3 - #8)<br>FN[5] | <br>S730<br>Foundation Tube<br>(Wood Posts<br>#1 and #2)<br>FN[7] | <br>S730<br>Foundation Tube<br>(Wood Posts<br>#1, #2, and #4)<br>FN[9] | | |

 EXHIBIT P-154

| Claim 1 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1 is the only claim in the ’680 Patent. Claim 1 recites a “foundation sleeve” comprising “an elongated tube” having “an elongated slit along one side,” and the slit has “a plurality of stiffening ribs.” The use (or not) of the Claim 1 “foundation sleeve” with an “elongated slit” that has “stiffening ribs” will determine whether this ’063 Patent covers the product. | | | | | |

[1] Ex. P-5, U.S. Patent No. 5,924,680, Foundation Sleeve for a Guardrail System (Issued July 20, 1999);
Ex. P-6, U.S. Patent No. 5,924,680, Bibliographic Data - Application - Patent Center – USPTO.

[2] Ex. P-7, Patent Term Calculator, U.S. Patent No. 5,924,680 (calculating April 2, 2017 as the expiration date);
Ex. P-8, Patent Details, U.S. Patent No. 5,924,680, Foundation Sleeve for a Guardrail System (all maintenance fees paid);
Ex. P-9, Maintenance Fee Statement, U.S. Patent No. 5,924,680 (11.5 year paid 2010-07-27).

[3] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying that the only RSI/KEI Products which use steel posts and a “foundation sleeve” (aka “Foundation Tube”) are the 350 SKT® and 350 FLEAT® for Posts #1 and #2, and the 350 FLEAT®-MT for Posts #1, #2, and #4).
Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying that the only RSI/KEI Products which use wood posts and a “foundation sleeve” are the 350 SKT® and 350 FLEAT® for Posts #1 and #2, and the 350 FLEAT®-MT for Posts #1, #2, and #4.

[4] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying: Item Nos. PB620 (plug weld) and Foundation Tube S730 as a steel post and foundation tube used for the 350 SKT® Steel Posts #1 and #2).
Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted);
Ex. P-113, S730 Foundation Tube, Item No. S730 (01/22/15) (Generic 6” x 8” x 1/8” x 6’-0” long) (fabrication drawings showing that the foundation sleeve used for these 350 SKT® Steel Posts #1 and #2 has no “elongated slit” and no “stiffening ribs”).

[5] Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying: a) Item No. UP650 and Foundation Tube S730 as the wood post and foundation tube used for the 350 SKT® Wood Posts #1 and #2; and

b) Item No. UP650 and Foundation Tube S735 as the wood post and foundation tube used for the 350 SKT® Wood Posts #3 and #4 (Type II), and the 350 SKT® Wood Posts #3 - #8 (Type III).

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (dimensions/tolerances redacted);
Ex. P-113, S730 Foundation Tube, Item No. S730 (01/22/15) (Generic 6" x 8" x 1/8" x 6'-0" long);
Ex. P-112, Foundation Tube, PTE05 (Generic 6" x 8" x 3/16" x 5'-0" long) (similar to:
Item No. S735 (Generic 6" x 8" x 1/8" x 4'-6" long)
(fabrication drawings showing that the foundation sleeves used for these 350 SKT® Wood Posts #1 - #8 have no "elongated slit" and no "stiffening ribs").

[6] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying: Item Nos. PB620 (plug weld) and Foundation Tube S730 as a steel post and foundation tube used for the 350 FLEAT® Steel Posts #1 and #2).

Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted);
Ex. P-113, S730 Foundation Tube, Item No. S730 (01/22/15) (Generic 6" x 8" x 1/8" x 6'-0" long)
(fabrication drawings showing that the foundation sleeve used for these 350 FLEAT® Steel Posts #1 and #2 has no "elongated slit" and no "stiffening ribs").

[7] Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying Item Nos. UP650 and Foundation Tube S730 as the wood post and foundation tube used for the 350 FLEAT® Wood Posts #1 and #2).

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (dimensions/tolerances redacted);
Ex. P-113, S730 Foundation Tube, Item No. S730 (01/22/15) (Generic 6" x 8" x 1/8" x 6'-0" long);
(fabrication drawings showing that the foundation sleeves used for these 350 FLEAT® Wood Posts #1 and #2 have no "elongated slit" and no "stiffening ribs").

[8] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying: Item Nos. PB620 (plug weld) and Foundation Tube S730 as a steel post and foundation tube used for the 350 FLEAT®-MT Steel Posts #1, #2, and #4).

Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted);
Ex. P-113, S730 Foundation Tube, Item No. S730 (01/22/15) (Generic 6" x 8" x 1/8" x 6'-0" long)
(fabrication drawings showing that the foundation sleeve used for these 350 FLEAT®-MT Steel Posts #1, #2, and #4 has no "elongated slit" and no "stiffening ribs").

[9] Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying: Item Nos. UP650 and Foundation Tube S730 as the wood post and foundation tube used for the 350 FLEAT®-MT Wood Posts #1, #2, and #4).

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (dimensions/tolerances redacted);
Ex. P-113, S730 Foundation Tube, Item No. S730 (01/22/15) (Generic 6" x 8" x 1/8" x 6'-0" long) (fabrication drawings showing that the foundation sleeves used for these 350 FLEAT®-MT Wood Posts #1, #2, and #4 have no "elongated slit" and no "stiffening ribs").

[10] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying that no MSKT® posts use a steel post and a "foundation sleeve").

Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying that no MSKT® posts use a wood post and a "foundation sleeve").

[11] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying that no MFLEAT® posts use a steel post and a "foundation sleeve").

Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying that no MFLEAT® posts use a wood post and a "foundation sleeve").

[12] Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.
The MFLEAT ® was first sold shortly after the April 10, 2019 FHWA Approval Letter, which was almost two years after the April 2, 2017 expiration of the '063 Patent, so there is no need to determine whether the claims of the '063 Patent could cover the MFLEAT ® products.

# Exhibit P-155

Claim Chart
mapping the ’598 Patent claims
to the RSI/KEI W-Beam products

# U.S. Patent No. 5,988,598
# Breakaway Steel Guardrail Post[1]
# Filed: 11/04/1998 – Priority Date: 11/04/1998
# Issued: 11/23/1999 – Expired: 11/04/2018[2]

| Claims 1-6 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A breakaway guardrail post for highway crash control systems comprising:<br>[1.1] an upper post member having a weak impact axis and a strong impact axis;<br>[1.2] a lower post member … ;<br>[1.3] …<br>[a] a "first fastener" connecting the "first end" of a "connecting joint" to an "upper post";<br>[b] a "second fastener" connecting the "second end" of the "connecting joint" to a "lower post"; and<br>[c] the "first fastener" having a "failure strength less | ✓ ✗<br>✓<br><br><br>TPHP1A<br>TPHP1B<br>(Steel Post # 1)<br>FN[3] | ✓ ✗<br>✓<br><br><br>TPHP1A<br>TPHP1B<br>(Steel Post # 1)<br>FN[9] | ✓ ✗<br>✓<br><br>PB620 (plug weld)<br>(Steel Posts # 1, #2, and #4)<br>FN[15] | ✓<br><br><br>MTPHP1A<br>MTPHP1B<br>(Post #1)<br>FN[18] | ✗<br>The '598 Patent expired several months before the MFLEAT® product was first sold, so there is no need to determine whether the claims of the '598 Patent could cover the MFLEAT® products<br>FN[19] |

 EXHIBIT P-155

| Claims 1-6 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
| --- | --- | --- | --- | --- | --- |
| than [the] failure strength of [the] second fastener.” | <br>UHP1A<br>HP1B<br>(Steel Post # 1)<br>FN[4]<br><br>P621 (generic)<br>(Steel Post # 1)<br>FN[5] | <br>HP1A<br>HP1B<br>(Steel Post # 1)<br>FN[10]<br><br>P621 (generic)<br>(Steel Post # 1)<br>FN[11] | | | |

 EXHIBIT P-155

| Claims 1-6 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| | <br>PB620 (plug weld)<br>(Steel Post # 1)<br>FN[6]<br>✘<br><br>UP650<br>(Wood Posts<br># 1 and #2)<br>FN[7] | <br>PB620 (plug weld)<br>(Steel Post # 1)<br>FN[12]<br>✘<br><br>UP650<br>(Wood Posts<br># 1 and #2)<br>FN[13] | ✘<br><br>UP650<br>(Wood Posts # 1,<br>#2, and #4)<br>FN[16] | | |



EXHIBIT P-155

| Claims 1-6 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| |  UP671 (Wood Posts # 3 - #8) FN[8] |  UP671 (Wood Posts # 3 - #7) FN[14] |  UP671 (Wood Posts # 3, and #5 - #7) FN[17] | | |

Claims 2-6 all depend from Claim 1, so no need for any separate analysis of these dependent claims. The use (or not) of the following Claim 1 elements will determine whether this ’598 Patent covers the product.

1) an “upper post” having a “weak impact axis” and a “strong impact axis”;
2) a “first fastener” connecting the “first end” of a “connecting joint” to an “upper post”;
3) a “second fastener” connecting the “second end” of the “connecting joint” to a “lower post”; and
4) the “first fastener” having a “failure strength less than [the] failure strength of [the] second fastener.”

The MFLEAT® product was first sold after the ’598 Patent expired, so no need to determine whether the claims of the ’598 Patent could cover the MFLEAT® products FN[19]. For the other W-Beam products, the analysis begins with Post #1. If Claim 1 covers all variations of Post #1, then all terminals sold with those variations of posts are covered by the ’598 Patent and no need to do any analysis of Posts #2 and beyond. If any Post #1 is not covered by Claim 1 of the ’598 Patent (Wood Post #1 for the 350 SKT®, 350 FLEAT®, and 350 FLEAT®-MT), then the analysis continues to determine whether any of the Posts #2 and beyond are covered by Claim 1.

The analysis concludes that all Steel Posts, and no Wood Posts, are covered by Claim 1 of the ’598 Patent.

[1] Ex. P-10, U.S. Patent No. 5,988,598, Breakaway Steel Guardrail Post (Issued November 23, 1999);
Ex. P-11, U.S. Patent No. 5,988,598, Bibliographic Data - Application - Patent Center – USPTO.

[2] Ex. P-12, Patent Term Calculator, U.S. Patent No. 5,988,598 (calculating November 4, 2018 as the expiration date);

Ex. P-13, Patent Details, U.S. Patent No. 5,988,598 (all maintenance fees paid);
Ex. P-14, Maintenance Fee Statement, U.S. Patent No. 5,988,598 (11.5 year paid 2010-11-23).

[3] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying: Item Nos. TPHP1A/TPHP1B (Post Upper/Lower), UHP1A/HP1B (Hinge Upper/Lower), P621 (generic), and PB620 (plug weld) as the posts used for the 350 SKT® Post #1.

Ex. P-124, Anchor Post Top SKT/FLT 2 Post Terminals, Item No. TPHP1A (10/08/2008) (dimensions/tolerances redacted);
Ex. P-125, Anchor Post Bottom SKT/FLT Two Post Terminals, Item No. TPHP1B (11/13/17) (dimensions/tolerances redacted) (fabrication drawings confirming that these Upper/Lower posts used for the 350 SKT® Post #1 include all elements of Claim 1 of the '598 Patent).

Ex. P-79, 350 SKT® FHWA Approval Letter HNG-14 dated April 2, 1997.

[4] Ex. P-126, Universal Hinge Post Top #1, Item No. UHP1A (08/18/09) (dimensions/tolerances redacted)
Ex. P-128, Steel Hinged Post #1 Lower, Item No. HP1B (02/10/17) (dimensions/tolerances redacted) (fabrication drawings confirming that these Upper/Lower posts used for the 350 SKT® Post #1 include all elements of Claim 1 of the '598 Patent).

[5] Ex. P-122, Wide-Flange Guardrail Post, PWE01a-02a, Item No. P621 (generic) (fabrication drawings confirming that this post used for the 350 SKT® Post #1 includes all elements of Claim 1 of the '598 Patent).

[6] Ex. P-121, PB621 Plug Weld Breakaway Post, Item No. PB621 (dimensions/tolerances redacted) (fabrication drawings confirming that this post used for the 350 SKT® Post #1 includes all elements of Claim 1 of the '598 Patent).

[7] Ex. P-93, RSI/KEI Products and Wood Posts Used (table listing each wood post used in each RSI/KEI product, specifying:
a) Item No. UP650 as the post used for the 350 SKT® Wood Posts #1 and #2; and
b) Item No. UP671 as the post used for the 350 SKT® Wood Posts #3 - #8).

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (generic) (fabrication drawing confirming that this post used for the 350 SKT® Wood Posts #1 and #2 does not include all elements of Claim 1 of the '598 Patent).

[8] Ex. P-119, Universal CRT Post, Item No. UP671 (04/24/2008) (generic) (fabrication drawing confirming that this post used for the 350 SKT® Wood Posts #3 - #8 does not include all elements of Claim 1 of the '598 Patent).

[9] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying: Item Nos. TPHP1A/TPHP1B (Post Upper/Lower), HP1A/HP1B (Hinge Upper/Lower), P621 (generic), and PB620 (plug weld) as the posts used for the 350 FLEAT® Post #1.

Ex. P-124, Anchor Post Top SKT/FLT 2 Post Terminals, Item No. TPHP1A (10/08/2008) (dimensions/tolerances redacted);
Ex. P-125, Anchor Post Bottom SKT/FLT Two Post Terminals, Item No. TPHP1B (11/13/17) (dimensions/tolerances redacted) (fabrication drawings confirming that these Upper/Lower posts used for the 350 FLEAT® Post #1 include all elements of Claim 1 of the '598 Patent).

Ex. P-80, 350 FLEAT® FHWA Approval Letter HNG-14 dated April 2, 1998.

---

[10] Ex. P-127, Hinged Breakaway End Post, Item No. HP1A (06/11/02) (dimensions/tolerances redacted); Ex. P-128, Steel Hinged Post #1 Lower, Item No. HP1B (02/10/17) (dimensions/tolerances redacted) (fabrication drawings confirming that these posts used for the 350 FLEAT® Post #1 include all elements of Claim 1 of the '598 Patent).

[11] Ex. P-122, Wide-Flange Guardrail Post, PWE01a-02a, Item No. P621 (4/9/2019) (generic) (fabrication drawings confirming that this post used for the 350 FLEAT® Post #1 includes all elements of Claim 1 of the '598 Patent).

[12] Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted) (fabrication drawings confirming that this post used for the 350 FLEAT® Post #1 includes all elements of Claim 1 of the '598 Patent).

[13] Ex. P-93, RSI/KEI Products and Wood Posts Used (table listing each wood post used in each RSI/KEI product, specifying:
a) Item No. UP650 as the post used for the 350 FLEAT® Wood Posts #1 and #2; and
b) Item No. UP671 as the post used for the 350 FLEAT® Wood Posts #3 - #7).

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (generic) (fabrication drawing confirming that this post used for the 350 FLEAT® Wood Posts #1 and #2 does not include all elements of Claim 1 of the '598 Patent).

[14] Ex. P-119, Universal CRT Post, Item No. UP671 (04/24/2008) (generic) (fabrication drawing confirming that this post used for the 350 FLEAT® Wood Posts #3 - #7 does not include all elements of Claim 1 of the '598 Patent).

[15] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying: Item No. PB620 (plug weld) as the post used for the 350 FLEAT®-MT Post #1.

Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted) (fabrication drawing confirming that this post used for the 350 FLEAT®-MT Post #1 includes all elements of Claim 1 of the '598 Patent).

Ex. P-81, 350 FLEAT®-MT FHWA Approval Letter HSA-10/CC-46D dated August 24, 2001.

[16] Ex. P-93, RSI/KEI Products and Wood Posts Used (table listing each wood post used in each RSI/KEI product, specifying:
a) Item No. UP650 as the post used for the 350 FLEAT®-MT Wood Posts #1, #2, and #4; and
b) Item No. UP671 as the post used for the 350 FLEAT®-MT Wood Posts #3, and #5 - #7).

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (generic) (fabrication drawing confirming that this post used for the 350 FLEAT®-MT Wood Posts #1, #2, and #4 does not include all elements of Claim 1 of the '598 Patent).

[17] Ex. P-119, Universal CRT Post, Item No. UP671 (04/24/2008) (generic) (fabrication drawing confirming that this post used for the 350 FLEAT®-MT Wood Posts #3, and #5 - #7 does not include all elements of Claim 1 of the '598 Patent).

[18] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying: Item Nos. MTPHP1A/MTPHP1B (Post Upper/Lower) as the posts used for the MSKT® Post #1.

---

Ex. P-141, Post #1 UPPER MASH, Item No. MTPHP1A (08/28/17) (dimensions/tolerances redacted);
Ex. P-142, MASH Post #1 Lower, Item No. MTPHP1B (11/15/16) (dimensions/tolerances redacted) (fabrication drawings confirming that these Upper/Lower posts used for the MSKT® Post #1 include all elements of Claim 1 of the ’598 Patent).

[19] Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.
The MFLEAT® was first sold shortly after the April 10, 2019 FHWA Approval Letter, which was several months after the November 4, 2018 expiration date for the ’598 Patent, so there is no need to determine whether the claims of the ’598 Patent could cover the MFLEAT® products.

# Exhibit P-156

Claim Chart
mapping the ’063 Patent claims
to the RSI/KEI W-Beam products

**U.S. Patent No. 6,254,063**
**Energy Absorbing Breakaway Steel Guardrail Post[1]**
**Filed: 8/23/1999 – Priority Date: 11/4/1998**
**Issued: 7/3/2001 – Expired: 11/4/2018[2]**

| Claims 1-12 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] An improved breakaway steel guardrail post … comprising:<br>[1.1] … a cable restraint member looped through openings in said guardrail post ….<br><br>Claim 7<br>[7.P] An improved breakaway steel guardrail post … comprising:<br>[7.1] … a strap member fastened to said upper post member by a first fastener through a first strap opening and to said lower post member by a second fastener | ✘<br><br>TPHP1A "breakaway steel guardrail post" has no "cable restraint member" or "strap member" (Upper Post # 1) FN[3] | ✘<br><br>TPHP1A "breakaway steel guardrail post" has no "cable restraint member" or "strap member" (Upper Post # 1) FN[10] | ✘ | ✘<br><br>MTPHP1A "breakaway steel guardrail post" has no "cable restraint member" or "strap member" (Upper Post # 1) FN[20] | ✘<br><br>MP1A "breakaway steel guardrail post" has no "cable restraint member" or "strap member" (Upper Post # 1) FN[23] |

 EXHIBIT P-156

| Claims 1-12 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| through a second strap opening ….<br><br>Claim 11<br><br>[11.P] An improved breakaway steel guardrail post … comprising:<br><br>[11.1] … a strap member fastened to said upper post member by a first fastener through a first strap opening and to said lower post member by a second fastener through a second strap opening …. | <br>UHP1A<br>No “cable restraint member” or “strap member” (Upper Post # 1)<br>FN[4]<br><br><br>P621 (generic)<br>No “cable restraint member” or “strap member” (Post # 1)<br>FN[5] | <br>HP1A<br>No “cable restraint member” or “strap member” (Upper Post # 1)<br>FN[11]<br><br><br>P621 (generic)<br>No “cable restraint member” or “strap member” (Post # 1)<br>FN[12] | | <br>P621 (generic)<br>No “cable restraint member” or “strap member” (Posts # 3 and beyond)<br>FN[21] | <br>MHP2A<br>No “cable restraint member” or “strap member” (Upper Posts # 2 and #3)<br>FN[24]<br><br><br>P621 (generic)<br>No “cable restraint member” or “strap member” (Posts # 4 and beyond)<br>FN[25] |

 EXHIBIT P-156

| Claims 1-12 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| | <br>PB620 (plug weld)<br>No "cable restraint member" or "strap member"<br>(Posts # 1 and #2)<br>FN[6]<br><br>UHP2A<br>No "cable restraint member" or "strap member"<br>(Upper Post # 2)<br>FN[7] | <br>PB620 (plug weld)<br>No "cable restraint member" or "strap member"<br>(Posts # 1 and #2)<br>FN[13]<br><br>UHP2A<br>No "cable restraint member" or "strap member"<br>(Upper Post # 2)<br>FN[14] | <br>PB620 (plug weld)<br>No "cable restraint member" or "strap member"<br>(Posts # 1, #2, and #4)<br>FN[18] | <br>UHP2A<br>No "cable restraint member" or "strap member"<br>(Upper Post # 2)<br>FN[22] | |

 EXHIBIT P-156

| Claims 1-12 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| | <br>HP3A<br>No “cable restraint member” or “strap member”<br>(Upper Posts # 3 - #8)<br>FN[8] | <br>HP2A<br>No “cable restraint member” or “strap member”<br>(Upper Post # 2)<br>FN[15]<br><br>HP3A<br>No “cable restraint member” or “strap member”<br>(Upper Posts # 3 - #7)<br>FN[16] | | | |

| Claims 1-12 | 350 SKT® | 350<br>FLEAT® | 350<br>FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| | <br>PB621 (plug weld)<br>No "cable restraint member" or "strap member"<br>(Posts # 3 - #8)<br>FN[9] | <br>PB621 (plug weld)<br>No "cable restraint member" or "strap member"<br>(Posts # 3 - #7)<br>FN[17] | <br>PB621 (plug weld)<br>No "cable restraint member" or "strap member"<br>(Posts # 3,<br>and #5 - #7)<br>FN[19] | | |
| Claims 2-6 all depend from independent Claim 1, Claims 8-10 all depend from independent Claim 7, and Claim 12 depends from independent Claim 11, so no need for any separate analysis of these dependent claims. The use (or not) of the Claim 1 "cable restraint member" and the Claims 7 and 11 "strap member" will determine whether this '063 Patent covers the product. | | | | | |

[1] Ex. P-23, U.S. Patent No. 6,254,063, Energy Absorbing Breakaway Steel Guardrail Post (Issued July 3, 2001);

Ex. P-24, U.S. Patent No. 6,254,063, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-25, Patent Term Calculator, U.S. Patent No. 6,254,063 (calculating November 4, 2018 as the expiration date);

Ex. P-26, Patent Details, U.S. Patent No. 6,254,063 (all maintenance fees paid);

Ex. P-27, Maintenance Fee Statement, U.S. Patent No. 6,254,063 (11.5 year paid 2013-02-21).

[3] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item Nos. TPHP1A (Post Upper), UHP1A (Hinge Upper), P621 (generic), and PB620 (plug weld)
as the upper posts used for the 350 SKT® Post #1;
b) Item No. UHP2A and PB620 (plug weld) as the upper posts used for the 350 SKT® Post #2; and
c) Item Nos. HP3A and PB621 (plug weld) as the upper posts used for the 350 SKT® Posts #3 and beyond.);

Ex. P-124, Anchor Post Top SKT/FLT 2 Post Terminals, Item No. TPHP1A (10/08/2008) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this upper post used for the 350 SKT® Post #1);
Ex. P-94, Interstate Steel Product Guide at 29, SKT-350 Parts, Item No. TPHP1A, Two Post Hinge Post #1 Upper (photo showing no "cable restraint member" or "strap member" on this upper post);
Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal and FLEAT-SP Flared Terminal, View of SKT-SP End Post #1 / Figure 4, at Page 11 (photo showing no "cable restraint member" or "strap member" on this upper post) ("NOTE: The upper and lower posts are used for both the SKT-SP and FLEAT-SP").

[4] Ex. P-126, Universal Hinge Post Top #1, Item No. UHP1A (08/18/09) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this upper post used for the 350 SKT® Post #1);
Ex. P-94, Interstate Steel Product Guide at 30, SKT-350 Parts, Item No. UHP1A_Universal Hinge Post #1 Upper (photo showing no "cable restraint member" or "strap member" on this upper post).

[5] Ex. P-122, Wide-Flange Guardrail Post, PWE01a-02a, Item No. P621 (4/9/2019) (generic) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 SKT® Post #1);
Ex. P-94, Interstate Steel Product Guide at 32, SKT-350 Parts, Item No. P621, Steel Line Post (photo showing no "cable restraint member" or "strap member" on this post).

[6] Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 SKT® Posts #1 and #2);
Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide at 19-21, Plug Welded Steel Posts – In Foundation Tube (April 2012) (photos showing no "cable restraint member" or "strap member" on this post).

[7] Ex. P-129, Universal Hinge Post Upper Post #2, Item No. UHP2A (02/10/17) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this upper post used for the 350 SKT® Post #2).

[8] Ex. P-132, Hinge Post Post #3 Top, Item No. HP3A (02/10/17) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this upper post used for the 350 SKT® Post #3).

[9] Ex. P-121, PB621 Plug Weld Breakaway Post, Item No. PB621 (09/11/08) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 SKT® Post #3).

---

[10] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item Nos. TPHP1A (Post Upper), HP1A (Hinge Upper), P621 (generic), and PB620 (plug weld)
as the upper posts used for the 350 FLEAT® Post #1;
b) Item Nos. UHP2A, HP2A, and PB620 (plug weld) as the upper posts used for the 350 FLEAT® Post #2; and
c) Item Nos. HP3A and PB621 (plug weld) as the upper posts used for the 350 FLEAT® Posts #3 and beyond.

Ex. P-124, Anchor Post Top SKT/FLT 2 Post Terminals, Item No. TPHP1A (10/08/2008) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this upper post used for the 350 FLEAT® Post #1); Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal and FLEAT-SP Flared Terminal, View of SKT-SP End Post #1 / Figure 4, at Page 11 (photo showing no "cable restraint member" or "strap member" on Upper Post #1) ("NOTE: The upper and lower posts are used for both the SKT-SP and FLEAT-SP").

[11] Ex. P-127, Hinged Breakaway End Post, Item No. HP1A (06/11/02) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this upper post used for the 350 FLEAT® Post #1).

[12] Ex. P-122, Wide-Flange Guardrail Post, PWE01a-02a, Item No. P621 (4/9/2019) (generic) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 FLEAT® Post #1).

[13] Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 FLEAT® Post #1 and #2); Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide at 19-21, Plug Welded Steel Posts – In Foundation Tube (April 2012) (photo showing no "cable restraint member" or "strap member" on this post).

[14] Ex. P-129, Universal Hinge Post Upper Post #2, Item No. UHP2A (02/10/17) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this upper post used for the 350 FLEAT® Post #2).

[15] Ex. P-130, Hinge Post Post #2 Upper, Item No. HP2A (02/10/17) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this upper post used for the 350 FLEAT® Post #2).

[16] Ex. P-132, Hinge Post Post #3 Top, Item No. HP3A (02/10/17) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this upper post used for the 350 FLEAT® Post #3).

[17] Ex. P-121, PB621 Plug Weld Breakaway Post, Item No. PB621 (09/11/08) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 FLEAT® Post #3).

[18] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item No. PB620 (plug weld Post Upper) as the upper post used for the 350 FLEAT®-MT Post #1, Post #2, and Post #4; and
b) Item No. PB621 (plug weld) as the upper post used for the 350 FLEAT®-MT Post #3, and Posts #5 and beyond.

Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 FLEAT®-MT Posts #1, #2, and #4).

[19] Ex. P-121, PB621 Plug Weld Breakaway Post, Item No. PB621 (09/11/08) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 FLEAT®-MT Post #3, and Posts #5 and beyond).

[20] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item No. MTPHP1A (Post Upper) as the upper post used for the MSKT® Post #1;
b) Item No. UHP2A (Post Upper) as the upper post used for the MSKT® Post #2; and
c) Item No. P621 (generic) as the post used for the MSKT ® Posts #3 and beyond.

Ex. P-141, Post #1 UPPER MASH, Item No. MTPHP1A (08/28/17) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this upper post used for the MSKT® Post #1);
Ex. P-94, Interstate Steel Product Guide at 10, MSKT Parts: First and Second Post, Item No. MTPHP1A, MASH Two Post Hinge Post #1 Upper (photo showing no "cable restraint member" or "strap member" on this upper post);
Ex. P-98, MASH MSKT Components, at Page 7 of 16 (illustration showing no "cable restraint member" or "strap member" on this upper post).

Ex. P-82, MSKT® FHWA Approval Letter HSST-1/CC-126 dated June 10, 2016.

[21] Ex. P-122, Wide-Flange Guardrail Post, PWE01a-02a, Item No. P621 (4/9/2019) (generic) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the MSKT® Post #3).

[22] Ex. P-129, Universal Hinge Post Upper Post #2, Item No. UHP2A (02/10/17) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this upper post used for the MSKT® Post #2).

[23] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item No. MP1A (Post Upper) as the upper post used for the MFLEAT® Post #1;
b) Item No. MHP2A as the upper post used for the MFLEAT® Post #2 and Post #3; and
c) Item No. P621 (generic) as the posts used for the MFLEAT ® Posts #4 and beyond.

Ex. P-143, Post #1 UPPER MASH, Item No. MP1A (02/20/18) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this upper post used for MFLEAT® Post #1);
Ex. P-100, Assembly Instructions for MFLEAT MASH Flared Terminal, § 3.4 View of MFLEAT Steel End Post #1 / Figure 3, at Page 8 (illustration showing no "cable restraint member" or "strap member" on this upper post).

Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.

[24] Ex. P-145, MGS Hinge Post, Item No. MHP2A (02/20/18) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this upper post used for the MFLEAT® Posts #2 and #3).

[25] Ex. P-122, Wide-Flange Guardrail Post, PWE01a-02a, Item No. P621 (4/9/2019) (generic) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the MFLEAT® Posts #4 and beyond).

# **Exhibit P-157**

## Claim Chart
## mapping the ’809 Patent claims
## to the RSI/KEI W-Beam products

# U.S. Patent No. 6,308,809
## Crash Attenuation System[1]
## Filed: 5/07/1999 – Priority Date: 5/07/1999
## Issued: 10/30/2001 – Expired: 5/07/2019[2]

| Claims 1-14 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A crash attenuation system comprising:<br>…<br>[1.4] … first mandrel is urged through said tubular member rupturing said tubular member ….<br>Claim 13<br>[13.P] A crash attenuation system comprising:<br>…<br>[13.4] … first mandrel is urged through said tubular member rupturing said tubular member ….<br>Claim 14<br>[14.P] A crash attenuation system comprising:<br>…<br>[14.4] … first mandrel is urged through said | ✘<br>end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member"<br><br>FN[3]<br>Also note that this product was first sold several years before the 5/07/1999 priority date for this '809 Patent.<br>FN[4] | ✘<br>end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member"<br>FN[5]<br>Also note that this product was first sold several years before the 5/07/1999 priority date for this '809 Patent.<br>FN[6] | ✘<br>end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member"<br><br>FN[7] | ✘<br>end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member"<br><br>MASH MSKT Impact Head<br>FN[8] | ✘<br>end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member"<br><br>FN[9] |

| Claims 1-14 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| tubular member rupturing said tubular member …. | | | | | |
| Claims 2-12 all depend from independent Claim 1, and Claims 13 and 14 are additional independent claims, so no need for any separate analysis of the dependent claims. Whether the product includes each of the elements any of Claims 1, 13, or 14 will determine whether this ’809 Patent covers these W-Beam products. | | | | | |

[1] Ex. P-28, U.S. Patent No. 6,308,809, Crash Attenuation System (Issued October 30, 2001);
Ex. P-29, U.S. Patent No. 6,308,809, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-30, Patent Term Calculator, U.S. Patent No. 6,308,809 (calculating May 7, 2019 as the expiration date);
Ex. P-31, Patent Details, U.S. Patent No. 6,308,809, Crash Attenuation System (all maintenance fees paid);
Ex. P-32, Maintenance Fee Statement, U.S. Patent No. 6,308,809 (11.5 year paid 2013-06-03).

[3] Ex. P-94, Interstate Steel Product Guide at 14 (showing that the 350 SKT® is an end terminal for a W-Beam guardrail, with no “mandrel” “rupturing” a “tubular member”).

[4] Ex. P-79, 350 SKT® FHWA Approval Letter HNG-14 dated April 2, 1997.
The 350 SKT® was first sold shortly after the April 2, 1997 FHWA Approval Letter which is about two years prior to the May 7, 1999 priority date for this ’809 Patent, so any ’809 Patent claims covering this product would be invalid.

[5] Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal & FLEAT-SP Flared Terminal
(showing that the 350 FLEAT® is an end terminal for a W-Beam guardrail, with no “mandrel” “rupturing” a “tubular member”).

[6] Ex. P-80, 350 FLEAT® FHWA Approval Letter HNG-14 dated April 2, 1998.
The 350 FLEAT® was first sold shortly after the April 2, 1998 FHWA Approval Letter, which is over a year prior to the May 7, 1999 priority date for this ’809 Patent, so any ’809 Patent claims covering this product would be invalid.

[7] Ex. P-97, Installation Instructions for the FLEAT®-MT Median Terminal
(showing that the 350 FLEAT®-MT is an end terminal for a W-Beam guardrail, with no “mandrel” “rupturing” a “tubular member”).

[8] Ex. P-94, Interstate Steel Product Guide at 4 (showing that the MSKT® is an end terminal for a W-Beam guardrail, with no “mandrel” “rupturing” a “tubular member”);
Ex. P-82, MSKT® FHWA Approval Letter HSST-1/CC-126 dated June 10, 2016.

[9] Ex. P-100, Assembly Instructions for MFLEAT MASH Flared Terminal
(showing that the MFLEAT® is an end terminal for a W-Beam guardrail, with no "mandrel" "rupturing" a "tubular member");
Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.

# Exhibit P-158

Claim Chart
mapping the ’508 Patent claims
to the RSI/KEI W-Beam products

# U.S. Patent No. 7,086,508
# End Splice Assembly for Box-Beam Guardrail and Terminal Systems[1]
## Filed: 9/02/2004 – Priority Date: 5/07/1999
## Issued: 8/08/2006 – Expired: 8/19/2019[2]

| Claims 1-2 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] An end splice assembly for a box-beam guardrail ….<br><br>Claim 2<br>[2.P] An end splice assembly for a box-beam guardrail …. | ✘<br>end terminal for a W-Beam guardrail, not a Box-Beam<br><br>Also note that this product was first sold several years before the 5/07/1999 priority date for this ’508 Patent.<br>FN[4] | ✘<br>end terminal for a W-Beam guardrail, not a Box-Beam<br>Also note that this product was first sold several years before the 5/07/1999 priority date for this ’508 Patent.<br>FN[6] | ✘<br>end terminal for a W-Beam guardrail, not a Box-Beam<br><br>FN[7] | ✘<br>end terminal for a W-Beam guardrail, not a Box-Beam<br><br>MASH MSKT Impact Head<br>FN[8] | ✘<br>end terminal for a W-Beam guardrail, not a Box-Beam<br><br>FN[9] |
| Claims 1 and 2 are both independent claims. Whether the product includes each of the elements any of Claims 1 and 2 will determine whether this ’508 Patent covers these W-Beam products. | | | | | |



EXHIBIT P-158

[1] Ex. P-38, U.S. Patent No. 7,086,508, End Splice Assembly for Box-Beam Guardrail and Terminal Systems (Issued August 8, 2006);
Ex. P-39, U.S. Patent No. 7,086,508, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-40, Patent Term Calculator, U.S. Patent No. 7,086,508 (calculating August 19, 2019 as the expiration date);
Ex. P-41, Patent Details, U.S. Patent No. 7,086,508, End Splice Assembly for Box-Beam Guardrail and Terminal Systems (all maintenance fees paid);
Ex. P-42, Maintenance Fee Statements, U.S. Patent No. 7,086,508 (7.5 year paid 2014-06-09, 11.5 year paid 2017-08-08).

[3] Ex. P-94, Interstate Steel Product Guide at 14 (showing that the 350 SKT® is an end terminal for a W-Beam guardrail, not a Box-Beam).

[4] Ex. P-79, 350 SKT® FHWA Approval Letter HNG-14 dated April 2, 1997.
The 350 SKT® was first sold shortly after the April 2, 1997 FHWA Approval Letter which is about two years prior to the May 7, 1999 priority date for this ’508 Patent, so any ’508 Patent claims covering this product would be invalid.

[5] Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal & FLEAT-SP Flared Terminal (showing that the 350 FLEAT® is an end terminal for a W-Beam guardrail, not a Box-Beam).

[6] Ex. P-80, 350 FLEAT® FHWA Approval Letter HNG-14 dated April 2, 1998.
The 350 FLEAT® was first sold shortly after the April 2, 1998 FHWA Approval Letter, which is over a year prior to the May 7, 1999 priority date for this ’508 Patent, so any ’508 Patent claims covering this product would be invalid.

[7] Ex. P-97, Installation Instructions for the FLEAT®-MT Median Terminal (showing that the 350 FLEAT®-MT is an end terminal for a W-Beam guardrail, not a Box-Beam).

[8] Ex. P-94, Interstate Steel Product Guide at 4 (showing that the MSKT® is an end terminal for a W-Beam guardrail, not a Box-Beam);
Ex. P-82, MSKT® FHWA Approval Letter HSST-1/CC-126 dated June 10, 2016.

[9] Ex. P-100, Assembly Instructions for MFLEAT MASH Flared Terminal (showing that the MFLEAT® is an end terminal for a W-Beam guardrail, not a Box-Beam);
Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.

# Exhibit P-159

Claim Chart
mapping the ’088 Patent claims
to the RSI/KEI W-Beam products

# U.S. Patent No. 7,147,088
# Single-Sided Crash Cushion System[1]
# Filed: 6/23/2005 – Priority Date: 10/1/2002
# Issued: 12/12/2006 – Expired: 10/01/2022[2]

| Claims 1-5 | 350<br>SKT® | 350<br>FLEAT® | 350<br>FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A single-side crash cushion system … comprising:<br>…<br>[1.3] a first stage box-beam rail energy absorber …;<br>[1.4] a downstream, second stage box-beam rail energy absorber …;<br>[1.5] a downstream, third stage box-beam rail energy absorber<br>…. | ✘<br>end terminal for a W-Beam guardrail, not a “crash cushion” using “box-beam” guardrails<br><br>FN[3]<br>Also note that this product was first sold several years before the 10/01/2002 priority date for this ’088 Patent.<br>FN[4] | ✘<br>end terminal for a W-Beam guardrail, not a “crash cushion” using “box-beam” guardrails<br>FN[5]<br>Also note that this product was first sold several years before the 10/01/2002 priority date for this ’088 Patent.<br>FN[6] | ✘<br>end terminal for a W-Beam guardrail, not a “crash cushion” using “box-beam” guardrails<br><br>FN[7]<br>Also note that this product was first sold over one year before the 10/01/2002 priority date for this ’088 Patent.<br>FN[8] | ✘<br>end terminal for a W-Beam guardrail, not a “crash cushion” using “box-beam” guardrails<br><br>MASH MSKT Impact Head<br>FN[9] | ✘<br>end terminal for a W-Beam guardrail, not a “crash cushion” using “box-beam” guardrails<br><br>FN[10] |

 EXHIBIT P-159

| Claims 1-5 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claims 2-5 all depend from independent Claim 1, so no need for any separate analysis of these dependent claims. Whether the product is an end terminal for a W-Beam guardrail, rather than a "crash cushion" using "box-beam" guardrails as recited in Claim 1, will determine whether this '088 Patent covers these W-Beam products. | | | | | |

[1] Ex. P-48, U.S. Patent No. 7,147,088, Single-Sided Crash Cushion System (Issued December 12, 2006);
Ex. P-49, U.S. Patent No. 7,147,088, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-50, Patent Term Calculator, U.S. Patent No. 7,147,088 (calculating October 1, 2022 as the expiration date);
Ex. P-51, Patent Details, U.S. Patent No. 7,147,088 (all maintenance fees paid);
Ex. P-52, Maintenance Fee Statements, U.S. Patent No. 7,147,088 (3.5 year paid 2009-12-21, 7.5 year paid 2013-12-12, 11.5 year paid 2017-12-15).

[3] Ex. P-94, Interstate Steel Product Guide at 14
(showing that the 350 SKT® is an end terminal for a W-Beam guardrail, not a "crash cushion" using "box-beam" guardrails).

[4] Ex. P-79, 350 SKT® FHWA Approval Letter HNG-14 dated April 2, 1997.
The 350 SKT® was first sold shortly after the April 2, 1997 FHWA Approval Letter which is several years prior to the October 1, 2002 priority date for this '088 Patent, so any '088 Patent claims covering this product would be invalid.

[5] Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal & FLEAT-SP Flared Terminal
(showing that the 350 FLEAT® is an end terminal for a W-Beam guardrail, not a "crash cushion" using "box-beam" guardrails).

[6] Ex. P-80, 350 FLEAT® FHWA Approval Letter HNG-14 dated April 2, 1998.
The 350 FLEAT® was first sold shortly after the April 2, 1998 FHWA Approval Letter, which is several years prior to the October 1, 2002 priority date for this '088 Patent, so any '088 Patent claims covering this product would be invalid.

[7] Ex. P-97, Installation Instructions for the FLEAT®-MT Median Terminal
(showing that the 350 FLEAT®-MT is an end terminal for a W-Beam guardrail, not a "crash cushion" using "box-beam" guardrails).

[8] Ex. P-81, 350 FLEAT®-MT FHWA Approval Letter HSA-10/CC-46D dated August 24, 2001.
The 350 FLEAT®-MT was first sold shortly after the August 24, 2001 FHWA Approval Letter, which is over one year prior to the October 1, 2002 priority date for this '088 Patent, so any '088 Patent claims covering this product would be invalid.

---

[9] Ex. P-94, Interstate Steel Product Guide at 4
(showing that the MSKT® is an end terminal for a W-Beam guardrail, not a "crash cushion" using "box-beam" guardrails);
Ex. P-82, MSKT® FHWA Approval Letter HSST-1/CC-126 dated June 10, 2016.

[10] Ex. P-100, Assembly Instructions for MFLEAT MASH Flared Terminal
(showing that the MFLEAT® is an end terminal for a W-Beam guardrail, not a "crash cushion" using "box-beam" guardrails);
Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.

# Exhibit P-160

Claim Chart
mapping the ’913 Patent claims
to the RSI/KEI W-Beam products

# U.S. Patent No. 8,448,913
# Anchor Cable Release Mechanism for a Guardrail System[1]
## Filed: 1/09/2012 – Priority Date: 1/09/2012
## Issued: 5/28/2013 – Expires: 1/09/2032[2]

| Claims 1-9 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] An anchor cable release mechanism … having a W-beam rail element … comprising:<br>…<br>[1.2] a cable release bracket … with a plurality of tapered slots … having a flat, bolt slide surface … said length of said flat, bolt slide surface increasing progressively from a upstream most slot to a downstream most slot ….<br><br>[6.P] An anchor cable release mechanism … having a W-beam rail element … | ✘<br><br>S760<br>tapered slots of anchor cable release bracket DO NOT have a length "increasing progressively"<br>FN[3] | ✘<br><br>S760<br>tapered slots of anchor cable release bracket DO NOT have a length "increasing progressively"<br>FN [5] | ✘<br><br>S760<br>tapered slots of anchor cable release bracket DO NOT have a length "increasing progressively"<br>FN [7] | ✘<br><br>S760<br>tapered slots of anchor cable release bracket DO NOT have a length "increasing progressively"<br>FN [9] | ✘<br><br>S760<br>tapered slots of anchor cable release bracket DO NOT have a length "increasing progressively"<br>FN [10] |

 EXHIBIT P-160

| Claims 1-9 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| comprising:<br>…<br>[6.2] a cable release bracket … with a plurality of tapered slots … having a flat, bolt slide … surface … the length of said flat, bolt slide … surface increasing progressively from a upstream most slot to a downstream most slot …. | Also note that this product was first sold several years before the 1/09/2012 priority date for this ’913 Patent.<br>FN[4] | Also note that this product was first sold several years before the 1/09/2012 priority date for this ’913 Patent.<br>FN[6] | Also note that this product was first sold several years before the 1/09/2012 priority date for this ’913 Patent.<br>FN[8] | | |
| Claims 2-5 all depend from Claim 1, and Claims 7-9 all depend from Claim 6, so no need for any separate analysis of these dependent claims. The use (or not) of the length of the flat bolt slide surface “increasing progressively” from a upstream most slot to a downstream most slot, recited in both independent Claims 1 and 6 will determine whether this ’913 Patent covers the product. | | | | | |

[1] Ex. P-53, U.S. Patent No. 8,448,913, Anchor Cable Release Mechanism for a Guardrail System (Issued May 28, 2013); Ex. P-54, U.S. Patent No. 8,448,913, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-55, Patent Term Calculator, U.S. Patent No. 8,448,913 (calculating January 9, 2032 as the expiration date, because all maintenance fees have been paid timely);

Ex. P-56, Patent Details, U.S. Patent No. 8,448,913 (all maintenance fees paid);
Ex. P-57, Maintenance Fee Statements, U.S. Patent No. 8,448,913
(3.5 year paid 2017-02-06, 7.5 year paid 2020-05-28, 11.5 year paid 2024-06-05).

[3] Ex. P-94, Interstate Steel Product Guide at 26, SKT-350 Parts, Item No. S760, Cable Anchor Box
(confirming that the anchor cable release bracket used for the SKT®-350 is Item No. S760);
Ex. P-114, Quick Release Cable Anchor Bracket, Item No. S760 (1996-11-22) (dimensions/tolerances redacted) (fabrication drawing for anchor cable release bracket used for the SKT®-350, confirming that tapered slots do not have a length "increasing progressively"). The "DETAIL B" illustrates the geometry of the tapered slots. The "TYPICAL 4 PLACES" notation confirms that the "length" of the flat, bolt slide surface is the same for each of the tapered slots, meaning not "increasing progressively."
Ex. P-115, Quick Release Cable Anchor Bracket, Item No. S760 (2009-09-22) (same); and
Ex. P-116, Quick Release Cable Anchor Bracket, Item No. S760 (2017-06-13) (same).

These fabrication drawings for the anchor cable release bracket Item No. S760 confirm that the geometry of the tapered slots has not changed over the years from the original design dating back to 1996, and the tapered slots have never had a length "increasing progressively."

***See also*** Ex. P-117, Quick Release 000 Bracket, Item No. S760
(photograph showing tapered slots do not have a length "increasing progressively").

[4] Ex. P-79, 350 SKT® FHWA Approval Letter HNG-14 dated April 2, 1997.
The 350 SKT® was first sold shortly after the April 2, 1997 FHWA Approval Letter which is several years prior to the January 9, 2012 priority date for this '913 Patent, so any '913 Patent claims covering this product would be invalid.

[5] Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal & FLEAT-SP Flared Terminal, at Page 9, Bill of Materials for FLEAT-SP (Item H confirming that the anchor cable release bracket used for the 350 FLEAT® is Item No. S760).

As demonstrated above, the tapered slots in anchor cable release bracket Item No. S760 have never had a length "increasing progressively."

[6] Ex. P-80, 350 FLEAT® FHWA Approval Letter HNG-14 dated April 2, 1998.
The 350 FLEAT® was first sold shortly after the April 2, 1998 FHWA Approval Letter, which is several years prior to the January 9, 2012 priority date for this '913 Patent, so any '913 Patent claims covering this product would be invalid.

[7]; Ex. P-97, Installation Instructions for the FLEAT®-MT Median Terminal, at Page 4, Table 2. FLEAT®-MT Bill of Materials
(Item F confirming that the anchor cable release bracket used for the 350 FLEAT®-MT is Item No. S760).

As demonstrated above, the tapered slots in anchor cable release bracket Item No. S760 have never had a length "increasing progressively."

---

[8] Ex. P-81, FLEAT®-MT FHWA Approval Letter HSA-10/CC-46D dated August 24, 2001.
The 350 FLEAT®-MT was first sold shortly after the August 24, 2001 FHWA Approval Letter, which is several years prior to the January 9, 2012 priority date for this '913 Patent, so any '913 Patent claims covering this product would be invalid.

[9] Ex. P-94, Interstate Steel Product Guide at Page 9, MSKT Parts: Cable Parts, Item No. S760, Cable Anchor Box (confirming that the anchor cable release bracket used for the MSKT® is Item No. S760).

As demonstrated above, the tapered slots in anchor cable release bracket Item No. S760 have never had a length "increasing progressively."

Ex. P-82, MSKT® FHWA Approval Letter HSST-1/CC-126 dated June 10, 2016.

[10] Ex. P-100, Assembly Instructions for MFLEAT MASH Flared Terminal, at Page 5, Bill of Materials for MFLEAT (Item M confirming that the anchor cable release bracket used for the MFLEAT® is Item No. S760).

As demonstrated above, the tapered slots in anchor cable release bracket Item No. S760 have never had a length "increasing progressively."

Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.

# **Exhibit P-161**

Claim Chart
mapping the ’844 Patent claims
to the RSI/KEI W-Beam products

# U.S. Patent No. 9,963,844
# Energy Absorbing Guardrail System[1]
# Filed: 6/09/2017 – Priority Date: 7/21/2014
# Issued: 5/18/2018 – Expires: 7/21/2034[2]

| Claims 1-11 | 350<br>SKT® | 350<br>FLEAT® | 350<br>FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br><br>[1.P] A highway crash attenuation system comprising:<br>[1.1] W-beam rail elements attached to a plurality of vertical posts;<br>[1.2] an impact terminal having a feeder chute …<br>[1.3] … said feeder chute has an impact shield [and] inwardly rolled edges …. | ✗<br><br>feeder chute DOES NOT have an impact shield NOR inwardly rolled edges<br><br><br>FN<br><br>Also note that this product was first sold several years before the 7/21/2014 priority date for this ’844 Patent.<br>FN[4] | ✗<br><br>feeder chute DOES NOT have an impact shield NOR inwardly rolled edges<br><br>)0<br>FN[5]<br><br>Also note that this product was first sold several years before the 7/21/2014 priority date for this ’844 Patent.<br>FN[6] | ✗<br><br>feeder chute DOES NOT have an impact shield NOR inwardly rolled edges<br><br><br>F3000<br>FN[7]<br><br>Also note that this product was first sold several years before the 7/21/2014 priority date for this ’844 Patent.<br>FN[8] | ✓<br><br>feeder chute has an impact shield and inwardly rolled edges<br><br><br>MASH MSKT Impact Head<br>MS3000<br>FN[9] | ✗<br><br>feeder chute has an impact shield BUT NOT inwardly rolled edges<br><br><br>MF3000<br>FN[10] |



EXHIBIT P-161

| Claims 1-11 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claims 2-11 all depend from Claim 1, so no need for any separate analysis of these dependent claims. The use (or not) of BOTH of the "impact shield" and "inwardly rolled edges" on the "feeder chute" will determine whether this '844 Patent covers the product. | | | | | |

[1] Ex. P-63, U.S. Patent No. 9,963,844, Energy Absorbing Guardrail System (Issued May 8, 2018);
Ex. P-64, U.S. Patent No. 9,963,844, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-65, Patent Term Calculator, U.S. Patent No. 9,963,844
(calculating July 21, 2034 as the anticipated expiration date, assuming all remaining maintenance fees paid);

Ex. P-66, Patent Details, U.S. Patent No. 9,963,844
(No maintenance fees are due at this time. 11.5 year window opens on 05/08/2029.);
Ex. P-67, Maintenance Fee Statements, U.S. Patent No. 9,963,844 (3.5 year paid 2021-05-12, 7.5 year paid 2025-05-12).

[3] Ex. P-108, S3000 SKT Impact Head, Item No. S3000, Drawing Sheet 1 (04/25/17) (dimensions/tolerances redacted)
(fabrication drawing showing both no "impact shield" and no "inwardly rolled edges" on the "feeder chute" used for the 350 SKT®)
(dimensions/tolerances redacted);
Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal & FLEAT-SP Flared Terminal, Cover Page (illustration showing no "impact shield" on feeder chutes for 350 SKT® and 350 FLEAT®).

[4] Ex. P-79, 350 SKT® FHWA Approval Letter HNG-14 dated April 2, 1997.
The 350 SKT® was first sold shortly after the April 2, 1997 FHWA Approval Letter which is several years prior to the July 21, 2014 priority date for this '844 Patent, so any '844 Patent claims covering this product would be invalid.

[5] Ex. P-109, FLEAT Guardrail Terminal, Item No. F3000, Drawing Sheet 1 (01/23/11) (dimensions/tolerances redacted)
(fabrication drawing showing both no "impact shield" and no "inwardly rolled edges" on the "feeder chute" used for 350 FLEAT®);
Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal & FLEAT-SP Flared Terminal, Cover Page (illustration showing no "impact shield" on feeder chutes for 350 SKT® and 350 FLEAT®).

[6] Ex. P-80, 350 FLEAT® FHWA Approval Letter HNG-14 dated April 2, 1998.
The 350 FLEAT® was first sold shortly after the April 2, 1998 FHWA Approval Letter, which is several years prior to the July 21, 2014 priority date for this '844 Patent, so any '844 Patent claims covering this product would be invalid.

---

[7] Ex. P-109, FLEAT Guardrail Terminal, Item No. F3000, Drawing Sheet 1 (01/23/11) (dimensions/tolerances redacted) (fabrication drawing showing both no "impact shield" and no "inwardly rolled edges" on the "feeder chute" used for 350 FLEAT®-MT);
Ex. P-97, Installation Instructions for the FLEAT®-MT Median Terminal, Cover Page (photo showing no "impact shield" on 350 FLEAT®-MT Impact Head).

[8] Ex. P-81, FLEAT®-MT FHWA Approval Letter HSA-10/CC-46D dated August 24, 2001.
The 350 FLEAT®-MT was first sold shortly after the August 24, 2001 FHWA Approval Letter, which is several years prior to the July 21, 2014 priority date for this '844 Patent, so any '844 Patent claims covering this product would be invalid.

[9] Ex. P-110, MASH SKT Impact Head, Item No. MS3000, Post Side, Drawing Sheet 6 (04/25/17) (fabrication drawings showing both an "impact shield" and "inwardly rolled edges" on the "feeder chute" used for MSKT®) (dimensions/tolerances redacted);
Ex. P-94, Interstate Steel Product Guide at 7, MSKT Parts: MSKT Impact Head, Item No. MS3000 (photo showing "impact shield" on MSKT Impact Head);
Ex. P-99, Assembly Instructions for MSKT MASH Tangent Terminal, § 3.4 View of MSKT End Post #1 / Figure 3, at Page 8 (illustration showing "impact shield" on MSKT Impact Head);
Ex. P-82, MSKT® FHWA Approval Letter HSST-1/CC-126 dated June 10, 2016.

[10] Ex. P-111, MASH FLEAT Impact Head, Item No. MF3000, Post Side, Drawing Sheet 6 (01/10/18) (fabrication drawing showing an "impact shield" but no "inwardly rolled edges" on the "feeder chute" used for MFLEAT®) (dimensions/tolerances redacted);
Ex. P-100, Assembly Instructions for MFLEAT MASH Flared Terminal, at Page 2 (illustration showing "impact shield" on MFLEAT® Impact Head);
Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.

# Exhibit P-162

Claim Chart
mapping the ’484 Patent claims
to the RSI/KEI W-Beam products

**U.S. Patent No. 9,732,484**
**Energy Absorbing Guardrail System[1]**
**Filed: 1/13/2015 – Priority Date: 7/21/2014**
**Issued: 8/15/2017 – Expires: 12/18/2034 (150 days PT Extension)[2]**

| Claims 1-7 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A highway crash attenuation system comprising:<br>[1.1] W-beam rail elements attached to a plurality of vertical posts;<br>…<br>[1.3] … first breakaway post comprising:<br>[1.4] … upper post section having a lateral support lip extending along a lower edge of a downstream face of said upper post section …. | ✗<br><br>TPHP1A<br>“first breakaway post” has no “lateral support lip” FN[3] | ✗<br><br>TPHP1A<br>“first breakaway post” has no “lateral support lip” FN[9] | ✗<br><br>PB620 (plug)<br>“first breakaway post” has no “lateral support lip” FN[15] | ✓<br><br>MTPHP1A<br>“first breakaway post” does have “lateral support lip”<br>FN[18] | ✓<br><br>MP1A<br>“first breakaway post” does have “lateral support lip”<br>FN[19] |


EXHIBIT P-162

| Claims 1-7 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| | <br>UHP1A<br>No "lateral support lip" FN[4]<br><br>P621 (generic)<br>No "lateral support lip" FN[5]<br><br>PB620 (plug)<br>No "lateral support lip"<br>FN[6] | <br>HP1A<br>No "lateral support lip" FN[10]<br><br>P621 (generic)<br>No "lateral support lip" FN[11]<br><br>PB620 (plug)<br>No "lateral support lip"<br>FN[12] | | | |



EXHIBIT P-162

| Claims 1-7 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| | <br>UP650<br>No “lateral support lip”<br>FN[7]<br><br>Also note that this product was first sold several years before the 7/21/2014 priority date for this ’484 Patent.<br>FN[8] | <br>UP650<br>No “lateral support lip”<br>FN[13]<br><br>Also note that this product was first sold several years before the 7/21/2014 priority date for this ’484 Patent.<br>FN[14] | <br>UP650<br>No “lateral support lip”<br>FN[16]<br><br>Also note that this product was first sold several years before the 7/21/2014 priority date for this ’484 Patent.<br>FN[17] | | |
| Claims 2-7 all depend from Claim 1, so no need for any separate analysis of these dependent claims. The use (or not) of the “lateral support lip” on the Upper Post #1 will determine whether this ’484 Patent covers the product. | | | | | |

[1] Ex. P-58, U.S. Patent No. 9,732,484, Energy Absorbing Guardrail System (Issued August 15, 2017);

Ex. P-59, U.S. Patent No. 9,732,484, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-60, Patent Term Calculator, U.S. Patent No. 9,732,484
(calculating December 18, 2034 as the anticipated expiration date, assuming all remaining maintenance fees paid);

Ex. P-61, Patent Details, U.S. Patent No. 9,732,484
("No maintenance fees are due at this time. 11.5 year window opens on 08/15/2028);
Ex. P-62, Maintenance Fee Statements, U.S. Patent No. 9,732,484 (3.5 year paid 2021-04-15, 7.5 year paid 2024-08-20).

[3] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item Nos. TPHP1A (Post Upper), UHP1A (Hinge Upper), P621 (generic), and PB620 (plug weld) as the posts used for the 350 SKT® Upper Post #1).
Ex. P-124, Anchor Post Top SKT/FLT 2 Post Terminals, Item No. TPHP1A (10/08/2008) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lip" on this post used for the 350 SKT® Upper Post #1);
Ex. P-94, Interstate Steel Product Guide at 29, SKT-350 Parts, Item No. TPHP1A, Two Post Hinge Post #1 Upper (photograph showing "no lateral support lip" on this post);
Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal and FLEAT-SP Flared Terminal, View of SKT-SP End Post #1 / Figure 4, at Page 11 (photograph showing no "lateral support lip" on this post)
("NOTE: The upper and lower posts are used for both the SKT-SP and FLEAT-SP").

[4] Ex. P-126, Universal Hinge Post Top #1, Item No. UHP1A (08/18/09) (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lip" on this post used for the 350 SKT® Upper Post #1);
Ex. P-94, Interstate Steel Product Guide at 30, SKT-350 Parts, Item No. UHP1A_Universal Hinge Post #1 Upper
(photograph showing "no lateral support lip" on this post).

[5] Ex. P-122, Wide-Flange Guardrail Post, PWE01a-02a, Item No. P621 (4/9/2019) (generic)
(fabrication drawing showing no "lateral support lip" on this post used for the 350 SKT® Post #1);
Ex. P-94, Interstate Steel Product Guide at 32, SKT-350 Parts, Item No. P621, Steel Line Post
(photograph showing "no lateral support lip" on this post);
Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal and FLEAT-SP Flared Terminal, View of SKT-SP End Post #1 / Figure 4, at Page 11 (photograph showing no "lateral support lip" on this post)
("NOTE: The upper and lower posts are used for both the SKT-SP and FLEAT-SP").

[6] Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lip" on this post used for the 350 SKT® Post #1);
Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 19-21, Plug Welded Steel Posts – In Foundation Tube (photographs showing no "lateral support lip" on this post).

---

[7] Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying Item No. UP650 as the post used for the 350 SKT® Post #1).

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lip" on this post used for the 350 SKT® Post #1);

Ex. P-94, Interstate Steel Product Guide at 27, SKT-350 Parts, Item No. UP650, Universal BCT Post 45" (photograph showing "no lateral support lip" on this post);
Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 15, BCT Wood Post (photograph showing "no lateral support lip" on this post).

[8] Ex. P-79, 350 SKT® FHWA Approval Letter HNG-14 dated April 2, 1997.
The 350 SKT® was first sold shortly after the April 2, 1997 FHWA Approval Letter, which is several years prior to the July 21, 2014 priority date for this '844 Patent, so any '844 Patent claims covering this product would be invalid.

[9] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item Nos. TPHP1A (Post Upper), HP1A (Hinge Upper), P621 (generic), and PB620 (plug weld) as the posts used for the 350 FLEAT® Upper Post #1).

Ex. P-124, Anchor Post Top SKT/FLT 2 Post Terminals, Item No. TPHP1A (10/08/2008) (fabrication drawing showing no "lateral support lip" on this post used for the 350 FLEAT® Upper Post #1);
Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal and FLEAT-SP Flared Terminal, View of SKT-SP End Post #1 / Figure 4, at Page 11 (photograph showing no "lateral support lip" on this post) ("NOTE: The upper and lower posts are used for both the SKT-SP and FLEAT-SP").

[10] Ex. P-127, Hinged Breakaway End Post, Item No. HP1A (06/11/02) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lip" on this post used for the 350 FLEAT® Upper Post #1).

[11] Ex. P-122, Wide-Flange Guardrail Post, PWE01a-02a, Item No. P621 (4/9/2019) (generic) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lip" on this post used for the 350 FLEAT® Post #1).

[12] Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lip" on this post used for the 350 FLEAT® Post #1);
Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 19-21, Plug Welded Steel Posts – In Foundation Tube (photographs showing "no lateral support lip" on this post).

[13] Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying Item No. UP650 as the post used for the 350 FLEAT® Post #1);

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lip" on this post used for the 350 FLEAT® Post #1);

Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 15, BCT Wood Post (photograph showing "no lateral support lip" on this post used for the 350 FLEAT® Post #1).

[14] Ex. P-80, 350 FLEAT® FHWA Approval Letter HNG-14 dated April 2, 1998.
The 350 FLEAT® was first sold shortly after the April 2, 1998 FHWA Approval Letter, which is several years prior to the July 21, 2014 priority date for this '484 Patent, so any '484 Patent claims covering this product would be invalid.

[15] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. PB620 (plug weld) as the post used for the 350 FLEAT®-MT Upper Post #1).

Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lip" on this post used for the 350 FLEAT®-MT Post #1).

[16] Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying Item No. UP650 as the post used for the 350 FLEAT®-MT Post #1);

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lip" on this post used for the 350 FLEAT®-MT Post #1);

Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 15, BCT Wood Post (photograph showing "no lateral support lip" on this post used for the 350 FLEAT®-MT Post #1).

[17] Ex. P-81, 350 FLEAT®-MT FHWA Approval Letter HSA-10/CC-46D dated August 24, 2001.
The 350 FLEAT®-MT was first sold shortly after the August 24, 2001 FHWA Approval Letter, which is several years prior to the July 21, 2014 priority date for this '844 Patent, so any '844 Patent claims covering this product would be invalid.

[18] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. MTPHP1A (Post Upper) as the post used for the MSKT® Upper Post #1).

Ex. P-141, Post #1 UPPER MASH, Item No. MTPHP1A (08/28/17) (dimensions/tolerances redacted) (fabrication drawing showing "lateral support lip" on this post used for the MSKT® Upper Post #1);
Ex. P-94, Interstate Steel Product Guide at 10, MSKT Parts: First and Second Post, Item No. MTPHP1A, MASH Two Post Hinge Post #1 Upper (photograph showing "lateral support lip" on this post);
Ex. P-98, MASH MSKT Components, at Page 7 of 16 (illustration showing "lateral support lip" on this post).

Ex. P-82, MSKT® FHWA Approval Letter HSST-1/CC-126 dated June 10, 2016.

[19] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. MP1A (Post Upper) as the post used for the MFLEAT® Upper Post #1).

---

Ex. P-143, Post #1 UPPER MASH, Item No. MP1A (02/20/18) (dimensions/tolerances redacted) (fabrication drawing showing "lateral support lip" on this post used for the MFLEAT® Upper Post #1);
Ex. P-100, Assembly Instructions for MFLEAT MASH Flared Terminal (MFLEAT-Install-Manual-102519_FINAL.pdf), § 3.4 View of MFLEAT Steel End Post #1 / Figure 3, at Page 8 (illustration showing "lateral support lip" on this post).

Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.

# Exhibit P-163

Claim Chart
mapping the '231 Patent claims
to the RSI/KEI W-Beam products

# U.S. Patent No. 10,119,231
## Energy Absorbing Guardrail System Having A Modified First Upper Post[1]
## Filed: 5/7/2018 – Priority Date: 6/9/2017
## Issued: 11/6/2018 – Expires: 06/09/2037[2]

| Claims 1-7 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A highway crash attenuation system having W-beam rail elements attached to a plurality of vertical posts; … said first breakaway post comprising:<br>[1.1] an upper post section … having … a second [anchor cable through] notch in a downstream wall of said upper post section, said anchor cable passing through said … second notch in said downstream wall;<br>[1.2] spaced-apart sections of lateral support lips extending along a | ✗<br><br>TPHP1A<br>“first breakaway post” with “notch” has no “lateral support lips”<br>FN[3] | ✗<br><br>TPHP1A<br>“first breakaway post” with “notch” has no “lateral support lips”<br>FN[9] | ✗<br><br>PB620 (plug)<br>“first breakaway post” with “notch” has no “lateral support lips”<br>FN[15] | ✗<br><br>MTPHP1A<br>“first breakaway post” with “notch” does have a “lateral support lip,” but the lip does not have “spaced-apart sections”<br>FN[18] | ✓<br><br>MP1A<br>“first breakaway post” with “notch” does have “spaced-apart sections of lateral support lips”<br>FN[19] |



EXHIBIT P-163

| Claims 1-7 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| lower edge of a downstream face of said upper post section, said spaced-apart support lip sections having a space therebetween such that a cable pass through opening in said second notch is unobstructed …. | <br>UHP1A<br>No "lateral support lips" FN[4]<br><br>P621 (generic)<br>No "lateral support lips" FN[5]<br><br>PB620<br>No "lateral support lips"<br>FN[6] | <br>HP1A<br>No "lateral support lips" FN[10]<br><br>P621 (generic)<br>No "lateral support lips" FN[11]<br><br>PB620<br>No "lateral support lips"<br>FN[12] | | | |

| Claims 1-7 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| |  UP650 No “lateral support lips” FN[7] Also note that this product was first sold several years before the 6/9/2017 priority date for this ’231 Patent. FN[8] |  UP650 No “lateral support lips” FN[13] Also note that this product was first sold several years before the 6/9/2017 priority date for this ’231 Patent. FN[14] |  UP650 No “lateral support lips” FN[16] Also note that this product was first sold several years before the 6/9/2017 priority date for this ’231 Patent. FN[17] | | |
| Claims 2-7 all depend from Claim 1, so no need for any separate analysis of these dependent claims. The use (or not) of the “spaced-apart sections of lateral support lips” on the Upper Post #1 will determine whether this ’231 Patent covers the product. | | | | | |

[1] Ex. P-68, U.S. Patent No. 10,119,231, Energy Absorbing Guardrail System Having A Modified First Upper Post (Issued November 6, 2018);

---

Ex. P-69, U.S. Patent No. 10,119,231, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-70, Patent Term Calculator, U.S. Patent No. 10,119,231
(calculating June 9, 2037 as the anticipated expiration date, assuming all remaining maintenance fees paid);
Ex. P-71, Patent Details, U.S. Patent No. 10,119,231
(No maintenance fees are due at this time. 11.5 year window opens on 11/06/2029);
Ex. P-72, Maintenance Fee Statements, U.S. Patent No. 10,119,231 (3.5 year paid 2021-11-11, 7.5 year paid 2025-11-10).

[3] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item Nos. TPHP1A (Post Upper), UHP1A (Hinge Upper), P621 (generic), and PB620 (plug weld) as the posts used for the 350 SKT® Upper Post #1).
Ex. P-124, Anchor Post Top SKT/FLT 2 Post Terminals, Item No. TPHP1A (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lips" on this post used for the 350 SKT® Upper Post #1);
Ex. P-94, Interstate Steel Product Guide at 29, SKT-350 Parts, Item No. TPHP1A, Two Post Hinge Post #1 Upper
(photograph showing "no lateral support lips" on this post);
Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal and FLEAT-SP Flared Terminal, View of SKT-SP End Post #1 / Figure 4, at Page 11 (photograph showing no "lateral support lips" on this post)
("NOTE: The upper and lower posts are used for both the SKT-SP and FLEAT-SP").

[4] Ex. P-126, Universal Hinge Post Top #1, Item No. UHP1A (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lips" on Upper Post #1 used for the 350 SKT®);
Ex. P-94, Interstate Steel Product Guide at 30, SKT-350 Parts, Item No. UHP1A_Universal Hinge Post #1 Upper
(photograph showing "no lateral support lips" on this post used for the 350 SKT® Upper Post #1).

[5] Ex. P-122, Wide-Flange Guardrail Post, PWE01a-02a, Item No. P621 (4/9/2019) (generic)
(fabrication drawing showing no "lateral support lips" on this post used for the 350 SKT® Post #1);
Ex. P-94, Interstate Steel Product Guide at 32, SKT-350 Parts, Item No. P621, Steel Line Post
(photograph showing "no lateral support lips" on this post);
Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal and FLEAT-SP Flared Terminal, View of SKT-SP End Post #1 / Figure 4, at Page 11 (photograph showing no "lateral support lips" on this post)
("NOTE: The upper and lower posts are used for both the SKT-SP and FLEAT-SP").

[6] Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lips" on this post used for the 350 SKT® Post #1);
Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 19-21, Plug Welded Steel Posts – In Foundation Tube (photographs showing no "lateral support lips" on this post).

---

[7] Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying Item No. UP650 as the post used for the 350 SKT® Post #1);

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 SKT® Post #1);

Ex. P-94, Interstate Steel Product Guide at 27, SKT-350 Parts, Item No. UP650, Universal BCT Post 45" (photograph showing "no lateral support lips" on this post);
Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 15, BCT Wood Post (photograph showing "no lateral support lips" on this post).

[8] Ex. P-79, 350 SKT® FHWA Approval Letter HNG-14 dated April 2, 1997.
The 350 SKT® was first sold shortly after the April 2, 1997 FHWA Approval Letter, which is several years prior to the June 9, 2017 priority date for this '231 Patent, so any '231 Patent claims covering this product would be invalid.

[9] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item Nos. TPHP1A (Post Upper), HP1A (Hinge Upper), P621 (generic), and PB620 (plug weld) as the posts used for the 350 FLEAT® Upper Post #1).

Ex. P-124, Anchor Post Top SKT/FLT 2 Post Terminals, Item No. TPHP1A (10/08/2008) (fabrication drawing showing no "lateral support lips" on this post used for the 350 FLEAT® Upper Post #1);
Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal and FLEAT-SP Flared Terminal, View of SKT-SP End Post #1 / Figure 4, at Page 11 (photograph showing no "lateral support lips" on this post) ("NOTE: The upper and lower posts are used for both the SKT-SP and FLEAT-SP").

[10] Ex. P-127, Hinged Breakaway End Post, Item No. HP1A (06/11/02) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 FLEAT® Upper Post #1).

[11] Ex. P-122, Wide-Flange Guardrail Post, PWE01a-02a, Item No. P621 (4/9/2019) (generic) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 FLEAT® Post #1).

[12] Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 FLEAT® Post #1);
Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 19-21, Plug Welded Steel Posts – In Foundation Tube (photographs showing "no lateral support lips" on this post).

[13] Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying Item No. UP650 as the post used for the 350 FLEAT® Post #1);

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 FLEAT® Post #1);

Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 15, BCT Wood Post (photograph showing "no lateral support lips" on this post).

[14] Ex. P-80, 350 FLEAT® FHWA Approval Letter HNG-14 dated April 2, 1998.
The 350 FLEAT® was first sold shortly after the April 2, 1998 FHWA Approval Letter, which is several years prior to the June 9, 2017 priority date for this '231 Patent, so any '231 Patent claims covering this product would be invalid.

[15] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. PB620 (plug weld) as the post used for the 350 FLEAT®-MT Upper Post #1).

Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 FLEAT®-MT Post #1).

[16] Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying Item No. UP650 as the post used for the 350 FLEAT®-MT Post #1);

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 FLEAT®-MT Post #1);

Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 15, BCT Wood Post (photograph showing "no lateral support lips" on this post).

[17] Ex. P-81, 350 FLEAT®-MT FHWA Approval Letter HSA-10/CC-46D dated August 24, 2001.
The 350 FLEAT®-MT was first sold shortly after the August 24, 2001 FHWA Approval Letter, which is several years prior to the June 9, 2017 priority date for this '231 Patent, so any '231 Patent claims covering this product would be invalid.

[18] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. MTPHP1A (Post Upper) as the post used for the MSKT® Upper Post #1).

Ex. P-141, Post #1 UPPER MASH, Item No. MTPHP1A (08/28/17) (dimensions/tolerances redacted) (fabrication drawing showing "lateral support lip" on this post used for the MSKT® Upper Post #1, but the lip does not have "spaced-apart sections");
Ex. P-94, Interstate Steel Product Guide at 10, MSKT Parts: First and Second Post, Item No. MTPHP1A, MASH Two Post Hinge Post #1 Upper (photograph showing "lateral support lip" on Upper Post #1, but the lip does not have "spaced-apart sections");
Ex. P-98, MASH MSKT Components, at Page 7 of 16 (illustration showing "lateral support lip" on Upper Post #1, which does not have "spaced-apart sections").

Ex. P-82, MSKT® FHWA Approval Letter HSST-1/CC-126 dated June 10, 2016.

---

[19] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. MP1A (Post Upper) as the post used for the MFLEAT® Upper Post #1).

Ex. P-143, Post #1 UPPER MASH, Item No. MP1A (02/20/18) (dimensions/tolerances redacted) (fabrication drawing showing "lateral support lips" on this post used for the MFLEAT® Upper Post #1, which does have "spaced-apart sections of lateral support lips");
Ex. P-100, Assembly Instructions for MFLEAT MASH Flared Terminal, § 3.4 View of MFLEAT Steel End Post #1 / Figure 3, at Page 8 (illustration showing "lateral support lips" on this post).

Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.

# Exhibit P-164

Claim Chart
mapping the ’044 Patent claims
to the RSI/KEI W-Beam products

# U.S. Patent No. 10,914,044
## Breakaway Guardrail Post for a Highway Crash Attenuation System[1]
## Filed: 5/7/2018 – Priority Date: 5/7/2018
## Issued: 2/9/2021 – Expires: 06/09/2037 (Terminal Disclaimer)[2]

| Claims 1-4 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A highway crash attenuation system having an improved breakaway guardrail post said post comprising:<br>[1.1] an upper post section … having … a second anchor cable through notch in a downstream wall of said upper post section, and an anchor cable passing through said … second notch in said downstream wall;<br>[1.2] spaced-apart sections of lateral support lips extending along a lower edge of a downstream face of said upper post section, said spaced- | ✗<br><br>TPHP1A "breakaway guardrail" "upper post" with "notch" has no "lateral support lips"<br>FN[3] | ✗<br><br>TPHP1A "breakaway guardrail" "upper post" with "notch" has no "lateral support lips"<br>FN[9] | ✗<br><br>PB620 "breakaway guardrail" "upper post" has no "notch" and no "lateral support lips"<br>FN[15] | ✗<br><br>MTPHP1A "breakaway guardrail" "upper post" with "notch" does have a "lateral support lip," but the lip does not have "spaced-apart sections"<br>FN[18] | ✓<br><br>MP1A "breakaway guardrail" "upper post" with "notch" does have "spaced-apart sections of lateral support lips"<br>FN[19] |

 EXHIBIT P-164

| Claims 1-4 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| apart support lip sections having a space therebetween such that a cable passes through opening in said second notch unobstructed …. | <br>UHP1A<br>No “lateral support lips” FN[4]<br><br>P621 (generic)<br>No “lateral support lips” FN[5]<br><br>PB620 (plug)<br>No “lateral support lips”<br>FN[6] | <br>HP1A<br>No “lateral support lips” FN[10]<br><br>P621 (generic)<br>No “lateral support lips” FN[11]<br><br>PB620 (plug)<br>No “lateral support lips”<br>FN[12] | | | |

 EXHIBIT P-164

| Claims 1-4 | 350 SKT® | 350 FLEAT® | 350 FLEAT®-MT | MSKT® | MFLEAT® |
|---|---|---|---|---|---|
| |  UP650 No "lateral support lips" FN[7] Also note that this product was first sold several years before the 5/7/2018 priority date for this '044 Patent. FN[8] |  UP650 No "lateral support lips" FN[13] Also note that this product was first sold several years before the 5/7/2018 priority date for this '044 Patent. FN[14] |  UP650 No "lateral support lips" FN[16] Also note that this product was first sold several years before the 5/7/2018 priority date for this '044 Patent. FN[17] | | |
| Claims 2-4 all depend from Claim 1, so no need for any separate analysis of these dependent claims. The use (or not) of the "spaced-apart sections of lateral support lips" on the Upper Post #1 will determine whether this '044 Patent covers the product. | | | | | |

[1] Ex. P-73, U.S. Patent No. 10,914,044, Breakaway Guardrail Post for a Highway Crash Attenuation System (Issued February 9, 2021);

---

Ex. P-74, U.S. Patent No. 10,914,044, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-75, Patent Term Calculator, U.S. Patent No. 10,914,044 (calculating June 9, 2037 as the anticipated expiration date, assuming all remaining maintenance fees paid);

Ex. P-76, Patent Details, U.S. Patent No. 10,914,044 ("No maintenance fees are due at this time. 7.5 year window opens on 02/09/2028.");

Ex. P-77, Maintenance Fee Statement, U.S. Patent No. 10,914,044 (3.5 year paid 2024-03-27);

Ex. P-78, Terminal Disclaimer filed 2020-10-26 (disclaiming "the terminal part of the statutory term … which would extend beyond the expiration date of the full statutory term [of] prior patent No. 10,119,231");

Ex. P-69, U.S. Patent No. 10,119,231, Bibliographic Data - Application - Patent Center - USPTO;

Ex. P-70, Patent Term Calculator for U.S. Patent No. 10,119,231 (calculating June 9, 2037 as expiration date assuming all remaining maintenance fees paid);

Ex. P-71, Patent Details, U.S. Patent No. 10,119,231 (No maintenance fees are due at this time. 11.5 year window opens on 11/06/2029);

Ex. P-72, Maintenance Fee Statements, U.S. Patent No. 10,119,231 (3.5 year paid 2021-11-11, 7.5 year paid 2025-11-10).

[3] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item Nos. TPHP1A (Post Upper), UHP1A (Hinge Upper), P621 (generic), and PB620 (plug weld) as the posts used for the 350 SKT® Upper Post #1).

Ex. P-124, Anchor Post Top SKT/FLT 2 Post Terminals, Item No. TPHP1A (10/08/2008) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 SKT® Upper Post #1);
Ex. P-94, Interstate Steel Product Guide at 29, SKT-350 Parts, Item No. TPHP1A, Two Post Hinge Post #1 Upper (photograph showing "no lateral support lips" on Upper Post #1);
Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal and FLEAT-SP Flared Terminal, View of SKT-SP End Post #1 / Figure 4, at Page 11 (photograph showing no "lateral support lips" on Upper Post #1) ("NOTE: The upper and lower posts are used for both the SKT-SP and FLEAT-SP").

[4] Ex. P-126, Universal Hinge Post Top #1, Item No. UHP1A (08/18/09) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 SKT® Upper Post #1);
Ex. P-94, Interstate Steel Product Guide at 30, SKT-350 Parts, Item No. UHP1A_Universal Hinge Post #1 Upper (photograph showing "no lateral support lips" on this post).

---

[5] Ex. P-122, Wide-Flange Guardrail Post, PWE01a-02a, Item No. P621 (4/9/2019) (generic)
(fabrication drawing showing no "lateral support lips" on this post used for the 350 SKT® Post #1);
Ex. P-94, Interstate Steel Product Guide at 32, SKT-350 Parts, Item No. P621, Steel Line Post
(photograph showing "no lateral support lips" on this post);
Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal and FLEAT-SP Flared Terminal, View of SKT-SP End Post #1 / Figure 4, at Page 11 (photograph showing no "lateral support lips" on this post)
("NOTE: The upper and lower posts are used for both the SKT-SP and FLEAT-SP").

[6] Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lips" on this post used for the 350 SKT® Post #1);
Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 19-21, Plug Welded Steel Posts – In Foundation Tube (April 2012) (photographs showing no "lateral support lips" on this post used for the 350 SKT® Post #1).

[7] Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying Item No. UP650 as the post used for the 350 SKT® Post #1);

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lips" on this post used for the 350 SKT® Post #1);

Ex. P-94, Interstate Steel Product Guide at 27, SKT-350 Parts, Item No. UP650, Universal BCT Post 45"
(photograph showing "no lateral support lips" on this post used for the 350 SKT® Post #1);
Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 15, BCT Wood Post
(photograph showing "no lateral support lips" on this post used for the 350 SKT® Post #1).

[8] Ex. P-79, 350 SKT® FHWA Approval Letter HNG-14 dated April 2, 1997.
The 350 SKT® was first sold shortly after the April 2, 1997 FHWA Approval Letter, which is several years prior to the May 7, 2018 priority date for this '044 Patent, so any '044 Patent claims covering this product would be invalid.

[9] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item Nos. TPHP1A (Post Upper), HP1A (Hinge Upper), P621 (generic), and PB620 (plug weld) as the posts used for the 350 FLEAT® Upper Post #1).

Ex. P-124, Anchor Post Top SKT/FLT 2 Post Terminals, Item No. TPHP1A (10/08/2008)
(fabrication drawing showing no "lateral support lips" on this post used for the 350 FLEAT® Upper Post #1);
Ex. P-96, Assembly Instructions for SKT-SP Tangent Terminal and FLEAT-SP Flared Terminal, View of SKT-SP End Post #1 / Figure 4, at Page 11 (photograph showing no "lateral support lips" on Upper Post #1)
("NOTE: The upper and lower posts are used for both the SKT-SP and FLEAT-SP").

[10] Ex. P-127, Hinged Breakaway End Post, Item No. HP1A (06/11/02) (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lips" on this post used for the 350 FLEAT® Upper Post #1).

---

[11] Ex. P-122, Wide-Flange Guardrail Post, PWE01a-02a, Item No. P621 (4/9/2019) (generic) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 FLEAT® Post #1).

[12] Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 FLEAT® Post #1);
Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 19-21, Plug Welded Steel Posts – In Foundation Tube (photographs showing "no lateral support lips" on this post used for the 350 FLEAT® Post #1).

[13] Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying Item No. UP650 as the post used for the 350 FLEAT® Post #1);

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 FLEAT® Post #1);

Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 15, BCT Wood Post (photograph showing "no lateral support lips" on this post used for the 350 FLEAT® Post #1).

[14] Ex. P-80, 350 FLEAT® FHWA Approval Letter HNG-14 dated April 2, 1998.
The 350 FLEAT® was first sold shortly after the April 2, 1998 FHWA Approval Letter, which is several years prior to the May 7, 2018 priority date for this '044 Patent, so any '044 Patent claims covering this product would be invalid.

[15] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. PB620 (plug weld) as the post used for the 350 FLEAT®-MT Upper Post #1).

Ex. P-120, PB620 Plug Welded Post #1, Item No. PB620 (04/15/15) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 FLEAT®-MT Post #1).

[16] Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying Item No. UP650 as the post used for the 350 FLEAT®-MT Post #1);

Ex. P-118, Universal BCT Post, Item No. UP650 (04/24/2008) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on Post #1 used for the 350 FLEAT®-MT);

Ex. P-95, SKT, FLEAT, FLEAT-MT Parts Identification Guide (April 2012) at 15, BCT Wood Post (photograph showing "no lateral support lips" on this post used for the 350 FLEAT®-MT Post #1).

[17] Ex. P-81, 350 FLEAT®-MT FHWA Approval Letter HSA-10/CC-46D dated August 24, 2001.
The 350 FLEAT®-MT was first sold shortly after the August 24, 2001 FHWA Approval Letter, which is several years prior to the May 7, 2018 priority date for this '044 Patent, so any '044 Patent claims covering this product would be invalid.

[18] Ex. P-92, RSI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. MTPHP1A (Post Upper) as the post used for the MSKT® Upper Post #1).

---

Ex. P-141, Post #1 UPPER MASH, Item No. MTPHP1A (08/28/17) (dimensions/tolerances redacted) (fabrication drawing showing "lateral support lip" on this post used for the MSKT® Upper Post #1, but the lip does not have "spaced-apart sections");
Ex. P-94, Interstate Steel Product Guide at 10, MSKT Parts: First and Second Post, Item No. MTPHP1A, MASH Two Post Hinge Post #1 Upper (photograph showing "lateral support lip" on Upper Post #1, but the lip does not have "spaced-apart sections");
Ex. P-98, MASH MSKT Components, at Page 7 of 16 (illustration showing "lateral support lip" on Upper Post #1, but the lip does not have "spaced-apart sections").

Ex. P-82, MSKT® FHWA Approval Letter HSST-1/CC-126 dated June 10, 2016.

[19] Ex. P-92, RSI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. MP1A (Post Upper) as the post used for the MFLEAT® Upper Post #1).

Ex. P-143, Post #1 UPPER MASH, Item No. MP1A (dimensions/tolerances redacted) (fabrication drawing showing "lateral support lip" on this post used for the MFLEAT® Upper Post #1, and the lip does have "spaced-apart sections of lateral support lips");
Ex. P-100, Assembly Instructions for MFLEAT MASH Flared Terminal, § 3.4 View of MFLEAT Steel End Post #1 / Figure 3, at Page 8 (illustration showing "lateral support lip" on Upper Post #1).

Ex. P-84, MFLEAT® FHWA Approval Letter HSST-1/CC-143 dated April 10, 2019.

# Exhibit P-165

## Summary of Claim Charts for Box Beam Products

# Summary of Claim Charts
# for Box Beam Products

| Box Beam Products | 6,109,597 Expired 8/29/2012 11.5 year not paid (anticipated was 4/2/2017)[1] | 6,244,571 Expired 6/12/2013 11.5 year not paid (anticipated was 1/27/2019)[2] | 7,100,752 Expired 9/5/2014 7.5 year not paid (anticipated was 9/2/2024)[3] | 6,457,570 Expired 10/1/2014 11.5 year not paid (anticipated was 5/7/2019)[4] | 5,775,675 Expired 4/2/2017 (all maintenance fees paid)[5] | 5,924,680 Expired 4/2/2017 (all maintenance fees paid)[6] | 5,988,598 Expired 11/4/2018 (all maintenance fees paid)[7] |
|---|---|---|---|---|---|---|---|
| 350 BEAT® | ✗ FN[8] | ✗ FN[9] | ✗ FN[10] | ✓ FN[11] | ✗ FN[12] | ✗ FN[13] | ✓ FN[14] |
| 350 BEAT®-MT | ✗ FN[8] | ✗ FN[9] | ✗ FN[10] | ✓ FN[11] | ✗ FN[12] | ✗ FN[13] | ✓ FN[14] |
| 350 BEAT®-SSCC | ✗ FN[8] | ✗ FN[9] | ✗ FN[10] | ✓ FN[11] | ✗ FN[12] | ✗ FN[13] | ✓ FN[14] |
| 350 BEAT®-BP | ✗ FN[8] | ✗ FN[9] | ✓ FN[10] | ✓ FN[11] | ✗ FN[12] | ✗ FN[13] | ✓ FN[14] |
| MBEAT® | ✗ FN[8] | ✗ FN[9] | ✗ FN[10] | ✗ FN[11] | ✗ FN[12] | ✗ FN[13] | ✗ FN[14] |



EXHIBIT P-165

| Box Beam Products | 6,254,063 Expired 11/4/2018 (all maintenance fees paid)[15] | 6,308,809 Expired 5/7/2019 (all maintenance fees paid)[16] | 7,086,508 Expired 8/19/2019 (all maintenance fees paid)[17] | 7,147,088 Expired 10/1/2022 (all maintenance fees paid)[18] |
|---|---|---|---|---|
| 350 BEAT® | ✘ FN[19] | ✓ FN[20] | ✓ FN[21] | ✘ FN[22] |
| 350 BEAT®-MT | ✘ FN[19] | ✓ FN[20] | ✓ FN[21] | ✘ FN[22] |
| 350 BEAT®-SSCC | ✘ FN[19] | ✓ FN[20] | ✓ FN[21] | ✓ FN[22] |
| 350 BEAT®-BP | ✘ FN[19] | ✓ FN[20] | ✓ FN[21] | ✘ FN[22] |
| MBEAT® | ✘ FN[19] | ✘ FN[20] | ✘ FN[21] | ✘ FN[22] |

| Box Beam Products | 8,448,913 Expires 1/9/2032 (all maintenance fees paid)[23] | 9,963,844 Expires 7/21/2034 (assuming all maintenance fees will be paid)[24] | 9,732,484 Expires 12/18/2034 (assuming all maintenance fees will be paid)[25] | 10,119,231 Expires 6/9/2037 (assuming all maintenance fees will be paid)[26] | 10,914,044 Expires 6/9/2037 (assuming all maintenance fees will be paid)[27] |
|---|---|---|---|---|---|
| 350 BEAT® | ✘ FN[28] | ✘ FN[29] | ✘ FN[30] | ✘ FN[31] | ✘ FN[32] |
| 350 BEAT®-MT | ✘ FN[28] | ✘ FN[29] | ✘ FN[30] | ✘ FN[31] | ✘ FN[32] |
| 350 BEAT®-SSCC | ✘ FN[28] | ✘ FN[29] | ✘ FN[30] | ✘ FN[31] | ✘ FN[32] |
| 350 BEAT®-BP | ✘ FN[28] | ✘ FN[29] | ✘ FN[30] | ✘ FN[31] | ✘ FN[32] |
| MBEAT® | ✘ FN[28] | ✘ FN[29] | ✘ FN[30] | ✘ FN[31] | ✓ FN[32] |

 EXHIBIT P-165

[1] Ex. P-17, Patent Term Calculator, U.S. Patent No. 6,109,597 (calculating August 29, 2012 as the expiration date); Ex. P-18, Patent Details, U.S. Patent No. 6,109,597, Anchor Cable Release Mechanism for A Guardrail System (Patent expired on 08-29-2012 due to non-payment of [11.5 year] maintenance fee).

[2] Ex. P-21, Patent Term Calculator, U.S. Patent No. 6,244,571 (calculating June 12, 2013 as the expiration date); Ex. P-22, Patent Details, U.S. Patent No. 6,244,571, Controlled Buckling Breakaway Cable Terminal ("Patent expired on 06/12/2013 due to non-payment of [11.5 year] maintenance fee").

[3] Ex. P-45, Patent Term Calculator, U.S. Patent No. 7,100,752 (calculating September 5, 2014 as the expiration date)' Ex. P-46, Patent Details, U.S. Patent No. 7,100,752, Bridge Pier Crash Cushion System (Patent expired on 09-05-2014 due to non-payment of [7.5 year] maintenance fee); Ex. P-47, Maintenance Fee Statement, U.S. Patent No. 7,100,752 (3.5 year paid 01-29-2010).

[4] Ex. P-35, Patent Term Calculator, U.S. Patent No. 6,457,570 (calculating October 1, 2014 as the expiration date)' Ex. P-36, Patent Details, U.S. Patent No. 6,457,570, Rectangular Bursting Energy Absorber (Patent expired on 10-01-2014 due to non-payment of [11.5 year] maintenance fee); Ex. P-37, Maintenance Fee Statement, U.S. Patent No. 6,457,570 (7.5 year paid 2010-06-08).

[5] Ex. P-3, Patent Term Calculator, U.S. Patent No. 5,775,675 (calculating April 2, 2017 as the expiration date); Ex. P-4, Patent Details, U.S. Patent No. 5,775,675, Sequential Kinking Guardrail Terminal System (all maintenance fees paid).

[6] Ex. P-7, Patent Term Calculator, U.S. Patent No. 5,924,680 (calculating April 2, 2017 as the expiration date); Ex. P-8, Patent Details, U.S. Patent No. 5,924,680, An Improved Foundation Sleeve for A Guardrail System (all maintenance fees paid); Ex. P-9, Maintenance Fee Statement, U.S. Patent No. 5,924,680 (11.5 year paid 2010-07-27).

[7] Ex. P-12, Patent Term Calculator, U.S. Patent No. 5,988,598 (calculating November 4, 2018 as the expiration date); Ex. P-13, Patent Details, U.S. Patent No. 5,988,598, Breakaway Steel Guardrail Post (all maintenance fees paid); Ex. P-14, Maintenance Fee Statement, U.S. Patent No. 5,988,598 (11.5 year paid 2010-11-23).

[8] Ex. P-166, Claim Chart mapping the '597 Patent claims to the RSI/KEI Box Beam products.

[9] Ex. P-167, Claim Chart mapping the '571 Patent claims to the RSI/KEI Box Beam products.

[10] Ex. P-168, Claim Chart mapping the '752 Patent claims to the RSI/KEI Box Beam products.

[11] Ex. P-169, Claim Chart mapping the '570 Patent claims to the RSI/KEI Box Beam products.

[12] Ex. P-170, Claim Chart mapping the '675 Patent claims to the RSI/KEI Box Beam products.

[13] Ex. P-171, Claim Chart mapping the ’680 Patent claims to the RSI/KEI Box Beam products.

[14] Ex. P-172, Claim Chart mapping the ’598 Patent claims to the RSI/KEI Box Beam products.

[15] Ex. P-25, Patent Term Calculator, U.S. Patent No. 6,254,063 (calculating November 4, 2018 as the expiration date);
Ex. P-26, Patent Details, U.S. Patent No. 6,254,063, Energy Absorbing Breakaway Steel Guardrail Post (all maintenance fees paid);
Ex. P-27, Maintenance Fee Statement, U.S. Patent No. 6,254,063 (11.5 year paid 2013-02-21).

[16] Ex. P-30, Patent Term Calculator, U.S. Patent No. 6,308,809 (calculating May 7, 2019 as the expiration date);
Ex. P-31, Patent Details, U.S. Patent No. 6,308,809, Crash Attenuation System (all maintenance fees paid);
Ex. P-32, Maintenance Fee Statement, U.S. Patent No. 6,308,809 (11.5 year paid 2013-06-03).

[17] Ex. P-40, Patent Term Calculator, U.S. Patent No. 7,086,508 (calculating August 19, 2019 as the expiration date);
Ex. P-41, Patent Details, U.S. Patent No. 7,086,508, End Splice Assembly for Box-Beam Guardrail and Terminal Systems (all maintenance fees paid);
Ex. P-42, Maintenance Fee Statements, U.S. Patent No. 7,086,508 (7.5 year paid 2014-06-09, 11.5 year paid 2017-08-08).

[18] Ex. P-50, Patent Term Calculator, U.S. Patent No. 7,147,088 (calculating October 1, 2022 as the expiration date);
Ex. P-51, Patent Details, U.S. Patent No. 7,147,088, Single-Sided Crash Cushion System (all maintenance fees paid);
Ex. P-52, Maintenance Fee Statements, U.S. Patent No. 7,147,088 (3.5 year paid 2009-12-21, 7.5 year paid 2013-12-12, 11.5 year paid 2017-12-15).

[19] Ex. P-173, Claim Chart mapping the ’063 Patent claims to the RSI/KEI Box Beam products.

[20] Ex. P-174, Claim Chart mapping the ’809 Patent claims to the RSI/KEI Box Beam products.

[21] Ex. P-175, Claim Chart mapping the ’508 Patent claims to the RSI/KEI Box Beam products.

[22] Ex. P-176, Claim Chart mapping the ’088 Patent claims to the RSI/KEI Box Beam products.

[23] Ex. P-55, Patent Term Calculator, U.S. Patent No. 8,448,913 (calculating January 9, 2032 as the anticipated expiration date, because all maintenance fees have been paid timely);
Ex. P-56, Patent Details, U.S. Patent No. 8,448,913, Anchor Cable Release Mechanism for A Guardrail System (all maintenance fees paid);
Ex. P-57, Maintenance Fee Statements, U.S. Patent No. 8,448,913 (3.5 year paid 2017-02-06, 7.5 year paid 2020-05-28, 11.5 year paid 2024-06-05).

[24] Ex. P-65, Patent Term Calculator, U.S. Patent No. 9,963,844 (calculating July 21, 2034 as the anticipated expiration date, assuming all remaining maintenance fees will be paid timely);
Ex. P-66, Patent Details, U.S. Patent No. 9,963,844, Energy Absorbing Guardrail System (No maintenance fees are due at this time. 11.5 year window opens on 05-08-2029);

---

Ex. P-67, Maintenance Fee Statements, U.S. Patent No. 9,963,844 (3.5 year paid 2021-05-12, 7.5 year paid 2025-05-12).

[25] Ex. P-60, Patent Term Calculator, U.S. Patent No. 9,732,484 (calculating December 18, 2034 as the anticipated expiration date, assuming all remaining maintenance fees paid);
Ex. P-61, Patent Details, U.S. Patent No. 9,732,484, Energy Absorbing Guardrail System
(No maintenance fees are due at this time. 11.5 year window opens on 08-15-2028);
Ex. P-62, Maintenance Fee Statements, U.S. Patent No. 9,732,484 (3.5 year paid 2021-04-15, 7.5 year paid 2024-08-20).

[26] Ex. P-70, Patent Term Calculator, U.S. Patent No. 10,119,231 (calculating June 9, 2037 as the anticipated expiration date, assuming all remaining maintenance fees will be paid timely);
Ex. P-71, Patent Details, U.S. Patent No. 10,119,231, Energy Absorbing Guardrail System Having A Modified First Upper Post
(No maintenance fees are due at this time. 11.5 year window opens on 11-06-2029);
Ex. P-72, Maintenance Fee Statements, U.S. Patent No. 10,119,231 (3.5 year paid 2021-11-11, 7.5 year paid 2025-11-10);

[27] Ex. P-75, Patent Term Calculator, U.S. Patent No. 10,914,044 (calculating June 9, 2037 as the anticipated expiration date, assuming all remaining maintenance fees will be paid timely);
Ex. P-76, Patent Details, U.S. Patent No. 10,914,044, Breakaway Guardrail Post for a Highway Crash Attenuation System
(No maintenance fees are due at this time. 7.5 year window opens on 02-09-2028);
Ex. P-77, Maintenance Fee Statement, U.S. Patent No. 10,914,044 (3.5 year paid 2024-03-27);
Ex. P-78, Terminal Disclaimer filed 2020-10-26 (disclaiming "the terminal part of the statutory term … which would extend beyond the expiration date of the full statutory term [of] prior patent No. 10,119,231");
Ex. P-70, Patent Term Calculator for U.S. Patent No. 10,119,231 (calculating June 9, 2037 as the anticipated expiration date, assuming all remaining maintenance fees will be paid timely);
Ex. P-71, Patent Details, U.S. Patent No. 10,119,231
(No maintenance fees are due at this time. 11.5 year window opens on 11-06-2029);
Ex. P-72, Maintenance Fee Statements, U.S. Patent No. 10,119,231 (3.5 year paid 2021-11-11, 7.5 year paid 2025-11-10).

[28] Ex. P-177, Claim Chart mapping the '913 Patent claims to the RSI/KEI Box Beam products.

[29] Ex. P-178, Claim Chart mapping the '844 Patent claims to the RSI/KEI Box Beam products.

[30] Ex. P-179, Claim Chart mapping the '484 Patent claims to the RSI/KEI Box Beam products.

[31] Ex. P-180, Claim Chart mapping the '231 Patent claims to the RSI/KEI Box Beam products.

[32] Ex. P-181, Claim Chart mapping the '044 Patent claims to the RSI/KEI Box Beam products.

# Exhibit P-166

Claim Chart
mapping the ’597 Patent claims
to the RSI/KEI Box Beam products

**U.S. Patent No. 6,109,597**
**Anchor Cable Release Mechanism for a Guardrail System[1]**
**Filed: 4/21/1998 – Priority Date: 4/21/1998**
**Issued: 8/29/2000 – Expired: 8/29/2012[2]**

| Claims 1-2 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] An anchor cable release mechanism … comprising:<br>…<br>[1.2] a cable release bracket … having a first side with a plurality of tapered slots … and a second side with enlarged [tapered] openings …. | ✗<br><br>cable assembly attaches through a lug welded to the underside of the first upstream box-beam guardrail, not a "cable release bracket"<br>FN[3] | ✗<br><br>cable assembly attaches through a lug welded to the underside of the first upstream box-beam guardrail, not a "cable release bracket"<br>FN[4] | ✗<br><br>cable assembly attaches through a lug welded to the underside of the first upstream box-beam guardrail, not a "cable release bracket"<br>FN[5] | ✗<br><br>cable assembly attaches through a lug welded to the underside of the first upstream box-beam guardrail, not a "cable release bracket"<br>FN[6] | ✗<br><br>cable assembly attaches through a gusset plate welded to the underside of the first upstream box-beam guardrail, not a "cable release bracket"<br>FN[7]<br><br>Also note that the '597 Patent expired several years before the MBEAT® product was first sold.<br>FN[8] |

| Claims 1-2 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 2 depends from Claim 1, so no need for any separate analysis of the dependent Claim 2. The use (or not) of the “plurality of tapered slots” and “enlarged [tapered] openings” recited in Claim 1 will determine whether this ’597 Patent covers these Box Beam products. | | | | | |

---

[1] Ex. P-15, U.S. Patent No. 6,109,597, Anchor Cable Release Mechanism for a Guardrail System (Issued August 29, 2000);

Ex. P-16, U.S. Patent No. 6,109,597, Bibliographic Data - Application - Patent Center – USPTO (“Patent Expired Due to NonPayment of [11.5 year] Maintenance Fees”).

[2] Ex. P-17, Patent Term Calculator, U.S. Patent No. 6,109,597 (calculating August 29, 2012 as the expiration date);

Ex. P-18, Patent Details, U.S. Patent No. 6,109,597 (“Patent expired on 08/29/2012 due to non-payment of [11.5 year] maintenance fee.”).

[3] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal at 5, 6, 10 (“Figure 2. Plan and Elevation of the Roadside BEAT” showing that the 350 BEAT® cable assembly attaches to the underside of the first upstream box-beam guardrail) (“Figure 3. BEAT Roadside Terminal Bill of Material” Item F “CABLE ASSEMBLY”) (“Install Cable Assembly with Bearing Plate” instructions specify that the cable assembly used in the 350 BEAT® attaches through a lug welded to the underside of the first upstream box-beam guardrail, secured with a 1” hex nut and washer, rather than a “cable release bracket … having a first side with a plurality of tapered slots … and a second side with enlarged [tapered] openings” …. as recited in Claim 1 of the ’597 Patent);

Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000.

[4] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal at 13, 14, 18 (“Figure 8. Plan and Elevation of the Median BEAT-MT” showing that the 350 BEAT®-MT cable assembly attaches to the underside of the first upstream box-beam guardrail) (“Figure 9. BEAT-MT Median Terminal Bill of Material” Item F “CABLE ASSEMBLY”) (“Install Cable Assembly w/ Bearing Plate” instructions specify that the cable assembly used in the 350 BEAT®-MT attaches through a lug welded to the underside of the first upstream box-beam guardrail, secured with a 1” hex nut and washer, rather than a “cable release bracket … having a first side with a plurality of tapered slots … and a second side with enlarged [tapered] openings” …. as recited in Claim 1 of the ’597 Patent);

Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002.

[5] Ex. P-104, Installation Instructions for BEAT®-SSCC Box Beam Bursting Energy Absorbing Terminal, Single Sided Crash Cushion at 4, 6, 15 (“Figure 2. Plan and Elevation of the BEAT-SSCC” showing that the 350 BEAT®-SSCC cable assembly attaches to the underside of the first upstream box-beam guardrail) (“Figure 4. BEAT-SSCC Bill of Material” Item F “Cable Anchor Assembly”) (“Install Cable Assembly w/ Bearing Plate” instructions specify that the cable assembly used in the 350 BEAT®-SSCC attaches

through a lug welded to the underside of the first upstream box-beam guardrail, secured with a 1" hex nut and washer, rather than a "cable release bracket … having a first side with a plurality of tapered slots … and a second side with enlarged [tapered] openings" …. as recited in Claim 1 of the '597 Patent);
Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002.

[6] Ex. P-105, Installation Instructions for BEAT-BP Box Beam Bursting Energy Absorbing Terminal, Bridge Pier at 8, 9, 15 ("Figure 3. Elevation View of the BEAT-BP" showing that the 350 BEAT®-BP cable assembly attaches to the underside of the first upstream box-beam guardrail) ("Figure 4. BEAT-BP Bill of Material" Item F "Cable Anchor Assembly") ("Install Cable Assembly" instructions specify that the cable assembly used in the 350 BEAT®-BP attaches through a lug welded to the underside of the first upstream box-beam guardrail, secured with a 1" hex nut and washer, rather than a "cable release bracket … having a first side with a plurality of tapered slots … and a second side with enlarged [tapered] openings" …. as recited in Claim 1 of the '597 Patent);
Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003.

[7] Ex. P-106, Assembly Instructions, MBEAT MASH Terminal for 6" x 6" Roadside Box Beam Barrier at 6, 14, 22 ("3.1 Bill of Materials for MBEAT" Item F "Cable Anchor Assembly") ("Figure 8. showing that the MBEAT® Cable Anchor Assembly attaches to the underside of the first upstream box-beam guardrail) ("4.4.9 Installing Cable Assembly" instructions specify that the cable assembly used in the MBEAT® attaches through a gusset plate welded to the underside of the first upstream box-beam guardrail, secured with a 1" hex nut and washer, rather than a "cable release bracket … having a first side with a plurality of tapered slots … and a second side with enlarged [tapered] openings" …. as recited in Claim 1 of the '597 Patent).

[8] Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020.
The MBEAT® was first sold shortly after the March 13, 2020 FHWA Approval Letter,
which is several years after the August 29, 2012 expiration of the '597 Patent, so the '597 Patent never covered this product.

# Exhibit P-167

Claim Chart
mapping the ’571 Patent claims
to the RSI/KEI Box Beam products

**U.S. Patent No. 6,244,571**
**Controlled Buckling Breakaway Cable Terminal** [1]
**Filed: 1/27/1999 – Priority Date: 1/27/1999**
**Issued: 6/12/2001 – Expired: 6/12/2013** [2]

| Claims 1-6 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A crash attenuation apparatus … comprising:<br>[1.1] an impact head …<br>[1.2] an upper rail post breaking beam and a lower rail post breaking beam attached to said impact head ….<br><br>Claims 4, 5, and 6<br>[1.P] A crash attenuation apparatus … comprising:<br>[1.1] an impact head …<br>[1.2] an upper post breaking beam and a lower post breaking beam attached to said impact head …. | ✗<br><br>"impact head" has only one "post breaking beam" FN[3] | ✗<br><br>"impact head" has only one "post breaking beam" FN[4] | ✗<br><br>"impact head" has only one "post breaking beam" FN[5] | ✗<br><br>"impact head" has only one "post breaking beam" FN[6] | ✗<br><br>"impact head" has only one "post breaking beam" FN[7]<br><br>Also note that the '571 Patent expired several years before the MBEAT® product was first sold. FN[8] |

 EXHIBIT P-167

| Claims 1-6 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claims 2-3 depend from independent Claim 1, so no need for any separate analysis of dependent Claims 2-3. Claims 4-6 are each additional independent claims. The use (or not) of BOTH an "upper" and "lower" "post breaking beam" as recited in each of the independent Claims 1 and 4-6 will determine whether this '571 Patent covers these Box Beam products. | | | | | |

---

[1] Ex. P-19, U.S. Patent No. 6,244,571, Controlled Buckling Breakaway Cable Terminal (Issued June 12, 2001);

Ex. P-20, U.S. Patent No. 6,244,571, Bibliographic Data - Application - Patent Center – USPTO ("Patent Expired Due to NonPayment of [11.5 year] Maintenance Fees").

[2] Ex. P-21, Patent Term Calculator, U.S. Patent No. 6,244,571 (calculating June 12, 2013 as the expiration date);

Ex. P-22, Patent Details, U.S. Patent No. 6,244,571, Controlled Buckling Breakaway Cable Terminal ("Patent expired on 06/12/2013 due to non-payment of [11.5 year] maintenance fee.").

[3] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal at 6, 8, 10 (showing that the "impact head" used for the BEAT® has only one "post breaking beam") (Figure 3 BEAT Roadside Terminal Bill of Material shows QTY 1 for Item D "POST BREAKER") (Figure 4 shows only one "POST BREAKER (D)") ("Install Post Breaker" instructions for installing only one post breaker);

Ex. P-90, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000.

[4] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal at 14, 16, 18 (showing that the "impact head" used for the BEAT®-MT has only one "post breaking beam") (Figure 9 BEAT-MT Median Terminal Bill of Material shows QTY 1 for Item D "POST BREAKER") (Figure 10 shows only one "POST BREAKER (D)") ("Install Post Breaker" instructions for installing only one post breaker);

Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002.

[5] Ex. P-104, Installation Instructions for BEAT®-SSCC Box Beam Bursting Energy Absorbing Terminal, Single Sided Crash Cushion at 6, 12, 15 (showing that the "impact head" used for the BEAT®-SSCC has only one "post breaking beam") (Figure 4 BEAT-SSCC Bill of Material shows QTY 1 for Item E "Post Breaker") (Figure 7 shows only one "POST BREAKER (D)") ("Install Post Breaker" instructions for installing only one post breaker);

Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002.

[6] Ex. P-105, Installation Instructions for BEAT®-BP Box Beam Bursting Energy Absorbing Terminal, Bridge Pier at 9, 15, 25 (showing that the "impact head" used for the BEAT®-BP has only one "post breaking beam") (Figure 4 BEAT-BP Bill of Material shows QTY 2 for Item A "Box-Beam Impact Head" and QTY 2 for Item E "Post Breaker" meaning that each "Impact Head" has only

one "Post Breaker") (Figure 14 shows only one "Post Breaker (Item E)") ("Install Post Breaker" instructions for installing only one post breaker for each impact head);

Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003.

[7] Ex. P-106, Assembly Instructions, MBEAT® MASH Terminal for 6" x 6" Roadside Box Beam Barrier at 6, 8, 16, 20 (showing that the "impact head" used for the MBEAT® has only one "post breaking beam") (3.1 Bill of Materials for MBEAT shows QTY 1 for Item E "Post Breaker") (Figure 2 showing only one "Post Breaker" No. 10) (Figure 10 shows only one "Post Breaker") ("4.4.5 Installing Post Breaker" instructions for installing only one post breaker).

[8] Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020.
The MBEAT® was first sold shortly after the March 13, 2020 FHWA Approval Letter, which is several years after the June 12, 2013 expiration of the '571 Patent, so the '571 Patent never covered this product.

# **Exhibit P-168**

Claim Chart
mapping the ’752 Patent claims
to the RSI/KEI Box Beam products

**U.S. Patent No. 7,100,752**
**Bridge Pier Crash Cushion System[1]**
**Filed: 9/02/2004 – Priority Date: 9/02/2004**
**Issued: 9/05/2006 – Expired: 9/05/2014[2]**

| Claims 1-9 | 350<br>BEAT® | 350<br>BEAT®-MT | 350<br>BEAT®-SSCC | 350<br>BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A crash cushion system to envelope at least one bridge pier, comprising:<br>[1.0] first and second impact heads;<br>[1.1] a first box-beam rail …;<br>[1.2] a first box-beam rail …;<br>[1.3] a non-rectangular, parallelogram shaped pier frame … surrounding said at least one bridge piling …, said frame comprising:<br>[1.4] a first side spaced apart …;<br>[1.5] a second side spaced apart ….<br><br>Claim 8<br>[1.P] A crash cushion system to envelope | ✗<br><br>not a "crash cushion" and does not "envelope" a "bridge pier" FN[3]<br><br>Also note that this product was first sold several years before the 9/02/2004 priority date for this '752 Patent. FN[4] | ✗<br><br>not a "crash cushion" and does not "envelope" a "bridge pier" FN[5]<br><br>Also note that this product was first sold several years before the 9/02/2004 priority date for this '752 Patent. FN[6] | ✗<br><br>is a "crash cushion" but does not "envelope" a "bridge pier" FN[7]<br><br>Also note that this product was first sold several years before the 9/02/2004 priority date for this '752 Patent. FN[8] | ✓<br><br>is a "crash cushion" to "envelope" a "bridge pier"<br><br>and has each of the remaining elements of Claim 1 FN[9] | ✗<br><br>not a "crash cushion" and does not "envelope" a "bridge pier" FN[10]<br><br>Also note that the '752 Patent expired several years before the MBEAT® product was first sold. FN[11] |

 EXHIBIT P-168

| Claims 1-9 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| at least one bridge pier piling …. | | | | | |
| Claims 2-7 all depend from independent Claim 1, and Claim 9 depends from independent Claim 8, so no need for any separate analysis of these dependent claims. Whether the product is a "crash cushion system to envelop at least one bridge pier" as recited in both independent Claims 1 and 2, and if so, whether the product has each of the remaining elements of at least one of these independent Claims 1 and 2, will determine whether this '752 Patent covers these Box Beam product. | | | | | |

[1] Ex. P-43, U.S. Patent No. 7,100,752, Bridge Pier Crash Cushion System (Issued September 5, 2006);
Ex. P-44, U.S. Patent No. 7,100,752, Bibliographic Data - Application - Patent Center - USPTO ("Patent Expired Due to NonPayment of [7.5 year] Maintenance Fees").

[2] Ex. P-45, Patent Term Calculator, U.S. Patent No. 7,100,752 (calculating September 5, 2014 as the expiration date);
Ex. P-46, Patent Details, U.S. Patent No. 7,100,752, Bridge Pier Crash Cushion System ("Patent expired on 09/05/2014 due to non-payment of [7.5 year] maintenance fee.");
Ex. P-47, Maintenance Fee Statement, U.S. Patent No. 7,100,752 (3.5 year paid 01-29-2010).

[3] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT are end terminals for a Box beam barrier rather than a "crash cushion" to "envelope" a "bridge pier").

[4] Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000.
The 350 BEAT® was first sold shortly after the November 9, 2000 FHWA Approval Letter cited above, which is several years prior to the September 2, 2004 priority date for this '752 Patent, so any '752 Patent claims covering this product would be invalid.

[5] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT are end terminals for a Box beam barrier rather than a "crash cushion" to "envelope" a "bridge pier").

[6] Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002.
The 350 BEAT®-MT was first sold shortly after the February 1, 2002 FHWA Approval Letter cited above, which is over two years prior to the September 2, 2004 priority date for this '752 Patent, so any '752 Patent claims covering this product would be invalid.

[7] Ex. P-104, Installation Instructions for BEAT®-SSCC Box Beam Bursting Energy Absorbing Terminal, Single Sided Crash Cushion; (showing that the BEAT®-SSCC is a "crash cushion" but does not "envelope" a "bridge pier").

---

[8] Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002.
The 350 BEAT®-SSCC was first sold shortly after the February 22, 2002 FHWA Approval Letter cited above, which is over two years prior to the September 2, 2004 priority date for this ’752 Patent, so any ’752 Patent claims covering this product would be invalid.

[9] Ex. P-105, Installation Instructions for BEAT®-BP Box Beam Bursting Energy Absorbing Terminal, Bridge Pier; 350 BEAT®-BP (showing that the BEAT®-BP is “crash cushion system” to “envelope” a “bridge pier”). The BEAT®-BP also has each of the remaining elements of Claim 1.

Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003.

[10] Ex. P-106, Assembly Instructions, MBEAT® MASH Terminal for 6” x 6” Roadside Box Beam Barrier (showing that the MBEAT® is an end terminal for a Box beam barrier rather than a “crash cushion” to “envelope” a “bridge pier”).

[11] Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020.
The MBEAT® was first sold shortly after the March 13, 2020 FHWA Approval Letter, which is several years after the September 5, 2014 expiration of the ’752 Patent, so the ’752 Patent never covered this product.

# **Exhibit P-169**

Claim Chart
mapping the '570 Patent claims
to the RSI/KEI Box Beam products

# U.S. Patent No. 6,457,570
## Rectangular Bursting Energy Absorber[1]
## Filed: 8/23/2001 – Priority Date: 5/07/1999
## Issued: 10/01/2002 – Expired: 10/01/2014[2]

| Claims 1-19 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] An energy absorption system comprising:<br>[1.1] an impact head;<br>[1.2] an energy absorption mechanism affixed to said head … further comprising;<br>[1.3] a first mandrel and;<br>[1.4] a tubular member,<br>[1.5] said first mandrel receivable within a first end of said tubular member such that upon impact forces being applied to said impact head, | ✓<br><br>includes all elements of Claim 1 FN[3] | ✓<br><br>includes all elements of Claim 1 FN[4] | ✓<br><br>includes all elements of Claim 1 FN[5] | ✓<br><br>includes all elements of Claim 1 FN[6] | ✗<br><br>The ’570 Patent expired several years before the MBEAT® product was first sold, so there is no need to determine whether the claims of the ’570 Patent could cover the MBEAT® products FN[7] |

 EXHIBIT P-169

| Claims 1-19 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| [1.6] said first mandrel is urged through said tubular member rupturing said tubular member,<br><br>[1.7] said rupturing controlling the dissipation of said impact forces. | | | | | |
| Claims 2-11 all depend from independent Claim 1, and Claims 13-19 all depend from additional independent Claim 12, so no need for any separate analysis of the dependent claims. Whether the product includes each of the elements at least one of Claims 1 or 12 will determine whether this '570 Patent covers these Box Beam products. | | | | | |

[1] Ex. P-33, U.S. Patent No. 6,457,570, Rectangular Bursting Energy Absorber (Issued October 1, 2002);
Ex. P-34, U.S. Patent No. 6,457,570, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-35, Patent Term Calculator, U.S. Patent No. 6,457,570 (calculating October 1, 2014 as the expiration date);
Ex. P-36, Patent Details, U.S. Patent No. 6,457,570, Rectangular Bursting Energy Absorber ("Patent expired on 10/01/2014 due to non-payment of [11.5 year] maintenance fee.");
Ex. P-37, Maintenance Fee Statement, U.S. Patent No. 6,457,570 (7.5 year paid 2010-06-08).

[3] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT include all elements of Claim 1).
Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000 ("The impact head includes a steel mandrel which causes the box beam rail section to split at the corners and peel back as the head is pushed backwards in an end-on impact.").

[4] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT include all elements of Claim 1).

Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002 ("The BEAT-MT is identical to the [BEAT] roadside design ….").

[5] Ex. P-104, Installation Instructions for BEAT®-SSCC Box Beam Bursting Energy Absorbing Terminal, Single Sided Crash Cushion; (showing that the BEAT®-SSCC includes all elements of Claim 1).

Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002 ("The BEAT-SSCC is similar in design concept to the BEAT and the BEAT-MT ….").

[6] Ex. P-105, Installation Instructions for BEAT®-BP Box Beam Bursting Energy Absorbing Terminal, Bridge Pier; 350 BEAT®-BP (showing that the BEAT®-BP includes all elements of Claim 1).

Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003 ("The BEAT-BP system … approach ends use an energy-absorbing terminal … similar to [the] BEAT-SSCC ….") ("[T]he [BEAT-BP] end terminal [is] similar to the BEAT-SSCC ….").

[7] Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020. The MBEAT® was first sold shortly after the March 13, 2020 FHWA Approval Letter, which was several years after the October 1, 2014 expiration date for the '570 Patent, so there is no need to determine whether the claims of the '570 Patent could cover the MBEAT® products.

# **Exhibit P-170**

Claim Chart
mapping the '675 Patent claims
to the RSI/KEI Box Beam products

**U.S. Patent No. 5,775,675**
**Sequential Kinking Guardrail Terminal System [1]**
**Filed: 4/02/1997 – Priority Date: 4/02/1997**
**Issued: 7/07/1998 – Expired: 4/02/2017 [2]**

| Claims 1-14 | 350<br>BEAT® | 350<br>BEAT®-MT | 350<br>BEAT®-SSCC | 350<br>BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A crash attenuation impact head ...:<br>...<br>[1.4] impact energy is dissipated in incremental amounts through the sequential kinking of [the] rail element....<br><br>Claim 2<br>[1.P] A highway crash attenuation system comprising:<br>...<br>[1.6] impact energy is dissipated in incremental amounts through the sequential kinking of [the] rail element.... | ✘<br><br>Impact energy dissipated by bursting of Box-Beam, not "sequential kinking" FN[3] | ✘<br><br>Impact energy dissipated by bursting of Box-Beam, not "sequential kinking" FN[4] | ✘<br><br>Impact energy dissipated by bursting of Box-Beam, not "sequential kinking" FN[5] | ✘<br><br>Impact energy dissipated by bursting of Box-Beam, not "sequential kinking" FN[6] | ✘<br><br>Impact energy dissipated by bursting of Box-Beam, not "sequential kinking" FN[7] |

| Claims 1-14 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claims 3-14 all depend from Claim 1 or Claim 2, so no need for any separate analysis of these dependent claims. The use (or not) of the "sequential kinking" feature in the "impact head" will determine whether this '675 Patent covers the product. | | | | | |

[1] Ex. P-1, U.S. Patent No. 5,775,675, Sequential Kinking Guardrail Terminal System (Issued July 7, 1998)
Ex. P-2, U.S. Patent No. 5,775,675, Bibliographic Data - Application - Patent Center – USPTO.

[2] Ex. P-3, Patent Term Calculator, U.S. Patent No. 5,775,675 (calculating April 2, 2017 as the expiration date);
Ex. P-4, Patent Details, U.S. Patent No. 5,775,675, Sequential Kinking Guardrail Terminal System (all maintenance fees paid).

[3] Ex. P-101, RSI Web Site Page for the 350 BEAT® and 350 BEAT®-MT (available at https://roadsystems.com/beat-beat-mt/) ("During end-on impacts, the vehicle forces the Impact Head of the BEAT into the end of the box beam section causing the tube to burst. This allows the errant vehicle to be safely decelerated.");
Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000.

[4] Ex. P-101, RSI Web Site Page for the 350 BEAT® and 350 BEAT®-MT (available at https://roadsystems.com/beat-beat-mt/) ("During end-on impacts, the vehicle forces the Impact Head of the BEAT into the end of the box beam section causing the tube to burst. This allows the errant vehicle to be safely decelerated.");
Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002.

[5] Ex. P-101, RSI Web Site Page for the 350 BEAT® and 350 BEAT®-MT (available at https://roadsystems.com/beat-beat-mt/) ("During end-on impacts, the vehicle forces the Impact Head of the BEAT into the end of the box beam section causing the tube to burst. This allows the errant vehicle to be safely decelerated.");
Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002.

[6] Ex. P-101, RSI Web Site Page for the 350 BEAT® and 350 BEAT®-MT (available at https://roadsystems.com/beat-beat-mt/) ("During end-on impacts, the vehicle forces the Impact Head of the BEAT into the end of the box beam section causing the tube to burst. This allows the errant vehicle to be safely decelerated.");
Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003.

[7] Ex. P-102, RSI Web Site Page for the MBEAT® (available at https://roadsystems.com/mash-mbeat/) ("During end-on impacts, the vehicle forces the mandrel portion of the MBEAT impact head into the end of the box beam section, causing the tube to burst. The four walls of the tube are then peeled back. … This decelerates the errant vehicle and brings it to a controlled stop.");
Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020.

# Exhibit P-171

## Claim Chart
## mapping the ’680 Patent claims
## to the RSI/KEI Box Beam products

**U.S. Patent No. 5,924,680**
**Foundation Sleeve for a Guardrail System[1]**
**Filed: 4/21/1998 – Priority Date: 4/02/1997**
**Issued: 7/20/1999 – Expired: 4/02/2017[2]**

| Claim 1 | 350<br>BEAT® | 350<br>BEAT®-MT | 350<br>BEAT®-SSCC | 350<br>BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A foundation sleeve system for guardrail posts … comprising:<br>[1.1] an elongated tube … having an elongated slit along one side of said tube … said slit has a plurality of stiffening ribs …. | ✗<br>No BEAT® products use a “foundation sleeve”<br>FN[3]<br><br><br>BEAT-UP<br>BEAT-LP<br>(Post #1)<br>FN[4] | ✗<br>No BEAT® products use a “foundation sleeve”<br>FN[3]<br><br><br>BEAT-UP<br>BEAT-LP<br>(Post #1)<br>FN[6] | ✗<br>No BEAT® products use a “foundation sleeve”<br>FN[3]<br><br><br>BEAT-UP<br>BEAT-LP<br>(Post #1)<br>FN[8] | ✗<br>No BEAT® products use a “foundation sleeve”<br>FN[3]<br><br><br>BEAT-UP<br>BEAT-BP-LP<br>(Post #1)<br>FN[12] | ✗<br>No BEAT® products use a “foundation sleeve”<br>FN[3]<br><br><br>MBEAT MP1A<br>MP1B<br>(Post #1)<br>FN[15] |



EXHIBIT P-171

| Claim 1 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| |  Generic 3” I w/SP (Posts #2 and beyond) FN[5] |  BB-WPMT (Posts #2 and beyond) FN[7] |  PB621 (plug) (Posts #2 - #8) FN[9] |  PB621 (plug) (Posts #2 - #6) FN[13] |  MBEAT HP2A HP2B (Post #2) FN[16] |

| Claim 1 | 350<br>BEAT® | 350<br>BEAT®-MT | 350<br>BEAT®-SSCC | 350<br>BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| | | | <br><br>BEAT-UP<br>B-SS200<br>Surface Mounted<br>(Post #1)<br>FN[10] | <br>P621 (generic)<br>(Posts #7 and beyond)<br>FN[14] | <br>Generic 3" I w/SP<br>(Posts #3 and beyond)<br>FN[17]<br><br>Also note that the '680 Patent expired almost three years before the MBEAT® product was first sold<br>FN[18] |

| Claim 1 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| | | |   B-SS-PSM B-SS210 (angle) Surface Mounted (Posts #2 - #8) FN[11] | | |
| Claim 1 is the only claim in the ’680 Patent. Claim 1 recites a “foundation sleeve” comprising “an elongated tube” having “an elongated slit along one side,” and the slit has “a plurality of stiffening ribs.” The use (or not) of the Claim 1 “foundation sleeve” with an “elongated slit” that has “stiffening ribs” will determine whether this ’063 Patent covers the product. | | | | | |

[1] Ex. P-5, U.S. Patent No. 5,924,680, Foundation Sleeve for a Guardrail System (Issued July 20, 1999)
Ex. P-6, U.S. Patent No. 5,924,680, Bibliographic Data - Application - Patent Center – USPTO.

[2] Ex. P-7, Patent Term Calculator, U.S. Patent No. 5,924,680 (calculating April 2, 2017 as the expiration date);
Ex. P-8, Patent Details, U.S. Patent No. 5,924,680, An Improved Foundation Sleeve for A Guardrail System (all maintenance fees paid);

---

Ex. P-9, Maintenance Fee Statement, U.S. Patent No. 5,924,680 (11.5 year paid 2010-07-27).

[3] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying no BEAT® products as using steel posts and a "foundation sleeve" (aka "Foundation Tube").
The only RSI/KEI Products specified as using steel posts and a "foundation sleeve" are the 350 SKT® and 350 FLEAT® for Posts #1 and #2, and the 350 FLEAT®-MT for Posts #1, #2, and #4.

Ex. P-93, RSI/KEI Products Using Wood Posts (table listing each wood post used in each RSI/KEI product, specifying no BEAT® products using wood posts and a "foundation sleeve" (aka "Foundation Tube")).
The only RSI/KEI Products specified as using wood posts and a "foundation sleeve" are the 350 SKT® for Posts #1 - # 8, the 350 FLEAT® for Posts #1 and #2, and the 350 FLEAT®-MT for Posts #1, #2, and #4.

[4] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item Nos. BEAT-UP/BEAT-LP (Post Upper/Lower) for the 350 BEAT® Post #1; and
b) Item No. PSE07-09, Generic 3" I w/SP (Line Post) for the 350 BEAT® Posts #2 and beyond.)

Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000.

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted)
(fabrication drawing showing no "foundation sleeve" used for the 350 BEAT® Upper Post #1);
Ex. P-135, BEAT-LP Lower Post #1, Item No. BEAT-LP (06/08/09) (dimensions/tolerances redacted)
(fabrication drawing showing no "foundation sleeve" used for the 350 BEAT® Lower Post #1).

[5] Ex. P-123, Weak Post Box Beam Post & Welded Soil Plate, Item No. PSE07-09 (8/03/2005) (Generic 3" I w/SP (Line Post)) (fabrication drawing showing no "foundation sleeve" used for the 350 BEAT® Line Posts #2 and beyond).

[6] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item Nos. BEAT-UP/BEAT-LP (Post Upper/Lower) used for the 350 BEAT®-MT Post #1; and
b) Item No. BB-WPMT (Line Post) for the 350 BEAT®-MT Post #2 and beyond).

Ex. P-85, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002.

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted)
(fabrication drawing showing no "foundation sleeve" used for the 350 BEAT®-MT Upper Post #1);
Ex. P-135, BEAT-LP Lower Post #1, Item No. BEAT-LP (06/08/09) (dimensions/tolerances redacted)
(fabrication drawing showing no "foundation sleeve" used for the 350 BEAT®-MT Lower Post #1).

[7] Ex. P-136, BB-WPMT Box Beam Median Post, Item No. BB-WPMT (09/16/08) (dimensions/tolerances redacted) (fabrication drawing showing no "foundation sleeve" used for the 350 BEAT®-MT Line Posts #2 and beyond).

[8] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item Nos. BEAT-UP/BEAT-LP (Post Upper/Lower) used for the 350 BEAT®-SSCC Post #1;
b) Item No. PB621 (plug) used for the 350 BEAT®-SSCC Posts #2 - #8;
c) Item Nos. BEAT-UP/B-SS200 (Post Upper/Lower) used for the 350 BEAT®-SSCC Surface Mounted Post #1: and
d) Item No. B-SS-PSM/B-SS210 (angle) (Post Upper/Lower) used for the 350 BEAT®-SSCC Surface Mounted Posts #2 - #8).

Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002.

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted)
(fabrication drawing showing no "foundation sleeve" used for the 350 BEAT®-SSCC Upper Post #1);
Ex. P-135, BEAT-LP Lower Post #1, Item No. BEAT-LP (06/08/09) (dimensions/tolerances redacted)
(fabrication drawing showing no "foundation sleeve" used for the 350 BEAT®-SSCC Lower Post #1).

Ex. P-94, Interstate Steel Product Guide at 45, BEAT-SSCC Bill of Materials (showing Item No. BEAT-UP as the Upper End Post for the 350 BEAT®-SSCC); ***Id.*** at 47, BEAT-SSCC Parts, Item No. BEAT-UP, Upper End Post (photo showing no "foundation sleeve" used for the 350 BEAT®-SSCC Upper Post #1).

[9] Ex. P-121, PB621 Plug Weld Breakaway Post, Item No. PB621 (plug) (09/11/08) (dimensions/tolerances redacted)
(fabrication drawing showing no "foundation sleeve" used for the 350 BEAT®-SSCC Posts #2 - #8).

[10] Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted)
(fabrication drawing showing no "foundation sleeve" used for the 350 BEAT®-SSCC Surface Mounted Post #1);
Ex. P-139, BEAT SSCC Surface Mounted Base Plate, Item No. B-SS200 (01/14/10) (dimensions/tolerances redacted)
(fabrication drawing showing no "foundation sleeve" used for the 350 BEAT®-SSCC Surface Mounted Post #1).

[11] Ex. P-138, Surface Mount Beat SSCC Line Post, Item No. B-SS-PSM (2/1/2006) (dimensions/tolerances redacted)
(fabrication drawing showing no "foundation sleeve" used for the 350 BEAT®-SSCC Surface Mounted Posts #2 - #8);
Ex. P-140, Surface Mount Beat SSCC Line Post Base, Item No. B-SS210 (angle) (2/1/2006) (dimensions/tolerances redacted)
(fabrication drawing showing no "foundation sleeve" used for the 350 BEAT®-SSCC Surface Mounted Posts #2 - #8).

[12] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item Nos. BEAT-UP/BEAT-BP-LP (Post Upper/Lower) used for the 350 BEAT®-BP Post #1;
b) Item No. PB621 (plug) used for the 350 BEAT®-BP Posts #2 - #6; and
c) Item No. P621 (generic) used for the 350 BEAT®-BP Posts #7 and beyond).

Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003.

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted)
(fabrication drawing showing no "foundation sleeve" used for the 350 BEAT®-BP Upper Post #1);

Ex. P-135, BEAT-LP Lower Post #1, Item No. BEAT-BP-LP (02/10/17) (dimensions/tolerances redacted) (fabrication drawing showing no "foundation sleeve" used for the 350 BEAT®-BP Lower Post #1).

[13] Ex. P-121, PB621 Plug Weld Breakaway Post, Item No. PB621 (plug) (09/11/08) (dimensions/tolerances redacted) (fabrication drawing showing no "foundation sleeve" used for the 350 BEAT®-BP Posts #2 - #6).

[14] Ex. P-122, Wide-Flange Guardrail Post PWE01a-02a (4/9/2019), Item No. P621 (generic) (dimensions/tolerances redacted) (fabrication drawing showing no "foundation sleeve" used for the 350 BEAT®-BP Posts #7 and beyond).

[15] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item Nos. MBEAT MP1A/MP1B (Post Upper/Lower) used for the MBEAT® Post #1;
b) Item Nos. MBEAT HP2A/HP2B (Post Upper/Lower) used for the MBEAT® Post #2; and
c) Item No. Generic 3" I w/SP used for the MBEAT® Posts #3 and beyond).

Ex. P-146, MBEAT Post #1 Upper, Item No. MBEAT MP1A (05/01/18) (dimensions/tolerances redacted) (fabrication drawing showing no "foundation sleeve" used for the MBEAT® Upper Post #1);
Ex. P-144, MASH FLEAT Post #1 Lower, Item No. MP1B (07/01/19) (dimensions/tolerances redacted) (fabrication drawing showing no "foundation sleeve" used for the MBEAT® Lower Post #1).

[16] Ex. P-147, MBEAT Hinge Post Upper, Item No. MBEAT HP2A (05/08/18) (dimensions/tolerances redacted) (fabrication drawing showing no "foundation sleeve" used for the MBEAT® Upper Post #2);
Ex. P-131, Hinge Post #2 Bottom, Item No. HP2B (02/18/09) (dimensions/tolerances redacted) (fabrication drawing showing no "foundation sleeve" used for the MBEAT® Lower Post #2).

[17] Ex. P-123, Weak Post Box Beam Post & Welded Soil Plate, Item No. PSE07-09 (8/03/2005) (Generic 3" I w/SP (Line Post)) (fabrication drawing showing no "foundation sleeve" used for the MBEAT® Line Posts #3 and beyond).

[18] Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/ CC-157 dated March 13, 2020.
The MBEAT® was first sold shortly after the March 13, 2020 FHWA Approval Letter, which was almost three years after the April 2, 2017 expiration of the '680 Patent, so there is no need to determine whether the claims of the '680 Patent could cover the MBEAT® products.

# Exhibit P-172

Claim Chart
mapping the ’598 Patent claims
to the RSI/KEI Box Beam products

# U.S. Patent No. 5,988,598
## Breakaway Steel Guardrail Post[1]
## Filed: 11/04/1998 – Priority Date: 11/04/1998
## Issued: 11/23/1999 – Expired: 11/04/2018[2]

| Claims 1-6 | 350<br>BEAT® | 350<br>BEAT®-MT | 350<br>BEAT®-SSCC | 350<br>BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A breakaway guardrail post for highway crash control systems comprising:<br>[1.1] an upper post member having a weak impact axis and a strong impact axis;<br>[1.2] a lower post member … ;<br>[1.3] …<br>[a] a “first fastener” connecting the “first end” of a “connecting joint” to an “upper post”;<br>[b] a “second fastener” connecting the “second end” of the “connecting joint” to a “lower post”; and<br>[c] the “first fastener” having a | ✓<br><br>BEAT-UP<br>BEAT-LP<br>(Post # 1)<br>FN[3] | ✓<br><br>BEAT-UP<br>BEAT-LP<br>(Post # 1)<br>FN[4] | ✓ ✗<br>✓<br><br>BEAT-UP<br>BEAT-LP<br>(Post # 1)<br>FN[5] | ✓<br><br>BEAT-UP<br>BEAT-BP-LP<br>(Post # 1)<br>FN[8] | ✗<br>The ’598 Patent expired over a year before the MBEAT® product was first sold, so there is no need to determine whether the claims of the ’598 Patent could cover the MBEAT® products<br>FN[9] |

 EXHIBIT P-172

| Claims 1-6 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| "failure strength less than [the] failure strength of [the] second fastener." | | | ✘   BEAT-UP B-SS200 Surface Mount (Post #1) FN[6] | | |

| Claims 1-6 | 350<br>BEAT® | 350<br>BEAT®-MT | 350<br>BEAT®-SSCC | 350<br>BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| | | | <br><br>B-SS-PSM<br>B-SS210 (angle)<br>Surface Mount<br>(Posts #2 - #8)<br>FN[7] | | |

| Claims 1-6 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claims 2-6 all depend from Claim 1, so no need for any separate analysis of these dependent claims. The use (or not) of the following Claim 1 elements will determine whether this ’598 Patent covers the product.<br><br>1) an “upper post” having a “weak impact axis” and a “strong impact axis”;<br>2) a “first fastener” connecting the “first end” of a “connecting joint” to an “upper post”;<br>3) a “second fastener” connecting the “second end” of the “connecting joint” to a “lower post”; and<br>4) the “first fastener” having a “failure strength less than [the] failure strength of [the] second fastener.”<br><br>The MBEAT® product was first sold after the ’598 Patent expired, so no need to determine whether the claims of the ’598 Patent could cover the MBEAT® products FN[9]. For the other Box Beam products, the analysis begins with Post #1. If Claim 1 covers Post #1, then all terminals sold with those posts are covered by the ’598 Patent and no need to do any analysis of Posts #2 and beyond. If any Post #1 is not covered by Claim 1 of the ’598 Patent (BEAT®-SSCC Surface Mount), then the analysis continues to determine whether any of the Posts #2 and beyond are covered by Claim 1. The analysis concludes that all BEAT®, BEAT®-MT, and BEAT®-BP products are covered by Claim 1 of the ’598 Patent, and all BEAT®-SSCC products, except for the Surface Mount version, are covered by Claim 1 of the ’598 Patent. | | | | | |

[1] Ex. P-10, U.S. Patent No. 5,988,598, Breakaway Steel Guardrail Post (Issued November 23, 1999);
Ex. P-11, U.S. Patent No. 5,988,598, Bibliographic Data - Application - Patent Center – USPTO.

[2] Ex. P-12, Patent Term Calculator, U.S. Patent No. 5,988,598 (calculating November 4, 2018 as the expiration date);
Ex. P-13, Patent Details, U.S. Patent No. 5,988,598 (all maintenance fees paid);
Ex. P-14, Maintenance Fee Statement, U.S. Patent No. 5,988,598 (11.5 year paid 2010-11-23).

[3] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying: Item Nos. BEAT-UP/BEAT-LP (Post Upper/Lower) for the 350 BEAT® Post #1.
Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted);
Ex. P-135, BEAT-LP Lower Post #1, Item No. BEAT-LP (06/08/09) (dimensions/tolerances redacted) (fabrication drawings confirming that these Upper/Lower posts used for the 350 BEAT® Post #1 include all elements of Claim 1 of the ’598 Patent).
Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000.

---

[4] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying: Item Nos. BEAT-UP/BEAT-LP (Post Upper/Lower) used for the 350 BEAT®-MT Post #1.

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted);
Ex. P-135, BEAT-LP Lower Post #1, Item No. BEAT-LP (06/08/09) (dimensions/tolerances redacted)
(fabrication drawings confirming that these Upper/Lower posts used for the 350 BEAT®-MT Post #1
include all elements of Claim 1 of the '598 Patent).

Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002.

[5] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying: Item Nos. BEAT-UP/BEAT-LP (Post Upper/Lower) used for the 350 BEAT®-SSCC Post #1.

Surface Mounted
Item Nos. BEAT-UP/B-SS200 (Post Upper/Lower) used for the 350 BEAT®-SSCC Surface Mounted Post #1.

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted)
Ex. P-135, BEAT-LP Lower Post #1, Item No. BEAT-LP (06/08/09) (dimensions/tolerances redacted)
(fabrication drawings confirming that these Upper/Lower posts used for the 350 BEAT®-SSCC Post #1
include all elements of Claim 1 of the '598 Patent).

Ex. P-85, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002.

[6] Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted);
Ex. P-139, BEAT SSCC Surface Mounted Base Plate, Item No. B-SS200 (01/14/10) (dimensions/tolerances redacted)
(fabrication drawings confirming that this Upper Post and Lower surface mount used for the 350 BEAT®-SSCC Post #1
**do not** include all elements of Claim 1 of the '598 Patent, because no "lower post").

[7] Ex. P-138, Surface Mount BEAT SSCC Line Post, Item No. B-SS-PSM (2/1/2006) (dimensions/tolerances redacted);
Ex. P-140, Surface Mount Beat SSCC Line Post Base, Item No. B-SS210 (angle) (2/1/2006) (dimensions/tolerances redacted)
(fabrication drawings confirming that this Upper Post and Lower surface mount used for the 350 BEAT®-SSCC Posts #2 - #8
**do not** include all elements of Claim 1 of the '598 Patent, because no "lower post").

[8] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying: Item Nos. BEAT-UP/BEAT-BP-LP (Post Upper/Lower) used for the 350 BEAT®-BP Post #1.

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted)
Ex. P-137, BEAT-LP Lower Post #1, Item No. BEAT-BP-LP (02/10/17) (dimensions/tolerances redacted)
(fabrication drawings confirming that these Upper/Lower posts used for the 350 BEAT®-BP Post #1
include all elements of Claim 1 of the '598 Patent).

Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003.

[9] Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020.
The MBEAT® was first sold shortly after the March 13, 2020 FHWA Approval Letter, which was over a year after the November 4, 2018 expiration date for the ’598 Patent, so there is no need to determine whether the claims of the ’598 Patent could cover the MBEAT® products.

# Exhibit P-173

Claim Chart
mapping the ’063 Patent claims
to the RSI/KEI Box Beam products

# U.S. Patent No. 6,254,063
## Energy Absorbing Breakaway Steel Guardrail Post[1]
## Filed: 8/23/1999 – Priority Date: 11/4/1998
## Issued: 7/3/2001 – **Expired: 11/4/2018**[2]

| Claims 1-12 | 350<br>BEAT® | 350<br>BEAT®-MT | 350<br>BEAT®-SSCC | 350<br>BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] An improved breakaway steel guardrail post … comprising:<br>[1.1] … a cable restraint member looped through openings in said guardrail post ….<br><br>Claim 7<br>[7.P] An improved breakaway steel guardrail post … comprising:<br>[7.1] … a strap member fastened to said upper post member by a first fastener through a first strap opening and to said lower post member by a second fastener | ✗<br><br>BEAT-UP "breakaway steel guardrail post" has no "cable restraint member" or "strap member" (Upper Post # 1) FN[3] | ✗<br><br>BEAT-UP "breakaway steel guardrail post" has no "cable restraint member" or "strap member" (Upper Post # 1) FN[5] | ✗<br><br>BEAT-UP "breakaway steel guardrail post" has no "cable restraint member" or "strap member" (Upper Post # 1) FN[7] | ✗<br><br>BEAT-UP "breakaway steel guardrail post" has no "cable restraint member" or "strap member" (Upper Post # 1) FN[10] | ✗<br><br>MBEAT MP1A "breakaway steel guardrail post" has no "cable restraint member" or "strap member" (Upper Post # 1) FN[13] |

 EXHIBIT P-173

| Claims 1-12 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| through a second strap opening ….<br><br>Claim 11<br><br>[11.P] An improved breakaway steel guardrail post … comprising:<br><br>[11.1] … a strap member fastened to said upper post member by a first fastener through a first strap opening and to said lower post member by a second fastener through a second strap opening …. | | <br>BB-WPMT "breakaway steel guardrail post" has no "cable restraint member" or "strap member" (Posts # 2 and beyond) FN[6] | <br>PB621 (plug weld) "breakaway steel guardrail post" has no "cable restraint member" or "strap member" (Posts # 2 - #6) FN[8] | <br>PB621 (plug weld) "breakaway steel guardrail post" has no "cable restraint member" or "strap member" (Posts # 2 - #6) FN[11] | <br>MBEAT HP2A "breakaway steel guardrail post" has no "cable restraint member" or "strap member" (Upper Post # 2) FN[14] |

| Claims 1-12 | 350<br>BEAT® | 350<br>BEAT®-MT | 350<br>BEAT®-SSCC | 350<br>BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| | <br>Generic 3” I w/SP “breakaway steel guardrail post” has no “cable restraint member” or “strap member”<br>(Posts # 2 and beyond)<br>FN[4] | | <br>B-SS-PSM “breakaway steel guardrail post” has no “cable restraint member” or “strap member”<br>(Posts # 7 and beyond)<br>FN[9] | <br>P621 (generic) “breakaway steel guardrail post” has no “cable restraint member” or “strap member”<br>(Posts # 7 and beyond)<br>FN[12] | <br>Generic 3” I w/SP “breakaway steel guardrail post” has no “cable restraint member” or “strap member”<br>(Posts # 3 and beyond)<br>FN[15] |
| Claims 2-6 all depend from independent Claim 1, Claims 8-10 all depend from independent Claim 7, and Claim 12 depends from independent Claim 11, so no need for any separate analysis of these dependent claims. The use (or not) of the Claim 1 “cable restraint member” and the Claims 7 and 11 “strap member” will determine whether this ’063 Patent covers the product. | | | | | |

[1] Ex. P-23, U.S. Patent No. 6,254,063, Energy Absorbing Breakaway Steel Guardrail Post (Issued July 3, 2001);

Ex. P-24, U.S. Patent No. 6,254,063, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-25, Patent Term Calculator, U.S. Patent No. 6,254,063 (calculating November 4, 2018 as the expiration date);

Ex. P-26, Patent Details, U.S. Patent No. 6,254,063 (all maintenance fees paid);

Ex. P-27, Maintenance Fee Statement, U.S. Patent No. 6,254,063 (11.5 year paid 2013-02-21).

[3] Ex. P-93, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item No. BEAT-UP (Post Upper) as the post used for the 350 BEAT® Post #1; and
b) Generic 3" I w/SP (Line Post) as the post used for the 350 BEAT® Posts #2 and beyond.);

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 BEAT® Upper Post #1).

Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000.

[4] Ex. P-123, Weak-Post Box Beam Post & Welded Soil Plate, PSE07-09 (8/03/2005) (Generic 3" I w/SP (Line Post)) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 BEAT® Upper Post #1).

[5] Ex. P-93, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item No. BEAT-UP (Post Upper) as the post used for the 350 BEAT®-MT Post #1; and
b) Item No. BB-WPMT (Line Post) as the post used for the 350 BEAT®-MT Posts #2 and beyond.);

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 BEAT®-MT Upper Post #1).

Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002.

[6] Ex. P-136, BB-WPMT Box Beam Median Post, Item No. BB-WPMT (09/16/08) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 BEAT®-MT Posts #2 and beyond).

[7] Ex. P-93, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item No. BEAT-UP (Post Upper) as the upper post used for the 350 BEAT®-SSCC Post #1; and
b) Item No. PB621 (plug weld) as the upper post used for the 350 BEAT®-SSCC Posts #2 - #8).

Surface Mounted
a) Item No. BEAT-UP (Post Upper) as the upper post used for the 350 BEAT®-SSCC Post #1; and
b) Item No. B-SS-PSM (Post Upper) as the upper post used for the 350 BEAT®-SSCC Posts #2 - #8).

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for 350 BEAT®-SSCC Upper Post #1);
Ex. P-94, Interstate Steel Product Guide at 45, BEAT-SSCC Bill of Materials (showing Item No. BEAT-UP as the Upper End Post for the 350 BEAT®-SSCC); ***Id.*** at 47, BEAT-SSCC Parts, Item No. BEAT-UP, Upper End Post (photo showing no "cable restraint member" or "strap member" on this post used for the 350 BEAT®-SSCC Upper Post #1).

Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002.

[8] Ex. P-121, PB621 Plug Weld Breakaway Post, Item No. PB621 (09/11/08) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 BEAT®-SSCC Upper Posts #2 – #8).

[9] Ex. P-138, Surface Mount BEAT SSCC Line Post, Item No. B-SS-PSM (2/1/2006) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 BEAT®-SSCC surface mounted Posts #2 - #8).

[10] Ex. P-93, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item No. BEAT-UP (Post Upper) as the upper post used for the 350 BEAT®-BP Post #1;
b) Item No. PB621 (plug weld) as the post used for the 350 BEAT®-BP Posts #2 - 6; and
c) Item No. P621 (generic) as the post used for the 350 BEAT®-BP Posts #7 and beyond.);

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 BEAT®-BP Upper Post #1).

Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003.

[11] Ex. P-121, PB621 Plug Weld Breakaway Post, Item No. PB621 (09/11/08) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 BEAT®-BP Posts #2 – #6).

[12] Ex. P-122, Wide-Flange Guardrail Post, PWE01a-02a, Item No. P621 (4/92019) (generic) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the 350 BEAT®-BP Posts #7 and beyond).

[13] Ex. P-93, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying:
a) Item No. MBEAT MP1A (Post Upper) as the upper post used for the MBEAT® Post #1;
b) Item No. MBEAT HP2A (Post Upper) as the upper post used for the MBEAT® Post #2; and
c) Generic 3" I w/SP (Line Post) as the post used for the MBEAT® Posts #3 and beyond.);

Ex. P-146, MBEAT Post #1 UPPER, Item No. MBEAT MP1A (05/08/18) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the MBEAT® Upper Post #1).

Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020.

[14] Ex. P-147, MBEAT Hinge Post Upper, Item No. MBEAT HP2A (05/08/18) (dimensions/tolerances redacted) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the MBEAT® Upper Post #2).

[15] Ex. P-123, Weak-Post Box Beam Post & Welded Soil Plate, PSE07-09 (8/03/2005) (Generic 3" I w/SP (Line Post)) (fabrication drawing showing no "cable restraint member" or "strap member" on this post used for the MBEAT® Posts #3 and beyond).

# Exhibit P-174

Claim Chart
mapping the ’809 Patent claims
to the RSI/KEI Box Beam products

# U.S. Patent No. 6,308,809
# Crash Attenuation System[1]
## Filed: 5/07/1999 – Priority Date: 5/07/1999
## Issued: 10/30/2001 – Expired: 5/07/2019[2]

| Claims 1-14 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 14<br>[14.P] A crash attenuation system comprising:<br>[14.1] an impact head;<br>[14.2] an energy absorption mechanism attached to said impact head … comprising;<br>[14.3] a first mandrel having a first tensile strength;<br>[14.4] a tubular member having a second tensile strength;<br>said first mandrel receivable within a first end of said tubular member such that upon impact forces being applied | ✓<br><br>includes all elements of Claim 14 FN[3] | ✓<br><br>includes all elements of Claim 14 FN[4] | ✓<br><br>includes all elements of Claim 14 FN[5] | ✓<br><br>includes all elements of Claim 14 FN[6] | ✗<br><br>The '809 Patent expired several months before the MBEAT® product was first sold, so there is no need to determine whether the claims of the '809 Patent could cover the MBEAT® products FN[7] |

| Claims 1-14 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| to said impact head, said first mandrel is urged through said tubular member rupturing said tubular member thereby absorbing said impact forces [14.5] said first mandrel is generally rectangular and said tubular member is generally rectangular and said rupturing of said tubular member is confined to corners of said rectangular tubular member. | | | | | |
| Claims 2-12 all depend from independent Claim 1, and Claims 13 and 14 are additional independent claims, so no need for any separate analysis of the dependent claims. Whether the product includes each of the elements at least one of Claims 1, 13, or 14 will determine whether this ’809 Patent covers the product. | | | | | |

[1] Ex. P-28, U.S. Patent No. 6,308,809, Crash Attenuation System (Issued October 30, 2001);
Ex. P-29, U.S. Patent No. 6,308,809, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-30, Patent Term Calculator, U.S. Patent No. 6,308,809 (calculating May 7, 2019 as the expiration date);
Ex. P-31, Patent Details, U.S. Patent No. 6,308,809, Crash Attenuation System (all maintenance fees paid);
Ex. P-32, Maintenance Fee Statement, U.S. Patent No. 6,308,809 (11.5 year paid 2013-06-03).

[3] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT include all elements of Claim 14).

Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000 ("The impact head includes a steel mandrel which causes the box beam rail section to split at the corners and peel back as the head is pushed backwards in an end-on impact.").

[4] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT include all elements of Claim 14).

Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002
("The BEAT-MT is identical to the [BEAT] roadside design ….").

[5] Ex. P-104, Installation Instructions for BEAT®-SSCC Box Beam Bursting Energy Absorbing Terminal, Single Sided Crash Cushion; (showing that the BEAT®-SSCC includes all elements of Claim 14).

Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002
("The BEAT-SSCC is similar in design concept to the BEAT and the BEAT-MT ….").

[6] Ex. P-105, Installation Instructions for BEAT®-BP Box Beam Bursting Energy Absorbing Terminal, Bridge Pier; 350 BEAT®-BP (showing that the BEAT®-BP includes all elements of Claim 14).

Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003
("The BEAT-BP system … approach ends use an energy-absorbing terminal … similar to [the] BEAT-SSCC ….")
("[T]he [BEAT-BP] end terminal [is] similar to the BEAT-SSCC ….").

[7] Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020.
The MBEAT® was first sold shortly after the March 13, 2020 FHWA Approval Letter, which was several months after the May 7, 2019 expiration date for the '809 Patent, so there is no need to determine whether the claims of the '809 Patent could cover the MBEAT® products.

 

# Exhibit P-175

Claim Chart
mapping the ’508 Patent claims
to the RSI/KEI Box Beam products

# U.S. Patent No. 7,086,508
## End Splice Assembly for Box-Beam Guardrail and Terminal Systems[1]
## Filed: 9/02/2004 – Priority Date: 5/07/1999
## Issued: 8/08/2006 – Expired: 8/19/2019[2]

| Claims 1-2 | 350<br>BEAT® | 350<br>BEAT®-MT | 350<br>BEAT®-SSCC | 350<br>BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] An end splice assembly for a box-beam guardrail and terminal system … comprising:<br>[1.1-1.2] a first [and second] bent plate channel … ;<br>[1.3-1.4] a first [and second] channel splice plate … ;<br>…<br>[1.6] fastener members …. | ✓<br><br>includes all elements of Claim 1<br>FN[3] | ✓<br><br>includes all elements of Claim 1<br>FN[4] | ✓<br><br>includes all elements of Claim 1<br>FN[5] | ✓<br><br>includes all elements of Claim 1<br>FN[6] | ✗<br><br>The ’508 Patent expired several months before the MBEAT® product was first sold, so there is no need to determine whether the claims of the ’508 Patent could cover the MBEAT® products<br>FN[7] |



EXHIBIT P-175

| Claims 1-2 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claims 1 and 2 are both independent claims. Whether the product includes each of the elements any of Claims 1 and 2 will determine whether this ’508 Patent covers these Box Beam products. | | | | | |

[1] Ex. P-38, U.S. Patent No. 7,086,508, End Splice Assembly for Box-Beam Guardrail and Terminal Systems (Issued August 8, 2006);

Ex. P-39, U.S. Patent No. 7,086,508, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-40, Patent Term Calculator, U.S. Patent No. 7,086,508 (calculating August 19, 2019 as the expiration date);
Ex. P-41, Patent Details, U.S. Patent No. 7,086,508, End Splice Assembly for Box-Beam Guardrail and Terminal Systems (all maintenance fees paid);
Ex. P-42, Maintenance Fee Statements, U.S. Patent No. 7,086,508 (7.5 year paid 2014-06-09, 11.5 year paid 2017-08-08).

[3] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal at 9a (Figure 5a), and 17a (Figure 12a) (showing that the “Optional First Rail Tie Plate” for the BEAT® and BEAT®-MT include all elements of Claim 1).

Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000.

[4] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal at 9a (Figure 5a), and 17a (Figure 12a) (showing that the “Optional First Rail Tie Plate” for the BEAT® and BEAT®-MT include all elements of Claim 1).

Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002 (“The BEAT-MT is identical to the [BEAT] roadside design ….”).

[5] Ex. P-104, Installation Instructions for BEAT®-SSCC Box Beam Bursting Energy Absorbing Terminal, Single Sided Crash Cushion at 14 (Figure 10); (showing that the “End Tube Splice” for the BEAT®-SSCC includes all elements of Claim 1).

Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002 (“The BEAT-SSCC is similar in design concept to the BEAT and the BEAT-MT ….”).

[6] Ex. P-105, Installation Instructions for BEAT®-BP Box Beam Bursting Energy Absorbing Terminal, Bridge Pier; 350 BEAT®-BP at 28 (Figure 17) (showing that the “End Splice Channel Connection” for the BEAT®-BP includes all elements of Claim 1).

---

Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003 ("The BEAT-BP system … approach ends use an energy-absorbing terminal … similar to [the] BEAT-SSCC ….") ("[T]he [BEAT-BP] end terminal [is] similar to the BEAT-SSCC ….").

[7] Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020. The MBEAT® was first sold shortly after the March 13, 2020 FHWA Approval Letter, which was several months after the August 19, 2019 expiration date for the '508 Patent, so there is no need to determine whether the claims of the '508 Patent could cover the MBEAT® products.

# Exhibit P-176

Claim Chart
mapping the ’088 Patent claims
to the RSI/KEI Box Beam products

# U.S. Patent No. 7,147,088
## Single-Sided Crash Cushion System[1]
## Filed: 6/23/2005 – Priority Date: 10/1/2002
## Issued: 12/12/2006 – Expired: 10/01/2022[2]

| Claims 1-5 | 350<br>BEAT® | 350<br>BEAT®-MT | 350<br>BEAT®-SSCC | 350<br>BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A single-side crash cushion system for attachment at a first end section to a plurality of guardrail posts and at a second end section to a fixed-object hazard, said system comprising:<br>…<br>[1.3] a first stage box-beam rail energy absorber …;<br>[1.4] a downstream, second stage box-beam rail energy absorber …;<br>[1.5] a downstream, third stage box-beam rail energy absorber<br>…. | ✗<br><br>not a "crash cushion" attached to a "fixed object hazard"<br>FN[3]<br>Also note that this product was first sold several years before the 10/1/2002 priority date for this '088 Patent.<br>FN[4] | ✗<br><br>not a "crash cushion" attached to a "fixed object hazard"<br>FN[5] | ✓<br><br>a "crash cushion" attached to a "fixed object hazard"<br>FN[6]<br>has the first, second, and third "box-beam rail energy absorbers"<br>FN[7] | ✗<br><br>a "crash cushion" but not attached to a "fixed object hazard"<br>FN[8] | ✗<br><br>not a "crash cushion" attached to a "fixed object hazard"<br>FN[9] |

 EXHIBIT P-176

| Claims 1-5 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claims 2-5 all depend from independent Claim 1, so no need for any separate analysis of these dependent claims. Whether the product is an end terminal for a Box beam barrier, or a "crash cushion" but not attached to a "fixed object hazard," rather than a "crash cushion" attached to a "fixed object hazard" as recited in Claim 1, and the use of (or not) of the first/second/third "stage box-beam rail energy absorber" as recited in Claim 1, will determine whether this '088 Patent covers the product. | | | | | |

[1] Ex. P-48, U.S. Patent No. 7,147,088, Single-Sided Crash Cushion System (Issued December 12, 2006);
Ex. P-49, U.S. Patent No. 7,147,088, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-50, Patent Term Calculator, U.S. Patent No. 7,147,088 (calculating October 1, 2022 as the expiration date);
Ex. P-51, Patent Details, U.S. Patent No. 7,147,088 (all maintenance fees paid);
Ex. P-52, Maintenance Fee Statements, U.S. Patent No. 7,147,088
(3.5 year paid 2009-12-21, 7.5 year paid 2013-12-12, 11.5 year paid 2017-12-15).

Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002.

Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002.

Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003.

Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020.

[3] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT are end terminals for a Box beam barrier rather than a "crash cushion" attached to a "fixed object hazard").

[4] Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000.
The 350 BEAT® was first sold shortly after the November 9, 2000 FHWA Approval Letter cited above, which is almost two years prior to the October 1, 2002 priority date for this '088 Patent, so any '088 Patent claims covering this product would be invalid.

[5] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT are end terminals for a Box beam barrier rather than a "crash cushion" attached to a "fixed object hazard").

[6] Ex. P-104, Installation Instructions for BEAT®-SSCC Box Beam Bursting Energy Absorbing Terminal, Single Sided Crash Cushion (showing that the BEAT®-SSCC is a "crash cushion" attached to a "fixed object hazard").

7 Ex. P-104, Installation Instructions for BEAT®-SSCC Box Beam Bursting Energy Absorbing Terminal, Single Sided Crash Cushion (showing that the BEAT®-SSCC has the first, second, and third "box-beam rail energy absorbers").

8 Ex. P-105, Installation Instructions for BEAT®-BP Box Beam Bursting Energy Absorbing Terminal, Bridge Pier; 350 BEAT®-BP (showing that the BEAT®-BP is a "crash cushion" but not attached to a "fixed object hazard").

9 Ex. P-106, Assembly Instructions, MBEAT® MASH Terminal for 6" x 6" Roadside Box Beam Barrier (showing that the MBEAT® is an end terminal for a Box beam barrier rather than a "crash cushion" attached to a "fixed object hazard").

# **Exhibit P-177**

Claim Chart
mapping the ’913 Patent claims
to the RSI/KEI Box Beam products

# U.S. Patent No. 8,448,913
## Anchor Cable Release Mechanism for a Guardrail System[1]
## Filed: 1/09/2012 – Priority Date: 1/09/2012
## Issued: 5/28/2013 – Expires: 1/09/2032[2]

| Claims 1-9 | 350<br>BEAT® | 350<br>BEAT®-MT | 350<br>BEAT®-SSCC | 350<br>BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] An anchor cable release mechanism … having a W-beam rail element … comprising:<br>[1.1] … cable release bolts connected to … said W-beam rail element [and] aligned … along a top side and bottom side of said W-beam …;<br>[1.2] a cable release bracket … engageable on said first set of said bolts along said top side of said W-beam rail element, said bracket … engageable on said second set of bolts along said bottom side of said W-beam rail element …. | ✘<br><br>Box Beam,<br>not W-Beam<br>FN[3]<br>Also note that this product was first sold several years before the 1/9/2012 priority date for this '913 Patent.<br>FN[4] | ✘<br><br>Box Beam,<br>not W-Beam<br>FN[5]<br>Also note that this product was first sold several years before the 1/9/2012 priority date for this '913 Patent.<br>FN[6] | ✘<br><br>Box Beam,<br>not W-Beam<br>FN[7]<br>Also note that this product was first sold several years before the 1/9/2012 priority date for this '913 Patent.<br>FN[8] | ✘<br><br>Box Beam,<br>not W-Beam<br>FN[9]<br>Also note that this product was first sold several years before the 1/9/2012 priority date for this '913 Patent.<br>FN[10] | ✘<br><br>Box Beam,<br>not W-Beam<br>FN[11] |

| Claims 1-9 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| [6.P] An anchor cable release mechanism … having a W-beam rail element … comprising: [6.1] … cable release bolts connected to … said W-beam rail element [and] aligned … along a top side and bottom side of said W-beam …; [6.2] a cable release bracket … engageable on said first set of said bolts along said top side of said W-beam rail element, said bracket … engageable on said second set of bolts along said bottom side of said W-beam rail element …. | | | | | |
| Claims 2-5 all depend from Claim 1, and Claims 7-9 all depend from Claim 6, so no need for any separate analysis of these dependent claims. The use of Box Beam rather than the W-Beam guardrail recited in both independent Claims 1 and 6 will determine whether this ’913 Patent covers the product. | | | | | |

[1] Ex. P-53, U.S. Patent No. 8,448,913, Anchor Cable Release Mechanism for a Guardrail System (Issued May 28, 2013);
Ex. P-54, U.S. Patent No. 8,448,913, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-55, Patent Term Calculator, U.S. Patent No. 8,448,913
(calculating January 9, 2032 as the anticipated expiration date, because all maintenance fees have been paid timely);
Ex. P-56, Patent Details, U.S. Patent No. 8,448,913 (all maintenance fees paid);
Ex. P-57, Maintenance Fee Statements, U.S. Patent No. 8,448,913
(3.5 year paid 2017-02-06, 7.5 year paid 2020-05-28, 11.5 year paid 2024-06-05).

[3] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT are end terminals for a Box beam barrier rather than a W-beam).

[4] Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000.
The 350 BEAT® was first sold shortly after the November 9, 2000 FHWA Approval Letter cited above, which is several years prior to the January 9, 2012 priority date for this ’913 Patent, so any ’913 Patent claims covering this product would be invalid.

[5] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT are end terminals for a Box beam barrier rather than a W-beam).

[6] Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002.
The 350 BEAT®-MT was first sold shortly after the February 1, 2002 FHWA Approval Letter cited above, which is several years prior to the January 9, 2012 priority date for this ’913 Patent, so any ’913 Patent claims covering this product would be invalid.

[7] Ex. P-104, Installation Instructions for BEAT®-SSCC Box Beam Bursting Energy Absorbing Terminal, Single Sided Crash Cushion; (showing that the BEAT®-SSCC is a crash cushion using Box beam rails rather than a W-beam guardrail).

[8] Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002.
The 350 BEAT®-SSCC was first sold shortly after the February 22, 2002 FHWA Approval Letter cited above, which is several years prior to the January 9, 2012 priority date for this ’913 Patent, so any ’913 Patent claims covering this product would be invalid.

[9] Ex. P-105, Installation Instructions for BEAT®-BP Box Beam Bursting Energy Absorbing Terminal, Bridge Pier; 350 BEAT®-BP (showing that the BEAT®-BP is crash cushion using Box beam rails rather than a W-beam guardrail).

[10] Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003.
The 350 BEAT®-BP was first sold shortly after the December 12, 2003 FHWA Approval Letter cited above, which is several years prior to the January 9, 2012 priority date for this ’913 Patent, so any ’913 Patent claims covering this product would be invalid.

[11] Ex. P-106, Assembly Instructions, MBEAT® MASH Terminal for 6” x 6” Roadside Box Beam Barrier (showing that the MBEAT® is an end terminal for a Box beam barrier rather than a W-beam);

Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020.

# **Exhibit P-178**

Claim Chart
mapping the ’844 Patent claims
to the RSI/KEI Box Beam products

# U.S. Patent No. 9,963,844
## Energy Absorbing Guardrail System[1]
## Filed: 6/09/2017 – Priority Date: 7/21/2014
## Issued: 5/18/2018 – Expires: 7/21/2034[2]

| Claims 1-11 | 350<br>BEAT® | 350<br>BEAT®-MT | 350<br>BEAT®-SSCC | 350<br>BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A highway crash attenuation system comprising:<br>[1.1] W-beam rail elements attached to a plurality of vertical posts;<br>[1.2] an impact terminal having a feeder chute for guiding one or more of said W - beam rail elements through said impact terminal;<br>…<br>[1.3] … said feeder chute has an impact shield [and] inwardly rolled edges …. | ✘<br><br>Box-Beam,<br>not W-Beam<br>FN[3]<br>Also note that this product was first sold several years before the 7/21/2014 priority date for this ’844 Patent.<br>FN[4] | ✘<br><br>Box-Beam,<br>not W-Beam<br>FN[5]<br>Also note that this product was first sold several years before the 7/21/2014 priority date for this ’844 Patent.<br>FN[6] | ✘<br><br>Box-Beam,<br>not W-Beam<br>FN[7]<br>Also note that this product was first sold several years before the 7/21/2014 priority date for this ’844 Patent.<br>FN[8] | ✘<br><br>Box-Beam,<br>not W-Beam<br>FN[9]<br>Also note that this product was first sold several years before the 7/21/2014 priority date for this ’844 Patent.<br>FN[10] | ✘<br><br>Box-Beam,<br>not W-Beam<br>FN[11] |
| Claims 2-11 all depend from Claim 1, so no need for any separate analysis of these dependent claims. The use of Box Beam rather than W-Beam guardrail will determine whether this ’844 Patent covers the product. | | | | | |

 EXHIBIT P-178

[1] Ex. P-63, U.S. Patent No. 9,963,844, Energy Absorbing Guardrail System (Issued May 8, 2018);
Ex. P-64, U.S. Patent No. 9,963,844, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-65, Patent Term Calculator, U.S. Patent No. 9,963,844
(calculating July 21, 2034 as the anticipated expiration date, assuming all remaining maintenance fees paid);
Ex. P-66, Patent Details, U.S. Patent No. 9,963,844, Energy Absorbing Guardrail System
(No maintenance fees are due at this time. 11.5 year window opens on 05/08/2029.);
Ex. P-67, Maintenance Fee Statements, U.S. Patent No. 9,963,844 (3.5 year paid 2021-05-12, 7.5 year paid 2025-05-12).

[3] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT are end terminals for a Box beam barrier rather than a W-beam);
Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000.

[4] The 350 BEAT® was first sold shortly after the November 9, 2000 FHWA Approval Letter cited above, which is several years prior to the July 21, 2014 priority date for this ’844 Patent, so any ’844 Patent claims covering this product would be invalid.

[5] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT are end terminals for a Box beam barrier rather than a W-beam);
Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002.

[6] The 350 BEAT®-MT was first sold shortly after the February 1, 2002 FHWA Approval Letter cited above, which is several years prior to the July 21, 2014 priority date for this ’844 Patent, so any ’844 Patent claims covering this product would be invalid.

[7] Ex. P-104, Installation Instructions for BEAT®-SSCC Box Beam Bursting Energy Absorbing Terminal, Single Sided Crash Cushion; (showing that the BEAT®-SSCC is an end terminal for a Box beam crash cushion rather than a W-beam guardrail);
Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002.

[8] The 350 BEAT®-SSCC was first sold shortly after the February 22, 2002 FHWA Approval Letter cited above, which is several years prior to the July 21, 2014 priority date for this ’844 Patent, so any ’844 Patent claims covering this product would be invalid.

[9] Ex. P-105, Installation Instructions for BEAT®-BP Box Beam Bursting Energy Absorbing Terminal, Bridge Pier; 350 BEAT®-BP (showing that the BEAT®-BP is an end terminal for a Box beam barrier rather than a W-beam);
Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003.

[10] The 350 BEAT®-BP was first sold shortly after the December 12, 2003 FHWA Approval Letter cited above, which is several years prior to the July 21, 2014 priority date for this ’844 Patent, so any ’844 Patent claims covering this product would be invalid.

[11] Ex. P-106, Assembly Instructions, MBEAT® MASH Terminal for 6” x 6” Roadside Box Beam Barrier (showing that the MBEAT® is an end terminal for a Box beam barrier rather than a W-beam);
Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020.

# Exhibit P-179

Claim Chart
mapping the ’484 Patent claims
to the RSI/KEI Box Beam products

# U.S. Patent No. 9,732,484
## Energy Absorbing Guardrail System[1]
## Filed: 1/13/2015 – Priority Date: 7/21/2014
## Issued: 8/15/2017 – Expires: 12/18/2034 (150 days PT Extension)[2]

| Claims 1-7 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A highway crash attenuation system comprising:<br>[1.1] W-beam rail elements attached to a plurality of vertical posts;<br>… | ✗<br><br>Box Beam, not W-Beam<br>FN[3] | ✗<br><br>Box Beam, not W-Beam<br>FN[6] | ✗<br><br>Box Beam, not W-Beam<br>FN[9] | ✗<br><br>Box Beam, not W-Beam<br>FN[12] | ✗<br><br>Box Beam, not W-Beam<br>FN[15] |



EXHIBIT P-179

| Claims 1-7 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| [1.3] … first breakaway post comprising:<br>[1.4] … upper post section having a lateral support lip extending along a lower edge of a downstream face of said upper post section …. | <br>BEAT-UP “first breakaway post” has no “lateral support lip” FN[4]<br><br>Also note that this product was first sold several years before the 7/21/2014 priority date for this ’484 Patent. FN[5] | <br>BEAT-UP “first breakaway post” has no “lateral support lip” FN[7]<br><br>Also note that this product was first sold several years before the 7/21/2014 priority date for this ’484 Patent. FN[8] | <br>BEAT-UP “first breakaway post” has no “lateral support lip” FN[10]<br><br>Also note that this product was first sold several years before the 7/21/2014 priority date for this ’484 Patent. FN[11] | <br>BEAT-UP “first breakaway post” has no “lateral support lip” FN[13]<br><br>Also note that this product was first sold several years before the 7/21/2014 priority date for this ’484 Patent. FN[14] | <br>MBEAT MP1A “first breakaway post” does have “lateral support lip” FN[16] |
| Claims 2-7 all depend from Claim 1, so no need for any separate analysis of these dependent claims. The Claim 1 recitation of a W-beam guardrail (rather than a Box Beam) confirms that no claims of this ’484 Patent cover any of these Box Beam products. | | | | | |

[1] Ex. P-58, U.S. Patent No. 9,732,484, Energy Absorbing Guardrail System (Issued August 15, 2017); Ex. P-59, U.S. Patent No. 9,732,484, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-60, Patent Term Calculator, U.S. Patent No. 9,732,484
(calculating December 18, 2034 as the anticipated expiration date, assuming all remaining maintenance fees paid);

Ex. P-61, Patent Details, U.S. Patent No. 9,732,484
("No maintenance fees are due at this time. 11.5 year window opens on 08/15/2028.");
Ex. P-62, Maintenance Fee Statements, U.S. Patent No. 9,732,484 (3.5 year paid 2021-04-15, 7.5 year paid 2024-08-20).

[3] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT are end terminals for a Box beam barrier rather than a W-beam).

[4] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. BEAT-UP (Post Upper) as the post used for the 350 BEAT® Upper Post #1).

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lip" on this post used for the 350 BEAT® Upper Post #1).

[5] Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000.
The 350 BEAT® was first sold shortly after the November 9, 2000 FHWA Approval Letter cited above, which is several years prior to the July 21, 2014 priority date for this '484 Patent, so any '484 Patent claims covering this product would be invalid.

[6] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT are end terminals for a Box beam barrier rather than a W-beam).

[7] Ex. P-92, RSI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. BEAT-UP (Post Upper) as the post used for the 350 BEAT®-MT Upper Post #1).

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lip" on this post used for the 350 BEAT®-MT Upper Post #1).

[8] Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002.
The 350 BEAT®-MT was first sold shortly after the February 1, 2002 FHWA Approval Letter cited above, which is several years prior to the July 21, 2014 priority date for this '484 Patent, so any '484 Patent claims covering this product would be invalid.

[9] Ex. P-104, Installation Instructions for BEAT®-SSCC Box Beam Bursting Energy Absorbing Terminal, Single Sided Crash Cushion; (showing that the BEAT®-SSCC is an end terminal for a Box beam crash cushion rather than a W-beam guardrail).

[10] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. BEAT-UP (Post Upper) as the post used for the 350 BEAT®-SSCC Upper Post #1).

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lip" on this post used for the 350 BEAT®-SSCC Upper Post #1);

---

Ex. P-94, Interstate Steel Product Guide at 47, BEAT-SSCC Parts, Item No. BEAT-UP, Upper End Post (photograph showing "no lateral support lip" on this post).

[11] Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002.
The 350 BEAT®-SSCC was first sold shortly after the February 22, 2002 FHWA Approval Letter cited above, which is several years prior to the July 21, 2014 priority date for this '484 Patent, so any '484 Patent claims covering this product would be invalid.

[12] Ex. P-105, Installation Instructions for BEAT®-BP Box Beam Bursting Energy Absorbing Terminal, Bridge Pier; 350 BEAT®-BP (showing that the 350 BEAT®-BP is an end terminal for a Box beam barrier rather than a W-beam).

[13] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. BEAT-UP (Post Upper) as the post used for the 350 BEAT®-BP Upper Post #1).

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lip" on this post used for the 350 BEAT®-BP Upper Post #1).

[14] Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003.
The 350 BEAT®-BP was first sold shortly after the December 12, 2003 FHWA Approval Letter cited above, which is several years prior to the July 21, 2014 priority date for this '484 Patent, so any '484 Patent claims covering this product would be invalid.

[15] Ex. P-106, Assembly Instructions, MBEAT® MASH Terminal for 6" x 6" Roadside Box Beam Barrier (showing that the MBEAT® is an end terminal for a Box beam barrier rather than a W-beam);

Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020.

[16] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. MBEAT MP1A (Post Upper) as the post used for the MBEAT® Upper Post #1).

Ex. P-146, MBEAT Post #1 UPPER, Item No. MBEAT MP1A (05/08/18) (dimensions/tolerances redacted) (fabrication drawing showing "lateral support lip" on this post used for the MBEAT® Upper Post #1).

# Exhibit P-180

Claim Chart
mapping the ’231 Patent claims
to the RSI/KEI Box Beam products

# U.S. Patent No. 10,119,231
# Energy Absorbing Guardrail System Having A Modified First Upper Post[1]
## Filed: 5/7/2018 – Priority Date: 6/9/2017
## Issued: 11/6/2018 – Expires: 06/09/2037[2]

| Claims 1-7 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A highway crash attenuation system having W-beam rail elements attached to a plurality of vertical posts; … said first breakaway post comprising: | ✘<br><br>Box Beam, not W-Beam<br>FN[3] | ✘<br><br>Box Beam, not W-Beam<br>FN[6] | ✘<br><br>Box Beam, not W-Beam<br>FN[9] | ✘<br><br>Box Beam, not W-Beam<br>FN[12] | ✘<br><br>Box Beam, not W-Beam<br>FN[15] |

| Claims 1-7 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| [1.1] an upper post section … having … a second [anchor cable through] notch in a downstream wall of said upper post section, said anchor cable passing through said … second notch in said downstream wall;<br><br>[1.2] spaced-apart sections of lateral support lips extending along a lower edge of a downstream face of said upper post section, said spaced-apart support lip sections having a space therebetween such that a cable pass through opening in said second notch is unobstructed …. | <br>BEAT-UP “first breakaway post” with “notch” has no “lateral support lips” FN[4]<br><br>Also note that this product was first sold several years before the 6/9/2017 priority date for this ’231 Patent. FN[5] | <br>BEAT-UP “first breakaway post” with “notch” has no “lateral support lips” FN[7]<br><br>Also note that this product was first sold several years before the 6/9/2017 priority date for this ’231 Patent. FN[8] | <br>BEAT-UP “first breakaway post” with “notch” has no “lateral support lips” FN[10]<br><br>Also note that this product was first sold several years before the 6/9/2017 priority date for this ’231 Patent. FN[11] | <br>BEAT-UP “first breakaway post” with “notch” has no “lateral support lips” FN[13]<br><br>Also note that this product was first sold several years before the 6/9/2017 priority date for this ’231 Patent. FN[14] | <br>MBEAT MP1A “first breakaway post” with “notch” does have “spaced-apart sections of lateral support lips” FN[16] |

| Claims 1-7 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claims 2-7 all depend from Claim 1, so no need for any separate analysis of these dependent claims. The Claim 1 recitation of a W-beam guardrail (rather than a Box Beam) confirms that no claims of this ’231 Patent cover any of these Box Beam products. | | | | | |

[1] Ex. P-68, U.S. Patent No. 10,119,231, Energy Absorbing Guardrail System Having A Modified First Upper Post (Issued November 6, 2018);

Ex. P-69, U.S. Patent No. 10,119,231, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-70, Patent Term Calculator, U.S. Patent No. 10,119,231 (calculating June 9, 2037 as the anticipated expiration date, assuming all remaining maintenance fees paid);

Ex. P-71, Patent Details, U.S. Patent No. 10,119,231 (No maintenance fees are due at this time. 11.5 year window opens on 11/06/2029);
Ex. P-72, Maintenance Fee Statements, U.S. Patent No. 10,119,231 (3.5 year paid 2021-11-11, 7.5 year paid 2025-11-10).

[3] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT are end terminals for a Box beam barrier rather than a W-beam).

[4] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. BEAT-UP (Post Upper) as the post used for the 350 BEAT® Upper Post #1).

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted) (fabrication drawing showing no “lateral support lips” on this post used for the 350 BEAT® Upper Post #1).

[5] Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000.
The 350 BEAT® was first sold shortly after the November 9, 2000 FHWA Approval Letter cited above, which is several years prior to the June 9, 2017 priority date for this ’231 Patent, so any ’231 Patent claims covering this product would be invalid.

[6] Ex. P-103, Installation Instructions for BEAT® Box Beam Bursting Energy Absorbing Terminal and BEAT®-MT Median Terminal (showing that the BEAT® and BEAT®-MT are end terminals for a Box beam barrier rather than a W-beam).

[7] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. BEAT-UP (Post Upper) as the post used for the 350 BEAT®-MT Upper Post #1).

Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 BEAT®-MT Upper Post #1).

[8] Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002.
The 350 BEAT®-MT was first sold shortly after the February 1, 2002 FHWA Approval Letter cited above, which is several years prior to the June 9, 2017 priority date for this '231 Patent, so any '231 Patent claims covering this product would be invalid.

[9] Ex. P-104, Installation Instructions for BEAT®-SSCC Box Beam Bursting Energy Absorbing Terminal, Single Sided Crash Cushion; (showing that the BEAT®-SSCC is an end terminal for a Box beam crash cushion rather than a W-beam guardrail).

[10] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. BEAT-UP (Post Upper) as the post used for the 350 BEAT®-SSCC Post #1).
Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on Upper Post #1 used for the 350 BEAT®-SSCC);
Ex. P-94, Interstate Steel Product Guide at 47, BEAT-SSCC Parts, Item No. BEAT-UP, Upper End Post (photograph showing "no lateral support lips" on Upper Post #1).

[11] Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002.
The 350 BEAT®-SSCC was first sold shortly after the February 22, 2002 FHWA Approval Letter cited above, which is several years prior to the June 9, 2017 priority date for this '231 Patent, so any '231 Patent claims covering this product would be invalid.

[12] Ex. P-105, Installation Instructions for BEAT®-BP Box Beam Bursting Energy Absorbing Terminal, Bridge Pier; 350 BEAT®-BP (showing that the 350 BEAT®-BP is an end terminal for a Box beam barrier rather than a W-beam).

[13] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. BEAT-UP (Post Upper) as the post used for the 350 BEAT®-BP Upper Post #1).
Ex. P-134, BEAT-UP, Item No. BEAT-UP (04/16/09) (dimensions/tolerances redacted) (fabrication drawing showing no "lateral support lips" on this post used for the 350 BEAT®-BP Upper Post #1).

[14] Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003.
The 350 BEAT®-BP was first sold shortly after the December 12, 2003 FHWA Approval Letter cited above, which is several years prior to the June 9, 2017 priority date for this '231 Patent, so any '231 Patent claims covering this product would be invalid.

[15] Ex. P-106, Assembly Instructions, MBEAT® MASH Terminal for 6" x 6" Roadside Box Beam Barrier (showing that the MBEAT® is an end terminal for a Box beam barrier rather than a W-beam);
Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020.

[16] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. MBEAT MP1A (Post Upper) as the post used for the MBEAT® Upper Post #1).

Ex. P-146, MBEAT Post #1 UPPER, Item No. MBEAT MP1A (05/08/18) (dimensions/tolerances redacted) (fabrication drawing showing "lateral support lips" on this post used for the MBEAT® Upper Post #1, which does have "spaced-apart sections of lateral support lips").

# Exhibit P-181

Claim Chart
mapping the ’044 Patent claims
to the RSI/KEI Box Beam products

# U.S. Patent No. 10,914,044
## Breakaway Guardrail Post for a Highway Crash Attenuation System[1]
## Filed: 5/7/2018 – Priority Date: 5/7/2018
## Issued: 2/9/2021 – Expires: 06/09/2037 (Terminal Disclaimer)[2]

| Claims 1-4 | 350<br>BEAT® | 350<br>BEAT®-MT | 350<br>BEAT®-SSCC | 350<br>BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| Claim 1<br>[1.P] A highway crash attenuation system having an improved breakaway guardrail post said post comprising:<br>[1.1] an upper post section … having … a second anchor cable through notch in a downstream wall of said upper post section, and an anchor cable passing through said … second notch in said downstream wall;<br>[1.2] spaced-apart sections of lateral support lips extending along a lower edge of a downstream face of said upper post | ✘<br><br>BEAT-UP “breakaway guardrail” “upper post” with “notch” has no “lateral support lips”<br>FN[3] | ✘<br><br>BEAT-UP “breakaway guardrail” “upper post” with “notch” has no “lateral support lips”<br>FN[5] | ✘<br><br>BEAT-UP “breakaway guardrail” “upper post” with “notch” has no “lateral support lips”<br>FN[7] | ✘<br><br>BEAT-UP “breakaway guardrail” “upper post” with “notch” has no “lateral support lips”<br>FN[9] | ✓<br><br>MBEAT MP1A “breakaway guardrail” “upper post” with “notch” does have “spaced-apart sections of lateral support lips”<br>FN[11] |



EXHIBIT P-181

| Claims 1-4 | 350 BEAT® | 350 BEAT®-MT | 350 BEAT®-SSCC | 350 BEAT®-BP | MBEAT® |
|---|---|---|---|---|---|
| section, said spaced-apart support lip sections having a space therebetween such that a cable passes through opening in said second notch unobstructed …. | Also note that this product was first sold several years before the 5/7/2018 priority date for this ’044 Patent. FN[4] | Also note that this product was first sold several years before the 5/7/2018 priority date for this ’044 Patent. FN[6] | Also note that this product was first sold several years before the 5/7/2018 priority date for this ’044 Patent. FN[8] | Also note that this product was first sold several years before the 5/7/2018 priority date for this ’044 Patent. FN[10] | |
| Claims 2-4 all depend from Claim 1, so no need for any separate analysis of these dependent claims. The use (or not) of the “spaced-apart sections of lateral support lips” on the Upper Post #1 will determine whether this ’044 Patent covers the product. | | | | | |

[1] Ex. P-73, U.S. Patent No. 10,914,044, Breakaway Guardrail Post for a Highway Crash Attenuation System (Issued February 9, 2021);

Ex. P-74, U.S. Patent No. 10,914,044, Bibliographic Data - Application - Patent Center - USPTO.

[2] Ex. P-75, Patent Term Calculator, U.S. Patent No. 10,914,044 (calculating June 9, 2037 as the anticipated expiration date, assuming all remaining maintenance fees paid);

Ex. P-76, Patent Details, U.S. Patent No. 10,914,044 (“No maintenance fees are due at this time. 7.5 year window opens on 02/09/2028.”);

Ex. P-77, Maintenance Fee Statement, U.S. Patent No. 10,914,044 (3.5 year paid 2024-03-27);

Ex. P-78, Terminal Disclaimer filed 2020-10-26 (disclaiming “the terminal part of the statutory term … which would extend beyond the expiration date of the full statutory term [of] prior patent No. 10,119,231”);

Ex. P-69, U.S. Patent No. 10,119,231, Bibliographic Data - Application - Patent Center - USPTO;

Ex. P-70, Patent Term Calculator for U.S. Patent No. 10,119,231 (calculating June 9, 2037 as expiration date assuming all remaining maintenance fees paid);

Ex. P-71, Patent Details, U.S. Patent No. 10,119,231
(No maintenance fees are due at this time. 11.5 year window opens on 11/06/2029);
Ex. P-72, Maintenance Fee Statements, U.S. Patent No. 10,119,231 (3.5 year paid 2021-11-11, 7.5 year paid 2025-11-10).

[3] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. BEAT-UP (Post Upper) as the post used for the 350 BEAT® Upper Post #1).
Ex. P-134, BEAT-UP, Item No. BEAT-UP (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lips" on this post used for the 350 BEAT® Upper Post #1).

[4] Ex. P-85, 350 BEAT® FHWA Approval Letter HSA-1\HSA-CC-69 dated November 9, 2000.
The 350 BEAT® was first sold shortly after the November 9, 2000 FHWA Approval Letter, which is several years prior to the May 7, 2018 priority date for this '044 Patent, so any '044 Patent claims covering this product would be invalid.

[5] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. BEAT-UP (Post Upper) as the post used for the 350 BEAT®-MT Upper Post #1).
Ex. P-134, BEAT-UP, Item No. BEAT-UP (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lips" on this post used for the 350 BEAT®-MT Upper Post #1).

[6] Ex. P-86, 350 BEAT®-MT FHWA Approval Letter HSA-10/CC-69A dated February 1, 2002
The 350 BEAT®-MT was first sold shortly after the February 1, 2002 FHWA Approval Letter, which is several years prior to the May 7, 2018 priority date for this '044 Patent, so any '044 Patent claims covering this product would be invalid.

[7] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. BEAT-UP (Post Upper) as the post used for the 350 BEAT®-SSCC Upper Post #1).
Ex. P-134, BEAT-UP, Item No. BEAT-UP (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lips" on this post used for 350 BEAT®-SSCC Upper Post #1);
Ex. P-94, Interstate Steel Product Guide at 45, BEAT-SSCC Bill of Materials
(showing Item No. BEAT-UP as the Upper End Post for the 350 BEAT®-SSCC);
***Id.*** at 47, BEAT-SSCC Parts, Item No. BEAT-UP, Upper End Post
(photograph showing "no lateral support lips" on this post used for the 350 BEAT®-SSCC Upper Post #1).

[8] Ex. P-87, 350 BEAT®-SSCC FHWA Approval Letter SA-10/CC-69B dated February 22, 2002.
The 350 BEAT®-SSCC was first sold shortly after the February 22, 2002 FHWA Approval Letter, which is several years prior to the May 7, 2018 priority date for this '044 Patent, so any '044 Patent claims covering this product would be invalid.

[9] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. BEAT-UP (Post Upper) as the post used for the 350 BEAT®-BP Upper Post #1).

---

Ex. P-134, BEAT-UP, Item No. BEAT-UP (dimensions/tolerances redacted)
(fabrication drawing showing no "lateral support lips" on this post used for the 350 BEAT®-BP Upper Post #1).

[10] Ex. P-90, 350 BEAT®-BP FHWA Approval Letter HSA-10/CC-69C dated December 12, 2003.
The 350 BEAT®-BP was first sold shortly after the December 12, 2003 FHWA Approval Letter, which is several years prior to the May 7, 2018 priority date for this '044 Patent, so any '044 Patent claims covering this product would be invalid.

[11] Ex. P-92, RSI/KEI Products and Steel Posts Used (table listing each steel post used in each RSI/KEI product, specifying Item No. MBEAT MP1A (Post Upper) as the post used for the MBEAT® Upper Post #1).

Ex. P-146, MBEAT Post #1 UPPER, Item No. MBEAT MP1A (05/08/18) (dimensions/tolerances redacted)
(fabrication drawing showing "lateral support lip" on this post used for the MBEAT® Upper Post #1,
which does have "spaced-apart sections of lateral support lips").

Ex. P-91, MBEAT® FHWA Approval Letter HSST-1/CC-157 dated March 13, 2020.