# Exhibit P-182

U.S. Patent No. 6,668,989,
Trailer Mounted
Bursting Energy Absorption System
(Issued December 30, 2003)
("the '989 Patent")
(Truck-Trailer Mounted Attenuator
("TTMA") 100)

US006668989B2

(12) **United States Patent**
**Reid et al.**

(10) **Patent No.: US 6,668,989 B2**
(45) **Date of Patent: Dec. 30, 2003**

(54) **TRAILER MOUNTED BURSTING ENERGY ABSORPTION SYSTEM**

(75) Inventors: **John D. Reid**, Lincoln, NE (US); **John R. Rohde**, Lincoln, NE (US); **Dean L. Sicking**, Lincoln, NE (US)

(73) Assignee: **Safety by Design, Co.**, Lincoln, NE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/262,367**

(22) Filed: **Oct. 1, 2002**

(65) **Prior Publication Data**

US 2003/0070895 A1 Apr. 17, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/935,948, filed on Aug. 23, 2001, now Pat. No. 6,457,570, which is a continuation-in-part of application No. 09/307,235, filed on May 1, 1999, now Pat. No. 6,308,809.

(51) **Int. Cl.**[7] .................................................. **F16F 7/12**

(52) **U.S. Cl.** ...................................................... **188/377**

(58) **Field of Search** ................................ 188/371, 372, 188/374, 376, 377; 280/407.1; 256/13.1; 293/133

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,143,321 A | | 8/1964 | McGehee et al. | |
| 3,608,677 A | | 9/1971 | Wykes | |
| 3,744,338 A | | 7/1973 | Komatsu et al. | |
| 3,916,720 A | | 11/1975 | Smith | |
| 4,200,310 A | | 4/1980 | Carney | |
| 4,336,868 A | | 6/1982 | Wilson et al. | |
| 5,181,589 A | | 1/1993 | Siegner et al. | |
| 5,351,791 A | | 10/1994 | Rosenzweig | |
| 5,391,016 A | | 2/1995 | Ivey et al. | |
| 5,732,801 A | | 3/1998 | Gertz | |
| 5,875,875 A | | 3/1999 | Knotts | |
| 5,947,452 A | * | 9/1999 | Albritton | 256/13.1 |
| 6,308,809 B1 | * | 10/2001 | Reid et al. | 188/377 |
| 6,457,570 B2 | * | 10/2002 | Reid et al. | 188/377 |
| 2001/0013693 A1 | * | 8/2001 | Ross et al. | 280/407.1 |

* cited by examiner

*Primary Examiner*—Chris Schwartz
(74) *Attorney, Agent, or Firm*—Jackson Walker L.L.P.

(57) **ABSTRACT**

A portable crash attenuation system having a trailer frame and an energy absorption mechanism attached thereto. The absorption mechanism has a first stage pivotably connected to a second stage and the second stage is pivotably connected to the frame. By pivoting the stages about hinges the attenuation system may be folded from an extended, deployed position or mode to a shortened transit mode for easy relocation of the entire attenuation system.

**4 Claims, 8 Drawing Sheets**






FIG. 1A




FIG. 1B




FIG. 2A




FIG. 2B




FIG. 2C




FIG. 2D




FIG. 3A




FIG. 3B




FIG. 4A




FIG. 4B




Fig. 5A




Fig. 5B




FIG 6A




FIG 6B




FIG 6C


3482
1702
1499
654
556
108
MANDREL (138)
A-FRAME JACK
IMPACT HEAD ASSEMBLY (104)
142
168
162
STAGE 1 (171) 2438
STAGE 2 (173) 762
163
170
FRONT ATTENUATOR SUPPORT

FIG 7A


142
149
138
136
134
162
176
178
172
104
140
164
166
132
141
150
152
154
162
151
167
169

FIG 7B




FIG 7C




FIG 8




FIG 10




FIG 9

# TRAILER MOUNTED BURSTING ENERGY ABSORPTION SYSTEM

This is a continuation-in-part application based upon U.S. patent application Ser. No. 09/935,949, filed Aug. 23, 2001, now U.S. Pat. No. 6,457,570, issued Oct. 1, 2002, which was a continuation-in-part application based on Ser. No. 09/307,235, filed May 7, 1999, now U.S. Pat. No. 6,308,809, issued Oct. 30, 2001.

## BACKGROUND OF THE INVENTION

The present invention relates to a traffic crash attenuation system. More particularly, the present invention relates to a system, method and apparatus for absorbing the kinetic energy from an impacting vehicle in a controlled and safe manner with roadside safety devices such as: guardrails and median barrier end treatments, crash cushions, and truck mounted attenuators. Further, the system may utilize a trailer mounted attenuator as a portable crash cushion with hinges to allow folding of the system while in transit. Two bursting tubes may be simultaneously activated. The system provides for the controlled rupturing of a tubular member by a mandrel whereby forces of an impacting vehicle are absorbed. The present inventive system may utilize a rectangular mandrel and a corresponding rectangular tubular member.

U.S. Pat. No. 4,200,310 illustrates an energy absorbing system which utilizes a number of cylindrical energy absorbing members placed in a series-type relationship on a frame mounted to a truck. The system is provided with an alignment or guidance frame. However, there is nothing which teaches any selectively controlling the rupture of the cylindrical members via a trailer mounted, hinged portable crash cushion. The mechanism of energy dissipation is significantly different than that of the present invention.

U.S. Pat. No. 3,143,321, teaches the use of a frangible tube for energy dissipation. As with the present invention, the apparatus disclosed in U.S. Pat. No. 3,143,321 uses a mandrel receivable within a tubular member. However, there is no teaching of a means for selectively controlling the rupturing along a length of the tubular member.

Further, U.S. Pat. No. 3,916,720 discloses an energy absorbing steering column relying upon frictional forces to dissipate impact energy. U.S. Pat. No. 5,732,801 teaches the use of an energy absorbing bumper support structure having collapsing cylinders. Again, neither reference teaches the rupture of tubular absorbers within a portable, hinged structure.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**A is an isometric view of a mandrel and tubular member for use in the present invention before impact forces are applied.

FIG. **1**B illustrates the rupturing of the tubular member by the mandrel upon impact.

FIG. **2**A is a side elevation view of an embodiment of an energy absorption component for use in the present invention having a mandrel with a forward tubular extension and a tubular member with a second mandrel.

FIG. **2**B is an end view of the illustration of FIG. **2**A.

FIG. **2**C is a side elevation view of an embodiment of an energy absorption component for use in the present invention with the first and second mandrels having stress concentrators.

FIG. **2**D is an end view of the illustration of FIG. **2**C.



FIG. **3**A shows a top plan view of the present invention with the controlled fracture energy absorbers attached to an impact head and trailer or truck mounted frame elements.

FIG. **3**B is a side elevation view of the illustration of FIG. **3**A.

FIG. **4**A shows a top plan view of an alignment member attached to the trailer or truck mounted frame.

FIG. **4**B is a side elevation view of the illustration of FIG. **3**C.

FIG. **5**A illustrates a rectangular mandrel of an energy absorption component for use in the present invention.

FIG. **5**B shows a rectangular tubular member of an energy absorption component for use in the present invention.

FIG. **6**A is a side elevation view of a trailer system of the present invention in the deployed mode.

FIG. **6**B illustrates the trailer system of FIG. **6**A in the transit mode in a side elevation view.

FIG. **6**C shows a top plan view of the deployed system of FIG. **6**A. For clarity purposes, a sign panel or solar panels are not shown.

FIG. **7**A is a detailed side elevation view of a trailer mounted attenuator of the present invention in the deployed mode.

FIG. **7**B is a detailed, partial top plan view of the deployed trailer mounted attenuator of FIG. **7**A.

FIG. **7**C illustrates a detailed, partial side elevation view of the trailer system of FIG. **6**B in the transit mode.

FIG. **8** is a side elevation view of an upstream hinge used with the attenuator of FIG. **7**A.

FIG. **9** is a side elevation view of a downstream hinge used with the attenuator of FIG. **7**A.

FIG. **10** is a cross section view of the mandrel tube of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

A controlled fracture or rupturing mechanism which may be used with the attenuator of the present system is based on the concept that, when an over-sized plunger with a tapered surface (mandrel **12**) is forced into a thin-wall tubing **14** of the generally same shape, pressure is exerted on the edge of the tubing from the inside, as illustrated in FIGS. **1**A and **1**B. The pressure initially expands the size of the thin-wall tubing, first elastically until the yielding strength of the metal is reached and then plastically. The tubing eventually fractures or ruptures **16** at the edge when the ultimate tensile capacity of the material is exceeded. This process of expanding and fracturing the thin-wall tubing **14** is repeated and energy dissipated as the mandrel **12** proceeds forward. This process can be applied to tubes manufactured from a variety of materials, including, but not limited to, steel, aluminum, fiber reinforced plastic (FRP), polymers such as high density polyethylene, and concrete or other ceramics.

Although this concept may be used with both brittle materials and ductile materials, brittle materials, such as frangible aluminum, ceramics, or concrete, fragment during the process and produce shrapnel that could pose a hazard to nearby traffic or pedestrians. The use of ductile materials or brittle materials which are appropriately coated so as not to produce shrapnel-like fragments may be used. Ductile materials, such as steel, polymers, or FRP materials with longitudinal reinforcement, tear into a number of longitudinal strips that remain attached to the undeformed portions of the tubular energy absorber.

The amount and rate of energy dissipation can be controlled by varying the shape, size, thickness, and strength of the thin-wall tubing **14** and the number of tubes. The location and required force level of the rupture can be controlled by incorporating stress concentrators on the tubing, using holes **17**, slots **18**, notches, cuts, scores and strengtheners such as gussets **19**, shown in FIGS. **3**A and **4**A, or on the mandrel **12**, using raised edges **30** as shown in FIG. **2**C, or varying the geometrical shape of the mandrel. Further stress concentrators may include the use of preferential material orientation such as fiber alignment in fiber reinforced plastics or cold rolling of metals to produce elongated grain boundaries.

FIG. **2**A shows a two-stage splitting system that involves splitting first one tube **14** and then another **22**. The first tube **14** is attached to a roadside safety device (not shown). Initially upon impact of a vehicle with an impact head (not shown in FIG. **2**A), the hollow tube extension **22** on mandrel **12** on the right is pushed into the outer tube **14**. The mandrel **12** engages outer tube **14**, causing it to split or rupture as illustrated in FIG. **1**. After further displacement, the hollow tube extension **22** contacts a second, conical shaped mandrel **24** on the far end **26** of the outer tube **14** and is itself split. Each rupturing allows for controlled absorption of impact energy. Mandrel **24** is supported to outer tube **14** by gussets **25**.

FIG. **2**C illustrates a two stage system with gusset plates or raised edges **30** and **32** extending outward from the mandrels **12** and **24**, respectively. These gusset plates **30** and **32** illustrate an example of a stress concentrator placed on the outer tube. The tubes may be provided with slots or strengthening members to control the rupturing process.

In addition, the controlled fracturing mechanism can be used in combination with other means of energy dissipation. Energy absorbing materials **40**A and **40**B (FIG. **2**C) (e.g., aluminum honeycomb or composite tube, etc.) can also be placed inside of the tubes to increase the energy dissipation capacity as shown in FIG. **2**C.

For end-on impacts, the vehicle will contact the impact plate **132** (FIGS. **6**A, **6**B, and **7**), i.e., end of the impact head **104**, and push it forward. This in turn will push the mandrel **12** (FIGS. **1**A, **1**B, **2**A, **2**C, **3**B, and **4**A) or **12**A (FIGS. **5**A and **5**B) or **138** (FIG. **7**) forward into the thin-wall tubing and start the process of expanding and fracturing/bursting of the tubing. This process will continue until: (a) the impacting vehicle is brought to a safe and controlled stop; (b) the entire length of the tubing is fractured; or (c) the impacting vehicle yaws out and disengages from the impact head.

For impacts that are end-on at a large angle, the impacting vehicle will initiate the controlled fracturing/bursting process until the thin-wall tubing is bent out of the way or the mandrel disengages from the thin-wall tubing, and then gate behind the device. Similarly, the impacts on the side of the thin-wall tubing **14** near the end of the device cause the thin-wall tubing will be bent out of the way, allowing the vehicle to gate behind the device. Thus, when struck on the corner, either on the end or the side of the cushion, the energy absorbing mechanism begins to collapse longitudinally providing lateral resistance as it begins to bend out of the way.

For impacts into the side of the thin-wall tubing downstream of the beginning of length-of-need, the thin-wall tubing will act like a barrier and contain and redirect the impacting vehicle. An anchoring mechanism will be necessary to resist the tensile forces acting on the tubing to contain and redirect the vehicle. Note that this requirement of containment and redirection is applicable only for devices that have redirective capability, such as a terminal or a redirective crash cushion.

One particular roadside safety device utilizing the controlled fracture mechanism consists of a few major components, as illustrated in FIGS. **3**A and **4**A. Thin-wall tubing **14** is utilized. The tubing may have a circular, square, or rectangular cross-section. The edge of the front end of the tubing (i.e., the end into which the mandrel is attached) may have notches or slots to control the location(s) of the fracture for the tubing. The tubing may also have longitudinal slots cut along portions of its length to control the rate of energy dissipation.

An impact head/plate **50** is provided. Details of the impact head/plate are shown in FIGS. **3**B and **4**B. The impact head **50** consists of an impact plate **51**; a means to provide mechanical interlock **52** between the impact head and the front of the impacting vehicle, such as raised edges around the impact plate **50**; and a mandrel **12** welded to the back of the impact plate **50**.

The mandrel **12** is much stronger (having a greater tensile strength, a greater thickness, or greater hardness) than the splitting tube **14** to prevent the mandrel from deforming. The mandrel **12** need not have the same cross-sectional shape as the thin-wall tubing, however, there must be only small clearances between the mandrel and the tubing in order to prevent misalignment. For example, channel or wide flange shapes could be used with rectangular frame rail elements as long as the height and depth of the open sections were close to the same as the clear opening in the tube.

The head **13** of the mandrel **12** is tapered so that only the leading portion of the mandrel head **13** initially will fit into the thin-wall tubing. The mandrel **12** may have stress concentrators, e.g., a particular geometrical shape or raised edges, to control where the thin-wall tubing will fracture. For square or rectangular tubes, the mandrel may have a corresponding square or rectangular shape that flares outward. This type of tube/mandrel combination, as discussed below in relation to FIGS. **5**A and **5**B, assures that the tube splits at the corners where strain hardening during manufacturing has made the metal less ductile.

As mentioned previously, the controlled fracture mechanism may be used in combination with other forms of energy dissipation. One such design (FIG. **2**C) may include the placement of some form of energy absorbing material **40**A and **40**B, such as aluminum honeycomb or composite tube inside the thin-wall tubing. As the mandrel proceeds forward, the mandrel will fracture the thin-wall tubing as well as crush or compress the energy absorbing material inside the tubing for additional energy absorption.

For example, a composite tube trailer or truck mounted attenuator may use a crushable composite beam as its primary energy dissipation mechanism. Two typical embodiments of this device are shown in FIGS. **3**A and **4**A. One embodiment, shown in FIG. **4**A, uses telescoping frame rail elements **70** and **72** to maintain lateral stability and alignment for the attenuator and utilizes the controlled fracture concept with composite tubes to provide the energy dissipation. Frame **60** is mounted to the trailer or truck to support the head **50** and energy absorption mechanism **75**. It is envisioned that cables or thin steel straps (not shown) may be used to brace the frame **60**. Cables may be attached to the back of the frame on one side and to the front of the frame on the other side to prevent lateral "racking" of the frame system.

Another embodiment utilizes controlled fracture frame rail elements in addition to composite tube energy absorbers

as shown in FIG. **3**A. A given system may have additional energy absorbers placed inside of the telescoping tubes or outside.

As previously stated, the tube bursting energy absorber works on the principal that the energy associated with the propagation of cracks along the length of a tube can be carefully controlled and utilized to dissipate the energy of an impacting vehicle. This system incorporates a tapered mandrel that is forced inside an energy absorbing tube of slightly smaller dimensions. As the tapered mandrel is forced inside the tube, hoop stresses develop in the energy absorbing tube and these stresses are then used to propagate cracks along the length of the tube. The cracks propagate in front of the mandrel such that there is no direct contact between the mandrel and the crack surfaces, thereby limiting friction. The system's operation is somewhat different when incorporated for round and square energy absorbing tubes.

Although a number of energy absorbing systems utilized collapsing round tubes, none of the prior inventions have incorporated square tubes. The corners of square tubes make these energy absorbers perform much differently than round tubes. Because square tubes have rounded corners, a tapered square mandrel forced inside a square tube will tend to contact the tube only in the vicinity of the corners. Although such a system would eventually produce ruptures in the corners of the tube, the sharp corners of the mandrel would contact the crack surfaces and high friction forces would be generated.

A tube bursting energy absorber may avoid this situation by using a tapered mandrel with bevels at each corner. As shown in FIG. **5**A, the preferred mandrel **12**A for square tubes **14**A (FIG. **5**B) involves welding four steel plates (**13***a*, **13***b*, **13***c*, and **13***d*) together to form a pyramid. The interior edges of the plates are placed together and the valley **16** is fillet welded to form a relatively flat, beveled surface **17** at each corner (only one corner is shown in FIG. **5**A with the flat, beveled surface **17**). As shown in FIG. **5**B, this configuration allows the mandrel **12**A to contact the square tube **14**A everywhere but the rounded corners **18**A. As the tube is pushed onto the mandrel, the rounded corners will be placed in tension and straightened out. As this happens, stress concentrations where the tube walls bend around the beveled edges of the mandrel will initiate cracks. These cracks will then propagate in front of the mandrel **12**A to produce a controlled energy absorbing system. The mandrel will not contact the crack surfaces and therefore friction between the mandrel and the energy absorbing tube is minimized.

Because there are two crack initiators at each corner, two cracks can start and propagate simultaneously. Normally only one of these two cracks will dominate and the other crack will stop propagating. However, when this occurs, one side of the tube is actually a very shallow channel shape, which tends to dissipate more energy when the cracked walls are curled back. Saw cut manufactured cracks placed in the center of each corner can force the crack to run down the center of the tube corner. Thus, initial manufactured cracks can lower the energy dissipation associated with square tubes to some extent.

The energy dissipation rate for this system may be controlled by a number of factors, including the thickness of the energy absorbing tube, bevel angle on the mandrel, lubrication applied to the inside of the energy absorbing tube, and the material used in the energy absorber. Energy is dissipated by the tube bursting energy absorber through three primary mechanisms: crack propagation, curling of the cracked sections of tube, and friction. Crack propagation energy in a square or rectangular tube is controlled primarily by the type and thickness of the material used in the energy absorbing tube. More ductile and tougher metals have higher strain energy release rates and thus dissipate more energy. Likewise, thicker tubes also absorb more energy in the crack propagation process.



Energy dissipated as the cracked sections of a rectangular tube are curled back is controlled by the taper angle of the mandrel and the thickness of the material. Higher mandrel taper angles decrease the radius of the curled sections of cracked tube and thereby increase the energy dissipated in the bending process. However, lower taper angles do increase friction slightly, thereby offsetting the decreased bending energy to some extent. Tube thickness also affects the energy required to curl the cracked sections of the tube.

Friction is the other major source of energy dissipation. Lubricants placed inside the energy absorbing tube can greatly reduce friction energy. Although conventional lubricants such as grease or oil, and other hydrocarbon compositions, can serve this purpose, other lubricants could include zinc used in the galvanizing process, paints, ceramic composition surfaces, and even rust particles.

Round tubes made from ductile materials, such as low carbon steel, will deform greatly when a tapered mandrel is driven inside. If the energy absorber does not include weakening mechanisms as described by Smith (1975), the tube will expand sufficiently to completely engulf the mandrel. In this case, the forces required to push the mandrel inside the energy absorber rise rapidly and the system is ineffective. Smith teaches that, by using a pattern of slots in the energy absorbing tube, it can be made to deform outwardly away from the mandrel and fold back upon itself. In this situation the energy absorbing forces are controlled, but the cost of producing the large numbers of slots, holes, or other weakening mechanisms is high. As described above, a tube bursting energy absorber may involve propagating cracks along the length of the tube. For round tubes, these cracks must be manufactured in the end or along the side of the tube. The cracks are manufactured by placing small saw cuts at strategic points around the tube or by scoring the surface of the tube along its length. FIG. **5**A shows a saw cut **20**A in the center of one of the rounded corners. Optimally, saw cuts should be twice as long as the wall thickness of the energy absorbing tube. FIG. **5**A shows a score **22**A in the center of one of the rounded corners. Scores need only be 10–20% of the thickness of the energy absorbing tube in order to propagate the crack. Scoring refers to a shallow notch, cut, mark, or scratch down the side of the tubes. Typically, they look like little grooves down the sides of the four corners in the rectangular tube configuration. However, the scores could be placed any place along the tube to enhance or promote crack propagation and/or reduce the bursting force levels. Scores may be placed on the outside or inside of the tubes. When forced inside the energy absorbing tube, the mandrel creates high hoop stresses which will cause the cracks to grow in a opening mode.

There are two primary advantages of this system. The first advantage is that small saw cuts and/or shallow surface scores are very inexpensive to produce. The second advantage of this approach is that the cracks propagate in front of the mandrel in a manner to prevent direct contact between the mandrel and the crack tip. By keeping the mandrel out of the crack tip, friction is greatly reduced and the energy dissipation rate is controlled.

Just as in the case with the square tube, the energy dissipation rate of the absorber can be influenced by the

thickness of the energy absorbing tube, bevel angle on the mandrel, lubrication applied to the inside of the energy absorbing tube, and the material used in the energy absorber. The primary difference in energy dissipation between round and square tubes is that round tubes can have a number of different crack configurations. The crack propagation energy is directly related to the number of cracks induced in the tube. The energy dissipated as the cracked sections of tube are curled back is controlled by the taper angle of the mandrel and the number of cracks induced in the tube. When more cracks are induced in the tubes, the moment of inertia of each cracked section is reduced. By reducing the section modulus, the energy required to bend each section back is reduced. Energy dissipation by round tubes is also controlled by all of the factors mentioned previously for the square tube.

For any given tube configuration, energy dissipation rates are relatively constant. However, for many safety applications it is desirable to design energy absorbers with multiple energy absorption stages. Another advantage of the tube bursting energy absorber is that multiple stages are easily implemented by nesting energy absorbing tubes of varying lengths. For example, a two-stage energy absorbing system can be set up by inserting a longer tube inside a shorter tube of larger dimension. The first stage would consist of a single tube while the second stage would consist of two nested tubes. When the mandrel reaches the nested tube, cracks will be propagated down both the inner and outer tubes and the energy dissipation increases to a higher level. The energy dissipation rate for the two combined tubes is generally less than the sum of the rate for each tube bursted separately. This decrease can be attributed to reduced friction associated with the combined bursting process.

Another means of developing a two-stage energy absorbing system is to score only the front portion of a tubular section. The scored section of the tube typically has a lower energy dissipation rate than the un-scored portion of the tube, thus forming a two-staged energy absorbing system.

A box-beam burster trailer mounted attenuator **100** (shown in FIGS. **6**A–**6**C, **7**A–**7**C, **8** and **9**) is application of the box-beam Burster Energy Absorbing Tube (BEAT) concept. The unique features of such an application include:

(a) A trailer mounted attenuator as a portable crash cushion. Other BEAT applications, such as guardrail terminal and single sided crash cushion, are fixed installations.

(b) The trailer mounted attenuator may use tubular energy absorbers. Other existing cushions used with truck mounted attenuators (TMAs) use a crushable material to absorb the kinetic energy from the impacting vehicle.

(c) Hinges are incorporated into the tubular energy absorbers of the trailer mounted attenuator. This allows for folding of the attenuator while in transit. Yet, the bursting process discussed above continues smoothly through the hinges on the crash cushion.

(d) There may be the bursting of two tubes simultaneously.

(e) A beam breaker may be used to disengage the cross beam member, which is used to keep two tubes separated at a fixed distance to ensure proper functioning of the two mandrels.

(f) A lubricant, such as a zinc based paint, may be used on the inside of the tube to lower and control the level of energy dissipation.

(g) A nested tube may be used to increase and control the level of energy dissipation.

(h) Adjustable legs at the back of the cushion may be used to provide stability to the trailer and to maintain the cushion at the proper height for the bursting process.

As shown in FIGS. **6**A–**6**C, trailer mounted attenuator **100** comprises a trailer frame **102**, an impact head assembly **104**, a mandrel assembly **106**, and energy absorbing tubes **108**.

The trailer mounted attenuator **100** is designed to be folded up during transit and then folded down for deployment.

The attenuator **100** is attached to the trailer frame, as shown in the drawings. The overall length of the system, i.e., trailer frame plus attenuator, is 8384 mm (27 ft., 6 in.) in the deployed position (FIG. **6**C). The attenuator is designed to be folded up for transit and the length of the system with the attenuator in the folded up position is 5207 mm (17 ft., 1 in.) (FIG. **6**B). The maximum width of the trailer assembly is 2092 mm (6 ft., 10 in.) at the wheel fenders. The height from the ground to the top of the sign panel in a fully deployed position is 4247 mm (14 ft.) The total weight of the system is approximately 2,177 kg (4,800 lb.) The length, height and weight of the system may vary depending on the particular sign panel and trailer. More discussions on the effects of variations of the physical dimensions and weight of the system on the trailer mounted attenuator are presented below.

FIG. **6**C shows the layout of the trailer frame **102**. The key features of the trailer frame include:

(a) a main frame **104**;

(b) a tongue **112** for attaching the trailer to the towing vehicle;

(c) a mast **114** for attachment and support of the sign panel **116**;

(d) attachment **118** for mounting of the trailer axle **120** and tires **122**;

(e) spaces for control box **124**, battery box **126** and other accessories;

(f) four A-frame jacks **128** for keeping the trailer stable in a stationary position; and

(g) two front supports **130** for the trailer mounted attenuator.

The trailer frame is 4801 mm (15 ft., 9 in.) long and 1829 mm (6 ft.) wide. The main frame may be fabricated from structural tubes. The tongue may be fabricated from structural tubes and attached to the main frame with angles. A vertical mast **114** fabricated from structural tube may be attached to the main frame for mounting of the sign panel and support. The trailer axle **120** is attached to the underside of the main frame and the tires are shielded with fenders. There are spaces on top of the main frame for installation of the control and battery boxes and other accessories needed for the sign panel display. Four A-frame jacks are provided to keep the trailer stable when it is in a stationary position. There are also two adjustable supports fabricated from structural tubes with sliding plates on the bottom. These two supports are attached to the side rails of the main frame near the back with brackets to provide support for the front of the trailer mounted attenuator. The attenuator is attached to the trailer frame with specially designed hinges (FIGS. **8** and **9**) to facilitate fold-up of the attenuator during transit.

Turning to FIG. **7**A it may be seen that the impact head assembly **104** has a front impact plate **132**, two mandrel tubes **134** that insert into the energy absorbing tubes **136**, two tapered mandrels **138**, and a beam breaker assembly **140**. The front impact plate has overall dimensions of

1931×406 mm (6 ft., 4 in.×16 in.). The impact plate may be fabricated from two channels as horizontal members connected with angles as vertical supports on the backside at the two ends. The channels also may be stiffened on the backside with structural tubes. The impact plate distributes the impact load while wide protruded edges **142** of the channels provide a mechanical interlock with the impacting vehicle.

Two mandrel tubes **134** are attached to the back of the channels. FIG. **10** illustrates one such tube in cross section. The upstream end **149** of the mandrel tube is welded to the back of a base plate **151** with gussets **150**. The base plate **151** also has four holes **133** for bolting to the back of the impact plate **104**. A tapered mandrel **138** fabricated from thick plates, as described above, is welded to the tube upstream of the base plate. The cross sectional dimension of the mandrel increases while the inside dimensions of the energy absorbing tube **136** remains constant. The downstream end **154** of the mandrel tube is inserted into the upstream end of a guide tube **152** for a distance of approximately 610 mm (24 in.). The guide tube is fabricated from structural tube. The downstream end of the guide tube has a tapered end **156** fabricated by welding thick bent plates to the tube, which acts like a plunger to shear off bolts at connections and hinges. Guide plates **158** are welded around the upstream end of the guide tube to control the clearance of the guide tube within the energy absorbing tube **136**. A bolt **160** is used to hold the guide tube in place within the stage one energy absorbing tube.

A beam breaker **140** is welded to the back of the impact head assembly to knock off the cross beam member **141** just downstream of the first hinge **162**, as shown in FIG. **7**B. The beam breaker is fabricated from structural tubes in the form of a triangle. A support plate **164** is welded to the downstream tip of the beam breaker assembly for attachment of an adjustable A-frame jack **166** with a wheel **168** to keep the attenuator at the proper elevation for impact. In addition, there are wheels **170** attached to the bottom of the front impact plate. These wheels are typically off the ground when the A-frame jack is deployed. However, upon impact, the A-frame jack may (potentially) be bent and these wheels will come into play, keeping the attenuator at the proper elevation for the bursting process.

The trailer mounted attenuator is designed with two stages of energy absorbers, as shown in FIG. **7**A. The stage one energy absorber is fabricated from structural tubes. The first stage energy absorber **171** has two levels of energy absorption. The first section **172** of the stage one energy absorbing tube is coated with a zinc rich paint for lubricant. The lubricant reduces the bursting force per tube. Without the lubricant, the bursting force for the first stage energy absorber is greater per tube. The second stage energy absorber **173** incorporates two nested tubes: an inner tube **176** and an outer tube **178**. The nesting of the tubes raises the bursting force per nested tube.

FIG. **7**C shows that to facilitate fold-up of the attenuator during transit, the stage one energy absorber **171** is divided into two sections (**167** and **169**), joined by a hinge **162**, as shown in detail in FIG. **8**. In one embodiment the length of the first section of structural tube is 1702 mm (67 in.). This length incorporates both the lubricated and unlubricated sections of the stage one energy absorber. The length of the second section is 1499 mm (59 in.), 762 mm (30 in.) of which is nested with the outer tube. Thus, the effective length of one embodiment of the stage one energy absorber is 2439 mm (8 ft.), consisting of 1067 mm (42 in.) of lubricated section and 1372 mm (54 in.) of unlubricated section. The length of the stage two energy absorber is 762 mm (30 in.)



FIG. **8** shows first hinge member **162**. Rigidly attached to the upper side of the first section **167**, stage one energy absorber tube **136** is first tongue section **200** while rigidly attached to the second section **169** is a first yoke portion **202** of hinge **162**. A removable pin **204** is used to releasably join the tongue **200** and yoke **202** sections. On the underside of the first section **167** a second yoke **206** is rigidly attached with a second pivot pin **208** connecting a second tongue section **210** which has been rigidly attached to the underside of section **169**. When the portable attenuator system is to be moved from the deployed position (FIG. **7**A) to the transit position (FIG. **7**C) the first pin **204** is removed, allowing the first section **167** to fold over the second section **169**.

FIG. **9** illustrates a second hinge **163** used to fold the system into a transit/deployed mode. A third yoke and tongue arrangement is provided. Third tongue section **212** is rigidly affixed to the underside of the frame **102** while third yoke section **214** is a part of arm **216** which extends back to hinge **163**. A pivot sleeve **218** is provided in arm **216** to allow a pivot pin **220** to pass through fourth yoke **222** attached to the frame **102**. A second removable pivot pin **224** releasably connects the third yoke and tongue arrangement. The second removable pin **224** is removed when the attenuator apparatus **100** is moved from the deployed position (FIG. **7**A) to the transit position (FIG. **7**C).

The upstream end of the stage one energy absorbing tube is notched at the corners and the first section of the tube is scored at each corner to facilitate initiation of the bursting process as was discussed above. The portions of the energy absorbing tubes under hinge plates are also scored in the same manner to allow the bursting process to easily pass through the spliced region. The upstream end of the outer tube for the stage two energy absorber is also notched at the corners to facilitate initiation of the bursting process.

There is a cross beam member **141** just downstream of the first hinge **162**. The purpose of this cross beam member is to maintain proper separation between the two energy absorbing tubes so that the impact head and the associated mandrels can proceed with the bursting process down the tubes without binding. This cross beam member is structural tube and bolted at both ends to the two energy absorbing tubes.

Although the invention has been described with reference to a specific embodiment, this description is not meant to be construed in a limiting sense. On the contrary, various modifications of the disclosed embodiments will become apparent to those skilled in the art upon reference to the description of the invention. It is therefore contemplated that the appended claims will cover such modifications, alternatives, and equivalents that fall within the true spirit and scope of the invention.

What is claimed is:

**1**. A portable crash attenuation system comprising:

a trailer frame;

an energy absorbing mechanism having a first stage energy absorbing section pivotably connected at a first hinge member to a second stage energy absorbing section pivotably connected at a second hinge member to said trailer frame, said mechanism movable about said first and second hinge members from a first transit mode to a second deployed mode; and

an impact head assembly affixed to said first stage energy absorbing section.

**2**. The portable crash attenuation system of claim **1** further comprising:

first and second spaced apart energy absorbing tubes, said tubes held in generally parallel alignment by a spanning cross beam member; and

a cross beam breaker attached to said impact head, said beam breaker aligned to impact and break said spanning cross beam member when said attenuation system is impacted in said second deployed mode.

**3**. The portable crash attenuation system of claim **1** wherein said energy absorbing mechanism further comprises:

at least one first mandrel having a first tensile strength;

at least one tubular member having a second tensile strength, said first mandrel receivable within a first end of said tubular member such that upon impact forces being applied to said impact head, said first mandrel is urged through said tubular member rupturing said tubular member thereby absorbing said impact forces.

**4**. A portable crash attenuation system comprising:

an impact head;

an energy absorption mechanism having a first stage energy absorbing section pivotably connected at a first hinge member to a second stage energy absorbing section, said second stage section pivotably connected at a second hinge member to a trailer frame, said mechanism movable about said first and second hinge members from a first transit position to a second deployed position said mechanism attached to said impact head, said energy absorbing mechanism further comprising:

at least one first mandrel having a first tensile strength;

at least one tubular member having a second tensile strength, said first mandrel receivable within a first end of said tubular member such that upon impact forces being applied to said impact head, said first mandrel is urged through said tubular member rupturing said tubular member thereby absorbing said impact forces, said first mandrel is generally rectangular and said tubular member is generally rectangular and said rupturing of said tubular member is confined to corners of said rectangular tubular member.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 6,668,989 B2 
DATED : December 30, 2003
INVENTOR(S) : John D. Reid, John R. Rohde and Dean L. Sicking

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 1,
Line 9, after "issued Oct. 30, 2001," insert the following:
-- This invention was made in part during work supported by a grant/contract, Contract No. DTRS57-98-C-00079 from DOT/RSPA/Volpe National Transportation System Center. The government may have certain rights in this invention. --.

Signed and Sealed this

Thirty-first Day of January, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# Exhibit P-183

U.S. Patent No. 7,690,687,
Trailer Mounted Attenuator with
Breakaway Axle Assembly
(Issued April 6, 2010)
(“the ’687 Patent”)
(Truck-Trailer Mounted Attenuator
(“TTMA”) 100)

US007690687B2

(12) **United States Patent**
**Reid et al.**

(10) **Patent No.: US 7,690,687 B2**
(45) **Date of Patent: Apr. 6, 2010**

(54) **TRAILER MOUNTED ATTENUATOR WITH BREAKAWAY AXLE ASSEMBLY**

(75) Inventors: **John D. Reid**, Lincoln, NE (US); **John R. Rohde**, Lincoln, NE (US); **King K. Mak**, San Antonio, TX (US); **Dean L. Sicking**, Houston, TX (US)

(73) Assignee: **Safety By Design Co.**, Lincoln, NE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1087 days.

(21) Appl. No.: **11/035,869**

(22) Filed: **Jan. 10, 2005**

(65) **Prior Publication Data**

US 2006/0151986 A1 Jul. 13, 2006

(51) **Int. Cl.**
*B62D 7/22* (2006.01)

(52) **U.S. Cl.** ....................... **280/784**; 280/789; 280/756; 280/292; 280/406.2

(58) **Field of Classification Search** ................. 280/784, 280/789, 656, 292, 406.2, 407, 408; 188/374, 188/375, 377

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,807,894 A * 2/1989 Walker ........................ 280/63
4,823,923 A * 4/1989 Moyer ........................ 188/376
5,137,297 A * 8/1992 Walker .................... 280/414.5
5,875,875 A * 3/1999 Knotts ........................ 188/374
5,947,452 A * 9/1999 Albritton ................... 256/13.1
6,273,435 B1 * 8/2001 Stringer ................... 280/6.151
6,308,809 B1 * 10/2001 Reid et al. .................. 188/377
6,505,820 B2 * 1/2003 Sicking et al. ............. 256/13.1
6,668,989 B2 * 12/2003 Reid et al. .................. 188/377
6,783,116 B2 * 8/2004 Albritton ................... 256/13.1
7,111,827 B2 * 9/2006 Sicking et al. ............. 256/13.1
7,125,032 B2 * 10/2006 Hopper .................... 280/414.1
7,147,088 B2 * 12/2006 Reid et al. .................. 188/377
7,246,791 B2 * 7/2007 Alberson et al. ........... 256/13.1
7,257,445 B2 * 8/2007 Bruchmann et al. ........... 607/36
7,341,397 B2 * 3/2008 Murphy ......................... 404/6

* cited by examiner

*Primary Examiner*—Toan C To
(74) *Attorney, Agent, or Firm*—Jackson Walker, LLP

(57) **ABSTRACT**

A trailer mounted crash attenuation system has an impact head assembly, a bursting tubular trailer frame member, and a breakaway axle assembly. Upon impact by a vehicle, the head assembly is urged forward bursting the tubular frame of the trailer. As the impact continues, the head assembly contacts an axle accelerator rod which results in the disengagement of the axle, trailer tire, and fenders from the trailer frame member. Impact energy is dissipated by the controlled deceleration of the vehicle as it moves forward through the attenuator system.

**19 Claims, 9 Drawing Sheets**




2' X 1/8" SCORED
9'-6" X 1/8"
6' X 3/16"
3'-6" SCORED
65
46
92
60
32
69
26
6"
70
4"
22
64
106
88
4"
72
80
24
63B
18
102
63A
20
14
74
8'
5'-9 15/16"
12
86
69
88
72
82
64
68
60
92
70
111
5'-10 1/8"

FIG. 1



111
112
10
20
12
24
22
60
32
92
69
72
70
102
50
63A
63B
86
64
72
16
82
113
88
18
87A
81
23'-1 9/16"
4'-6 5/16"
1'-6 1/4"


FIG. 2A


111
20
12
22
60
24
32
69
23'-1 9/16"
72
70
102
50
63A
63B
86
64
72
81
87B
88
18
14
16
82
1'-6 1/4"
4'-6 5/16"
104

FIG. 2B


28
42
46
26
24
44
22
32
20
12
28
24
42
22
44
26

FIG. 3A


20
21
25
27
23
29
25
21
27

FIG. 3B


9'–6" X 1/8"
3'–6" Scored
6' X 3/16"
1"
1"
1"
1/2"
60
63A
63B
68
64
69
72
70
84
77
79
74
80
102
82
75

FIG. 4




FIG. 5




FIG. 6




FIG. 7




FIG. 8A




FIG. 8B




FIG. 8C




FIG. 8D




FIG. 9A




FIG. 9B




FIG. 9C




FIG. 9D




FIG. 9E




FIG. 9F




FIG. 9G

# TRAILER MOUNTED ATTENUATOR WITH BREAKAWAY AXLE ASSEMBLY

## BACKGROUND OF THE INVENTION

Highway maintenance vehicles are often parked near roadways or move slowly in or adjacent to high-speed traffic lanes. In these situations, maintenance vehicles pose a serious hazard to the motoring public and the workers. The safety risk associated with these work vehicles is normally minimized through the use of a truck mounted attenuator (TMA).

A TMA is essentially a crash cushion that is cantilevered off of the back of the support truck. The combination of a cantilevered mounting structure and the length of most TMAs produce the potential for large oscillations in the vertical position of the attenuator as the support truck moves down the highway. In other words, the attenuator bounces up and down. These oscillations produce two problems, fatigue loading of TMA components and the potential for the end of the TMA to strike the roadway surface. Support elements and every connection in the structure of a conventional TMA must be strengthened to resist the long term fatigue loading induced by the vibratory oscillations in the unit. Further, in order to prevent large oscillations that could allow the back of the TMA to strike the pavement, support trucks must be driven at a very low speed when the TMA is in use. This speed limitation forces the TMA to be mounted to the support truck with a lifting system that raises the unit to a near vertical position when it is no longer needed.

The support structures and lifting systems used with most TMAs must be securely attached to the work vehicle, thereby preventing the unit from being easily detached from the truck. As a result, TMA support trucks often become dedicated vehicles that can only be used as shadow vehicles to protect motorists from roadway maintenance activities.

## SUMMARY OF THE PRESENT INVENTION

The basic concept behind the present inventive trailer mounted attenuation (TTMA) is to have the attenuator mounted on a trailer that can be attached to a truck's pintle hook. This inventive concept eliminates the two primary deficiencies of traditional TMAs. Since the center of the present inventive attenuator is supported by the trailer's axle, vertical oscillations in the attenuation system can be controlled, even when the trailer is towed at highway speeds. As a result, the fatigue problem associated with most TMA systems may be avoided completely. Also, there is no need for costly mounting systems that lift the TMA to a vertical position for transport. Further, the trailer improves the maneuverability of the vehicle as compared to a TMA in the down (deployed) position. Since the trailer is attached to the truck's pintle hook, removing the attenuator to allow the truck to be used for other purposes is as simple as unhitching the trailer.

The primary problem with any trailer attenuation systems is the propensity for the attenuator to be knocked laterally out of the path of the impacting vehicle, such as when a vehicle strikes the end of the trailer at an angle or during offset impacts where only a portion of the front of an impacting vehicle strikes the end of the trailer. This problem can be overcome through the use of engagement elements on the impact end of the trailer. The engagement elements must intrude into the front of an impacting vehicle and prevent it from sliding sideways along the face of the trailer. If the impacting vehicle is restrained from sliding along the trailer's impact face and the attachment between the trailer and the pintle hook is adequate, the trailer cannot be knocked laterally



out of the vehicle's path. The engagement elements also allow the trailer to be attached to a conventional pintle hook on the back of a tow trailer. This method for attaching a trailer to a tow vehicle does allow rotation at the point of attachment. However, the mechanical interlock produced by the engagement elements limits the rotation, thus eliminating the need for an advanced hitch design.

The present inventive trailer mounted attenuator incorporates engagement elements on each side of the impact face to prevent lateral movement of the trailer during an impact. These engagement elements are fabricated from steel channels with the legs of the channels facing the impacting vehicles. Alternative engagement elements may include studs or small metal tabs that extend outward from the impact face, or openings in an impact face sufficiently large to allow components of the vehicle to slide into the opening. In essence, any structure that either penetrates into the front of the impacting vehicle or allows a portion of the impacting vehicle to protrude through an opening to provide a mechanical interlock, can serve as an engagement element.

The present trailer mounted attenuator also utilizes an energy absorbing mechanism that crushes, bursts, cuts, or otherwise shortens the longitudinal railing elements used to construct the trailer. The present device incorporates a beam bursting energy absorber. The beam bursting energy absorbing concept is described in U.S. Pat. Nos. 6,308,809; 6,457,570; and 6,668,989 (all of which are incorporated herein by reference for all purposes) and incorporates an oversized, tapered mandrel that is placed inside of a steel tube. When the mandrel is pushed down the tube by an impacting vehicle, the sides of the tube are ruptured to dissipate energy. The ruptured portion of the rail is then deflected backward away from the impacting vehicle. Alternative energy absorbing systems could incorporate cutting technologies such as those described in U.S. Pat. Nos. 5,391,016; 6,022,003; and 6,505,820. The sides of the present inventive trailer may also be manufactured from a series of telescoping tubes with internal energy absorbers, such as those described in U.S. Pat. No. 5,391,016. In this latter case, the side rails of the trailer collapse as each segment of the railing telescoped over the segment behind it. These tubes may buckle sequentially from the impact end to dissipate energy. Fiber reinforced plastic (FRP) elements may also be used to substitute for metal elements whenever possible.

Additionally, the present system also has a breakaway axle that allows the energy dissipation system to continue functioning beyond the axle of the trailer. A breakaway axle system allows the entire trailer to be utilized in the energy management system and allows the axle to be placed anywhere along the trailer length to provide optimum towing behavior. Another feature of the present invention is an axle accelerator or push assembly attached to the breakaway axle. Full scale crash testing has shown that when the front of a vehicle or a trailer's impact plate contacts trailer wheels, the trailer tires compress and begin to slide along the pavement. This behavior creates two potentially serious problems: excessive decelerations and the potential for vehicle roll or pitch over. The high impact forces generated when the tires are compressed produce high frictional forces on the pavement and greatly increase the decelerations applied to the impacting vehicle. Further, when the tires eventually unload, they can lift the front of the impacting vehicle high into the air, which may lead to vehicle instability. The risk of vehicle instability may be greatly increased if the front of the vehicle contacted only one of the two trailer tires. This may induce a rollover when only one side of the car was pushed upward. The axle accelerator of the present invention is designed to contact the

impact face of the trailer as it proceeds toward the axle to prevent the impact plate or the front of the impacting vehicle from contacting the trailers tires. The axle accelerator assembly may be adjusted to control the timing of the impulsive loading on the impacting vehicle associated with the accelerating the trailer's axle.

It is important to control the path of an axle after it has been broken free of the trailer and accelerated through contact with the trailer's impact face or the impacting vehicle. The present invention utilizes fenders which extend up to the sides of the trailer rail elements to control the path of the axle. The fenders keep the axle under the trailer and force it to the front of the trailer after it breaks away. The axle is brought to a stop when it contacts the rear of the tow truck.

The present inventive trailer attenuator system may also be designed with sacrificial energy absorbing segments to minimize repairs needed after low-speed impacts or minor crashes that may occur while the tow vehicle is backing up. In order to attain this feature, the ends of the sacrificial segments are designed to be bolted onto the back of the trailer. If a minor impact occurs that does not extend through the bolted rear section, the sacrificial segment is removed and a new sacrificial energy absorbing section is bolted in its place. This feature will greatly reduce the cost of repairing nuisance impacts on the end of the attenuator.

An arrow board or other signaling traffic control device may be attached to the present attenuator. The front of the trailer may be extended to include a variable message sign or a flashing arrow board to warn traffic of the slow moving operation. Because the present inventive system can be attached to a heavy tow vehicle, the total velocity change of the trailer can be very low. Hence, there is no need to design the sign support structure to withstand high acceleration forces imparted when a vehicle impacts a light trailer. By incorporating a flashing arrow board or a variable message sign, the present attenuator may completely eliminate the need for adding traffic warning or informational systems to the shadow vehicle. In this manner, the need to dedicate a truck for exclusive use as a shadow vehicle may be completely eliminated.

The present invention may also be used to protect salting, sanding, and snow plowing operations during winter driving conditions. In comparison, convention TMA's obstruct sanding and salting operations completely. The present invention may incorporate a long tongue of 4 feet of more that will allow salting or sanding operations to continue while the attenuation trailer is attached to the vehicle. Further, the long trailer tongue may be lowered to avoid interference with salting or sanding equipment. Alternatively, a very open trailer tongue system may be incorporated if necessary to limit interference with these operations. The present invention may also be utilized in snow plowing operations where plows often operate at speeds in excess of those allowed by conventional TMA devices. Further, the present attenuator may be equipped with a flashing arrow or variable message sign board, thus improving the visibility of the work vehicle and providing additional warning to motorists of the salting, sanding and snow plowing operations.

While the concept of a trailer attenuation system has been taught in the past as described in U.S. Pat. No. 5,947,452, the trailer system shown in U.S. Pat. No. 5,947,452 is based on the concept of allowing the sides of the trailer system and its support axles and wheels to roll under the tow vehicle. (See U.S. Pat. No. 5,947,452, FIGS. 4 through 6).

This is a serious limitation that requires the trailer to be attached only to vehicles with sufficient ground clearance to allow the trailer structure and wheels to roll under the vehicle.



Further, even when attached to a truck with high ground clearance, the trailers impact performance would be adversely affected if the sides of the trailer contacted discontinuities in the roadway, such as pot holes or cracks in roadway. This trailer would also be adversely affected if the trailer was struck when it was not perfectly aligned with the tow vehicle. In such an instance, the sides of the trailer would be likely to encounter one of the wheels of the tow vehicle which would inhibit the energy dissipation mechanism.

Another major advantage of the present inventive system is that the apparatus may be converted into a temporary crash cushion. The trailer attenuator may be towed to a specified location and unhitched from the towing vehicle. The attenuator may then be hitched to a fixed position object or rigid obstacle. Again the combination of engagement elements on the impact face of the attenuator and a strong attachment between the trailer hitch and the roadside hazard may prevent the trailer from rotating out of the path of an oncoming vehicle. In such an application, the present attenuator may safely attenuate impacts on the end of the trailer, but it is less effective in safely redirecting vehicles striking the side of the system. Additionally, the tires of the trailer attenuator may be removed from the axle assembly and the axle assembly attached to support port driven into the ground. Subsequently, the trailer may be detached from the post, the tires remounted, the trailer unhitched from the fixed object, and the trailer towed away.

However, the present inventive attenuator may be quickly modified to accommodate impacts along the side of the trailer and thereby making the crash cushion a non-gating system. By removing the axle and driving breakaway posts into the ground behind the trailer, it may be made to provide adequate safety protection for both end-on and side impacts with the trailer. Because the trailer utilizes its own frame elements as energy absorbers, it can provide this anchored attenuator application.

It should be noted that during offset or oblique impacts with the present attenuator system, large forces are applied to the trailer that may distort the trailer frame. Diagonal cable bracing may be added to the basic frame to control frame distortion during these impacts. This type of bracing is also helpful during impacts on the side of the attenuator when it is installed as a redirective crash cushion. However, because the cable bracing does not carry compressive loads and the frame members are used as the primary attenuation mechanism, this type of frame reinforcement does not affect the attenuation capacity of the present inventive attenuator.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a top plan view of the trailer mounted attenuator system of the present invention.

FIG. **2**A shows a side elevation view of the attenuator system of FIG. **1** attached to a towing vehicle.

FIG. **2**B shows a side elevation view of an alternative embodiment with the tires removed and driven posts mounted to the wheel journals.

FIG. **3**A illustrates a partially exploded top plan view of the impact head assembly and the mandrel tubes of the present invention.

FIG. **3**B shows a side elevation view of the impact plate of the present invention.

FIG. **4** is a top plan view of the trailer frame assembly of the present invention.

FIG. **5** is a side elevation view of the first "sacrificial" energy absorbing tube of the present invention.

FIG. **6** shows a side elevation view of the second, two level, energy absorbing tube of the present invention.

FIG. **7** shows a side elevation view of the third energy absorbing tube of the present invention.

FIG. **8**A illustrates a first non-impact position of the present invention.

FIG. **8**B shows a sequence illustration after the attenuator system has been impacted by a vehicle.

FIG. **8**C continues to illustrate an impact sequence wherein the breakaway axle assembly is being contacted.

FIG. **8**D is a final illustration of an impact sequence with the present invention

FIG. **9**A illustrates the attachment of the breakaway axle assembly to the bursting tubular trailer frame member;

FIG. **9**B is an illustration of an alternate embodiment of the axle assembly attachment mechanism.

FIG. **9**C shows a third embodiment of the axle assembly attachment mechanism.

FIG. **9**D shows a fourth embodiment of the axle assembly attachment mechanism.

FIG. **9**E shows a fifth embodiment of the axle assembly attachment mechanism.

FIG. **9**F shows a sixth embodiment of the axle assembly attachment mechanism.

FIG. **9**G shows a seventh embodiment of the axle assembly attachment mechanism.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

As seen in FIGS. **1** and **2**A and **2**B the present inventive trailer mounted attenuator (**10**) has an impact head assembly (**12**); a trailer frame (**14**); a hitch assembly (**16**); and a breakaway axle assembly (**18**). FIG. **2**A illustrates the journals (**81**) of the breakaway axle assembly (**18**) affixed to a conventional wheel set or tire arrangement (**87**A), and the hitch (**102**) connected to a towing vehicle (**112**). FIG. **2**B shows the axle assembly (**18**) affixed to a driven post (**87**B) and the hitch (**102**) attached to a fixed object or barrier (**104**). The post (**87**B) may be driven into the ground and attached to the assembly (**18**) anywhere along the length of axle (**86**) or at the journals (**81**). Signage (**111**) may be mounted to the attenuator as required.

The overall length of the TTMA (**10**) is 8384 mm (23 ft-1⁹⁄₁₆ in.). The maximum width of the trailer assembly is 2438 mm (8 ft.) at the impact head assembly. The height from the ground to the bottom of the trailer frame is 464 mm (18¼ in.). It should be understood that the physical dimensions of the trailer may vary depending on such specific requirements as the capacity of the attenuator, vertical and longitudinal clearance needed for the intended application, etc.

FIG. **3**A illustrates an exploded top plan view of the impact head assembly (**12**). The impact head assembly (**12**) consists of: a front impact plate (**20**), two mandrel tubes (**22**) that insert into the energy absorbing tubes (**64**), and two tapered mandrels (**24**). The front impact plate (**20**) has overall dimensions of 2438 mm×406 mm (8 ft.×16 in.). The impact plate (**20**) (see FIG. **3**B) is fabricated from two C-channels (**21**) 152×12.2 mm (C 6×8.2 in.) as horizontal members connected with L-angles (**23**) 51×51×6.4 mm (2×2×¼ in.) as vertical supports on the backside at the two ends. The channels are also stiffened on the backside with 76×76×4.8 mm (3×3×³⁄₁₆ in.) structural tubes (**25**). The impact plate distributes the impact load while the 51 mm (2 in.) wide protruded edges (**27**) of the channels provide and the openings (**29**) formed between the horizontal channels (**21**) and the L-angle (**23**) a mechanical interlock with the impacting vehicle.

Two mandrel tubes (**22**) are attached to the back of the channels (**21**) with 9.5 mm (⅜ in.) diameter, 38 mm (1½ in.) long Grade 5 bolts (not shown). Each mandrel tube (**22**) is fabricated from a 1422 mm (4 ft. 8 in.) long section of 114×114×3.2 mm (4.5×4.5×⅛ in.) ASTM A500 Grade B structural tubing. The upstream end (**26**) of the mandrel tube is welded to the back of a 305×229×12.6 mm (12×9×½ in.) base plate (**28**) and reinforced with gusset plates. The base plate has four 12.6 mm (½ in.) diameter holes for bolting to the back of the impact plate. A tapered mandrel (**24**) fabricated from 9.5 mm (⅜ in.) thick plates, is welded to the tube 200 mm (7⅞ in.) downstream of the base plate. The cross-sectional dimension of the mandrel increases from 133 mm×133 mm (5.25 in.×5.25 in.) to a maximum of 198×198 mm (7.8 in.×7.8 in.). The inside dimensions of the cooperating energy absorbing tube is 146 mm×146 mm (5.75 in.×5.75 in.).

The downstream end (**32**) of the mandrel tube (**22**) is inserted into the upstream end (**34**) of the energy absorbing tube (**64**) for a distance of approximately 1016 mm (40 in.). Guide angles (**42**), fabricated from 38×38×9.6 mm (1.5×1.5×⅜ in.) angles, and guide plates (**44**), 9.6 mm (¼ in.) in thickness, are welded around the tube immediately downstream of the mandrel to control the clearance of the mandrel tube within the energy absorbing tube. The downstream end (**32**) of the guide tube has a tapered end (**46**), fabricated by welding 9.6 mm (⅜ in.) thick bent plates to the tube, which acts like a plunger to shear off bolts at connections and hinges. A 6 mm (¼ in.) diameter, 165 mm (6½ in.) long Grade 5 bolt (**50**) is used to hold the mandrel tube (**22**) in place (see FIGS. **2**A, **2**B and **8**A). Upon impact, this bolt is sheared off, thus allowing the front impact plate with the mandrel tubes to be pushed forward and the mandrels to engage with the upstream ends of the energy absorbing tubes.

The trailer frame (**14**), details of which are shown in the FIGS. **4** through **7**, has three sections of energy absorbing tubes:

- [A] The first stage energy absorber (**60**) is a 610 mm (24 in.) long section of TS 152×152×3.2 mm (6×6×⅛ in.) ASTM A500 Grade B structural tubing (**61**) (see FIG. **5**). The entire tubing section is scored in order to control the bursting force (as described in U.S. Pat. No. 6,457,570 incorporated herein by reference for all purposes). For minor impacts and nuisance hits, only this first section (**60**) is damaged and needs to be replaced, thus minimizing the repair cost. This first stage energy absorber is bolted at flange connection (**63***a*) to the second stage energy absorber (**62**) at flange connection (**63***b*) with eight 14.3 mm (⁹⁄₁₆ in.) diameter Grade 5 bolts (**65**) to facilitate ease of replacement.
- [B] The second stage energy absorber (**64**), 2594 mm (9 ft. 6⅛ in.) in length, is also fabricated from TS 152×152×3.2 mm (6×6×⅛ in.) ASTM A500 Grade B structural tubing (**66**) (see FIG. **6**). The second stage energy absorber (**64**) has two levels of energy absorption. The first 1067 mm (42 in.) long section (**68**) of the stage 1 energy absorbing tube is scored to control the bursting force. The remaining section (**69**) is not scored to provide a higher bursting force.
- [C] The third stage energy absorber (**70**) is 1834 mm (6 ft. ³⁄₁₆ in.) long, fabricated from TS 152×152×4.8 mm (6×6×³⁄₁₆ in.) ASTM A500 Grade B structural tubing (**71**) as shown in FIG. **7**. The second stage energy absorber (**64**) is welded to the third stage energy absorber (**70**) with four 152×102×6.4 mm (6×4×¼ in.) joint plates (**72**), one on each side of the tube (**70**).

Turning again to FIG. **4** it may be seen that a cross member (**74**) is welded to the downstream ends (**75**) of the third stage

energy absorbing tubes (**70**) to form the trailer frame. Two diagonal hitch tubes (**80** and **82**) are in turn welded to the cross member (**74**) of the hitch assembly (**16**), as shown in FIG. **4**. The cross member (**74**) and hitch tubes (**80** and **82**) are fabricated from TS 152×152×4.8 mm (6×6×3⁄16 in.) ASTM A500 Grade B structural tubing. The connections are further reinforced with welded gusset plates (**84**). The structure of the hitch assembly (**16**) provides an opening (**106**) though sand and/or salt may pass through as it is being discharged from a towing vehicle. The hitch assembly (**16**) including the hitch member (**102**), therefore does not generally impede the flow of materials which may be dispense or spread on a road surface as the attenuator (**10**) is being towed.

In order to handle offset or oblique impacts, diagonal cables (**77**) with turnbuckles (**79**) may be added to the frame (**14**) to control frame distorture during such offset impacts. FIG. **4** illustrates such a diagonal cable configuration.

A breakaway axle assembly (**18**), as shown in FIGS. **1**, **2**A, **2**B and **8**A-**8**D, attaches to the trailer assembly (**14**). The commercially available axle assembly is attached to the bottom of the second stage energy absorbing tubes (**64**) with four 16 mm (5⁄8 in.) diameter Grade 5 bolts (**84**). These bolts are designed to be sheared off by the downstream end (**32**) of the mandrel tubes (**22**), as illustrated in the axle breakaway sequence FIGS. **8**A through **8**D, thus, allowing the axle (**86**) to move forward freely. Two push tubes or axle accelerators (**88**), 914 mm (3 ft.) long and fabricated from 38 mm×38 mm (1.5 in.×1.5 in.)×11 gage thick tubes, are attached to the axle (**86**). These push tubes (**88**) are designed to engage the back side (**90**) of the front impact plate (**20**) as the impact head assembly (**12**) is pushed forward, thus allowing the breakaway axle assembly (**18**) to be pushed forward of the bursting process. The fenders (**92**) of the axle assembly (**18**) are designed as both restraints and guides to keep the breakaway axle assembly (**18**) moving along the energy absorbing tubes (**64** and **70**).

In FIG. **8**A, the attenuator (**10**) is shown in a first non-impact position. It may be seen that the breakaway axle assembly (**18**) is attached to the underside (**96**) of the second energy absorbing tube (**64**). In FIG. **8**B, a vehicle (**100**) has impacted the impact head assembly (**12**) and urged the mandrels (**24**) forward. The retaining bolt (**50**) has been sheared and the first energy absorbing tube (**60**) has been "ribboned" or burst apart. The mandrels are about to engage the connection flanges (**63***a* and **63***b*). The tapered ends (**32**) of the mandrel tubes (**22**) are about to shear off the first axle bolts (**84***a*). As the vehicle is being brought to a controlled stop in the sequence, it may be seen in FIG. **8**C that the connection flanges have burst, the second energy absorbing tube (**64**) continues to ribbon, the second set of axle bolts (**84***b*) have been sheared off, and the backside (**90**) impact head assembly (**12**) has contacted the push tubes or axle accelerators (**88**).

As the impact forces continues to urge the mandrels (**24**) through the energy absorbing tube, the impact head assembly (**12**) has pushed the axle assembly (**18**) forward. The fenders (**92**) have served as restraints to keep the axle assembly (**18**) aligned along the tubes (**64**).

Should the impact continue to move forward, the mandrels (**24**) will eventually burst the third energy absorbing tubes (**70**), with the vehicle eventually stopping in a controlled deceleration

FIGS. **9**A-**9**G illustrate a number of alternative embodiments for attaching the breakaway axle assembly (**18**) to the bursting tubular trailer frame member (**14**). In FIG. **9**A, the axle assembly (**18**) is attached to the frame member (**14**) by the axle (**86**) being affixed (welded) to an axle base plate (**85**). The axle base plate is bolted to the bursting tube (**64**) by bolt sets (**84***a* and **84***b*). As the mandrel tube (**22**) moves through tube (**64**), the tapered end (**46**) impacts the bolts (**84***a* and **84***b*) shearing them off thereby releasing the axle plate (**85**) from the frame (**14**). The axle assembly (**18**) is then free to move forward as it is pushed by the push rods or axle accelerators (**88**) and guided by the fenders.

FIG. **9**B illustrates the use of shoulder bolts (**91***a* and **91***b*) as the fastener holding the assembly (**18**) to the frame (**14**). In FIG. **9**C a tie plate (**93**) extends between bolts (**91***a* and **91***b*). When end (**46**) contacts the first bolt (**91***a*) the impact force is transmitted to the second bolt (**91***b*) allowing for a simultaneous shearing of the bolts (**91***a* and **91***b*).

FIGS. **9**D and **9**E show yet other embodiments of the axle release mechanism using a sleeve at the base of the bolt.

FIGS. **9**F and **9**G illustrate the use of a connecting tube member (**97**) affixed within the bursting tube and connecting the bolts. When the connecting tube member (**97**) is struck by the tapered end (**46**) of the mandrel tube (**22**), tube member (**97**) is urged forward simultaneously shearing the bolts (**99***a* and **99***b*).

Another important aspect of the present inventive attenuator system is illustrated in FIG. **2**A. The trailer unit (**10**) is pivotally attached to a towing vehicle (**112**) at the vehicle's pintle hook (**113**) as the system slowly moves down a roadway. This configuration represents a unique arrangement of elements wherein the attenuator system is capable of handling offset impacts because of the interlocking impact head plate (**20**) on the impact head assembly (**12**). The engagement elements or protruded edges (**27**) and openings (**29**) in the impact plate (**20**) cooperate to act as a mechanical interlock with the impacting vehicle. Thus the present system incorporates an interlocking head assembly (**12**) with a bursting trailer frame member (**14**), a hinge assembly (**16**) in combination with a towing vehicle (**112**) to yield a mobile trailer mounted crash attenuation system.

Although the invention has been described with reference to specific embodiments, this description is not meant to be construed in a limited sense. Various modifications of the disclosed embodiments, as well as alternative embodiments of the inventions will become apparent to persons skilled in the art upon the reference to the description of the invention. It is, therefore, contemplated that the appended claims will cover such modifications that fall within the scope of the invention.

The invention claimed is:

**1**. A crash attenuation system comprising:

an impact head assembly connected to a first end of a trailer frame member having a hitch assembly at a second opposite end of said frame member; and a breakaway axle assembly mounted to said frame member by fasteners, wherein said trailer frame member comprises:

a first frame rail assembly generally parallel to and spaced apart from a second frame rail assembly, said first and second rail assemblies connected to one another at said second end of said frame member by said hitch assembly, said breakaway axle assembly further connecting said first and second rail assemblies when said impact head assembly is in a first position, said fasteners adapted to release said breakaway axle assembly from said frame member when said impact head assembly is in a second impacted position.

**2**. The system of claim **1** wherein each of said first and second frame rail assemblies comprises a plurality of energy absorbing sections.

**3**. The system of claim **1** wherein each of said first and second frame rail assemblies comprises:

a first energy absorbing section to dissipate a first level of impact energy;

a second energy absorbing section to dissipate a second level of impact energy; and

a third energy absorbing section to dissipate a third level of impact energy.

**4**. The system of claim **3** wherein said second level of impact energy is dissipated through a first scored bursting tube portion and a second unscored bursting tube portion.

**5**. The system of claim **4** wherein said first energy absorbing section comprises a scored bursting tube portion.

**6**. The system of claim **5** wherein said scored bursting tube portion extends the entire length of said first energy absorbing section.

**7**. The system of claim **1** further comprising a fender assembly attached to said breakaway axle assembly for controlled guiding of the displacement of said axle assembly along a length of said trailer frame member upon a predetermined energy impact level to said impact head assembly.

**8**. The system of claim **1** wherein said hitch assembly has openings through which sand or salt may pass when said trailer frame member is attached to a towing vehicle.

**9**. The system of claim **1** wherein said impact head assembly comprises a mechanical interlock for engaging an impacting vehicle.

**10**. The system of claim **1** further comprising a signage unit attached to said trailer frame.

**11**. The system of claim **1** furthering comprising a replaceable first energy absorbing section attached to said first end of said trailer frame member.

**12**. The system of claim **1** wherein said hitch assembly is attachable to a fixed position object or barrier.

**13**. The system of claim **1** wherein said breakaway axle assembly is further attached to a member selected from the group consisting of a wheel set and a support post.

**14**. A crash attenuation system for use with a towing vehicle having a conventional pintle hook hitch member comprising:

an interlocking head assembly connected to a first end of a trailer frame member having a hitch assembly at a second opposite end of said frame member, said interlocking head assembly comprising an impact plate having a plurality of engagement members protruding from an impact face and adapted to mechanically interlock with an impacting vehicle to restrain said impacting vehicle from sliding along said impact face; said hitch assembly adapted to be attached to said pintle hook hitch member.



**15**. The system of claim **14** further comprising:

a breakaway axle assembly mounted to said frame member and adapted to release from said frame prior to said impacting vehicle directly impacting said breakaway axle assembly.

**16**. The system of claim **15** further comprising fender assemblies disposed on opposite sides of said frame adjacent said breakaway axle assembly and adapted to retain said breakaway axle assembly beneath said frame upon release of said breakaway axle assembly from said frame.

**17**. The system of claim **14** wherein said trailer frame member comprises a first frame rail assembly generally parallel to and spaced apart from a second frame rail assembly, said first and second rail assemblies connected to one another at said second end of said frame member by said hitch assembly, said breakaway axle assembly further connecting said first and second rail assemblies when said impact head assembly is in a first position.

**18**. The system of claim **17** wherein said hitch assembly comprises two diagonal hitch tubes attached to a cross member connecting said first and second rail assemblies to one another.

**19**. A crash attenuation system comprising:

an impact head assembly connected to a first end of a trailer frame member having a hitch assembly at a second opposite end of said frame member; and a breakaway axle assembly mounted to said frame member by fasteners adapted to release said breakaway axle from said frame member when said impact head assembly is moved from a first position to a second impacted position, wherein said breakaway axle assembly comprises:

an axle push rod assembly attached to a transverse axle member, said push rod assembly extending generally perpendicularly upstream of said transverse axle member, said axle push rod assembly adapted to urge said breakaway axle assembly when released from said trailer frame downstream toward said second opposite end of said frame member upon impact of said impact head assembly with said axle push rod assembly.

* * * * *

# Exhibit P-184

TTMA-100 FHWA Approval Letter
HSA-10/CC-90 dated April 15, 2005

U.S. Department of Transportation
Federal Highway Administration

400 Seventh St., S.W.
Washington, D.C. 20590

April 15, 2005

In Reply Refer To: HSA-10/CC-90

Dean L. Sicking, P.E., Ph.D.
CEO
Safety By Design Company
6307 Yellowstone Circle
Lincoln, Nebraska 68510

Dear Dr. Sicking:

In your March 10 letter, you provided design and crash test information on a Trailer Truck-Mounted Attenuator (TMA) and requested formal acceptance of this device for use on the National Highway System (NHS) at the National Cooperative Highway Research Program (NCHRP) Report 350 test level 3 (TL-3). To support your request, you also sent me a copy of the Midwest Roadside Safety Facility's February 28 report entitled "Performance Evaluation of the Trailer-Truck-Mounted Attenuator (Trailer TMA) – NCHRP 350 test nos. 3-50 and 3-51 (TTMA-3 and TTMA-4)" and videotapes of the crash tests conducted.

The Trailer TMA design is based on the bursting tube technology originally developed for the energy-absorbing terminal for box-beam guardrail and subsequently adopted for use on trailer-mounted changeable message signs/arrow boards. The Trailer TMA includes four major components: an impact head assembly, a trailer frame, a hitch assembly, and a breakaway axle assembly. The trailer frame incorporates three levels of energy absorption: (1) a 610-mm (24-in) long bursting tube fabricated from 152 mm x 152 mm x 3.2 mm (6 in x 6 in x 1/8 in) ASTM A500 Grade B structural tube, (2) a 2594-mm (9-ft, 6.125-in) long second stage bursting tube of the same size and material, and (3) an 1834-mm (6-ft, 3/16-in) 152 mm x 152 mm x 4.8 mm (6 in x 6 in x 3/16 in) ASTM A500 Grade B structural tube. The general design of the Trailer TMA is shown in Enclosure 1. As noted therein, the total length of the tested design is 7050 mm (23 ft, 1-9/16 in) and its width is 2438 mm (8 ft) at the impact plate assembly. The trailer frame is 464 mm (18.25 in) above the ground and the total weight of the TMA is approximately 640 kg (1410 lbs). I am assuming that users may obtain detailed drawings directly from you and that such drawings will accurately depict the device that was crash tested.

The safety performance of the Trailer TMA was verified through full-scale crash testing. Both mandatory NCHRP Report 350 tests required for a truck-mounted attenuator were conducted: the 820-kg car (test 3-50) and the 2000-kg pickup truck (test 3-51) impacting head-on at

BUCKLE UP AMERICA

100 km/h. Summary sheets for these two tests are shown in Enclosure 2. In both tests, the support truck was blocked to prevent any forward movement. Thus, there is no upper limit to the weight of the support vehicle with which the Trailer TMA is used.

Although TMAs may also be used with lighter support vehicles, potential users must be made aware that its use with a ***significantly*** lighter vehicle, while likely to decrease impact forces on the occupants of the errant vehicle, will increase the forces transmitted to the driver of a lighter support vehicle. It then becomes critical that the support vehicle has proper headrest supports and that the driver be securely belted. Furthermore, the support vehicle roll-ahead and the post-crash trajectories (particularly following off-center impacts) of both vehicles will differ considerably from those seen in tests with the “standard” 9000 kg (19,840 lbs) support vehicle. Thus, it is not recommended that any TMA be used with a support vehicle as light as a pickup truck without test verification.

You have also submitted results of a bogie test showing an offset impact with the device similar to optional test no. 3-52. While the results of the bogie test indicate that the device may meet Report 350 evaluation criteria under offset impact conditions, the two optional tests (nos. 3-52 and 3-53) recommended in Report 350 should be conducted to confirm that the device will perform satisfactorily in these two tests.

Based on the above, I conclude that your tested design meets the NCHRP Report 350 evaluation criteria for tests 3-50 and 3-51 and may be used on the NHS if such use is acceptable to the contracting agency.

Please note the following standard provisions that apply to the FHWA letters of acceptance:

- Our acceptance is limited to the crashworthiness characteristics of this device and does not cover its structural features or durability, or its conformity with the Manual on Uniform Traffic Control Devices insofar as impact face reflectorization is concerned.
- Any design changes that may adversely affect the crashworthiness of the device will require a new acceptance letter.
- Should the FHWA discover that the qualification testing was flawed, that in-service performance reveals unacceptable safety problems, or that the device being marketed is significantly different from the version that was crash tested, we reserve the right to modify or revoke our acceptance.
- This letter shall not be construed as authorization or consent by the FHWA to use, manufacture, or sell any patented device for which the applicant is not the patent holder. The FHWA is neither prepared nor required to become involved in issues concerning patent law. Any such issues that may arise are to be resolved by the applicant.
- You will be expected to supply potential users with sufficient information on design and installation requirements, including specifications for the support vehicle trailer hitch attachment, to ensure proper performance in a crash.
- You will be expected to certify to potential users that the hardware furnished has essentially the same chemistry, mechanical properties, and geometry as that submitted for acceptance.

- To prevent misunderstanding by others, this acceptance letter, designated as acceptance letter CC-90, shall not be reproduced except in full. This letter, and the test documentation upon which this letter is based, is public information. All such letters and documentation may be reviewed at our office upon request.
- The Trailer TMA is a patented device and is considered "proprietary." The use of proprietary hardware in a work zone on Federal-aid projects is generally of a temporary nature. These features are usually *selected by the contractor* for use as needed and removed upon completion of the project. Under such conditions they can be presumed to meet requirement (a) given below for the use of proprietary products on Federal-aid projects. On the other hand, if proprietary devices are *specified by a highway agency* for use on Federal-aid projects, except exempt, non-NHS projects, they: (a) must be supplied through competitive bidding with equally suitable unpatented items; (b) the highway agency must certify that they are essential for synchronization with existing highway facilities or that no equally suitable alternative exists or; (c) they must be used for research or for a distinctive type of construction on relatively short sections of road for experimental purposes. Our regulations concerning proprietary products are contained in Title 23, Code of Federal Regulations, Section 635.411.

Sincerely yours,

***/original signed by/***

John R. Baxter, P.E.
Director, Office of Safety Design
Office of Safety

2 Enclosures



ITEM
DESCRIPTION
A Impact Head
B Mandrel
C First Tube
D Trailer Frame
E Axle Assembly
F Commercial Hitch
G Axle Push Bars
610mm x 3mm SCORED
2896mm x 3mm
1829mm x 5mm Galvanized
1067mm SCORED
2438mm
1625mm
1777mm
102mm
152mm
6mm plate
6mm plate top and bottom both sides
499mm
288mm
13mm
ø14x64mm long Grade 5 Bolts
7050mm
1781mm
1379mm
711mm
464mm
159mm
32mm
Safety By Design Company
Trailer TMA
Layout
Sheet: system
Date: 01/26/2005
By: JRR
Rev:
Scale: 1=30
Drawing Name: TTMA-3 R2.dwg
MwRSF
Midwest Roadside Safety Facility



0.000 sec 0.024 sec 0.086 sec 0.098 sec 0.338 sec




- Test Number . . . . . . . . . . . . . . . . . TTMA-3 (3-30)
- Date . . . . . . . . . . . . . . . . . . 8/04/04
- Test Article
  - Type . . . . . . . . . . . . . . . . . . Trailer TMA
  - Key Elements . . . . . . . . . . . . Trailer TMA impact head
    Tubular steel frame
    Trailer wheel and axle assembly
  - Orientation . . . . . . . . . . . . . . center of vehicle with center of TMA
- Soil Type . . . . . . . . . . . . . . . . . . NA
- Vehicle Model . . . . . . . . . . . . . . . 1999 Geo Metro
  - Curb . . . . . . . . . . . . . . . . . . 743 kg
  - Test Inertial . . . . . . . . . . . . . . 821 kg
  - Gross Static . . . . . . . . . . . . . . 897 kg
- Vehicle Speed
  - Impact . . . . . . . . . . . . . . . . . . 96.0 km/h
  - Exit . . . . . . . . . . . . . . . . . . 0.0 km/h
- Vehicle Angle
  - Impact (trajectory) . . . . . . . . 0.13 deg
  - Exit (trajectory) . . . . . . . . . . . NA

- Vehicle Stability . . . . . . . . . . . . . . . . . . Satisfactory
- Occupant Ridedown Deceleration (10 msec avg.)
  - Longitudinal . . . . . . . . . . . . . . . . . . 11.86 g's < 20 g's
  - Lateral . . . . . . . . . . . . . . . 2.11 g's < 20 g's
- Occupant Impact Velocity
  - Longitudinal . . . . . . . . . . . . . . . . . . 11.42 m/s < 12 m/s
  - Lateral . . . . . . . . . . . . . . . . . . 0.02 m/s < 12 m/s
- Post-Impact Head Deceleration and Theoretical Head Impact Velocity
  - THIV . . . . . . . . . . . . . . . . . . 11.41 m/s < 12 m/s (not req.)
  - PHD . . . . . . . . . . . . . . . . . . 11.89 g's < 20 g's (not req.)
- Vehicle Damage . . . . . . . . . . . . . . . . . . Moderate
  - TAD[7] . . . . . . . . . . . . . . . . . . 12-FD-4
  - SAE[8] . . . . . . . . . . . . . . . . . . 12FDEW2
- Vehicle Stopping Distance . . . . . . . . . . . . 2.58 m downstream
- Test Article Damage . . . . . . . . . . . . . . . . . Moderate
- Maximum Deflection
  - Permanent Set . . . . . . . . . . . . . . . . . 3,102 mm
  - Dynamic . . . . . . . . . . . . . . . . . . 3,077 mm
- Working Width . . . . . . . . . . . . . . . . 6.97-m long by 5.05-m wide

Figure 21. Summary of Test Results and Sequential Photographs, Test TTMA-3


0.000 sec


0.038 sec


0.090 sec


0.210 sec


0.822 sec




- Test Number . . . . . . . . . . . . . . . . . TTMA-4 (3-51)
- Date . . . . . . . . . . . . . . . . . . . 12/14/04
- Test Article
  - Type . . . . . . . . . . . . . . . . . . . Trailer TMA
  - Key Elements . . . . . . . . . . . . Trailer TMA impact head
    Tubular steel frame
    Trailer wheel and axle assembly
  - Orientation . . . . . . . . . . . . . . center of vehicle with center of TMA
- Soil Type . . . . . . . . . . . . . . . . . . . NA
- Vehicle Model . . . . . . . . . . . . . . . 1999 GMC 2500
  - Curb . . . . . . . . . . . . . . . . . . . 1,955 kg
  - Test Inertial . . . . . . . . . . . . . . 2,012 kg
  - Gross Static . . . . . . . . . . . . . . 2,012 kg
- Vehicle Speed
  - Impact . . . . . . . . . . . . . . . . . . . 99.5 km/h
  - Exit . . . . . . . . . . . . . . . . . . . 0.0 km/h
- Vehicle Angle
  - Impact (trajectory) . . . . . . . . 0.63 deg
  - Exit (trajectory) . . . . . . . . . . . NA
- Vehicle Stability . . . . . . . . . . . . . . Satisfactory
- Occupant Ridedown Deceleration (10 msec avg.)
  - Longitudinal . . . . . . . . . . . . . . . . . . 17.69 g's < 20 g's
  - Lateral . . . . . . . . . . . . . . . 4.11 g's < 20 g's
- Occupant Impact Velocity
  - Longitudinal . . . . . . . . . . . . . . . . . . 8.59 m/s < 12 m/s
  - Lateral . . . . . . . . . . . . . . . . . . 0.21 m/s < 12 m/s
- Post-Impact Head Deceleration and Theoretical Head Impact Velocity
  - THIV . . . . . . . . . . . . . . . . . . 8.58 m/s < 12 m/s (not req.)
  - PHD . . . . . . . . . . . . . . . . . . 17.72 g's < 20 g's (not req.)
- Vehicle Damage . . . . . . . . . . . . . . . . . . Moderate
  - TAD[7] . . . . . . . . . . . . . . . . . . 12-FD-3
  - SAE[8] . . . . . . . . . . . . . . . . . . 12FDEW2
- Vehicle Stopping Distance . . . . . . . . . . . . 3.89 m downstream
- Test Article Damage . . . . . . . . . . . . . . . . Moderate
- Maximum Deflection
  - Permanent Set . . . . . . . . . . . . . . . . . 4,632 mm
  - Dynamic . . . . . . . . . . . . . . . . . . 5,132 mm
- Working Width . . . . . . . . . . . . . . . . . . 6.97-m long by 7.21-m wide

Figure 35. Summary of Test Results and Sequential Photographs, Test TTMA-4

# Exhibit P-185

TTMA-100 FHWA Approval Letter
HSST-10/CC-90A
dated September 18, 2006

U.S. Department of Transportation
**Federal Highway Administration**

400 Seventh St., S.W.
Washington, D.C. 20590

In Reply Refer To:
HSA-10/CC-90A

September 18, 2006

Dean L. Sicking, P.E., Ph. D.
CEO, Safety By Design Co.
5931 The Knolls
Lincoln, NE 68512

Dear Dr. Sicking:

In my April 15, 2005, acceptance letter to you, designated as HSA-10/CC90, I accepted your Burster Energy Absorbing Technology trailer TMA as a National Cooperative Highway Research Program (NCHRP) Report 350 truck-mounted attenuator at test level 3 (TL-3) based on successful completion of the mandatory TMA tests prescribed by Report 350. On June 21, 2006, I received a request that this device also be noted as having met the two optional tests identified in Report 350. With your letter, you sent copies of test reports and videotapes documenting the results of the two optional tests.

Staff review of the optional tests you conducted on modified versions of the original design raised questions concerning the use of these tests to certify the original design as meeting the evaluation criteria for the optional tests. Furthermore, although the support vehicle was blocked to prevent forward movement in both optional tests, the rear axle was lifted off the ground and the truck shifted several feet sideways in test 3-53, casting some doubt on the validity of the test to show that there was no upper weight limit to the support vehicle. After much discussion with my staff, it was mutually agreed that you would re-run test 3-53 using the original TMA design (with the relatively minor design changes as noted below) and with the support truck fully blocked to prevent motion in any direction. We agreed to accept the results of test 3-52 if the second test 3-53 was successful.

Your August 25, 2006, letter to Mr. Richard Powers of my staff transmitted the results of your second test. Enclosure 1 shows a drawing of your final design. You reported that this design differs from the originally accepted version in that the 1) the bolted splice in the middle of the first stage energy absorbing tube has been moved to the junction between the second and third stages and 2) the third stage energy absorbing tubes were scored over the first 305 mm (12 inches). Enclosures 2A-2C are the test summary sheets for test 3-52, the first 3-53 test, and the final 3-53 test on the modified original design, respectively.

Celebrating 50 Years 1956 50th 2006 Eisenhower Interstate System

BUCKLE UP AMERICA

I agree that the final design may be considered to meet all four Report 350 TMA tests and may be used with a support vehicle with no upper weight limit. Since the lowest acceptable weight limit has not been established through testing, it remains the manufacturer's responsibility to advise potential users of the TMA as to what lower limit is appropriate to ensure the safety of occupants of an impacting vehicle, the driver of the support truck, and other motorists and workers in the immediate area. Primary concerns with the use of a relatively light (and untested) support vehicle are the unknown post-crash stabilities and trajectories of both the impacting vehicle and the support truck.

Please note that the standard provisions to the Federal Highway Administration acceptance letters included in our original letter remain applicable to this modification as well.

Sincerely yours,

**/original signed by/**

John R. Baxter, P.E.
Director, Office of Safety Design
Office of Safety

2 Enclosures

| ITEM | QTY | DESCRIPTION |
|---|---|---|
| a | 6 | 5/16" x 7" Grd 5 Thrd Rod |
| b | 12 | 5/16" Heavy Lock Washer |
| c | 12 | 5/16" Grd 5 Hex Nut |
| d | 8 | 1/2" x 1 1/2" Grd 5 Hex Bolt |
| e | 8 | 1/2" Washer |
| f | 12 | 1/2" Heavy Lock Washer |
| g | 12 | 1/2" Grd 5 Hex Nut |

| ITEM | QTY | DESCRIPTION |
|---|---|---|
| h | 16 | 9/16" x 3" Grd 5 Hex Bolt |
| j | 16 | 9/16" SAE Washer |
| k | 16 | 9/16" Heavy Lock Washer |
| m | 16 | 9/16" Grd 5 Hex Nut |
| n | 4 | 5/8" x 2 1/2" Grd 5 Hex Bolt* |
| o | 4 | 5/8" Washer |
| p | 4 | 5/8" Heavy Lock Washer |
| r | 4 | 5/8" Grd 5 Hex Nut |

| ITEM | QTY | DESCRIPTION |
|---|---|---|
| A | 1 | Impact Head |
| B | 2 | Bursting Mandrel |
| C | 2 | First Tube |
| D | 1 | Trailer Frame |
| E | 1 | Axle Assembly |
| F | 4 | Plastic Guide Plates |
| G | 2 | End Caps |
| H | 1 | Hitch Assembly |




| | | |
|---|---|---|
| Safety Trailers, Inc.<br>San Antonio, TX<br>Phone: 970 819 1741 | Safety Trailers, Inc.<br>Trailer TMA<br>Assembly | Sheet: 100 |
| | Drawing Name: TTMA - 100 | Scale: NONE |
| | Date: 6/15/06 | By: JRR / Rev: 0 |



0.000 sec | 0.140 sec | 0.266 sec | 0.470 sec | 0.692 sec | 1.732 sec






- Test Number . . . . . . . . . . . . . . . . . TTMA-5
- NCHRP 350 Test Designation . . . 3-52
- Date . . . . . . . . . . . . . . . . . . . . . . . 7/29/05
- Test Article
  - Type . . . . . . . . . . . . . . . . . . . Trailer TMA
  - Key Elements . . . . . . . . . . . . Trailer TMA impact head
  - . . . . . . . . . . . . . Tubular steel frame
  - . . . . . . . . . . . . Trailer wheel and axle assembly
  - Orientation . . . . . . . . . . . . . . Centerline offset by one-third of width
- Soil Type . . . . . . . . . . . . . . . . . . . NA
- Vehicle Model . . . . . . . . . . . . . . . 2000 Chevrolet C2500
  - Curb . . . . . . . . . . . . . . . . . . . 2,021 kg
  - Test Inertial . . . . . . . . . . . . . . 2,024 kg
  - Gross Static . . . . . . . . . . . . . . 2,024 kg
- Vehicle Speed
  - Impact . . . . . . . . . . . . . . . . . . 102.1 km/h
  - Exit (not required) . . . . . . . . . NA
- Vehicle Angle
  - Impact (trajectory) . . . . . . . . 1.3 deg
  - Exit (not required) . . . . . . . . . NA
- Vehicle Stability . . . . . . . . . . . . . . . . . . . . Satisfactory
- Occupant Ridedown Deceleration (10 msec avg.)
  - Longitudinal . . . . . . . . . . . . . . . . . . 14.30 g's < 20 g's
  - Lateral . . . . . . . . . . . . . . . . . . 6.68 g's < 20 g's
- Occupant Impact Velocity
  - Longitudinal . . . . . . . . . . . . . . . . . . 10.66 m/s < 12 m/s
  - Lateral . . . . . . . . . . . . . . . . . . . . . . . 1.04 m/s < 12 m/s
- Post-Impact Head Deceleration and Theoretical Head Impact Velocity
  - THIV . . . . . . . . . . . . . . . . . . . . . . . 10.75 m/s < 12 m/s (not req.)
  - PHD . . . . . . . . . . . . . . . . . . . . . . . . 18.07 g's < 20 g's (not req.)
- Vehicle Damage . . . . . . . . . . . . . . . . . . . Moderate
  - TAD[8] . . . . . . . . . . . . . . . . . . . . . . . . 12-FR-4
  - SAE[9] . . . . . . . . . . . . . . . . . . . . . . . . 12FYEW3
  - OCDI . . . . . . . . . . . . . . . . . . . . . . . . F000000000
- Vehicle Stopping Distance . . . . . . 5.03 m downstream
- Test Article Damage . . . . . . . . . . . . . . . . . Moderate
- Maximum Deflection
  - Permanent Set . . . . . . . . . . . . . . . . . NA
  - Dynamic . . . . . . . . . . . . . . . . . . . . . NA
- Working Width . . . . . . . . . . . . . . . . . 7.86-m long by 12.78-m wide

Figure 19. Summary of Test Results and Sequential Photographs, Test TTMA-5


0.000 sec


0.034 sec


0.086 sec


0.196 sec


0.382 sec


0.546 sec







- Test Number . . . . . . . . . . . . . . . . TTMA-7 (3-53)
- Date . . . . . . . . . . . . . . . . . . . . . 12/20/05
- Test Article
  - Type . . . . . . . . . . . . . . . . . . Trailer TMA
  - Key Elements . . . . . . . . . . . Trailer TMA impact head
    Tubular steel frame
    Trailer wheel and axle assembly
  - Orientation . . . . . . . . . . . . . Centerline offset by one-fourth of width
- Soil Type . . . . . . . . . . . . . . . . . . . . NA
- Vehicle Model . . . . . . . . . . . . . . . . 1999 Chevrolet C2500
  - Curb . . . . . . . . . . . . . . . . . . . . . 1,956 kg
  - Test Inertial . . . . . . . . . . . . . . . . 2,013 kg
  - Gross Static . . . . . . . . . . . . . . . . 2,013 kg
- Vehicle Speed
  - Impact . . . . . . . . . . . . . . . . . . . . . 99.9 km/h
  - Exit . . . . . . . . . . . . . . . . . . . . . . . NA
- Vehicle Angle
  - Impact (trajectory) . . . . . . . . . . . 11.0 deg
  - Exit (trajectory) . . . . . . . . . . . . . NA
- Vehicle Stability . . . . . . . . . . . . . Satisfactory

- Occupant Ridedown Deceleration (10 msec avg.)
  - Longitudinal . . . . . . . . . . . . 12.83 g's < 20 g's
  - Lateral . . . . . . . . . . . . . . . . . 9.15 g's < 20 g's
- Occupant Impact Velocity
  - Longitudinal . . . . . . . . . . . . 10.80 m/s < 12 m/s
  - Lateral . . . . . . . . . . . . . . . . . 1.50 m/s < 12 m/s
- Post-Impact Head Deceleration and Theoretical Head Impact Velocity
  - THIV . . . . . . . . . . . . . . . . . . 11.10 m/s < 12 m/s (not req.)
  - PHD . . . . . . . . . . . . . . . . . . 14.31 g's < 20 g's (not req.)
- Vehicle Damage . . . . . . . . . . . . . Moderate
  - TAD[9] . . . . . . . . . . . . . . . . . . 12-FR-4
  - SAE[10] . . . . . . . . . . . . . . . . . 12FZEW4
  - OCDI . . . . . . . . . . . . . . . . . F000000000
- Vehicle Stopping Distance . . . . . 7.38 m downstream
- Test Article Damage . . . . . . . . . Moderate
- Maximum Deflection
  - Permanent Set . . . . . . . . . . . NA
  - Dynamic . . . . . . . . . . . . . . . . NA
- Working Width . . . . . . . . . . . . . 9.04 m long by 13.00 m wide

Figure 18. Summary of Test Results and Sequential Photographs, Test TTMA-7


0.000 sec


0.114 sec


0.272 sec


0.466 sec


0.640 sec







- Test Number . . . . . . . . . . . . . . . TTMA-9 (3-53)
- Date . . . . . . . . . . . . . . . . . . . . . . 8/18/06
- Test Article
  - Type . . . . . . . . . . . . . . . . . . Trailer TMA
  - Key Elements . . . . . . . . . . . Trailer TMA impact head<br>Tubular steel frame<br>Trailer wheel and axle assembly
  - Orientation . . . . . . . . . . . . . Centerline offset by one-fourth of width
  - Shadow Vehicle . . . . . . . . . Right-rear tire blocked against lateral movment<br>Ballasted to total weight of 10,433 kg
- Soil Type . . . . . . . . . . . . . . . . . . NA
- Vehicle Model . . . . . . . . . . . . . . 1999 Chevrolet C2500
  - Curb . . . . . . . . . . . . . . . . . . 2,105 kg
  - Test Inertial . . . . . . . . . . . . . 2,023 kg
  - Gross Static . . . . . . . . . . . . . 2,023 kg
- Vehicle Speed
  - Impact . . . . . . . . . . . . . . . . . 100.4 km/h
  - Exit . . . . . . . . . . . . . . . . . . . NA
- Vehicle Angle
  - Impact (trajectory) . . . . . . . 9.3 deg
  - Exit (trajectory) . . . . . . . . . . NA

- Vehicle Stability . . . . . . . . . . . . Satisfactory
- Occupant Ridedown Deceleration (10 msec avg.)
  - Longitudinal . . . . . . . . . . . . -11.27 g's < 20 g's
  - Lateral . . . . . . . . . . . . . . . . . -6.43 g's < 20 g's
- Occupant Impact Velocity
  - Longitudinal . . . . . . . . . . . . -9.21 m/s < 12 m/s
  - Lateral . . . . . . . . . . . . . . . . . -0.65 m/s < 12 m/s
- Vehicle Damage . . . . . . . . . . . . . Moderate
  - TAD[9] . . . . . . . . . . . . . . . . . . 12-FD-4
  - SAE[10] . . . . . . . . . . . . . . . . . 12FDEW4
  - OCDI . . . . . . . . . . . . . . . . . F000000000
- Vehicle Stopping Distance . . . . . 15.24 m downstream<br>2.44 m toward the left
- Test Article Damage . . . . . . . . . Moderate
- Maximum Deflection
  - Permanent Set . . . . . . . . . . . NA
  - Dynamic . . . . . . . . . . . . . . . NA
- Working Width . . . . . . . . . . . . . 18.33 m long by 14.93 m wide

Summary of Test Results and Sequential Photographs, Test TTMA-9

# Exhibit P-186

TTMA-100 FHWA Approval Letter
HSST/CC-90B dated July 8, 2011
(Request by Gregory Industries, Inc.
submitted December 23, 2010)
(Approval Letter issued to
Gregory Industries, Inc.)

U.S. Department of Transportation
**Federal Highway Administration**

1200 New Jersey Ave., SE
Washington, D.C. 20590

July 8, 2011

In Reply Refer To:
HSST/CC-90B

Rick Mauer
World Wide TTMA Manager
Gregory Industries, Inc.
4100 13th Street, SW
Canton, Ohio 44710

Dear Mr. Mauer:

This letter is in response to your request for the Federal Highway Administration (FHWA) acceptance of a modified trailer-mounted attenuator for use on the National Highway System (NHS).

Name of system: TTMA-100
Type of system: Trailer-Mounted Attenuator (TMA)
Test Level: NCHRP Report 350 TL-3
Testing conducted by: Safe Technologies, Inc.
Date of request: December 23, 2010
Request initially acknowledged: January 4, 2011

You requested that we find a modified version of your previously-accepted trailer attenuator acceptable for use on the NHS under the provisions of the National Cooperative Highway Research Program (NCHRP) Report 350 "Recommended Procedures for the Safety Performance Evaluation of Highway Features." To support your request, you supplied a copy of the January 2011 Safe Technologies, Inc. test report TTMA-01 "TTMA Trailer-Mounted Attenuator".

**Requirements**
Roadside safety devices should meet the guidelines contained in NCHRP Report 350 if tested prior to January 1, 2011, and the guidelines in AASHTO's Manual for Assessing Safety Hardware if tested after that date. The FHWA memorandum "ACTION: Identifying Acceptable Highway Safety Features" of July 24, 1997, provides further guidance on crash testing requirements of longitudinal barriers and crash cushions.

**Decision**
The following system was found acceptable, with details provided below:

- TTMA-100 Trailer-Mounted Attenuator

**Description**

The basic TTMA-100 design as previously accepted is based on the bursting tube technology originally developed for the energy-absorbing box-beam guardrail terminal and subsequently adopted for use on trailer-mounted changeable message signs/arrow boards. The TTMA-100 includes four major components: an impact head assembly, a trailer frame, a hitch assembly, and a breakaway axle assembly. Specific modifications made to the design were:

- An optional trailer hitch extension was added to the A-frame
- The lunette ring on the hitch was placed in its uppermost position
- A breakaway disconnect braking system was added to the trailer
- An arrow board and stand were added to the trailer
- A backup guidance system was incorporated into the trailer design

The first three modifications were expected to have no measureable effect on crash performance. The trailer hitch extension is intended for use on support trucks having a recessed pintle hitch, thus preventing the arrow board from contacting the truck bed during sharp turns. The adjustable lunette ring is designed to maintain the trailer in a level position, based on the mounting height of the support vehicle hitch. The disconnect brakes are designed to stop the trailer should it become loose from the support vehicle during transit. The brakes are not activated in a crash and the battery which activates them is mounted in a box on the side of the A-frame where it cannot interfere with the proper functioning of the energy-absorbing tubes.

The last two modifications could potentially change the crash performance of the TTMA-100 and are described separately under the next section.

The general design of the Trailer TMA, as tested, is shown in Enclosure 1. I am assuming that users may obtain detailed drawings directly from you and that such drawings will accurately depict the device that was tested.

**Testing**

The two modifications to your original design likely to affect the crash performance include the addition of an arrow board/support and the incorporation of a backup guidance system. The arrow board stand was located near the front of the TTMA-100 in an area not generally reached by an impacting vehicle. The backup guidance system is designed to prevent the trailer from articulating when the support vehicle is driven in reverse. Consequently, the trailer is retained from articulation when struck off-center by an impacting vehicle. Based on your reviewing the results of the five certification tests originally conducted, you concluded that Report 350 test 3-52 would represent the “worst case” scenario with the added backup guidance system. FHWA concurs.

In test 3-52, a 2008-kilogram (4427-pound) pickup truck impacted the attenuator at 101 km/r (63 mph) and at 0 degrees, offset1/3 the width of the truck. Occupant impact velocity was 9 meters/second (29.7 feet/second) and the ridedown acceleration was 17 G's. The TTMA-100 did not articulate and there was no structural damage to the arrow board/support. For this test, the 4770-kilogram (10,516-pound) support vehicle was unblocked and was pushed ahead 9.7 meters (31.5 feet) after impact. Enclosure 2 is the test summary sheet.

**Findings**

The TTMA-100 trailer TMA, which was previously accepted as a TL-3 design in FHWA letters CC-90 and CC-90A, was modified as described below, and subjected to one additional crash test. Based upon the successful completion of NCHRP Report 350 test 3-52, the FHWA agrees that your TTMA-100, as modified, remains acceptable as an NCHRP Report 350 TL-3 attenuator.

In previous testing, the trailer support vehicle was restrained from forward and lateral movement so there is no upper limit to the weight of the support vehicle. As noted above, the support vehicle was unblocked and rolled ahead 9.7 meters (31.5 feet) after impact. You will be expected to advise users of the TTMA-100 of expected roll-ahead distances based on the weights of both the support vehicle and of potential impacting vehicle(s).

Please note also that the following provisions apply to FHWA letters of acceptance:

- This acceptance letter provides an AASHTO/ARTBA/AGC Task Force 13 designator that should be used to identify any new or updated Task Force 13 drawings for this product.
- This acceptance is limited to the crashworthiness characteristics of the device and does not cover its structural features, nor conformity with the Manual on Uniform Traffic Control Devices.
- Any design changes that may adversely influence the crashworthiness of the device will require a new acceptance letter.
- Should the FHWA discover that the qualification testing was flawed, the in-service performance reveals unacceptable safety problems, or that the device being marketed is significantly different from the version that was crash tested, it reserves the right to modify or revoke its acceptance.
- You will be expected to supply potential users with sufficient information on design and installation requirements to ensure proper performance.
- You will be expected to certify to potential users that the hardware furnished has essentially the same chemistry, mechanical properties, and geometry as that submitted for acceptance, and that it will meet the crashworthiness requirements of NCHRP Report 350.
- To prevent misunderstanding by others, this letter of acceptance, designated as number CC-90B shall not be reproduced except in full. This letter, and test documentation upon which this letter is based, is public information. All such letters and documentation may be reviewed at our office upon request.
- The TTMA-100 is a patented product and is considered proprietary. If proprietary devices are specified by a highway agency for use on Federal-aid projects, except exempt, non-NHS projects, they: (a) must be supplied through competitive bidding with

equally suitable unpatented items; (b) the highway agency must certify that they are essential for synchronization with the existing highway facilities or that no equally suitable alternative exists; or (c) they must be used for research or for a distinctive type of construction on relatively short sections of road for experimental purposes. Our regulations concerning proprietary products are contained in Title 23, Code of Federal Regulations, Section 635.411.

Sincerely yours,

Michael S. Griffith
Director, Office of Safety Technologies
Office of Safety

Enclosures


Hitch Extension
Cable Reverse Guidance System
Brake Switch
Support Beam for Guidance Truck Mounted
Sign Stand
24'-7 11/32" [7502mm]
8' [2438mm]
11'-0 5/8" [3369mm]
2'-5 29/32" [760mm]

**Enclosure 1**

# Enclosure 2









| | |
|---|---|
| **General Information** | |
| Test Agency | SAFE TECHNOLOGIES, INC. |
| Test Designation | NCHRP Report 350 3-52 |
| Test No. | STI Test # TTMA01 |
| Date | [illegible]/2010 |
| **Test Article** | |
| Type | Trailer Mounted Attenuator |
| Name | TTMA |
| Dimensions | Length 7.5 m (24.6 ft) |
| Size and/or dimension and material | Height 3.1 m (11.1 ft) |
| of key elements | Width 2.4 m (8.0 ft) |
| **Test Vehicle** | |
| Type | Production Model |
| Designation | 2000P |
| Model | 2004 Chevrolet 3/4 Ton Pickup |
| Mass (kg) | |
| Curb | 2233 |
| Test Inertial | 2009 |
| Dummy(s) | N/A |
| Gross Static | 2009 |
| **Impact Conditions** | |
| Speed (kph) | 101 |
| Angle (deg) | 0 |
| Impact Severity (kJ) | 790.1 |

| | |
|---|---|
| **Exit Conditions** | |
| Speed (kph) | N/A |
| Angle (deg) | N/A |
| **Occupant Risk Values** | |
| Impact Velocity (m/s) | |
| x-direction | 9 |
| y-direction | 3 |
| Ridedown Acceleration (g's) | |
| x-direction | 17 |
| y-direction | 5 |
| **Test Article Deflection (mm)** | |
| Dynamic | N/A |
| Permanent | N/A |
| **Vehicle Damage** | |
| Exterior | |
| VDS | 12-FD-1 |
| CDC | 12FZEW1 |
| Interior | |
| OCDI | FS0000000 |
| **Post-Impact Vehicular Behavior (deg - gyro @ c.g)** | |
| Maximum Roll Angle | 10 |
| Maximum Pitch Angle | 9 |
| Maximum Yaw Angle | 77 |

# Exhibit P-187

U.S. Patent No. 10,857,959,
Controlled Axle Release Mechanism for a
Truck Trailer Attenuator
(Issued December 8, 2020)
(“the ’959 Patent”)
(Truck-Trailer Mounted Attenuator
(“TTMA”) 200)

US010857959B2

(12) **United States Patent**
**Sicking et al.**

(10) **Patent No.: US 10,857,959 B2**
(45) **Date of Patent: Dec. 8, 2020**

(54) **CONTROLLED AXLE RELEASE MECHANISM FOR A TRUCK TRAILER ATTENUATOR**

(71) Applicant: **Safety By Design, Inc.**, Lincoln, NE (US)

(72) Inventors: **Dean L. Sicking**, Indian Springs Village, AL (US); **John R. Rohde**, Whitefish, MT (US); **King K. Mak**, San Antonio, TX (US); **John D. Reid**, Lincoln, NE (US)

(73) Assignee: **Safety By Design, Co**, Lincoln, NE (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 231 days.

(21) Appl. No.: **16/169,242**

(22) Filed: **Oct. 24, 2018**

(65) **Prior Publication Data**

US 2020/0130617 A1 Apr. 30, 2020

(51) **Int. Cl.**
***B60R 19/00*** (2006.01)
***E01F 15/14*** (2006.01)
***B62D 21/20*** (2006.01)

(52) **U.S. Cl.**
CPC .............. ***B60R 19/00*** (2013.01); ***B62D 21/20*** (2013.01); ***E01F 15/148*** (2013.01); *B60R 2019/005* (2013.01)

(58) **Field of Classification Search**
CPC ... B60R 19/00; B60R 2019/005; B62D 21/20; B62D 21/152; B62D 21/155; B62D 65/06; B62D 65/061; E01F 15/148; B62K 27/14; B60D 1/243
USPC ............ 296/187.03; 280/784, 789, 656, 292, 280/406.2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,807,894 A * | 2/1989 | Walker | B62D 63/061 | 280/63 |
| 4,823,923 A * | 4/1989 | Moyer | B60R 19/34 | 188/375 |
| 5,172,948 A * | 12/1992 | Garnweidner | B60R 19/34 | 293/133 |
| 5,875,875 A * | 3/1999 | Knotts | B60R 19/34 | 188/268 |
| 5,947,452 A * | 9/1999 | Albritton | B60R 19/00 | 256/13.1 |
| 6,308,809 B1 * | 10/2001 | Reid | F16F 7/125 | 188/377 |
| 6,668,989 B2 * | 12/2003 | Reid | E01F 15/148 | 188/377 |
| 7,690,687 B2 * | 4/2010 | Reid | E01F 15/148 | 280/784 |

(Continued)

FOREIGN PATENT DOCUMENTS

DE 102012014375 A1 * 1/2014 ............ B62D 21/09

*Primary Examiner* — Hilary L Gutman

(57) **ABSTRACT**

A crash attenuation system having an improved, controlled axle release mechanism for a truck trailer mounted attenuator. The axle release mechanism has an axle release insert disposed within an outer bursting tube which is urged downstream by a mandrel resulting in controlled shearing of the fasteners passing through different size elongated slots in the insert and retaining the insert within the bursting tube. Differential shear forces cause the fasteners to shear at different times as the insert is urged downstream resulting in a controlled release of the breakaway axle assembly.

**8 Claims, 7 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 10,081,245 | B2 * | 9/2018 | Sangha | B60K 17/04 |
| 2006/0151986 | A1 * | 7/2006 | Reid | B60R 19/00<br>280/784 |
| 2006/0226665 | A1 * | 10/2006 | Kwok | B60R 19/34<br>293/155 |
| 2020/0130617 | A1 * | 4/2020 | Sicking | B62D 21/15 |

* cited by examiner




Fig1

Fig 2A


105
33
29
19
25
33a
29a
63
64
65
91
37


92
14
19
18
46
22
25
23
32
21
88
87

Fig 2



92
64
81
86
19
27
23
25
31
33
21
29
88
86


Fig 3A



12
32
64
24
10
22
101
88
18
88
16
22a
64a
14


Fig 3

Fig 4A




Fig 4B




Fig 4C




Fig 4D




20
12
90
22
64
10
24
34
90
24a
64a
22a
100
92
102
46
88
19a
22a
32
63a
86
14
16

Fig 5




Fig 5A

Fig 6B







Fig 6A




Fig 6C

# CONTROLLED AXLE RELEASE MECHANISM FOR A TRUCK TRAILER ATTENUATOR

## BACKGROUND OF THE INVENTION

This application relates to an improved axle release mechanism for a truck trailer mounted attenuator system.

In U.S. Pat. No. 7,690,687 a truck trailer mounted attenuator (TTMA) is disclosed. The disclosure of U.S. Pat. No. 7,690,687 is hereby fully incorporated into this present disclosure for all purposes. The present invention is a significant improvement in the axle release mechanism disclosed in U.S. Pat. No. 7,690,687.

Trailer truck mounted attenuators are most efficient and easily operated when the trailer frame is part of the attenuation system and the axle is mounted near the center of the trailer. In such a configuration, the axle must be separated from the trailer during an impact. The connection must provide the certain characteristics in order to assure proper function.

The forces required to activate the axle release system are generated by deceleration forces applied to an impacting vehicle. If the activation forces are excessive, high decelerations transmitted to impacting vehicles can produce serious injury or fatalities. Limiting vehicle decelerations is key to controlling driver risks during high speed impacts with any attenuation system.

Many energy absorbing systems rely on the deformation of the frame members as the primary energy dissipation system. Any time a deformation process relies on pushing elements through a constricted space, such as when one tube slides inside of another tube, local deformations of either tube can produce interference that inhibits the energy absorbing process and thereby raise the forces applied to an impacting vehicle. The present breakaway axle release mechanism prevents local deformation of the energy dissipation elements.

Axle connections are subjected to high forces when an attenuating trailer is towed along rough roads. These high forces are frequently a source of fatigue crack initiation and growth. The connections at the axle and the frame must be capable of withstanding at least a million cycles of vibration in order to be assured of a reasonable life span. The present improved axle release mechanism is capable of withstanding such cycles of vibration.

Simple assembly and disassembly of the present mechanism allows for rapid repair/replacement of damaged components. This feature does not affect the safety performance of an attenuator, but it assures that needed maintenance and repair will be completed in a timely fashion, thereby making the safety device available for being put back in service to improve reliability and maximize safety performance.

## SUMMARY OF THE PRESENT INVENTION

The Truck Trailer Mounted Attenuator (TTMA) of the present invention employs a tubular axle insert that is much smaller than either the inner (mandrel tube) or the outer (frame rail assembly) tube. The axle insert tube uses elongated bolt slots in the top and bottom sides of the insert to allow the insert to begin to slide along the bottom, inner side of the outer (frame rail assembly) tube before any of the axle release fasteners or attachment bolts are loaded in shear. This feature assures that the axle insert tube is traveling near the speed of the inner (mandrel) tube when bolts are struck. The high velocity limits the time frame over which the bolt



fracture can occur. Limiting the time frame also reduces the energy and peak forces that are absorbed and generated respectively.

Full scale testing of the axle release mechanism indicated that without high strength washers to prevent the axle release fastener bolts from gouging into the inner and outer tubes, the axle release mechanism had a propensity to deform locally and induce interference between the outer and inner tubes. The present invention incorporates high strength washers with the system producing clean cleaving of the fastener bolts without any local deformation of the tubes.

As noted above, present invention has a pair of elongated bolt slots in both the top and bottom sides of the axle insert. The first, upstream slots are of a shorter length than the second, downstream set of bolt slots. This feature of the present invention allows the axle fastener bolts to break independently, thereby reducing the peak forces by approximately 50%. This large reduction in bolt breaking force allows the trailer to incorporate much larger bolts in connecting of the axle to the frame. These larger bolts provide much greater resistance to vibration and fatigue.

Further yet, oversized access holes in the top side of the outer (frame rail assembly) tube aligned above the bolt heads of the fasteners provide for rapid removal of the axle without the need to disassemble any other components. This greatly simplifies assembly and repair of the trailer.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a side elevation view of a section of the attenuator of the present invention.

FIG. **2** further illustrates a side elevation view of the present invention with a portion within a detail circle.

FIG. **2**A is a detailed view of the circled portion of FIG. **2**.

FIG. **3** is a top plan view of the attenuator of the present invention with a portion within a detail circle.

FIG. **3**A is a detailed view of the circled portion of FIG. **3**.

FIGS. **4**A-**4**D illustrate detailed views of the controlled axle release mechanism as the inner mandrel advances downstream upon impact.

FIG. **4**A is a side elevation view of the breakaway axle mechanism before the insert is urged downstream.

FIG. **4**B shows the insert initially moved downstream placing the leading fastener in shear.

FIG. **4**C shows the leading fastener broken and the second fastener experiencing shear forces as the insert is urged downstream.

FIG. **4**D illustrates the insert urged further downstream, breaking the second fastener and releasing the breakaway axle mechanism from the attenuator frame.

FIG. **5** shows a perspective view of the present attenuator with the outer side of the frame rail assembly removed for clarity purposes. A portion of the axle release mechanism is in a detail circle.

FIG. **5**A illustrates a detailed view of the circled portion of FIG. **5**.

FIGS. **6**A-**6**C illustrate the structural elements of the axle release insert of the present invention.

FIG. **6**A shows the insert in a top plan view.

FIG. **6**B illustrates a side elevation view of the insert of the present invention.

FIG. **6**C is an end view of the insert.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

As seen in FIGS. **1**, **3**, and **5** the present inventive truck trailer mounted attenuator **10** has an impact head assembly **12**; a trailer frame **14**; a hitch assembly **16**; and a breakaway axle assembly **18**. FIG. **1** illustrates the journals **81** of the breakaway axle assembly **18** affixed to a conventional wheel set and tire arrangement **87**. The hitch **101** (FIG. **3**) is connected to a towing vehicle (not shown). All of these structural elements are shown and described in U.S. Pat. No. 7,690,687 which is fully incorporated herein for all purposes.

The impact head assembly **12** is connected to a first end of the trailer frame member **14** which has the hitch assembly **16** at a second opposite end of the frame member. The breakaway axle assembly **18** is mounted to the frame member by axle release fasteners or bolts **23** and **25**.

The frame includes a first frame rail **64** generally parallel to and spaced apart from a second frame rail assembly **64***a*. The first and second frame rail assemblies are connected to one another at an end opposite the impact head assembly **12** by the hitch assembly **16**.

As seen in FIGS. **3** and **5**, the breakaway axle assembly further connects the first and second frame rail assemblies when the impact head assembly is in unimpacted position. Each of the first and second frame rail assemblies is identical in construction (6×6×⅛ in. ASTM A500 Grade B structural tubing) and functions as an energy-absorbing tube.

FIG. **5** illustrates a perspective view of the frame **14** showing first frame rail assembly **64** with the second frame rail **64***a* having the outer side of the rail **64***a* removed for clarity purposes.

FIGS. **3** and **5** further show two mandrel tubes **22** and **22***a* attached to the back of the impact head assembly **12**. Each mandrel tube **22** and **22***a* is fabricated from a 4 ft. 8 in. long section of 4.5×4.5×⅛ in. ASTM A500 Grade B structural tubing. A tapered mandrel member **24**, fabricated from ⅜ in. thick plates, is welded to each tube **22** and **22***a*. The cross-sectional dimension of the mandrel member **24** increases from 5.25 in.×5.25 in. to a maximum of 7.8 in×7.8 in. The inside dimensions of the cooperating outer, energy absorbing, frame rail assembly tubes **64** and **64***a* is 5.75 in.×5.75 in.

The downstream end **32** of the mandrel tube **22** is inserted into the upstream end **34** of the energy absorbing, frame rail tube **64** and **64***a* such that the mandrel tube **22** extends within the energy absorbing rail tube approximately at least 5 feet before the front of the mandrel member **24** engages with the upstream end of the rail tube during impact of a vehicle with the impact head **12** thereby initiating bursting of the frame rail assemblies. It has been found that this 5 feet distance is necessary to insure that the mandrel tube **22** sliding within the bursting tube does not jam or get urged outside the side wall of the tube **64** or **64***a*.

The downstream end **32** of the mandrel tube **22** and **22***a* has a tapered end **46**, fabricated by welding ⅜ in. thick bent plates to the tube **22** and **22***a*, which acts like a plunger to shear shear-off bolts at connections and hinges, but more importantly in the present inventive improvement, to engage the upstream edge **21** of the axle insert tube **19** as will be described in further detail below.

Details of the controlled axle release mechanism of the present invention are shown in attached figures. In FIGS. **1** and **2**, axle release insert tube **19** may be seen disposed



inside frame rail assembly **64**. It should be understood that an axle release insert tube is also disposed inside frame rail assembly **64***a* (see FIG. **5**). The insert tube **19** is retained in the frame rail by axle release fasteners or bolts **23** and **25**.

FIG. **2**A illustrates the details of axle release fastener bolt **25** extending through high strength washer set **33**, through an upper, long slot **29** in the top of axle release insert **19**, through a lower, long slot **29***a* in the bottom of axle release insert **19**, through the high strength washers **33***a* between the bottom side of insert **19** and the bottom inside **63** of rail assembly **64**, through axle mounting plate **91** and finally retained by fastener nut **37**.

FIG. **3** illustrates a top plan view of a TTMA **10** with a breakaway axle mechanism **18** of the present invention. Details are shown in FIG. **3**A wherein a top view of the inside of the rail assembly **64** discloses the axle release insert **19** attached to the inner bottom of the rail **64**. Also seen are the axle **86**, wheel journal **81**, and fender **92**. A push rod **88** is shown attached to the axle **86**. Each push rod **88** is 3 ft. long and fabricated from 1.5 in.×1.5 in.×11 gage thick tubes.

Two push rods or axle accelerators **88** are designed to engage the back side **90** of the front impact plate **20** and are attached to the axle **86** (See FIG. **3**). These push rods **88** are designed to engage the back side **90** of the front impact plate **20** as the impact head assembly **12** is pushed forward upon impact, thus allowing the breakaway axle assembly **18** to be pushed forward of the bursting process. The fenders **92** are designed as both restraints and guides to keep the breakaway axle assembly **18** moving along the energy absorbing tubes **64** and **64***a*.

FIGS. **4**A-**4**D illustrate the axle release mechanism **18** as the attenuator moves from a position where the tapered end **32** of the mandrel tube **22** initially engages the upstream edge **21** of the axle release insert **19** (FIG. **4**A) to a position where the insert **19** has sheared both fastener bolts **23** and **25**, thereby releasing the axle assembly **18** from the frame **14** (See FIG. **4**D). In FIGS. **4**A-**4**C the breakaway axle mounting plate **91** is attached to the underside **65** of the outer, frame rail assembly **64**. In FIG. **4**D the axle mounting plate **91** is totally disconnected from the rail **64**. This process, as shown in FIGS. **4**A-**4**D, shows how the improved axle release mechanism operates to provide a controlled axle release. It should be understood that the same process occurs with the other frame rail assembly **64***a*.

FIG. **4**A shows that both fasteners **23** and **25** are securely retaining insert **19** within the outer rail tube **64**. FIG. **4**B illustrates that the mandrel **22** has urged the insert **19** downstream, placing bolt **23** under shear forces. FIG. **4**C shows a further urging of the insert downstream by the mandrel **22**, causing bolt **23** to shear leaving bolt section **23***a* behind, and further shows that bolt **23** begins to experience shear forces. Finally in FIG. **4**D, the insert **19** has been further urged downstream by the mandrel **22** such that bolt **25** has also sheared, leaving bolt segment **25***a* behind. In FIG. **4**D the axle **18** has been fully released from the frame **14**. This controlled shearing of bolts **23** and **25** results in a controlled release of the breakaway axle from the frame.

As seen in FIGS. **3**A, **4**A-**4**D, and **5**A, upper **29** and lower **29***a* elongated slots are formed downstream in the top and bottom sides of insert **19** while shorter (in length) upper **27** and lower **27***a* elongated slots are formed upstream on the top and bottom sides of the insert. As a result of the different lengths of the slots **29**, **29***a*, **27** and **27***a*, the end of the slots place shear forces on the bolts at different times, resulting in a controlled release of the breakaway axle mechanism.

As may be understood in FIGS. **4**A-**4**D, the velocity of the insert **19** inside the rail **64** is approximately the same

velocity of the mandrel **22** when the release fastener **23** passing through elongated slots **27** and **27***a* is loaded in shear.

High strength washers **31**, **31***a*, **33** and **33***a* as illustrated in FIGS. **2**A, **3**A, **4**A-**4**D, and **5**A have been shown to prevent the axle release fastener bolts **23** and **25** from gouging into the inner mandrel tubes **22** and **22***a*, and the outer frame rail tube **64** and **64***a* as the axle insert **19** is urged downstream within the outer frame rail tubes **64** and **64***a*. These washers provide clean cleavage of the bolts without local deformation of the tubes or insert.

As shown in FIGS. **4**A-**4**D, **5** and **5**A, the present invention provides for oversized access holes **100** and **102** (1 ⅜ in.) in the top side of each of the frame rail assemblies **64** and **64***a* positioned so as to align with the bolt heads **103** and **105** of bolts **23** and **25** and allow space for disassembly of the breakaway axle assembly.

FIG. **5** illustrates a TTMA **10** with the outer sidewall of the rail assembly **64***a* removed for clarity purposes. The inner, mandrel tube **22***a* is shown extending through the upstream opening in the outer rail **64***a* and extending downstream within the rail **64***a*. Tapered end **46** is directed downstream toward the axle release insert **19***a* affixed to the inner, bottom side **63***a* of the rail **64***a*. The second push rod (see FIG. **5**) is not shown for clarity purposes. Details of how the insert **19** is retained inside of rail **64** are shown in FIG. **5**A.

FIGS. **6**A-**6**C illustrate the details and dimensions of an axle release insert **19**. FIG. **6**A shows a top plan view of the insert **19** having a first, leading edge **21** which when retained inside rail element **64** is directed upstream in the attenuator. A short, elongated slot **27** (9⁄16 in. diameter on ¾ in. center-to-center) is formed in the insert on the upstream end and a longer, elongated slot **29** (9⁄16 in. diameter on 1½ in. center-to-center) is formed in the downstream end. FIG. **6**B illustrates a side elevation view of the ASTM A500 Grade B structural tubing, 133/4 in. long, insert **19** showing the short slots **27** and **27***a* formed in the top and bottom, respectively, in the upstream end. Longer elongated slots **29** and **29***a* are formed in the top and bottom, respectively, in downstream end of the insert. FIG. **6**C is an upstream, end view of the 3×3×3⁄16 in. insert **19**. The short, elongated slots **27** and **27***a* are shown in the top and bottom, respectively, of the insert.

Although the invention has been described with reference to specific embodiments, this description is not meant to be construed in a limited sense. Various modifications of the disclosed embodiments, as well as alternative embodiments of the inventions, will become apparent to persons skilled in the art upon reference to the description of the invention. It is, therefore, contemplated that the appended claims will cover such modifications that fall within the scope of the invention.

What is claimed is:

**1**. A crash attenuation system comprising:

an impact head assembly connected to a first end of a trailer frame member having a hitch assembly at a second opposite end of said frame member; and a



breakaway axle assembly mounted to said frame member by axle release fasteners, wherein said trailer frame member comprising:

a first frame rail assembly generally parallel to and spaced apart from a second frame rail assembly, said first and second rail assemblies connected to one another at said second end of said frame member by said hitch assembly, said breakaway axle assembly further connecting said first and second rail assemblies when said impact head assembly is in a first, unimpacted, position, an axle release insert disposed inside each of said first and second frame rail assembly for controlling the release of said breakaway axle assembly when said impact head assembly is in a second, impacted, position, said axle release fasteners extending through first and second sets of bolt slots in said insert and adapted to release said breakaway axle assembly from said frame member when said impact head assembly is in said second, impacted position.

**2**. The system of claim **1** wherein each of said first and second frame rail assemblies comprises a mandrel slidably extending inside each of said frame rail assembly, said mandrel adapted to engage an upstream end of said axle insert when said impact head assembly is in said impacted position to urge said insert downstream inside each of said frame rail assembly.

**3**. The system of claim **2** wherein said first set and said second set of bolt slots in said insert are in top and bottom sides of said insert and said first set of bolt slots are upstream of said second set and are shorter in length than said second set of bolt slots.

**4**. The system of claim **3** wherein said mandrel initially urges said insert to slide downstream in each of said frame rail assembly and said axle release fasteners are not loaded in shear.

**5**. The system of claim **4** wherein the velocity of said insert inside said frame rail assembly is approximately the same velocity of said mandrel when an axle release fastener passing through said first set of bolt slots is loaded in shear.

**6**. The system of claim **5** further comprising a plurality of high strength washers disposed between bolt heads of said axle release fasteners extending through said sets of said slots in said insert and said top side of said insert, said washers providing clean cleavage of said bolts without local deformation of said insert and said mandrel.

**7**. The system of claim **6** further comprising access holes in a top side of each of said frame rail assembly, said access holes disposed above said axle release fastener bolt heads and providing space for disassembly of said breakaway axle assembly.

**8**. The system of claim **2** wherein said mandrel tube has a tapered mandrel member affixed to said mandrel tube, said mandrel tube extending within said first and second frame rail assembly for a distance of at least 5 feet before a front of said mandrel member engages an upstream end of said first and second frame rail assembly during impact.

* * * * *

# Exhibit P-188

TTMA-200 FHWA Approval Letter
HSST-1/CC-152 dated March 5, 2019
(Approval Letter issued to
Gregory Industries, Inc.)

U.S. Department of Transportation
Federal Highway Administration

1200 New Jersey Ave., SE
Washington, D.C. 20590

MAR 0 5 2019

In Reply Refer To:
HSST-1 / CC-152

Mr. Frederick Mauer
Gregory Industries
4100 13th Street, SW
Canton, OH. 44710

Dear Mr. Mauer:

This letter is in response to your November 2, 2018 request for the Federal Highway Administration (FHWA) to review a roadside safety device, hardware, or system for eligibility for reimbursement under the Federal-aid highway program. This FHWA letter of eligibility is assigned FHWA control number CC-152 and is valid until a subsequent letter is issued by FHWA that expressly references this device.

**Decision**

The following device is eligible within the length-of-need, with details provided in the form which is attached as an integral part of this letter:

- Truck Tailor Mounted Attenuator - 200

**Scope of this Letter**

To be found eligible for Federal-aid funding, new roadside safety devices should meet the crash test and evaluation criteria contained in the American Association of State Highway and Transportation Officials'(AASHTO) Manual for Assessing Safety Hardware (MASH). However, the FHWA, the Department of Transportation, and the United States Government do not regulate the manufacture of roadside safety devices. Eligibility for reimbursement under the Federal-aid highway program does not establish approval, certification or endorsement of the device for any particular purpose or use.

This letter is not a determination by the FHWA, the Department of Transportation, or the United States Government that a vehicle crash involving the device will result in any particular outcome, nor is it a guarantee of the in-service performance of this device. Proper manufacturing, installation, and maintenance are required in order for this device to function as tested.

This finding of eligibility is limited to the crashworthiness of the system and does not cover other structural features, nor conformity with the Manual on Uniform Traffic Control Devices.

**Eligibility for Reimbursement**

Based solely on a review of crash test results and certifications submitted by the manufacturer, and the crash test laboratory, FHWA agrees that the device described herein meets the crash test and evaluation criteria of the AASHTO's MASH. Therefore, the device is eligible for reimbursement under the Federal-aid highway program if installed under the range of tested conditions.

Name of system: Truck Tailor Mounted Attenuator - 200
Type of system: Attenuator
Test Level: MASH Test Level 3 (TL3)
Testing conducted by: Applus IDIADA KARCO Engineering
Date of request: November 2, 2018

FHWA concurs with the recommendation of the accredited crash testing laboratory on the attached form.

**Full Description of the Eligible Device**

The device and supporting documentation, including reports of the crash tests or other testing done, videos of any crash testing, and/or drawings of the device, are described in the attached form.

**Notice**

This eligibility letter is issued for the subject device as tested. Modifications made to the device are not covered by this letter. Any modifications to this device should be submitted to the user (i.e., state DOT) as per their requirements.

You are expected to supply potential users with sufficient information on design, installation and maintenance requirements to ensure proper performance.

You are expected to certify to potential users that the hardware furnished has the same chemistry, mechanical properties, and geometry as that submitted for review, and that it will meet the test and evaluation criteria of AASHTO's MASH.

Issuance of this letter does not convey property rights of any sort or any exclusive privilege. This letter is based on the premise that information and reports submitted by you are accurate and correct. We reserve the right to modify or revoke this letter if: (1) there are any inaccuracies in the information submitted in support of your request for this letter, (2) the qualification testing was flawed, (3) in-service performance or other information reveals safety problems, (4) the system is significantly different from the version that was crash tested, or (5) any other information indicates that the letter was issued in error or otherwise does not reflect full and complete information about the crashworthiness of the system.

**Standard Provisions**

- To prevent misunderstanding by others, this letter of eligibility designated as FHWA control number CC-152 shall not be reproduced except in full. This letter and the test documentation upon which it is based are public information. All such letters and documentation may be reviewed upon request.

- This letter shall not be construed as authorization or consent by the FHWA to use, manufacture, or sell any patented system for which the applicant is not the patent holder.

- This FHWA eligibility letter is not an expression of any Agency view, position, or determination of validity, scope, or ownership of any intellectual property rights to a specific device or design. Further, this letter does not impute any distribution or licensing rights to the requester. This FHWA eligibility letter determination is made based solely on the crash-testing information submitted by the requester. The FHWA reserves the right to review and revoke an earlier eligibility determination after receipt of subsequent information related to crash testing.

- If the subject device is a patented product it may be considered to be proprietary. If proprietary systems are specified by a highway agency for use on Federal-aid projects: (a) they must be supplied through competitive bidding with equally suitable unpatented items; (b) the highway agency must certify that they are essential for synchronization with the existing highway facilities or that no equally suitable alternative exists; or (c) they must be used for research or for a distinctive type of construction on relatively short sections of road for experimental purposes. Our regulations concerning proprietary products are contained in Title 23, Code of Federal Regulations, Section 635.411.

Sincerely,

Michael S. Griffith

Michael S. Griffith
Director, Office of Safety Technologies
Office of Safety

Enclosures

# Request for Federal Aid Reimbursement Eligibility of Highway Safety Hardware

| Submitter | | | |
|---|---|---|---|
| | Date of Request: | January 30, 2019 | (●) New ( ) Resubmission |
| | Name: | Robert Ramirez | |
| | Company: | Applus IDIADA KARCO Engineering | |
| | Address: | 9270 Holly Rd. Adelanto, CA 92301 | |
| | Country: | United States | |
| | To: | Michael S. Griffith, Director<br>FHWA, Office of Safety Technologies | |

I request the following devices be considered eligible for reimbursement under the Federal-aid highway program.

**Device & Testing Criterion -** Enter from right to left starting with Test Level

! - ! - !

| System Type | Submission Type | Device Name / Variant | Testing Criterion | Test Level |
|---|---|---|---|---|
| 'CC': Truck-Mounted Attenuators (TMA) | (●) Physical Crash Testing<br>( ) Engineering Analysis | TTMA-200 | AASHTO MASH | TL3 |

By submitting this request for review and evaluation by the Federal Highway Administration, I certify that the product(s) was (were) tested in conformity with the AASHTO Manual for Assessing Safety Hardware and that the evaluation results meet the appropriate evaluation criteria in the MASH.

**Individual or Organization responsible for the product:**

| | | |
|---|---|---|
| Contact Name: | Frederick Mauer | Same as Submitter ☐ |
| Company Name: | Gregory Industries | Same as Submitter ☐ |
| Address: | 4100 13th Street SW Canton OH 44710 | Same as Submitter ☐ |
| Country: | USA | Same as Submitter ☐ |
| Enter below all disclosures of financial interests as required by the FHWA `Federal-Aid Reimbursement Eligibility Process for Safety Hardware Devices' document. | | |
| Gregory Industries and Applus IDIADA KARCO Engineering LLC share no financial interests between the two organizations. This includes no shared financial interest but not limited to:<br>i. Compensation including wages, salaries, commissions, professional fees, or fees for business referrals<br>iii. Research funding or other forms of research support;<br>iv. Patents, copyrights, licenses, and other intellectual property interests;<br>vi. Business ownership and investment interests; | | |

# PRODUCT DESCRIPTION

(•) New Hardware or Significant Modification ( ) Modification to Existing Hardware

The TTMA-200 is trailer attenuator designed to dissipate the kinetic energy of an impacting vehicle to reduce the severity of a crash. As the impact head and mandrel are pushed forward into the first tube, the tapered mandrel bursts the first tube at the corners into four (4) straps. The bursting of the first tube dissipates the kinetic energy of the impacting vehicle. The trailer attenuator has a length of 23.6ft (7.2 m) with an optional hitch extension its total tested length was 24.9 ft. (7.6 m) and a max width of 8.0 ft. (2.4 m). The TTMA-200 is supported by a wheel and axle assembly and is attached to the support truck with a lunette ring.

All testing of the TTMA-200 was conducted with an optional 4.0 ft. x 8.0 ft. (1.2 m x 2.4 m) arrow board and arrow board frame that attached to the trailer frame assembly. The arrow board frame was attached to the trailer frame assembly with two (2) 5/8" grade 5 bolts and six (6) 1/2" grade 5 bolts. The arrow board was secured to the arrow board frame with five (5) 3/8" grade 5 bolts. An optional 16.0 in. (406 mm) hitch extension bolted to the trailer frame assembly with four (4) 5/8" grade 5 bolts. The TTMA-200 lunette ring was inserted into a standard 8-ton pintle hitch mounted on the support truck at a height of 19.5 in. (495 mm). Complete detail of the assemblies can be found in the manufacturer's drawings.

# CRASH TESTING

By signature below, the Engineer affiliated with the testing laboratory, agrees in support of this submission that all of the critical and relevant crash tests for this device listed above were conducted to meet the MASH test criteria. The Engineer has determined that no other crash tests are necessary to determine the device meets the MASH criteria.

| | | |
|---|---|---|
| Engineer Name: | Robert Ramirez | |
| Engineer Signature: | Robert Ramirez<br>Digitally signed by Robert Ramirez<br>DN: cn=Robert Ramirez, o=KARCO Engineering, ou=Project Engineer, email=rramirez@karco.com, c=US<br>Date: 2018.11.02 11:47:20 -07'00' | |
| Address: | 9270 Holly Rd. Adelanto, CA 92301 | Same as Submitter ☐ |
| Country: | United States | Same as Submitter ☐ |

A brief description of each crash test and its result:

| Required Test Number | Narrative Description | Evaluation Results |
|---|---|---|
| 3-50 (1100C) | IDIADA KARCO Test Number P38077-01. An 1100C test vehicle impacting the TTMA-200 at a nominal impact speed and angle of 62 mph and 0°, respectively. The primary intent of this test is to evaluate the impact performance of the TTMA-200 during small car impacts. The support vehicle was blocked against forward movement. The support vehicle was also placed in second gear with the parking brake engaged and the front wheels were centered with no steering angle. The test vehicle, 2012 Kia Rio impacted the TTMA-200 at a speed and angle of 61.94 mph (99.68 km/h) and 0.2°. The TTMA-200 brought the vehicle to a controlled stop. There was no penetration into the occupant compartment and the deformation limits were not exceeded. The Occupant Impact Velocities (OIV) in the longitudinal and lateral directions were 32.5 ft/s (9.9 m/s) and 0.3 ft/s (0.1 m/s), respectively. The Ridedown acceleration in the longitudinal and lateral directions were -15.2 g and 3.6 g, respectively. The TTMA-200 met all the requirements for MASH Test 3-50. | PASS |
| 3-51 (2270P) | IDIADA KARCO Test Number P38076-01. An 2270P test vehicle impacting the TTMA-200 at a nominal impact speed and angle of 62 mph and 0°, respectively. The primary intent of this test is to evaluate the energy dissipation capacity of the TTMA-200, structural adequacy and occupant risk. The support vehicle was blocked against forward movement. The support vehicle was also placed in second gear with the parking brake engaged and the front wheels were centered with no steering angle. The test vehicle, 2012 RAM 1500 impacted the TTMA-200 at a speed and angle of 64.11 mph (103.18 km/h) and 0.3°. The TTMA-200 brought the vehicle to a controlled stop. There was no penetration into the occupant compartment and the deformation limits were not exceeded. The Occupant Impact Velocities (OIV) in the longitudinal and lateral directions were 29.2 ft/s (8.9 m/s) and 0.7 ft/s (0.2 m/s), respectively. The Ridedown acceleration in the longitudinal and lateral directions were -14.9 g and -3.1 g, respectively. All the occupant risk values were below the preferred values in MASH. The TTMA-200 met all the requirements for MASH Test 3-51. | PASS |

| Required Test Number | Narrative Description | Evaluation Results |
|---|---|---|
| 3-52 (2270P) | IDIADA KARCO Test Number P38078-01. An 2270P test vehicle impacting the TTMA-200 offset 1/3 the vehicles overall width at a nominal impact speed and angle of 62 mph and 0°, respectively. The primary intent of this test is to evaluate structural adequacy and occupant risk. The support vehicle was blocked against forward and lateral movement. The support vehicle was also placed in second gear with the parking brake engaged and the front wheels were centered with no steering angle. The test vehicle, 2013 RAM 1500 impacted the TTMA-200 at a speed and angle of 62.99 mph (101.37 km/h) and 0.1°. The TTMA-200 brought the vehicle to a controlled stop. There was no penetration into the occupant compartment and the deformation limits were not exceeded. The Occupant Impact Velocities (OIV) in the longitudinal and lateral directions were 28.2 ft/s (8.6 m/s) and 2.0 ft/s (0.6 m/s), respectively. The Ridedown acceleration in the longitudinal and lateral directions were -16.4 g and 2.5 g, respectively. The TTMA-200 met all the requirements for MASH Test 3-52. | PASS |
| 3-53 (2270P) | IDIADA KARCO Test Number P38075-02. An 2270P test vehicle impacting the TTMA-200 offset 1/4 the vehicles overall width at a nominal impact speed and angle of 62 mph and 10°, respectively. The primary intent of this test is to evaluate structural adequacy and occupant risk. The support truck weighed 10,337 lbs and was tested with the parking brake engaged, transmission placed in second gear and the front wheels centered with no steering angle. The test vehicle, 2012 RAM 1500 impacted the TTMA-200 at a speed and angle of 63.49 mph (102.18 km/h) and 10.1°. The TTMA-200 brought the vehicle to a controlled stop. There was no penetration into the occupant compartment and the deformation limits were not exceeded. The Occupant Impact Velocities (OIV) in the longitudinal and lateral directions were 26.6 ft/s (8.1 m/s) and 1.3 ft/s (0.4 m/s), respectively. The Ridedown acceleration in the longitudinal and lateral directions were -9.8 g and -4.0 g, respectively. The support vehicle had a maximum roll ahead measurement 34.8 ft. (10.6 m). The TTMA-200 met all the requirements for MASH Test 3-53. | PASS |
| 3-54 (1500A) | Per MASH this test is optional | Non-Relevant Test, not conducted |

Full Scale Crash Testing was done in compliance with MASH by the following accredited crash test laboratory (cite the laboratory's accreditation status as noted in the crash test reports.):

| | | |
|---|---|---|
| Laboratory Name: | Applus IDIADA KARCO Engineering | |
| Laboratory Signature: | AB Digitally signed by Alex Beltran DN: cn=Alex Beltran, o=KARCO Engineering, ou=Testing Laboratory, email=abeltran@karco.com, c=US Date: 2018.11.02 11:57:28 -07'00' | |
| Address: | 9270 Holly Rd. Adelanto, CA. 92301 | Same as Submitter ☐ |
| Country: | United States | Same as Submitter ☐ |
| Accreditation Certificate Number and Dates of current Accreditation period : | TL-371 Valid through July 1, 2019. | |

Submitter Signature*: Robert Ramirez Digitally signed by Robert Ramirez DN: cn=Robert Ramirez, o=KARCO Engineering, ou=Project Engineer, email=rramirez@karco.com, c=US Date: 2018.11.02 12:04:17 -07'00'

Submit Form

## ATTACHMENTS

Attach to this form:

1) Additional disclosures of related financial interest as indicated above.
2) A copy of the full test report, video, and a Test Data Summary Sheet for each test conducted in support of this request.
3) A drawing or drawings of the device(s) that conform to the Task Force-13 Drawing Specifications [Hardware Guide Drawing Standards]. For proprietary products, a single isometric line drawing is usually acceptable to illustrate the product, with detailed specifications, intended use, and contact information provided on the reverse. Additional drawings (not in TF-13 format) showing details that are relevant to understanding the dimensions and performance of the device should also be submitted to facilitate our review.

FHWA Official Business Only:

| Eligibility Letter | | |
|---|---|---|
| Number | Date | Key Words |
| | | |

# MASH 2016 Test 3-50 Summary



0.000 s | 0.100 s | 0.200 s | 0.500 s | 1.250 s




| GENERAL INFORMATION | |
|---|---|
| Test Agency | KARCO Engineering, LLC. |
| KARCO Test No. | P38077-01 |
| Test Designation | 3-50 |
| Test Date | 07/25/18 |
| **TEST ARTICLE** | |
| Name / Model | TTMA200 |
| Type | Trailer Mounted Attenuator |
| Support Vehicle Length | 25.0 ft. (7.6 m) |
| TMA Length | 24.9 ft. (7.6 m) |
| Road Surface | Concrete |
| Support Vehicle Restraint | Blocked Against Roll Ahead |
| **TEST VEHICLE** | |
| Type / Designation | 1100C |
| Year, Make, and Model | 2012 Kia Rio |
| Curb Mass | 2,355.6 lbs (1,068.5 kg) |
| Test Inertial Mass | 2,457.0 lbs (1,114.5 kg) |
| Gross Static Mass | 2,623.5 lbs (1,190.0 kg) |

| Impact Conditions | |
|---|---|
| Impact Velocity | 61.94 mph (99.68 km/h) |
| Impact Angle | 0.2° |
| Location / Orientation | 0.8 in. Right of CL |
| Kinetic Energy | 315.1 kip-ft (427.3 kJ) |
| **Exit Conditions** | |
| Exit Velocity | N/A |
| Exit Angle | N/A |
| Final Vehicle Position | 4.7 ft. (1.4 m) Upstream<br>1.6 ft. (0.5 m) left |
| Exit Box Criteria Met | N/A |
| Vehicle Snagging | None |
| Vehicle Pocketing | None |
| Vehicle Stability | Satisfactory |
| Maximum Roll Angle | 4.3 ° |
| Maximum Pitch Angle | 5.0 ° |
| Maximum Yaw Angle | -4.7 ° |

| Occupant Risk | |
|---|---|
| Longitudinal OIV | 32.5 ft/s (9.9 m/s) |
| Lateral OIV | 0.3 ft/s (0.1 m/s) |
| Longitudinal RA | -15.2 g |
| Lateral RA | 3.6 g |
| THIV | 32.5 ft/s (9.9 m/s) |
| PHD | 15.2 g |
| ASI | 1.40 |
| **Test Article Deflections** | |
| Static | 4.1 ft. (1.2 m) |
| Dynamic | 6.4 ft. (2.0 m) |
| Working Width | 14.0 ft. (4.3 m) |
| Debris Field | 1.0 ft. (0.3 m) Upstream<br>1.4 ft. (0.4 m) Left |
| **Vehicle Damage** | |
| Vehicle Damage Scale | 12-FD-4 |
| CDC | 12FDEW2 |
| Maximum Intrusion | 0.4 in. (10 mm) |

**Figure 4 Summary of Test 3-50**

# MASH 2016 Test 3-51 Summary



0.000 s | 0.100 s | 0.200 s | 0.525 s | 1.300 s




| | |
|---|---|
| **GENERAL INFORMATION** | |
| Test Agency | KARCO Engineering, LLC. |
| KARCO Test No. | P38076-01 |
| Test Designation | 3-51 |
| Test Date | 07/25/18 |
| **TEST ARTICLE** | |
| Name / Model | TTMA-200 |
| Type | Trailer Mounted Attenuator |
| Support Vehicle Length | 25.0 ft. (7.6 m) |
| TMA Length | 24.9 ft. (7.6 m) |
| Road Surface | Concrete |
| Support Vehicle Restraint | Blocked Against Roll Ahead |
| **TEST VEHICLE** | |
| Type / Designation | 2270P |
| Year, Make, and Model | 2012 RAM 1500 |
| Curb Mass | 4,987.9 lbs (2,262.5 kg) |
| Test Inertial Mass | 4,989.0 lbs (2,263.0 kg) |
| Gross Static Mass | 4,989.0 lbs (2,263.0 kg) |

| | |
|---|---|
| **Impact Conditions** | |
| Impact Velocity | 64.11 mph (103.18 km/h) |
| Impact Angle | 0.3° |
| Location / Orientation | 1.0 in. (25 mm) Right of TMA CL |
| Kinetic Energy | 685.5 kip-ft (929.4 kJ) |
| **Exit Conditions** | |
| Exit Velocity | N/A |
| Exit Angle | N/A |
| Final Vehicle Position | 12.8 ft. (3.9 m) Downstream<br>1.8 ft. (0.5 m) Left |
| Exit Box Criteria Met | N/A |
| Vehicle Snagging | None |
| Vehicle Pocketing | None |
| Vehicle Stability | Satisfactory |
| Maximum Roll Angle | -2.5 ° |
| Maximum Pitch Angle | 10.7 ° |
| Maximum Yaw Angle | 48.8 ° |

| | |
|---|---|
| **Occupant Risk** | |
| Longitudinal OIV | 29.2 ft/s (8.9 m/s) |
| Lateral OIV | 0.7 ft/s (0.2 m/s) |
| Longitudinal RA | -14.9 g |
| Lateral RA | -3.1 g |
| THIV | 29.2 ft/s (8.9 m/s) |
| PHD | 14.9 g |
| ASI | 0.97 |
| **Test Article Deflections** | |
| Static | 5.1 ft. (1.6 m) |
| Dynamic | 10.8 ft. (3.3 m) |
| Working Width | 17.8 ft. (5.4 m) |
| Debris Field | 67.2 ft. (20.5 m) Downstream<br>4.0 ft. (1.2 m) Left |
| **Vehicle Damage** | |
| Vehicle Damage Scale | 12-FD-4 |
| CDC | 12FDEW2 |
| Maximum Intrusion | Negligible |

**Figure 4 Summary of Test 3-51**

# MASH 2016 Test 3-52 Summary



0.000 s | 0.100 s | 0.325 s | 0.700 s | 1.250 s




| GENERAL INFORMATION | |
|---|---|
| Test Agency | KARCO Engineering, LLC. |
| KARCO Test No. | P38078-01 |
| Test Designation | 3-52 |
| Test Date | 07/26/18 |
| **TEST ARTICLE** | |
| Name / Model | TTMA-200 |
| Type | Trailer Mounted Attenuator |
| Support Vehicle Length | 25.0 ft. (7.6 m) |
| TMA Length | 24.9 ft. (7.6 m) |
| Road Surface | Concrete |
| Support Vehicle Restraint | Rigidly Blocked |
| **TEST VEHICLE** | |
| Type / Designation | 2270P |
| Year, Make, and Model | 2013 RAM 1500 |
| Curb Mass | 4,990.1 lbs (2,263.5 kg) |
| Test Inertial Mass | 5,009.9 lbs (2,272.5 kg) |
| Gross Static Mass | 5,009.9 lbs (2,272.5 kg) |

| Impact Conditions | |
|---|---|
| Impact Velocity | 62.99 mph (101.37 km/h) |
| Impact Angle | 0.1° |
| Location / Orientation | 26.7 in. (678 mm) Left of TMA CL |
| Kinetic Energy | 623.0 kip-ft (844.7 kJ) |
| **Exit Conditions** | |
| Exit Velocity | N/A |
| Exit Angle | N/A |
| Final Vehicle Position | 17.2 ft. (5.2 m) Downstream<br>11.2 ft. (3.4 m) Left |
| Exit Box Criteria Met | N/A |
| Vehicle Snagging | None |
| Vehicle Pocketing | None |
| Vehicle Stability | Satisfactory |
| Maximum Roll Angle | 5.4 ° |
| Maximum Pitch Angle | 7.6 ° |
| Maximum Yaw Angle | -68.2 ° |

| Occupant Risk | |
|---|---|
| Longitudinal OIV | 28.2 ft/s (8.6 m/s) |
| Lateral OIV | 2.0 ft/s (0.6 m/s) |
| Longitudinal RA | -16.4 g |
| Lateral RA | 2.5 g |
| THIV | 28.2 ft/s (8.6 m/s) |
| PHD | 16.5 g |
| ASI | 0.96 |
| **Test Article Deflections** | |
| Static | 4.1 ft. (1.2 m) |
| Dynamic | 11.1 ft. (3.4 m) |
| Working Width | 16.4 ft. (5.0 m) |
| Debris Field | No Article Debris |
| **Vehicle Damage** | |
| Vehicle Damage Scale | 12-FD-4 |
| CDC | 12FDEW3 |
| Maximum Intrusion | 0.2 in. (5 mm) |

**Figure 4 Summary of Test 3-52**

# MASH 2016 Test 3-53 Summary



0.000 s | 0.100 s | 0.200 s | 0.425 s | 0.625 s



| GENERAL INFORMATION | |
|---|---|
| Test Agency | KARCO Engineering, LLC. |
| KARCO Test No. | P38075-02 |
| Test Designation | 3-53 |
| Test Date | 07/26/18 |
| **TEST ARTICLE** | |
| Name / Model | TTMA-200 |
| Type | Trailer Mounted Attenuator |
| Support Vehicle Length | 25.0 ft. (7.6 m) |
| TMA Length | 24.9 ft. (7.6 m) |
| Road Surface | Concrete |
| Support Vehicle Restraint | 2nd gear, parking brakes engaged |
| **TEST VEHICLE** | |
| Type / Designation | 2270P |
| Year, Make, and Model | 2012 RAM 1500 |
| Curb Mass | 5,112.4 lbs (2,319.0 kg) |
| Test Inertial Mass | 4,996.7 lbs (2,266.5 kg) |
| Gross Static Mass | 4,996.7 lbs (2,266.5 kg) |

| Impact Conditions | |
|---|---|
| Impact Velocity | 63.49 mph (102.18 km/h) |
| Impact Angle | 10.1° |
| Location / Orientation | Offset 500 mm |
| Kinetic Energy | 673.3 kip-ft (912.9 kJ) |
| **Exit Conditions** | |
| Exit Velocity | 21.6 mph (34.8 km/h) |
| Heading Angle | 38.0° |
| Final Vehicle Position | 77.3 ft. (23.6 m) Downstream<br>11.7 ft. (3.6 m) Right |
| Support Vehicle Roll Ahead | 34.8 ft. (10.6 m) |
| Vehicle Snagging | None |
| Vehicle Pocketing | None |
| Vehicle Stability | Satisfactory |
| Maximum Roll Angle | -2.5 ° |
| Maximum Pitch Angle | -8.5 ° |
| Maximum Yaw Angle | -24.8 ° |

| Occupant Risk | |
|---|---|
| Longitudinal OIV | 26.6 ft/s (8.1 m/s) |
| Lateral OIV | 1.3 ft/s (0.4 m/s) |
| Longitudinal RA | -9.8 g |
| Lateral RA | -4.0 g |
| THIV | 26.6 ft/s (8.1 m/s) |
| PHD | 10.6 g |
| ASI | 0.84 |
| **Test Article Deflections** | |
| Static | 11.6 ft. (3.5 m) |
| Dynamic | 11.6 ft. (3.5 m) |
| Working Width | 23.4 ft. (7.1 m) |
| Debris Field | 57.1 ft. (17.4 m) Downstream<br>13.0 ft. (4.0 m) Right |
| **Vehicle Damage** | |
| Vehicle Damage Scale | 12-FR-4 |
| CDC | 12FZEW3 |
| Maximum Intrusion | 0.2 in. (5 mm) |

**Figure 4 Summary of Test 3-53**

| ITEM | QTY | DESCRIPTION | ITEM | QTY | DESCRIPTION | ITEM | QTY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| a | 6 | 5/16" x 7" Grd 5 Hex Bolt | h | 12 | 1/2" Heavy Lock Washer | q | 8 | 5/8" Washer |
| b | 10 | 5/16" Washer | j | 12 | 1/2" Grd 5 Hex Nut | r | 8 | 5/8" Heavy Lock Washer |
| c | 6 | 5/16" Heavy Lock Washer | k | 16 | 9/16" x 3" Grd 5 Hex bolt | s | 8 | 5/8" Grd 5 Hex Nut |
| d | 6 | 5/16" Grd 5 Hex Nut | m | 16 | 9/16" SAE Washer | t | 4 | 1 1/2" Plastic Locking Plug |
| e | 4 | 5/16" Tech Screws | n | 16 | 9/16" Heavy Lock Washer | u | 2 | Square Tubing Plug |
| f | 8 | 1/2" x 2.25" Grd 5 Hex Bolt | o | 16 | 9/16" Grd 5 hex Nut | | | |
| g | 20 | 1/2" Washer | p | 8 | 5/8" x 2 1/2" Grd 5 Hex Bolt* | | | |

| ITEM | QTY | DESCRIPTION |
|---|---|---|
| A | 1 | Impact Head |
| B | 2 | Bursting Mandrel |
| C | 2 | First Tube |
| D | 1 | Trailer Frame |
| E | 1 | Axle Assembly |
| F | 4 | Plastic Guide Plates |
| G | 2 | End caps (R-right, L-left) |
| H | 1 | Hitch Assembly |
| J | 8 | Spacer |
| K | 1 | Commercial Jack |
| L | 2 | Fender Assembly (R-right, L-left) |
| M | 2 | Tire and Rim |
| P | 1 | Lunette (8 tons) |
| Q | 1 | Light Bar |
| R | 4 | Light Bar Mounting Bracket |
| S | 1 | Arrowboard and Stand (Optional) |
| T | 1 | Winch (Optional) |
| U | 2 | Whelen Lights (Optional) |
| V | 1 | Steel Ballast Plate (Optional) |
| W | 1 | Hitch Extension (Optional) |
| X | 1 | Battery Box (Optional) |







| REV | DESCRIPTION | DATE |
|---|---|---|
| A | ADDED TOLERANCE AND FINISH DETAILS | 06/21/2018 |
| B | ADDED LIGHT BAR MOUNTING BRACKET, 5/16" TECH SCREW, AND 1/2" WASHERS | 09/27/2018 |
| C | ADDED SIGNSTAND AND ARROWBOARD, HITCH EXTENSION, LIGHT BAR, WHELEN LIGHTS, BATTERY BOX, WINCH | 09/27/2018 |

UNLESS OTHERWISE SPECIFIED:
DIMENSIONS ARE IN INCHES
SURFACE: HOT DIP GALVANIZED
TOLERANCE:
LINEAR: ±1/16"
BOLT HOLE: +1/16", -0"
ANGULAR: ±1°

Gregory

Gregory Industries, Inc.
4100 13th Street, SW
Canton, Ohio 44710
Phone: 330-447-4800x123

TTMA-200
Assembly

Sheet: 100
Date: 1/29/2019
Drawing Name: TTMA-200
Scale: 1:50
By: JMS
Rev: C




## Optional Reverse Guidance Mounting Detail




## Arrow Board Mounting Detail

| REV | DESCRIPTION | DATE |
|---|---|---|
| A | ADDED TOLERANCE AND FINISH DETAILS | 06/21/2018 |

UNLESS OTHERWISE SPECIFIED:
DIMENSIONS ARE IN INCHES
SURFACE: HOT DIP GALVANIZED
TOLERANCE:
LINEAR: ±1/16"
BOLT HOLE: +1/16", -0"
ANGULAR: ±1°

Gregory
Gregory Industries, Inc.
4100 13th Street, SW
Canton, Ohio 44710
Phone: 330-447-4800x123

**TTMA-200**

*Arrow Board and Reverse Guidance Mounting Detail*

| Sheet: | Date: | Drawing Name: | Scale: | By: | Rev: |
|---|---|---|---|---|---|
| 107 | 1/29/2019 | TTMA-200 | 1:20 | JMS | A |







| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| A | 1 | Impact Head | |
| a1T | 1 | Front Plate - Top Lighting Package | C6X8.2 Channel |
| a2 | 5 | Vertical Supports | 2"x2"x1/4" Angle |
| a5 | 9 | Chevron Mounting Bracket | 12 Gage |
| Q | 1 | Light bar | |
| R | 4 | Light Bar Mounting Bracket | |
| U | 2 | Whelen Light or equiv (Optional) | |
| u1 | 2 | Junction Box (Optional) | |
| u2 | 8 | Stainless Machine Screw (Optional) | 6-32 x 3" Stainless |
| u3 | 8 | Nylon Locknut (Optional) | 6-32 Locknut |
| u4 | 8 | Stainless Flat Washer (Optional) | #6 Stainless Washer |

| REV | DESCRIPTION | DATE |
|---|---|---|
| A | ADDED TOLERANCE AND FINISH DETAILS | 06/21/2018 |
| B | ADDED LIGHTBAR AND LIGHTBAR BRACKET | 01/29/2019 |

UNLESS OTHERWISE SPECIFIED:
DIMENSIONS ARE IN INCHES
SURFACE: HOT DIP GALVANIZED
TOLERANCE:
LINEAR: ±1/16"
BOLT HOLE: +1/16", -0"
ANGULAR: ±1°

Gregory

Gregory Industries, Inc.
4100 13th Street, SW
Canton, Ohio 44710
Phone: 330-447-4800x123

**TTMA-200**
**Impact Head Lighting Package**

Sheet: 109
Date: 1/29/2019
Drawing Name: TTMA-200
Scale: 1:25
By: JMS
Rev: B

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| A | 1 | Impact Head | |
| a1T | 1 | Front Plate - Top Lighting Package | C6X8.2 Channel |
| a2 | 5 | Vertical Supports | 2"x2"x1/4" Angle |
| a5 | 9 | Chevron Mounting Bracket | 12 Gage |
| Q | 1 | Light bar | |
| R | 4 | Light Bar Mounting Bracket | |
| U | 2 | Whelen Light or equiv (Optional) | |
| u1 | 2 | Junction Box (Optional) | |
| u2 | 8 | Stainless Machine Screw (Optional) | 6-32 x 3" Stainless |
| u3 | 8 | Nylon Locknut (Optional) | 6-32 Locknut |
| u4 | 8 | Stainless Flat Washer (Optional) | #6 Stainless Washer |






Q Light Bar



R Light Bar Mounting Bracket



a5 - Chevron Mtg. Bracket



a2 - Vertical Support 2"x2"x1/4" Angle



u1 - Junction Box PolyCase SK-16-02 or equiv



a1T Front Plate C6X8.2 Channel

| REV | DESCRIPTION | DATE |
|---|---|---|
| A | ADDED TOLERANCE AND FINISH DETAILS | 06/21/2018 |
| B | ADDED LIGHTBAR AND LIGHTBAR BRACKET | 01/29/2019 |

UNLESS OTHERWISE SPECIFIED:
DIMENSIONS ARE IN INCHES
SURFACE: HOT DIP GALVANIZED
TOLERANCE:
LINEAR: ±1/16"
BOLT HOLE: +1/16", -0"
ANGULAR: ±1°

Gregory
Gregory Industries, Inc.
4100 13th Street, SW
Canton, Ohio 44710
Phone: 330-447-4800x123

**TTMA-200**
**Impact Head Lighting Package**

Drawing Name: TTMA-200 | Scale: 1:25 | Sheet: 109 | Date: 1/29/2019 | By: JMS | Rev: B

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| R | 2 | Ballast Plate | 3/4" A36 |
| r1 | 6 | 5/8" x 9" Grd 5 Hex Bolt | |
| r2 | 12 | 5/8" Flat Washer | |
| r3 | 6 | 5/8" Lock Washer | |
| r4 | 6 | 5/8" Grd 5 Hex Nut | |




| REV | DESCRIPTION | DATE |
|---|---|---|
| A | ADDED TOLERANCE AND FINISH DETAILS | 06/21/2018 |

UNLESS OTHERWISE SPECIFIED:
DIMENSIONS ARE IN INCHES
SURFACE: HOT DIP GALVANIZED
TOLERANCE:
LINEAR: ±1/16"
BOLT HOLE: +1/16", -0"
ANGULAR: ±1°

Gregory

Gregory Industries, Inc.
4100 13th Street, SW
Canton, Ohio 44710
Phone: 330-447-4800x123

**TTMA-200**

**Steel Ballast Plate (Optional)**

Sheet: 110
Date: 1/29/2019
Drawing Name: TTMA-200
Scale: 1:10
By: JMS
Rev: A




| REV | DESCRIPTION | DATE |
|---|---|---|
| A | ADDED TOLERANCES AND FINISH | 06/22/2018 |

UNLESS OTHERWISE SPECIFIED:
DIMENSIONS ARE IN INCHES
SUFACE: HOT DIP GALVANIZED
TOLERANCE:
LINEAR: ±1/16"
BOLT HOLE: +1/16", -0"
ANGULAR: ±1°

Gregory

Gregory Industries, Inc.
4100 13th Street, SW
Canton, Ohio 44710
Phone: 330-447-4800x123

**TTMA-200**

**Arrow Board Attachment**

Sheet: 111

Date: 2/5/2019

Drawing Name: TTMA-200

Scale: 1:16

By: JMS

Rev: A

| ITEM | QTY | DESCRIPTION |
|---|---|---|
| s1 | 4 | 5/8" x 10 1/2" Grade 5 w/ Washer, Nut and Lock Washer |
| s2 | 6 | 1/2" X 8" Grade 5 w/Washer, Nut and Lock Washer |

# Exhibit P-189

TTMA-200 FHWA Approval Letter
HSST-1/CC-152A dated February 6, 2026
(Approval Letter issued to
Gregory Industries, Inc.)

U.S. Department
of Transportation
**Federal Highway
Administration**

1200 New Jersey Ave., SE
Washington, D.C. 20590

February 6, 2026

In Reply Refer To:
HSST-1/CC-152A

Mr. Frederick Mauer
Gregory Industries
4100 13th Street, SW
Canton, OH 44710

Dear Mr. Mauer:

We received your correspondence on September 4, 2024, requesting issuance of a Federal-aid reimbursement eligibility letter under the Federal-aid highway program for the roadside safety system, device, design, product, or hardware (collectively "device") described below. We write to inform you that the device Truck-Trailer Mounted Attenuator (TTMA) 200 is eligible for Federal-aid reimbursement. This letter supersedes the original letter CC-152 (signed March 5, 2019) for the Truck-Trailer Mounted Attenuator (TTMA) 200. This letter is assigned Federal Highway Administration (FHWA) control number CC-152A.

**ELIGIBILITY LETTERS**

The FHWA issues Federal-aid reimbursement eligibility letters for new roadside safety devices that are crash tested in accordance with the industry standard of the American Association of State Highway and Transportation Officials (AASHTO) Manual for Assessing Safety Hardware (MASH).

FHWA, the Department of Transportation, and the United States (government) do not regulate roadside safety devices, crash test facilities, or the manufacturing industry. Issuance of eligibility letters is discretionary and provided only as a service to the states. FHWA may, at its discretion, decline to issue, revise, or rescind an eligibility letter. Eligibility letters are only issued by the FHWA Office of Safety.

Eligibility letters are issued only as notice to the states that a device is eligible for reimbursement under the Federal-aid highway program. They do not establish approval or certification for any other purpose. Issuance of an eligibility letter is not a prerequisite or requirement for state transportation agencies seeking to use Federal-aid funds for roadside safety devices. State agencies may use a device for which an eligibility letter has not been issued and seek Federal-aid reimbursement.

**FEDERAL-AID REIMBURSEMENT**

The request for issuance of this letter certified the device was crash tested in accordance with the industry standard of AASHTO's MASH. This eligibility letter is based on that certification and

the material offered in support of its issuance. The device described below is eligible for reimbursement under the Federal-aid highway program.

Name of system: Truck-Trailer Mounted Attenuator (TTMA) 200
Type of system: Truck-Trailer Mounted Attenuator
Test Level: MASH Test Level - 3
Testing conducted by: Applus IDIADA KARCO Engineering, LLC.
Date of request: September 4, 2024

Information about the device, including material such as the eligibility request, crash test reports, drawings, or images are included in one or more attachment(s) to this letter.

Eligibility letter CC-152A is inapplicable to devices, optional equipment, alternate materials, or other features that were not crash tested in accordance with AASHTO's MASH.

This letter is issued only for the subject device as crash tested under AASHTO's MASH. Later modification(s) of the device are not eligible for Federal-aid reimbursement under this letter. Notice of later modification(s) should be given to transportation agencies, facility owners, and operators (collectively "agencies").

Agencies should be provided appropriate information about the device's design, installation, maintenance, materials, and mechanical properties.

Issuance of this letter is discretionary, and it may be revised or rescinded at FHWA's discretion. This letter is not a determination of compliance with the Manual on Uniform Traffic Control Devices for Streets and Highways (MUTCD) or ownership of any intellectual property rights.

This eligibility letter is not a determination by the government that a crash involving the subject device will result in any particular outcome. It is limited to only the device's eligibility for Federal-aid reimbursement.

## INTELLECTUAL PROPERTY

Issuance of this eligibility letter does not convey property rights of any sort nor any exclusive privilege. This letter is not authorization or consent by the government for the use, manufacture, or sale of any patented or proprietary system, device, design, product, or hardware for which the requester is not the patent owner. Eligibility letters are not an expression of any view, position, or determination by the government as to the validity, scope, or ownership of any intellectual property rights to a specific device. These letters do not grant, impute, suggest, or otherwise establish any ownership, distribution, or licensing rights to the requester. The government expresses no opinion about the intellectual property rights relating to any device for which this or any other eligibility letter is issued.

**PUBLIC DISCLOSURE**

To prevent any misunderstanding, and as discussed above, this Federal-aid eligibility letter is assigned FHWA control number CC-152A. It should only be reproduced in full with its attachment(s). This Federal-aid eligibility letter and the material offered by the requester supporting its issuance is public information. All eligibility letters and supporting material are subject to public disclosure under the Freedom of Information Act (FOIA). Eligibility letters are available to the public at https://safety.fhwa.dot.gov/roadway_dept/countermeasures/reduce_crash_severity/.

If you have any questions please contact Paul LaFleur at Paul.LaFleur@dot.gov.

Sincerely,

Jessie Yung
Director, Office of Safety Technologies
Office of Safety

Enclosures

# Request for Federal Aid Reimbursement Eligibility of Highway Safety Hardware

| Submitter | | | |
|---|---|---|---|
| | Date of Request: | September 05, 2024 | ◯ New ⦿ Resubmission |
| | Name: | Alex Beltran | |
| | Company: | Applus IDIADA KARCO Engineering, LLC. | |
| | Address: | 9270 Holly Road, Adelanto, CA 92301 | |
| | Country: | United States of America | |
| | To: | Michael S. Griffith, Director<br>FHWA, Office of Safety Technologies | |

I request the following devices be considered eligible for reimbursement under the Federal-aid highway program.

**Device & Testing Criterion -** Enter from right to left starting with Test Level

! - ! - !

| System Type | Submission Type | Device Name / Variant | Testing Criterion | Test Level |
|---|---|---|---|---|
| 'CC': Truck-Mounted Attenuators (TMA) | ⦿ Physical Crash Testing<br>◯ Engineering Analysis | TTMA-200 | AASHTO MASH | TL3 |

By submitting this request for review and evaluation by the Federal Highway Administration, I certify that the product(s) was (were) tested in conformity with the AASHTO Manual for Assessing Safety Hardware and that the evaluation results meet the appropriate evaluation criteria in the MASH.

**Individual or Organization responsible for the product:**

| | | |
|---|---|---|
| Contact Name: | Frederick Mauer | Same as Submitter ☐ |
| Company Name: | Gregory Industries | Same as Submitter ☐ |
| Address: | 4100 13th Street SW Canton OH 44710 | Same as Submitter ☐ |
| Country: | United States of America | Same as Submitter ☐ |

Enter below all disclosures of financial interests as required by the FHWA `Federal-Aid Reimbursement Eligibility Process for Safety Hardware Devices' document.

Gregory Industries is the manufacturer and marketer of the TTMA-200.

Applus IDIADA KARCO Engineering, LLC (IDIADA KARCO) is an independent research and testing laboratory having no affiliation with any other entity. IDIADA KARCO is actively Involved In data acquisition and compliance/certification testing for a variety of government agencies and equipment manufacturers. The principals and staff of IDIADA KARCO have no past or present financial, contractual or organizational interest in any company or entity directly or indirectly related to the products that KARCO tests. If any financial interest should arise, other than receiving fees for testing, reporting, etc., with respect to any project, the company will provide, In writing, a full and immediate disclosure to the FHWA.

# PRODUCT DESCRIPTION

(●) New Hardware or Significant Modification ( ) Modification to Existing Hardware

The TTMA-200 is trailer attenuator designed to dissipate the kinetic energy of an impacting vehicle to reduce the severity of a crash. As the impact head and mandrel are pushed forward into the first tube, the tapered mandrel bursts the first tube at the corners into four (4) straps. The bursting of the first tube dissipates the kinetic energy of the impacting vehicle. The trailer attenuator has a length of 23.6ft (7.2 m) with an optional hitch extension its total tested length was 24.9 ft. (7.6 m) and a max width of 8.0 ft. (2.4 m). The TTMA-200 is supported by a wheel and axle assembly and is attached to the support truck with a lunette ring.

All testing of the TTMA-200 was conducted with an optional 4.0 ft. x 8.0 ft. (1.2 m x 2.4 m) arrow board and arrow board frame that attached to the trailer frame assembly. The arrow board frame was attached to the trailer frame assembly with two (2) 5/8" grade 5 bolts and six (6) 1/2" grade 5 bolts. The arrow board was secured to the arrow board frame with five (5) 3/8" grade 5 bolts. An optional 16.0 in. (406 mm) hitch extension bolted to the trailer frame assembly with four (4) 5/8" grade 5 bolts. The TTMA-200 lunette ring was inserted into a standard 8-ton pintle hitch mounted on the support truck at a height of 19.5 in. (495 mm). Complete detail of the assemblies can be found in the manufacturer's drawings.

Test Chronology and Design Modifications:
Tests 3-51, 52, and 53 were conducted from 07/23/18 through 07/26/18.
Test 3-50 was conducted on 03/11/20.
Test 3-54 was conducted on 07/24/20.
Throughout the series, the TTMA-200 was tested with some optional accessories, one being a light bar at the rear of the TMA. The mounting method of the optional light bar accessory was changed during the test series. Tests 3-52 and 3-53 were tested with the revised mounting method of the accessory. The new mounting method used four (4) pieces of 0.75 in. (19 mm) galvanized steel hanger strap to secure the light bar. Test 3-50 and 3-54 replaced the galvanized steel strap with a stainless steel strap to add longevity to the attachment component. These changes had no impact on performance of the system.
Test 3-50 and 3-54 were run with a heavier duty spindle. This change added an additional 0.9 lbs (0.4 kg) per axle. In addition, Test 3-50 and 3-54 were also run using an optional electrically operate braking package to the axle. This change added an additional 8.1 lbs (3.7 kg) per axle. The total change in axle weight was 18 lbs (8.2 kg). Test 3-50 was performed with this modification to the axle because a 1100C vehicle is the most susceptible to seeing a change in occupant impact velocities and ridedown acceleration than the heavier 2270P vehicle used in Tests 3-51, 3-52, and 3-53. Therefore, Test 3-50 represents the worst case test for this design modification.
During Test 3-50, the occupant struck the dashboard at time 0.1016 s. Since the impact head engaged the axle push rods at 0.125 s, it can be concluded that the occupant impact velocity was not affected by this change. The time of maximum ridedown acceleration occurred between times 0.1252 s and 0.1352 s. The maximum ridedown acceleration was -17.8 g's, which is well below the MASH allowable ridedown acceleration of 20 g's therefore this modification had a minimal effect on the performance of the TTMA-200.

# CRASH TESTING

By signature below, the Engineer affiliated with the testing laboratory, agrees in support of this submission that all of the critical and relevant crash tests for this device listed above were conducted to meet the MASH test criteria. The Engineer has determined that no other crash tests are necessary to determine the device meets the MASH criteria.

| | | |
|---|---|---|
| Engineer Name: | Alex Beltran | |
| Engineer Signature: | [signature] Digitally signed by Alex Beltran DN: cn=Alex Beltran, o=IDIADA KARCO, ou=Lab, email=Alex.Beltran@idiada.com, c=US Date: 2024.03.05 17:08:54 -08'00' | |
| Address: | 9270 Holly Rd, Adelanto, CA 92301 | Same as Submitter ☐ |
| Country: | United States of America | Same as Submitter ☐ |

A brief description of each crash test and its result:

| Required Test Number | Narrative Description | Evaluation Results |
|---|---|---|
| 3-50 (1100C) | DIADA KARCO Test Number P40080-01. An 1100C test vehicle impacting the TTMA-200 at a nominal impact speed and angle of 62 mph and 0°, respectively. The primary intent of this test is to evaluate the impact performance of the TTMA-200 during small car impacts. The support vehicle was blocked against forward movement. The support vehicle was also placed in second gear with the parking brake engaged and the front wheels were centered with no steering angle. The test vehicle, 2015 Kia Rio impacted the TTMA-200 at a speed and angle of 61.64 mph (99.20 km/h) and 1.2°. The TTMA-200 brought the vehicle to a controlled stop. There was no penetration into the occupant compartment and the deformation limits were not exceeded. The Occupant Impact Velocities (OIV) in the longitudinal and lateral directions were 32.8 ft/s (10.0 m/s) and 1.0 ft/s (0.3 m/s), respectively. The Ridedown acceleration in the longitudinal and lateral directions were -17.8 g and -2.2 g, respectively. The TTMA-200 met all the requirements for MASH Test 3-50.<br><br>RESULT = PASS | |

| Required Test Number | Narrative Description | Evaluation Results |
|---|---|---|
| 3-51 (2270P) | DIADA KARCO Test Number P38076-01. An 2270P test vehicle impacting the TTMA-200 at a nominal impact speed and angle of 62 mph and 0°, respectively. The primary intent of this test is to evaluate the energy dissipation capacity of the TTMA-200, structural adequacy and occupant risk. The support vehicle was blocked against forward movement. The support vehicle was also placed in second gear with the parking brake engaged and the front wheels were centered with no steering angle. The test vehicle, 2012 RAM 1500 impacted the TTMA-200 at a speed and angle of 64.11 mph (103.18 km/h) and 0.3°. The TTMA-200 brought the vehicle to a controlled stop. There was no penetration into the occupant compartment and the deformation limits were not exceeded. The Occupant Impact Velocities (OIV) in the longitudinal and lateral directions were 29.2 ft/s (8.9 m/s) and 0.7 ft/s (0.2 m/s), respectively. The Ridedown acceleration in the longitudinal and lateral directions were -14.9 g and -3.1 g, respectively. All the occupant risk values were below the preferred values in MASH. The TTMA-200 met all the requirements for MASH Test 3-51.<br><br>RESULT = PASS | |

| | | |
|---|---|---|
| 3-52 (2270P) | IDIADA KARCO Test Number P38078-01. An 2270P test vehicle impacting the TTMA-200 offset 1/3 the vehicles overall width at a nominal impact speed and angle of 62 mph and 0°, respectively. The primary intent of this test is to evaluate structural adequacy and occupant risk. The support vehicle was blocked against forward and lateral movement. The support vehicle was also placed in second gear with the parking brake engaged and the front wheels were centered with no steering angle. The test vehicle, 2013 RAM 1500 impacted the TTMA-200 at a speed and angle of 62.99 mph (101.37 km/h) and 0.1°. The TTMA-200 brought the vehicle to a controlled stop. There was no penetration into the occupant compartment and the deformation limits were not exceeded. The Occupant Impact Velocities (OIV) in the longitudinal and lateral directions were 28.2 ft/s (8.6 m/s) and 2.0 ft/s (0.6 m/s), respectively. The Ridedown acceleration in the longitudinal and lateral directions were -16.4 g and 2.5 g, respectively. The TTMA-200 met all the requirements for MASH Test 3-52.<br><br>RESULT = PASS | |
| 3-53 (2270P) | DIADA KARCO Test Number P38075-02. An 2270P test vehicle impacting the TTMA-200 offset 1/4 the vehicles overall width at a nominal impact speed and angle of 62 mph and 10°, respectively. The primary intent of this test is to evaluate structural adequacy and occupant risk. The support truck weighed 10,337 lbs and was tested with the parking brake engaged, transmission placed in second gear and the front wheels centered with no steering angle. The test vehicle, 2012 RAM 1500 impacted the TTMA-200 at a speed and angle of 63.49 mph (102.18 km/h) and 10.1°. The TTMA-200 brought the vehicle to a controlled stop. There was no penetration into the occupant compartment and the deformation limits were not exceeded. The Occupant Impact Velocities (OIV) in the longitudinal and lateral directions were 26.6 ft/s (8.1 m/s) and 1.3 ft/s (0.4 m/s), respectively. The Ridedown acceleration in the longitudinal and lateral directions were -9.8 g and -4.0 g, respectively. The support vehicle had a maximum roll ahead measurement 34.8 ft. (10.6 m). The TTMA-200 met all the requirements for MASH Test 3-53.<br><br>RESULT = PASS | |

| | | |
|---|---|---|
| 3-54 (1500A) | IDIADA KARCO Test Number P40206-01. An 1500A test vehicle impacting the TTMA-200 at a nominal impact speed and angle of 62 mph and 0°, respectively. The primary intent of this test is to evaluate the impact performance of the TTMA-200 during mid-size car impacts. The support vehicle was blocked against forward movement. The support vehicle was also placed in second gear with the parking brake engaged and the front wheels were centered with no steering angle. The test vehicle, 2014 Chevrolet Malibu impacted the TTMA-200 at a speed and angle of 66.60 mph (107.19 km/h) and 0.2°. The TTMA-200 brought the vehicle to a controlled stop. There was no penetration into the occupant compartment and the deformation limits were not exceeded. The Occupant Impact Velocities (OIV) in the longitudinal and lateral directions were 30.5 ft/s (9.3 m/s) and 0.0 ft/s (0.0 m/s), respectively. The Ridedown acceleration in the longitudinal and lateral directions were -20.0 g and 5.0 g, respectively. The TTMA-200 met all the requirements for MASH Test 3-54.<br><br>RESULT = PASS | |

Full Scale Crash Testing was done in compliance with MASH by the following accredited crash test laboratory (cite the laboratory's accreditation status as noted in the crash test reports.):

| | | |
|---|---|---|
| Laboratory Name: | Applus IDIADA KARCO Engineering, LLC. | |
| Laboratory Signature: | Digitally signed by Alex Beltran<br>DN: cn=Alex Beltran, o=IDIADA KARCO, ou=Lab, email=Alex.Beltran@idiada.com, c=US<br>Date: 2024.03.05 17:09:10 -08'00' | |
| Address: | 9270 Holly Road, Adelanto, CA,92301 | Same as Submitter ☐ |
| Country: | United States of America | Same as Submitter ☐ |
| Accreditation Certificate Number and Dates of current Accreditation period : | TL 371: April 27, 2022 - April 27, 2025 | |

Submitter Signature*: Alex Beltran
Digitally signed by Alex Beltran
DN: cn=Alex Beltran, o=Applus IDIADA, ou=Engineering, email=alex.beltran@idiada.com, c=US
Date: 2024.09.05 09:49:38 -07'00'

Submit Form

ATTACHMENTS

Attach to this form:

1) Additional disclosures of related financial interest as indicated above.
2) A copy of the full test report, video, and a Test Data Summary Sheet for each test conducted in support of this request.
3) A drawing or drawings of the device(s) that conform to the Task Force-13 Drawing Specifications [Hardware Guide Drawing Standards]. For proprietary products, a single isometric line drawing is usually acceptable to illustrate the product, with detailed specifications, intended use, and contact information provided on the reverse. Additional drawings (not in TF-13 format) showing details that are relevant to understanding the dimensions and performance of the device should also be submitted to facilitate our review.

FHWA Official Business Only:

| Eligibility Letter | | |
|---|---|---|
| Number | Date | Key Words |
| | | |

# MASH 2016 Test 3-50 Summary



0.000 s 0.180 s 0.360 s 0.630 s 0.990 s




**General Information**

| | |
|---|---|
| Test Agency | Applus IDIADA KARCO |
| Test No. | P40080-01 |
| Test Designation | 3-50 |
| Test Date | 03/11/20 |

**Test Article**

| | |
|---|---|
| Name / Model | TTMA-200 |
| Type | Crash Cushion |
| Crash Cushion Length | 24.9 ft. (7.6 m) |
| Road Surface | Smooth, clean concrete |

**Test Vehicle**

| | |
|---|---|
| Type / Designation | 1100C |
| Year, Make, and Model | 2015 Kia Rio |
| Curb Mass | 2,559.5 lbs (1,161.0 kg) |
| Test Inertial Mass | 2,462.5 lbs (1,117.0 kg) |
| Gross Static Mass | 2,635.6 lbs (1,195.5 kg) |

**Impact Conditions**

| | |
|---|---|
| Impact Velocity | 61.64 mph (99.20 km/h) |
| Impact Angle | 1.2° |
| Location / Orientation | 0.6 in (15 mm) left |
| Kinetic Energy | 312.8 kip-ft (424.1 kJ) |

**Exit Conditions**

| | |
|---|---|
| Exit Velocity | N/A |
| Exit Angle | N/A |
| Final Vehicle Position | 5.8 ft. (1.8 m) downstream<br>0.1 ft. (0 m) left |
| Support Truck Rollahead | 0.0 ft (0 m) |
| Vehicle Snagging | None |
| Vehicle Pocketing | None |
| Vehicle Stability | Satisfactory |
| Maximum Roll Angle | -2.9 ° |
| Maximum Pitch Angle | 3.2 ° |
| Maximum Yaw Angle | 2.6 ° |

**Occupant Risk**

| | |
|---|---|
| Longitudinal OIV | 32.8 ft/s (10.0 m/s) |
| Lateral OIV | 1.0 ft/s (0.3 m/s) |
| Longitudinal RA | -17.8 g |
| Lateral RA | -2.2 g |
| THIV | 32.8 ft/s (10.0 m/s) |
| PHD | 17.8 g |
| ASI | 1.21 |

**Test Article Deflections**

| | |
|---|---|
| Static | 9.9 ft. (3.0 m) |
| Dynamic | 10.7 ft. (3.3 m) |
| Working Width | N/A |
| Debris Field | N/A |

**Vehicle Damage**

| | |
|---|---|
| Vehicle Damage Scale | 12-FD-5 |
| CDC | 12FDEW3 |
| Maximum Intrusion | 0.1 in. (3 mm) at toe pan |

**Figure 4 Summary of Test 3-50**

# MASH 2016 Test 3-51 Summary



0.000 s | 0.100 s | 0.200 s | 0.525 s | 1.300 s




| GENERAL INFORMATION | |
|---|---|
| Test Agency | KARCO Engineering, LLC. |
| KARCO Test No. | P38076-01 |
| Test Designation | 3-51 |
| Test Date | 07/25/18 |
| **TEST ARTICLE** | |
| Name / Model | TTMA-200 |
| Type | Trailer Mounted Attenuator |
| Support Vehicle Length | 25.0 ft. (7.6 m) |
| TMA Length | 24.9 ft. (7.6 m) |
| Road Surface | Concrete |
| Support Vehicle Restraint | Blocked Against Roll Ahead |
| **TEST VEHICLE** | |
| Type / Designation | 2270P |
| Year, Make, and Model | 2012 RAM 1500 |
| Curb Mass | 4,987.9 lbs (2,262.5 kg) |
| Test Inertial Mass | 4,989.0 lbs (2,263.0 kg) |
| Gross Static Mass | 4,989.0 lbs (2,263.0 kg) |

| Impact Conditions | |
|---|---|
| Impact Velocity | 64.11 mph (103.18 km/h) |
| Impact Angle | 0.3° |
| Location / Orientation | 1.0 in. (25 mm) Right of TMA CL |
| Kinetic Energy | 685.5 kip-ft (929.4 kJ) |
| **Exit Conditions** | |
| Exit Velocity | N/A |
| Exit Angle | N/A |
| Final Vehicle Position | 12.8 ft. (3.9 m) Downstream<br>1.8 ft. (0.5 m) Left |
| Exit Box Criteria Met | N/A |
| Vehicle Snagging | None |
| Vehicle Pocketing | None |
| Vehicle Stability | Satisfactory |
| Maximum Roll Angle | -2.5 ° |
| Maximum Pitch Angle | 10.7 ° |
| Maximum Yaw Angle | 48.8 ° |

| Occupant Risk | |
|---|---|
| Longitudinal OIV | 29.2 ft/s (8.9 m/s) |
| Lateral OIV | 0.7 ft/s (0.2 m/s) |
| Longitudinal RA | -14.9 g |
| Lateral RA | -3.1 g |
| THIV | 29.2 ft/s (8.9 m/s) |
| PHD | 14.9 g |
| ASI | 0.97 |
| **Test Article Deflections** | |
| Static | 5.1 ft. (1.6 m) |
| Dynamic | 10.8 ft. (3.3 m) |
| Working Width | 17.8 ft. (5.4 m) |
| Debris Field | 67.2 ft. (20.5 m) Downstream<br>4.0 ft. (1.2 m) Left |
| **Vehicle Damage** | |
| Vehicle Damage Scale | 12-FD-4 |
| CDC | 12FDEW2 |
| Maximum Intrusion | Negligible |

**Figure 4 Summary of Test 3-51**

# MASH 2016 Test 3-52 Summary



0.000 s | 0.100 s | 0.325 s | 0.700 s | 1.250 s




| GENERAL INFORMATION | |
|---|---|
| Test Agency | KARCO Engineering, LLC. |
| KARCO Test No. | P38078-01 |
| Test Designation | 3-52 |
| Test Date | 07/26/18 |
| **TEST ARTICLE** | |
| Name / Model | TTMA-200 |
| Type | Trailer Mounted Attenuator |
| Support Vehicle Length | 25.0 ft. (7.6 m) |
| TMA Length | 24.9 ft. (7.6 m) |
| Road Surface | Concrete |
| Support Vehicle Restraint | Rigidly Blocked |
| **TEST VEHICLE** | |
| Type / Designation | 2270P |
| Year, Make, and Model | 2013 RAM 1500 |
| Curb Mass | 4,990.1 lbs (2,263.5 kg) |
| Test Inertial Mass | 5,009.9 lbs (2,272.5 kg) |
| Gross Static Mass | 5,009.9 lbs (2,272.5 kg) |

| Impact Conditions | |
|---|---|
| Impact Velocity | 62.99 mph (101.37 km/h) |
| Impact Angle | 0.1° |
| Location / Orientation | 26.7 in. (678 mm) Left of TMA CL |
| Kinetic Energy | 623.0 kip-ft (844.7 kJ) |
| **Exit Conditions** | |
| Exit Velocity | N/A |
| Exit Angle | N/A |
| Final Vehicle Position | 17.2 ft. (5.2 m) Downstream<br>11.2 ft. (3.4 m) Left |
| Exit Box Criteria Met | N/A |
| Vehicle Snagging | None |
| Vehicle Pocketing | None |
| Vehicle Stability | Satisfactory |
| Maximum Roll Angle | 5.4 ° |
| Maximum Pitch Angle | 7.6 ° |
| Maximum Yaw Angle | -68.2 ° |

| Occupant Risk | |
|---|---|
| Longitudinal OIV | 28.2 ft/s (8.6 m/s) |
| Lateral OIV | 2.0 ft/s (0.6 m/s) |
| Longitudinal RA | -16.4 g |
| Lateral RA | 2.5 g |
| THIV | 28.2 ft/s (8.6 m/s) |
| PHD | 16.5 g |
| ASI | 0.96 |
| **Test Article Deflections** | |
| Static | 4.1 ft. (1.2 m) |
| Dynamic | 11.1 ft. (3.4 m) |
| Working Width | 16.4 ft. (5.0 m) |
| Debris Field | No Article Debris |
| **Vehicle Damage** | |
| Vehicle Damage Scale | 12-FD-4 |
| CDC | 12FDEW3 |
| Maximum Intrusion | 0.2 in. (5 mm) |

**Figure 4 Summary of Test 3-52**

# MASH 2016 Test 3-53 Summary



0.000 s | 0.100 s | 0.200 s | 0.425 s | 0.625 s



| GENERAL INFORMATION | |
|---|---|
| Test Agency | KARCO Engineering, LLC. |
| KARCO Test No. | P38075-02 |
| Test Designation | 3-53 |
| Test Date | 07/26/18 |
| **TEST ARTICLE** | |
| Name / Model | TTMA-200 |
| Type | Trailer Mounted Attenuator |
| Support Vehicle Length | 25.0 ft. (7.6 m) |
| TMA Length | 24.9 ft. (7.6 m) |
| Road Surface | Concrete |
| Support Vehicle Restraint | 2nd gear, parking brakes engaged |
| **TEST VEHICLE** | |
| Type / Designation | 2270P |
| Year, Make, and Model | 2012 RAM 1500 |
| Curb Mass | 5,112.4 lbs (2,319.0 kg) |
| Test Inertial Mass | 4,996.7 lbs (2,266.5 kg) |
| Gross Static Mass | 4,996.7 lbs (2,266.5 kg) |

| Impact Conditions | |
|---|---|
| Impact Velocity | 63.49 mph (102.18 km/h) |
| Impact Angle | 10.1° |
| Location / Orientation | Offset 500 mm |
| Kinetic Energy | 673.3 kip-ft (912.9 kJ) |
| **Exit Conditions** | |
| Exit Velocity | 21.6 mph (34.8 km/h) |
| Heading Angle | 38.0° |
| Final Vehicle Position | 77.3 ft. (23.6 m) Downstream<br>11.7 ft. (3.6 m) Right |
| Support Vehicle Roll Ahead | 34.8 ft. (10.6 m) |
| Vehicle Snagging | None |
| Vehicle Pocketing | None |
| Vehicle Stability | Satisfactory |
| Maximum Roll Angle | -2.5 ° |
| Maximum Pitch Angle | -8.5 ° |
| Maximum Yaw Angle | -24.8 ° |

| Occupant Risk | |
|---|---|
| Longitudinal OIV | 26.6 ft/s (8.1 m/s) |
| Lateral OIV | 1.3 ft/s (0.4 m/s) |
| Longitudinal RA | -9.8 g |
| Lateral RA | -4.0 g |
| THIV | 26.6 ft/s (8.1 m/s) |
| PHD | 10.6 g |
| ASI | 0.84 |
| **Test Article Deflections** | |
| Static | 11.6 ft. (3.5 m) |
| Dynamic | 11.6 ft. (3.5 m) |
| Working Width | 23.4 ft. (7.1 m) |
| Debris Field | 57.1 ft. (17.4 m) Downstream<br>13.0 ft. (4.0 m) Right |
| **Vehicle Damage** | |
| Vehicle Damage Scale | 12-FR-4 |
| CDC | 12FZEW3 |
| Maximum Intrusion | 0.2 in. (5 mm) |

**Figure 4 Summary of Test 3-53**

# MASH 2016 Test 3-54 Summary



0.000 s | 0.090 s | 0.180 s | 0.360 s | 0.540 s




| **General Information** | |
|---|---|
| Test Agency | Applus IDIADA KARCO |
| Test No. | P40206-01 |
| Test Designation | 3-54 |
| Test Date | 07/24/20 |
| **Test Article** | |
| Name / Model | TTMA-200 |
| Type | Truck-Mounted Attenuator (TMA) |
| Crash Cushion Length | 24.9 ft. (7.6 m) |
| Road Surface | Smooth, clean concrete |
| **Test Vehicle** | |
| Type / Designation | 1500A |
| Year, Make, and Model | 2014 Chevrolet Malibu |
| Curb Mass | 3,356.5 lbs (1,522.5 kg) |
| Test Inertial Mass | 3,309.1 lbs (1,501.0 kg) |
| Gross Static Mass | 3,309.1 lbs (1,501.0 kg) |

| **Impact Conditions** | |
|---|---|
| Impact Velocity | 66.60 mph (107.19 km/h) |
| Impact Angle | 0.2° |
| Location / Orientation | Center of TTMA |
| Kinetic Energy | 490.7 kip-ft (665.4 kJ) |
| **Exit Conditions** | |
| Exit Velocity | N/A |
| Exit Angle | N/A |
| Final Vehicle Position | 12.3 ft. (3.8 m) downstream<br>0.1 ft. (0 m) right |
| Exit Box Criteria Met | N/A |
| Vehicle Snagging | None |
| Vehicle Pocketing | None |
| Vehicle Stability | Satisfactory |
| Maximum Roll Angle | 6.8 ° |
| Maximum Pitch Angle | 5.3 ° |
| Maximum Yaw Angle | -6.3 ° |

| **Occupant Risk** | |
|---|---|
| Longitudinal OIV | 30.5 ft/s (9.3 m/s) |
| Lateral OIV | 0.0 ft/s (0.0 m/s) |
| Longitudinal RA | -20.0 g |
| Lateral RA | 5.0 g |
| THIV | 30.2 ft/s (9.2 m/s) |
| PHD | 20.0 g |
| ASI | 1.52 |
| **Test Article Deflections** | |
| Static | 10.9 ft. (3.3 m) |
| Dynamic | 12.1 ft. (3.7 m) |
| Working Width | N/A |
| Debris Field | N/A |
| **Vehicle Damage** | |
| Vehicle Damage Scale | 12-FD-5 |
| CDC | 12FDEW3 |
| Maximum Intrusion | 0.2 in. (5 mm) at toe pan |

**Figure 4 Summary of Test 3-54**

| ITEM | QTY | DESCRIPTION | ITEM | QTY | DESCRIPTION | ITEM | QTY | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| a | 6 | 5/16" x 7" Grd 5 Hex Bolt | g | 12 | 1/2" Heavy Lock Washer | o | 4 | 5/8" x 2 1/2" Grd 5 Hex Bolt* |
| b | 6 | 5/16" Washer | h | 12 | 1/2" Grd 5 Hex Nut | p | 4 | 5/8" Washer |
| c | 6 | 5/16" Heavy Lock Washer | j | 16 | 9/16" x 3" Grd 5 Hex bolt | q | 4 | 5/8" Heavy Lock Washer |
| d | 6 | 5/16" Grd 5 Hex Nut | k | 16 | 9/16" SAE Washer | r | 4 | 5/8" Grd 5 Hex Nut |
| e | 8 | 1/2" x 2.25" Grd 5 Hex Bolt | m | 16 | 9/16" Heavy Lock Washer | s | 4 | Retaining Clip for 1/2" Bolt |
| f | 8 | 1/2" Washer | n | 16 | 9/16" Grd 5 hex Nut | t | 2 | Square Tubing Plug |

| ITEM | QTY | DESCRIPTION |
|---|---|---|
| A | 1 | impact Head |
| B | 2 | Bursting Mandrel |
| C | 2 | First Tube |
| D | 1 | Trailer Frame |
| E | 1 | Axle Assembly |
| F | 4 | Plastic Guide Plates |
| G | 2 | End caps |
| H | 1 | Hitch Assembly |
| J | 8 | Spacer |
| K | 1 | Commercial Jack |
| L | 2 | Fender Assembly |







Gregory

Gregory Industries, Inc.
4100 13th Street, SW
Canton, Ohio 44710
Phone: 330-447-4800x123

**TTMA-200**

**Assembly**

| Sheet: | Date: | Drawing Name: | Scale: | By: | Rev: |
|---|---|---|---|---|---|
| 100 | 3/20/2018 | TTMA-200 | NONE | JMS | 0 |

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| A | 1 | Impact Head | |
| a1T | 1 | Front Plate - Top | C6X8.2 Channel |
| a1B | 1 | Front Plate - Bottom | C6X8.2 Channel |
| a2 | 5 | Vertical Supports | 2"x2"x1/4" Angle |
| a3 | 2 | Vertical Supports | 2"x2"x1/4" Angle |
| a4 | 2 | Front Plate Stiffener | 3"x3"x3/16" Tube |
| a5 | 9 | Chevron Mounting Bracket | 12 Gage |
| a6 | 2 | Bumper Skid | 1/4" A36 Plate |







**Gregory**

Gregory Industries, Inc.
4100 13th Street, SW
Canton, Ohio 44710
Phone: 330-447-4800x123

**TTMA-200**

**Impact Head Assembly**

Sheet: 101

Date: 3/20/2018

Drawing Name: TTMA-200

Scale: NONE

By: JMS

Rev: 0

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| B | 2 | Bursting Mandrel | |
| b1 | 2 | Mandrel Tube | 4.5"x4.5"x1/8" A500 B |
| b2 | 8 | Burster Plate | 3/8" AR360-400 |
| b3 | 8 | Burster Support | 3/8" A36 |
| b4 | 16 | Guide Strap | 3/8" A36 |
| b6 | 2 | End Plate | 3/8" A36 |
| b7 | 2 | Mandrel End Plate | 1/2" A36 |
| b8 | 8 | Gusset Plate | 1/4" A36 |
| F | 4 | Plastic Guide | 3/16" UHMW |




Gregory

Gregory Industries, Inc.
4100 13th Street, SW
Canton, Ohio 44710
Phone: 330-447-4800x123

**TTMA-200**

**Mandrel Assembly**

Sheet: 102

Date: 3/20/2018

Drawing Name: TTMA-200

Scale: NONE

By: JMS

Rev: 0

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| d1 | 2 | Frame Tube | 6"x6"x3/16" A500 B |
| d2 | 4 | Gusset Plate | 1/4" A36 |
| d3 | 1 | Cross Tube | 6"x6"x3/16" A500 B |
| d4 | 2 | Hitch Tube | 6"x6"x3/16" A500 B |
| d5 | 1 | Hitch Plate | 1/2" A36 |
| d6 | 2 | Hitch Support Plate | 1/2" A36 |
| d7 | 2 | Hitch Gusset | 1/2" A36 |
| d8 | 8 | Splice Plate (4 For Part C) | 1/2" A36 |
| d9 | 24 | Splice Gusset Plate (12 for Part C) | 3/16" A36 |
| d10 | 8 | Space | 5/8" A36 |







d1- Frame Tube

Gregory

Gregory Industries, Inc.
4100 13th Street, SW
Canton, Ohio 44710
Phone: 330-447-4800x123

**TTMA-200**

**Trailer Frame Parts**

Sheet: 103

Date: 3/20/2018

Drawing Name: TTMA-200 | Scale: NONE | By: JMS | Rev: 0

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| D | | Trailer Frame Assembly | |




| | | |
|---|---|---|
| Gregory | **TTMA-200** | Sheet: 104 |
| Gregory Industries, Inc.<br>4100 13th Street, SW<br>Canton, Ohio 44710<br>Phone: 330-447-4800x123 | ***Trailer Frame Assembly and Scoring Details*** | Date: 3/20/2018 |
| | Drawing Name: TTMA-200 | Scale: NONE |
| | | By: JMS — Rev: 0 |

| ITEM | QTY | DESCRIPTION | Material |
|---|---|---|---|
| C | 2 | First Tube | |
| c1 | 2 | Bursting Tube | 6"x6"x1/8" A500 B |
| E | 1 | Axle Assembly | |
| e4 | 2 | Axle Shear Connector | 3"x3"x3/16" A500 B |
| e5 | 4 | Shear Bolts | 1/2" x 4 1/2" Carriage Bolt Grd 5 |
| e6 | 2 | Axle Push Tubes | 1 1/2"x1 1/2"x11 Gage A500 B |
| e7 | 4 | Gusset Plate | 1/4" A36 |
| e8 | 2 | End Plate | 10 Gage A36 |
| e9 | 4 | Retaining Ring | 1/2" |
| GR | 1 | PS End Tube Cover | 18 Pre-Galvanized Gage A36 |
| GL | 1 | DS End Tube Covers | 18 Pre-Galvanized Gage A36 |

Note:

The axle is a common commercially produced torsion style axle. Specific details may vary but attachment elements and design will not differ from the tested version
±







DETAIL A
SCALE 2 : 25




Gregory

Gregory Industries, Inc.
4100 13th Street, SW
Canton, Ohio 44710
Phone: 330-447-4800x123

**TTMA-200**

**First Tube, Axle Assembly and Front End Covers**

Sheet: 105

Date: 3/20/2018

Drawing Name: TTMA-200

Scale: NONE

By: JMS

Rev: 0

| ITEM | QTY | DESCRIPTION | MATERIAL |
|---|---|---|---|
| m1 | 2 | Chain Bracket | 5/16" A36 |
| m2 | 2 | Retainer Rod | Ø3/8" Cold Rolled A36 Rod |
| m3 | 2 | Cotter Pin | Ø3/32" Hairpin Cotter |
| d12 | 1 | Front battery Mount - 18.5"x5" | 1/8" A36 |
| d13 | 1 | Rear Battery Mount 27.5" x 5" | 1/8" A36 |




Chain Attachment Detail
NOT TO SCALE













| | | |
|---|---|---|
| Gregory<br>Gregory Industries, Inc.<br>4100 13th Street, SW<br>Canton, Ohio 44710<br>Phone: 330-447-4800x123 | TTMA-200<br>Safety Chain Attachment Details | Sheet: 106<br>Date: 3/20/2018 |
| | Drawing Name: TTMA-200 / Scale: NONE | By: JMS / Rev: 0 |




## Reverse Guidance Mounting Detail




## Arrow Board Mounting Detail

Gregory

Gregory Industries, Inc.
4100 13th Street, SW
Canton, Ohio 44710
Phone: 330-447-4800x123

TTMA-200

Arrow Board and Reverse Guidance Mounting Detail

Sheet: 107

Date: 3/20/2018

Drawing Name: TTMA-200

Scale: NONE

By: JMS

Rev: 0

# Exhibit P-190

Gregory Highway Brochure for TTMA-200
Trailer Truck Mounted Attenuator
(Gregory Industries, Inc.
marketing the TTMA-200)



# TTMA-200

## TRAILER TRUCK MOUNTED ATTENUATOR

Designed for use in mobile and stationary work zones, the TTMA-200 helps to keep your most valuable assets protected in the event of a work zone intrusion. Its patented, energy-absorbing technology offers flexible performance at a competitive price and meets all required MASH TL-3 testing standards.

GREGORY HIGHWAY

gregoryhighway.com




# Absorb impacts. Protect assets. Save lives.

The TTMA-200 is made from galvanized steel and built for versatility. The single point pintle hitch mount can be used with most supporting vehicles weighing 10,000 lbs. (4,535.9 kg.) or more and can be switched between host vehicles in minutes. Its flexible configuration is easily adaptable to sweeping, salting, mowing and striping operations and can be equipped with optional items, including an arrow board, arrow board stand and hitch extensions.

## TTMA-200 ADVANTAGES

- No host vehicle modification required
- Open frame system is easy to maintain and repair
- Anti-rotational by design
- No cartridges needed
- Versatile asset protection

## TECHNICAL HIGHLIGHTS

**MASH 2016 tested and approved**
The TTMA-200 was successfully tested and passed all required MASH crash test criteria. The Federal Highway Administration (FHWA) eligibility letter was awarded in March 2019 and is filed as CC-152.

**Patented energy absorbing technology**
During a collision, the oversized mandrel pushes into a smaller tube, splitting it into four strips of metal to dissipate the impact energy. The metal strips remain with the trailer and pose no hazard to adjacent traffic.

**Proven strength and versatility**
Within minutes, the TTMA-200 can be attached to any support vehicle with a gross vehicle weight (GVW) of 10,000 lbs. (4,535.9 kg.) or more. Only a standard eight-ton pintle hitch is needed, and there is no maximum weight limit.

## SPECIFICATIONS

- Width: 96 in. (2.4 m.)
- Height: 39 in. (990.6 mm.)
- Length: 23.5 ft. (7.2 m.)
- Approximate weight: 1,450 lbs. (658 kg.)
- Approximate weight with an arrow board:
- 1,750 lbs. (794 kg.)
- Approximate tongue weight: 300 lbs. with
- arrow board
- Eight-ton pintle hook height: 19.5 to 32 in.
- (49.53 to 81.28 cm.)
- Galvanizing method: hot dip
- MASH compliance: passed test levels 3-50,
- 3-51, 3-52 and 3-53



# Exhibit P-191

U.S. Patent No. 11,466,415,
Guardrail Terminal
(Issued October 11, 2022)
("the '415 Patent")
Next Generation Terminal ("NGT")

US011466415B2

(12) **United States Patent**
**Sicking et al.**

(10) **Patent No.: US 11,466,415 B2**
(45) **Date of Patent: Oct. 11, 2022**

(54) **GUARDRAIL TERMINAL**

(71) Applicants: **Dean L. Sicking**, Indian Springs Village, AL (US); **Dakotah Sicking**, Keller, TX (US); **Blake A. Feltman**, Birmingham, AL (US); **Steven D. Thompson**, Bessemer, AL (US); **Kenneth Walls**, Trussville, AL (US); **Kevin D. Schrum**, Pelham, AL (US); **Joseph Schwertz**, Birmingham, AL (US); **David Littlefield**, Vestavia Hills, AL (US); **Andrew Dameron**, Birmingham, AL (US)

(72) Inventors: **Dean L. Sicking**, Indian Springs Village, AL (US); **Dakotah Sicking**, Keller, TX (US); **Blake A. Feltman**, Birmingham, AL (US); **Steven D. Thompson**, Bessemer, AL (US); **Kenneth Walls**, Trussville, AL (US); **Kevin D. Schrum**, Pelham, AL (US); **Joseph Schwertz**, Birmingham, AL (US); **David Littlefield**, Vestavia Hills, AL (US); **Andrew Dameron**, Birmingham, AL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 483 days.

(21) Appl. No.: **16/708,129**

(22) Filed: **Dec. 9, 2019**

(65) **Prior Publication Data**

US 2020/0190754 A1 Jun. 18, 2020

**Related U.S. Application Data**

(60) Provisional application No. 62/776,914, filed on Dec. 7, 2018.

(51) **Int. Cl.**
***E01F 15/14*** (2006.01)
***E01F 15/04*** (2006.01)

(52) **U.S. Cl.**
CPC ........ ***E01F 15/143*** (2013.01); ***E01F 15/0423*** (2013.01); ***E01F 15/0461*** (2013.01)

(58) **Field of Classification Search**
CPC ... E01F 15/04; E01F 15/0407; E01F 15/0423; E01F 15/143; E01F 15/145; E01F 15/146
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,928,928 A 5/1990 Buth et al.
5,078,366 A 1/1992 Sicking et al.
(Continued)

FOREIGN PATENT DOCUMENTS

EP 2313560 B1 11/2017
RU 2312948 C1 12/2007
(Continued)

OTHER PUBLICATIONS

An Office Action issued by Eurasian Patent Office dated Mar. 4, 2022, which corresponds to EAPO Patent Application No. 202191290 and is related to U.S. Appl. No. 16/708,129.
(Continued)

*Primary Examiner* — Jonathan P Masinick
(74) *Attorney, Agent, or Firm* — Studebaker & Brackett PC

(57) **ABSTRACT**

Guardrail, guardrail terminal, and support post designs that improve control of a vehicle during collisions are described. The disclosed designs also reduce the likelihood of intrusion into vehicle systems and the occupant compartment(s). Embodiments include folding and/or flattening of the guardrail and controlling the folded and flattened guardrail to avoid intrusion into the vehicle. Other embodiments include containing the guardrail in an impact head of a guardrail terminal, which also avoids vehicle intrusion.

**18 Claims, 40 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

5,775,675 A 7/1998 Sicking et al.
5,797,591 A * 8/1998 Krage ................. E01F 15/0476 404/6
6,036,399 A * 3/2000 Schalk ................ E01F 15/0423 404/9
6,089,782 A * 7/2000 Bligh .................... E01F 15/143 404/6
6,554,256 B2 * 4/2003 Ochoa ................... E01F 15/143 404/6
6,715,735 B2 * 4/2004 Bligh .................... E01F 15/143 404/6
6,719,483 B1 4/2004 Welandsson
7,694,941 B2 4/2010 Abu-Odeh et al.
7,883,075 B2 2/2011 Abu-Odeh et al.
8,882,082 B2 11/2014 Abu-Odeh et al.
8,905,382 B2 12/2014 Smith et al.
9,145,943 B2 * 9/2015 Sicking ................. E01F 15/145
9,689,124 B2 6/2017 Harman et al.
9,714,493 B1 7/2017 Dyke et al.
9,732,484 B2 * 8/2017 Rohde ................... E01F 15/043
9,963,844 B2 * 5/2018 Rohde ................... E01F 15/043
10,036,132 B2 * 7/2018 Sicking ............... E01F 15/0423
10,119,231 B1 * 11/2018 Rohde ................... E01F 15/143
10,364,538 B2 * 7/2019 Dyke .................. E01F 15/0438
10,851,503 B2 * 12/2020 Alberson ............. E01F 15/025
10,914,044 B2 * 2/2021 Rohde ................... E01F 15/143
2001/0013596 A1 * 8/2001 Sicking ................. E01F 15/143 256/17
2002/0007994 A1 1/2002 Reid et al.
2006/0102884 A1 * 5/2006 Rohde ..................... E01F 15/06 439/504
2007/0147957 A1 6/2007 Buth et al.
2017/0051461 A1 2/2017 Alberson et al.
2017/0275837 A1 9/2017 Rohde et al.
2021/0198855 A1 * 7/2021 Sicking ................. E01F 15/143

FOREIGN PATENT DOCUMENTS

WO 2002018708 A2 3/2002
WO 2010/139027 A1 12/2010
WO 2012106301 A1 8/2012
WO 2016014013 A1 1/2016

OTHER PUBLICATIONS

International Search Report issued in PCT/US2019/065289; dated Jul. 3, 2020.
Written Opinion issued in PCT/US2019/065289; dated Jul. 3, 2020.
An Office Action and Search Report issued by Russian Patent Office dated Jun. 29, 2020, which corresponds to Russian Patent Application No. 2020114392/03(024014) and is related to U.S. Appl. No. 16/708,129.
Phillips et al., Cable Guiderail Breakaway Terminal Ends, Research Report 148, Engineering Research and Development Bureau, New York State Department of Transportation, Mar. 1990.

* cited by examiner




FIG. 1




FIG. 2




FIG. 3




FIG. 4




FIG. 5




FIG. 6




FIG. 7




FIG. 8




FIG. 9




FIG. 10

FIG. 11




FIG. 12




FIG. 13




FIG. 14




FIG. 15




FIG. 16


Folding Technique 1: Progression of Guardrail Profile
A
B
C
D
E
22
22
22
22
22
Fold

FIG. 17




FIG. 18

Folding Technique 2: Progression of Guardrail Profile




FIG. 19


3D View
Folding Mechanism
106
Input
H
114
100
102
116
L
112
Output
118
W

FIG. 20


Side View
100
110
106
Input
H
Output
108
L
112

FIG. 21




FIG. 22




FIG. 23




FIG. 24




FIG. 25

Front Views with Cable Attachments




FIG. 26




FIG. 27




FIG. 28




FIG. 29




FIG. 30




FIG. 31




FIG. 32




FIG. 33




FIG. 34




FIG. 35




FIG. 36




FIG. 37




FIG. 38




FIG. 39




FIG. 40




FIG. 41




FIG. 42




FIG. 43




FIG. 44




FIG. 45A




FIG. 45B




FIG. 45C




FIG. 46


250
266
66
32
268
266
264
260
258
68
262
260
252
14
254
256
256
256

FIG. 47


68
268
250
66
256
32
256
266
256
252
260
262
264
254
258
14
266
264

FIG. 48




FIG. 49




FIG. 50




FIG. 51




FIG. 52




FIG. 53



250
260
260
266
266
252
258
256
256
254
256
14


FIG. 54



250
68
260
66
32
256
258
266
254
262
252
14


FIG. 55


270
292a
294a
22
16
16
286a
288a
296a

FIG. 56


270
58
22
288a
59
214
286a
302
304
298
290a
16
59
216
58

FIG. 57




FIG. 58




FIG. 59



294b
272
22
292b
16
16
286b
288b
296b


FIG. 60



272
62
63
296b
288b
292b
294b
286b
290b
62
63


FIG. 61




FIG. 62




FIG. 63


274
294c
306
22
292c
288c
286c
296c

FIG. 64


66
274
306
288c
294c
67
296c
286c
22
292c
290c
66
67

FIG. 65




FIG. 66




FIG. 67


276
294d
16
292d
286d
288d
296d

FIG. 68


276
292d
294d
288d
70
296d
22
286d
290d
70

FIG. 69




FIG. 70




FIG. 71




FIG. 72

| | Average Force 0º (kip-ft/ft) | Average Force 15º (kip-ft/ft) |
|---|---|---|
| Version 1 | 10.77 | 15.39 |
| Version 2 | 10.94 | 20.84 |
| Version 3 | 15.19 | 23.75 |
| Version 4 | 8.825 | 13.58 |
| Version 5 | 6.868 | 11.73 |

FIG. 73




FIG. 74




FIG. 75




FIG. 76




FIG. 77




FIG. 78




FIG. 79




FIG. 80




FIG. 81




FIG. 82




FIG. 83




FIG. 84




FIG. 85

# GUARDRAIL TERMINAL

This invention was made in part with government support under Subaward No. NCHRP-212, Unit Number 913, Project/Activity 163518-0399, awarded by the National Academy of Sciences, supported by Cooperative Agreement No. DTFH61-13-H-0024, dated Oct. 1, 2013, between the Federal Highway Administration (FHWA) and the Academy. The government may have certain rights in the invention.

## TECHNICAL FIELD

This disclosure relates to guardrails for roads.

## BACKGROUND

Guardrail terminals have three functions: anchor an end of a guardrail barrier to provide sufficient tension to redirect vehicles striking on a face of the guardrail; reduce the risk associated with end-on impacts with the terminal; and either slow impacting vehicles to a safe stop or allow them to penetrate behind the guardrail in a controlled manner. A W-beam guardrail is a membrane barrier system that relies on tension in a rail element to capture vehicles striking the face of the barrier. If the guardrail terminal does not provide an adequate anchor that can carry tension in the guardrail during an impact, the barrier system cannot fulfill its primary function of steering cars away from roadside hazards. Impact with the guardrail terminal can produce high deceleration rates, vehicle rollover, and penetration or intrusion into the occupant compartment. All these behaviors can produce fatalities or serious injuries. Accordingly, reducing the risk and, if possible, preventing of such behavior is preferred. Unfortunately, the roadside safety community has to date failed to appreciate the inherent risk of allowing a vehicle to gate through a terminal and travel behind the guardrail at high speed.

Guardrail terminals must mitigate the risk of vehicles striking the end of the terminal. The severity of end-on impacts can be reduced by providing a controlled collapse of the railing system. In conventional controlled collapse systems, the controlled collapse technology will become unstable any time the vehicle path is not perfectly aligned with the guardrail. In such situation, conventional terminals allow vehicles to penetrate through the end of the barrier, often without dissipating significant amounts of energy. In such conventional configurations, the terminal is designed to "gate" open and vehicles are allowed to travel behind the barrier at a high rate of speed. However, guardrails are used exclusively to protect motorists from roadside hazards, such as bridge piers, drop offs, steep embankments, or bodies of water. Hence, there is always a significant risk for vehicles traveling behind the barrier at a high rate of speed. In fact, the Fatal Accident Reporting System (FARS), operated by the National Highway Traffic Safety Administration in cooperation with the 50 states, the District of Columbia, and Puerto Rico, indicates that approximately 90 fatal crashes occur every year where striking a guardrail terminal is the first harmful event and the most harmful event was related to another off-road risk, such as those listed above. Gating through to a backside of a guardrail terminal represents approximately one third of the total number of fatal accidents associated with guardrail terminals.

The first energy absorbing guardrail terminal, the ET-2000, was introduced in the late 1980's. This terminal incorporated an impact head that fit over the end of the guardrail and, when struck by a car, the head was forced



down the W-beam. As the guardrail was pushed through the impact head, it passed through a squeezer section and was flattened. The flattened guardrail was then curled out of the back of the impact head. The squeezing and curling of the guardrail dissipated large amounts of energy and thereby slowed impacting vehicles in a controlled manner. In-service performance studies of this terminal demonstrated outstanding safety performance and this terminal was adopted widely across the US and some foreign countries, including Canada and Australia. Competitors soon came to market, including the beam eating steel terminal (BEST), sequential kinking terminal (SKT), and the Flared Energy Absorbing Terminal (FLEAT). All of these designs provided energy absorption using a mechanism other than flattening, but the basic concept of using an impact head to slide down the rail, deform it, and deflect it out of the vehicle's path was included in each of these designs.

Each of these energy absorbing terminals produce compression in the guardrail as the impact head is pushed forward. Unfortunately, the compression forces can become excessive and cause the guardrail to buckle. When the guardrail buckles, the energy dissipation stops immediately and a 180-degree bend in the rail often develops. This type of bend is sometimes called a "knee" and this bend or knee can penetrate into an impacting vehicle and seriously injure or kill the occupants. A knee can also deform the occupant space such that occupants are injured by large deformations of the occupant space. This behavior has been labelled "intrusion" of the occupant space.

In 1999, the concept of a tension guardrail terminal was introduced. Although no product was brought to market, a patent was obtained on a device that incorporated an impact head that forced the guardrail to the ground and allowed vehicles to pass over the guardrail. The end of the barrier was permanently attached to a ground anchor to maintain tension in the guardrail system. By maintaining tension in the guardrail, the system could prevent buckling and thereby eliminate spearing or intrusion. Also, the impact head will tend to follow along the guardrail's path, which means the vehicle will be steered back toward the roadway. The first commercial implementation of this concept, called the "Soft Stop," was introduced almost a decade later and included a vertical compression of the W-beam as a primary energy absorber.

In order for tension guardrail terminals to function properly, they must maintain a strong, positive, or continuous connection with the vehicle throughout the impact. Unfortunately, the most popular tension-based guardrail terminal cannot create a strong mechanical interlock between the terminal's impact head and the front of an impacting vehicle. The most popular tension-based guardrail terminal also includes a steel tube attached to the impact head that extends under the impacting vehicle. The passing of the vertically compressed guardrail through the tube provides significant friction forces near the ground line. Impact forces are delivered near the center of gravity of the vehicle while the resistance forces from the W-beam are much closer to the ground. These two forces produce an overturning moment in the impact head which causes the tube under the vehicle to lift up and act as a spear to penetrate the oil pan, gas tank, or even the floorboard of an impacting vehicle. The head rotation also causes the impact plate to tilt backwards to produce a ramp that allows the impacting vehicle to ride up and over the terminal. Hence, Applicant appreciated that a non-gating guardrail terminal must be capable of keeping the guardrail under tension and producing a strong mechani-

cal interlock between the end of the terminal and the front of the impacting vehicle without puncturing critical components of the vehicle.

The first tension-based energy absorbing guardrail system was introduced in late 2006. In theory, a tension-based guardrail terminal cannot cause the rail to buckle and thus should greatly reduce the risk of spearing or intrusion into the occupant space. The first tension terminal incorporated a cable that was threaded along a torturous path that produces friction to slow impacting vehicles. The cable is attached to a ground anchor to prevent buckling of the guardrail and reduce the risk of a penetration or intrusion of the occupant compartment. Further, this terminal system was designed to minimize the number of vehicles that travel behind the guardrail and encounter roadside hazards. Unfortunately, the attempt to capture more vehicles involved stiffening the terminal to the point that the safety performance for head-on impacts was compromised.

More recently, a patent application for a cannister guardrail was submitted to the USPTO. This design incorporates a squeezing system that flattens the guardrail and directs it into a round barrel where it is retained inside the impact head. This concept allows the terminal energy absorption rate to increase as the impact head is pushed further into the system. The downside of this impact attenuation system is that it cannot be restarted after a moderate impact. The reason this system cannot be restarted is that the entire coil of guardrail inside the impact head must rotate around the inside of the barrel for the energy management system to function. There is simply too much static friction between adjacent coils and too much inertia to resist restarting of the energy management process, once stopped. Even if the terminal head is still aligned with the guardrail, the energy management system cannot restart after even a relatively minor impact.

Additional problems that plague some existing guardrail terminals include steel bearing plates, used in most compression-based terminals, and steel posts cutting open the floor plan when impacting vehicles pass over the anchor or line posts during head-on crashes. Further, most guardrail terminals have difficulty providing adequate anchorage for vehicles striking the system on the face of the barrier near the end of the guardrail. Eliminating the need for a bearing plate and a detachable first post reduces the risk of cutting into a vehicle's floor pan.

## SUMMARY

This disclosure provides a guardrail terminal comprising a feeder chute having a horizontal width; an impact head; and a throat. The throat is positioned directly between the feeder chute and the impact head. The throat includes at least one deflector extending horizontally from an interior wall of the throat. The deflector extends a first width from the interior wall of the throat at a first end and a second width greater than the first width from the interior wall of the throat at a second, end upstream from the first end.

This disclosure also provides a guardrail assembly comprising a guardrail terminal and a guardrail beam. The guardrail terminal includes a feeder chute having a width, an impact head, and a throat. The throat is positioned directly between the feeder chute and the impact head. The throat includes at least one deflector extending horizontally from an interior wall of the throat. The deflector extends a first width from the interior wall of the throat at a first end and a second width greater than the first width from the interior wall of the throat at a second, end upstream from the first end. The guardrail beam is positioned in the feeder chute at a location prior to the location of the at least one deflector.

Advantages and features of the embodiments of this disclosure will become more apparent from the following detailed description of exemplary embodiments when viewed in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows an elevation view of a guardrail and guardrail terminal in accordance with an exemplary embodiment of the present disclosure.

FIG. **2** shows the guardrail terminal and a portion of the guardrail of FIG. **1**.

FIG. **3** shows a view similar to FIG. **2**, with anchor posts exposed.

FIG. **4** shows a view of a portion of the guardrail and guardrail terminal of FIG. **1** that includes a friction-inducing subassembly for a guardrail cable.

FIG. **5** shows a perspective view of the guardrail and guardrail terminal of FIG. **1**.

FIG. **6** shows another perspective view of the guardrail and guardrail terminal of FIG. **1**.

FIG. **7** shows a front view of a box terminal of the guardrail and guardrail terminal of FIG. **1**.

FIG. **8** shows a plan view of the friction-inducing subassembly shown in FIG. **4**.

FIG. **9** shows a plan view of an anchor for the cable of the of the guardrail and guardrail terminal of FIG. **1**.

FIG. **10** shows an elevation view of the anchor of FIG. **9**.

FIG. **11** shows another elevation view of the anchor of FIG. **9**.

FIG. **12** shows a view of a portion of the guardrail and guardrail terminal of FIG. **1**, in a configuration prior to a vehicle impact on the guardrail terminal.

FIG. **13**. shows a view of the guardrail and guardrail terminal of FIG. **12**, with the guardrail terminal pushed toward a W-beam, just prior to contact of an interior wall of the guardrail terminal with the W-beam.

FIG. **14** shows a view of the guardrail and guardrail terminal of FIG. **12**, with the guardrail terminal pushed toward the W-beam, with the W-beam collapsing due to contact of the W-beam with the interior wall of the guardrail terminal.

FIG. **15** shows a view of the guardrail and guardrail terminal of FIG. **14**, with the guardrail terminal pushed further toward the W-beam than is shown in FIG. **14**.

FIG. **16** shows a view of the guardrail and guardrail terminal of FIGS. **12**-**15**, with the guardrail terminal pushed further toward the W-beam than in FIG. **15**, showing multiple bends in the W-beam due to the force of collision with the guardrail terminal.

FIG. **17** shows a schematic view of folding of a W-beam according to an exemplary embodiment of the present disclosure.

FIG. **18** shows a perspective view of a beam folded according to the embodiment of FIG. **17**, with letters A-E showing a perspective view of the stages shown in FIG. **17**.

FIG. **19** shows a schematic view of folding of a W-beam according to another exemplary embodiment of the present disclosure.

FIG. **20** shows a perspective view of a folding mechanism to obtain the folding configurations of FIGS. **17** and **18** in accordance with an exemplary embodiment of the present disclosure.

FIG. **21** shows a side or elevation view of the folding mechanism of FIG. **20**.

FIG. **22** shows a top or plan view of the folding mechanism of FIG. **20**.

FIG. **23** shows a schematic cross-sectional view of a folded beam at location A of FIG. **17**.

FIG. **24** shows a schematic cross-sectional view of a folded beam at location E of FIG. **17**.

FIG. **25** shows a perspective view of the beam of FIG. **18** being folded by the folding mechanism of FIG. **20**.

FIG. **26** shows the view of FIG. **23** with cable attachments.

FIG. **27** shows the view of FIG. **24** with cable attachments.

FIG. **28** shows a beam flattener in accordance with an exemplary embodiment of the present disclosure.

FIG. **29** shows a folding mechanism in accordance with yet another exemplary embodiment of the present disclosure.

FIG. **30** shows a beam being folded by the folding mechanism of FIG. **29** at a first location in the folding mechanism.

FIG. **31** shows a beam being folded by the folding mechanism of FIG. **29** at a second location in the folding mechanism.

FIG. **32** shows a beam being folded by the folding mechanism of FIG. **29** at a third location in the folding mechanism.

FIG. **33** shows a beam being folded by the folding mechanism of FIG. **29** at a fourth location in the folding mechanism.

FIG. **34** shows a beam at various stages of being folded by the folding mechanism of FIG. **29**, with letters corresponding to the locations shown in FIGS. **30-33**.

FIG. **35** shows a perspective view of a guardrail post attached to the guardrail in accordance with an exemplary embodiment of the present disclosure.

FIG. **36** shows an elevation view of the guardrail post and guardrail of FIG. **35**.

FIG. **37** shows a perspective view of another guardrail post in accordance with an exemplary embodiment of the present disclosure.

FIG. **38** shows an elevation view of the guardrail post of FIG. **37**.

FIG. **39** shows a side elevation view of the guardrail post of FIG. **37**.

FIG. **40** shows a top view of the guardrail post of FIG. **37**.

FIG. **41** shows an enlarged view of FIG. **40**.

FIG. **42** shows a perspective view of a guardrail terminal in accordance with an exemplary embodiment of the present disclosure.

FIG. **43** shows a top or plan view of the guardrail terminal of FIG. **42**.

FIG. **44** shows a side or elevation view of the guardrail terminal of FIG. **42**.

FIG. **45**A shows a view of a guardrail in accordance with an exemplary embodiment of the present disclosure.

FIG. **45**B shows a perspective view of the guardrail of FIG. **45**A on an opposite side of the guardrail from FIG. **45**A.

FIG. **45**C shows an elevation view of the guardrail of FIG. **45**B on a same side of the guardrail as FIG. **45**B.

FIG. **46** shows a view of another guardrail in accordance with an exemplary embodiment of the present disclosure.

FIG. **47** shows a perspective view of a release plate positioned on an anchor post in accordance with an exemplary embodiment of the present disclosure.

FIG. **48** shows another perspective view of the release plate and anchor post of FIG. **47**.



FIG. **49** shows an elevation view of the release plate and anchor post of FIG. **47**.

FIG. **50** shows another elevation view of the release plate and anchor post of FIG. **47**.

FIG. **51** shows a further elevation view of the release plate and anchor post of FIG. **47**.

FIG. **52** shows a section view of the release plate and anchor post of FIG. **49** along the lines **52-52**.

FIG. **53** shows a plan view of the release plate and anchor post of FIG. **47**.

FIG. **54** shows a still further elevation view of the release plate and anchor post of FIG. **47**.

FIG. **55** shows a still further yet elevation view of the release plate and anchor post of FIG. **47**.

FIG. **56** shows a top, plan view of a guardrail and guardrail terminal with a top of the guardrail terminal removed in accordance with another exemplary embodiment of the present disclosure.

FIG. **57** shows an elevation view of the guardrail and guardrail terminal of FIG. **56**.

FIG. **58** shows a sectional view of the guardrail and guardrail terminal of FIG. **57** along the lines **58-58**.

FIG. **59** shows a sectional view of the guardrail and guardrail terminal of FIG. **57** along the lines **59-59**.

FIG. **60** shows a top, plan view of a guardrail and guardrail terminal with a top of the guardrail terminal removed in accordance with a further exemplary embodiment of the present disclosure.

FIG. **61** shows an elevation view of the guardrail and guardrail terminal of FIG. **60**.

FIG. **62** shows a sectional view of the guardrail and guardrail terminal of FIG. **61** along the lines **62-62**.

FIG. **63** shows a sectional view of the guardrail and guardrail terminal of FIG. **61** along the lines **63-63**.

FIG. **64** shows a top, plan view of a guardrail and guardrail terminal with a top of the guardrail terminal removed in accordance with a still further exemplary embodiment of the present disclosure.

FIG. **65** shows an elevation view of the guardrail and guardrail terminal of FIG. **64**.

FIG. **66** shows a sectional view of the guardrail and guardrail terminal of FIG. **65** along the lines **66-66**.

FIG. **67** shows a sectional view of the guardrail and guardrail terminal of FIG. **65** along the lines **67-67**.

FIG. **68** shows a top, plan view of a guardrail and guardrail terminal with a top of the guardrail terminal removed in accordance with yet another exemplary embodiment of the present disclosure.

FIG. **69** shows an elevation view of the guardrail and guardrail terminal of FIG. **68**.

FIG. **70** shows a sectional view of the guardrail and guardrail terminal of FIG. **69** along the lines **70-70**.

FIG. **71** shows a sectional view of a guardrail and guardrail terminal in accordance with still yet another exemplary embodiment of the present disclosure.

FIG. **72** shows a further sectional view of the guardrail and guardrail terminal of FIG. **71**.

FIG. **73** shows a table of values of force of various versions of the guardrail and terminal of the present disclosure.

FIG. **74** shows a graph of preferable values of head-on force with respect to plastic moments of certain guardrails and guardrail terminals of the present disclosure.

FIG. **75** shows a plan view of a portion of a guardrail and a guardrail terminal of the present disclosure in accordance with an exemplary embodiment of the present disclosure.

FIG. **76** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **76-76**.

FIG. **77** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **77-77**.

FIG. **78** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **78-78**.

FIG. **79** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **79-79**.

FIG. **80** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **80-80**.

FIG. **81** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **81-81**.

FIG. **82** shows a top plan view of a guard rail terminal in accordance with an exemplary embodiment of the present disclosure.

FIG. **83** shows a top plan view of a guard rail terminal in accordance with an exemplary embodiment of the present disclosure showing variation in a width of a throat input in comparison to FIG. **82**.

FIG. **84** shows a top plan view of a guard rail terminal in accordance with an exemplary embodiment of the present disclosure.

FIG. **85** shows a top plan view of a guard rail terminal in accordance with an exemplary embodiment of the present disclosure showing variation in a length of a throat in comparison to FIG. **84**.

## DETAILED DESCRIPTION

The present disclosure presents embodiments of a folding guardrail terminal design that is configured to fold a guardrail beam from an unfolded state to a folded state during a collision or impact on an impact plate or face of a terminal of the guardrail. In other words, the guardrail of the present disclosure is in an unfolded state prior to a collision or impact with the guardrail terminals of the present disclosure, simplifying installation and assembly over designs that require partial or complete folding of the guardrail beam during assembly of the guardrail beam and the guardrail terminal while maintaining the advantages of predetermined folding of the guardrail beam during impact or collision. The folding guardrail terminal shows improved performance over conventional designs, decreasing the likelihood of serious injury and/or death from impact on a guardrail equipped with the presently disclosed guardrail terminals, especially such injuries and/or death that might otherwise occur due to gating through the guardrail during an impact. The present disclosure also includes embodiments of a reverse release mechanism to permit release of an equipped guardrail during an impact downstream of a terminal end.

In the context of this disclosure, the term “guardrail” and “guardrail beam” should be taken as being synonymous. The term “guardrail assembly” should be considered to be elements of a guardrail along with, for example, guardrail anchor or support posts, guardrail terminal, anchor cable, anchor cable support post, and release plate. To the extent that this disclosure may use the terms “unit,” “member,” and other such terms that may inappropriately be considered “nonce” terms, these terms should be considered to invoke, for example, guardrail, guardrail assembly, guardrail terminal, guardrail terminal assembly, anchor post, anchor cable, reverse release plate, and the like to the extent applicable in context to the description and related claims.

After deep study and analysis of existing terminal designs, Applicant came to understand that conventional designs, while they work well for their intended purpose, have certain limitations. For example, to steer an impacting vehicle, a tension-based guardrail terminal can utilize an impact head that buries itself into the front of an impacting vehicle. Because the impact head can only pull laterally on the front of the vehicle, there is a strong propensity for the vehicle to spin-out and become detached from the impact head. This propensity is magnified by the decelerating forces applied to the impact head as the guardrail is forced through it. If a terminal is to capture most vehicles striking the end of the impact head, considering the substantial variation in size, weight, center-of-gravity, etc., there must be a balance between the lateral forces that pull the front of the vehicle back toward the roadway and the deceleration forces applied to the impact head by the guardrail.

Applicant further came to understand that there is a relatively narrow range of lateral force (steering force) and longitudinal force (deceleration force) combinations that allow a guardrail terminal to safely capture most impacting vehicles. Because both lateral and longitudinal forces clearly affect the gating action of the terminal, and because these forces are relatively independent of one another as a matter of design, their combined effect becomes the critical determinant between gating and non-gating performance. Applicant conducted an extensive effort that included both a full-scale crash testing program and a non-linear finite element modeling analysis that were combined to identify the relationships between decelerations and various guardrail post designs that can be expected to prevent gating for most passenger vehicles impacting at angles of 15 degrees or less. The plot or graph shown in FIG. **74** identifies the combinations of average deceleration force during a 15 degree impact on the terminal and guardrail post plastic moment perpendicular to the guardrail that are most likely to produce a non-gating guardrail terminal. Note that any deceleration rate and post strength combination that falls within bounded region **300** shown in FIG. **74** produce a non-gating terminal design. Full-scale crash tests have shown that this figure is generally conservative, meaning that design combinations outside of bounded region **300** shown in FIG. **74** may also produce non-gating results. Accordingly, bounded region **300** is not a limit of a range, but an approximate limit of a range.

As discussed above, the critical parameters for producing a safe guardrail terminal include deceleration force and the lateral force generated by guardrail posts. One advantage of the folding terminal design is the ability to adjust the deceleration forces from very low, less than 6,700 pounds, to relatively high, which can be more than 15,000 pounds. The primary methods for reducing or increasing deceleration force in this system include adjusting a width **352** of an entrance to a throat **350** of the terminal (e.g., see FIGS. **82** and **83**) where the guardrail is folded in half; increasing a flare rate in a folding region of the terminal, and eliminating wedges, deflectors, and/or diverters that force a top and a bottom of the guardrail forward to complete the fold; see FIGS. **71** and **72**. Through extensive testing and analysis, Applicant has determined that if the width of the throat entrance is 9 inches or greater, the guardrail will be allowed to fold in half without any restrictions, which minimizes friction on the guardrail as it is folded in half. If the throat width is reduced, friction between the guardrail and the impact head increases significantly. If the throat width is reduced to less than 5 inches, deceleration force will be more than double.

Applicant has further determined through extensive testing and analysis that another factor that controls the guardrail terminal deceleration force is the flare rate in throat **350** of the guardrail terminal; see FIGS. **84** and **85**. The terminal

must widen as the guardrail is folded and the final width and length of flared region has an effect on friction as the guardrail is folded. Eliminating the wedges, deflectors, or diverters that force the top and bottom of the guardrail forward to complete the fold also reduces the force required to push the head down the rail, as is discussed further herein. The wedges are not necessary to complete the fold because the W-beam warps into a folded shape when the valley of the rail is forced backward. Applicant has determined through extensive testing and analysis that these design changes enable the terminal deceleration forces to be adjusted over a wide range.

Other factors besides preventing gating can influence the desired deceleration force. For example, it may be necessary to increase deceleration forces in order to shorten the overall length of the terminal. Shorter guardrail terminals are generally less expensive and can be used in places where there is insufficient space for a longer system.

Establishing a strong mechanical interlock between a terminal impact head and an impacting vehicle is critical to providing non-gating behavior. Such an interlock is required to provide steering forces to direct impacting vehicles back toward the roadway. A preferred embodiment for creating interlock between a terminal impact head and an impacting vehicle incorporates steel plates on the top, bottom, and both sides of a rectangular impact plate. These plates act as teeth that bite into the front of the vehicle. The horizontal plates at the top and bottom of the impact plate prevent vertical motion of the impact head while also strengthening the plates on the side. The plates on the side of the impact head decrease, and preferably prevent horizontal movement of the vehicle relative to the terminal head. In order to provide adequate interlock, the impact head may preferably be 12 inches wide, or more, and the tooth plates preferably need to extend at least 2.5 inches beyond the impact plate. The teeth plates preferably need to be at least 0.2 inches thick. The teeth plates can be made from a single sheet of steel or thinner plates folded back on itself. In the case of folding, the teeth plates can be reinforced by bending them into A-shapes that more than quadruple the compressive buckling strength of the teeth. The volume of space between the teeth should preferably be empty so that forces on the teeth are maximized and not distributed across the impact plate. If intermediate plates are used in the interior of the impact head, the teeth plates will not dig into the front of the car but instead will crush the vehicle more or less uniformly across the face of the impact plate. Without the mechanical interlock between the teeth plates and the front of the vehicle, the impact head will tend to rotate about an axis parallel to the guardrail and become disengaged from the vehicle. In this case, all capability of redirecting the vehicle is lost. As indicated hereinabove, the preferred dimensions described herein were obtained by extensive modeling supplemented by full-scale crash testing.

Another important feature of the guardrail terminal is the ability to anchor the end of the W-beam to provide redirective capacity downstream of the terminal. When a vehicle strikes the guardrail near the terminal at high-speed and high-angle, it must also be capable of releasing when a vehicle strikes the terminal from the opposite direction. A widely used releasable cable anchor design incorporates a V-notched plated mounted at an acute angle with respect to the vertical direction such that the top of the plate is set further away from the guardrail head than the base of the plate. This design was successfully tested in the 1990's for both redirection impact downstream of the terminal as well as reverse direction strikes that require release of the anchor from the guardrail.

A new reverse release configuration has been developed for the presently disclose guardrail terminals. Note that in the present embodiments the cable anchor is mounted perpendicular to the anchor post. The cable anchor provides two mechanisms for release, (1) breaking of a bolt and (2) release of a slip base connection from the anchor post. If the impact head applies a vertical load on the end of a swaged fitting, a threaded stud at the end of the anchor will begin to bend. Because the threaded shank is preferably made from grade 5 bolt material, the bolt will have a propensity to fracture without absorbing much of the vehicle's impact energy. However, if the end of the impact head remains down, it will ride up a ramp in the front of the impact head and strike a release plate. The release plate is attached to the anchor post by two slip bolts and a vertical restraint. The vertical restraint prevents the slip mechanism from rotating upward and dislodging the anchor during redirective impacts on the guardrail.

The inventions described herein include a tension-based guardrail terminal that includes improvements over existing designs, shown generally in FIGS. **1-45**. The following discussion will summarize the features of the new terminal system that has numerous performance improvements over conventional guardrail designs.

There are two basic approaches to improving guardrail technology. One technique involves using an impact head that collects the guardrail as the impact head is pushed down the barrier, similar to a conventional cannister system, as shown in, for example, FIGS. **12-16**. The other technique involves drawing the guardrail through a series of plates configured to fold the rail in half, as shown in FIGS. **17-34**.

One difference between the presently described system for collecting the guardrail and a competing guardrail system is that the energy management system relies on controlled buckling of a flattened W-beam, rather than pushing the guardrail into a round barrel. The new design flattens the W-beam and directs it into a polygonal shaped region (e.g., see FIGS. **6**, and **12-16**) with a bend at an obtuse angle directly in front of the flattened guardrail. The obtuse angled bend captures the end of the guardrail and forces the flattened rail to lay against one side of the interior of the polygon. When the guardrail reaches the end of the polygonal face, it is forced to reverse directions and lay down along the guardrail that is already there. The flattened guardrail will then continue across the entire width of the impact head and reverse directions again when it encounters the opposite side of the polygon. With each layer of flattened guardrail that is deposited in the polygon shaped chamber, the length of guardrail that must buckle when the lay down process reverses direction is shortened. Shortening of the buckling length increases the forces required to push the guardrail into the impact head. In addition, as the mass inside the terminal grows, more linear momentum must be transferred from the vehicle to the guardrail to accelerate the guardrail and decelerate the vehicle. Hence as the vehicle pushes the impact head farther down the rail, the resistance forces increase. This feature allows the terminal to provide low impact forces for small cars that do not have sufficient energy to push the impact head very far and higher stopping forces for heavy vehicles that can push the impact head to the end of the terminal.

One advantage of this design is that it can be restarted after an initial impact because guardrail can be forced into the polygon without moving any of the guardrail deposited

in a prior impact. Hence, there is some residual safety benefit from the guardrail terminal after it has been struck, provided the impact head is still aligned with the guardrail.

One embodiment of the present guardrail terminal includes a cable that passes through the impact head to provide anchorage for the end of the guardrail and a mechanism for keeping the impact head aligned with the guardrail. In this case, the cable is attached to a deeply embedded end anchor near the front of the terminal. The cable then passes through an opening near the front of the impact head and passes through the interior of the impact head. The path of the cable through the impact head is relatively straight in order to keep the impact head aligned with the guardrail and minimize friction between the impact head and the cable. Note that the cable is attached to the end anchor such that it does not release during end on impacts with the terminal, but it does release during reverse direction impacts on the guardrail. The breakaway system incorporates a "boot jack" type of structure that positions the cable at an angle that is between horizontal with the ground and angled 25 degrees above the ground (e.g., see FIGS. **9-11** and **42-45**). A threaded shank is swaged to the end of the cable and passed through the opening in the top of the boot jack structure. A nut and washer(s) are used to hold the end of the cable in the boot jack when the barrier is struck head-on. When the terminal is struck in a reverse direction with the impacting vehicle sliding toward the guardrail end, and contacting the downstream end of the impact head, the impact head strikes the top of the boot jack and releases the cable from the deeply embedded end anchor post. When the cable is released from the boot jack, the head is free to rotate out of the path of the impacting vehicle. Note this anchor is a new design that is an outgrowth of a design that has been in use for more than 30 years and was tested in the 1990's to assure it provided adequate anchorage and would release when struck in the reverse direction.

The opposite end of the cable is attached to the guardrail beam. This attachment may be a break away cable bracket similar to those used in compression-based terminals (e.g., see FIGS. **5-6**, and **8**), or it may be rigidly mounted to the guardrail (e.g., a welded button or a bolted BCT anchor). The length of the cable is controlled by the impact energy expected adjacent to the roadway where the terminal is installed. Along freeways with expected impact speeds up to 100 km/hour (62.5 MPH), the cables should extend to the 6th post or beyond. This distance is shorter than conventional energy absorbing guardrail terminals.

Another unique feature that must be incorporated into a tension-based terminal that utilizes a cable along its length is a breakaway connection between the cable and the guardrail located near the impact head. The anchor needs to completely detach from the cable without incorporating a button or some other element that remains attached to the cable after the cable is detached from the guardrail. The preferred attachment system utilizes short rods welded to two different plates in a staggered pattern as shown in FIG. **8**. The anchor cable is placed between the two plates with bolts passing through the guardrail and connecting the two plates at gaps between the rods. The plates, bolts, and rods can be described as a friction-inducing assembly or a ladder bracket assembly. When the bolts are tightened, the cable is bent around the rods and high friction develops. The friction is magnified by replacing the smooth rods with threaded rods. The bolts used to attach the bracket system are configured to be sheared off when the end of the impact head contacts the leading edge of the back-plate on the back side of the W-beam. The upstream anchor must be detachable to allow the cable to pass through the impact head during end-on terminal impacts. Upstream posts, i.e., posts toward the guardrail terminal, are preferably identical in orientation and assembly to downstream posts, i.e., posts away from the guardrail terminal.

More specifically, turning to FIGS. **1-16**, a guardrail terminal assembly **10** is shown. Guardrail terminal assembly **10** includes a guardrail beam or barrier **22**, which is supported by a plurality of guardrail anchor posts **12** that extend into ground **24**, which is shown partially removed in FIG. **1** to expose an entirety of a bottom end of guardrail anchor posts **12**. In an exemplary embodiment, guardrail anchor posts **12** can be secured by concrete **26** in ground **24**.

As shown in FIGS. **2** and **3**, guardrail terminal assembly **10** can also include a friction mechanism **28**, a cable guide or eyelet **30** positioned on an underside of guardrail terminal **18**, a threaded shank **32**, and a boot jack structure **34**. Cable **16** can be secured to guardrail beam **22** by friction mechanism **28**. Cable **16** can then be routed along guardrail beam **22** to and through cable guide **30**. Cable **16** is mechanically clamped or swaged by a swaged connector **68** to threaded shank **32**. Threaded shank **32** is then secured or attached to cable anchor post **14** by boot jack structure **34**.

Referring to FIGS. **4** and **8**, cable friction mechanism **28** can include a first plate **36** and a second plate **38** positioned on a first side of guardrail beam **22**. A support bracket **42** is positioned on an opposite side of guardrail beam **22** from first plate **36** and second plate **38**. Cable **16** extends directly between first plate **36** and second plate **38**. On alternating sides of cable **16**, directly between either cable **16** and first plate **36** or directly between cable **16** and second plate **38**, are a plurality of friction rods **44**. Friction rods **44** can be welded to first plate **36** or second plate **38** in an alternating pattern to secure friction rods **44** to cable friction assembly mechanism **28**. Shear bolts **40** extend from a first side of first plate **36**, through second plate **38**, into openings or holes **46** formed in support bracket **42**. Shear bolts **40** can be secured in position by nuts **48**, providing clamp force to cable **16** and friction rods **44**, as shown in FIG. **8**.

As described hereinabove, when a vehicle hits impact head **20**, guardrail terminal **18** begins sliding down guardrail beam **22**. As shown in FIG. **8**, guardrail terminal **18** includes an end surface **78** positioned on a downstream end of guardrail terminal **18**. When end surface **78** strikes support bracket **42**, support bracket **42** shears plurality of shear bolts **40**. The shearing of shear bolts **40** permits cable **16**, which was secured to guardrail beam **22** by the frictional contact of cable **16** with first plate **36**, and second plate **38**, to release from guardrail beam **22**. Accordingly, the risk of cable **16** binding with guardrail terminal **18** and breaking away from cable anchor post **14** is decreased substantially.

Conversely, in a reverse impact on guardrail terminal **18**, the frictional force of cable **16** against friction rods **44**, first plate **36**, and second plate **38** helps to prevent instantaneous release of guardrail terminal **18** from guardrail assembly **10**. Accordingly, a vehicle engaging guardrail terminal **18** in a reverse impact reduces the risk that guardrail terminal **18** uncontrollably releases from guardrail assembly **10** as well as providing some deceleration of a vehicle.

As can be seen in FIG. **5**, the interface of guardrail post **12** with guardrail beam **22** can also be beneficial in deceleration of an impacting vehicle. Guardrail post **12** have a tubular shape that includes a cutout **54** on a back **56**, which is on an opposite side of guardrail post **12** from guardrail beam **22**. Cutout **54** and the bolting or connecting of guardrail post **12** to guardrail beam **22** leads to a strong post axis **50** in a transverse direction that is perpendicular to a

longitudinal direction of guardrail beam **22**, and a weak post axis **52** in a same direction that guardrail beam **22** extends. The benefit of these weak and strong axes is that guardrail beam **22** resisting gating through guardrail beam **22**, maintaining an impacting vehicle on a same side of guardrail beam **22** as a road, and the weak axis permits guardrail beam **22** to give by flexing, shearing, and resisting as an impacting vehicle impacts guardrail terminal **18** and/or guardrail beam **22**. Referring to, for example, FIG. **6**, guardrail terminal **18** can include a polygonal interior **58**, which can include a polygonal interior face **60**.

Referring to FIGS. **9-11**, boot jack **34** can include a pair of side walls **62** connected to an angled front wall **64** that can be at an angle of approximately 70 degrees with respect to the horizontal. The angle of front wall **64** includes a slot **70** and is set based on distance from cable guide or eyelet **30** and a height of cable guide or eyelet **30** above the ground. In a reverse impact on guardrail assembly **10**, tension on cable **16** is released. When the release is significant, such as from a sustained reverse direction impact on guardrail assembly **10**, the release of tension on cable **16** is sufficient to move threaded shank **32**, which is secured to front wall **64** by a nut **66**, away from front wall **64**, releasing from slot **70** in front wall **64**. Should the impacting vehicle continue to slide along guardrail assembly **10**, cable **16** will no longer secure guardrail assembly **10** to cable anchor post **14** because of the release of cable **16** from slot **70**, reducing the likelihood of damage to the impacting vehicle because guardrail terminal **18** is unable to disengage from cable anchor post **14**.

Referring to FIGS. **12-16**, guardrail terminal **18** includes flattening plates **72** positioned at either side of an opening **74** into polygonal interior **58**. As shown, when a vehicle hits impact head **20**, guardrail terminal **18** slides along guardrail beam **22**. Guardrail beam **22** is forced into opening **74** and between flattening plates **72**. Flattened guardrail beam **22** then extends into polygonal interior **58** to impact polygonal interior face **60**. As guardrail terminal **18** continues to move along guardrail beam **22** under the force of an impacting vehicle, flattened guardrail beam **22** impacts interior polygonal face **60** and begins stacking up on polygonal interior face **60**, remaining constrained in guardrail terminal **18**, simultaneously increasing resistance to movement of guardrail terminal **18** and decelerating the impacting vehicle.

Other embodiments involve passing the guardrail through a set of deflector or diverter plates that folds the W-Beam in half (e.g. see FIGS. **17-34** and **70-85**). The folding can be accomplished using two different approaches. One approach involves connecting a cable to the top and bottom edges of the W-beam and placing the bolted joints inside of guides that force the back edges of the rail to the front of the barrier. In this configuration, the center of the W-beam is forced over a wedge that pushes it toward the back of the rail. The guardrail exits the impact head folded in half with the top and bottom edges of the W-beam on the traffic side of the fold and the center on the back side.

An additional embodiment of this attachment includes swaging a button to the end of the cable and welding that button directly to the guardrail near the end of the guardrail (e.g., see FIGS. **45**A-C and **46**). This embodiment would include additional reinforcement around the button and crack arresting plates along the length of the first panel of guardrail beam. The welded button configuration is the preferred embodiment because mechanical fasteners and necessary attachments required to connect the cable to the guardrail beam can obstruct the initiation of the folding process, produce excessive deceleration forces, and destabilize the folding process.

Full-scale crash testing has identified two potential problems that can produce cracks in the guardrail, and design features have been developed to prevent these cracks from growing, should they occur in the field. When the guardrail strikes the V shaped deflector plate at the front of the terminal and the point of contact is near the peak of the V, a Mode II in-plane shear crack can develop. To reduce the likelihood of guardrail snagging near the peak of the V and inducing a Mode II in-plane shear crack, two triangular portions are cut away from the first section of guardrail (see FIGS. **45** and **46**). A possible embodiment of the removed material is triangles with dimensions of 4 inches in the vertical direction and 7 inches in the horizontal direction. This results in a first section that is narrow in the vertical direction at the leading edge and expands to a standard W-beam cross-section after the first 7 inches. To further mitigate Mode II shear cracks a vertically oriented reinforcement plate can be used for arresting cracks. When post bolts pull through the guardrail, vertical cracks often develop, especially at posts **1** and **2** when large downward forces are still applied to the guardrail that are transmitted to the post bolts. In this situation, vertical cracks can grow as tension in the rail loads them in Mode I tension. These cracks can be arrested by horizontal reinforcements that are situated above and below the post bolt holes. Therefore, a series of additional plates were welded along the first panel of the guardrail (see FIGS. **45**A-C and **46**). First, a reinforcement plate around the swaged button was included in the traffic-side valley. This strengthens the cable connection, but it also stops Mode II fractures that begin at the leading edge of the guardrail. Another plate was installed over the valley of the guardrail but on the back side. It is located between the swaged button attachment and the hole for the second post. This arrestor is a redundant system in the event that the fracture that initiates on the leading edge propagates around the reinforcement plate. In this event, the fracture will propagate through the flat, non-strain hardened portion (the valley). The welded crack arrestor will be installed across this flat region to prevent any further crack opening, which, in turn, stops the growth of the crack. Finally, two parallel crack arresting plates will be installed above and below the hole for the attachment to the second post. This hole is located in a region that will experience high kinetic energy levels in the vehicle. As such, the hole may be subject to greater stresses than average and initiate a fracture as a result. The crack arrestors are long enough to prevent the crack from meandering around them. The arrestors are also installed close to the hole, but far enough away to not interfere with the post blockout installation.

In another embodiment, deflector plates can push the top and bottom edges forward and the center of the guardrail beam is pulled across a wedge that pushes it back. Both of these configurations produce a folded W-beam with very little energy dissipation which produces low forces on impacting vehicles. Further, the low energy dissipation rates allow thicker W-beam to be used in the terminal which should provide better performance during impacts on the face of the guardrail near the terminal.

Once the guardrail has been folded, it would continue in a straight line. However, because it is attached to a cable that is tensioned and angled toward the ground, the folded guardrail will be pulled toward the ground as well. The amount that the folded guardrail is pulled down would not be sufficient to pass under the vehicle without interaction.

Therefore, a deflector plate was designed to guide the folded guardrail down at a steeper angle (e.g., see FIG. **44**). The proximity of the break point in the deflector plate must be sufficiently far from the end of the folding mechanism in order for the tension in the cable to deflect the folded guardrail below that break point. The deflector plate was configured to accomplish two additional tasks. First, it would provide an additional design element that can tune the deceleration force applied to the vehicle. As the face gets steeper, with the extreme being vertical, the resistance increases because the guardrail must deflect in a more tortuous manner. Second, the overall height of the deflector plate can ensure that the folded guardrail passes under the vehicle. This selected range of heights would be incorporated symmetrically such that the terminal can be used on either side of the road.

The folding terminal head has an opening through which the guardrail exits and passes under the vehicle. This opening also leads to contact between the terminal head and the folded guardrail beam when the angle of the impact is non-zero. The forces applied to the vehicle to redirect it while also slowing it down pass from guardrail and into the vehicle through the terminal head. The opening in the terminal head experiences stresses as a result, and stress concentration occur at the corners that can easily lead to fracture through the terminal head. If this happens, the terminal head can no longer transfer the redirecting forces from the guardrail to the vehicle. As such, the edge was constructed with a return where the opening was cut with a tab, and then the tab was bent at a 90-degree angle. This effectively increased the depth of the cross section, making it much stronger in bending. To further increase the strength of the design, a bar stock was welded behind the return, which greatly increase the resistance to the initiation of fracture as well as the bending strength. The embodiment can be seen in FIG. **42**.

Another major advancement in tension-based guardrail terminal design is the development of a new post configuration (see FIGS. **5** and **35**-**41**). The most common posts used in guardrail terminals are wide flange beams installed with the strong axis perpendicular to the guardrail. These posts have been proven to be too stiff when struck during head-on terminal crashes. The excessive post stiffness has been shown to lift the front of impacting vehicles which can cause impacting vehicles to rollover. Further, the flanges of I-beam shaped posts have cut into the floor pan, gas tanks, and oil pans of test vehicles during end-on impacts with a post. A new post configuration has been developed that allows the post to be optimized for lateral stiffness while substantially reducing the risk of cutting the floorboard, gas tank, or oil pan. The basic post configuration incorporates an open cross-section in the shape of a box with a small cutout in the back of the post (see FIGS. **5**, **35**, **37**, **38**, **40**, and **41**). The open cross-section provides a much larger ratio between the strong axis and weak axis of the post. When loaded perpendicular to the guardrail, the post loading delivers the lateral forces into the webs of the beam which allows a significant bending moment to develop. However, when struck parallel to the guardrail, the post collapses in a consistent manner and allows the post to be flattened without lifting up the front of a vehicle or sharp edges of the cross section cutting into critical vehicle components.

Additionally, this embodiment includes a new first-post configuration. One that uses the same open cross-section box shape as seen in FIGS. **5**, **35**, **38**, and **39**, but is attached directly to the terminal head. This first post has two through holes that are approximately ⅜" in diameter along the vertical centerline of the front face of the post. Similarly, the terminal head has two first-post tabs on the post-side of the feeder chute (one on the top and one on the bottom) that each have a ⅜"×1" slot centered vertically and spanning across the horizontal centerline of the tab. Grade 5 hardware (approximately 5⁄16" diameter) is used to attach the guardrail terminal to the first post, which shears easily on impact. This first post mounts the terminal head parallel to the ground and maintains that position prior to impact, even under the load of the high tension cable. Keeping the terminal head parallel to the ground optimizes the chances of the system functioning properly during an impact from a moving mass.

In most guardrail terminal systems, the first post must be especially design to break away or hinge when hit at a zero-degree angle. This is different than the rest of the posts used in these systems, which commonly employ standard line posts (e.g., a 6-ft long W6×9 steel post). The new post proposed in the previous paragraph is very similar to the square tube post described two paragraphs previous to the present paragraph, with the addition of the mounting holes. This small addition is very inexpensive. As such, the first post will be able to function properly, as any first post in other systems, without the large added expense.

Further, testing has shown that tuning the lateral stiffness of posts in a tension-based terminal can allow it to capture vehicles impacting at angles up to 15 degrees relative to the guardrail. It should be noted that approximately 85% of all ran-off-road impacts involve vehicle trajectories of 15 degrees or less relative to the roadway. The post stiffness must be tuned to match the energy dissipation rate of the terminal system. High energy dissipation rates require posts with greater bending strength perpendicular to the rail while designs with low energy dissipation rates can be made to capture more impacting vehicles when installed on posts with a lower bending strength. Modeling and full-scale crash testing has shown that terminals with average deceleration forces of 15 kips provide optimum capture capability when the yield strength of the post perpendicular to the guardrail is between 9,000 and 15,000 ft-lb. When the energy dissipation forces drop to 14 kips, optimal capture behavior can be obtained with the post yield strengths between 10,000 and 11,000 ft-pounds. When energy dissipation forces range from 18 to 22 kips, optimal capture behavior is obtained with post yield strengths between 9,000 and 20,000 ft-lb. FIG. **74** shows the desired ratios between energy dissipation rates (head-on force) and lateral post yield strengths, i.e., plastic moments, over a wide range of terminal designs. Incorporating a design that falls within bounded region **300** of FIG. **74** will greatly improve the degree of energy dissipation associated with a tension-based terminal and greatly increase the number of vehicles striking the end of the system that are captured and brought to rest adjacent to the barrier end.

Referring to FIGS. **17** and **18**, a schematic view of guardrail or barrier **22** folding that occurs in embodiments of guardrail terminal to be described is shown. Broadly speaking, each letter in FIG. **17** corresponds to a location in FIG. **18**, showing a progression of folding of guardrail beam **22** from a "W" shape to a folded, flattened shape.

Referring to FIG. **19**, an alternate progression of folding of guardrail beam **22** from a "W" shape to a folded, flattened shape is shown. One difference between embodiments of FIGS. **17** and **19** is that guardrail beam **22** is flattened into a nearly straight beam in FIG. **19** and then folded in half, while guardrail beam **22** in FIG. **17** is continuously folded into a "U" shape from a "W" shape and then folded by

squeezing into a relatively narrow "U" shape while guardrail beam **22** in FIG. **19** is folded from a flattened shape into a relatively narrow "V" shape.

FIGS. **20-25** show schematic views of a guardrail terminal **100** in accordance with an exemplary embodiment of the present disclosure that folds guardrail beam **22** as shown in FIGS. **17** and **18**. Schematic guardrail terminal **100** includes a top side **110**, a bottom side **112**, a first side **102** and a second side **104** extending from top side **110** to bottom side **112**, a first, downstream end **106**, and a second, upstream end **108**. Attached to first side **102** is an upper deflector plate **114** and a lower deflector plate **118**. Attached to second side **104** is a center deflector **116**. Center deflector **116** can extend horizontally from first end **106** to second end **108**. Upper deflector **114** and lower deflector **118** can be positioned within ⅓ of the distance from the top of guardrail terminal **100** and within ⅓ of the distance from the bottom of guardrail terminal **100** at first, downstream end **106**, narrowing to a gap between upper deflector **114** and lower deflector **118** of approximately 1-3 inches at second, upstream end **108**.

While a single cable **16** can be attached to guardrail beam **22**, FIGS. **26** and **27** show a configuration where two cables **16** are attached to guardrail beam **22**. Two cables **16** can help keep an upper and a lower portion of guardrail beam **22** together during bending and exit from schematic guardrail terminal **100**. Each attachment is by a welded cable bracket **120**, to which a cable **16** is clamped, welded, or otherwise attached.

FIGS. **28-33** show schematic views of a flattener **150** and a folder **152** in accordance with an exemplary embodiment of the present disclosure that flattens and folds guardrail beam **22** as shown in FIG. **19**. Flattener **150** includes two flattening deflectors **154** and **156** that flatten guardrail beam **22** vertically as shown in FIG. **30**. Folder **152** includes an upper deflector plate **158**, a lower deflector plate **162**, and a horizontally extending center deflector plate **160**. As with upper deflector **114** and lower deflector **118**, upper deflector plate **158** slopes downwardly along a length of folder **152**, and lower deflector plate **162** slopes upwardly along the length of folder **152**, so that a narrow gap remains between upper deflector plate **158** and lower deflector plate **162** to leave guardrail beam **22** folded as shown in FIG. **33**. Guardrail beam **22** shown in FIG. **34** is flattened and folded by flattener **150** and folder **152**. Guardrail beam **22** is flattened at location D, and folded from location D toward the right in FIG. **34**.

FIGS. **35-41** show views of guardrail beam **22** attached to guardrail anchor posts **12** by way of a post interface **170** and a fastener **172**. Fasteners **172** can shear with a side force to release guardrail beam **22** from anchor posts **12**. The force of release helps decelerate an impacting vehicle. Nut **182** secures bolt **172** to guardrail anchor post **12**.

FIGS. **42-44** show views of a guardrail terminal **200** in accordance with an exemplary embodiment of the present disclosure. Guardrail terminal **200** includes an impact head gusset **202** positioned within impact head **203**. Gusset **202** protrudes from impact head **203**, and may protrude from a cavity formed at a most upstream end of impact head **203**. Impact head gusset **202** allows reduced weight for impact head **203** while providing sufficient strength to sustain an impact during flattening of guardrail beam **22**. A periphery of impact head **203** protrude outwardly from impact head **203**, and the protruding edges, particularly the vertically extending edges, form a kind of teeth that engage an impacting vehicle to provide improved control of the vehicle as guardrail terminal **200** slides along guardrail beam **22**. Guardrail terminal **200** also includes side gussets **204** positioned along a top and bottom side of guardrail terminal. Around each of a top opening **214** and a bottom opening **216**, which is where flattened guardrail beam **22** exits guardrail terminal **200**, a lip is folded away from each respective opening **214** and **216** to strengthen each opening during an impact. Further a support band **218** can extend about an entire periphery of guardrail terminal **200** to further strengthen guardrail terminal **200**.

FIGS. **45**A and **46** show guardrail beams **230** and **232** with two different types of strengthening gusset. Guardrail beam **230** includes a strengthening gusset **234** that extends vertically across a center of guardrail beam **230**. Guardrail beam **232** includes longitudinally extending strengthening gussets **236**. Strengthening gussets **234** and **236** are attached or welded to respective guardrail beam **230** and guardrail beam **232** to help keep guardrail beam **230** from splitting or otherwise coming apart during an impact.

Guardrail beam **230** also includes a cable button **238** to which cable **16** is secured, such as by swaging or clamping. Cable button **238** is then secured to guardrail beam **230** such as by welding. Guardrail beam **230** also includes a reinforcement plate **240** welded to guardrail beam **230** at a location that is on an opposite side of guardrail beam **230** from the location where cable button **238** is welded. As described elsewhere herein, strengthening gusset or reinforcement plate **236** strengthens the connection of cable **16** to guardrail beam **230**, but it also stops Mode II fractures that begin at a leading edge of the guardrail. Reinforcement plate **240** is installed over the valley of the guardrail on the back side from cable button **238**, between the location where swaged button **238** is attached and a hole for the second post.

FIGS. **47-55** show various views of a boot jack interface assembly **250** that connects cable **16** to cable anchor post **14**. Boot jack interface assembly **250** is positioned on an end plate **252** and a side flange **254** of cable anchor post **14**. Boot jack interface assembly **250** includes three deflector plates **256** welded to side flange **254**. Deflector plates **256** extend over a top of end plate **252**. Deflector plates **256** serve to guide guardrail terminal **18** in a reverse impact, reducing the likelihood of that guardrail terminal **18** will bind with cable anchor post **14**.

Boot jack interface assembly **250** also includes a pair of vertically extending fingers **260** that include a small notch **262** under which is positioned a release plate **258**. Each of end plate **252** and release plate **258** include matching, overlapping slots **264**. After release plate **258** is inserted into notches **262**, fasteners **266** secure release plate **258** to end plate **252**. During a reverse impact on guardrail **22**, when a vehicle collides with guardrail terminal **18**, guardrail terminal **18** can release from guardrail beam **22**. Guardrail terminal **18** can then fall to the ground on an upstream side. However, guardrail terminal **18** can then undesirably impact cable anchor **14** and remain constrained by cable **16**. Instead, guardrail terminal **18** slides along deflector plates **256** until guardrail terminal **18** impacts a fastener bracket **268** welded to release plate **258**. The force of impact from guardrail terminal **18** forces release plate **258** out from under notches **262** and fasteners **266** from slots **264** formed in end plate **252**, at which point release plate **258** no longer engages with cable anchor post **14**. It is also possible for the cable **16** forces to bend the swaged connection **68** upward, creating a large tensile stress that results in fracture of the threaded rod and the controlled release of the boot jack interface assembly **250** from the guardrail terminal **200**.

Fingers **260** also provide a useful function in a forward impact. Since fingers **260** are welded to release plate **258**

along their length, fingers **260** are resistant to shearing due to force applied by cable **16** on fastener bracket **268** that is then directed into fingers **260**. Accordingly, fingers **260** increase the strength of release plate **258** in resisting release of cable **16** from cable anchor post **14** during a forward impact on an associated impact head.

FIGS. **56-76** show guardrail terminals in accordance with exemplary embodiments of the present disclosure. FIGS. **56-59** show a guardrail terminal **270** in accordance with one exemplary embodiment. FIGS. **60-63** show a guardrail terminal **272** in accordance with another exemplary embodiment. FIGS. **64-67** show a guardrail terminal **274** in accordance with still another exemplary embodiment. FIGS. **68-70** show a guardrail terminal **276** in accordance with yet another exemplary embodiment. FIG. **71** shows a guardrail terminal **278** in accordance with an even further exemplary embodiment. FIG. **72** shows a guardrail terminal **280** in accordance with one still yet another exemplary embodiment. FIG. **73** shows a guardrail terminal **282** in accordance with an even yet another embodiment. FIG. **74-76** shows a guardrail terminal **284** in accordance with a further exemplary embodiment.

Each guardrail terminal includes at least a horizontally extending center deflector **286**. Some guardrail terminals include an upper deflector **288** and a lower deflector **290**. Each of the exemplary embodiments of FIGS. **56-76** fold guardrail beam **22** in a shape that is approximately similar to the shapes shown in FIGS. **17** and **18**.

In addition, referring to FIG. **56**, each guardrail terminal includes a feeder chute **292**, in which guardrail **22** is positioned at a location prior to any deflectors positioned in the guardrail terminal, a throat **294**, and an impact head **296**. The deflectors generally extend from an upstream end of feeder chute **292**, through throat **294**, partially into impact head **296**. Impact head **296** includes an interior wedge deflector **298** that assists in guiding flattened guardrail beam **22** downwardly to bottom opening **216**. Center deflector **286** may be located approximately at a midpoint in a vertical direction of a height of throat **294**, extending from an interior wall of throat **294**. In a plan view, at one end center deflector **286*a*** may be positioned away from guardrail **22**. At a second, opposite end of throat **294*a***, center deflector can extend beyond a width of input chute **292**.

Feeder chute **292** can include an input flair **306** (e.g., see FIGS. **64** and **65**), which is present on many of the presently disclosed embodiments. As guardrail terminal **270** slides along guardrail beam **22** due to a forward impact, guardrail beam **22** can bend and/or otherwise distort locally due to, for example, shearing of various bolts that secure guardrail beam **22** to anchor posts **12** and shearing of bolts that secure support bracket **42** to guardrail beam **22**. Such local distortions can cause guardrail beam to bind with guardrail terminal **270**, stopping all movement of guardrail terminal **270** with respect to guardrail beam **22**. Flairs **306**, which extend entirely around an opening to feed chute **292**, help guide guardrail beam **22** into an interior of feed chute **292** as guardrail beam **22** slides along guardrail beam **22**. It should be apparent that by extending around an entire periphery of feed chute **292**, flairs **306** strengthen each other as well as strengthening feed chute **292**. Flairs **306** can also reduce tolerance-related binding due to variations in guardrail **22**. In an exemplary embodiment, flairs **306** can be formed of quarter inch thick steel plate at an angle of about 18 degrees from the horizontal, though angles can be in any range that extends from about 10 degrees to 45 degrees or less.



FIGS. **56-59** show version 1 guardrail terminal **270** having a 6 inch wide feeder chute **292*a*** in a top plan view, a 12 inch long throat **294*a***, and a 16 inch wide impact head **296*a*** in a top plan view.

FIGS. **60-63** show version 2 guardrail terminal **272** having a 4.75 inch wide feeder chute **292*b*** in a top plan view, an extended 18.9 inch long throat **294*b***, and a 12.5 inch wide impact head **296*b*** in a top plan view.

FIGS. **64-67** show version 3 guardrail terminal **274** having a 4.75 inch wide feeder chute **292*c*** in a top plan view, an 11 inch long throat **294*c***, and a 12.5 inch wide impact head **296*c*** in a top plan view.

FIGS. **68-70** show version 4 guardrail terminal **276** having a 9 inch wide feeder chute **292*d*** in a top plan view, a 12 inch long throat **294*d***, and a 19 inch wide impact head **296*d*** in a top plan view.

FIGS. **71** and **72** show version 5 guardrail terminal **278**, which is similar to version 4 guardrail terminal **276**, only upper deflector **288*d*** and lower deflector **290*d*** are removed. Applicant determined through extensive testing and analysis that performance of guardrail terminal **278** changed only a relatively small amount (see FIG. **73**) as compared to guardrail terminal **276**, with the advantage being that versions 1-5 provided a range of forces. Referring to FIG. **74**, preferable forces are within bounded region, though with the variations shown in FIG. **73**, the design of a particular guardrail terminal can be selected based on potential application.

FIGS. **75-81** show a guardrail terminal **320** generally representative of any of the guardrail terminals presented herein that includes an upper deflector **322**, a center deflector **324**, a lower deflector **326**, a feeder chute **330**, a throat **328**, and an impact head **332**. Impact head **332** further includes a bottom opening **334** that is similar to top opening **214** and bottom opening **216** shown in FIG. **44**, and impact head **332** includes an impact face **336**.

Upon installation alongside a road, guardrail beam **22** is positioned within feeder chute **330** at a location downstream from throat **328**. When a vehicle collides with impact face **336**, guardrail terminal **320** is driven by the force of the collision to the right in FIG. **75**. The movement of guardrail terminal **320** to the right forces guardrail beam **22** into throat **328**. Contact of guardrail beam **22** with deflectors **322**, **324**, and **326** cause progressive bending and then folding of guardrail beam **22**. Progression of bending and folding of guardrail beam **22** as it progresses through a throat **328** is shown in FIGS. **76-81**. It should be apparent that guardrail beam **22** is folded from a "W" shape shown in FIG. **76** to a "U" shape in FIG. **81**.

As guardrail terminal **320** continues to be forced to the right in FIG. **75**, flattened guardrail **22**, which is now in a "U" shape, which can be a "V" shape in an alternative embodiment, passes from throat **328** to impact head **332**. The weight of guardrail beam **22** causes guardrail beam **22** to deflect downwardly as guardrail terminal **320** continues to move relative to the fixed guardrail beam **22**. Impact head **332** includes a wedge deflector **298**, which can be seen in more detail in FIG. **57**. Wedge deflector **298** includes a ridge or vertical halfway point **302** that is at or above a vertical halfway point of guardrail beam **22** when guardrail beam **22** is supported within guardrail terminal **320**. Thus, when flattened guardrail beam **22** reaches wedge deflector **298**, the force of gravity pulls flattened guardrail beam **22** downwardly enough such that flattened guardrail beam **22** contacts an angled lower face **304** of wedge deflector **298**. As guardrail terminal **320** continues to drive to the right, angled lower face **304** pushes flattened guardrail beam **320** toward

bottom opening **216** and then out from impact head **296**. After exiting impact head **296**, cable **16** tends to keep flattened guardrail beam **22** at or above ground **24**.

While various embodiments of the disclosure have been shown and described, it should be understood that these embodiments are not limited thereto. The embodiments may be changed, modified, and further applied by those skilled in the art. Further, elements of embodiments can be interchanged and combined to create new embodiments. Therefore, these embodiments are not limited to the detail shown and described previously, but also include all such changes and modifications.

What is claimed is:

**1**. A guardrail terminal, comprising:

a feeder chute having a horizontal width;

an impact head; and

a throat positioned directly between the feeder chute and the impact head, the throat including at least one deflector extending horizontally from an interior wall of the throat, the deflector extending a first width from the interior wall of the throat at a first end and a second width greater than the first width from the interior wall of the throat at a second end, upstream from the first end.

**2**. The guardrail terminal of claim **1**, wherein the second width is greater than the width of the feeder chute.

**3**. The guardrail terminal of claim **1**, including at least one of an upper and a lower deflector positioned within the throat.

**4**. The guardrail terminal of claim **1**, including an upper deflector positioned within the throat and a lower deflector positioned within the throat on an opposite side of the throat from the lower deflector.

**5**. The guardrail terminal of claim **1**, wherein the impact head includes a wedge deflector having a lower angled face that extends from a midpoint of the wedge deflector.

**6**. The guardrail terminal of claim **1**, including a plurality of longitudinally extending gussets positioned to extend along the impact head.

**7**. The guardrail terminal of claim **1**, including at least one tooth protruding from a most upstream end of the impact head.

**8**. A guardrail assembly, comprising:

a guardrail terminal, the guardrail terminal including a feeder chute having a width, an impact head, and a throat;

the throat being positioned directly between the feeder chute and the impact head, the throat including at least one deflector extending horizontally from an interior wall of the throat, the deflector extending a first width from the interior wall of the throat at a first end and a second width greater than the first width from the interior wall of the throat at a second end, upstream from the first end; and

a guardrail beam positioned in the feeder chute at a location prior to the location of the at least one deflector.



**9**. The guardrail assembly of claim **8**, wherein the second width is greater than the width of the feeder chute.

**10**. The guardrail assembly of claim **8**, including at least one of an upper and a lower deflector positioned within the throat.

**11**. The guardrail assembly of claim **8**, including an upper deflector positioned within the throat and a lower deflector positioned within the throat.

**12**. The guardrail assembly of claim **8**, wherein the impact head includes a wedge deflector having a lower angled face that extends from a midpoint of the wedge deflector.

**13**. The guardrail assembly of claim **8**, including a cable secured to the guardrail beam and extending along the guardrail terminal to a release plate positioned on a cable anchor post, the release plate configured to release from the cable anchor post under an impact toward the upstream direction and to remain affixed to the cable anchor post under a force toward a downstream direction opposite to the upstream direction.

**14**. The guardrail assembly of claim **13**, the cable anchor post including an end plate to which the release plate is mounted, a side flange, and a plurality of vertically extending deflector plates attached to the side flange and extending vertically from the side flange to a location higher than the end plate.

**15**. The guardrail assembly of claim **13**, the cable anchor post including an end plate to which the release plate is mounted, and a plurality of fingers attached to the end plate on a downstream side of the release plate.

**16**. The guardrail terminal of claim **8**, including at least one tooth protruding from a most upstream end of the impact head.

**17**. The guardrail terminal of claim **8**, including a cable welded to the guardrail beam at a first end and releasably attached to a cable anchor post at a second, opposite end.

**18**. The guardrail terminal of claim **8**, wherein the guardrail beam is secured to the ground by a plurality of guardrail posts, each of the plurality of guardrail posts having a tubular shape with a cutout on a side of the guardrail post that is opposite from a location where the guardrail post faces the guardrail beam.

* * * * *

# Exhibit P-192

U.S. Patent No. 11,846,077,
Guardrail Terminal
(Issued December 19, 2023)
("the '077 Patent")
Next Generation Terminal ("NGT")

US011846077B2

(12) **United States Patent**
**Sicking et al.**

(10) **Patent No.: US 11,846,077 B2**
(45) **Date of Patent: Dec. 19, 2023**

(54) **GUARDRAIL TERMINAL**

(71) Applicant: **Sicking Safety Systems LLC**, Indian Springs Village, AL (US)

(72) Inventors: **Dean L. Sicking**, Indian Springs Village, AL (US); **Dakotah Sicking**, Keller, TX (US); **Steven D. Thompson**, Bessemer, AL (US); **Kenneth Walls**, Trussville, AL (US); **Kevin D. Schrum**, Pelham, AL (US); **Joseph Schwertz**, Birmingham, AL (US); **David Littlefield**, Vestavia Hills, AL (US); **Andrew Dameron**, Birmingham, AL (US)

(73) Assignee: **Sicking Safety Systems LLC**, Indian Springs Village, AL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/045,060**

(22) Filed: **Oct. 7, 2022**

(65) **Prior Publication Data**

US 2023/0069692 A1 Mar. 2, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 16/708,129, filed on Dec. 9, 2019, now Pat. No. 11,466,415.

(60) Provisional application No. 62/776,914, filed on Dec. 7, 2018.

(51) **Int. Cl.**
***E01F 15/14*** (2006.01)
***E01F 15/04*** (2006.01)

(52) **U.S. Cl.**
CPC ........ ***E01F 15/143*** (2013.01); ***E01F 15/0423*** (2013.01); ***E01F 15/0461*** (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,928,928 | A | 5/1990 | Buth et al. |
| 5,078,366 | A | 1/1992 | Sicking et al. |
| 5,775,675 | A | 7/1998 | Sicking et al. |
| 5,797,591 | A | 8/1998 | Krage |
| 6,036,399 | A | 3/2000 | Schalk |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 2313560 | B1 | 11/2017 |
| RU | 2312948 | C1 | 12/2007 |

(Continued)

OTHER PUBLICATIONS

An Office Action issued by Eurasian Patent Office dated Mar. 4, 2022, which corresponds to EAPO Patent Application No. 202191290 and is related to U.S. Appl. No. 16/708,129.

(Continued)

*Primary Examiner* — Jonathan P Masinick
(74) *Attorney, Agent, or Firm* — Studebaker & Brackett PC

(57) **ABSTRACT**

Guardrail, guardrail terminal, and support post designs that improve control of a vehicle during collisions are described. The disclosed designs also reduce the likelihood of intrusion into vehicle systems and the occupant compartment(s). Embodiments include folding and/or flattening of the guardrail and controlling the folded and flattened guardrail to avoid intrusion into the vehicle. Other embodiments include containing the guardrail in an impact head of a guardrail terminal, which also avoids vehicle intrusion.

**19 Claims, 40 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,089,782 | A | 7/2000 | Bligh et al. |
| 6,554,256 | B2 | 4/2003 | Ochoa |
| 6,715,735 | B2 | 4/2004 | Bligh et al. |
| 6,719,483 | B1 | 4/2004 | Welandsson |
| 7,694,941 | B2 | 4/2010 | Abu-Odeh et al. |
| 7,883,075 | B2 | 2/2011 | Abu-Odeh et al. |
| 8,882,082 | B2 | 11/2014 | Abu-Odeh et al. |
| 8,905,382 | B2 | 12/2014 | Smith et al. |
| 9,145,943 | B2 | 9/2015 | Sicking |
| 9,689,124 | B2 | 6/2017 | Harman et al. |
| 9,714,493 | B1 | 7/2017 | Dyke et al. |
| 9,732,484 | B2 | 8/2017 | Rohde et al. |
| 9,963,844 | B2 | 5/2018 | Rohde et al. |
| 10,036,132 | B2 | 7/2018 | Sicking |
| 10,119,231 | B1 | 11/2018 | Rohde et al. |
| 10,364,538 | B2 | 7/2019 | Dyke et al. |
| 10,851,503 | B2 | 12/2020 | Alberson et al. |
| 10,914,044 | B2 | 2/2021 | Rohde et al. |
| 2001/0013596 | A1 | 8/2001 | Sicking et al. |
| 2002/0007994 | A1 | 1/2002 | Reid et al. |
| 2006/0102884 | A1 | 5/2006 | Rohde et al. |
| 2007/0147957 | A1 | 6/2007 | Buth et al. |
| 2017/0051461 | A1 | 2/2017 | Alberson et al. |
| 2017/0275837 | A1 | 9/2017 | Rohde et al. |
| 2021/0198855 | A1 | 7/2021 | Sicking et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | 2002/018708 | A2 | 3/2002 |
| WO | 2010/139027 | A1 | 12/2010 |
| WO | 2012/106301 | A1 | 8/2012 |
| WO | 2016/014013 | A1 | 1/2016 |

OTHER PUBLICATIONS

International Search Report issued in PCT/US2019/065289; dated Jul. 3, 2020.

Written Opinion issued in PCT/US2019/065289; dated Jul. 3, 2020.

An Office Action and Search Report issued by Russian Patent Office dated Jun. 29, 2020, which corresponds to Russian Patent Application No. 2020114392/03(024014) and is related to U.S. Appl. No. 16/708,129.

Phillips et al., Cable Guiderail Breakaway Terminal Ends, Research Report 148, Engineering Research and Development Bureau, New York State Department of Transportation, Mar. 1990.




FIG. 1




FIG. 2




FIG. 3




FIG. 4




FIG. 5




FIG. 6




FIG. 7




FIG. 8




FIG. 9




FIG. 10




FIG. 11




FIG. 12




FIG. 13




FIG. 14




FIG. 15




FIG. 16

Folding Technique 1: Progression of Guardrail Profile




FIG. 17




FIG. 18

**Folding Technique 2: Progression of Guardrail Profile**




**FIG. 19**


3D View
Folding Mechanism
106
Input
114
100
102
H
116
L
Output
112
W
118

FIG. 20


Side View
100
110
106
Input
Output
H
108
L
112

FIG. 21




FIG. 22




FIG. 23




FIG. 24




FIG. 25

## Front Views with Cable Attachments




FIG. 26




FIG. 27




FIG. 28




FIG. 29




FIG. 30




FIG. 31




FIG. 32




FIG. 33




FIG. 34




FIG. 35




FIG. 36




FIG. 37




FIG. 38




FIG. 39




FIG. 40




FIG. 41




FIG. 42




FIG. 43




FIG. 44




FIG. 45A




FIG. 45B




FIG. 45C




FIG. 46


250
266
66
32
268
266
264
260
68
258
262
260
252
14
254
256
256
256

FIG. 47


68
268
250
66
256
32
256
266
256
252
260
262
254
14
258
266
264
264

FIG. 48




FIG. 49




FIG. 50




FIG. 51




FIG. 52




FIG. 53


250
260
260
266
266
252
258
256
256
254
256
14

FIG. 54


250
68
260
66
32
256
258
266
254
262
252
14

FIG. 55


270
292a
294a
22
16
16
286a
288a
296a

FIG. 56


270
58
22
288a
59
214
286a
302
304
298
290a
16
59
216
58

FIG. 57




FIG. 58




FIG. 59



294b
272
22
292b
16
16
286b
288b
296b


FIG. 60



272
62
63
296b
288b
292b
294b
286b
290b
62
63


FIG. 61




FIG. 62




FIG. 63


274
294c
306
22
292c
288c
286c
296c

FIG. 64


66
66
274
306
22
292c
294c
288c
67
67
296c
286c
290c

FIG. 65




FIG. 66




FIG. 67


276
294d
16
292d
286d
288d
296d

FIG. 68


276
22
292d
294d
288d
70
296d
286d
290d
70

FIG. 69




FIG. 70




FIG. 71




FIG. 72

| | Average Force 0º (kip-ft/ft) | Average Force 15º (kip-ft/ft) |
|---|---|---|
| Version 1 | 10.77 | 15.39 |
| Version 2 | 10.94 | 20.84 |
| Version 3 | 15.19 | 23.75 |
| Version 4 | 8.825 | 13.58 |
| Version 5 | 6.868 | 11.73 |

FIG. 73




FIG. 74




FIG. 75




FIG. 76




FIG. 77




FIG. 78




FIG. 79




FIG. 80




FIG. 81




FIG. 82




FIG. 83




FIG. 84




FIG. 85

# GUARDRAIL TERMINAL

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a Continuation of U.S. patent application Ser. No. 16/708,129, filed on Dec. 9, 2019, which claims priority to U.S. Provisional Patent Application No. 62/776,914, filed on Dec. 7, 2018, the contents of which are hereby incorporated by reference in their entirety.

This invention was made in part with government support under Subaward No. NCHRP-212, Unit Number 913, Project/Activity 163518-0399, awarded by the National Academy of Sciences, supported by Cooperative Agreement No. DTFH61-13-H-0024, dated Oct. 1, 2013, between the Federal Highway Administration (FHWA) and the Academy. The government may have certain rights in the invention.

## TECHNICAL FIELD

This disclosure relates to guardrails for roads.

## BACKGROUND

Guardrail terminals have three functions: anchor an end of a guardrail barrier to provide sufficient tension to redirect vehicles striking on a face of the guardrail; reduce the risk associated with end-on impacts with the terminal; and either slow impacting vehicles to a safe stop or allow them to penetrate behind the guardrail in a controlled manner. A W-beam guardrail is a membrane barrier system that relies on tension in a rail element to capture vehicles striking the face of the barrier. If the guardrail terminal does not provide an adequate anchor that can carry tension in the guardrail during an impact, the barrier system cannot fulfill its primary function of steering cars away from roadside hazards. Impact with the guardrail terminal can produce high deceleration rates, vehicle rollover, and penetration or intrusion into the occupant compartment. All these behaviors can produce fatalities or serious injuries. Accordingly, reducing the risk and, if possible, preventing of such behavior is preferred. Unfortunately, the roadside safety community has to date failed to appreciate the inherent risk of allowing a vehicle to gate through a terminal and travel behind the guardrail at high speed.

Guardrail terminals must mitigate the risk of vehicles striking the end of the terminal. The severity of end-on impacts can be reduced by providing a controlled collapse of the railing system. In conventional controlled collapse systems, the controlled collapse technology will become unstable any time the vehicle path is not perfectly aligned with the guardrail. In such situation, conventional terminals allow vehicles to penetrate through the end of the barrier, often without dissipating significant amounts of energy. In such conventional configurations, the terminal is designed to "gate" open and vehicles are allowed to travel behind the barrier at a high rate of speed. However, guardrails are used exclusively to protect motorists from roadside hazards, such as bridge piers, drop offs, steep embankments, or bodies of water. Hence, there is always a significant risk for vehicles traveling behind the barrier at a high rate of speed. In fact, the Fatal Accident Reporting System (FARS), operated by the National Highway Traffic Safety Administration in cooperation with the 50 states, the District of Columbia, and Puerto Rico, indicates that approximately 90 fatal crashes occur every year where striking a guardrail terminal is the first harmful event and the most harmful event was related



to another off-road risk, such as those listed above. Gating through to a backside of a guardrail terminal represents approximately one third of the total number of fatal accidents associated with guardrail terminals.

The first energy absorbing guardrail terminal, the ET-2000, was introduced in the late 1980's. This terminal incorporated an impact head that fit over the end of the guardrail and, when struck by a car, the head was forced down the W-beam. As the guardrail was pushed through the impact head, it passed through a squeezer section and was flattened. The flattened guardrail was then curled out of the back of the impact head. The squeezing and curling of the guardrail dissipated large amounts of energy and thereby slowed impacting vehicles in a controlled manner. In-service performance studies of this terminal demonstrated outstanding safety performance and this terminal was adopted widely across the US and some foreign countries, including Canada and Australia. Competitors soon came to market, including the beam eating steel terminal (BEST), sequential kinking terminal (SKT), and the Flared Energy Absorbing Terminal (FLEAT). All of these designs provided energy absorption using a mechanism other than flattening, but the basic concept of using an impact head to slide down the rail, deform it, and deflect it out of the vehicle's path was included in each of these designs.

Each of these energy absorbing terminals produce compression in the guardrail as the impact head is pushed forward. Unfortunately, the compression forces can become excessive and cause the guardrail to buckle. When the guardrail buckles, the energy dissipation stops immediately and a 180-degree bend in the rail often develops. This type of bend is sometimes called a "knee" and this bend or knee can penetrate into an impacting vehicle and seriously injure or kill the occupants. A knee can also deform the occupant space such that occupants are injured by large deformations of the occupant space. This behavior has been labelled "intrusion" of the occupant space.

In 1999, the concept of a tension guardrail terminal was introduced. Although no product was brought to market, a patent was obtained on a device that incorporated an impact head that forced the guardrail to the ground and allowed vehicles to pass over the guardrail. The end of the barrier was permanently attached to a ground anchor to maintain tension in the guardrail system. By maintaining tension in the guardrail, the system could prevent buckling and thereby eliminate spearing or intrusion. Also, the impact head will tend to follow along the guardrail's path, which means the vehicle will be steered back toward the roadway. The first commercial implementation of this concept, called the "Soft Stop," was introduced almost a decade later and included a vertical compression of the W-beam as a primary energy absorber.

In order for tension guardrail terminals to function properly, they must maintain a strong, positive, or continuous connection with the vehicle throughout the impact. Unfortunately, the most popular tension-based guardrail terminal cannot create a strong mechanical interlock between the terminal's impact head and the front of an impacting vehicle. The most popular tension-based guardrail terminal also includes a steel tube attached to the impact head that extends under the impacting vehicle. The passing of the vertically compressed guardrail through the tube provides significant friction forces near the ground line. Impact forces are delivered near the center of gravity of the vehicle while the resistance forces from the W-beam are much closer to the ground. These two forces produce an overturning moment in the impact head which causes the tube under the vehicle to

lift up and act as a spear to penetrate the oil pan, gas tank, or even the floorboard of an impacting vehicle. The head rotation also causes the impact plate to tilt backwards to produce a ramp that allows the impacting vehicle to ride up and over the terminal. Hence, Applicant appreciated that a non-gating guardrail terminal must be capable of keeping the guardrail under tension and producing a strong mechanical interlock between the end of the terminal and the front of the impacting vehicle without puncturing critical components of the vehicle.

The first tension-based energy absorbing guardrail system was introduced in late 2006. In theory, a tension-based guardrail terminal cannot cause the rail to buckle and thus should greatly reduce the risk of spearing or intrusion into the occupant space. The first tension terminal incorporated a cable that was threaded along a torturous path that produces friction to slow impacting vehicles. The cable is attached to a ground anchor to prevent buckling of the guardrail and reduce the risk of a penetration or intrusion of the occupant compartment. Further, this terminal system was designed to minimize the number of vehicles that travel behind the guardrail and encounter roadside hazards. Unfortunately, the attempt to capture more vehicles involved stiffening the terminal to the point that the safety performance for head-on impacts was compromised.

More recently, a patent application for a cannister guardrail was submitted to the USPTO. This design incorporates a squeezing system that flattens the guardrail and directs it into a round barrel where it is retained inside the impact head. This concept allows the terminal energy absorption rate to increase as the impact head is pushed further into the system. The downside of this impact attenuation system is that it cannot be restarted after a moderate impact. The reason this system cannot be restarted is that the entire coil of guardrail inside the impact head must rotate around the inside of the barrel for the energy management system to function. There is simply too much static friction between adjacent coils and too much inertia to resist restarting of the energy management process, once stopped. Even if the terminal head is still aligned with the guardrail, the energy management system cannot restart after even a relatively minor impact.

Additional problems that plague some existing guardrail terminals include steel bearing plates, used in most compression-based terminals, and steel posts cutting open the floor plan when impacting vehicles pass over the anchor or line posts during head-on crashes. Further, most guardrail terminals have difficulty providing adequate anchorage for vehicles striking the system on the face of the barrier near the end of the guardrail. Eliminating the need for a bearing plate and a detachable first post reduces the risk of cutting into a vehicle's floor pan.

## SUMMARY

This disclosure provides a guardrail assembly comprising a guardrail terminal, a guardrail, and a plurality of posts supporting the guardrail. The guardrail terminal includes a feeder chute, an impact face, and a throat positioned directly between the feeder chute and the impact face. Throat includes a first deflector extending horizontally from an interior wall of the throat. The guardrail is positioned in the feeder chute. The plurality of posts has plastic moments in a range from about 9,000 ft-lb to about 38,000 ft.-lbs.

This disclosure also provides a guardrail assembly comprising a guardrail terminal, a guardrail, and a plurality of posts supporting the guardrail. The guardrail terminal includes a feeder chute, an impact face, a throat, and a plurality of deflectors positioned within the throat. The throat is positioned directly between the feeder chute and the impact face. A first one of the plurality of deflectors extends from a first wall of the throat and a second one of the plurality of deflectors extends from a second wall of the throat opposite to the first wall of the throat. The guardrail is positioned in the feeder chute. The plurality of posts has plastic moments in a range from about 9,000 ft-lb to about 38,000 ft.-lbs.

This disclosure also provides a guardrail terminal comprising a feeder chute, an impact face, and a throat. The throat is positioned directly between the feeder chute and the impact face. The throat includes a first deflector extending horizontally along the throat, the first deflector increasing in width with distance from the feeder chute.

Advantages and features of the embodiments of this disclosure will become more apparent from the following detailed description of exemplary embodiments when viewed in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows an elevation view of a guardrail and guardrail terminal in accordance with an exemplary embodiment of the present disclosure.

FIG. **2** shows the guardrail terminal and a portion of the guardrail of FIG. **1**.

FIG. **3** shows a view similar to FIG. **2**, with anchor posts exposed.

FIG. **4** shows a view of a portion of the guardrail and guardrail terminal of FIG. **1** that includes a friction-inducing subassembly for a guardrail cable.

FIG. **5** shows a perspective view of the guardrail and guardrail terminal of FIG. **1**.

FIG. **6** shows another perspective view of the guardrail and guardrail terminal of FIG. **1**.

FIG. **7** shows a front view of a box terminal of the guardrail and guardrail terminal of FIG. **1**.

FIG. **8** shows a plan view of the friction-inducing subassembly shown in FIG. **4**.

FIG. **9** shows a plan view of an anchor for the cable of the of the guardrail and guardrail terminal of FIG. **1**.

FIG. **10** shows an elevation view of the anchor of FIG. **9**.

FIG. **11** shows another elevation view of the anchor of FIG. **9**.

FIG. **12** shows a view of a portion of the guardrail and guardrail terminal of FIG. **1**, in a configuration prior to a vehicle impact on the guardrail terminal.

FIG. **13**. shows a view of the guardrail and guardrail terminal of FIG. **12**, with the guardrail terminal pushed toward a W-beam, just prior to contact of an interior wall of the guardrail terminal with the W-beam.

FIG. **14** shows a view of the guardrail and guardrail terminal of FIG. **12**, with the guardrail terminal pushed toward the W-beam, with the W-beam collapsing due to contact of the W-beam with the interior wall of the guardrail terminal.

FIG. **15** shows a view of the guardrail and guardrail terminal of FIG. **14**, with the guardrail terminal pushed further toward the W-beam than is shown in FIG. **14**.

FIG. **16** shows a view of the guardrail and guardrail terminal of FIGS. **12-15**, with the guardrail terminal pushed further toward the W-beam than in FIG. **15**, showing multiple bends in the W-beam due to the force of collision with the guardrail terminal.

FIG. **17** shows a schematic view of folding of a W-beam according to an exemplary embodiment of the present disclosure.

FIG. **18** shows a perspective view of a beam folded according to the embodiment of FIG. **17**, with letters A-E showing a perspective view of the stages shown in FIG. **17**.

FIG. **19** shows a schematic view of folding of a W-beam according to another exemplary embodiment of the present disclosure.

FIG. **20** shows a perspective view of a folding mechanism to obtain the folding configurations of FIGS. **17** and **18** in accordance with an exemplary embodiment of the present disclosure.

FIG. **21** shows a side or elevation view of the folding mechanism of FIG. **20**.

FIG. **22** shows a top or plan view of the folding mechanism of FIG. **20**.

FIG. **23** shows a schematic cross-sectional view of a folded beam at location A of FIG. **17**.

FIG. **24** shows a schematic cross-sectional view of a folded beam at location E of FIG. **17**.

FIG. **25** shows a perspective view of the beam of FIG. **18** being folded by the folding mechanism of FIG. **20**.

FIG. **26** shows the view of FIG. **23** with cable attachments.

FIG. **27** shows the view of FIG. **24** with cable attachments.

FIG. **28** shows a beam flattener in accordance with an exemplary embodiment of the present disclosure.

FIG. **29** shows a folding mechanism in accordance with yet another exemplary embodiment of the present disclosure.

FIG. **30** shows a beam being folded by the folding mechanism of FIG. **29** at a first location in the folding mechanism.

FIG. **31** shows a beam being folded by the folding mechanism of FIG. **29** at a second location in the folding mechanism.

FIG. **32** shows a beam being folded by the folding mechanism of FIG. **29** at a third location in the folding mechanism.

FIG. **33** shows a beam being folded by the folding mechanism of FIG. **29** at a fourth location in the folding mechanism.

FIG. **34** shows a beam at various stages of being folded by the folding mechanism of FIG. **29**, with letters corresponding to the locations shown in FIGS. **30-33**.

FIG. **35** shows a perspective view of a guardrail post attached to the guardrail in accordance with an exemplary embodiment of the present disclosure.

FIG. **36** shows an elevation view of the guardrail post and guardrail of FIG. **35**.

FIG. **37** shows a perspective view of another guardrail post in accordance with an exemplary embodiment of the present disclosure.

FIG. **38** shows an elevation view of the guardrail post of FIG. **37**.

FIG. **39** shows a side elevation view of the guardrail post of FIG. **37**.

FIG. **40** shows a top view of the guardrail post of FIG. **37**.

FIG. **41** shows an enlarged view of FIG. **40**.

FIG. **42** shows a perspective view of a guardrail terminal in accordance with an exemplary embodiment of the present disclosure.

FIG. **43** shows a top or plan view of the guardrail terminal of FIG. **42**.



FIG. **44** shows a side or elevation view of the guardrail terminal of FIG. **42**.

FIG. **45**A shows a view of a guardrail in accordance with an exemplary embodiment of the present disclosure.

FIG. **45**B shows a perspective view of the guardrail of FIG. **45**A on an opposite side of the guardrail from FIG. **45**A.

FIG. **45**C shows an elevation view of the guardrail of FIG. **45**B on a same side of the guardrail as FIG. **45**B.

FIG. **46** shows a view of another guardrail in accordance with an exemplary embodiment of the present disclosure.

FIG. **47** shows a perspective view of a release plate positioned on an anchor post in accordance with an exemplary embodiment of the present disclosure.

FIG. **48** shows another perspective view of the release plate and anchor post of FIG. **47**.

FIG. **49** shows an elevation view of the release plate and anchor post of FIG. **47**.

FIG. **50** shows another elevation view of the release plate and anchor post of FIG. **47**.

FIG. **51** shows a further elevation view of the release plate and anchor post of FIG. **47**.

FIG. **52** shows a section view of the release plate and anchor post of FIG. **49** along the lines **52-52**.

FIG. **53** shows a plan view of the release plate and anchor post of FIG. **47**.

FIG. **54** shows a still further elevation view of the release plate and anchor post of FIG. **47**.

FIG. **55** shows a still further yet elevation view of the release plate and anchor post of FIG. **47**.

FIG. **56** shows a top, plan view of a guardrail and guardrail terminal with a top of the guardrail terminal removed in accordance with another exemplary embodiment of the present disclosure.

FIG. **57** shows an elevation view of the guardrail and guardrail terminal of FIG. **56**.

FIG. **58** shows a sectional view of the guardrail and guardrail terminal of FIG. **57** along the lines **58-58**.

FIG. **59** shows a sectional view of the guardrail and guardrail terminal of FIG. **57** along the lines **59-59**.

FIG. **60** shows a top, plan view of a guardrail and guardrail terminal with a top of the guardrail terminal removed in accordance with a further exemplary embodiment of the present disclosure.

FIG. **61** shows an elevation view of the guardrail and guardrail terminal of FIG. **60**.

FIG. **62** shows a sectional view of the guardrail and guardrail terminal of FIG. **61** along the lines **62-62**.

FIG. **63** shows a sectional view of the guardrail and guardrail terminal of FIG. **61** along the lines **63-63**.

FIG. **64** shows a top, plan view of a guardrail and guardrail terminal with a top of the guardrail terminal removed in accordance with a still further exemplary embodiment of the present disclosure.

FIG. **65** shows an elevation view of the guardrail and guardrail terminal of FIG. **64**.

FIG. **66** shows a sectional view of the guardrail and guardrail terminal of FIG. **65** along the lines **66-66**.

FIG. **67** shows a sectional view of the guardrail and guardrail terminal of FIG. **65** along the lines **67-67**.

FIG. **68** shows a top, plan view of a guardrail and guardrail terminal with a top of the guardrail terminal removed in accordance with yet another exemplary embodiment of the present disclosure.

FIG. **69** shows an elevation view of the guardrail and guardrail terminal of FIG. **68**.

FIG. **70** shows a sectional view of the guardrail and guardrail terminal of FIG. **69** along the lines **70-70**.

FIG. **71** shows a sectional view of a guardrail and guardrail terminal in accordance with still yet another exemplary embodiment of the present disclosure.

FIG. **72** shows a further sectional view of the guardrail and guardrail terminal of FIG. **71**.

FIG. **73** shows a table of values of force of various versions of the guardrail and terminal of the present disclosure.

FIG. **74** shows a graph of preferable values of head-on force with respect to plastic moments of certain guardrails and guardrail terminals of the present disclosure.

FIG. **75** shows a plan view of a portion of a guardrail and a guardrail terminal of the present disclosure in accordance with an exemplary embodiment of the present disclosure.

FIG. **76** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **76-76**.

FIG. **77** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **77-77**.

FIG. **78** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **78-78**.

FIG. **79** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **79-79**.

FIG. **80** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **80-80**.

FIG. **81** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **81-81**.

FIG. **82** shows a top plan view of a guard rail terminal in accordance with an exemplary embodiment of the present disclosure.

FIG. **83** shows a top plan view of a guard rail terminal in accordance with an exemplary embodiment of the present disclosure showing variation in a width of a throat input in comparison to FIG. **82**.

FIG. **84** shows a top plan view of a guard rail terminal in accordance with an exemplary embodiment of the present disclosure.

FIG. **85** shows a top plan view of a guard rail terminal in accordance with an exemplary embodiment of the present disclosure showing variation in a length of a throat in comparison to FIG. **84**.

## DETAILED DESCRIPTION

The present disclosure presents embodiments of a folding guardrail terminal design that is configured to fold a guardrail beam from an unfolded state to a folded state during a collision or impact on an impact plate or face of a terminal of the guardrail. In other words, the guardrail of the present disclosure is in an unfolded state prior to a collision or impact with the guardrail terminals of the present disclosure, simplifying installation and assembly over designs that require partial or complete folding of the guardrail beam during assembly of the guardrail beam and the guardrail terminal while maintaining the advantages of predetermined folding of the guardrail beam during impact or collision. The folding guardrail terminal shows improved performance over conventional designs, decreasing the likelihood of serious injury and/or death from impact on a guardrail equipped with the presently disclosed guardrail terminals, especially such injuries and/or death that might otherwise occur due to gating through the guardrail during an impact. The present disclosure also includes embodiments of a reverse release mechanism to permit release of an equipped guardrail during an impact downstream of a terminal end.

In the context of this disclosure, the term "guardrail" and "guardrail beam" should be taken as being synonymous. The term "guardrail assembly" should be considered to be elements of a guardrail along with, for example, guardrail anchor or support posts, guardrail terminal, anchor cable, anchor cable support post, and release plate. To the extent that this disclosure may use the terms "unit," "member," and other such terms that may inappropriately be considered "nonce" terms, these terms should be considered to invoke, for example, guardrail, guardrail assembly, guardrail terminal, guardrail terminal assembly, anchor post, anchor cable, reverse release plate, and the like to the extent applicable in context to the description and related claims.

After deep study and analysis of existing terminal designs, Applicant came to understand that conventional designs, while they work well for their intended purpose, have certain limitations. For example, to steer an impacting vehicle, a tension-based guardrail terminal can utilize an impact head that buries itself into the front of an impacting vehicle. Because the impact head can only pull laterally on the front of the vehicle, there is a strong propensity for the vehicle to spin-out and become detached from the impact head. This propensity is magnified by the decelerating forces applied to the impact head as the guardrail is forced through it. If a terminal is to capture most vehicles striking the end of the impact head, considering the substantial variation in size, weight, center-of-gravity, etc., there must be a balance between the lateral forces that pull the front of the vehicle back toward the roadway and the deceleration forces applied to the impact head by the guardrail.

Applicant further came to understand that there is a relatively narrow range of lateral force (steering force) and longitudinal force (deceleration force) combinations that allow a guardrail terminal to safely capture most impacting vehicles. Because both lateral and longitudinal forces clearly affect the gating action of the terminal, and because these forces are relatively independent of one another as a matter of design, their combined effect becomes the critical determinant between gating and non-gating performance. Applicant conducted an extensive effort that included both a full-scale crash testing program and a non-linear finite element modeling analysis that were combined to identify the relationships between decelerations and various guardrail post designs that can be expected to prevent gating for most passenger vehicles impacting at angles of 15 degrees or less. The plot or graph shown in FIG. **74** identifies the combinations of average deceleration force during a 15 degree impact on the terminal and guardrail post plastic moment perpendicular to the guardrail that are most likely to produce a non-gating guardrail terminal. Note that any deceleration rate and post strength combination that falls within bounded region **300** shown in FIG. **74** produce a non-gating terminal design. Full-scale crash tests have shown that this figure is generally conservative, meaning that design combinations outside of bounded region **300** shown in FIG. **74** may also produce non-gating results. Accordingly, bounded region **300** is not a limit of a range, but an approximate limit of a range.

As discussed above, the critical parameters for producing a safe guardrail terminal include deceleration force and the lateral force generated by guardrail posts. One advantage of the folding terminal design is the ability to adjust the deceleration forces from very low, less than 6,700 pounds, to relatively high, which can be more than 15,000 pounds. The primary methods for reducing or increasing deceleration force in this system include adjusting a width **352** of an entrance to a throat **350** of the terminal (e.g., see FIGS. **82**

and **83**) where the guardrail is folded in half; increasing a flare rate in a folding region of the terminal, and eliminating wedges, deflectors, and/or diverters that force a top and a bottom of the guardrail forward to complete the fold; see FIGS. **71** and **72**. Through extensive testing and analysis, Applicant has determined that if the width of the throat entrance is 9 inches or greater, the guardrail will be allowed to fold in half without any restrictions, which minimizes friction on the guardrail as it is folded in half. If the throat width is reduced, friction between the guardrail and the impact head increases significantly. If the throat width is reduced to less than 5 inches, deceleration force will be more than double.

Applicant has further determined through extensive testing and analysis that another factor that controls the guardrail terminal deceleration force is the flare rate in throat **350** of the guardrail terminal; see FIGS. **84** and **85**. The terminal must widen as the guardrail is folded and the final width and length of flared region has an effect on friction as the guardrail is folded. Eliminating the wedges, deflectors, or diverters that force the top and bottom of the guardrail forward to complete the fold also reduces the force required to push the head down the rail, as is discussed further herein. The wedges are not necessary to complete the fold because the W-beam warps into a folded shape when the valley of the rail is forced backward. Applicant has determined through extensive testing and analysis that these design changes enable the terminal deceleration forces to be adjusted over a wide range.

Other factors besides preventing gating can influence the desired deceleration force. For example, it may be necessary to increase deceleration forces in order to shorten the overall length of the terminal. Shorter guardrail terminals are generally less expensive and can be used in places where there is insufficient space for a longer system.

Establishing a strong mechanical interlock between a terminal impact head and an impacting vehicle is critical to providing non-gating behavior. Such an interlock is required to provide steering forces to direct impacting vehicles back toward the roadway. A preferred embodiment for creating interlock between a terminal impact head and an impacting vehicle incorporates steel plates on the top, bottom, and both sides of a rectangular impact plate. These plates act as teeth that bite into the front of the vehicle. The horizontal plates at the top and bottom of the impact plate prevent vertical motion of the impact head while also strengthening the plates on the side. The plates on the side of the impact head decrease, and preferably prevent horizontal movement of the vehicle relative to the terminal head. In order to provide adequate interlock, the impact head may preferably be 12 inches wide, or more, and the tooth plates preferably need to extend at least 2.5 inches beyond the impact plate. The teeth plates preferably need to be at least 0.2 inches thick. The teeth plates can be made from a single sheet of steel or thinner plates folded back on itself. In the case of folding, the teeth plates can be reinforced by bending them into A-shapes that more than quadruple the compressive buckling strength of the teeth. The volume of space between the teeth should preferably be empty so that forces on the teeth are maximized and not distributed across the impact plate. If intermediate plates are used in the interior of the impact head, the teeth plates will not dig into the front of the car but instead will crush the vehicle more or less uniformly across the face of the impact plate. Without the mechanical interlock between the teeth plates and the front of the vehicle, the impact head will tend to rotate about an axis parallel to the guardrail and become disengaged from the vehicle. In this case, all capability of redirecting the vehicle is lost. As indicated hereinabove, the preferred dimensions described herein were obtained by extensive modeling supplemented by full-scale crash testing.



Another important feature of the guardrail terminal is the ability to anchor the end of the W-beam to provide redirective capacity downstream of the terminal. When a vehicle strikes the guardrail near the terminal at high-speed and high-angle, it must also be capable of releasing when a vehicle strikes the terminal from the opposite direction. A widely used releasable cable anchor design incorporates a V-notched plated mounted at an acute angle with respect to the vertical direction such that the top of the plate is set further away from the guardrail head than the base of the plate. This design was successfully tested in the 1990's for both redirection impact downstream of the terminal as well as reverse direction strikes that require release of the anchor from the guardrail.

A new reverse release configuration has been developed for the presently disclose guardrail terminals. Note that in the present embodiments the cable anchor is mounted perpendicular to the anchor post. The cable anchor provides two mechanisms for release, (1) breaking of a bolt and (2) release of a slip base connection from the anchor post. If the impact head applies a vertical load on the end of a swaged fitting, a threaded stud at the end of the anchor will begin to bend. Because the threaded shank is preferably made from grade 5 bolt material, the bolt will have a propensity to fracture without absorbing much of the vehicle's impact energy. However, if the end of the impact head remains down, it will ride up a ramp in the front of the impact head and strike a release plate. The release plate is attached to the anchor post by two slip bolts and a vertical restraint. The vertical restraint prevents the slip mechanism from rotating upward and dislodging the anchor during redirective impacts on the guardrail.

The inventions described herein include a tension-based guardrail terminal that includes improvements over existing designs, shown generally in FIGS. **1**-**45**. The following discussion will summarize the features of the new terminal system that has numerous performance improvements over conventional guardrail designs.

There are two basic approaches to improving guardrail technology. One technique involves using an impact head that collects the guardrail as the impact head is pushed down the barrier, similar to a conventional cannister system, as shown in, for example, FIGS. **12**-**16**. The other technique involves drawing the guardrail through a series of plates configured to fold the rail in half, as shown in FIGS. **17**-**34**.

One difference between the presently described system for collecting the guardrail and a competing guardrail system is that the energy management system relies on controlled buckling of a flattened W-beam, rather than pushing the guardrail into a round barrel. The new design flattens the W-beam and directs it into a polygonal shaped region (e.g., see FIGS. **6**, and **12**-**16**) with a bend at an obtuse angle directly in front of the flattened guardrail. The obtuse angled bend captures the end of the guardrail and forces the flattened rail to lay against one side of the interior of the polygon. When the guardrail reaches the end of the polygonal face, it is forced to reverse directions and lay down along the guardrail that is already there. The flattened guardrail will then continue across the entire width of the impact head and reverse directions again when it encounters the opposite side of the polygon. With each layer of flattened guardrail that is deposited in the polygon shaped chamber, the length of guardrail that must buckle when the lay down process

reverses direction is shortened. Shortening of the buckling length increases the forces required to push the guardrail into the impact head. In addition, as the mass inside the terminal grows, more linear momentum must be transferred from the vehicle to the guardrail to accelerate the guardrail and decelerate the vehicle. Hence as the vehicle pushes the impact head farther down the rail, the resistance forces increase. This feature allows the terminal to provide low impact forces for small cars that do not have sufficient energy to push the impact head very far and higher stopping forces for heavy vehicles that can push the impact head to the end of the terminal.

One advantage of this design is that it can be restarted after an initial impact because guardrail can be forced into the polygon without moving any of the guardrail deposited in a prior impact. Hence, there is some residual safety benefit from the guardrail terminal after it has been struck, provided the impact head is still aligned with the guardrail.

One embodiment of the present guardrail terminal includes a cable that passes through the impact head to provide anchorage for the end of the guardrail and a mechanism for keeping the impact head aligned with the guardrail. In this case, the cable is attached to a deeply embedded end anchor near the front of the terminal. The cable then passes through an opening near the front of the impact head and passes through the interior of the impact head. The path of the cable through the impact head is relatively straight in order to keep the impact head aligned with the guardrail and minimize friction between the impact head and the cable. Note that the cable is attached to the end anchor such that it does not release during end on impacts with the terminal, but it does release during reverse direction impacts on the guardrail. The breakaway system incorporates a "boot jack" type of structure that positions the cable at an angle that is between horizontal with the ground and angled 25 degrees above the ground (e.g., see FIGS. **9-11** and **42-45**). A threaded shank is swaged to the end of the cable and passed through the opening in the top of the boot jack structure. A nut and washer(s) are used to hold the end of the cable in the boot jack when the barrier is struck head-on. When the terminal is struck in a reverse direction with the impacting vehicle sliding toward the guardrail end, and contacting the downstream end of the impact head, the impact head strikes the top of the boot jack and releases the cable from the deeply embedded end anchor post. When the cable is released from the boot jack, the head is free to rotate out of the path of the impacting vehicle. Note this anchor is a new design that is an outgrowth of a design that has been in use for more than 30 years and was tested in the 1990's to assure it provided adequate anchorage and would release when struck in the reverse direction.

The opposite end of the cable is attached to the guardrail beam. This attachment may be a break away cable bracket similar to those used in compression-based terminals (e.g., see FIGS. **5-6**, and **8**), or it may be rigidly mounted to the guardrail (e.g., a welded button or a bolted BCT anchor). The length of the cable is controlled by the impact energy expected adjacent to the roadway where the terminal is installed. Along freeways with expected impact speeds up to 100 km/hour (62.5 MPH), the cables should extend to the 6th post or beyond. This distance is shorter than conventional energy absorbing guardrail terminals.

Another unique feature that must be incorporated into a tension-based terminal that utilizes a cable along its length is a breakaway connection between the cable and the guardrail located near the impact head. The anchor needs to completely detach from the cable without incorporating a



button or some other element that remains attached to the cable after the cable is detached from the guardrail. The preferred attachment system utilizes short rods welded to two different plates in a staggered pattern as shown in FIG. **8**. The anchor cable is placed between the two plates with bolts passing through the guardrail and connecting the two plates at gaps between the rods. The plates, bolts, and rods can be described as a friction-inducing assembly or a ladder bracket assembly. When the bolts are tightened, the cable is bent around the rods and high friction develops. The friction is magnified by replacing the smooth rods with threaded rods. The bolts used to attach the bracket system are configured to be sheared off when the end of the impact head contacts the leading edge of the back-plate on the back side of the W-beam. The upstream anchor must be detachable to allow the cable to pass through the impact head during end-on terminal impacts. Upstream posts, i.e., posts toward the guardrail terminal, are preferably identical in orientation and assembly to downstream posts, i.e., posts away from the guardrail terminal.

More specifically, turning to FIGS. **1-16**, a guardrail terminal assembly **10** is shown. Guardrail terminal assembly **10** includes a guardrail beam or barrier **22**, which is supported by a plurality of guardrail anchor posts **12** that extend into ground **24**, which is shown partially removed in FIG. **1** to expose an entirety of a bottom end of guardrail anchor posts **12**. In an exemplary embodiment, guardrail anchor posts **12** can be secured by concrete **26** in ground **24**.

As shown in FIGS. **2** and **3**, guardrail terminal assembly **10** can also include a friction mechanism **28**, a cable guide or eyelet **30** positioned on an underside of guardrail terminal **18**, a threaded shank **32**, and a boot jack structure **34**. Cable **16** can be secured to guardrail beam **22** by friction mechanism **28**. Cable **16** can then be routed along guardrail beam **22** to and through cable guide **30**. Cable **16** is mechanically clamped or swaged by a swaged connector **68** to threaded shank **32**. Threaded shank **32** is then secured or attached to cable anchor post **14** by boot jack structure **34**.

Referring to FIGS. **4** and **8**, cable friction mechanism **28** can include a first plate **36** and a second plate **38** positioned on a first side of guardrail beam **22**. A support bracket **42** is positioned on an opposite side of guardrail beam **22** from first plate **36** and second plate **38**. Cable **16** extends directly between first plate **36** and second plate **38**. On alternating sides of cable **16**, directly between either cable **16** and first plate **36** or directly between cable **16** and second plate **38**, are a plurality of friction rods **44**. Friction rods **44** can be welded to first plate **36** or second plate **38** in an alternating pattern to secure friction rods **44** to cable friction assembly mechanism **28**. Shear bolts **40** extend from a first side of first plate **36**, through second plate **38**, into openings or holes **46** formed in support bracket **42**. Shear bolts **40** can be secured in position by nuts **48**, providing clamp force to cable **16** and friction rods **44**, as shown in FIG. **8**.

As described hereinabove, when a vehicle hits impact head **20**, guardrail terminal **18** begins sliding down guardrail beam **22**. As shown in FIG. **8**, guardrail terminal **18** includes an end surface **78** positioned on a downstream end of guardrail terminal **18**. When end surface **78** strikes support bracket **42**, support bracket **42** shears plurality of shear bolts **40**. The shearing of shear bolts **40** permits cable **16**, which was secured to guardrail beam **22** by the frictional contact of cable **16** with first plate **36**, and second plate **38**, to release from guardrail beam **22**. Accordingly, the risk of cable **16** binding with guardrail terminal **18** and breaking away from cable anchor post **14** is decreased substantially.

Conversely, in a reverse impact on guardrail terminal **18**, the frictional force of cable **16** against friction rods **44**, first plate **36**, and second plate **38** helps to prevent instantaneous release of guardrail terminal **18** from guardrail assembly **10**. Accordingly, a vehicle engaging guardrail terminal **18** in a reverse impact reduces the risk that guardrail terminal **18** uncontrollably releases from guardrail assembly **10** as well as providing some deceleration of a vehicle.

As can be seen in FIG. **5**, the interface of guardrail post **12** with guardrail beam **22** can also be beneficial in deceleration of an impacting vehicle. Guardrail post **12** have a tubular shape that includes a cutout **54** on a back **56**, which is on an opposite side of guardrail post **12** from guardrail beam **22**. Cutout **54** and the bolting or connecting of guardrail post **12** to guardrail beam **22** leads to a strong post axis **50** in a transverse direction that is perpendicular to a longitudinal direction of guardrail beam **22**, and a weak post axis **52** in a same direction that guardrail beam **22** extends. The benefit of these weak and strong axes is that guardrail beam **22** resisting gating through guardrail beam **22**, maintaining an impacting vehicle on a same side of guardrail beam **22** as a road, and the weak axis permits guardrail beam **22** to give by flexing, shearing, and resisting as an impacting vehicle impacts guardrail terminal **18** and/or guardrail beam **22**. Referring to, for example, FIG. **6**, guardrail terminal **18** can include a polygonal interior **58**, which can include a polygonal interior face **60**.

Referring to FIGS. **9-11**, boot jack **34** can include a pair of side walls **62** connected to an angled front wall **64** that can be at an angle of approximately 70 degrees with respect to the horizontal. The angle of front wall **64** includes a slot **70** and is set based on distance from cable guide or eyelet **30** and a height of cable guide or eyelet **30** above the ground. In a reverse impact on guardrail assembly **10**, tension on cable **16** is released. When the release is significant, such as from a sustained reverse direction impact on guardrail assembly **10**, the release of tension on cable **16** is sufficient to move threaded shank **32**, which is secured to front wall **64** by a nut **66**, away from front wall **64**, releasing from slot **70** in front wall **64**. Should the impacting vehicle continue to slide along guardrail assembly **10**, cable **16** will no longer secure guardrail assembly **10** to cable anchor post **14** because of the release of cable **16** from slot **70**, reducing the likelihood of damage to the impacting vehicle because guardrail terminal **18** is unable to disengage from cable anchor post **14**.

Referring to FIGS. **12-16**, guardrail terminal **18** includes flattening plates **72** positioned at either side of an opening **74** into polygonal interior **58**. As shown, when a vehicle hits impact head **20**, guardrail terminal **18** slides along guardrail beam **22**. Guardrail beam **22** is forced into opening **74** and between flattening plates **72**. Flattened guardrail beam **22** then extends into polygonal interior **58** to impact polygonal interior face **60**. As guardrail terminal **18** continues to move along guardrail beam **22** under the force of an impacting vehicle, flattened guardrail beam **22** impacts interior polygonal face **60** and begins stacking up on polygonal interior face **60**, remaining constrained in guardrail terminal **18**, simultaneously increasing resistance to movement of guardrail terminal **18** and decelerating the impacting vehicle.

Other embodiments involve passing the guardrail through a set of deflector or diverter plates that folds the W-Beam in half (e.g. see FIGS. **17-34** and **70-85**). The folding can be accomplished using two different approaches. One approach involves connecting a cable to the top and bottom edges of the W-beam and placing the bolted joints inside of guides that force the back edges of the rail to the front of the barrier. In this configuration, the center of the W-beam is forced over a wedge that pushes it toward the back of the rail. The guardrail exits the impact head folded in half with the top and bottom edges of the W-beam on the traffic side of the fold and the center on the back side.

An additional embodiment of this attachment includes swaging a button to the end of the cable and welding that button directly to the guardrail near the end of the guardrail (e.g., see FIGS. **45**A-C and **46**). This embodiment would include additional reinforcement around the button and crack arresting plates along the length of the first panel of guardrail beam. The welded button configuration is the preferred embodiment because mechanical fasteners and necessary attachments required to connect the cable to the guardrail beam can obstruct the initiation of the folding process, produce excessive deceleration forces, and destabilize the folding process.

Full-scale crash testing has identified two potential problems that can produce cracks in the guardrail, and design features have been developed to prevent these cracks from growing, should they occur in the field. When the guardrail strikes the V shaped deflector plate at the front of the terminal and the point of contact is near the peak of the V, a Mode II in-plane shear crack can develop. To reduce the likelihood of guardrail snagging near the peak of the V and inducing a Mode II in-plane shear crack, two triangular portions are cut away from the first section of guardrail (see FIGS. **45** and **46**). A possible embodiment of the removed material is triangles with dimensions of 4 inches in the vertical direction and 7 inches in the horizontal direction. This results in a first section that is narrow in the vertical direction at the leading edge and expands to a standard W-beam cross-section after the first 7 inches. To further mitigate Mode II shear cracks a vertically oriented reinforcement plate can be used for arresting cracks. When post bolts pull through the guardrail, vertical cracks often develop, especially at posts **1** and **2** when large downward forces are still applied to the guardrail that are transmitted to the post bolts. In this situation, vertical cracks can grow as tension in the rail loads them in Mode I tension. These cracks can be arrested by horizontal reinforcements that are situated above and below the post bolt holes. Therefore, a series of additional plates were welded along the first panel of the guardrail (see FIGS. **45**A-C and **46**). First, a reinforcement plate around the swaged button was included in the traffic-side valley. This strengthens the cable connection, but it also stops Mode II fractures that begin at the leading edge of the guardrail. Another plate was installed over the valley of the guardrail but on the back side. It is located between the swaged button attachment and the hole for the second post. This arrestor is a redundant system in the event that the fracture that initiates on the leading edge propagates around the reinforcement plate. In this event, the fracture will propagate through the flat, non-strain hardened portion (the valley). The welded crack arrestor will be installed across this flat region to prevent any further crack opening, which, in turn, stops the growth of the crack. Finally, two parallel crack arresting plates will be installed above and below the hole for the attachment to the second post. This hole is located in a region that will experience high kinetic energy levels in the vehicle. As such, the hole may be subject to greater stresses than average and initiate a fracture as a result. The crack arrestors are long enough to prevent the crack from meandering around them. The arresters are also installed close to the hole, but far enough away to not interfere with the post blockout installation.

In another embodiment, deflector plates can push the top and bottom edges forward and the center of the guardrail beam is pulled across a wedge that pushes it back. Both of these configurations produce a folded W-beam with very little energy dissipation which produces low forces on impacting vehicles. Further, the low energy dissipation rates allow thicker W-beam to be used in the terminal which should provide better performance during impacts on the face of the guardrail near the terminal.

Once the guardrail has been folded, it would continue in a straight line. However, because it is attached to a cable that is tensioned and angled toward the ground, the folded guardrail will be pulled toward the ground as well. The amount that the folded guardrail is pulled down would not be sufficient to pass under the vehicle without interaction. Therefore, a deflector plate was designed to guide the folded guardrail down at a steeper angle (e.g., see FIG. **44**). The proximity of the break point in the deflector plate must be sufficiently far from the end of the folding mechanism in order for the tension in the cable to deflect the folded guardrail below that break point. The deflector plate was configured to accomplish two additional tasks. First, it would provide an additional design element that can tune the deceleration force applied to the vehicle. As the face gets steeper, with the extreme being vertical, the resistance increases because the guardrail must deflect in a more tortuous manner. Second, the overall height of the deflector plate can ensure that the folded guardrail passes under the vehicle. This selected range of heights would be incorporated symmetrically such that the terminal can be used on either side of the road.

The folding terminal head has an opening through which the guardrail exits and passes under the vehicle. This opening also leads to contact between the terminal head and the folded guardrail beam when the angle of the impact is non-zero. The forces applied to the vehicle to redirect it while also slowing it down pass from guardrail and into the vehicle through the terminal head. The opening in the terminal head experiences stresses as a result, and stress concentration occur at the corners that can easily lead to fracture through the terminal head. If this happens, the terminal head can no longer transfer the redirecting forces from the guardrail to the vehicle. As such, the edge was constructed with a return where the opening was cut with a tab, and then the tab was bent at a 90-degree angle. This effectively increased the depth of the cross section, making it much stronger in bending. To further increase the strength of the design, a bar stock was welded behind the return, which greatly increase the resistance to the initiation of fracture as well as the bending strength. The embodiment can be seen in FIG. **42**.

Another major advancement in tension-based guardrail terminal design is the development of a new post configuration (see FIGS. **5** and **35**-**41**). The most common posts used in guardrail terminals are wide flange beams installed with the strong axis perpendicular to the guardrail. These posts have been proven to be too stiff when struck during head-on terminal crashes. The excessive post stiffness has been shown to lift the front of impacting vehicles which can cause impacting vehicles to rollover. Further, the flanges of I-beam shaped posts have cut into the floor pan, gas tanks, and oil pans of test vehicles during end-on impacts with a post. A new post configuration has been developed that allows the post to be optimized for lateral stiffness while substantially reducing the risk of cutting the floorboard, gas tank, or oil pan. The basic post configuration incorporates an open cross-section in the shape of a box with a small cutout in the back of the post (see FIGS. **5**, **35**, **37**, **38**, **40**, and **41**). The open cross-section provides a much larger ratio between the strong axis and weak axis of the post. When loaded perpendicular to the guardrail, the post loading delivers the lateral forces into the webs of the beam which allows a significant bending moment to develop. However, when struck parallel to the guardrail, the post collapses in a consistent manner and allows the post to be flattened without lifting up the front of a vehicle or sharp edges of the cross section cutting into critical vehicle components.



Additionally, this embodiment includes a new first-post configuration. One that uses the same open cross-section box shape as seen in FIGS. **5**, **35**, **38**, and **39**, but is attached directly to the terminal head. This first post has two through holes that are approximately ⅜" in diameter along the vertical centerline of the front face of the post. Similarly, the terminal head has two first-post tabs on the post-side of the feeder chute (one on the top and one on the bottom) that each have a ⅜"×1" slot centered vertically and spanning across the horizontal centerline of the tab. Grade 5 hardware (approximately 5⁄16" diameter) is used to attach the guardrail terminal to the first post, which shears easily on impact. This first post mounts the terminal head parallel to the ground and maintains that position prior to impact, even under the load of the high tension cable. Keeping the terminal head parallel to the ground optimizes the chances of the system functioning properly during an impact from a moving mass.

In most guardrail terminal systems, the first post must be especially design to break away or hinge when hit at a zero-degree angle. This is different than the rest of the posts used in these systems, which commonly employ standard line posts (e.g., a 6-ft long W6×9 steel post). The new post proposed in the previous paragraph is very similar to the square tube post described two paragraphs previous to the present paragraph, with the addition of the mounting holes. This small addition is very inexpensive. As such, the first post will be able to function properly, as any first post in other systems, without the large added expense.

Further, testing has shown that tuning the lateral stiffness of posts in a tension-based terminal can allow it to capture vehicles impacting at angles up to 15 degrees relative to the guardrail. It should be noted that approximately 85% of all ran-off-road impacts involve vehicle trajectories of 15 degrees or less relative to the roadway. The post stiffness must be tuned to match the energy dissipation rate of the terminal system. High energy dissipation rates require posts with greater bending strength perpendicular to the rail while designs with low energy dissipation rates can be made to capture more impacting vehicles when installed on posts with a lower bending strength. Modeling and full-scale crash testing has shown that terminals with average deceleration forces of 15 kips provide optimum capture capability when the yield strength of the post perpendicular to the guardrail is between 9,000 and 15,000 ft-lb. When the energy dissipation forces drop to 14 kips, optimal capture behavior can be obtained with the post yield strengths between 10,000 and 11,000 ft-pounds. When energy dissipation forces range from 18 to 22 kips, optimal capture behavior is obtained with post yield strengths between 9,000 and 20,000 ft-lb. FIG. **74** shows the desired ratios between energy dissipation rates (head-on force) and lateral post yield strengths, i.e., plastic moments, over a wide range of terminal designs. Incorporating a design that falls within bounded region **300** of FIG. **74** will greatly improve the degree of energy dissipation associated with a tension-based terminal and

greatly increase the number of vehicles striking the end of the system that are captured and brought to rest adjacent to the barrier end.

Referring to FIGS. **17** and **18**, a schematic view of guardrail or barrier **22** folding that occurs in embodiments of guardrail terminal to be described is shown. Broadly speaking, each letter in FIG. **17** corresponds to a location in FIG. **18**, showing a progression of folding of guardrail beam **22** from a “W” shape to a folded, flattened shape.

Referring to FIG. **19**, an alternate progression of folding of guardrail beam **22** from a “W” shape to a folded, flattened shape is shown. One difference between embodiments of FIGS. **17** and **19** is that guardrail beam **22** is flattened into a nearly straight beam in FIG. **19** and then folded in half, while guardrail beam **22** in FIG. **17** is continuously folded into a “U” shape from a “W” shape and then folded by squeezing into a relatively narrow “U” shape while guardrail beam **22** in FIG. **19** is folded from a flattened shape into a relatively narrow “V” shape.

FIGS. **20-25** show schematic views of a guardrail terminal **100** in accordance with an exemplary embodiment of the present disclosure that folds guardrail beam **22** as shown in FIGS. **17** and **18**. Schematic guardrail terminal **100** includes a top side **110**, a bottom side **112**, a first side **102** and a second side **104** extending from top side **110** to bottom side **112**, a first, downstream end **106**, and a second, upstream end **108**. Attached to first side **102** is an upper deflector plate **114** and a lower deflector plate **118**. Attached to second side **104** is a center deflector **116**. Center deflector **116** can extend horizontally from first end **106** to second end **108**. Upper deflector **114** and lower deflector **118** can be positioned within ⅓ of the distance from the top of guardrail terminal **100** and within ⅓ of the distance from the bottom of guardrail terminal **100** at first, downstream end **106**, narrowing to a gap between upper deflector **114** and lower deflector **118** of approximately 1-3 inches at second, upstream end **108**.

While a single cable **16** can be attached to guardrail beam **22**, FIGS. **26** and **27** show a configuration where two cables **16** are attached to guardrail beam **22**. Two cables **16** can help keep an upper and a lower portion of guardrail beam **22** together during bending and exit from schematic guardrail terminal **100**. Each attachment is by a welded cable bracket **120**, to which a cable **16** is clamped, welded, or otherwise attached.

FIGS. **28-33** show schematic views of a flattener **150** and a folder **152** in accordance with an exemplary embodiment of the present disclosure that flattens and folds guardrail beam **22** as shown in FIG. **19**. Flattener **150** includes two flattening deflectors **154** and **156** that flatten guardrail beam **22** vertically as shown in FIG. **30**. Folder **152** includes an upper deflector plate **158**, a lower deflector plate **162**, and a horizontally extending center deflector plate **160**. As with upper deflector **114** and lower deflector **118**, upper deflector plate **158** slopes downwardly along a length of folder **152**, and lower deflector plate **162** slopes upwardly along the length of folder **152**, so that a narrow gap remains between upper deflector plate **158** and lower deflector plate **162** to leave guardrail beam **22** folded as shown in FIG. **33**. Guardrail beam **22** shown in FIG. **34** is flattened and folded by flattener **150** and folder **152**. Guardrail beam **22** is flattened at location D, and folded from location D toward the right in FIG. **34**.

FIGS. **35-41** show views of guardrail beam **22** attached to guardrail anchor posts **12** by way of a post interface **170** and a fastener **172**. Fasteners **172** can shear with a side force to release guardrail beam **22** from anchor posts **12**. The force of release helps decelerate an impacting vehicle. Nut **182** secures bolt **172** to guardrail anchor post **12**.

FIGS. **42-44** show views of a guardrail terminal **200** in accordance with an exemplary embodiment of the present disclosure. Guardrail terminal **200** includes an impact head gusset **202** positioned within impact head **203**. Gusset **202** protrudes from impact head **203**, and may protrude from a cavity formed at a most upstream end of impact head **203**. Impact head gusset **202** allows reduced weight for impact head **203** while providing sufficient strength to sustain an impact during flattening of guardrail beam **22**. A periphery of impact head **203** protrude outwardly from impact head **203**, and the protruding edges, particularly the vertically extending edges, form a kind of teeth that engage an impacting vehicle to provide improved control of the vehicle as guardrail terminal **200** slides along guardrail beam **22**. Guardrail terminal **200** also includes side gussets **204** positioned along a top and bottom side of guardrail terminal. Around each of a top opening **214** and a bottom opening **216**, which is where flattened guardrail beam **22** exits guardrail terminal **200**, a lip is folded away from each respective opening **214** and **216** to strengthen each opening during an impact. Further a support band **218** can extend about an entire periphery of guardrail terminal **200** to further strengthen guardrail terminal **200**.

FIGS. **45**A and **46** show guardrail beams **230** and **232** with two different types of strengthening gusset. Guardrail beam **230** includes a strengthening gusset **234** that extends vertically across a center of guardrail beam **230**. Guardrail beam **232** includes longitudinally extending strengthening gussets **236**. Strengthening gussets **234** and **236** are attached or welded to respective guardrail beam **230** and guardrail beam **232** to help keep guardrail beam **230** from splitting or otherwise coming apart during an impact.

Guardrail beam **230** also includes a cable button **238** to which cable **16** is secured, such as by swaging or clamping. Cable button **238** is then secured to guardrail beam **230** such as by welding. Guardrail beam **230** also includes a reinforcement plate **240** welded to guardrail beam **230** at a location that is on an opposite side of guardrail beam **230** from the location where cable button **238** is welded. As described elsewhere herein, strengthening gusset or reinforcement plate **236** strengthens the connection of cable **16** to guardrail beam **230**, but it also stops Mode II fractures that begin at a leading edge of the guardrail. Reinforcement plate **240** is installed over the valley of the guardrail on the back side from cable button **238**, between the location where swaged button **238** is attached and a hole for the second post.

FIGS. **47-55** show various views of a boot jack interface assembly **250** that connects cable **16** to cable anchor post **14**. Boot jack interface assembly **250** is positioned on an end plate **252** and a side flange **254** of cable anchor post **14**. Boot jack interface assembly **250** includes three deflector plates **256** welded to side flange **254**. Deflector plates **256** extend over a top of end plate **252**. Deflector plates **256** serve to guide guardrail terminal **18** in a reverse impact, reducing the likelihood of that guardrail terminal **18** will bind with cable anchor post **14**.

Boot jack interface assembly **250** also includes a pair of vertically extending fingers **260** that include a small notch **262** under which is positioned a release plate **258**. Each of end plate **252** and release plate **258** include matching, overlapping slots **264**. After release plate **258** is inserted into notches **262**, fasteners **266** secure release plate **258** to end plate **252**. During a reverse impact on guardrail **22**, when a vehicle collides with guardrail terminal **18**, guardrail terminal **18** can release from guardrail beam **22**. Guardrail ter-

minal **18** can then fall to the ground on an upstream side. However, guardrail terminal **18** can then undesirably impact cable anchor **14** and remain constrained by cable **16**. Instead, guardrail terminal **18** slides along deflector plates **256** until guardrail terminal **18** impacts a fastener bracket **268** welded to release plate **258**. The force of impact from guardrail terminal **18** forces release plate **258** out from under notches **262** and fasteners **266** from slots **264** formed in end plate **252**, at which point release plate **258** no longer engages with cable anchor post **14**. It is also possible for the cable **16** forces to bend the swaged connection **68** upward, creating a large tensile stress that results in fracture of the threaded rod and the controlled release of the boot jack interface assembly **250** from the guardrail terminal **200**.

Fingers **260** also provide a useful function in a forward impact. Since fingers **260** are welded to release plate **258** along their length, fingers **260** are resistant to shearing due to force applied by cable **16** on fastener bracket **268** that is then directed into fingers **260**. Accordingly, fingers **260** increase the strength of release plate **258** in resisting release of cable **16** from cable anchor post **14** during a forward impact on an associated impact head.

FIGS. **56-76** show guardrail terminals in accordance with exemplary embodiments of the present disclosure. FIGS. **56-59** show a guardrail terminal **270** in accordance with one exemplary embodiment. FIGS. **60-63** show a guardrail terminal **272** in accordance with another exemplary embodiment. FIGS. **64-67** show a guardrail terminal **274** in accordance with still another exemplary embodiment. FIGS. **68-70** show a guardrail terminal **276** in accordance with yet another exemplary embodiment. FIG. **71** shows a guardrail terminal **278** in accordance with an even further exemplary embodiment. FIG. **72** shows a guardrail terminal **280** in accordance with one still yet another exemplary embodiment. FIG. **73** shows a guardrail terminal **282** in accordance with an even yet another embodiment. FIG. **74-76** shows a guardrail terminal **284** in accordance with a further exemplary embodiment.

Each guardrail terminal includes at least a horizontally extending center deflector **286**. Some guardrail terminals include an upper deflector **288** and a lower deflector **290**. Each of the exemplary embodiments of FIGS. **56-76** fold guardrail beam **22** in a shape that is approximately similar to the shapes shown in FIGS. **17** and **18**.

In addition, referring to FIG. **56**, each guardrail terminal includes a feeder chute **292**, in which guardrail **22** is positioned at a location prior to any deflectors positioned in the guardrail terminal, a throat **294**, and an impact head **296**. The deflectors generally extend from an upstream end of feeder chute **292**, through throat **294**, partially into impact head **296**. Impact head **296** includes an interior wedge deflector **298** that assists in guiding flattened guardrail beam **22** downwardly to bottom opening **216**. Center deflector **286** may be located approximately at a midpoint in a vertical direction of a height of throat **294**, extending from an interior wall of throat **294**. In a plan view, at one end center deflector **286*a*** may be positioned away from guardrail **22**. At a second, opposite end of throat **294*a***, center deflector can extend beyond a width of input chute **292**.

Feeder chute **292** can include an input flair **306** (e.g., see FIGS. **64** and **65**), which is present on many of the presently disclosed embodiments. As guardrail terminal **270** slides along guardrail beam **22** due to a forward impact, guardrail beam **22** can bend and/or otherwise distort locally due to, for example, shearing of various bolts that secure guardrail beam **22** to anchor posts **12** and shearing of bolts that secure support bracket **42** to guardrail beam **22**. Such local distortions can cause guardrail beam to bind with guardrail terminal **270**, stopping all movement of guardrail terminal **270** with respect to guardrail beam **22**. Flairs **306**, which extend entirely around an opening to feed chute **292**, help guide guardrail beam **22** into an interior of feed chute **292** as guardrail beam **22** slides along guardrail beam **22**. It should be apparent that by extending around an entire periphery of feed chute **292**, flairs **306** strengthen each other as well as strengthening feed chute **292**. Flairs **306** can also reduce tolerance-related binding due to variations in guardrail **22**. In an exemplary embodiment, flairs **306** can be formed of quarter inch thick steel plate at an angle of about 18 degrees from the horizontal, though angles can be in any range that extends from about 10 degrees to 45 degrees or less.



FIGS. **56-59** show version **1** guardrail terminal **270** having a 6 inch wide feeder chute **292*a*** in a top plan view, a 12 inch long throat **294*a***, and a 16 inch wide impact head **296*a*** in a top plan view.

FIGS. **60-63** show version **2** guardrail terminal **272** having a 4.75 inch wide feeder chute **292*b*** in a top plan view, an extended 18.9 inch long throat **294*b***, and a 12.5 inch wide impact head **296*b*** in a top plan view.

FIGS. **64-67** show version **3** guardrail terminal **274** having a 4.75 inch wide feeder chute **292*c*** in a top plan view, an 11 inch long throat **294*c***, and a 12.5 inch wide impact head **296*c*** in a top plan view.

FIGS. **68-70** show version **4** guardrail terminal **276** having a 9 inch wide feeder chute **292*d*** in a top plan view, a 12 inch long throat **294*d***, and a 19 inch wide impact head **296*d*** in a top plan view.

FIGS. **71** and **72** show version **5** guardrail terminal **278**, which is similar to version **4** guardrail terminal **276**, only upper deflector **288*d*** and lower deflector **290*d*** are removed. Applicant determined through extensive testing and analysis that performance of guardrail terminal **278** changed only a relatively small amount (see FIG. **73**) as compared to guardrail terminal **276**, with the advantage being that versions 1-5 provided a range of forces. Referring to FIG. **74**, preferable forces are within bounded region, though with the variations shown in FIG. **73**, the design of a particular guardrail terminal can be selected based on potential application.

FIGS. **75-81** show a guardrail terminal **320** generally representative of any of the guardrail terminals presented herein that includes an upper deflector **322**, a center deflector **324**, a lower deflector **326**, a feeder chute **330**, a throat **328**, and an impact head **332**. Impact head **332** further includes a bottom opening **334** that is similar to top opening **214** and bottom opening **216** shown in FIG. **44**, and impact head **332** includes an impact face **336**.

Upon installation alongside a road, guardrail beam **22** is positioned within feeder chute **330** at a location downstream from throat **328**. When a vehicle collides with impact face **336**, guardrail terminal **320** is driven by the force of the collision to the right in FIG. **75**. The movement of guardrail terminal **320** to the right forces guardrail beam **22** into throat **328**. Contact of guardrail beam **22** with deflectors **322**, **324**, and **326** cause progressive bending and then folding of guardrail beam **22**. Progression of bending and folding of guardrail beam **22** as it progresses through a throat **328** is shown in FIGS. **76-81**. It should be apparent that guardrail beam **22** is folded from a "W" shape shown in FIG. **76** to a "U" shape in FIG. **81**.

As guardrail terminal **320** continues to be forced to the right in FIG. **75**, flattened guardrail **22**, which is now in a "U" shape, which can be a "V" shape in an alternative embodiment, passes from throat **328** to impact head **332**.

The weight of guardrail beam **22** causes guardrail beam **22** to deflect downwardly as guardrail terminal **320** continues to move relative to the fixed guardrail beam **22**. Impact head **332** includes a wedge deflector **298**, which can be seen in more detail in FIG. **57**. Wedge deflector **298** includes a ridge or vertical halfway point **302** that is at or above a vertical halfway point of guardrail beam **22** when guardrail beam **22** is supported within guardrail terminal **320**. Thus, when flattened guardrail beam **22** reaches wedge deflector **298**, the force of gravity pulls flattened guardrail beam **22** downwardly enough such that flattened guardrail beam **22** contacts an angled lower face **304** of wedge deflector **298**. As guardrail terminal **320** continues to drive to the right, angled lower face **304** pushes flattened guardrail beam **320** toward bottom opening **216** and then out from impact head **296**. After exiting impact head **296**, cable **16** tends to keep flattened guardrail beam **22** at or above ground **24**.

While various embodiments of the disclosure have been shown and described, it should be understood that these embodiments are not limited thereto. The embodiments may be changed, modified, and further applied by those skilled in the art. Further, elements of embodiments can be interchanged and combined to create new embodiments. Therefore, these embodiments are not limited to the detail shown and described previously, but also include all such changes and modifications.

We claim:

**1**. A guardrail assembly, comprising:
- a guardrail terminal, the guardrail terminal including
  - a feeder chute,
  - an impact face, and
  - a throat positioned directly between the feeder chute and the impact face, the throat including a first deflector extending horizontally from an interior wall of the throat;
- a guardrail positioned in the feeder chute; and
- a plurality of posts supporting the guardrail, the plurality of posts having plastic moments in a range from about 9,000 ft-lb to about 38,000 ft.-lbs.

**2**. The guardrail assembly of claim **1**, wherein the feeder chute has a first width, and the throat has a second width that is greater than the first width, and the second width of the throat increases with distance from the feeder chute.

**3**. The guardrail assembly of claim **1**, wherein the first deflector extends a first width from the interior wall of the throat at a first end and a second width greater than the first width from the interior wall of the throat at a second end, upstream from the first end.

**4**. The guardrail assembly of claim **3**, wherein the second width is greater than a width of the feeder chute.

**5**. The guardrail assembly of claim **1**, wherein the first deflector is angled from an end of the first deflector that is closest to the feeder chute to an end of the first deflector that is closest to the impact face, and the first deflector is widest at the end of the first deflector that is closest to the impact face.

**6**. The guardrail assembly of claim **1**, wherein a thickness of the first deflector increases with distance from the feeder chute.

**7**. The guardrail assembly of claim **1**, wherein each of the plurality of posts has a tubular shape with a cutout on a side of each post that is opposite from a location where each post faces the guardrail.

**8**. The guardrail assembly of claim **1**, wherein the feeder chute and the throat have a same height.

**9**. The guardrail assembly of claim **1**, wherein the plastic moments of the plurality of posts correspond to energy dissipation in the guardrail assembly in a range of about 14 kilopounds (kips) to about 31 kips with an impact on the impact face at 15 degrees or less relative to the guardrail.

**10**. The guardrail assembly of claim **1**, including a second, upper deflector positioned within the throat on a first side of the first deflector and a third, lower deflector positioned within the throat on an opposite side of the first deflector from the first side.

**11**. The guardrail assembly of claim **1**, wherein the guardrail terminal includes a wedge deflector having a lower angled face that extends from a midpoint of the wedge deflector.

**12**. The guardrail assembly of claim **1**, including at least one tooth protruding from a most upstream end of the impact face.

**13**. A guardrail assembly, comprising:
- a guardrail terminal, the guardrail terminal including
  - a feeder chute;
  - an impact face;
  - a throat positioned directly between the feeder chute and the impact face; and
  - a plurality of deflectors positioned within the throat, a first one of the plurality of deflectors extending from a first wall of the throat and a second one of the plurality of deflectors extending from a second wall of the throat opposite to the first wall of the throat;
- a guardrail positioned in the feeder chute; and
- a plurality of posts supporting the guardrail, the plurality of posts having plastic moments in a range from about 9,000 ft-lb to about 38,000 ft.-lbs.

**14**. The guardrail assembly of claim **13**, wherein the plastic moments of the plurality of posts correspond to energy dissipation in the guardrail assembly in a range of about 14 kilopounds (kips) to about 31 kips with an impact on the impact face at 15 degrees or less relative to the guardrail.

**15**. The guardrail assembly of claim **13**, wherein the feeder chute has a first width, and the throat has a second width that is greater than the first width, and the second width of the throat increases with distance from the feeder chute.

**16**. The guardrail assembly of claim **15**, wherein the second width is greater than a width of the feeder chute.

**17**. The guardrail assembly of claim **13**, wherein the first one of the plurality of deflectors extends a first width from an interior wall of the throat at a first end and a second width greater than the first width from the interior wall of the throat at a second end upstream from the first end.

**18**. A guardrail terminal, comprising:
- a feeder chute;
- an impact face; and
- a throat positioned directly between the feeder chute and the impact face, the throat including a first deflector extending horizontally along the throat, the first deflector increasing in width with distance from the feeder chute
- wherein energy dissipation of the guardrail terminal when positioned on a guardrail supported by a plurality of posts having plastic moments in a range from about 9,000 ft-lb to about 38,000 ft.-lbs. is in a range of about 14 kilopounds (kips) to about 31 kips with an impact on the impact face at 15 degrees or less relative to the guardrail.

**19**. The guardrail terminal of claim **18**, including an upper deflector positioned within the throat on a first side of the

first deflector and a lower deflector positioned within the throat on an opposite side of the first deflector from the first side.

* * * * *

# Exhibit P-193

U.S. Patent No. 12,297,611,
Guardrail Terminal
(Issued May 13, 2025)
("the '611 Patent")
Next Generation Terminal ("NGT")

US012297611B2

(12) **United States Patent**
**Sicking et al.**

(10) **Patent No.: US 12,297,611 B2**
(45) **Date of Patent: May 13, 2025**

(54) **GUARDRAIL TERMINAL**

(71) Applicant: **Sicking Safety Systems LLC**, Indian Springs Village, AL (US)

(72) Inventors: **Dean L. Sicking**, Indian Springs Village, AL (US); **Dakotah Sicking**, Keller, TX (US); **Steven D. Thompson**, Bessemer, AL (US); **Kenneth Walls**, Trussville, AL (US); **Kevin D. Schrum**, Pelham, AL (US); **Joseph Schwertz**, Birmingham, AL (US); **David Littlefield**, Vestavia Hills, AL (US); **Andrew Dameron**, Birmingham, AL (US)

(73) Assignee: **Sicking Safety Systems LLC**, Indian Springs Village, AL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/540,497**

(22) Filed: **Dec. 14, 2023**

(65) **Prior Publication Data**

US 2024/0117580 A1 Apr. 11, 2024

**Related U.S. Application Data**

(63) Continuation of application No. 18/045,060, filed on Oct. 7, 2022, now Pat. No. 11,846,077, which is a (Continued)

(51) **Int. Cl.**
***E01F 15/14*** (2006.01)
***E01F 15/04*** (2006.01)

(52) **U.S. Cl.**
CPC ........ ***E01F 15/143*** (2013.01); ***E01F 15/0423*** (2013.01); ***E01F 15/0461*** (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,928,928 A 5/1990 Buth et al.
5,078,366 A 1/1992 Sicking et al.
(Continued)

FOREIGN PATENT DOCUMENTS

EP 2017387 B1 12/2009
EP 2 313 560 B1 11/2017
(Continued)

OTHER PUBLICATIONS

An Office Action issued by Eurasian Patent Office on Mar. 4, 2022, which corresponds to EAPO Patent Application No. 202191290 and is related to U.S. Appl. No. 16/708,129.
(Continued)

*Primary Examiner* — Jonathan P Masinick
(74) *Attorney, Agent, or Firm* — Studebaker Brackett PLLC

(57) **ABSTRACT**

Guardrail, guardrail terminal, and support post designs that improve control of a vehicle during collisions are described. The disclosed designs also reduce the likelihood of intrusion into vehicle systems and the occupant compartment(s). Embodiments include folding and/or flattening of the guardrail and controlling the folded and flattened guardrail to avoid intrusion into the vehicle. Other embodiments include containing the guardrail in an impact head of a guardrail terminal, which also avoids vehicle intrusion.

**20 Claims, 40 Drawing Sheets**



**Related U.S. Application Data**

continuation of application No. 16/708,129, filed on Dec. 9, 2019, now Pat. No. 11,466,415.

(60) Provisional application No. 62/776,914, filed on Dec. 7, 2018.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,775,675 | A | 7/1998 | Sicking et al. | |
| 5,797,591 | A | 8/1998 | Krage | |
| 6,036,399 | A | 3/2000 | Schalk | |
| 6,089,782 | A | 7/2000 | Bligh et al. | |
| 6,554,256 | B2 | 4/2003 | Ochoa | |
| 6,715,735 | B2 | 4/2004 | Bligh et al. | |
| 6,719,483 | B1 | 4/2004 | Welandsson | |
| 7,185,882 | B2 * | 3/2007 | Buth | E01F 15/143 248/66 |
| 7,694,941 | B2 | 4/2010 | Abu-Odeh et al. | |
| 7,883,075 | B2 | 2/2011 | Abu-Odeh et al. | |
| 8,882,082 | B2 | 11/2014 | Abu-Odeh et al. | |
| 8,905,382 | B2 | 12/2014 | Smith et al. | |
| 9,145,943 | B2 | 9/2015 | Sicking | |
| 9,689,124 | B2 | 6/2017 | Harman et al. | |
| 9,714,493 | B1 | 7/2017 | Dyke et al. | |
| 9,732,484 | B2 | 8/2017 | Rohde et al. | |
| 9,963,844 | B2 | 5/2018 | Rohde et al. | |
| 10,036,132 | B2 | 7/2018 | Sicking | |
| 10,119,231 | B1 | 11/2018 | Rohde et al. | |
| 10,364,538 | B2 | 7/2019 | Dyke et al. | |
| 10,851,503 | B2 | 12/2020 | Alberson et al. | |
| 10,914,044 | B2 | 2/2021 | Rohde et al. | |
| 2001/0013596 | A1 | 8/2001 | Sicking et al. | |
| 2002/0007994 | A1 | 1/2002 | Reid et al. | |
| 2006/0102884 | A1 | 5/2006 | Rohde et al. | |
| 2007/0147957 | A1 | 6/2007 | Buth et al. | |
| 2017/0051461 | A1 | 2/2017 | Alberson et al. | |
| 2017/0275837 | A1 | 9/2017 | Rohde et al. | |
| 2021/0198855 | A1 | 7/2021 | Sicking et al. | |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| KR | 20090048021 | A * | 5/2009 | |
| RU | 2312948 | C1 | 12/2007 | |
| WO | 2002/018708 | A2 | 3/2002 | |
| WO | WO-2010139027 | A1 * | 12/2010 | E01F 15/0407 |
| WO | 2012/106301 | A1 | 8/2012 | |
| WO | 2016/014013 | A1 | 1/2016 | |

OTHER PUBLICATIONS

International Search Report issued in PCT/US2019/065289; mailed Jul. 3, 2020.

Written Opinion issued in PCT/US2019/065289; mailed Jul. 3, 2020.

An Office Action and Search Report issued by Russian Patent Office on Jun. 29, 2020, which corresponds to Russian Patent Application No. 2020114392/03(024014) and is related to U.S. Appl. No. 16/708,129.

Phillips et al., Cable Guiderail Breakaway Terminal Ends, Research Report 148, Engineering Research and Development Bureau, New York State Department of Transportation, Mar. 1990.

The partial European search report issued by the European Patent Office on Sep. 12, 2024, which corresponds to EP 24166479.6-1005 and is related to U.S. Appl. No. 18/540,497.

* cited by examiner




FIG. 1




FIG. 2




FIG. 3




FIG. 4




FIG. 5




FIG. 6




FIG. 7




FIG. 8




FIG. 9




FIG. 10




FIG. 11




FIG. 12




FIG. 13




FIG. 14




FIG. 15




FIG. 16

Folding Technique 1: Progression of Guardrail Profile




FIG. 17




FIG. 18

## Folding Technique 2: Progression of Guardrail Profile




FIG. 19


3D View
Folding Mechanism
106
Input
114
100
102
H
116
L
Output
118
112
W

FIG. 20


Side View
110
100
106
Input
Output
H
108
L
112

FIG. 21




FIG. 22




FIG. 23




FIG. 24




FIG. 25

Front Views with Cable Attachments




FIG. 26




FIG. 27




FIG. 28




FIG. 29




FIG. 30




FIG. 31




FIG. 32




FIG. 33




FIG. 34




FIG. 35




FIG. 36




FIG. 37




FIG. 38




FIG. 39




FIG. 40




FIG. 41




FIG. 42




FIG. 43




FIG. 44




FIG. 45A




FIG. 45B




FIG. 45C




FIG. 46


250
266
66
32
268
266
264
260
258
68
262
260
252
14
254
256
256
256

FIG. 47


68
268
250
66
256
32
256
266
256
252
260
262
264
254
14
258
266
264

FIG. 48




FIG. 49




FIG. 50




FIG. 51




FIG. 52




FIG. 53



250
260
260
266
266
252
258
256
256
254
256
14


FIG. 54



250
68
260
66
32
256
258
266
254
262
252
14


FIG. 55


270
292a
294a
22
16
16
286a
288a
296a

FIG. 56


270
58
22
288a
59
214
286a
302
304
298
290a
16
59
216
58

FIG. 57




FIG. 58




FIG. 59


294b
272
22
292b
16
16
286b
288b
296b

FIG. 60


272
62
63
296b
292b
294b
288b
286b
290b
62
63

FIG. 61




FIG. 62




FIG. 63


274
294c
306
22
292c
288c
286c
296c

FIG. 64


66
274
306
294c
288c
67
296c
286c
22
292c
290c
66
67

FIG. 65




FIG. 66




FIG. 67


276
294d
16
292d
286d
288d
296d

FIG. 68


276
22
292d
294d
288d
70
296d
286d
290d
70

FIG. 69




FIG. 70




FIG. 71




FIG. 72

| | Average Force 0º (kip-ft/ft) | Average Force 15º (kip-ft/ft) |
|---|---|---|
| Version 1 | 10.77 | 15.39 |
| Version 2 | 10.94 | 20.84 |
| Version 3 | 15.19 | 23.75 |
| Version 4 | 8.825 | 13.58 |
| Version 5 | 6.868 | 11.73 |

FIG. 73




FIG. 74




FIG. 75




FIG. 76




FIG. 77




FIG. 78




FIG. 79




FIG. 80




FIG. 81




FIG. 82




FIG. 83




FIG. 84




FIG. 85

# GUARDRAIL TERMINAL

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a Continuation of U.S. patent application Ser. No. 18/045,060, filed on Oct. 7, 2022, which is a Continuation of U.S. patent application Ser. No. 16/708,129, filed on Dec. 9, 2019, which claims priority to U.S. Provisional Patent Application No. 62/776,914, filed on Dec. 7, 2018, the contents of which are hereby incorporated by reference in their entirety.

This invention was made in part with government support under Subaward No. NCHRP-212, Unit Number 913, Project/Activity 163518-0399, awarded by the National Academy of Sciences, supported by Cooperative Agreement No. DTFH61-13-H-0024, dated Oct. 1, 2013, between the Federal Highway Administration (FHWA) and the Academy. The government may have certain rights in the invention.

## TECHNICAL FIELD

This disclosure relates to guardrails for roads.

## BACKGROUND

Guardrail terminals have three functions: anchor an end of a guardrail barrier to provide sufficient tension to redirect vehicles striking on a face of the guardrail; reduce the risk associated with end-on impacts with the terminal; and either slow impacting vehicles to a safe stop or allow them to penetrate behind the guardrail in a controlled manner. A W-beam guardrail is a membrane barrier system that relies on tension in a rail element to capture vehicles striking the face of the barrier. If the guardrail terminal does not provide an adequate anchor that can carry tension in the guardrail during an impact, the barrier system cannot fulfill its primary function of steering cars away from roadside hazards. Impact with the guardrail terminal can produce high deceleration rates, vehicle rollover, and penetration or intrusion into the occupant compartment. All these behaviors can produce fatalities or serious injuries. Accordingly, reducing the risk and, if possible, preventing of such behavior is preferred. Unfortunately, the roadside safety community has to date failed to appreciate the inherent risk of allowing a vehicle to gate through a terminal and travel behind the guardrail at high speed.

Guardrail terminals must mitigate the risk of vehicles striking the end of the terminal. The severity of end-on impacts can be reduced by providing a controlled collapse of the railing system. In conventional controlled collapse systems, the controlled collapse technology will become unstable any time the vehicle path is not perfectly aligned with the guardrail. In such situation, conventional terminals allow vehicles to penetrate through the end of the barrier, often without dissipating significant amounts of energy. In such conventional configurations, the terminal is designed to "gate" open and vehicles are allowed to travel behind the barrier at a high rate of speed. However, guardrails are used exclusively to protect motorists from roadside hazards, such as bridge piers, drop offs, steep embankments, or bodies of water. Hence, there is always a significant risk for vehicles traveling behind the barrier at a high rate of speed. In fact, the Fatal Accident Reporting System (FARS), operated by the National Highway Traffic Safety Administration in cooperation with the 50 states, the District of Columbia, and Puerto Rico, indicates that approximately 90 fatal crashes occur every year where striking a guardrail terminal is the first harmful event and the most harmful event was related to another off-road risk, such as those listed above. Gating through to a backside of a guardrail terminal represents approximately one third of the total number of fatal accidents associated with guardrail terminals.

The first energy absorbing guardrail terminal, the ET-2000, was introduced in the late 1980's. This terminal incorporated an impact head that fit over the end of the guardrail and, when struck by a car, the head was forced down the W-beam. As the guardrail was pushed through the impact head, it passed through a squeezer section and was flattened. The flattened guardrail was then curled out of the back of the impact head. The squeezing and curling of the guardrail dissipated large amounts of energy and thereby slowed impacting vehicles in a controlled manner. In-service performance studies of this terminal demonstrated outstanding safety performance and this terminal was adopted widely across the US and some foreign countries, including Canada and Australia. Competitors soon came to market, including the beam eating steel terminal (BEST), sequential kinking terminal (SKT), and the Flared Energy Absorbing Terminal (FLEAT). All of these designs provided energy absorption using a mechanism other than flattening, but the basic concept of using an impact head to slide down the rail, deform it, and deflect it out of the vehicle's path was included in each of these designs.

Each of these energy absorbing terminals produce compression in the guardrail as the impact head is pushed forward. Unfortunately, the compression forces can become excessive and cause the guardrail to buckle. When the guardrail buckles, the energy dissipation stops immediately and a 180-degree bend in the rail often develops. This type of bend is sometimes called a "knee" and this bend or knee can penetrate into an impacting vehicle and seriously injure or kill the occupants. A knee can also deform the occupant space such that occupants are injured by large deformations of the occupant space. This behavior has been labelled "intrusion" of the occupant space.

In 1999, the concept of a tension guardrail terminal was introduced. Although no product was brought to market, a patent was obtained on a device that incorporated an impact head that forced the guardrail to the ground and allowed vehicles to pass over the guardrail. The end of the barrier was permanently attached to a ground anchor to maintain tension in the guardrail system. By maintaining tension in the guardrail, the system could prevent buckling and thereby eliminate spearing or intrusion. Also, the impact head will tend to follow along the guardrail's path, which means the vehicle will be steered back toward the roadway. The first commercial implementation of this concept, called the "Soft Stop," was introduced almost a decade later and included a vertical compression of the W-beam as a primary energy absorber.

In order for tension guardrail terminals to function properly, they must maintain a strong, positive, or continuous connection with the vehicle throughout the impact. Unfortunately, the most popular tension-based guardrail terminal cannot create a strong mechanical interlock between the terminal's impact head and the front of an impacting vehicle. The most popular tension-based guardrail terminal also includes a steel tube attached to the impact head that extends under the impacting vehicle. The passing of the vertically compressed guardrail through the tube provides significant friction forces near the ground line. Impact forces are delivered near the center of gravity of the vehicle while the resistance forces from the W-beam are much closer to the

ground. These two forces produce an overturning moment in the impact head which causes the tube under the vehicle to lift up and act as a spear to penetrate the oil pan, gas tank, or even the floorboard of an impacting vehicle. The head rotation also causes the impact plate to tilt backwards to produce a ramp that allows the impacting vehicle to ride up and over the terminal. Hence, Applicant appreciated that a non-gating guardrail terminal must be capable of keeping the guardrail under tension and producing a strong mechanical interlock between the end of the terminal and the front of the impacting vehicle without puncturing critical components of the vehicle.

The first tension-based energy absorbing guardrail system was introduced in late 2006. In theory, a tension-based guardrail terminal cannot cause the rail to buckle and thus should greatly reduce the risk of spearing or intrusion into the occupant space. The first tension terminal incorporated a cable that was threaded along a torturous path that produces friction to slow impacting vehicles. The cable is attached to a ground anchor to prevent buckling of the guardrail and reduce the risk of a penetration or intrusion of the occupant compartment. Further, this terminal system was designed to minimize the number of vehicles that travel behind the guardrail and encounter roadside hazards. Unfortunately, the attempt to capture more vehicles involved stiffening the terminal to the point that the safety performance for head-on impacts was compromised.

More recently, a patent application for a cannister guardrail was submitted to the USPTO. This design incorporates a squeezing system that flattens the guardrail and directs it into a round barrel where it is retained inside the impact head. This concept allows the terminal energy absorption rate to increase as the impact head is pushed further into the system. The downside of this impact attenuation system is that it cannot be restarted after a moderate impact. The reason this system cannot be restarted is that the entire coil of guardrail inside the impact head must rotate around the inside of the barrel for the energy management system to function. There is simply too much static friction between adjacent coils and too much inertia to resist restarting of the energy management process, once stopped. Even if the terminal head is still aligned with the guardrail, the energy management system cannot restart after even a relatively minor impact.

Additional problems that plague some existing guardrail terminals include steel bearing plates, used in most compression-based terminals, and steel posts cutting open the floor plan when impacting vehicles pass over the anchor or line posts during head-on crashes. Further, most guardrail terminals have difficulty providing adequate anchorage for vehicles striking the system on the face of the barrier near the end of the guardrail. Eliminating the need for a bearing plate and a detachable first post reduces the risk of cutting into a vehicle's floor pan.

## SUMMARY

This disclosure provides a guardrail assembly comprising a w-shaped guardrail and a guardrail terminal. The w-shaped guardrail extends longitudinally and includes a first end and a second end in a transverse direction to the longitudinal direction. Each of the first end and the second end of the w-shaped guardrail extends in a first direction. The guardrail terminal has a first end and a second end, and the guardrail terminal is configured to receive the w-shaped guardrail at the first end of the guardrail terminal. The guardrail terminal includes a deflector positioned between the first end of the guardrail terminal and the second end of the guardrail terminal. The deflector is configured to fold the w-shaped guardrail such that the first end and the second end of the w-shaped guardrail are repositioned from extending in the first direction to extending in a second direction that is opposite to the first direction.

This disclosure also provides a guardrail terminal comprising a first end, a second end, a downwardly oriented opening, and a first deflector. The first end is configured to receive a w-shaped guardrail including a first end and a second end, each of the first end and the second end of the w-shaped guardrail extending in a first direction. The downwardly oriented opening is positioned adjacent the second end of the guardrail terminal. The first deflector is positioned between the first end of the guardrail terminal and the downwardly oriented opening. The first deflector is configured to fold the w-shaped guardrail such that the first end and the second end of the w-shaped guardrail are repositioned from extending in the first direction to extending in a second direction that is opposite to the first direction.

This disclosure also provides a guardrail assembly, comprising a w-shaped guardrail, a guardrail terminal, and a plurality of posts supporting the w-shaped guardrail. The guardrail terminal is configured to receive the w-shaped guardrail. The guardrail terminal includes an impact face and a deflector extending horizontally from an interior wall of the guardrail terminal. The guardrail terminal and deflector are configured to fold the w-shaped guardrail. The plurality of posts have plastic moments perpendicular to the w-shaped guardrail in a range from about 9,000 ft-lb to about 38,000 ft.-lbs.

Advantages and features of the embodiments of this disclosure will become more apparent from the following detailed description of exemplary embodiments when viewed in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows an elevation view of a guardrail and guardrail terminal in accordance with an exemplary embodiment of the present disclosure.

FIG. **2** shows the guardrail terminal and a portion of the guardrail of FIG. **1**.

FIG. **3** shows a view similar to FIG. **2**, with anchor posts exposed.

FIG. **4** shows a view of a portion of the guardrail and guardrail terminal of FIG. **1** that includes a friction-inducing subassembly for a guardrail cable.

FIG. **5** shows a perspective view of the guardrail and guardrail terminal of FIG. **1**.

FIG. **6** shows another perspective view of the guardrail and guardrail terminal of FIG. **1**.

FIG. **7** shows a front view of a box terminal of the guardrail and guardrail terminal of FIG. **1**.

FIG. **8** shows a plan view of the friction-inducing subassembly shown in FIG. **4**.

FIG. **9** shows a plan view of an anchor for the cable of the of the guardrail and guardrail terminal of FIG. **1**.

FIG. **10** shows an elevation view of the anchor of FIG. **9**.

FIG. **11** shows another elevation view of the anchor of FIG. **9**.

FIG. **12** shows a view of a portion of the guardrail and guardrail terminal of FIG. **1**, in a configuration prior to a vehicle impact on the guardrail terminal.

FIG. **13**. shows a view of the guardrail and guardrail terminal of FIG. **12**, with the guardrail terminal pushed

toward a W-beam, just prior to contact of an interior wall of the guardrail terminal with the W-beam.

FIG. **14** shows a view of the guardrail and guardrail terminal of FIG. **12**, with the guardrail terminal pushed toward the W-beam, with the W-beam collapsing due to contact of the W-beam with the interior wall of the guardrail terminal.

FIG. **15** shows a view of the guardrail and guardrail terminal of FIG. **14**, with the guardrail terminal pushed further toward the W-beam than is shown in FIG. **14**.

FIG. **16** shows a view of the guardrail and guardrail terminal of FIGS. **12-15**, with the guardrail terminal pushed further toward the W-beam than in FIG. **15**, showing multiple bends in the W-beam due to the force of collision with the guardrail terminal.

FIG. **17** shows a schematic view of folding of a W-beam according to an exemplary embodiment of the present disclosure.

FIG. **18** shows a perspective view of a beam folded according to the embodiment of FIG. **17**, with letters A-E showing a perspective view of the stages shown in FIG. **17**.

FIG. **19** shows a schematic view of folding of a W-beam according to another exemplary embodiment of the present disclosure.

FIG. **20** shows a perspective view of a folding mechanism to obtain the folding configurations of FIGS. **17** and **18** in accordance with an exemplary embodiment of the present disclosure.

FIG. **21** shows a side or elevation view of the folding mechanism of FIG. **20**.

FIG. **22** shows a top or plan view of the folding mechanism of FIG. **20**.

FIG. **23** shows a schematic cross-sectional view of a folded beam at location A of FIG. **17**.

FIG. **24** shows a schematic cross-sectional view of a folded beam at location E of FIG. **17**.

FIG. **25** shows a perspective view of the beam of FIG. **18** being folded by the folding mechanism of FIG. **20**.

FIG. **26** shows the view of FIG. **23** with cable attachments.

FIG. **27** shows the view of FIG. **24** with cable attachments.

FIG. **28** shows a beam flattener in accordance with an exemplary embodiment of the present disclosure.

FIG. **29** shows a folding mechanism in accordance with yet another exemplary embodiment of the present disclosure.

FIG. **30** shows a beam being folded by the folding mechanism of FIG. **29** at a first location in the folding mechanism.

FIG. **31** shows a beam being folded by the folding mechanism of FIG. **29** at a second location in the folding mechanism.

FIG. **32** shows a beam being folded by the folding mechanism of FIG. **29** at a third location in the folding mechanism.

FIG. **33** shows a beam being folded by the folding mechanism of FIG. **29** at a fourth location in the folding mechanism.

FIG. **34** shows a beam at various stages of being folded by the folding mechanism of FIG. **29**, with letters corresponding to the locations shown in FIGS. **30-33**.

FIG. **35** shows a perspective view of a guardrail post attached to the guardrail in accordance with an exemplary embodiment of the present disclosure.

FIG. **36** shows an elevation view of the guardrail post and guardrail of FIG. **35**.

FIG. **37** shows a perspective view of another guardrail post in accordance with an exemplary embodiment of the present disclosure.

FIG. **38** shows an elevation view of the guardrail post of FIG. **37**.

FIG. **39** shows a side elevation view of the guardrail post of FIG. **37**.

FIG. **40** shows a top view of the guardrail post of FIG. **37**.

FIG. **41** shows an enlarged view of FIG. **40**.

FIG. **42** shows a perspective view of a guardrail terminal in accordance with an exemplary embodiment of the present disclosure.

FIG. **43** shows a top or plan view of the guardrail terminal of FIG. **42**.

FIG. **44** shows a side or elevation view of the guardrail terminal of FIG. **42**.

FIG. **45**A shows a view of a guardrail in accordance with an exemplary embodiment of the present disclosure.

FIG. **45**B shows a perspective view of the guardrail of FIG. **45**A on an opposite side of the guardrail from FIG. **45**A.

FIG. **45**C shows an elevation view of the guardrail of FIG. **45**B on a same side of the guardrail as FIG. **45**B.

FIG. **46** shows a view of another guardrail in accordance with an exemplary embodiment of the present disclosure.

FIG. **47** shows a perspective view of a release plate positioned on an anchor post in accordance with an exemplary embodiment of the present disclosure.

FIG. **48** shows another perspective view of the release plate and anchor post of FIG. **47**.

FIG. **49** shows an elevation view of the release plate and anchor post of FIG. **47**.

FIG. **50** shows another elevation view of the release plate and anchor post of FIG. **47**.

FIG. **51** shows a further elevation view of the release plate and anchor post of FIG. **47**.

FIG. **52** shows a section view of the release plate and anchor post of FIG. **49** along the lines **52-52**.

FIG. **53** shows a plan view of the release plate and anchor post of FIG. **47**.

FIG. **54** shows a still further elevation view of the release plate and anchor post of FIG. **47**.

FIG. **55** shows a still further yet elevation view of the release plate and anchor post of FIG. **47**.

FIG. **56** shows a top, plan view of a guardrail and guardrail terminal with a top of the guardrail terminal removed in accordance with another exemplary embodiment of the present disclosure.

FIG. **57** shows an elevation view of the guardrail and guardrail terminal of FIG. **56**.

FIG. **58** shows a sectional view of the guardrail and guardrail terminal of FIG. **57** along the lines **58-58**.

FIG. **59** shows a sectional view of the guardrail and guardrail terminal of FIG. **57** along the lines **59-59**.

FIG. **60** shows a top, plan view of a guardrail and guardrail terminal with a top of the guardrail terminal removed in accordance with a further exemplary embodiment of the present disclosure.

FIG. **61** shows an elevation view of the guardrail and guardrail terminal of FIG. **60**.

FIG. **62** shows a sectional view of the guardrail and guardrail terminal of FIG. **61** along the lines **62-62**.

FIG. **63** shows a sectional view of the guardrail and guardrail terminal of FIG. **61** along the lines **63-63**.

FIG. **64** shows a top, plan view of a guardrail and guardrail terminal with a top of the guardrail terminal

removed in accordance with a still further exemplary embodiment of the present disclosure.

FIG. **65** shows an elevation view of the guardrail and guardrail terminal of FIG. **64**.

FIG. **66** shows a sectional view of the guardrail and guardrail terminal of FIG. **65** along the lines **66-66**.

FIG. **67** shows a sectional view of the guardrail and guardrail terminal of FIG. **65** along the lines **67-67**.

FIG. **68** shows a top, plan view of a guardrail and guardrail terminal with a top of the guardrail terminal removed in accordance with yet another exemplary embodiment of the present disclosure.

FIG. **69** shows an elevation view of the guardrail and guardrail terminal of FIG. **68**.

FIG. **70** shows a sectional view of the guardrail and guardrail terminal of FIG. **69** along the lines **70-70**.

FIG. **71** shows a sectional view of a guardrail and guardrail terminal in accordance with still yet another exemplary embodiment of the present disclosure.

FIG. **72** shows a further sectional view of the guardrail and guardrail terminal of FIG. **71**.

FIG. **73** shows a table of values of force of various versions of the guardrail and terminal of the present disclosure.

FIG. **74** shows a graph of preferable values of head-on force with respect to plastic moments of certain guardrails and guardrail terminals of the present disclosure.

FIG. **75** shows a plan view of a portion of a guardrail and a guardrail terminal of the present disclosure in accordance with an exemplary embodiment of the present disclosure.

FIG. **76** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **76-76**.

FIG. **77** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **77-77**.

FIG. **78** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **78-78**.

FIG. **79** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **79-79**.

FIG. **80** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **80-80**.

FIG. **81** shows a sectional view of the guardrail and guardrail terminal of FIG. **79** along the lines **81-81**.

FIG. **82** shows a top plan view of a guard rail terminal in accordance with an exemplary embodiment of the present disclosure.

FIG. **83** shows a top plan view of a guard rail terminal in accordance with an exemplary embodiment of the present disclosure showing variation in a width of a throat input in comparison to FIG. **82**.

FIG. **84** shows a top plan view of a guard rail terminal in accordance with an exemplary embodiment of the present disclosure.

FIG. **85** shows a top plan view of a guard rail terminal in accordance with an exemplary embodiment of the present disclosure showing variation in a length of a throat in comparison to FIG. **84**.

## DETAILED DESCRIPTION

The present disclosure presents embodiments of a folding guardrail terminal design that is configured to fold a guardrail beam from an unfolded state to a folded state during a collision or impact on an impact plate or face of a terminal of the guardrail. In other words, the guardrail of the present disclosure is in an unfolded state prior to a collision or impact with the guardrail terminals of the present disclosure, simplifying installation and assembly over designs that require partial or complete folding of the guardrail beam during assembly of the guardrail beam and the guardrail terminal while maintaining the advantages of predetermined folding of the guardrail beam during impact or collision. The folding guardrail terminal shows improved performance over conventional designs, decreasing the likelihood of serious injury and/or death from impact on a guardrail equipped with the presently disclosed guardrail terminals, especially such injuries and/or death that might otherwise occur due to gating through the guardrail during an impact. The present disclosure also includes embodiments of a reverse release mechanism to permit release of an equipped guardrail during an impact downstream of a terminal end.

In the context of this disclosure, the term "guardrail" and "guardrail beam" should be taken as being synonymous. The term "guardrail assembly" should be considered to be elements of a guardrail along with, for example, guardrail anchor or support posts, guardrail terminal, anchor cable, anchor cable support post, and release plate. To the extent that this disclosure may use the terms "unit," "member," and other such terms that may inappropriately be considered "nonce" terms, these terms should be considered to invoke, for example, guardrail, guardrail assembly, guardrail terminal, guardrail terminal assembly, anchor post, anchor cable, reverse release plate, and the like to the extent applicable in context to the description and related claims.

After deep study and analysis of existing terminal designs, Applicant came to understand that conventional designs, while they work well for their intended purpose, have certain limitations. For example, to steer an impacting vehicle, a tension-based guardrail terminal can utilize an impact head that buries itself into the front of an impacting vehicle. Because the impact head can only pull laterally on the front of the vehicle, there is a strong propensity for the vehicle to spin-out and become detached from the impact head. This propensity is magnified by the decelerating forces applied to the impact head as the guardrail is forced through it. If a terminal is to capture most vehicles striking the end of the impact head, considering the substantial variation in size, weight, center-of-gravity, etc., there must be a balance between the lateral forces that pull the front of the vehicle back toward the roadway and the deceleration forces applied to the impact head by the guardrail.

Applicant further came to understand that there is a relatively narrow range of lateral force (steering force) and longitudinal force (deceleration force) combinations that allow a guardrail terminal to safely capture most impacting vehicles. Because both lateral and longitudinal forces clearly affect the gating action of the terminal, and because these forces are relatively independent of one another as a matter of design, their combined effect becomes the critical determinant between gating and non-gating performance. Applicant conducted an extensive effort that included both a full-scale crash testing program and a non-linear finite element modeling analysis that were combined to identify the relationships between decelerations and various guardrail post designs that can be expected to prevent gating for most passenger vehicles impacting at angles of 15 degrees or less. The plot or graph shown in FIG. **74** identifies the combinations of average deceleration force during a 15 degree impact on the terminal and guardrail post plastic moment perpendicular to the guardrail that are most likely to produce a non-gating guardrail terminal. Note that any deceleration rate and post strength combination that falls within bounded region **300** shown in FIG. **74** produce a non-gating terminal design. Full-scale crash tests have shown that this figure is generally conservative, meaning

that design combinations outside of bounded region **300** shown in FIG. **74** may also produce non-gating results. Accordingly, bounded region **300** is not a limit of a range, but an approximate limit of a range.

As discussed above, the critical parameters for producing a safe guardrail terminal include deceleration force and the lateral force generated by guardrail posts. One advantage of the folding terminal design is the ability to adjust the deceleration forces from very low, less than 6,700 pounds, to relatively high, which can be more than 15,000 pounds. The primary methods for reducing or increasing deceleration force in this system include adjusting a width **352** of an entrance to a throat **350** of the terminal (e.g., see FIGS. **82** and **83**) where the guardrail is folded in half; increasing a flare rate in a folding region of the terminal, and eliminating wedges, deflectors, and/or diverters that force a top and a bottom of the guardrail forward to complete the fold; see FIGS. **71** and **72**. Through extensive testing and analysis, Applicant has determined that if the width of the throat entrance is 9 inches or greater, the guardrail will be allowed to fold in half without any restrictions, which minimizes friction on the guardrail as it is folded in half. If the throat width is reduced, friction between the guardrail and the impact head increases significantly. If the throat width is reduced to less than 5 inches, deceleration force will be more than double.

Applicant has further determined through extensive testing and analysis that another factor that controls the guardrail terminal deceleration force is the flare rate in throat **350** of the guardrail terminal; see FIGS. **84** and **85**. The terminal must widen as the guardrail is folded and the final width and length of flared region has an effect on friction as the guardrail is folded. Eliminating the wedges, deflectors, or diverters that force the top and bottom of the guardrail forward to complete the fold also reduces the force required to push the head down the rail, as is discussed further herein. The wedges are not necessary to complete the fold because the W-beam warps into a folded shape when the valley of the rail is forced backward. Applicant has determined through extensive testing and analysis that these design changes enable the terminal deceleration forces to be adjusted over a wide range.

Other factors besides preventing gating can influence the desired deceleration force. For example, it may be necessary to increase deceleration forces in order to shorten the overall length of the terminal. Shorter guardrail terminals are generally less expensive and can be used in places where there is insufficient space for a longer system.

Establishing a strong mechanical interlock between a terminal impact head and an impacting vehicle is critical to providing non-gating behavior. Such an interlock is required to provide steering forces to direct impacting vehicles back toward the roadway. A preferred embodiment for creating interlock between a terminal impact head and an impacting vehicle incorporates steel plates on the top, bottom, and both sides of a rectangular impact plate. These plates act as teeth that bite into the front of the vehicle. The horizontal plates at the top and bottom of the impact plate prevent vertical motion of the impact head while also strengthening the plates on the side. The plates on the side of the impact head decrease, and preferably prevent horizontal movement of the vehicle relative to the terminal head. In order to provide adequate interlock, the impact head may preferably be 12 inches wide, or more, and the tooth plates preferably need to extend at least 2.5 inches beyond the impact plate. The teeth plates preferably need to be at least 0.2 inches thick. The teeth plates can be made from a single sheet of steel or thinner plates folded back on itself. In the case of folding, the teeth plates can be reinforced by bending them into A-shapes that more than quadruple the compressive buckling strength of the teeth. The volume of space between the teeth should preferably be empty so that forces on the teeth are maximized and not distributed across the impact plate. If intermediate plates are used in the interior of the impact head, the teeth plates will not dig into the front of the car but instead will crush the vehicle more or less uniformly across the face of the impact plate. Without the mechanical interlock between the teeth plates and the front of the vehicle, the impact head will tend to rotate about an axis parallel to the guardrail and become disengaged from the vehicle. In this case, all capability of redirecting the vehicle is lost. As indicated hereinabove, the preferred dimensions described herein were obtained by extensive modeling supplemented by full-scale crash testing.

Another important feature of the guardrail terminal is the ability to anchor the end of the W-beam to provide redirective capacity downstream of the terminal. When a vehicle strikes the guardrail near the terminal at high-speed and high-angle, it must also be capable of releasing when a vehicle strikes the terminal from the opposite direction. A widely used releasable cable anchor design incorporates a V-notched plated mounted at an acute angle with respect to the vertical direction such that the top of the plate is set further away from the guardrail head than the base of the plate. This design was successfully tested in the 1990's for both redirection impact downstream of the terminal as well as reverse direction strikes that require release of the anchor from the guardrail.

A new reverse release configuration has been developed for the presently disclose guardrail terminals. Note that in the present embodiments the cable anchor is mounted perpendicular to the anchor post. The cable anchor provides two mechanisms for release, (1) breaking of a bolt and (2) release of a slip base connection from the anchor post. If the impact head applies a vertical load on the end of a swaged fitting, a threaded stud at the end of the anchor will begin to bend. Because the threaded shank is preferably made from grade 5 bolt material, the bolt will have a propensity to fracture without absorbing much of the vehicle's impact energy. However, if the end of the impact head remains down, it will ride up a ramp in the front of the impact head and strike a release plate. The release plate is attached to the anchor post by two slip bolts and a vertical restraint. The vertical restraint prevents the slip mechanism from rotating upward and dislodging the anchor during redirective impacts on the guardrail.

The inventions described herein include a tension-based guardrail terminal that includes improvements over existing designs, shown generally in FIGS. **1-45**. The following discussion will summarize the features of the new terminal system that has numerous performance improvements over conventional guardrail designs.

There are two basic approaches to improving guardrail technology. One technique involves using an impact head that collects the guardrail as the impact head is pushed down the barrier, similar to a conventional cannister system, as shown in, for example, FIGS. **12-16**. The other technique involves drawing the guardrail through a series of plates configured to fold the rail in half, as shown in FIGS. **17-34**.

One difference between the presently described system for collecting the guardrail and a competing guardrail system is that the energy management system relies on controlled buckling of a flattened W-beam, rather than pushing the guardrail into a round barrel. The new design flattens the

W-beam and directs it into a polygonal shaped region (e.g., see FIGS. **6**, and **12-16**) with a bend at an obtuse angle directly in front of the flattened guardrail. The obtuse angled bend captures the end of the guardrail and forces the flattened rail to lay against one side of the interior of the polygon. When the guardrail reaches the end of the polygonal face, it is forced to reverse directions and lay down along the guardrail that is already there. The flattened guardrail will then continue across the entire width of the impact head and reverse directions again when it encounters the opposite side of the polygon. With each layer of flattened guardrail that is deposited in the polygon shaped chamber, the length of guardrail that must buckle when the lay down process reverses direction is shortened. Shortening of the buckling length increases the forces required to push the guardrail into the impact head. In addition, as the mass inside the terminal grows, more linear momentum must be transferred from the vehicle to the guardrail to accelerate the guardrail and decelerate the vehicle. Hence as the vehicle pushes the impact head farther down the rail, the resistance forces increase. This feature allows the terminal to provide low impact forces for small cars that do not have sufficient energy to push the impact head very far and higher stopping forces for heavy vehicles that can push the impact head to the end of the terminal.

One advantage of this design is that it can be restarted after an initial impact because guardrail can be forced into the polygon without moving any of the guardrail deposited in a prior impact. Hence, there is some residual safety benefit from the guardrail terminal after it has been struck, provided the impact head is still aligned with the guardrail.

One embodiment of the present guardrail terminal includes a cable that passes through the impact head to provide anchorage for the end of the guardrail and a mechanism for keeping the impact head aligned with the guardrail. In this case, the cable is attached to a deeply embedded end anchor near the front of the terminal. The cable then passes through an opening near the front of the impact head and passes through the interior of the impact head. The path of the cable through the impact head is relatively straight in order to keep the impact head aligned with the guardrail and minimize friction between the impact head and the cable. Note that the cable is attached to the end anchor such that it does not release during end on impacts with the terminal, but it does release during reverse direction impacts on the guardrail. The breakaway system incorporates a "boot jack" type of structure that positions the cable at an angle that is between horizontal with the ground and angled 25 degrees above the ground (e.g., see FIGS. **9-11** and **42-45**). A threaded shank is swaged to the end of the cable and passed through the opening in the top of the boot jack structure. A nut and washer(s) are used to hold the end of the cable in the boot jack when the barrier is struck head-on. When the terminal is struck in a reverse direction with the impacting vehicle sliding toward the guardrail end, and contacting the downstream end of the impact head, the impact head strikes the top of the boot jack and releases the cable from the deeply embedded end anchor post. When the cable is released from the boot jack, the head is free to rotate out of the path of the impacting vehicle. Note this anchor is a new design that is an outgrowth of a design that has been in use for more than 30 years and was tested in the 1990's to assure it provided adequate anchorage and would release when struck in the reverse direction.

The opposite end of the cable is attached to the guardrail beam. This attachment may be a break away cable bracket similar to those used in compression-based terminals (e.g., see FIGS. **5-6**, and **8**), or it may be rigidly mounted to the guardrail (e.g., a welded button or a bolted BCT anchor). The length of the cable is controlled by the impact energy expected adjacent to the roadway where the terminal is installed. Along freeways with expected impact speeds up to 100 km/hour (62.5 MPH), the cables should extend to the 6th post or beyond. This distance is shorter than conventional energy absorbing guardrail terminals.

Another unique feature that must be incorporated into a tension-based terminal that utilizes a cable along its length is a breakaway connection between the cable and the guardrail located near the impact head. The anchor needs to completely detach from the cable without incorporating a button or some other element that remains attached to the cable after the cable is detached from the guardrail. The preferred attachment system utilizes short rods welded to two different plates in a staggered pattern as shown in FIG. **8**. The anchor cable is placed between the two plates with bolts passing through the guardrail and connecting the two plates at gaps between the rods. The plates, bolts, and rods can be described as a friction-inducing assembly or a ladder bracket assembly. When the bolts are tightened, the cable is bent around the rods and high friction develops. The friction is magnified by replacing the smooth rods with threaded rods. The bolts used to attach the bracket system are configured to be sheared off when the end of the impact head contacts the leading edge of the back-plate on the back side of the W-beam. The upstream anchor must be detachable to allow the cable to pass through the impact head during end-on terminal impacts. Upstream posts, i.e., posts toward the guardrail terminal, are preferably identical in orientation and assembly to downstream posts, i.e., posts away from the guardrail terminal.

More specifically, turning to FIGS. **1-16**, a guardrail terminal assembly **10** is shown. Guardrail terminal assembly **10** includes a guardrail beam or barrier **22**, which is supported by a plurality of guardrail anchor posts **12** that extend into ground **24**, which is shown partially removed in FIG. **1** to expose an entirety of a bottom end of guardrail anchor posts **12**. In an exemplary embodiment, guardrail anchor posts **12** can be secured by concrete **26** in ground **24**.

As shown in FIGS. **2** and **3**, guardrail terminal assembly **10** can also include a friction mechanism **28**, a cable guide or eyelet **30** positioned on an underside of guardrail terminal **18**, a threaded shank **32**, and a boot jack structure **34**. Cable **16** can be secured to guardrail beam **22** by friction mechanism **28**. Cable **16** can then be routed along guardrail beam **22** to and through cable guide **30**. Cable **16** is mechanically clamped or swaged by a swaged connector **68** to threaded shank **32**. Threaded shank **32** is then secured or attached to cable anchor post **14** by boot jack structure **34**.

Referring to FIGS. **4** and **8**, cable friction mechanism **28** can include a first plate **36** and a second plate **38** positioned on a first side of guardrail beam **22**. A support bracket **42** is positioned on an opposite side of guardrail beam **22** from first plate **36** and second plate **38**. Cable **16** extends directly between first plate **36** and second plate **38**. On alternating sides of cable **16**, directly between either cable **16** and first plate **36** or directly between cable **16** and second plate **38**, are a plurality of friction rods **44**. Friction rods **44** can be welded to first plate **36** or second plate **38** in an alternating pattern to secure friction rods **44** to cable friction assembly mechanism **28**. Shear bolts **40** extend from a first side of first plate **36**, through second plate **38**, into openings or holes **46** formed in support bracket **42**. Shear bolts **40** can be secured in position by nuts **48**, providing clamp force to cable **16** and friction rods **44**, as shown in FIG. **8**.

As described hereinabove, when a vehicle hits impact head **20**, guardrail terminal **18** begins sliding down guardrail beam **22**. As shown in FIG. **8**, guardrail terminal **18** includes an end surface **78** positioned on a downstream end of guardrail terminal **18**. When end surface **78** strikes support bracket **42**, support bracket **42** shears plurality of shear bolts **40**. The shearing of shear bolts **40** permits cable **16**, which was secured to guardrail beam **22** by the frictional contact of cable **16** with first plate **36**, and second plate **38**, to release from guardrail beam **22**. Accordingly, the risk of cable **16** binding with guardrail terminal **18** and breaking away from cable anchor post **14** is decreased substantially.

Conversely, in a reverse impact on guardrail terminal **18**, the frictional force of cable **16** against friction rods **44**, first plate **36**, and second plate **38** helps to prevent instantaneous release of guardrail terminal **18** from guardrail assembly **10**. Accordingly, a vehicle engaging guardrail terminal **18** in a reverse impact reduces the risk that guardrail terminal **18** uncontrollably releases from guardrail assembly **10** as well as providing some deceleration of a vehicle.

As can be seen in FIG. **5**, the interface of guardrail post **12** with guardrail beam **22** can also be beneficial in deceleration of an impacting vehicle. Guardrail post **12** have a tubular shape that includes a cutout **54** on a back **56**, which is on an opposite side of guardrail post **12** from guardrail beam **22**. Cutout **54** and the bolting or connecting of guardrail post **12** to guardrail beam **22** leads to a strong post axis **50** in a transverse direction that is perpendicular to a longitudinal direction of guardrail beam **22**, and a weak post axis **52** in a same direction that guardrail beam **22** extends. The benefit of these weak and strong axes is that guardrail beam **22** resisting gating through guardrail beam **22**, maintaining an impacting vehicle on a same side of guardrail beam **22** as a road, and the weak axis permits guardrail beam **22** to give by flexing, shearing, and resisting as an impacting vehicle impacts guardrail terminal **18** and/or guardrail beam **22**. Referring to, for example, FIG. **6**, guardrail terminal **18** can include a polygonal interior **58**, which can include a polygonal interior face **60**.

Referring to FIGS. **9-11**, boot jack **34** can include a pair of side walls **62** connected to an angled front wall **64** that can be at an angle of approximately 70 degrees with respect to the horizontal. The angle of front wall **64** includes a slot **70** and is set based on distance from cable guide or eyelet **30** and a height of cable guide or eyelet **30** above the ground. In a reverse impact on guardrail assembly **10**, tension on cable **16** is released. When the release is significant, such as from a sustained reverse direction impact on guardrail assembly **10**, the release of tension on cable **16** is sufficient to move threaded shank **32**, which is secured to front wall **64** by a nut **66**, away from front wall **64**, releasing from slot **70** in front wall **64**. Should the impacting vehicle continue to slide along guardrail assembly **10**, cable **16** will no longer secure guardrail assembly **10** to cable anchor post **14** because of the release of cable **16** from slot **70**, reducing the likelihood of damage to the impacting vehicle because guardrail terminal **18** is unable to disengage from cable anchor post **14**.

Referring to FIGS. **12-16**, guardrail terminal **18** includes flattening plates **72** positioned at either side of an opening **74** into polygonal interior **58**. As shown, when a vehicle hits impact head **20**, guardrail terminal **18** slides along guardrail beam **22**. Guardrail beam **22** is forced into opening **74** and between flattening plates **72**. Flattened guardrail beam **22** then extends into polygonal interior **58** to impact polygonal interior face **60**. As guardrail terminal **18** continues to move along guardrail beam **22** under the force of an impacting vehicle, flattened guardrail beam **22** impacts interior polygonal face **60** and begins stacking up on polygonal interior face **60**, remaining constrained in guardrail terminal **18**, simultaneously increasing resistance to movement of guardrail terminal **18** and decelerating the impacting vehicle.

Other embodiments involve passing the guardrail through a set of deflector or diverter plates that folds the W-Beam in half (e.g. see FIGS. **17-34** and **70-85**). The folding can be accomplished using two different approaches. One approach involves connecting a cable to the top and bottom edges of the W-beam and placing the bolted joints inside of guides that force the back edges of the rail to the front of the barrier. In this configuration, the center of the W-beam is forced over a wedge that pushes it toward the back of the rail. The guardrail exits the impact head folded in half with the top and bottom edges of the W-beam on the traffic side of the fold and the center on the back side.

An additional embodiment of this attachment includes swaging a button to the end of the cable and welding that button directly to the guardrail near the end of the guardrail (e.g., see FIGS. **45**A-C and **46**). This embodiment would include additional reinforcement around the button and crack arresting plates along the length of the first panel of guardrail beam. The welded button configuration is the preferred embodiment because mechanical fasteners and necessary attachments required to connect the cable to the guardrail beam can obstruct the initiation of the folding process, produce excessive deceleration forces, and destabilize the folding process.

Full-scale crash testing has identified two potential problems that can produce cracks in the guardrail, and design features have been developed to prevent these cracks from growing, should they occur in the field. When the guardrail strikes the V shaped deflector plate at the front of the terminal and the point of contact is near the peak of the V, a Mode II in-plane shear crack can develop. To reduce the likelihood of guardrail snagging near the peak of the V and inducing a Mode II in-plane shear crack, two triangular portions are cut away from the first section of guardrail (see FIGS. **45** and **46**). A possible embodiment of the removed material is triangles with dimensions of 4 inches in the vertical direction and 7 inches in the horizontal direction. This results in a first section that is narrow in the vertical direction at the leading edge and expands to a standard W-beam cross-section after the first 7 inches. To further mitigate Mode II shear cracks a vertically oriented reinforcement plate can be used for arresting cracks. When post bolts pull through the guardrail, vertical cracks often develop, especially at posts **1** and **2** when large downward forces are still applied to the guardrail that are transmitted to the post bolts. In this situation, vertical cracks can grow as tension in the rail loads them in Mode I tension. These cracks can be arrested by horizontal reinforcements that are situated above and below the post bolt holes. Therefore, a series of additional plates were welded along the first panel of the guardrail (see FIGS. **45**A-C and **46**). First, a reinforcement plate around the swaged button was included in the traffic-side valley. This strengthens the cable connection, but it also stops Mode II fractures that begin at the leading edge of the guardrail. Another plate was installed over the valley of the guardrail but on the back side. It is located between the swaged button attachment and the hole for the second post. This arrestor is a redundant system in the event that the fracture that initiates on the leading edge propagates around the reinforcement plate. In this event, the fracture will propagate through the flat, non-strain hardened portion (the valley). The welded crack arrestor will be installed

across this flat region to prevent any further crack opening, which, in turn, stops the growth of the crack. Finally, two parallel crack arresting plates will be installed above and below the hole for the attachment to the second post. This hole is located in a region that will experience high kinetic energy levels in the vehicle. As such, the hole may be subject to greater stresses than average and initiate a fracture as a result. The crack arrestors are long enough to prevent the crack from meandering around them. The arresters are also installed close to the hole, but far enough away to not interfere with the post blockout installation.

In another embodiment, deflector plates can push the top and bottom edges forward and the center of the guardrail beam is pulled across a wedge that pushes it back. Both of these configurations produce a folded W-beam with very little energy dissipation which produces low forces on impacting vehicles. Further, the low energy dissipation rates allow thicker W-beam to be used in the terminal which should provide better performance during impacts on the face of the guardrail near the terminal.

Once the guardrail has been folded, it would continue in a straight line. However, because it is attached to a cable that is tensioned and angled toward the ground, the folded guardrail will be pulled toward the ground as well. The amount that the folded guardrail is pulled down would not be sufficient to pass under the vehicle without interaction. Therefore, a deflector plate was designed to guide the folded guardrail down at a steeper angle (e.g., see FIG. **44**). The proximity of the break point in the deflector plate must be sufficiently far from the end of the folding mechanism in order for the tension in the cable to deflect the folded guardrail below that break point. The deflector plate was configured to accomplish two additional tasks. First, it would provide an additional design element that can tune the deceleration force applied to the vehicle. As the face gets steeper, with the extreme being vertical, the resistance increases because the guardrail must deflect in a more tortuous manner. Second, the overall height of the deflector plate can ensure that the folded guardrail passes under the vehicle. This selected range of heights would be incorporated symmetrically such that the terminal can be used on either side of the road.

The folding terminal head has an opening through which the guardrail exits and passes under the vehicle. This opening also leads to contact between the terminal head and the folded guardrail beam when the angle of the impact is non-zero. The forces applied to the vehicle to redirect it while also slowing it down pass from guardrail and into the vehicle through the terminal head. The opening in the terminal head experiences stresses as a result, and stress concentration occur at the corners that can easily lead to fracture through the terminal head. If this happens, the terminal head can no longer transfer the redirecting forces from the guardrail to the vehicle. As such, the edge was constructed with a return where the opening was cut with a tab, and then the tab was bent at a 90-degree angle. This effectively increased the depth of the cross section, making it much stronger in bending. To further increase the strength of the design, a bar stock was welded behind the return, which greatly increase the resistance to the initiation of fracture as well as the bending strength. The embodiment can be seen in FIG. **42**.

Another major advancement in tension-based guardrail terminal design is the development of a new post configuration (see FIGS. **5** and **35**-**41**). The most common posts used in guardrail terminals are wide flange beams installed with the strong axis perpendicular to the guardrail. These posts have been proven to be too stiff when struck during head-on terminal crashes. The excessive post stiffness has been shown to lift the front of impacting vehicles which can cause impacting vehicles to rollover. Further, the flanges of I-beam shaped posts have cut into the floor pan, gas tanks, and oil pans of test vehicles during end-on impacts with a post. A new post configuration has been developed that allows the post to be optimized for lateral stiffness while substantially reducing the risk of cutting the floorboard, gas tank, or oil pan. The basic post configuration incorporates an open cross-section in the shape of a box with a small cutout in the back of the post (see FIGS. **5**, **35**, **37**, **38**, **40**, and **41**). The open cross-section provides a much larger ratio between the strong axis and weak axis of the post. When loaded perpendicular to the guardrail, the post loading delivers the lateral forces into the webs of the beam which allows a significant bending moment to develop. However, when struck parallel to the guardrail, the post collapses in a consistent manner and allows the post to be flattened without lifting up the front of a vehicle or sharp edges of the cross section cutting into critical vehicle components.

Additionally, this embodiment includes a new first-post configuration. One that uses the same open cross-section box shape as seen in FIGS. **5**, **35**, **38**, and **39**, but is attached directly to the terminal head. This first post has two through holes that are approximately ⅜" in diameter along the vertical centerline of the front face of the post. Similarly, the terminal head has two first-post tabs on the post-side of the feeder chute (one on the top and one on the bottom) that each have a ⅜"×1" slot centered vertically and spanning across the horizontal centerline of the tab. Grade 5 hardware (approximately 5/16" diameter) is used to attach the guardrail terminal to the first post, which shears easily on impact. This first post mounts the terminal head parallel to the ground and maintains that position prior to impact, even under the load of the high tension cable. Keeping the terminal head parallel to the ground optimizes the chances of the system functioning properly during an impact from a moving mass.

In most guardrail terminal systems, the first post must be especially design to break away or hinge when hit at a zero-degree angle. This is different than the rest of the posts used in these systems, which commonly employ standard line posts (e.g., a 6-ft long W6×9 steel post). The new post proposed in the previous paragraph is very similar to the square tube post described two paragraphs previous to the present paragraph, with the addition of the mounting holes. This small addition is very inexpensive. As such, the first post will be able to function properly, as any first post in other systems, without the large added expense.

Further, testing has shown that tuning the lateral stiffness of posts in a tension-based terminal can allow it to capture vehicles impacting at angles up to 15 degrees relative to the guardrail. It should be noted that approximately 85% of all ran-off-road impacts involve vehicle trajectories of 15 degrees or less relative to the roadway. The post stiffness must be tuned to match the energy dissipation rate of the terminal system. High energy dissipation rates require posts with greater bending strength perpendicular to the rail while designs with low energy dissipation rates can be made to capture more impacting vehicles when installed on posts with a lower bending strength. Modeling and full-scale crash testing has shown that terminals with average deceleration forces of 15 kips provide optimum capture capability when the yield strength of the post perpendicular to the guardrail is between 9,000 and 15,000 ft-lb. When the energy dissipation forces drop to 14 kips, optimal capture behavior can be obtained with the post yield strengths between 10,000 and

11,000 ft-pounds. When energy dissipation forces range from 18 to 22 kips, optimal capture behavior is obtained with post yield strengths between 9,000 and 20,000 ft-lb. FIG. **74** shows the desired ratios between energy dissipation rates (head-on force) and lateral post yield strengths, i.e., plastic moments, over a wide range of terminal designs. Incorporating a design that falls within bounded region **300** of FIG. **74** will greatly improve the degree of energy dissipation associated with a tension-based terminal and greatly increase the number of vehicles striking the end of the system that are captured and brought to rest adjacent to the barrier end.

Referring to FIGS. **17** and **18**, a schematic view of guardrail or barrier **22** folding that occurs in embodiments of guardrail terminal to be described is shown. Broadly speaking, each letter in FIG. **17** corresponds to a location in FIG. **18**, showing a progression of folding of guardrail beam **22** from a “W” shape to a folded, flattened shape.

Referring to FIG. **19**, an alternate progression of folding of guardrail beam **22** from a “W” shape to a folded, flattened shape is shown. One difference between embodiments of FIGS. **17** and **19** is that guardrail beam **22** is flattened into a nearly straight beam in FIG. **19** and then folded in half, while guardrail beam **22** in FIG. **17** is continuously folded into a “U” shape from a “W” shape and then folded by squeezing into a relatively narrow “U” shape while guardrail beam **22** in FIG. **19** is folded from a flattened shape into a relatively narrow “V” shape.

FIGS. **20-25** show schematic views of a guardrail terminal **100** in accordance with an exemplary embodiment of the present disclosure that folds guardrail beam **22** as shown in FIGS. **17** and **18**. Schematic guardrail terminal **100** includes a top side **110**, a bottom side **112**, a first side **102** and a second side **104** extending from top side **110** to bottom side **112**, a first, downstream end **106**, and a second, upstream end **108**. Attached to first side **102** is an upper deflector plate **114** and a lower deflector plate **118**. Attached to second side **104** is a center deflector **116**. Center deflector **116** can extend horizontally from first end **106** to second end **108**. Upper deflector **114** and lower deflector **118** can be positioned within ⅓ of the distance from the top of guardrail terminal **100** and within ⅓ of the distance from the bottom of guardrail terminal **100** at first, downstream end **106**, narrowing to a gap between upper deflector **114** and lower deflector **118** of approximately 1-3 inches at second, upstream end **108**.

While a single cable **16** can be attached to guardrail beam **22**, FIGS. **26** and **27** show a configuration where two cables **16** are attached to guardrail beam **22**. Two cables **16** can help keep an upper and a lower portion of guardrail beam **22** together during bending and exit from schematic guardrail terminal **100**. Each attachment is by a welded cable bracket **120**, to which a cable **16** is clamped, welded, or otherwise attached.

FIGS. **28-33** show schematic views of a flattener **150** and a folder **152** in accordance with an exemplary embodiment of the present disclosure that flattens and folds guardrail beam **22** as shown in FIG. **19**. Flattener **150** includes two flattening deflectors **154** and **156** that flatten guardrail beam **22** vertically as shown in FIG. **30**. Folder **152** includes an upper deflector plate **158**, a lower deflector plate **162**, and a horizontally extending center deflector plate **160**. As with upper deflector **114** and lower deflector **118**, upper deflector plate **158** slopes downwardly along a length of folder **152**, and lower deflector plate **162** slopes upwardly along the length of folder **152**, so that a narrow gap remains between upper deflector plate **158** and lower deflector plate **162** to leave guardrail beam **22** folded as shown in FIG. **33**. Guardrail beam **22** shown in FIG. **34** is flattened and folded by flattener **150** and folder **152**. Guardrail beam **22** is flattened at location D, and folded from location D toward the right in FIG. **34**.



FIGS. **35-41** show views of guardrail beam **22** attached to guardrail anchor posts **12** by way of a post interface **170** and a fastener **172**. Fasteners **172** can shear with a side force to release guardrail beam **22** from anchor posts **12**. The force of release helps decelerate an impacting vehicle. Nut **182** secures bolt **172** to guardrail anchor post **12**.

FIGS. **42-44** show views of a guardrail terminal **200** in accordance with an exemplary embodiment of the present disclosure. Guardrail terminal **200** includes an impact head gusset **202** positioned within impact head **203**. Gusset **202** protrudes from impact head **203**, and may protrude from a cavity formed at a most upstream end of impact head **203**. Impact head gusset **202** allows reduced weight for impact head **203** while providing sufficient strength to sustain an impact during flattening of guardrail beam **22**. A periphery of impact head **203** protrude outwardly from impact head **203**, and the protruding edges, particularly the vertically extending edges, form a kind of teeth that engage an impacting vehicle to provide improved control of the vehicle as guardrail terminal **200** slides along guardrail beam **22**. Guardrail terminal **200** also includes side gussets **204** positioned along a top and bottom side of guardrail terminal. Around each of a top opening **214** and a bottom opening **216**, which is where flattened guardrail beam **22** exits guardrail terminal **200**, a lip is folded away from each respective opening **214** and **216** to strengthen each opening during an impact. Further a support band **218** can extend about an entire periphery of guardrail terminal **200** to further strengthen guardrail terminal **200**.

FIGS. **45**A and **46** show guardrail beams **230** and **232** with two different types of strengthening gusset. Guardrail beam **230** includes a strengthening gusset **234** that extends vertically across a center of guardrail beam **230**. Guardrail beam **232** includes longitudinally extending strengthening gussets **236**. Strengthening gussets **234** and **236** are attached or welded to respective guardrail beam **230** and guardrail beam **232** to help keep guardrail beam **230** from splitting or otherwise coming apart during an impact.

Guardrail beam **230** also includes a cable button **238** to which cable **16** is secured, such as by swaging or clamping. Cable button **238** is then secured to guardrail beam **230** such as by welding. Guardrail beam **230** also includes a reinforcement plate **240** welded to guardrail beam **230** at a location that is on an opposite side of guardrail beam **230** from the location where cable button **238** is welded. As described elsewhere herein, strengthening gusset or reinforcement plate **236** strengthens the connection of cable **16** to guardrail beam **230**, but it also stops Mode II fractures that begin at a leading edge of the guardrail. Reinforcement plate **240** is installed over the valley of the guardrail on the back side from cable button **238**, between the location where swaged button **238** is attached and a hole for the second post.

FIGS. **47-55** show various views of a boot jack interface assembly **250** that connects cable **16** to cable anchor post **14**. Boot jack interface assembly **250** is positioned on an end plate **252** and a side flange **254** of cable anchor post **14**. Boot jack interface assembly **250** includes three deflector plates **256** welded to side flange **254**. Deflector plates **256** extend over a top of end plate **252**. Deflector plates **256** serve to guide guardrail terminal **18** in a reverse impact, reducing the likelihood of that guardrail terminal **18** will bind with cable anchor post **14**.

Boot jack interface assembly **250** also includes a pair of vertically extending fingers **260** that include a small notch **262** under which is positioned a release plate **258**. Each of end plate **252** and release plate **258** include matching, overlapping slots **264**. After release plate **258** is inserted into notches **262**, fasteners **266** secure release plate **258** to end plate **252**. During a reverse impact on guardrail **22**, when a vehicle collides with guardrail terminal **18**, guardrail terminal **18** can release from guardrail beam **22**. Guardrail terminal **18** can then fall to the ground on an upstream side. However, guardrail terminal **18** can then undesirably impact cable anchor **14** and remain constrained by cable **16**. Instead, guardrail terminal **18** slides along deflector plates **256** until guardrail terminal **18** impacts a fastener bracket **268** welded to release plate **258**. The force of impact from guardrail terminal **18** forces release plate **258** out from under notches **262** and fasteners **266** from slots **264** formed in end plate **252**, at which point release plate **258** no longer engages with cable anchor post **14**. It is also possible for the cable **16** forces to bend the swaged connection **68** upward, creating a large tensile stress that results in fracture of the threaded rod and the controlled release of the boot jack interface assembly **250** from the guardrail terminal **200**.

Fingers **260** also provide a useful function in a forward impact. Since fingers **260** are welded to release plate **258** along their length, fingers **260** are resistant to shearing due to force applied by cable **16** on fastener bracket **268** that is then directed into fingers **260**. Accordingly, fingers **260** increase the strength of release plate **258** in resisting release of cable **16** from cable anchor post **14** during a forward impact on an associated impact head.

FIGS. **56-76** show guardrail terminals in accordance with exemplary embodiments of the present disclosure. FIGS. **56-59** show a guardrail terminal **270** in accordance with one exemplary embodiment. FIGS. **60-63** show a guardrail terminal **272** in accordance with another exemplary embodiment. FIGS. **64-67** show a guardrail terminal **274** in accordance with still another exemplary embodiment. FIGS. **68-70** show a guardrail terminal **276** in accordance with yet another exemplary embodiment. FIG. **71** shows a guardrail terminal **278** in accordance with an even further exemplary embodiment. FIG. **72** shows a guardrail terminal **280** in accordance with one still yet another exemplary embodiment. FIG. **73** shows a guardrail terminal **282** in accordance with an even yet another embodiment. FIG. **74-76** shows a guardrail terminal **284** in accordance with a further exemplary embodiment.

Each guardrail terminal includes at least a horizontally extending center deflector **286**. Some guardrail terminals include an upper deflector **288** and a lower deflector **290**. Each of the exemplary embodiments of FIGS. **56-76** fold guardrail beam **22** in a shape that is approximately similar to the shapes shown in FIGS. **17** and **18**.

In addition, referring to FIG. **56**, each guardrail terminal includes a feeder chute **292**, in which guardrail **22** is positioned at a location prior to any deflectors positioned in the guardrail terminal, a throat **294**, and an impact head **296**. The deflectors generally extend from an upstream end of feeder chute **292**, through throat **294**, partially into impact head **296**. Impact head **296** includes an interior wedge deflector **298** that assists in guiding flattened guardrail beam **22** downwardly to bottom opening **216**. Center deflector **286** may be located approximately at a midpoint in a vertical direction of a height of throat **294**, extending from an interior wall of throat **294**. In a plan view, at one end center deflector **286*a*** may be positioned away from guardrail **22**. At a second, opposite end of throat **294*a***, center deflector can extend beyond a width of input chute **292**.

Feeder chute **292** can include an input flair **306** (e.g., see FIGS. **64** and **65**), which is present on many of the presently disclosed embodiments. As guardrail terminal **270** slides along guardrail beam **22** due to a forward impact, guardrail beam **22** can bend and/or otherwise distort locally due to, for example, shearing of various bolts that secure guardrail beam **22** to anchor posts **12** and shearing of bolts that secure support bracket **42** to guardrail beam **22**. Such local distortions can cause guardrail beam to bind with guardrail terminal **270**, stopping all movement of guardrail terminal **270** with respect to guardrail beam **22**. Flairs **306**, which extend entirely around an opening to feed chute **292**, help guide guardrail beam **22** into an interior of feed chute **292** as guardrail beam **22** slides along guardrail beam **22**. It should be apparent that by extending around an entire periphery of feed chute **292**, flairs **306** strengthen each other as well as strengthening feed chute **292**. Flairs **306** can also reduce tolerance-related binding due to variations in guardrail **22**. In an exemplary embodiment, flairs **306** can be formed of quarter inch thick steel plate at an angle of about 18 degrees from the horizontal, though angles can be in any range that extends from about 10 degrees to 45 degrees or less.

FIGS. **56-59** show version 1 guardrail terminal **270** having a 6 inch wide feeder chute **292*a*** in a top plan view, a 12 inch long throat **294*a***, and a 16 inch wide impact head **296*a*** in a top plan view.

FIGS. **60-63** show version 2 guardrail terminal **272** having a 4.75 inch wide feeder chute **292*b*** in a top plan view, an extended 18.9 inch long throat **294*b***, and a 12.5 inch wide impact head **296*b*** in a top plan view.

FIGS. **64-67** show version 3 guardrail terminal **274** having a 4.75 inch wide feeder chute **292*c*** in a top plan view, an 11 inch long throat **294*c***, and a 12.5 inch wide impact head **296*c*** in a top plan view.

FIGS. **68-70** show version 4 guardrail terminal **276** having a 9 inch wide feeder chute **292*d*** in a top plan view, a 12 inch long throat **294*d***, and a 19 inch wide impact head **296*d*** in a top plan view.

FIGS. **71** and **72** show version 5 guardrail terminal **278**, which is similar to version 4 guardrail terminal **276**, only upper deflector **288*d*** and lower deflector **290*d*** are removed. Applicant determined through extensive testing and analysis that performance of guardrail terminal **278** changed only a relatively small amount (see FIG. **73**) as compared to guardrail terminal **276**, with the advantage being that versions 1-5 provided a range of forces. Referring to FIG. **74**, preferable forces are within bounded region, though with the variations shown in FIG. **73**, the design of a particular guardrail terminal can be selected based on potential application.

FIGS. **75-81** show a guardrail terminal **320** generally representative of any of the guardrail terminals presented herein that includes an upper deflector **322**, a center deflector **324**, a lower deflector **326**, a feeder chute **330**, a throat **328**, and an impact head **332**. Impact head **332** further includes a bottom opening **334** that is similar to top opening **214** and bottom opening **216** shown in FIG. **44**, and impact head **332** includes an impact face **336**.

Upon installation alongside a road, guardrail beam **22** is positioned within feeder chute **330** at a location downstream from throat **328**. When a vehicle collides with impact face **336**, guardrail terminal **320** is driven by the force of the collision to the right in FIG. **75**. The movement of guardrail terminal **320** to the right forces guardrail beam **22** into throat **328**. Contact of guardrail beam **22** with deflectors **322**, **324**,

and **326** cause progressive bending and then folding of guardrail beam **22**. Progression of bending and folding of guardrail beam **22** as it progresses through a throat **328** is shown in FIGS. **76-81**. It should be apparent that guardrail beam **22** is folded from a "W" shape shown in FIG. **76** to a "U" shape in FIG. **81**.

As guardrail terminal **320** continues to be forced to the right in FIG. **75**, flattened guardrail **22**, which is now in a "U" shape, which can be a "V" shape in an alternative embodiment, passes from throat **328** to impact head **332**. The weight of guardrail beam **22** causes guardrail beam **22** to deflect downwardly as guardrail terminal **320** continues to move relative to the fixed guardrail beam **22**. Impact head **332** includes a wedge deflector **298**, which can be seen in more detail in FIG. **57**. Wedge deflector **298** includes a ridge or vertical halfway point **302** that is at or above a vertical halfway point of guardrail beam **22** when guardrail beam **22** is supported within guardrail terminal **320**. Thus, when flattened guardrail beam **22** reaches wedge deflector **298**, the force of gravity pulls flattened guardrail beam **22** downwardly enough such that flattened guardrail beam **22** contacts an angled lower face **304** of wedge deflector **298**. As guardrail terminal **320** continues to drive to the right, angled lower face **304** pushes flattened guardrail beam **320** toward bottom opening **216** and then out from impact head **296**. After exiting impact head **296**, cable **16** tends to keep flattened guardrail beam **22** at or above ground **24**.

While various embodiments of the disclosure have been shown and described, it should be understood that these embodiments are not limited thereto. The embodiments may be changed, modified, and further applied by those skilled in the art. Further, elements of embodiments can be interchanged and combined to create new embodiments. Therefore, these embodiments are not limited to the detail shown and described previously, but also include all such changes and modifications.

We claim:

**1**. A guardrail assembly, comprising:

a w-shaped guardrail extending longitudinally, the w-shaped guardrail including a first, upper end and a second, lower end, each of the first, upper end and the second, lower end extending from the w-shaped guardrail in a first direction that is horizontally transverse to a longitudinal direction; and

a guardrail terminal having a first end and a second end, the guardrail terminal configured to receive the w-shaped guardrail at the first end of the guardrail terminal, the guardrail terminal including a deflector positioned between the first end of the guardrail terminal and the second end of the guardrail terminal, the deflector configured to fold the w-shaped guardrail such that the first, upper end and the second, lower end of the w-shaped guardrail are repositioned from extending in the first direction to extending in a second direction that is horizontally transverse to the longitudinal direction while the w-shaped guardrail is within the guardrail terminal, the second direction being is opposite to the first direction.

**2**. The guardrail assembly of claim **1**, including a downwardly oriented opening positioned between the deflector and the second end of the guardrail terminal.

**3**. The guardrail assembly of claim **1**, the guardrail terminal including a feeder chute positioned to extend from the first end of the guardrail terminal, and the feeder chute is configured to receive the w-shaped guardrail.

**4**. The guardrail assembly of claim **3**, the guardrail terminal including a throat positioned between the feeder chute and the second end of the guardrail terminal, the feeder chute has a first width, and the throat has a second width that is greater than the first width, and the second width of the throat increases with distance from the feeder chute.

**5**. The guardrail assembly of claim **1**, wherein the deflector extends a first width from an interior wall of the guardrail terminal at a first end of the deflector and a second width greater than the first width from the interior wall of the guardrail terminal at a second end of the deflector upstream from the first end.

**6**. The guardrail assembly of claim **5**, including a feeder chute positioned to extend from the first end of the guardrail terminal, and the feeder chute is configured to receive the w-shaped guardrail.

**7**. The guardrail assembly of claim **6**, wherein the deflector is angled from an end of the deflector that is closest to the feeder chute to an end of the deflector that is closest to the second end of the guardrail terminal, and the deflector is widest at the end of the deflector that is closest to the second end of the guardrail terminal.

**8**. The guardrail assembly of claim **1**, wherein the guardrail terminal includes a downwardly oriented opening positioned between the deflector and the second end of the guardrail terminal.

**9**. The guardrail assembly of claim **1**, wherein the w-shaped guardrail initially includes three reversals of direction along a transverse length of the w-shaped guardrail, and after the first, upper end and the second, lower end of the guardrail terminal are repositioned, the w-shaped guardrail includes only a single reversal of direction and is no longer in the w-shape.

**10**. A guardrail terminal, comprising:

a first end configured to receive a w-shaped guardrail including a first end and a second end, each of the first end and the second end of the w-shaped guardrail extending in a first direction;

a second end,

a downwardly oriented opening positioned adjacent the second end of the guardrail terminal; and

a first deflector positioned between the first end of the guardrail terminal and the downwardly oriented opening, the first deflector configured to fold the w-shaped guardrail such that the first end and the second end of the w-shaped guardrail are repositioned from extending in the first direction to extending in a second direction that is opposite to the first direction.

**11**. The guardrail terminal of claim **10**, including an upwardly oriented opening positioned on an opposite side of the guardrail terminal from the downwardly oriented opening.

**12**. The guardrail terminal of claim **10**, including a feeder chute extending from the first end of the guardrail terminal, and the feeder chute is configured to receive the w-shaped guardrail.

**13**. The guardrail terminal of claim **10**, including an upper deflector positioned within the guardrail terminal on a first side of the first deflector and a lower deflector positioned within the guardrail terminal on an opposite side of the first deflector from the first side.

**14**. The guardrail terminal of claim **10**, wherein energy dissipation of the guardrail terminal when positioned on the w-shaped guardrail supported by a plurality of posts having plastic moments in a range from about 9,000 ft-lb to about 38,000 ft.-lbs. is in a range of about 14 kilopounds (kips) to

about 31 kips with an impact on the second end of the guardrail terminal at 15 degrees or less relative to the w-shaped guardrail.

**15**. The guardrail terminal of claim **10**, wherein the first deflector is configured to reshape the w-shaped guardrail from a configuration including three reversals of direction along a transverse length of the w-shaped guardrail to a shape having only a single reversal of direction.

**16**. A guardrail assembly, comprising:

a w-shaped guardrail;

a guardrail terminal configured to receive the w-shaped guardrail, the guardrail terminal including an impact face and a deflector extending horizontally from an interior wall of the guardrail terminal, the guardrail terminal and deflector configured to fold the w-shaped guardrail; and

a plurality of posts supporting the w-shaped guardrail,

the plurality of posts having plastic moments perpendicular to the w-shaped guardrail in a range from about 9,000 ft-lb to about 38,000 ft.-lbs.

**17**. The guardrail assembly of claim **16**, wherein the plastic moments are achieved with a head-on force of about 14 kilopounds (kips) to about 31 kips.

**18**. The guardrail assembly of claim **17**, wherein the plastic moments and the head-on force are at an impact angle of 15 degrees or less relative to the w-shaped guardrail.

**19**. The guardrail assembly of claim **16**, wherein the deflector folds the w-shaped guardrail such that a first end and a second end of the w-shaped guardrail in a transverse direction to a longitudinal extent of the w-shaped guardrail are repositioned from extending in a first direction to extending in a second direction that is opposite to the first direction.

**20**. The guardrail assembly of claim **16**, wherein the w-shaped guardrail initially includes three reversals of direction along a transverse direction of the w-shaped guardrail, and after the w-shaped guardrail is folded, the w-shaped guardrail includes only a single reversal of direction along the transverse direction of the w-shaped guardrail.

* * * * *

# Exhibit P-194

NGT FHWA Approval Letter
HSST-1/CC-178 dated March 15, 2024

U.S. Department
of Transportation
Federal Highway
Administration

March 15, 2024

1200 New Jersey Ave., SE
Washington, D.C. 20590

In Reply Refer To:
HSST-1/CC-178

Kevin Schrum
Sicking Safety Systems, LLC
101 Indian Trail Road, Indian Springs Village
AL 35124
USA

Dear Mr. Schrum:

We received your correspondence of February 14, 2023 requesting issuance of a reimbursement eligibility letter under the Federal-aid highway program for the roadside safety system, device, design, product, or hardware (collectively "device") described below. This letter is assigned Federal Highway Administration (FHWA) control number CC-178.

## ELIGIBILITY LETTERS

The FHWA issues Federal-aid reimbursement eligibility letters for new roadside safety devices that are crash tested in accordance with the industry standard of the American Association of State Highway and Transportation Officials (AASHTO) Manual for Assessing Safety Hardware (MASH).

FHWA, the Department of Transportation, and the United States (government) do not regulate roadside safety devices, crash test facilities, or the manufacturing industry. Issuance of eligibility letters is discretionary and provided only as a service to the states. FHWA may, at its discretion, decline to issue, revise, or rescind an eligibility letter. Eligibility letters are only issued by the FHWA headquarters Office of Safety.

Eligibility letters are issued only as notice to the states that a device is eligible for reimbursement under the Federal-aid highway program. They do not establish approval or certification for any other purpose. Issuance of an eligibility letter is not a prerequisite or requirement for state transportation agencies seeking to use Federal-aid funds for roadside safety devices. State agencies may use a device for which an eligibility letter has not been issued and seek Federal-aid reimbursement.

## FEDERAL-AID REIMBURSEMENT

The request for issuance of this letter certified the device was crash tested in accordance with the industry standard of AASHTO's MASH. This eligibility letter is based on that certification and the material offered in support of its issuance. The device described below is eligible for reimbursement under the Federal-aid highway program.

Name of system: Next Generation Terminal (NGT)
Type of system: Terminal
Test Level: Test Level 3
Testing conducted by: Applus IDIADA KARCO Engineering, LLC
Date of request: February 14, 2023

Information about the device, including material such as the eligibility request, crash test reports, drawings, or images are included in one or more attachment(s) to this letter.

Eligibility letter CC-178 is inapplicable to devices, optional equipment, alternate materials, or other features that were not crash tested in accordance with AASHTO's MASH.

This letter is issued only for the subject device as crash tested under AASHTO's MASH. Later modification(s) of the device are not eligible for Federal-aid reimbursement under this letter. Notice of later modification(s) should be given to transportation agencies, facility owners, and operators (collectively "agencies").

Agencies should be provided appropriate information about the device's design, installation, maintenance, materials, and mechanical properties.

Issuance of this letter is discretionary, and it may be revised or rescinded at FHWA's discretion. This letter is not a determination of compliance with the Manual on Uniform Traffic Control Devices for Streets and Highways (MUTCD) or ownership of any intellectual property rights.

This eligibility letter is not a determination by the government that a crash involving the subject device will result in any particular outcome. It is limited to only the device's eligibility for Federal-aid reimbursement.

## INTELLECTUAL PROPERTY

Issuance of this eligibility letter does not convey property rights of any sort nor any exclusive privilege. This letter is not authorization or consent by the government for the use, manufacture, or sale of any patented or proprietary system, device, design, product, or hardware for which the requester is not the patent owner. Eligibility letters are not an expression of any view, position, or determination by the government as to the validity, scope, or ownership of any intellectual property rights to a specific device. These letters do not grant, impute, suggest, or otherwise establish any ownership, distribution, or licensing rights to the requester. The government expresses no opinion about the intellectual property rights relating to any device for which this or any other eligibility letter is issued.

## PUBLIC DISCLOSURE

To prevent any misunderstanding, and as discussed above, this eligibility letter is assigned FHWA control number CC-178. It should only be reproduced in full with its attachment(s). This letter and the material offered by the requester supporting its issuance is public information. All eligibility letters and supporting material are subject to public disclosure under the Freedom

of Information Act (FOIA). Eligibility letters are available to the public at https://safety.fhwa.dot.gov/roadway_dept/countermeasures/reduce_crash_severity/.

If you have any questions, please contact Aimee Zhang at Aimee.Zhang@dot.gov.

Sincerely,

Amy S. Fox
Acting Director
Office of Safety Technologies
Office of Safety

Enclosures

# Request for Federal Aid Reimbursement Eligibility of Highway Safety Hardware

| Submitter | | | |
|---|---|---|---|
| | Date of Request: | February 14, 2023 | (●) New ( ) Resubmission |
| | Name: | Kevin Schrum | |
| | Company: | Sicking Safety Systems, LLC | |
| | Address: | 101 Indian Trail Road, Indian Springs Village, AL 35124 | |
| | Country: | United States of America | |
| | To: | Michael S. Griffith, Director<br>FHWA, Office of Safety Technologies | |

I request the following devices be considered eligible for reimbursement under the Federal-aid highway program.

**Device & Testing Criterion -** Enter from right to left starting with Test Level

! - ! - !

| System Type | Submission Type | Device Name / Variant | Testing Criterion | Test Level |
|---|---|---|---|---|
| 'CC': Crash Cushions, Attenuators, & Terminals | (●) Physical Crash Testing<br>( ) Engineering Analysis | Next Generation Terminal (NGT™) | AASHTO MASH | TL3 |

By submitting this request for review and evaluation by the Federal Highway Administration, I certify that the product(s) was (were) tested in conformity with the AASHTO Manual for Assessing Safety Hardware and that the evaluation results meet the appropriate evaluation criteria in the MASH.

**Individual or Organization responsible for the product:**

| | | |
|---|---|---|
| Contact Name: | Kevin Schrum | Same as Submitter ☒ |
| Company Name: | Sicking Safety Systems, LLC | Same as Submitter ☒ |
| Address: | 101 Indian Trail Road, Indian Springs Village, AL 35124 | Same as Submitter ☒ |
| Country: | United States of America | Same as Submitter ☒ |
| Enter below all disclosures of financial interests as required by the FHWA `Federal-Aid Reimbursement Eligibility Process for Safety Hardware Devices' document. | | |
| Sicking Safety Systems, LLC is the manufacturer and marketer of device.<br><br>Applus IDIADA KARCO Engineering, LLC (IDIADA KARCO) is an independent research and testing laboratory having no affiliation with any other entity. IDIADA KARCO is actively Involved In data acquisition and compliance/certification testing for a variety of government agencies and equipment manufacturers. The principals and staff of IDIADA KARCO have no past or present financial, contractual or organizational interest in any company or entity directly or indirectly related to the products that KARCO tests. If any financial interest should arise, other than receiving fees for testing, reporting, etc., with respect to any project, the company will provide, In writing, a full and immediate disclosure to the FHWA. | | |

# PRODUCT DESCRIPTION

| | |
|---|---|
| (●) New Hardware or Significant Modification | ( ) Modification to Existing Hardware |

The Next Generation Terminal (NGT™) is classified as a non-gating, re-directive terminal. The NGT™ has a total length of 37’-6” (11.4 m) from the center of the anchor post to the center of NGT post 10. The system consists of an impact head, anchor post assembly, first panel, shelf bracket, standard MGS 12.5’ guardrail, two (2) notched wooden blockouts, seven (7) wooden blockouts, nine (9) 6’ (1.8 m) NGT posts positioned at post 1 through 9, and one (1) 6’ (1.8 m) long W6 x 9 post positioned at post 10. The impact head is attached directly to NGT post 1 with one (1) 5/16” x 1” Grade 5 hex bolt, two (2) 5/16” washers and one (1) 5/16” nut. A shelf bracket, where the impact head sits, is attached to NGT post 1 with two (2) 1/2” x 1 – 1/2” grade 5 hex bolts, four (4) 1/2” washers, and two (2) 1/2” hex nuts. The anchor post has a cap that is attached by two (2) 7/16” x 1-1/2” Grade 5 hex bolts, four (4) 7/16” washers, and two (2) 7/16” hex nuts. The first panel’s cable is inserted into the anchor post and held in place by the anchor cap, one (1) 1” hex nut, and one (1) 1” washer. The guardrail splice was connected by eight (8) 5/8” x 1-1/4” splice bolts and eight (8) 5/8" splice nuts.

# CRASH TESTING

By signature below, the Engineer affiliated with the testing laboratory, agrees in support of this submission that all of the critical and relevant crash tests for this device listed above were conducted to meet the MASH test criteria. The Engineer has determined that no other crash tests are necessary to determine the device meets the MASH criteria.

| | | |
|---|---|---|
| Engineer Name: | Alex Beltran | |
| Engineer Signature: | Digitally signed by Alex Beltran<br>DN: cn=Alex Beltran, o=IDIADA KARCO, ou=Lab, email=Alex.Beltran@idiada.com, c=US<br>Date: 2023.11.14 12:23:33 -08'00' | |
| Address: | 9270 Holly Road, Adelanto, CA 92301 | Same as Submitter ☐ |
| Country: | United States of America | Same as Submitter ☒ |

A brief description of each crash test and its result:

| Required Test Number | Narrative Description | Evaluation Results |
|---|---|---|
| 3-30 (1100C) | Applus IDIADA KARCO Test No. P42215-01. Test Date September 16, 2022. Crash Test Report No. TR-P42215-01-NC for MASH 2016 Test 3-30 Crash Test of Sicking Safety Systems, LLC Next Generation Terminal (NGT™).<br><br>The terminal was impacted by a 2016 Kia Rio small sedan at a velocity of 66.48 mph (106.99 km/h) and a CIA of 1.0°. Upon impact the impact head captured the test vehicle and they began retracting downstream along the first panel. NGT posts 1 through 5 sheared at the plug welds, as intended. The test vehicle released from the impact head and began yawing in a counterclockwise direction as it proceeded to its final resting position. MASH deformation limits were not exceeded and there was no penetration into the vehicle's occupant compartment. The vehicle experienced a maximum occupant impact velocity (OIV) of 24.9 ft/s (7.6 m/s) and a maximum ridedown acceleration (RA) of -10.8 g. | PASS |
| 3-31 (2270P) | Applus IDIADA KARCO Test No. P42214-01. Test Date September 23, 2022. Crash Test Report No. TR-P42214-01-NC for MASH 2016 Test 3-31 Crash Test of Sicking Safety Systems, LLC Next Generation Terminal (NGT™).<br><br>The terminal was impacted by a 2017 Ram 1500 pickup truck at a velocity of 62.11 mph (99.96 km/h) and a CIA of 0.3°. Upon impact the vehicle contacted the impact head. NGT posts 1 through 8 sheared at the plug welds, as intended, and posts 9 through 11 partially yielded. The pickup truck remained in contact with system. MASH deformation limits were not exceeded and there was no penetration into the vehicle's occupant compartment. The vehicle experienced a maximum occupant impact velocity (OIV) of 17.4 ft/s (5.3 m/s) and a maximum ridedown acceleration (RA) of -6.8 g. | PASS |

| Required Test Number | Narrative Description | Evaluation Results |
|---|---|---|
| 3-32 (1100C) | Applus IDIADA KARCO Test No. P42191-01. Test Date September 02, 2022. Crash Test Report No. TR-P42191-01-NC for MASH 2016 Test 3-32 Crash Test of Sicking Safety Systems, LLC Next Generation Terminal (NGT™).<br><br>The terminal was impacted by a 2016 Kia Rio small sedan at a velocity of 61.82 mph (99.49 km/h) and a CIA of 14.9°. Upon impact the impact head captured the test vehicle and began retracting downstream. NGT plug welded posts 1 through 4 yielded flat to grade. As the retracting continued the test vehicle began to yaw in a clockwise direction. The vehicle lost contact with the impact head and continued yawing until reaching its final resting position downstream. MASH deformation limits were not exceeded and there was no penetration into the vehicle's occupant compartment. The vehicle experienced a maximum occupant impact velocity (OIV) of 30.8 ft/s (9.4 m/s) and a maximum ridedown acceleration (RA) of -9.7 g. | PASS |
| 3-33 (2270P) | Applus IDIADA KARCO Test No. P42104-03. Test Date July 13, 2022. Crash Test Report No. TR-P42104-03-NC for MASH 2016 Test 3-33 Crash Test of Sicking Safety Systems, LLC Next Generation Terminal (NGT™).<br><br>The terminal was impacted by a 2016 Ram 1500 pickup truck at a velocity of 61.86 mph (99.56 km/h) and a CIA of 14.5°. Upon impact the pickup truck was captured by the impact head. NGT plug-welded posts 1 through 8 yielded flat to grade as the vehicle and impact head began retracting downstream. After the retraction was complete the vehicle released from the system and began to yaw in a clockwise direction until reaching its final resting position. There was 1.0 in. (25 mm) of deformation to the floorpan/transmission tunnel but MASH 2016 deformation limits were not exceeded and there was no penetration into the vehicle's occupant compartment. The vehicle experienced a maximum occupant impact velocity (OIV) of 22.3 ft/s (6.8 m/s) and a maximum ridedown acceleration (RA) of -5.8 g. | PASS |

| | | |
|---|---|---|
| 3-34 (1100C) | Applus IDIADA KARCO Test No. P42158-01. Test Date July 22, 2022. Crash Test Report No. TR-P42158-01-NC for MASH 2016 Test 3-34 Crash Test of Sicking Safety Systems, LLC Next Generation Terminal (NGT™).<br><br>The terminal was impacted by a 2016 Kia Rio small sedan at a velocity of 60.84 mph (97.91 km/h) and a CIA of 15.4°. Upon impact the vehicle contacted the impact head. NGT first post remained intact, but NGT plug-welded posts 2 and 3 partially yielded. The small sedan remained in contact with the system, was redirecticted, and proceeded downstream to its final resting position. MASH deformation limits were not exceeded and there was no penetration into the vehicle's occupant compartment. The vehicle experienced a maximum occupant impact velocity (OIV) of -18.04 ft/s (-5.5 m/s) and a maximum ridedown acceleration (RA) of -8.3 g. | PASS |
| 3-35 (2270P) | Applus IDIADA KARCO Test No. P42095-01. Test Date May 03, 2022. Crash Test Report No. TR-P42095-01-NC for MASH 2016 Test 3-35 Crash Test of Sicking Safety Systems, LLC Next Generation Terminal (NGT™).<br><br>The terminal was impacted by a 2016 Ram 1500 pickup truck at a velocity of 61.45 mph (98.89 km/h) and a CIA of 26.4°. Upon impact NGT posts 3 through 9 yielded flat to grade and the vehicle began redirecting. The truck then continued downstream until reaching its final resting position. MASH deformation limits were not exceeded and there was no penetration into the vehicle's occupant compartment. The vehicle experienced a maximum occupant impact velocity (OIV) of 18.0 ft/s (5.5 m/s) and a maximum ridedown acceleration (RA) of -12.2 g. | PASS |
| 3-36 (2270P) | Test 3-36 is intended for a system that had a rigid backup structure and is not applicable for this system, therefore it was not performed. | Non-Relevant Test, not conducted |

| | | |
|---|---|---|
| 3-37 (2270P) | Applus IDIADA KARCO Test No. P42183-01. Test Date August 05, 2022. Crash Test Report No. TR-P42183-01-NC for MASH 2016 Test 3-37b Crash Test of Sicking Safety Systems, LLC Next Generation Terminal (NGT™). MASH Test 3-37b involves a 1100C or 2270P vehicle impacting the CIP of the terminal / crash cushion at a nominal velocity of 62 mph (100 km/h) and impact angle of 25° in the reverse direction of travel. The NGT™ is classified as a post-and-beam terminal to which MASH states that the 1100C vehicle will generally be the critical vehicle for this test. As such, the NGT™ was tested to Test 3-37b with an 1100C vehicle.<br><br>The terminal was impacted by a 2016 Kia Rio small sedan at a velocity of 62.74 mph (100.97 km/h) and a CIA of 24.9°. Upon impact the vehicle contacted the first panel causing NGT plug welded posts 2 and 3 to yield. The vehicle then contacted the impact head and caused the NGT first post to yield. The impact head detached from the first post and the first panel then the vehicle proceeded to its final resting postion. There was 1.0 in. (30 mm) of deformation to the windshield but MASH deformation limits were not exceeded and there was no penetration into the vehicle's occupant compartment. The vehicle experienced a maximum occupant impact velocity (OIV) of 28.2 ft/s (8.6 m/s) and a maximum ridedown acceleration (RA) of -14.8 g. | PASS |
| 3-38 (1500A) | Test 3-38 is intended for a staged attenuation system and is not applicable for this system, therefore it was not performed. | Non-Relevant Test, not conducted |
| 3-40 (1100C) | Test 3-40 is intended for non-redirective crash cushions and is not applicable for this system, therefore it was not performed. | Non-Relevant Test, not conducted |
| 3-41 (2270P) | Test 3-41 is intended for non-redirective crash cushions and is not applicable for this system, therefore it was not performed. | Non-Relevant Test, not conducted |
| 3-42 (1100C) | Test 3-42 is intended for non-redirective crash cushions and is not applicable for this system, therefore it was not performed. | Non-Relevant Test, not conducted |
| 3-43 (2270P) | Test 3-43 is intended for non-redirective crash cushions and is not applicable for this system, therefore it was not performed. | Non-Relevant Test, not conducted |
| 3-44 (2270P) | Test 3-44 is intended for non-redirective crash cushions and is not applicable for this system, therefore it was not performed. | Non-Relevant Test, not conducted |
| 3-45 (1500A) | Test 3-45 is intended for non-redirective crash cushions and is not applicable for this system, therefore it was not performed. | Non-Relevant Test, not conducted |

Full Scale Crash Testing was done in compliance with MASH by the following accredited crash test laboratory (cite the laboratory's accreditation status as noted in the crash test reports.):

| | | |
|---|---|---|
| Laboratory Name: | Applus IDIADA KARCO Engineering, LLC. | |
| Laboratory Signature: | Digitally signed by Alex Beltran DN: cn=Alex Beltran, o=IDIADA KARCO, ou=Lab, email=Alex.Beltran@idiada.com, c=US Date: 2023.11.14 15:52:15 -08'00' | |
| Address: | 9270 Holly Road, Adelanto, CA 92301 | Same as Submitter ☐ |
| Country: | United States of America | Same as Submitter ☒ |
| Accreditation Certificate Number and Dates of current Accreditation period : | International Accreditation Services (IAS)<br>ISO 17025 Accreditation Certificate #TL-371<br>Expires April 27, 2024 | |

Submitter Signature*: Kevin Schrum Digitally signed by Kevin Schrum Date: 2023.11.14 18:19:10 -06'00'

Submit Form

# ATTACHMENTS

Attach to this form:

1) Additional disclosures of related financial interest as indicated above.
2) A copy of the full test report, video, and a Test Data Summary Sheet for each test conducted in support of this request.
3) A drawing or drawings of the device(s) that conform to the Task Force-13 Drawing Specifications [Hardware Guide Drawing Standards]. For proprietary products, a single isometric line drawing is usually acceptable to illustrate the product, with detailed specifications, intended use, and contact information provided on the reverse. Additional drawings (not in TF-13 format) showing details that are relevant to understanding the dimensions and performance of the device should also be submitted to facilitate our review.

FHWA Official Business Only:

| Eligibility Letter | | |
|---|---|---|
| Number | Date | Key Words |
| | | |

# MASH 2016 Test 3-30 Summary



0.000 seconds | 0.180 seconds | 0.360 seconds | 0.630 seconds | 0.810 seconds




| GENERAL INFORMATION | |
|---|---|
| Test Agency | Applus IDIADA KARCO |
| Test Number | P42215-01 |
| Test Designation | 3-30 |
| Test Date | 9/16/22 |
| **TEST ARTICLE** | |
| Name / Model | Next Generation Terminal (NGT™) |
| Type | Terminal |
| Installation Length | 187.5 ft. (57.2 m) |
| Terminal Length | 37.5 ft. (11.4 m) |
| Road Surface | Smooth Concrete to Fine Silty Soil |
| **TEST VEHICLE** | |
| Type / Designation | 1100C |
| Year, Make, and Model | 2016 Kia Rio |
| Curb Mass | 2,422.8 lbs (1,099.0 kg) |
| Test Inertial Mass | 2,440.5 lbs (1,107.0 kg) |
| Gross Static Mass | 2,615.7 lbs (1,186.5 kg) |

| Impact Conditions | |
|---|---|
| Impact Velocity | 66.48 mph (106.99 km/h) |
| Impact Angle | 1.0° |
| Location / Orientation | 18.3 in. (465 mm) From Vehicle Centerline to Driver Side |
| Kinetic Energy | 360.6 kip-feet (488.9 Kilojoules) |
| Minimum KE Required | 288.0 kip-feet (390.0 Kilojoules) |
| **Exit Conditions** | |
| Exit Velocity | 12.86 mph (20.70 km/h) |
| Exit Angle | -76.8° |
| Final Vehicle Position | 50.4 ft. (15.4 m) Downstream 18.6 ft. (5.7 m) Toward the Impact Side |
| Vehicle Snagging | Satisfactory |
| Vehicle Pocketing | Satisfactory |
| Vehicle Stability | Satisfactory |
| Maximum Roll Angle | -14.6° |
| Maximum Pitch Angle | 7.9° |
| Maximum Yaw Angle | -170.9° |

| Occupant Risk | |
|---|---|
| Longitudinal OIV | 24.9 ft/s (7.6 m/s) |
| Lateral OIV | -2.3 ft/s (-0.7 m/s) |
| Longitudinal RA | -10.8 g |
| Lateral RA | -3.4 g |
| THIV | 24.9 ft/s (7.6 m/s) |
| PHD | 10.8 g |
| ASI | 0.76 |
| **Test Article Deflections** | |
| Static | Not Applicable |
| Dynamic | Not Applicable |
| Working Width | Not Applicable |
| Debris Field | 52.5 ft. (16.0 m) Longitudinally 38.7 ft. (11.8 m) Laterally |
| **Vehicle Damage** | |
| Vehicle Damage Scale | 12-FYEW-2 |
| CDC | 12-FL-3 |
| Maximum Deformation | MASH Deformation Limits Not Exceeded (0.0 in.) 0.0 mm |

**Figure 2 Summary of Test 3-30**

# MASH 2016 Test 3-31 Summary



0.000 seconds | 0.130 seconds | 0.260 seconds | 0.520 seconds | 0.650 seconds




**GENERAL INFORMATION**

| | |
|---|---|
| Test Agency................. | Applus IDIADA KARCO |
| Test Number............ | P42214-01 |
| Test Designation............ | 3-31 |
| Test Date..................... | 9/23/22 |

**TEST ARTICLE**

| | |
|---|---|
| Name / Model................. | NGT™ |
| Type............................ | Terminal |
| Installation Length........... | 187.5 ft. (57.2 m) |
| Terminal Length............. | 37.5 ft. (11.4 m) |
| Road Surface................ | Smooth Concrete to Fine Silty Soil |

**TEST VEHICLE**

| | |
|---|---|
| Type / Designation.......... | 2270P |
| Year, Make, and Model.... | 2017 Ram 1500 |
| Curb Mass.................... | 4,995.6 lbs (2,266.0 kg) |
| Test Inertial Mass........... | 5,006.6 lbs (2,271.0 kg) |
| Gross Static Mass.......... | 5,006.6 lbs (2,271.0 kg) |

**Impact Conditions**

| | |
|---|---|
| Impact Velocity............... | 62.11 mph (99.96 km/h) |
| Impact Angle................... | 0.3° |
| Location / Orientation......... | 0.79 in. (20 mm) From Vehicle Centerline on Passenger Side |
| Kinetic Energy................. | 645.7 kip-feet (875.5 Kilojoules) |
| Minimum KE Required...... | 594.0 kip-feet (806.0 Kilojoules) |

**Exit Conditions**

| | |
|---|---|
| Exit Velocity.................... | Not Applicable |
| Exit Angle....................... | Not Applicable |
| Final Vehicle Position......... | 47.9 ft. (14.6 m) Downstream 0.1 ft. (0.0 m) Toward the Impact Side |
| Vehicle Snagging............. | Satisfactory |
| Vehicle Pocketing............. | Satisfactory |
| Vehicle Stability................ | Satisfactory |
| Maximum Roll Angle.......... | 1.7° |
| Maximum Pitch Angle........ | 2.9° |
| Maximum Yaw Angle......... | -1.2° |

**Occupant Risk**

| | |
|---|---|
| Longitudinal OIV............. | 17.4 ft/s (5.3 m/s) |
| Lateral OIV..................... | 1.3 ft/s (0.4 m/s) |
| Longitudinal RA............... | - 6.8 g |
| Lateral RA...................... | 1.6 g |
| THIV............................ | 17.4 ft/s (5.3 m/s) |
| PHD............................. | 6.8 g |
| ASI.............................. | 0.53 |

**Test Article Deflections**

| | |
|---|---|
| Static............................ | Not Applicable |
| Dynamic......................... | Not Applicable |
| Working Width................. | Not Applicable |
| Debris Field.................... | 72.3 ft. (22.0 m) Longitudinally 20.3 ft. (6.2 m) Laterally |

**Vehicle Damage**

| | |
|---|---|
| Vehicle Damage Scale...... | 12-FC-3 |
| CDC............................. | 12FCEN2 |
| Maximum Deformation.... | MASH Deformation Limits Not Exceeded (0.0 in.) 0 mm |

**Figure 4 Summary of Test 3-31**

# MASH 2016 Test 3-32 Summary



0.000 seconds | 0.200 seconds | 0.300 seconds | 0.600 seconds | 0.700 seconds




| GENERAL INFORMATION | |
|---|---|
| Test Agency | Applus IDIADA KARCO |
| Test Number | P42191-01 |
| Test Designation | 3-32 |
| Test Date | 9/2/22 |
| **TEST ARTICLE** | |
| Name / Model | Next Generation Terminal (NGT™) |
| Type | Terminal |
| Installation Length | 187.5 ft. (57.2 m) |
| Terminal Length | 37.5 ft. (11.4 m) |
| Road Surface | Smooth Concrete to Fine Silty Soil |
| **TEST VEHICLE** | |
| Type / Designation | 1100C |
| Year, Make, and Model | 2016 Kia Rio |
| Curb Mass | 2,555.1 lbs (1,159.0 kg) |
| Test Inertial Mass | 2,466.9 lbs (1,119.0 kg) |
| Gross Static Mass | 2,635.6 lbs (1,195.5 kg) |

| Impact Conditions | |
|---|---|
| Impact Velocity | 61.82 mph (99.49 km/h) |
| Impact Angle | 14.9° |
| Location / Orientation | 1.0 in. (25 mm) From Vehicle Centerline on Passenger Side |
| Kinetic Energy | 315.2 kip-feet (427.3 Kilojoules) |
| Minimum KE Required | 288.0 kip-feet (390.0 Kilojoules) |
| **Exit Conditions** | |
| Exit Velocity | 5.90 mph (9.50 km/h) |
| Exit Angle | 81.3° |
| Final Vehicle Position | 27.5 ft. (8.4 m) Downstream 18.4 ft. (5.6 m) Field Side |
| Vehicle Snagging | Satisfactory |
| Vehicle Pocketing | Satisfactory |
| Vehicle Stability | Satisfactory |
| Maximum Roll Angle | -18.1° |
| Maximum Pitch Angle | -17.8° |
| Maximum Yaw Angle | 231.4° |

| Occupant Risk | |
|---|---|
| Longitudinal OIV | 30.8 ft/s (9.4 m/s) |
| Lateral OIV | -3.9 ft/s (-1.2 m/s) |
| Longitudinal RA | -9.7 g |
| Lateral RA | 4.1 g |
| THIV | 31.5 ft/s (9.6 m/s) |
| PHD | 9.8 g |
| ASI | 0.86 |
| **Test Article Deflections** | |
| Static | 1.4 ft. (0.4 m) |
| Dynamic | 2.1 ft. (0.6 m) |
| Working Width | 2.4 ft. (0.7 m) |
| Debris Field | 90.2 ft. (27.5 m) Longitudinally 6.3 ft. (1.9 m) Laterally |
| **Vehicle Damage** | |
| Vehicle Damage Scale | 12-FD-6 |
| CDC | 12FDEW3 |
| Maximum Deformation | MASH Deformation Limits Not Exceeded (0.0 in.) 0 mm |

**Figure 2 Summary of Test 3-32**

# MASH 2016 Test 3-33 Summary



0.000 seconds | 0.200 seconds | 0.400 seconds | 0.600 seconds | 0.800 seconds




| GENERAL INFORMATION | |
|---|---|
| Test Agency | Applus IDIADA KARCO |
| Test Number | P42104-03 |
| Test Designation | 3-33 |
| Test Date | 7/13/22 |
| **TEST ARTICLE** | |
| Name / Model | Next Generation Terminal (NGT™) |
| Type | Terminal |
| Installation Length | 187.5 ft. (57.2 m) |
| Terminal Length | 37.5 ft. (11.4 m) |
| Road Surface | Smooth Concrete to Fine Silty Soil |
| **TEST VEHICLE** | |
| Type / Designation | 2270P |
| Year, Make, and Model | 2016 Ram 1500 |
| Curb Mass | 5,136.7 lbs (2,330.0 kg) |
| Test Inertial Mass | 5,009.9 lbs (2,272.5 kg) |
| Gross Static Mass | 5,009.9 lbs (2,272.5 kg) |

| Impact Conditions | |
|---|---|
| Impact Velocity | 61.86 mph (99.56 km/h) |
| Impact Angle | 14.5° |
| Location / Orientation | 0.7 in. (18 mm) Passenger Side of Vehicle Centerline |
| Kinematic Energy | 641.0 kip-feet (869.0 Kilojoules) |
| Minimum KE Required | 594.0 kip-feet (806.0 Kilojoules) |
| **Exit Conditions** | |
| Exit Velocity | 9.6 mph (15.4 km/h) |
| Exit Angle | 68.6° |
| Final Vehicle Position | 57.4 ft. (17.5 m) Downstream 22.0 ft. (6.7 m) Non-Impact side |
| Vehicle Snagging | Satisfactory |
| Vehicle Pocketing | Satisfactory |
| Vehicle Stability | Satisfactory |
| Maximum Roll Angle | -17.2° |
| Maximum Pitch Angle | -11.5° |
| Maximum Yaw Angle | 22.8° |

| Occupant Risk | |
|---|---|
| Longitudinal OIV | 22.3 ft/s (6.8 m/s) |
| Lateral OIV | -2.0 ft/s (-0.6 m/s) |
| Longitudinal RA | -5.8 g |
| Lateral RA | 2.9 g |
| THIV | 22.6 ft/s (6.9 m/s) |
| PHD | 6.0 g |
| ASI | 0.42 |
| **Test Article Deflections** | |
| Static | 4.1 ft. (1.2 m) |
| Dynamic | 3.5 ft. (1.1 m) |
| Working Width | 4.3 ft. (1.3 m) |
| Debris Field | 82.3 ft. (25.1 m) Longitudinally 42.2 ft. (12.9 m) Laterally |
| **Vehicle Damage** | |
| Vehicle Damage Scale | 12-FD-5 |
| CDC | 12FDEW2 |
| Maximum Deformation | 1.0 in. (25 mm) Floorpan/Transmission Tunnel |

**Figure 2 Summary of Test 3-33**

# MASH 2016 Test 3-34 Summary



0.000 seconds 0.144 seconds 0.288 seconds 0.432 seconds 0.576 seconds




| GENERAL INFORMATION | |
|---|---|
| Test Agency | Applus IDIADA KARCO |
| Test Number | P42158-01 |
| Test Designation | 3-34 |
| Test Date | 7/22/22 |
| **TEST ARTICLE** | |
| Name / Model | Next Generation Terminal (NGT™) |
| Type | Terminal |
| Installation Length | 187.5 ft. (57.2 m) |
| Terminal Length | 37.5 ft. (11.4 m) |
| Road Surface | Smooth Concrete to Fine Silty Soil |
| **TEST VEHICLE** | |
| Type / Designation | 1100C |
| Year, Make, and Model | 2016 Kia Rio |
| Curb Mass | 1,145.0 lbs (2,524.3 kg) |
| Test Inertial Mass | 2,429.5 lbs (1,102.0 kg) |
| Gross Static Mass | 2,630.1 lbs (1,193.0 kg) |

| Impact Conditions | |
|---|---|
| Impact Velocity | 60.84 mph (97.91 km/h) |
| Impact Angle | 15.4° |
| Location / Orientation | 7.5 in. (191 mm) Upstream from CIP |
| Impact Severity | 21.2 kip-feet (28.8 Kilojoules) |
| Minimum IS Required | 19.0 kip-feet (26.0 Kilojoules) |
| **Exit Conditions** | |
| Exit Velocity | 59.56 mph (95.85 km/h) |
| Exit Angle | -5.6° |
| Final Vehicle Position | 153.3 ft. (46.7 m) Downstream 9.3 ft. (2.8 m) Impact Side |
| Vehicle Snagging | Satisfactory |
| Vehicle Pocketing | Satisfactory |
| Vehicle Stability | Satisfactory |
| Maximum Roll Angle | -4.7° |
| Maximum Pitch Angle | 7.5° |
| Maximum Yaw Angle | -61.9° |

| Occupant Risk | |
|---|---|
| Longitudinal OIV | 10.8 ft/s (3.3 m/s) |
| Lateral OIV | -18.0 ft/s (-5.5 m/s) |
| Longitudinal RA | -8.3 g |
| Lateral RA | 6.4 g |
| THIV | 20.0 ft/s (6.1 m/s) |
| PHD | 9.7 g |
| ASI | 0.72 |
| **Test Article Deflections** | |
| Static | 0.5 ft. (0.2 m) |
| Dynamic | 0.9 ft. (0.3 m) |
| Working Width | 1.2 ft. (0.4 m) |
| Debris Field | 37.5 ft. (11.4 m) Longitudinally 29.8 ft. (9.1 m) Laterally |
| **Vehicle Damage** | |
| Vehicle Damage Scale | 12-FR-3 |
| CDC | 12-FLES6 |
| Maximum Deformation | MASH Deformation Limits Not Exceeded (0.0 in.) 0 mm |

**Figure 2 Summary of Test 3-34**

# MASH 2016 Test 3-35 Summary







**GENERAL INFORMATION**

| | |
|---|---|
| Test Agency | Applus IDIADA KARCO |
| Test Number | P42095-01 |
| Test Designation | 3-35 |
| Test Date | 5/3/22 |

**TEST ARTICLE**

| | |
|---|---|
| Name / Model | Next Generation Terminal (NGT™) |
| Type | Terminal |
| Installation Length | 187.5 ft. (57.2 m) |
| Terminal Length | 37.5 ft. (11.4 m) |
| Road Surface | Smooth Concrete to Fine Silty Soil |

**TEST VEHICLE**

| | |
|---|---|
| Type / Designation | 2270P |
| Year, Make, and Model | 2016 Ram 1500 |
| Curb Mass | 4,985.7 lbs (2,261.5 kg) |
| Test Inertial Mass | 5,025.4 lbs (2,279.5 kg) |
| Gross Static Mass | 5,025.4 lbs (2,279.5 kg) |

**Impact Conditions**

| | |
|---|---|
| Impact Velocity | 61.45 mph (98.89 km/h) |
| Impact Angle | 26.4° |
| Location / Orientation | 7.5 in. (190 mm) Upstream from Post 2 |
| Impact Severity | 125.4 kip-feet (170.0 Kilojoules) |
| Minimum IS Required | 106.0 kip-feet (144.0 kilojoules) |

**Exit Conditions**

| | |
|---|---|
| Exit Velocity | 26.2 mph (42.2 km/h) |
| Exit Angle | 2.7° |
| Final Vehicle Position | 92.9 ft. (28.3 m) Downstream 4.1 ft. (1.3 m) Impact side |
| Vehicle Snagging | Satisfactory |
| Vehicle Pocketing | Satisfactory |
| Vehicle Stability | Satisfactory |
| Maximum Roll Angle | -12.3° |
| Maximum Pitch Angle | -8.1° |
| Maximum Yaw Angle | 30.4° |

**Occupant Risk**

| | |
|---|---|
| Longitudinal OIV | -10.2 ft/s (-3.1 m/s) |
| Lateral OIV | 18.0 ft/s (5.5 m/s) |
| Longitudinal RA | -5.8 g |
| Lateral RA | -12.2 g |
| THIV | 20.0 ft/s (6.1 m/s) |
| PHD | 12.4 g |
| ASI | 0.75 |

**Test Article Deflections**

| | |
|---|---|
| Static | 1.9 ft. (0.6 m) |
| Dynamic | 2.5 ft. (0.7 m) |
| Working Width | 2.9 ft. (0.9 m) |
| Debris Field | 108.6 ft. (33.1 m) Longitudinally 40.6 ft. (12.4 m) Laterally |

**Vehicle Damage**

| | |
|---|---|
| Vehicle Damage Scale | 12-LFQ-2 |
| CDC | 12FLEN5 |
| Maximum Deformation | MASH Deformation Limits Not Exceeded (0.0 in.) 0.0 mm |

**Figure 2 Summary of Test 3-35**

# MASH 2016 Test 3-37b Summary



0.000 seconds | 0.172 seconds | 0.344 seconds | 0.516 seconds | 0.688 seconds




| GENERAL INFORMATION | |
|---|---|
| Test Agency................. | Applus IDIADA KARCO |
| Test Number............ | P42183-01 |
| Test Designation............ | 3-37b |
| Test Date..................... | 8/5/22 |
| **TEST ARTICLE** | |
| Name / Model................. | Next Generation Terminal (NGT™) |
| Type............................ | Terminal |
| Installation Length........... | 138.0 ft. (42.1 m) |
| Terminal Length............. | 37.5 ft. (11.4 m) |
| Road Surface................ | Smooth Concrete to Fine Silty Soil |
| **TEST VEHICLE** | |
| Type / Designation.......... | 1100C |
| Year, Make, and Model.... | 2016 KIA RIO |
| Curb Mass.................... | 2,536.4 lbs (1,150.5 kg) |
| Test Inertial Mass........... | 2,447.1 lbs (1,110.0 kg) |
| Gross Static Mass.......... | 2,613.5 lbs (1,185.5 kg) |

| Impact Conditions | |
|---|---|
| Impact Velocity................ | 62.74 mph (100.97 km/h) |
| Impact Angle.................... | 24.9° |
| Location / Orientation......... | 1.1 in. (28 mm) Upstream from Rail Connection of NGT Post 4 |
| Impact Severity................. | 57.3 kip-feet (77.7 Kilojoules) |
| Minimum IS Required...... | 51 kip-feet (69.7 Kilojoules) |
| **Exit Conditions** | |
| Exit Velocity..................... | 28.50 mph (45.87 km/h) |
| Exit Angle........................ | 19.8° |
| Final Vehicle Position......... | 84.4 ft. (25.7 m) Downstream 6.2 ft. (1.9 m) To the Left |
| Vehicle Snagging.............. | Satisfactory |
| Vehicle Pocketing............. | Satisfactory |
| Vehicle Stability................ | Satisfactory |
| Maximum Roll Angle.......... | - 10.3° |
| Maximum Pitch Angle........ | 32.2° |
| Maximum Yaw Angle......... | - 93.7° |

| Occupant Risk | |
|---|---|
| Longitudinal OIV............. | 28.2 ft/s (8.6 m/s) |
| Lateral OIV..................... | -13.1 ft/s (-4.0 m/s) |
| Longitudinal RA............... | -14.8 g |
| Lateral RA...................... | -10.7 g |
| THIV............................. | 29.5 ft/s (9.0 m/s) |
| PHD.............................. | 14.8 g |
| ASI............................... | 0.90 |
| **Test Article Deflections** | |
| Static............................. | 0.6 ft. (0.2 m) |
| Dynamic.......................... | 0.3 ft. (0.1 m) |
| Working Width................. | 1.1 ft. (0.3 m) |
| Debris Field..................... | 100.4 ft. (30.6 m) Longitudinally 39.7 ft. (12.1 m) Laterally |
| **Vehicle Damage** | |
| Vehicle Damage Scale...... | 11-FL-4 |
| CDC.............................. | 11YLE3 |
| Maximum Deformation.... | 1.2 in. (30 mm) Windshield |

**Figure 2 Summary of Test 3-37b**

2 1

B







A




Post #0
Anchor Post
SCALE 1 : 10







Section A-A
Post 2

| ITEM | QTY | BILL OF MATERIALS |
|---|---|---|
| A | 1 | IMPACT HEAD |
| B | 1 | FIRST PANEL |
| C | 1 | ANCHOR POST |
| D | 1 | NGT FIRST POST |
| E | 8 | NGT POST |
| F | 1 | MGS 12.5' RAIL |
| G | 1 | W6x9 POST |
| H | 2 | NOTCHED BLOCKOUT |
| J | 1 | SHELF BRACKET |
| K | 1 | ANCHOR CAP |
| a | 1 | 1" Hex Nut |
| b | 1 | 1" Washer |
| c | 8 | 5/8" x 1 1/4" SPLICE BOLT |
| d | 8 | 5/8" SPLICE NUT |
| e | 2 | 1/2"x1.5" HEX BOLT GR 5 |
| f | 4 | 1/2" WASHERS |
| g | 2 | 1/2" HEX NUT |
| h | 2 | 7/16"x1.5" HEX BOLT GR 5 |
| j | 4 | 7/16" WASHER |
| k | 2 | 7/16" HEX NUT |
| l | 1 | 5/16"x1" HEX BOLT GR 5 |
| m | 2 | 5/16" WASHER |
| n | 1 | 5/16" HEX NUT |

GENERAL NOTES
1. Cable is postioned below the post bolt at posts 2,4&6 prior to fastening the guardrail to the post.
2. Notched blockouts shoud be installed on posts 3&5 so that cutout faces traffic. No rail is attached to these posts. Cable buttons at posts 3 & 5 will nest within the cutout of the notched blockouts.
3.The base plate of the Anchor Post (post 0) should be flush with the ground.
4. Posts 2-9 should be installed so that slots face away from the terminal head.
5. Post bolts do not pass through the guardrail at Post 7 & 9.
6. Anchor nut is torqued to 120 lb-ft.

| TITLE: | | |
|---|---|---|
| Next Generation Terminal (NGT) | | |
| SCALE: 1:200 | 10/19/2022 | Sheet 1 of 1 |

B

A

2 1

# Exhibit P-195

Gregory Industries, Inc. Booth at American Traffic Safety Services Association (ATSSA)'s 55th Annual Convention & Traffic Expo (March 2025) (showing Gregory marketing the NGT)


GREGORY
HIGHWAY
SAFETY AT EVERY TURN
EXCELLENCE AT EVERY TURN
Reliability
GREGORY
HIGHWAY
Solutions
AT
EVERY
TURN
REASONS
TO CHOOSE
Dependability
AT
EVERY
TURN

# Exhibit P-196

Nebraska Secretary of State
Corporate Records for SDI/SDC
(showing all Engineers
as Directors of SDI/SDC,
John Rohde as President of SDI/SDC, and
John Reid as Treasurer of SDI/SDC).

# SAFETY BY DESIGN, INC.

Mon Sep 21 00:52:30 2026

**SOS Account Number**
1455438

**Status**
Active

**Principal Office Address**
5931 THE KNOLLS
LINCOLN, NE 68512

**Registered Agent and Office Address**
JOHN D. REID
5931 THE KNOLLS
LINCOLN, NE 68512

**Nature of Business**
SAFETY DESIGN

**Entity Type**
Domestic Corp

**Date Filed**
Apr 17 1996

**Next Report Due Date**
Jan 01 2028

| Corporation Position | Name | Address |
|---|---|---|
| **President** | JOHN R ROHDE | 530 CIRCLE DR.<br>DENVER, CO 80206<br>USA |
| **Secretary** | KING MAK | 9 COTSWOLD LANE<br>SAN ANTONIO, TX 78257 |
| **Treasurer** | JOHN D REID | 5931 THE KNOLLS<br>LINCOLN, NE 68512 |
| **Director** | KING MAK | 9 COTSWOLD LANE<br>SAN ANTONIO, TX 78257 |
| **Director** | JOHN D REID | 5931 THE KNOLLS<br>LINCOLN, NE 68512 |
| **Director** | JOHN R ROHDE | 530 CIRCLE DR.<br>DENVER, CO 80206<br>USA |
| **Director** | DEAN L SICKING | 101 INDIAN TRAIL RD<br>INDIAN SPRINGS VILLAGE, AL 35124 |

**Filed Documents**

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

| | Document | Date Filed | Price |
|---|---|---|---|
| ☐ | Articles Perpetual | Apr 17 1996 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Proof of Publication | May 13 1996 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Tax Return | Mar 01 1999 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 19 2000 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 23 2001 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 14 2002 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 09 2003 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 09 2004 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 12 2006 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Change of Agent or Office | Feb 21 2006 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 08 2008 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 04 2010 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 06 2012 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 16 2014 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 13 2016 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 10 2018 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Occupation Tax Report | Jan 10 2020 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Occupation Tax Report | Jan 04 2022 | $0.90 = 2 page(s) @ $0.45 per page |

| | Document | Date Filed | Price |
|---|---|---|---|
| ☐ | Occupation Tax Report | Jan 04 2024 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Occupation Tax Report | Jan 07 2026 | $0.90 = 2 page(s) @ $0.45 per page |

### Good Standing Documents

To purchase documents attesting to the entity's good standing check the box next to the document title.

- If you need your Certificate of Good Standing Apostilled or Authenticated for use in another country, you must contact the Nebraska Secretary of State's office directly for information and instructions. Documents obtained from this site cannot be Apostilled or Authenticated.

☐ **Online Certificate of Good Standing with Electronic Validation** **$6.50**

This certificate is available for immediate viewing/printing from your desktop. A Verification ID is provided on the certificate to validate authenticity online at the Secretary of State's website.

☐ **Certificate of Good Standing - USPS Mail Delivery** **$10.00**

This is a paper certificate mailed to you from the Secretary of State's office within 2-3 business days.

Select All | Select None

🡅 Back to Top

## SAFETY BY DESIGN CO.

Mon Sep 21 00:50:33 2026

**SOS Account Number**
1662249

**Status**
Active

**Principal Office Address**
5931 THE KNOLLS
LINCOLN, NE 68512

**Registered Agent and Office Address**
JOHN D. REID
5931 THE KNOLLS
LINCOLN, NE 68512

**Nature of Business**
SAFETY DESIGN

**Entity Type**
Domestic Corp

**Date Filed**
Aug 18 1998

**Next Report Due Date**
Jan 01 2028

| Corporation Position | Name | Address |
|---|---|---|
| **President** | JOHN R ROHDE | 530 CIRCLE DR.<br>DENVER, CO 80206<br>USA |
| **Secretary** | KING MAK | 9 COTSWOLD LANE<br>SAN ANTONIO, TX 78257 |
| **Treasurer** | JOHN D REID | 5931 THE KNOLLS<br>LINCOLN, NE 68512 |
| **Director** | KING MAK | 9 COTSWOLD LANE<br>SAN ANTONIO, TX 78257 |
| **Director** | JOHN D REID | 5931 THE KNOLLS<br>LINCOLN, NE 68512 |
| **Director** | JOHN R ROHDE | 530 CIRCLE DR.<br>DENVER, CO 80206<br>USA |
| **Director** | DEAN L SICKING | 101 INDIAN TRAIL RD.<br>INDIAN SPRINGS VILLAGE, AL 35124 |

**Filed Documents**

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

| | Document | Date Filed | Price |
|---|---|---|---|
| ☐ | Articles Perpetual | Aug 18 1998 | $1.35 = 3 page(s) @ $0.45 per page |
| ☐ | Proof of Publication | Sep 21 1998 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Tax Return | Mar 01 1999 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 19 2000 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 23 2001 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 14 2002 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 09 2003 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 09 2004 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 10 2006 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Change of Agent or Office | Feb 22 2006 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 08 2008 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 04 2010 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Feb 06 2012 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 16 2014 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 14 2016 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Tax Return | Jan 10 2018 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Occupation Tax Report | Jan 10 2020 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Occupation Tax Report | Jan 04 2022 | $0.90 = 2 page(s) @ $0.45 per page |

| | Document | Date Filed | Price |
|---|---|---|---|
| ☐ | Occupation Tax Report | Jan 04 2024 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Occupation Tax Report | Jan 07 2026 | $0.90 = 2 page(s) @ $0.45 per page |

### Good Standing Documents

To purchase documents attesting to the entity's good standing check the box next to the document title.

- If you need your Certificate of Good Standing Apostilled or Authenticated for use in another country, you must contact the Nebraska Secretary of State's office directly for information and instructions. Documents obtained from this site cannot be Apostilled or Authenticated.

☐ **Online Certificate of Good Standing with Electronic Validation** **$6.50**

This certificate is available for immediate viewing/printing from your desktop. A Verification ID is provided on the certificate to validate authenticity online at the Secretary of State's website.

☐ **Certificate of Good Standing - USPS Mail Delivery** **$10.00**

This is a paper certificate mailed to you from the Secretary of State's office within 2-3 business days.

Select All | Select None

Back to Top