# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| ROAD SYSTEMS, INC.<br>and<br>KOTHMANN ENTERPRISES, INC.<br>*Plaintiff(s)*<br>v.<br>SAFETY BY DESIGN, INC.<br>and<br>SAFETY BY DESIGN CO.<br>*Defendant(s)* | ) | Civil Action No. 7:26-cv-00407-DC-RCG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Safety By Design, Inc. ("SDI"), by serving its registered agent for service of process:

John D. Reid
5931 The Knolls
Lincoln, Nebraska 68512

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles J. Rogers
Conley Rose, P.C.
777 North Eldridge Parkway, Suite 600
Houston, Texas 77079-4425
Telephone: (713) 238-8049
e-mail: CRogers@conleyrose.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 10/05/2026

K. Gomez [signature]

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **ROAD SYSTEMS, INC.,** | § | |
| **and** | § | |
| **KOTHMANN ENTERPRISES, INC.,** | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO.** |
| **v.** | § | **7:26-cv-00407-DC-RCG** |
| | § | |
| **SAFETY BY DESIGN, INC.,** | § | |
| **and** | § | |
| **SAFETY BY DESIGN CO.,** | § | |
| **Defendants.** | § | |

**ATTACHMENT A TO SUMMONS**
**DOCUMENTS SERVED ON SAFETY BY DESIGN, INC.**

The following documents are served on Defendant Safety By Design, Inc. ("SDI") together with the Summons in a Civil Action to which this Attachment A is attached. Each document listed in Part I is served on paper. Each document listed in Part II is served on the USB flash drive accompanying this Summons.

**I. Documents Served on Paper**

1. Summons in a Civil Action directed to Safety By Design, Inc. (ECF No. 5 at 1–2), with this Attachment A.

2. Plaintiffs Road Systems, Inc. and Kothmann Enterprises, Inc.'s Original Complaint, filed October 5, 2026 (ECF No. 1) (without Exhibits).

3. Civil Cover Sheet (JS 44) (ECF No. 1-1).

4. Plaintiffs Road Systems, Inc. and Kothmann Enterprises, Inc.'s Rule 7.1 Disclosure Statement (ECF No. 2).

5. Plaintiffs Road Systems, Inc. and Kothmann Enterprises, Inc.'s
Motion to Transfer This Action to the Northern District of Texas, Abilene Division, Under 28 U.S.C. § 1406(a), filed October 13, 2026 (ECF No. 6),
with the proposed Order Transferring Action to the Northern District of Texas, Abilene Division.

## II. Documents Served on the Accompanying USB Flash Drive

The accompanying USB flash drive is labeled "SDI – No. 7:26-cv-00407-DC-RCG – Exhibits to Original Complaint." It contains the following files.

A. **Pleadings and Motion to Transfer.** PDF copies of the documents listed above in Part I, items 1 through 5.

B. **Exhibits P-1 to P-196 (Public).** Exhibits P-1 through P-196 to the Original Complaint, as filed, in five PDF files:
Exhibits P-1 to P-78 (ECF No. 1-2);
Exhibits P-79 to P-91 (ECF No. 1-3);
Exhibits P-92 to P-100 (ECF No. 1-4);
Exhibits P-101 to P-181 (ECF No. 1-5); and
Exhibits P-182 to P-196 (ECF No. 1-6).

C. **Exhibits P-197 to P-252 (Filed Under Seal).** Exhibits P-197 through P-252 to the Original Complaint, filed under seal, in one PDF file (ECF No. 4).

D. Judge Counts' Standing Order Regarding Filing Documents Under Seal and Redacted Public Versions (W.D. Tex. Aug. 24, 2026).

E. W.D. Tex. Local Rules (Effective April 26, 2023) Appendix H-2, Confidentiality and Protective Order.

## III. Exhibits Filed Under Seal

The Exhibits listed above in Part II, item C were filed under seal pursuant to the Standing Order listed above in Part II, item D. Standing Order Regarding Filing Documents Under Seal and Redacted Public Versions (W.D. Tex. Aug. 24, 2026) (Counts, J.) (granting any party in a patent case leave to file materials containing confidential information under seal without a separate motion for leave). Plaintiffs request that Defendants treat these Exhibits as designated "Confidential" under the Court's form Confidentiality and Protective Order (listed above in Part II, item E) pending the Court's entry of a Protective Order in this case.

## IV. Plaintiffs' Counsel

Charles J. Rogers
Conley Rose, P.C.
777 North Eldridge Parkway, Suite 600
Houston, Texas 77079-4425
Telephone: (713) 238-8049
E-mail: CRogers@conleyrose.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:26-cv-00407-DC-RCG

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Safety by Design, Inc
was received by me on *(date)* 10-27-26 .

❐ I personally served the summons on the individual at *(place)* ______________________________
on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* John D. Reid , who is
designated by law to accept service of process on behalf of *(name of organization)* Safety by Design, Inc
on *(date)* 10-28-26 @ 8:02pm ; or

❐ I returned the summons unexecuted because ______________________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-28-26

[signature]
*Server's signature*

Inmaculada Jackman - Process Server
*Printed name and title*

3939 S 58th Street Lincoln, NE
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset